**Certification and Authorization**

I, Chase Rankin, on behalf of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed the complaint filed against Biogen Inc. ("Biogen") and certain executives alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director of Oklahoma Firefighters to initiate litigation and to execute this Certification on behalf of Oklahoma Firefighters. I have authorized Block & Leviton LLP to file the complaint filed along with this certification.

2.  Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of counsel, or to participate in any action arising under the federal securities laws.

3.  Oklahoma Firefighters is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Oklahoma Firefighters' transactions in Biogen common stock during the Class Period are set forth in the attached Schedule A.

5.  Oklahoma Firefighters has sought to serve and was appointed lead plaintiff and/or representative party on behalf of an asserted class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

- *In re Weight Watchers Int'l, Inc. Sec. Litig.*,
  No. 1:19-cv-02005 (S.D.N.Y.)

- *In re Conduent Inc. Sec. Litig.*,
  No. 2:19-cv-08237 (D. N.J.)

- *Logan v. ProPetro Holding Corp.*,
  No. 7:19-cv-00217 (W.D. Tex.)

- *In re Farfetch Ltd. Sec. Litig.*,
  No. 1:19-cv-08657 (S.D.N.Y.)

- *Hayden v. Portola Pharm., Inc.*,
  No. 3:20-cv-00367 (N.D. Cal.) (additional plaintiff)

- *In re Six Flags Entm't Corp. Sec. Litig.*,
  No. 4:20-cv-00201 (N.D. Tex.)

- *Black v. Snap Inc.*,
  No. 2:21-cv-08892 (C.D. Cal.)

6.  Oklahoma Firefighters has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

- *West Palm Beach Firefighters' Pension Fund v. Conagra Brands Inc.*, No. 1:19-cv-01323 (N.D. Ill.)

- *Oklahoma Firefighters Pension and Ret. Sys. v. United States Steel Corp.*, No. 2:19-cv-00470 (W.D. Pa.)

- *In re Resideo Techs., Inc. Sec. Litig.*, No. 0:19-cv-2863 (D. Minn.)

- *In re Peabody Energy Corp. Sec. Litig.*, No. 1:20-cv-08024 (S.D.N.Y.)

7.  Oklahoma Firefighters will not accept any payment for serving as a representative party or Lead Plaintiff on behalf of the Class beyond Oklahoma Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered and approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 7th, 2022___

*Oklahoma Firefighters Pension and Retirement System*

_____
Chase Rankin, Executive Director

# Schedule A

**Oklahoma Firefighters Pension and Retirement System**
**Biogen Transactions**

Class Period: June 7, 2021 – January 11, 2022

| Date | Transaction | Shares | Price Per Share |
|---|---|---|---|
| 6/7/21 | Sell | 3,670 | $ 395.9849 |
| 6/7/21 | Buy | 107 | $ 396.2249 |
| 6/7/21 | Sell | 620 | $ 400.5109 |
| 6/7/21 | Buy | 253 | $ 408.6883 |
| 6/7/21 | Buy | 842 | $ 448.4364 |
| 6/8/21 | Buy | 184 | $ 390.3677 |
| 6/11/21 | Buy | 268 | $ 423.5323 |
| 6/14/21 | Buy | 27 | $ 396.6976 |
| 6/14/21 | Buy | 237 | $ 402.0570 |
| 6/18/21 | Buy | 294 | $ 387.2237 |
| 6/24/21 | Sell | 324 | $ 349.7022 |
| 7/7/21 | Buy | 20 | $ 348.7364 |
| 7/14/21 | Sell | 134 | $ 357.0660 |
| 7/22/21 | Sell | 10 | $ 327.2200 |
| 7/30/21 | Sell | 1,754 | $ 328.6859 |
| 8/17/21 | Buy | 1,190 | $ 348.3080 |
| 9/2/21 | Buy | 1,310 | $ 332.0111 |
| 9/3/21 | Buy | 550 | $ 335.1459 |
| 9/9/21 | Buy | 2,080 | $ 299.9625 |
| 9/15/21 | Buy | 2,000 | $ 300.7269 |
| 9/22/21 | Buy | 1,310 | $ 289.2422 |
| 10/11/21 | Buy | 1,400 | $ 286.5949 |
| 10/20/21 | Buy | 2,280 | $ 268.9242 |
| 10/26/21 | Buy | 1,450 | $ 272.2346 |
| 11/12/21 | Buy | 1,480 | $ 270.4300 |
| 11/15/21 | Buy | 20 | $ 271.7669 |
| 11/17/21 | Buy | 2,120 | $ 257.5315 |
| 11/19/21 | Buy | 1,840 | $ 257.6085 |
| 1/7/22 | Sell | 970 | $ 234.3087 |