# Exhibit C

**LIFO Loss Chart Report**

| | |
|---|---|
| Oklahoma Firefighters Pension and Retirement System | Class Period Beginning: 06/07/2021 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 01/11/2022 |
| Security: 09062X103 | Lookback Period Beginning: 01/12/2022 |
| Class Period: June 07,2021 - January 11,2022 | Lookback Period End: 04/12/2022 |
| Currency: USD | Days in Lookback Period: 90 |
| | Lookback Period Average Closing Price: 214.36 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/12/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 7,130.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holdings | | 2,468.0000 | | | Sale | 06/07/2021 | 2,468.0000 | 395.98 | 977,290.73 | 0.00 | |
| Pre-Class Period Holdings | | 620.0000 | | | Sale | 06/07/2021 | 620.0000 | 400.51 | 248,316.75 | 0.00 | |
| Pre-Class Period Holdings | | 1,192.0000 | | | Sale | 07/30/2021 | 1,192.0000 | 328.68 | 391,793.59 | 0.00 | |
| **1A. Total** | | **4,280.0000** | | | | | **4,280.0000** | | **1,617,401.08** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/12/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/12/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| | | 2,850.0000 | | | | | | | | | |
| **1C. Total** | | **2,850.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/12/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 06/07/2021 | 107.0000 | 396.22 | 42,396.06 | Sale | 06/07/2021 | 107.0000 | 395.98 | 42,370.38 | 0.0000 | (25.68) |
| Purchase | 06/07/2021 | 253.0000 | 408.68 | 103,398.13 | Sale | 06/07/2021 | 253.0000 | 395.98 | 100,184.17 | 0.0000 | (3,213.96) |
| Purchase | 06/07/2021 | 842.0000 | 448.43 | 377,583.44 | Sale | 06/07/2021 | 842.0000 | 395.98 | 333,419.28 | 0.0000 | (44,164.16) |
| Purchase | 06/18/2021 | 294.0000 | 387.22 | 113,843.76 | Sale | 06/24/2021 | 294.0000 | 349.70 | 102,812.44 | 0.0000 | (11,031.32) |
| Purchase | 06/14/2021 | 27.0000 | 396.69 | 10,710.83 | Sale | 06/24/2021 | 27.0000 | 349.70 | 9,441.95 | 0.0000 | (1,268.87) |
| Purchase | 06/14/2021 | 3.0000 | 402.05 | 1,206.17 | Sale | 06/24/2021 | 3.0000 | 349.70 | 1,049.10 | 0.0000 | (157.06) |
| Purchase | 07/07/2021 | 20.0000 | 348.73 | 6,974.72 | Sale | 07/14/2021 | 20.0000 | 357.06 | 7,141.32 | 0.0000 | 166.59 |
| Purchase | 06/14/2021 | 114.0000 | 402.05 | 45,834.49 | Sale | 07/14/2021 | 114.0000 | 357.06 | 40,705.52 | 0.0000 | (5,128.97) |
| Purchase | 06/14/2021 | 10.0000 | 402.05 | 4,020.57 | Sale | 07/22/2021 | 10.0000 | 327.22 | 3,272.20 | 0.0000 | (748.36) |
| Purchase | 06/14/2021 | 110.0000 | 402.05 | 44,226.27 | Sale | 07/30/2021 | 110.0000 | 328.68 | 36,155.44 | 0.0000 | (8,070.82) |
| Purchase | 06/11/2021 | 268.0000 | 423.53 | 113,506.65 | Sale | 07/30/2021 | 268.0000 | 328.68 | 88,087.82 | 0.0000 | (25,418.83) |
| Purchase | 06/08/2021 | 184.0000 | 390.36 | 71,827.65 | Sale | 07/30/2021 | 184.0000 | 328.68 | 60,478.20 | 0.0000 | (11,349.45) |
| Purchase | 11/19/2021 | 970.0000 | 257.60 | 249,880.24 | Sale | 01/07/2022 | 970.0000 | 234.30 | 227,279.43 | 0.0000 | (22,600.80) |
| **2A. Total** | | **3,202.0000** | | **1,185,409.05** | | | **3,202.0000** | | **1,052,397.32** | **0.00** | **(133,011.72)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/12/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/12/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.C ClassPeriod Purchases Held at the End of Lookback Period | | | | | | | | | | | |
| Purchase | 11/19/2021 | 870.0000 | 257.60 | 224,119.39 | | | | | | 870.0000 | (37,621.26) |
| Purchase | 11/17/2021 | 2,120.0000 | 257.53 | 545,966.78 | | | | | | 2,120.0000 | (91,511.56) |
| Purchase | 11/15/2021 | 20.0000 | 271.76 | 5,435.33 | | | | | | 20.0000 | (1,148.02) |
| Purchase | 11/12/2021 | 1,480.0000 | 270.43 | 400,236.40 | | | | | | 1,480.0000 | (82,975.21) |
| Purchase | 10/26/2021 | 1,450.0000 | 272.23 | 394,740.17 | | | | | | 1,450.0000 | (83,909.95) |
| Purchase | 10/20/2021 | 2,280.0000 | 268.92 | 613,147.17 | | | | | | 2,280.0000 | (124,393.45) |
| Purchase | 10/11/2021 | 1,400.0000 | 286.59 | 401,232.86 | | | | | | 1,400.0000 | (101,120.92) |
| Purchase | 09/22/2021 | 1,310.0000 | 289.24 | 378,907.28 | | | | | | 1,310.0000 | (98,088.25) |
| Purchase | 09/15/2021 | 2,000.0000 | 300.72 | 601,453.80 | | | | | | 2,000.0000 | (172,722.46) |
| Purchase | 09/09/2021 | 2,080.0000 | 299.96 | 623,922.00 | | | | | | 2,080.0000 | (178,041.41) |
| Purchase | 09/03/2021 | 550.0000 | 335.14 | 184,330.24 | | | | | | 550.0000 | (66,429.12) |
| Purchase | 09/02/2021 | 1,310.0000 | 332.01 | 434,934.54 | | | | | | 1,310.0000 | (154,115.51) |
| Purchase | 08/17/2021 | 1,190.0000 | 348.30 | 414,486.52 | | | | | | 1,190.0000 | (159,391.37) |
| 2C. Total | | 18,060.0000 | | 5,222,912.50 | | | 0.000 | | $0.00 | 18,060.0000 | (1,351,468.56) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/12/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 21,262.0000 | | 6,408,321.55 | | | 3,202.0000 | | 1,052,397.32 | 18,060.0000 | (1,484,480.29) |
| Grand Total | | 21,262.0000 | | 6,408,321.55 | | | 7,482.0000 | | 2,669,798.40 | 18,060.0000 | |
| Total LIFO Gain(Loss) | | | | | | | | | | | (1,484,480.29) |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of the Avg. Closing Price or the Actual Sales Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.