UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, | : : : | |
| Plaintiff, | : : | Civil Action No. 22-10200-WGY |
| v. | : : | |
| BIOGEN INC., MICHEL VOUNATSOS, ALFRED SANDROCK, AND ALISHA ALAIMO, | : : : : : | **ORAL ARGUMENT REQUESTED** |
| Defendants. | : | |

**DEFENDANTS' MOTION
TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 78u-5, defendants Biogen Inc., Michel Vounatsos, Alfred Sandrock and Alisha Alaimo (collectively, the "Defendants") hereby move this Court to dismiss the amended Class Action Complaint (ECF No. 30) filed by Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") with prejudice. The grounds for this motion are set forth in Defendants' memorandum of law and Appendix of Public Records submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for Defendants has conferred with counsel for Plaintiff, who is expecting this motion based on conferences with counsel and the Court's Order concerning the briefing schedule regarding same (ECF Nos. 26, 36), and consequently, the parties have not been able to resolve or narrow the issues involved in this motion.

Dated: Boston, Massachusetts
July 27, 2022

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Michael S. Hines (BBO #653943)
Yaw A. Anim (BBO #569512)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos,*
*Alfred Sandrock, and Alisha Alaimo*