UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, and ALISHA ALAIMO,<br><br>Defendants. | : | Civil Action<br>No. 22-10200-WGY |

**TRANSMITTAL DECLARATION**
**OF MICHAEL S. HINES, ESQ. IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS**

I, MICHAEL S. HINES, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2. I make this declaration in support of Defendants' Memorandum Of Law In Opposition To Lead Plaintiff's Motion To Certify Class filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents attached as Exhibits to this Declaration:

| *Exhibit* | | *Date* | *Online Citation* |
|---|---|---|---|
| 1. | Expert Report of Jennifer Marietta-Westberg, Ph.D. | June 21, 2024 | -- |

| *Exhibit* | | *Date* | *Online Citation* |
|---|---|---|---|
| 2. | Sean Dickson, Amy Killelea, Richard G. Frank, "Limiting Coverage Based On Efficacy And Safety: A Path Forward For Medicare Regarding The Alzheimer's Treatment Aducanumab," HealthAffairs.org | June 7, 2021 | https://www.healthaffairs.org/content/forefront/limiting-coverage-based-efficacy-and-safety-path-forward-medicare-regarding-alzheimer-s |
| 3. | Julie Steenhuysen & Deena Beasley, "Explainer: What does FDA approval of Biogen's Alzheimer's drug mean for patients?" Reuters | June 7, 2021 | https://www.reuters.com/business/healthcare-pharmaceuticals/what-does-fda-approval-biogens-alzheimers-drug-mean-patients-2021-06-07/ |
| 4. | Ed Silverman, "'The price is bewildering': The cost of Biogen's Alzheimer's drug may lead payers to erect roadblocks," StatNews.com | June 7, 2021 | https://www.statnews.com/pharmalot/2021/06/07/biogen-fda-alzheimers-medicare-cms/ |
| 5. | Biogen Press Release, "FDA grants accelerated approval for ADUHELM™ as the first and only Alzheimer's disease treatment to address a defining pathology of the disease" | June 7, 2021 | https://investors.biogen.com/news-releases/news-release-details/fda-grants-accelerated-approval-aduhelmtm-first-and-only |
| 6. | John Tozzi, "Biogen's Costly, Unproven Drug Feared as Health Budget Buster," Bloomberg.com | June 8, 2021 | https://www.bloomberg.com/news/articles/2021-06-08/biogen-s-costly-unproven-drug-feared-as-health-budget-buster |
| 7. | Bernstein, "Biogen: A few useful numbers on Aduhelm's likely payer dynamics" | June 8, 2021 | -- |
| 8. | Bank of America, "Shifting Alzheimer's regulatory standards presenting new challenges; Call TODAY" | June 8, 2021 | -- |
| 9. | Citi, "Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's space?" | June 8, 2021 | -- |

| *Exhibit* | | *Date* | *Online Citation* |
|---|---|---|---|
| 10. | Citi, "Biobits - Why Aducanumab $56K price tag could hurt the Biotech industry?" | June 8, 2021 | -- |
| 11. | Cowen, "Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos" | June 8, 2021 | -- |
| 12. | Guggenheim, "BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics' PT to $455" | June 8, 2021 | -- |
| 13. | Jefferies, "Spoke to mgmt, 3 Follow-Up Thoughts - Nicely Dampening Expectations" | June 8, 2021 | -- |
| 14. | Piper Sandler, "Biogen Inc. (BIIB) - More Commercial Questions Than Answers After Aduhelm Investor Call" | June 8, 2021 | -- |
| 15. | Wedbush, "Biogen, Inc. (BIIB) - If You Build It, Will They Come? We're Still Skeptical" | June 8, 2021 | -- |
| 16. | William Blair, "Biogen, Inc. - Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform" | June 8, 2021 | -- |
| 17. | Angelica Peebles & John Tozzi, "Biogen Alzheimer's Drug Won't Break Bank Right Away: CVS CEO," Bloomberg.com | June 9, 2021 | https://www.bloomberg.com/news/articles/2021-06-09/biogen-alzheimer-s-drug-won-t-break-bank-right-away-cvs-ceo |
| 18. | Felice J. Freyer, "What's next for the new Alzheimer's drug? Lots of thorny issues ahead," Boston Globe | June 9, 2021 | https://www.bostonglobe.com/2021/06/09/metro/whats-next-new-alzheimers-drug-lots-thorny-issues-ahead/ |

| *Exhibit* | | *Date* | *Online Citation* |
|---|---|---|---|
| 19. | Guggenheim, "BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle" | June 9, 2021 | -- |
| 20. | Stifel, "BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs" | June 9, 2021 | -- |
| 21. | Andrew Joseph, "Third member of FDA expert committee resigns over controversial Alzheimer's therapy decision," StatNews.com | June 10, 2021 | https://www.statnews.com/2021/06/10/third-member-of-fda-expert-committee-resigns-over-controversial-alzheimers-therapy-decision/ |
| 22. | Associated Press, "Medicare copays for new Alzheimer's drug could reach $11,500" | June 10, 2021 | https://apnews.com/article/government-and-politics-joe-biden-medicare-business-health-14893a6c1026d68e4eddb8401a88efe3 |
| 23. | SVB Leerink, "Biogen Inc. - Aduhelm Gives Biogen Its Groove Back" | June 10, 2021 | -- |
| 24. | UBS, "Like it or not, Aduhelm is going to get used - Upgrading to Buy post doc checks" | June 10, 2021 | -- |
| 25. | Nicholas Bagley & Rachel Sachs, "The Drug That Could Break American Health Care," The Atlantic | June 11, 2021 | https://www.theatlantic.com/ideas/archive/2021/06/aduhelm-drug-alzheimers-cost-medicare/619169/ |
| 26. | Jeffries LLC, "Tau Alzheimer's Not Relevant For Now, Adu Launch Started Already Today..." | June 16, 2021 | -- |

| ***Exhibit*** | | ***Date*** | ***Online Citation*** |
|---|---|---|---|
| 27. | Guggenheim Securities LLC, "BIIB — Highlights from Our Payer Call; Expect Swift Adu Uptake as We See a Few Ways for Medicare to Limit Coverage (Incl PET/CSF) to Eligible Patients" | June 17, 2021 | -- |
| 28. | Citi, "Expert call points to tough rad for Aducanumab until an NCD" | June 17, 2021 | -- |
| 29. | Pam Belluck, "Many Alzheimer's Experts Say Use of Aduhelm Should Be Sharply Limited," New York Times | June 21, 2021 | https://www.nytimes.com/2021/06/21/health/aduhelm-alzheimers-drug.html |
| 30. | John Tozzi, "Alzheimer's Drug Price Uproar Grows as U.S. Weighs Coverage," Bloomberg.com | June 22, 2021 | https://www.bloomberg.com/news/articles/2021-06-22/alzheimer-s-drug-pricing-uproar-grows-while-u-s-weighs-coverage |
| 31. | Jeffries LLC, "Feedback, Thoughts on Stock … Meanwhile FDA Woodcock Also Comments" | June 22, 2021 | -- |
| 32. | RBC Capital Markets, "BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical" | June 23, 2021 | -- |
| 33. | Eli Lilly press release, "Lilly's donanemab receives U.S. FDA's Breakthrough Therapy designation for treatment of Alzheimer's disease" | June 24, 2021 | https://www.prnewswire.com/news-releases/lillys-donanemab-receives-us-fdas-breakthrough-therapy-designation-for-treatment-of-alzheimers-disease-301318931.html |
| 34. | Citi, "Mohit's Biobits - Decoding Aduhelm debate, VRTX thoughts and good news from BMRN" | June 25, 2021 | -- |
| 35. | UBS, "Takeaways From Aduhelm Reimbursement Expert Call" | June 25, 2021 | -- |

| *Exhibit* | | *Date* | *Online Citation* |
|---|---|---|---|
| 36. | Joseph Walker & Thomas M. Burton, "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," Wall Street Journal | June 28, 2021 | https://www.wsj.com/articles/costly-new-alzheimers-drug-could-force-medicare-to-restrict-access-11624872601 |
| 37. | Charley Grant, "Despite Pressure, Biogen's Alzheimer's Drug Still a Likely Blockbuster," Wall Street Journal | June 29, 2021 | https://www.wsj.com/articles/despite-pressure-biogens-alzheimers-drug-still-a-likely-blockbuster-11624964401 |
| 38. | Sumathi Reddy, "New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm," Dow Jones Institutional News | June 29, 2021 (updated July 8, 2021) | -- |
| 39. | Truist, "Biogen Inc. (BIIB) - KOL color on Aduhelm payer agreements; it'll be covered but may take 6 mos for investors to believe" | June 29, 2021 | -- |
| 40. | Baird, "Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics" | July 1, 2021 | -- |
| 41. | William Blair, "Biogen, Inc. - Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed" | July 2, 2021 | -- |
| 42. | Bernstein, "Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HC a priority; mid-year price increases; VTRS-Teva trial" | July 6, 2021 | -- |
| 43. | Fiona Rutherford, "FDA Curbs Scope of Biogen Alzheimer's Drug Weeks After Furor," Bloomberg.com | July 8, 2021 | https://www.bloomberg.com/news/articles/2021-07-08/biogen-falls-as-alzheimer-s-drug-limited-to-early-stage-disease |

| ***Exhibit*** | | ***Date*** | ***Online Citation*** |
|---|---|---|---|
| 44. | UBS, "Aduhelm label update: narrowed to MCI/Mild AD - the population we/street model into" | July 8, 2021 | -- |
| 45. | Manas Mishra, "FDA seeks probe into its talks with Biogen before Alzheimer's drug approval," Reuters | July 9, 2021 | https://www.reuters.com/business/healthcare-pharmaceuticals/fda-calls-federal-investigation-into-approval-biogens-alzheimers-drug-2021-07-09/ |
| 46. | Centers for Medicare & Medicaid Services, "CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease" | July 12, 2021 | https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease |
| 47. | Sarah Karlin, social media post regarding NCD process announcement | July 12, 2021 | https://x.com/SarahKarlin/status/1414685589295833088 |
| 48. | Rachel Cohrs Zhang, social media post regarding NCD process announcement | July 12, 2021 | https://x.com/rachelcohrs/status/1414687175690555396 |
| 49. | Guggenheim Securities LLC, "BIIB — CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates" | July 12, 2021 | -- |
| 50. | Baird, "CMS NCD Analysis Gets Underway, Timeline Appears Accelerated" | July 12, 2021 | -- |
| 51. | Citi, "NCD analysis initiation for Adu in-line with expectations. Timelines also appear quick" | July 12, 2021 | -- |
| 52. | Jefferies LLC, "CMS Review - Another Overhang to Be Resolved; Climbing Wall of Worry" | July 12, 2021 | -- |

| *Exhibit* | | *Date* | *Online Citation* |
|---|---|---|---|
| 53. | Truist, "Biogen Inc. (BIIB) - NCD Analysis begins - stat of relief for BIIB in our view." | July 12, 2021 | -- |
| 54. | Goldman Sachs, "Americas Healthcare: Pharmaceuticals: CMS launches Aduhelm NCD" | July 13, 2021 | -- |
| 55. | Morgan Stanley, "Implication Of The NCD Process" | July 13, 2021 | -- |
| 56. | UBS, "Now we have a timeline - CMS initiates NCD process for Aduhelm" | July 13, 2021 | -- |
| 57. | Baird, "Weekly Recap - Who's Down with OIG?" | August 6, 2021 | -- |
| 58. | Morgan Stanley, "Key Catalyst for 2H21 and into Early 2022" | September 7, 2021 | -- |
| 59. | Stifel, "Aduhelm Deep Dive: Vetting the NCD, Surveying Physicians, and Handicapping the 2022/2023 Abeta Readouts" | October 14, 2021 | -- |
| 60. | UBS, "Takeaways from NCD expert call - CED most likely outcome" | November 22, 2021 | -- |
| 61. | Raymond James, "Assume Coverage At Market Perform: Aduhelm Expectations Waning, But Estimates Still Too High" | December 9, 2021 | -- |
| 62. | BMO Capital Markets, "Evan's Weekly Dose of Targeted Therapy & Video - CMS AD NCD & JPM Preview" | January 7, 2022 | -- |
| 63. | Guggenheim, "BIIB - With A Draft Proposal Memo Due From CMS on Jan 12th, We Caught Up With Our Payer Expert To Discuss Possible NCD Scenarios - CED Study Likely" | January 10, 2022 | -- |

| *Exhibit* | | *Date* | *Online Citation* |
|---|---|---|---|
| 64. | Centers for Medicare & Medicaid Services, "CMS Proposes Medicare Coverage Policy for Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease" | January 11, 2022 | https://www.cms.gov/newsroom/press-releases/cms-proposes-medicare-coverage-policy-monoclonal-antibodies-directed-against-amyloid-treatment |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on June 21, 2024.

*<u>/s/ Michael S. Hines</u>*
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.hines@skadden.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos, and*
*Alisha Alaimo*