# *Exhibit 1*

# *Expert Report of Jennifer Marietta-Westberg, Ph.D., June 21, 2024*

*Oklahoma Firefighters Pension*
*And Retirement System,*
*Plaintiff,*
*v.*
*Biogen Inc., Michel Vounatsos,*
*and Alisha Alaimo,*
*Defendants*

# Expert Report of
# Jennifer Marietta-Westberg, Ph.D.

June 21, 2024

# Table of Contents

**I. Qualifications** ........ **1**

**II. Case Background** ........ **2**

**III. Assignment** ........ **3**

**IV. Summary of Opinions** ........ **4**

**V. There is No Evidence That the Misrepresentations Alleged by Plaintiff Had a Statistically Significant Stock Price Impact** ........ **6**

A. The Role of Event Studies in Assessing Whether Stock Prices React to News 7

B. Prof. Feinstein's Empirical Results Indicate That Biogen's Stock Price Did Not Have a Statistically Significant Stock Price Reaction When the June 8, 2021 Alleged Medicare-Related Misrepresentations Were Made. This Result Is Consistent with Market Commentary on That Day. ........ 10

C. In The Weeks Following June 8, 2021, Analysts Continued to Discuss the Possibility That CMS Would Initiate an NCD Analysis and That Medicare Coverage Might Be Restricted ........ 16

D. Prof. Feinstein's Event Study Indicates That Biogen's Stock Price Did Not React Significantly When the Alleged Misrepresentations Were Purportedly Corrected ........ 20

1. June 28, 2021 ........ 21

2. July 12, 2021 ........ 22

E. Market Commentary Suggests That the July 12, 2021 CMS Decision Further Established That Medicare Coverage For Aduhelm Could Be Limited ........ 26

F. The January 11, 2022 CMS Proposed Coverage Decision Was the Realization of a Known Risk ........ 29

**VI. Prof. Feinstein Has Failed to Put Forth a Class-Wide Damages Methodology Capable of Measuring Only Those Damages Attributable to Plaintiff's Theory of Liability** ........ **32**

A. The Generic "Back-Casting" Methodology Described by Prof. Feinstein Cannot Measure Inflation during the PCP Without a Properly Specified But-For World, Which Prof. Feinstein Does Not Provide ........ 32

1. Prof. Feinstein Does Not Articulate a Well-Specified But-For World 33

B. Because the January 11, 2022 CMS Proposed Decision Was the Realization of a Known Risk, One Cannot Use the Price Decline Associated with It To Measure Inflation At Earlier Points in the PCP ........ 34

C. The Price Decline Associated with the January 11, 2022 CMS Announcement Cannot Be Used as a Measure of Inflation Earlier in the PCP, Even If the Risk of Coverage Restrictions Was Not Fully Disclosed ........ 36

D. The Price Decline (If Any) Associated with the Alleged Corrective Disclosures on June 28, 2021 And July 12, 2021 Cannot Be Used to "Back-Cast"

Inflation If the Risk and/or Value Implications of Medicare Coverage Restrictions Changed Over Time ........................................ 37

E. Prof. Feinstein Does Not Explain How He Would Parse Out the Effects of Confounding Information on the Alleged Corrective Disclosure Dates ...................... 38

## I. Qualifications

1. I am a Vice President at Cornerstone Research, an economic and financial consulting firm. At Cornerstone Research, I consult with clients on economic and financial issues arising in litigation and regulatory investigations in financial markets and provide economic analyses pertaining to various topics, including equity and bond trading, financial reporting, valuation, market making, asset management, and mergers and acquisitions.

2. I previously served as a member of the U.S. Securities and Exchange Commission ("SEC" or "Commission") Investor Advisory Committee ("IAC"), created under the Dodd-Frank Act. Among other things, the IAC advises the Commission on regulatory priorities, the effectiveness of disclosure, and initiatives to protect investor interests, and works to promote investor confidence and the integrity of the securities marketplace. As a member of the IAC, I participated in quarterly public meetings with various market participants and submitted analyses and recommendations for consideration by the Commission. In 2021, I completed my four-year tenure on the IAC after serving as Chair of the IAC for one year. In addition, I am a member of the Board of Directors to the Institute for Law and Economics at the University of Pennsylvania and a former Practitioner Director of the Financial Management Association.

3. Prior to joining Cornerstone Research, I spent ten years at the SEC, including as Deputy Director and Deputy Chief Economist at the Division of Economic and Risk Analysis ("DERA"). As the Deputy Director/Deputy Chief Economist of DERA, my responsibilities included, among others, leading teams of economists conducting economic research and crafting economic analyses for SEC rulemakings in a wide variety of areas, including the regulation of broker-dealers, investment advisers, corporate issuers, and markets and exchanges. In addition, I led international economic initiatives and served, sequentially, as the Vice-Chair and Chair of the International Organization of Securities Commissions' Committee on Emerging Risks.

4. I earned a Ph.D. in Finance from the University of Iowa. For six years, I was an Assistant Professor within the Finance department at Michigan State University. While an Assistant Professor, I conducted economic research on initial public offerings, stock underwriting, divergence of investor opinion, and managerial ownership at investment management firms, among other topics. I also taught the foundational Investments course to

both undergraduates and graduate MBA students. My lectures covered a broad array of investment topics, including portfolio theory and security valuation for equities, bonds, and derivatives, among other topics.

5. My work as an economist routinely involves reviewing, understanding, and applying academic research, formulating and testing hypotheses, performing statistical analyses of data, and drawing economic conclusions. My experience at the SEC and Cornerstone Research includes economic analysis across policy, investigation, and litigation issues. Throughout my career, I have applied my training and expertise to economic and statistical analyses on a wide range of topics and across various markets, both in the U.S. and internationally. My work has been published in prominent, peer-reviewed academic journals such as the *Journal of Corporate Finance*, *Journal of Accounting and Economics*, and *European Financial Management*.

6. Cornerstone Research is being compensated at my standard billing rate, which is currently $1,030 per hour. I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction. Neither my compensation nor the compensation of Cornerstone Research staff who assisted me is affected by the outcome of this matter.

7. A copy of my curriculum vitae and a list of prior testimony over the last four years are attached as **Appendix A** to this report.

## II. Case Background

8. On June 7, 2021, the U.S. Food and Drug Administration ("FDA") approved Biogen Inc.'s ("Biogen") drug, Aduhelm "to treat patients with Alzheimer's disease using the Accelerated Approval … pathway."[1] The approval was announced during market hours, following which Biogen's stock price increased.[2] Before market open on June 8, Biogen held a conference call with analysts to discuss the approval.[3] Plaintiff alleges that during the call, Biogen executives, Mr. Vounatsos and Ms. Alaimo, "misrepresented that Medicare coverage

[1] FDA Press Release, "FDA's Decision to Approve New Treatment for Alzheimer's Disease," June 7, 2021, available at https://www.fda.gov/drugs/our-perspective/fdas-decision-approve-new-treatment-alzheimers-disease, accessed on June 17, 2024.

[2] "U.S. FDA approves Biogen Alzheimer's drug," *Reuters News*, June 7, 2021; Second Class Action Complaint for Violations of the Federal Securities Laws, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, April 10, 2024 ("Complaint"), ¶ 14.

[3] Biogen Press Release, "FDA grants accelerated approval for ADUHELM™ as the first and only Alzheimer's disease treatment to address a defining pathology of the disease," June 7, 2021, available at https://investors.biogen.com/node/23521/pdf, accessed on June 17, 2024, p. 2.

was 'automatically presumed' following FDA approval,"[4] when they purportedly expected the Centers for Medicare and Medicaid Services ("CMS") to engage in a National Coverage Determination ("NCD") analysis lasting several months and likely leading to restricted coverage.[5] Plaintiff claims that Biogen's stock price was inflated due to the alleged misrepresentations until a series of purportedly corrective disclosures culminating in a January 11, 2022 CMS announcement of a proposed decision to restrict Medicare coverage to patients enrolled in qualifying clinical trials.[6] Plaintiff seeks certification of a class of "[a]ll persons and entities who purchased or otherwise acquired common stock of Biogen, Inc. between June 8, 2021, and January 11, 2022, inclusive, [(the 'Putative Class Period' or 'PCP'),]" and who were damaged thereby.[7,8]

9. On May 10, 2024, Plaintiff filed an expert report from Prof. Steven P. Feinstein ("Feinstein Report"), in which Prof. Feinstein asserted that "Biogen stock traded in an efficient market throughout the [PCP]" and that "Section 10(b) damages in this matter can be computed for all [putative] Class members using a common methodology that is consistent with Lead Plaintiff's theory of liability."[9]

## III. Assignment

10. I have been retained by counsel for Biogen, Alisha Alaimo, and Michel Vounatsos, ("counsel") to review and comment on certain analyses provided in the Feinstein Report and to examine economic evidence surrounding both the alleged misrepresentations and the alleged corrective disclosures by which Plaintiff claims "the market began to learn that … Medicare would not 'automatically' cover the cost of Aduhelm ..."[10]

11. In particular, counsel has asked me to address the following three topics:

---

[4] Complaint, ¶ 187.
[5] Complaint, ¶ 188.
[6] Complaint, ¶¶ 289, 305.
[7] Lead Plaintiff's Memorandum in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, May 10, 2024, p. 1.
[8] I understand that Plaintiff originally articulated four theories of liability ("original theories"), asserting that Biogen's stock price was inflated during the PCP due to alleged misstatements regarding: "(i) the number of sites ready (meaning 'willing' and 'capable') to administer Aduhelm immediately after approval; (ii) the significance of logistical constraints on identifying treatment-eligible patients by diagnosing amyloid beta pathology; (iii) the likelihood that Medicare coverage of the treatment would follow FDA approval; and (iv) payer feedback over the premium price point chosen for Aduhelm." *See* Complaint, ¶ 4. I understand from counsel that the Court has dismissed claims pertaining to theories (i), (ii), and (iv) ("dismissed theories"), leaving as actionable only claims pertaining to theory (iii).
[9] Expert Report of Professor Steven P. Feinstein, Ph.D., CFA, May 10, 2024, ¶¶ 20–21.
[10] Complaint, ¶ 291.

a. Accepting both Prof. Feinstein's conclusion "that Biogen stock traded in an efficient market throughout the Class Period," and his event study results for dates during the PCP,[11] evaluate whether there is evidence that the misrepresentations alleged by Plaintiff impacted the price of Biogen stock.

b. Analyze whether Prof. Feinstein's purported damages methodology can be used to measure on a class-wide basis only those damages that are attributable to Plaintiff's theory of liability in this matter.

c. Determine whether Prof. Feinstein's comparisons of "high information news events" and "non- or lesser-news days"[12] are reliable for evaluating whether "there was a cause-and-effect relationship between new, Company-specific information and movement in the price of Biogen stock."[13]

12. In formulating the conclusions and opinions set forth in this report, I have relied on my knowledge, my prior experience, my academic research on relevant topics, and my formal training in economics and finance, which have informed the analyses set forth in this report. A list of documents, data, and other information that I have considered in forming the opinions set forth in this report is attached hereto as **Appendix B**. I reserve the right to revise my opinions in light of my ongoing review of the materials I have considered, as well as additional materials, including data, documents, and deposition or other testimony that may subsequently come to light, or if I am asked to perform further research or analysis.

## IV. Summary of Opinions

13. The opinions I have reached to date are summarized here and discussed in further detail below.

14. There is no evidence that the misrepresentations alleged by Plaintiff (i.e., that "[f]or Medicare fee-for-service, coverage is automatically presumed with FDA approval")[14,15] had a statistically significant impact on the price of Biogen stock.

a. In an efficient market, prices react only to new, value-relevant information, and not to stale information.

---

[11] Prof. Feinstein produced event study results for an "Examination Period" defined as "the full year ending at the end of the Class Period." Feinstein Report, ¶¶ 20, 104, 140, Exhibit 10.

[12] Feinstein Report, ¶ 117.

[13] Feinstein Report, ¶ 150.

[14] Biogen Conference Call Transcript, "Biogen Inc. to Discuss the Approval of ADUHELM Call - Final," June 8, 2021 ("Biogen Conference Call Transcript, June 8, 2021").

[15] Feinstein Report, ¶ 29, citing Complaint, ¶¶ 187–188.

b. Assuming that Biogen traded in an efficient market throughout the PCP, one would expect its stock price to react to the alleged misrepresentations and corrective disclosures if they conveyed new, value-relevant information to the market.

c. Prof. Feinstein's event study results show that Biogen's stock price did not have a statistically significant stock price reaction either following Biogen's alleged misrepresentations or at the time these alleged misrepresentations were purportedly corrected.

d. The lack of a statistically significant stock price reaction to the alleged misrepresentations is consistent with evidence from analyst and market commentary, which indicates that the market already possessed the information that Plaintiff alleges was concealed. Specifically, the risk of CMS initiating an NCD analysis and proposing to restrict coverage for Aduhelm was widely discussed in the market both before the June 8, 2021 conference call and continuing throughout the PCP. Thus, one would not expect Biogen's stock price to have a statistically significant stock price reaction either to the alleged misrepresentation that Medicare coverage was presumed or to related alleged corrective disclosures.

e. Prof. Feinstein's event study shows that Biogen's stock price did not have a statistically significant stock price reaction following alleged corrective disclosures on June 28, 2021 and July 12, 2021. This result is consistent with the idea that these disclosures did not provide new, value-relevant information to the market.

15. Prof. Feinstein's proposed damages methodology cannot be used to measure on a class-wide basis only those damages that are attributable to Plaintiff's theory of liability.

a. An appropriate damages methodology must be capable of measuring purported damages arising solely from the alleged Medicare-related misstatements. Prof. Feinstein does not explain how he would address instances when alleged Medicare-related misstatements and disclosures were made at the same time as those associated with the dismissed liability theories.

b. Furthermore, the generic methodology Prof. Feinstein articulates does not account for numerous relevant economic issues specific to this matter, including, but not limited to:

i. the fact that the risk that Medicare coverage restrictions might be proposed was widely discussed in the market, and

ii. the fact that the January 11, 2022 CMS-proposed NCD decision to cover a class of drugs that included Aduhelm through coverage with evidence development ("CED") was the realization of a known risk.[16]

In addition, Prof. Feinstein does not explain how he would establish whether the risk was constant during the PCP, and if it was not, how his generic methodology would be adjusted to account for changes in the risk.

## V. There is No Evidence That the Misrepresentations Alleged by Plaintiff Had a Statistically Significant Stock Price Impact

16. Plaintiff's expert Prof. Feinstein asserts: "[S]ignificant stock price reactions to new, valuation-relevant information … are compelling evidence of market efficiency."[17] He conducts an event study, based on which he concludes that "the Biogen stock price responded to Company-specific information, which is the hallmark of an efficient market."[18] Event studies have been used in academic research to examine whether stock prices reacted to certain news events. In an efficient market, prices react only to new, value-relevant information, and not to stale information.[19] As Prof. Feinstein explains, "[i]f a stock's event date residual return is statistically significant, it indicates that the stock price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by ***new***, company-specific information."[20] For the purposes of this rebuttal report, counsel has asked me to accept Prof. Feinstein's assertion that the market for Biogen stock was efficient during the PCP.

[16] "Today, the [CMS] released a proposed [NCD] memorandum. The proposed NCD would cover [FDA] approved monoclonal antibodies that target amyloid for treatment of Alzheimer's disease through coverage with evidence development (CED) – which means that FDA-approved drugs in this class would be covered for people with Medicare only if they are enrolled in qualifying clinical trials. The proposed NCD is open to public comment for 30 days." CMS Press Release, "CMS Proposes Medicare Coverage Policy for Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease," January 11, 2022, available at https://www.cms.gov/newsroom/press-releases/cms-proposes-medicare-coverage-policy-monoclonal-antibodies-directed-against-amyloid-treatment, accessed on June 17, 2024.

[17] Feinstein Report, ¶ 102.

[18] Feinstein Report, ¶ 106.

[19] Academic studies document evidence supportive of semi-strong form market efficiency in which security prices quickly and fully adjust to reflect new, publicly available, value-relevant information. Eugene F. Fama., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417 ("Fama (1970)") at pp. 383, 415.

[20] Feinstein Report, ¶ 110. Emphasis added.

17. Given this assumption, one would expect the alleged misrepresentations and corrective disclosures to be associated with a statistically significant change in Biogen's stock price if they conveyed new, value-relevant information to the market. However, Prof. Feinstein's event study results show that Biogen's stock price did not have a statistically significant stock price reaction either following Biogen's alleged misrepresentations or at the time these misrepresentations were allegedly corrected.[21]

18. The lack of a statistically significant stock price reaction to the alleged misrepresentations is consistent with evidence from analyst and market commentary indicating that the market already possessed the information that Plaintiff alleges was concealed. Specifically, the risk of CMS initiating an NCD analysis and proposing to restrict coverage for Aduhelm was widely discussed in the market from before the date of the original alleged misrepresentations (June 8, 2021) through the dates of subsequent alleged corrective disclosures. Thus, one would not expect Biogen's stock price to have a statistically significant stock price reaction either to an alleged misrepresentation that Medicare coverage was presumed or to related alleged corrective disclosures. There is no evidence that the alleged misrepresentations had a statistically significant stock price impact.

### A. The Role of Event Studies in Assessing Whether Stock Prices React to News

19. Event studies are widely used by economists to measure the stock price impact of new information becoming available to the market. Since the first event study was performed in the 1930s, event studies have been widely used in the academic literature to address the impact of many different types of information.[22] In his treatise on the topic, MacKinlay (1997) summarizes event studies as follows: "Using financial market data, an event study measures the impact of a specific event on the value of a firm."[23]

20. In the context of securities litigation, economists can use event studies to assess the price impact (if any) of allegations ("price impact analysis"), or to assess losses (if any) that were suffered when allegedly misrepresented information was revealed ("loss causation analysis").[24] Although event studies can be used for both price impact and loss causation

---

[21] Feinstein Report, Exhibit 10.

[22] A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, no. 1, 1997, pp. 13–39 ("MacKinlay (1997)") at p. 13.

[23] MacKinlay (1997), p. 13.

[24] John Y. Campbell, et al., *The Econometrics of Financial Markets*, (Princeton, NJ: Princeton University Press, 1997) ("Campbell, et al. (1997)"), p. 149 ("[I]n legal-liability cases event studies are used to assess damages.");

analysis, the economist tests different hypotheses and draws different inferences from the event study depending on its purpose. For example, in a price impact analysis, an economist might test whether an alleged misrepresentation had a statistically significant impact on the stock price (sometimes referred to as "front-end" analysis). In a loss causation analysis, the economist might try to isolate the portion of the price decline potentially attributable to the release of allegedly corrective information (sometimes referred to as "back-end" analysis).

21. The first step in conducting an event study is to identify the event of interest and the period over which the stock price change ("return") will be examined ("event window").[25] In a semi-strong form efficient market, which I understand to be Dr. Feinstein's characterization of the market for Biogen stock throughout the PCP, stock prices are expected to react to new, value-relevant public information quickly, with academic studies finding reaction times of between five minutes and an hour.[26,27] The change in a company's stock price within the event window is called the "raw return."[28] This return includes not only the effect, if any, of the event in question, but also the impact of broad macroeconomic factors that affect all firms in the market and broad industry factors that affect all firms within the same industry.

22. The second step in the event study is to isolate the portion of the raw return that cannot be attributed to macroeconomic or industry factors.[29] This is typically done by

---

Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49, no. 2, 1994, pp. 545–590 ("Mitchell and Netter ("1994") at p. 556 ("An event study is a statistical technique that estimates the stock price impact of occurrences such as mergers, earnings announcements, and so forth.").

[25] Mitchell and Netter (1994), p. 558.

[26] Feinstein Report, ¶ 40 ("An efficient market, as defined and discussed by *Cammer*, *Basic*, *Amgen*, *Halliburton II*, Alan Bromberg and Lewis Lowenfels, Professor Fama, and other leading scholars, is a market in which publicly available information is incorporated into the price of a security such that the trading price reflects publicly available information with reasonable promptness."). Emphasis in original. Fama (1970) defines semi-strong market efficiency as follows: "In general, semi-strong form tests of efficient markets models are concerned with whether current prices 'fully reflect' all obviously publicly available information." Fama (1970), p. 404.

[27] Busse and Green "study the response of stock prices and trading when a stock is featured on the Morning Call or Midday Call segment on the cable television financial news provider CNBC." They "find that stocks discussed positively experience a statistically and economically significant price impact beginning seconds after the stock is first mentioned and lasting approximately one minute. The response to negative reports is more gradual, lasting 15 minutes…." They also note that prior studies examining "the price response to corporate announcements, including earnings, dividends, and seasoned equity offerings, and …the price response to large trades… find that prices incorporate news within five to 15 minutes…." Jeffrey A. Busse and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, 2002, pp. 415–437 ("Busse and Green (2002)") at pp. 415–416. Chordia, Roll, and Subrahmanyam (2005) "investigate how long it takes the market to achieve weak-form efficiency, i.e., how long it takes to remove return dependence." They find that "[t]he pattern of intra-day serial dependence reveals that it takes more than five minutes but less than sixty minutes." Tarun Chordia, et al., "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics* 76, 2005, pp. 271–292 ("Chordia et al. (2005)") at pp. 271, 273. Drienko and Sault "examine abnormal returns and trading volumes that accrue to shareholders immediately after an announcement responding to a trading induced query [in Australian markets]." They "provide[] evidence that the market takes up to 60 min[utes] to impound this information." Jozef Drienko and Stephen J. Sault, "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance* 37, 2013, pp. 4810–4819 ("Drienko and Sault (2013)") at p. 4810.

[28] In Prof. Feinstein's Exhibit 10, the raw return is called "Biogen Logarithmic Return." *See* Feinstein Report, ¶ 132 for explanation of logarithmic returns.

[29] Mitchell and Netter (1994), p. 560.

controlling for the returns of appropriately chosen market and industry indices.[30,31] After choosing these indices, the economist uses a statistical regression model to estimate the relation between the raw stock return and the market and industry factor returns. A regression model commonly assumes a stable linear relationship between the firm's stock return and market- or industry-wide factors,[32] and the model is estimated over an "estimation window."[33] The economist can use the estimated relation between the firm's raw stock return and market- and/or industry-wide factors to calculate the portion of the raw return that is explained by these factors.[34] The difference between the raw return and the explained portion of the return is known as the "residual return."[35,36]

23. The third step in the analysis is to determine whether the residual return on a given day provides any evidence of a reaction to news.[37] To evaluate this, the residual return is tested for "statistical significance." Statistical significance establishes whether the residual return of interest is statistically distinguishable from zero; that is, whether the price movement is so large that it is unlikely to be due to random chance. In economics, it is common to use a five percent level of significance.[38] If this threshold is applied and the residual return is not statistically significant at the five percent level, there is no evidence that the residual return was statistically distinguishable from zero.

24. Finally, given that stock prices react to all new, value-relevant, company-specific information released on a given day, an important aspect of conducting an event study is to assess the stock price impact attributable solely to the event of interest.[39] If multiple pieces of company-specific news enter the market during the same event window, the residual return from a regression measures the impact of the total mix of information revealed during that event window. Therefore, the economist must account for potential confounding information

---

[30] MacKinlay (1997), pp. 15, 18.
[31] Prof. Feinstein employs a market index and two industry indices in his event study. *See* Feinstein Report, ¶¶ 129–131, Exhibit 10.
[32] MacKinlay (1997), pp. 15, 18.
[33] MacKinlay (1997), p. 15; Campbell, et al. (1997), p. 152 ("The most common choice, when feasible, is to use the period prior to the event window for the estimation window. For example, in an event study using daily data and the market model, the market-model parameters could be estimated over the 120 days prior to the event.").
[34] In Prof. Feinstein's Exhibit 10, the portion of the Biogen's raw return that is explained by the market and industry factors he chose is called "Biogen Explained Return." *See* Feinstein Report, ¶ 126, Exhibit 10.
[35] In Prof. Feinstein's Exhibit 10, Biogen's residual return is called "Biogen Residual Return." *See* Feinstein Report, ¶ 127, Exhibit 10.
[36] MacKinlay (1997), p. 15 ("Appraisal of the event's impact requires a measure of the abnormal return. The abnormal return is the actual ex post return of the security over the event window minus the normal return of the firm over the event window."). *See also* Stephen J. Brown and Jerold B. Warner, "Measuring Security Price Performance," *Journal of Financial Economics* 8, no. 3, 1980, pp. 205–258 at p. 205.
[37] Mitchell and Netter (1994), p. 562.
[38] Mitchell and Netter (1994), p. 564.
[39] William H. Wells, "A Beginner's Guide to Event Studies," *Journal of Insurance Regulation* 22, no. 4, 2004, pp. 61–70 at p. 67.

that might operate in either direction relative to the impact of the event of interest. One way to do this, particularly if the economist is interested in only a limited number of events, is to carefully review all publicly available information released during each event window, such as announcements by the company, analyst reports, and public press. The economist would then have to account for the effect of information unrelated to the event of interest on event study results.

### B. Prof. Feinstein's Empirical Results Indicate That Biogen's Stock Price Did Not Have a Statistically Significant Stock Price Reaction When the June 8, 2021 Alleged Medicare-Related Misrepresentations Were Made. This Result Is Consistent with Market Commentary on That Day.

25. Plaintiff alleges that Biogen "misled investors as to the commercial readiness for its new drug, Aduhelm through … false and misleading statements concerning … the likelihood that Medicare coverage of the treatment would follow FDA approval…."[40] Specifically, Plaintiff claims that Mr. Vounatsos's and Ms. Alaimo's statements during Biogen's conference call with analysts before market open on June 8, 2021 that "[f]or Medicare fee-for-service, coverage is automatically presumed with FDA approval," were misleading because they "omitt[ed] to reveal Biogen's expectation that [an NCD analysis] would be initiated" in the event of broad label approval by the FDA, and that the process would lead to "likely narrower [than full]" coverage.[41]

26. If the alleged misstatements conveyed new, favorable, and value-relevant information to the market regarding the likelihood and extent of Medicare coverage, there should have been a positive and statistically significant stock price reaction on June 8, 2021. However, according to Prof. Feinstein's event study, Biogen's stock price reaction was not statistically significant on that day.[42] As described below, the absence of a statistically significant stock price reaction is consistent with market commentary before and on June 8, 2021, when several commentators predicted that CMS would initiate an NCD analysis on which it ultimately would base its coverage decision; and many analysts opined that payers would push back on covering the cost of treatment.

---

[40] Complaint, ¶ 4.
[41] Complaint, ¶¶ 187–188, 192–193. Prof. Feinstein also points to the June 8, 2021 conference call as the source of the alleged misrepresentation: "Lead Plaintiff alleges that Defendants misled investors about the commercial viability of Aduhelm by misrepresenting that broad Medicare coverage was automatically presumed following FDA approval." Feinstein Report, ¶ 29, citing to Complaint, ¶¶ 187–188.
[42] According to Prof. Feinstein's Exhibit 10, Biogen's raw stock return (in logarithmic terms) on June 8, 2021 was -0.12%. Its residual return was 0.55%, which was not statistically significant.

27. To examine whether the commentary was consistent with Plaintiff's claim that the market was misled into expecting full Medicare coverage for Aduhelm, I reviewed analyst reports and public press articles on June 7 and June 8, 2021 (*see* **Exhibit 1**).[43,44] As shown in the exhibit, contrary to Plaintiff's claim, several analysts noted the possibility of payers, including Medicare, restricting coverage even on June 7, the day before the conference call.[45] Analyst commentary on June 8 continued to note that Medicare coverage might be restricted. For example:

> **Bank of America (June 8, 2021):** "Several [key opinion leaders] were also concerned by the price point ($56k/yr gross), questioning what access would look like with payers now justified [in] restricting access given regulators had, in a sense, conceded there may not be clinical benefit."[46]

> **Citi (June 8, 2021):** "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget cannot be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with

---

[43] I reviewed analyst reports from approximately 35 contributors. I reviewed all analyst reports available to me that were published (i) from the date of the FDA approval announcement to one week after the subsequent quarterly earnings call (i.e., June 7, 2021 through July 29, 2021) and (ii) from one day prior to the CMS draft NCD announcement to one week after the announcement (i.e., January 10, 2022 through January 18, 2022). In addition, I reviewed analyst reports published between July 30, 2021 and January 10, 2022 that included the keywords "Coverage with Evidence Development" or its abbreviation "CED." **Appendix C** contains a summary of relevant analyst and market commentary during the period June 7, 2021 through January 18, 2022.

[44] I reviewed public press that I obtained from *Factiva*, a service that provides access to company press releases, numerous national and regional publications, and general business and industry publications. Publications available through *Factiva* include, for example, *Dow Jones Newswires*, *PR Newswire*, *Barron's*, *Financial Times*, *Forbes*, *Reuters News*, *The New York Times*, and *The Wall Street Journal*. *See* Dow Jones Factiva, https://www.dowjones.com/professional/factiva/. I searched *Factiva* for articles from major news sources (i) with Biogen as the indexed company code or containing "Biogen" in the headline or text of the body of the article and (ii) containing the keywords "aduhelm" or "aducanumab" in the headline or text of the body of the article. I reviewed all such articles published between June 7, 2021 and June 11, 2021, between June 25, 2021 and July 1, 2021, between July 9, 2021 and July 15, 2021 and between January 11, 2022 and January 17, 2022. In addition, I also reviewed all such articles published between June 12, 2021 and January 10, 2022 that contained any of the keywords "Medicare," "Centers for Medicare and Medicaid Services," "CMS," "Coverage," "Reimbursement," "National Coverage Determination," "NCD," "Coverage with Evidence Development," and "CED."

[45] *See* **Exhibit 1**.

[46] "Shifting Alzheimer's Regulatory Standards Presenting New Challenges; Call TODAY," *Bank of America Global Research*, June 8, 2021, p. 3.

$800B annual [M]edicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation."[47]

**William Blair (June 8, 2021):** "Risks to our upgrade likely stem from headline risk on the cost of the therapy and the small potential of a negative Medicare national coverage determination (NCD), which we view as unlikely given the unmet medical need and patient advocacy. … It remains to be seen how Medicare plans will handle the price and bolus of patients, and we have therefore kept our penetration rates low ahead of additional details."[48]

The analyst commentary was also reflected in the public press.[49] For example:

**Dow Jones Institutional News – Barron's (June 8, 2021)**: "In the hours after the [pricing] announcement … Citi Research analyst Mohit Bansal issued a similar warning early Tuesday: 'At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on Medicare budget cannot be ignored,' he wrote. 'Medicare may not have much choice but to find a way to restrict use in this situation. This could potentially spark the drug pricing debate again in the remainder of the year.'"[50]

28. While some analysts expected that the result of an NCD would be coverage "in line with the FDA label," others expected CMS to impose limits on coverage, including the possibility of coverage through CED, which was the proposed decision CMS eventually announced following the NCD analysis.[51] For example:

**Piper Sandler (June 8, 2021):** "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. … [I]n fact, there is a decent body of precedent where [CMS and FDA]

---

[47] "Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's Space?" *Citi*, June 8, 2021, p. 1.
[48] "Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform," *William Blair*, June 8, 2021, pp. 1–2.
[49] *See* **Exhibit 1**.
[50] "The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry – Barrons.com," *Dow Jones Institutional News*, June 8, 2021.
[51] "Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos," *Cowen*, June 8, 2021 ("Cowen (June 8, 2021)"), p. 1. *See also* **Exhibit 1**.

have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD []. Per previous guidance, this could allow CMS to implement a CED [] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely."[52]

**Bernstein (June 8, 2021):** "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions could be divergent[] – both conditions are clearly met for Aduhelm. …[F]or Aduhelm[,] CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive PET. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch."[53]

**Citi (June 8, 2021):** "[O]ur healthcare services analyst … expects CMS to establish a national coverage decision (NCD) shortly…."[54]

**Cowen (June 8, 2021):** "While the Centers for Medicare & Medicaid Services (CMS) may soon open a National Coverage Determination (NCD) on aducanumab, we expect the end result will be coverage in line with the FDA label with perhaps some additional patient and provider requirements. … [P]harmaceuticals are increasingly triggering the NCD process as they become more costly and complex, with CAR-T therapy and Dendreon's Provenge being a few recent examples. … Medicare's NCD

[52] "More Commercial Questions Than Answers After Aduhelm Investor Call," *Piper Sandler*, June 8, 2021, p. 1.
[53] "Biogen: A Few Useful Numbers on Aduhelm's Likely Payer Dynamics," *Bernstein*, June 8, 2021, p. 2.
[54] "Biobits – Why Aducanumab $56K price tag could hurt the Biotech industry?" *Citi*, June 8, 2021, p. 1.

process itself is a nine-month process that can stretch to 12 months if CMS holds a Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) meeting."[55]

29. Analysts expressed differing opinions about the likelihood of Medicare coverage for certain aspects of the treatment, which further indicated that Medicare coverage might be limited.[56] For example:

**Guggenheim (June 8, 2021):** "We spoke with an expert in insurance payer dynamics, and she emphasized that PET scans to confirm or diagnose amyloid pathology are not considered the current standard of care for treating [Alzheimer's disease]. Because the label specifies that the drug activity is meant to reduce amyloid plaques, patients will likely need a confirmatory PET scan to receive a prescription, which will not be covered by Medicare (as it's not part of normal treatment). BIIB noted that patients will likely need either PET or CSF markers (requiring a spinal tap) to become a candidate for the drug, and we believe this might create a bottleneck to getting patients on drug."[57]

**Jefferies (June 8, 2021):** "We are not overly concerned [with] all the noise around $56k gross pricing ($39k first year due to lower dose) and believe Medicare and payor coverage will fall into place for the core population of [mild cognitive impairment patients] etc. …We expect some appropriate 'public' pushback from payors regarding the broad label but they will reimburse Aduhelm for patients that are similar to the Phase III study population (1-2M [mild cognitive impairment]/mild patients per BIIB). … The [company] confirmed per the FDA label, there's no language regarding mandatory amyloid testing, which isn't typically done and there's no formal reimbursed test (they are advocating to get it covered)."[58]

[55] "Medicare Likely to Cover Aducanumab, NCD Possible; UPS Chance of Part B Demos," *Cowen*, June 8, 2021. Emphasis removed.
[56] *See* **Exhibit 1**.
[57] "BIIB – With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455," *Guggenheim*, June 8, 2021, pp. 1–2.
[58] "Spoke to Mgmt., 3 Follow-Up Thoughts – Nicely Dampening Expectations," *Jefferies*, June 8, 2021, p. 1.

Some analysts expressed the view that payers, including Medicare, could restrict coverage to manage costs, which further supports that Medicare coverage might be limited.[59] For example:

> **Citi (June 8, 2021):** "[T]he price-tag does not indicate that payers were given much consideration. Given the [total addressable market] size of ~$85B in the US alone and >80% of this being [M]edicare, it creates an existential question for the program considering total [M]edicare Part-B spending in 2019 was only ~$37B. The industry has just started breathing easy from the last drug pricing debate but we suspect the industry could get right back into it again as we expect this debate to only intensify from here. As we have seen before with PCSK9s, payers can effectively create roadblocks if they are determined."[60]

> **Wedbush Securities (June 8, 2021):** "[T]he $56,000 annual [wholesale acquisition cost] price is consistent with our pre-approval assumption but given the absence of a tangible, clinical benefit, we anticipate payers will become the 'gatekeepers.' ... BIIB's pricing strategy represents a challenge for the space and we foresee more headwinds to come. … Simply put, we cannot envision a launch without payer-level restrictions and await more color on how these unfold."[61]

30. Analyst discussions related to whether Medicare coverage might be limited, such as those in the examples noted above, were also reflected in the public press.[62] For example:

> **Financial Times (June 8, 2021):** "Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action."[63]

> **Dow Jones Institutional News - Market Watch (June 8, 2021):** "Shares [of] Biogen Inc. (BIIB) pulled back 1.4% in afternoon trading Tuesday, in the wake of the

---

[59] *See* **Exhibit 1**.
[60] "Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry?" *Citi*, June 8, 2021, p. 1.
[61] "If You Build It, Will They Come? We're Still Skeptical," *Wedbush*, June 8, 2021, p. 1.
[62] *See* **Exhibit 1**.
[63] "Biogen/Alzheimer's: the high cost of hope," *Financial Times*, June 8, 2021.

company's conference call with analysts following the approval of Aduhelm by the Food and Drug Administration to treat Alzheimer's disease. The decline comes a day after the stock skyrocketed 38.3% on the approval[]. … Chief Executive Michel Vounatsos said on the call that while wholesale acquisition cost of Aduhelm, with shipping expected to be started in two weeks, was priced at $56,000 per year for an average patient, he expects dose titration to result in an average WAC of about $41,000 for an average patient. Vounatsos also said that since the 'vast majority' of Alzheimer's patients are at least 65 years old, he expects 'most' patients to be covered by Medicare, either through fee for service or Medicare Advantage. BofA Securities analyst Geoff Meacham upgraded Biogen to neutral from underperform, and boosted his price target by 70% to $400, but said he suspects 'Aduhelm is likely to disappoint commercially given confusion over the benefit -- and payer pushback -- and we suspect the number' of treated patients could easily fall short of consensus forecasts. Stifel Nicolaus's Paul Matteis said the 'high price is sure to draw scrutiny from payors,' particularly given Aduhelm's broad label, which could narrow use."[64]

### C. In The Weeks Following June 8, 2021, Analysts Continued to Discuss the Possibility That CMS Would Initiate an NCD Analysis and That Medicare Coverage Might Be Restricted

31. Analyst and market commentary regarding potential coverage restrictions continued during the weeks leading up to CMS's January 11, 2022 announcement of its proposed draft memorandum. During this period, analysts continued to raise the possibility that CMS would initiate an NCD analysis and then possibly decide to restrict Medicare coverage, that specific procedures such as PET scans might not be covered, and that payers might seek other ways to restrict coverage to manage costs (*see* **Exhibit 2**). For example:

**Guggenheim (June 9, 2021):** "While officially at the discretion of the prescribing physician, we believe (and BIIB commentary agrees) that both private and public payers will require the verification of amyloid pathology (via PET or CSF draw) prior to drug administration…. Medicare doesn't reimburse PET scans (our checks suggest they cost ~$4-5K) for this purpose and, … this will create a bottleneck to getting

[64] "Biogen Expects Its $56,000 Alzheimer's Drug To Be Covered By Medicare For 'most' Patients – MarketWatch," *Dow Jones Institutional News*, June 8, 2021.

patients on drug unless the company can find a way to subsidize the diagnostic costs for patients. At this point, BIIB is not able to directly pay for PET. … Medicare fee for service patients … will be eligible for reimbursement right away, and Medicare Advantage patients … have out of pocket maximums or dual coverage … with Medicaid to abate drug costs. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug."[65]

**Stifel (June 9, 2021):** "[We spoke to a Payor Consultant,] Dr. Pezalla [, who] highlighted what to expect for commercial insurance and Medicare, the latter of which is most important. Ultimately, he anticipates [Aduhelm] to be covered for the ENGAGE/EMERGE population, though in his view, the sheer budget impact for Medicare could lead them to convene a 'MEDCAC' for a National Coverage Decision for discussion (though interestingly, [Biogen] isn't certain there will be a formal NCD) ... Dr. Pezalla does expect out-of-pocket cost to be a factor. He estimates that ~30% of part B beneficiaries have supplemental insurance … which would limit out-of-pocket cost substantially, but for the rest, unless they are dual eligibles ... coinsurance costs could be significant (say ~$10k). ... Moreover, he sees supplemental insurance as being phased out over time, albeit slowly."[66]

**SVB Leerink (June 10, 2021):** "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement."[67]

**UBS (June 10, 2021):** "On pricing, we expect headline noise to create volatility and ultimately see coverage likely narrowed to align with the Ph[ase] 3 trial population (mild AD [patients] with PET/CSF proven amyloid). … As we stated, we expect significant payor pushback - on this front, more restrictive coverage decisions could negatively impact uptake, as could burdensome out of pocket costs."[68]

---

[65] "BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle," *Guggenheim*, June 9, 2021, p. 1.
[66] "Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs," *Stifel*, June 9, 2021, pp. 1–2.
[67] "Aduhelm Gives Biogen Its Groove Back," *SVB Leerink*, June 10, 2021, p. 1.
[68] "Like it or not, Aduhelm is going to get used – Upgrading to Buy post doc checks," *UBS*, June 10, 2021, p. 1.

**Citi (June 17, 2021):** "We hosted a CMS expert[] this AM and the most interesting point he made was that Aducanumab may not get reimbursed in a big way by Medicare until there is an NCD (national coverage determination), which could potentially take 9-12 months. This is critical as Medicare makes up for ~85%+ Alzheimer's patient population. This is because prior to NCDs, the local MACs (Medicare administrative contractor) have to take a local coverage determination (LCD) and they may decide to not cover it given[] it is a big decision for a local determination with no prior precedence[ and] the benefit of the drug is controversial. The expert thinks the chances of an NCD rejecting this drug outright are very slim but the process to get there could take time. … The expert thinks an NCD is highly likely given the costs involved and the controversial data. … [He] thinks that chances of a blanket approval or blanket denial both are slim. However, he does expect CMS to narrow the eligible patient population via some level of prior auth[orization] requirement."[69]

**RBC Capital Markets (June 23, 2021):** "Significant emphasis on working with CMS we believe could further support the potential of an NCD with 'Coverage with Evidence Development' (CED) as we have discussed previously, though how this would be operationalized remains unclear[.]"[70]

**Citi (June 25, 2021):** "We spoke with another expert … after our negative public expert call last week. This recent call was more measured indicating that [Medicare Administrative Contractor]s will likely approve Ad[u]canumab in the interim prior to a[n] NCD. However, this expert does not anticipate a blanket local approval either and believes it would be on case by case basis. The expert thinks a[n] NCD is highly likely for Aduhelm given controversy surrounding it but given the complexities involved it would take time."[71]

**UBS (June 25, 2021):** "[Independent consultant Dr. Ebert's] high level expectations include: (1) private payor[s] stalling coverage decisions especially among Medicare

---

[69] "Expert call points to tough road for Aducanumab until an NCD," *Citi*, June 17, 2021, pp. 1–2.
[70] "BIIB – Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical," *RBC Capital Markets*, June 23, 2021, p. 1.
[71] "Mohit's Biobits – Decoding Aduhelm Debate, VRTX Thoughts and Good News From BMRN," *Citi*, June 25, 2021, p. 1.

Advantage (MA) ahead of what CMS will decide, (2) accelerated timelines for payor[s] P&T decision making vs. the average 3-6 month review process, (3) rigorous coverage criteria may lead to only 10-20% of addressable patients seeking reimbursement but only 1-2% approved in the near-term, (4) significant public pressure to reduce cost of Aduhelm therapy, and (5) ultimately, the NCD will narrow the eligibility to reflect the Phase 3 trial population ([mild cognitive impairment]/mild [patients], proof of amyloid, no history of stroke or concomitant anticoagulants)…. [He] fully anticipates a national coverage (NCD) process with a high likelihood for expedited timing.... His expectation is Medicare will establish rigorous coverage criteria to avoid the inevitable 'scope creep.'" [72]

32. These analyst observations and concerns were echoed in the public press. For example:

**Los Angeles Times (June 11, 2021):** Highlighted the potential cost to Medicare if Aduhelm were fully covered, noting that "Medicare ha[d] not made a determination on covering Aduhelm" as of that date.[73]

**Associated Press Newswires (June 12, 2021):** "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years."[74]

**Boston Globe (June 24, 2021):** "One of the biggest concerns is the cost of Aduhelm to Medicare. … The vast majority of people with Alzheimer's are 65 and older and thus covered by the federal Medicare program. With FDA approval, the drug is automatically covered under Part B. But it's possible some restrictions will be put in place that will slow access to Medicare beneficiaries, industry experts have said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a

[72] "Takeaways From Aduhelm Reimbursement Expert Call," *UBS*, June 25, 2021, p. 1.
[73] "Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says," *Los Angeles Times*, June 11, 2021.
[74] "Georgia families hope Alzheimer's drug helps loved ones," *Associated Press Newswires*, June 12, 2021.

study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete."[75, 76]

### D. Prof. Feinstein's Event Study Indicates That Biogen's Stock Price Did Not React Significantly When the Alleged Misrepresentations Were Purportedly Corrected

33. Plaintiff claims that "the market began to learn that … Medicare would not 'automatically' cover the cost of Aduhelm …"[77] through purported corrective disclosures on:

i. June 28, 2021 (before market open), when a Wall Street Journal article "reported that Medicare may restrict access to Aduhelm to limit the cost to Medicare;"[78]

ii. July 12, 2021 (after market close), when "CMS announced the beginning of an NCD analysis that would examine whether, and under what circumstances, Medicare would provide coverage for treatments such as Aduhelm;"[79] and

iii. January 11, 2022 (after market close), when "CMS announced that it would only cover Aduhelm for patients in ongoing clinical trials."[80]

34. However, as described above, analyst commentary both preceding the alleged June 8, 2021 misrepresentations and in the subsequent weeks shows that information that Medicare may not automatically cover the costs associated with Aduhelm's broad label approval was already in the market prior to June 28, 2021. As also noted above, in an efficient market, stock prices react only to new, value-relevant information and not to stale information. I

---

[75] "Insurer to Biogen: Cut cost of new drug," *The Boston Globe*, June 24, 2021.

[76] Plaintiff alleges that on June 25, 2021, "Biogen sought to re-assure investors that Medicare would provide coverage for Aduhelm." They point to a statement in a Guggenheim Flash Note on that day that "despite what our payer expert communicated to us . . . BIIB [Biogen] is confident that regional fee for service Medicare contractors (MACs), which cover ~65% of all Medicare patients, are obligated to cover the drug now that it's been approved (physicians have a way to bill under a miscellaneous code and MACs are legally bound to cover what is 'reasonable and necessary,' which means eligible patients are already starting on the therapy.)" *See* Complaint, ¶ 216. It is unclear from the Complaint and the Guggenheim Flash Note whether Guggenheim's representation of the company's alleged confidence was attributable to a specific statement made by the company, and if so, when that statement was made. The Flash Note was issued no later than 1:36 PM ET, when it was uploaded to the vendor's (CapIQ's) platform. *See* "Flash Note: BIIB - We Briefly Caught Up With Mgmt; Adu's Life Cycle Mgmt Is In The Works, A SubQ Formulation Is In The Clinic; New Patients Are Starting On Adu," *Guggenheim*, June 25, 2021, p. 1. As detailed in this section, there was information in the public domain from various sources indicating that Medicare could restrict coverage for Aduhelm, and that coverage therefore could not be automatically presumed. In an efficient market, I would not expect Biogen's stock price to be impacted by alleged misrepresentations to the contrary. Consistent with this, Prof. Feinstein's event study shows no significant stock price reaction on June 25. *See* Feinstein Report, Exhibit 10.

[77] Complaint, ¶ 291.

[78] Complaint, ¶ 217.

[79] Complaint, ¶ 224.

[80] Complaint, ¶ 305.

therefore would not expect Biogen's stock price to have a statistically significant stock price reaction to the purported corrective disclosures. Indeed, Prof. Feinstein's event study shows that Biogen's stock price did not react significantly following either the June 28, 2021 or July 12, 2021 alleged corrective disclosures. This result is consistent with a conclusion that these disclosures did not provide new, value-relevant information to the market. I address the January 11, 2022 disclosure, which was the realization of a known risk, in **Section V.F** below.

### 1. June 28, 2021

35. Plaintiff claims that a *Wall Street Journal* article published before the market open on June 28, 2021 "reported that Medicare may restrict access to Aduhelm to limit the cost to Medicare" and that the Biogen stock price declined on that day.[81] The article quoted health policy experts as stating that while "Medicare normally pays unconditionally for approved medicines[,]" "[t]o limit the financial hit from Aduhelm, however, Medicare could restrict access[.]"[82] The article highlighted that CMS had "a number of options for limiting a drug's use, though it doesn't often use them." It also noted: "Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach, [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center] who supports taking action." The article predicted that "[a] more likely option is that CMS standardizes the criteria through what it calls a national coverage determination[.] … Medicare may insist that patients getting Aduhelm become part of a CMS-ordered study that would seek to evaluate which patients it benefits or harms in the real world, and what the electronic and other evidence is, former agency officials said." The article also stated that "[p]rivate health insurers that administer the Part B benefit also could place restrictions on Aduhelm's use, which could mean who gets access would vary by region or insurer."

36. As noted above, even before June 28, 2021, analysts following Biogen predicted that CMS could initiate an NCD analysis and place potential restrictions on Aduhelm coverage; and their comments were reflected in the public press. Thus, as illustrated in **Exhibit 3**, the *Wall Street Journal* article repeated commentary that was already in the public domain. As

---

[81] Complaint, ¶ 217.

[82] "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," *The Wall Street Journal*, June 28, 2021.

such, it did not provide new information to the market regarding the possibility of an NCD and potential coverage restrictions. I would not expect Biogen's stock price to react to stale information; and, in fact, Prof. Feinstein's event study shows that Biogen's stock price reaction on June 28, 2021 was not statistically significant.[83]

### 2. July 12, 2021

37. Plaintiff notes that "on July 12, 2021, CMS announced the beginning of an NCD analysis that would examine whether, and under what circumstances, Medicare would provide coverage for treatments such as Aduhelm[,]"[84] and asserts that "Biogen's stock price fell $9.12 on July 12, 2021, to close at $349.04 per share from its closing price of $358.16 per share on July 9, 2021."[85] My review of the news on July 12, 2021 indicates that the CMS announcement that it was opening an NCD analysis came after market close.[86] Therefore, the appropriate date to consider in evaluating Biogen's stock price reaction is July 13, 2021. Biogen's stock price closed at $351.92 on that day.[87]

38. As discussed above, market commentary through June 28, 2021 indicates that there was already information in the market that CMS could initiate an NCD analysis. Analyst commentary between June 28, 2021 and July 12, 2021 continued to anticipate the possible initiation of an NCD, and even coverage through CED (*see* **Exhibit 2**). For example:

> **Truist Securities (June 29, 2021):** "While we expect NDC decision shortly for CMS coverage of Aduhelm, we spoke with [a key opinion leader] … to understand Aduhelm coverage & reimbursement. However, between [government] headlines, reimbursement uptake and speed, how competition could shift the market, it could

[83] Feinstein Report, Exhibit 10.
[84] Complaint, ¶ 224.
[85] Complaint, ¶ 226.
[86] Today, the […CMS] is opening a […NCD] analysis, a process that will allow the agency to carefully review and determine whether Medicare will establish a national Medicare coverage policy for monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease." CMS Press Release, "CMS opens national coverage determination analysis on treatment for Alzheimer's disease," July 12, 2021, available at https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease, last accessed June 17, 2024. The first newswire article mentioning the CMS announcement that I was able to find in my review was timestamped 5:26 PM ET. *See* "U.S. starts review for national Medicare coverage policy for Biogen's Aduhelm," *Reuters News*, July 12, 2021. *See also* the analysts' commentary on the timing of this disclosure in "CMS Opens National Coverage Determination Analysis for Alzheimer's Drug Aduhelm," *Credit Suisse,* July 12, 2021, p. 1 ("On July 12 after the market close, the Centers for Medicare & Medicaid Services (CMS) announced that it is opening a National Coverage Determination (NCD) analysis…"). Evidence I have reviewed from social media posts is consistent with the statement that the CMS announcement came after market close.
[87] Feinstein Report Backup Materials, "CRSP_BIIB.csv."

take ~6 [months] for investors to get more comfortable with how to model Aduhelm."[88]

**Baird (July 1, 2021):** "Although CMS is not legally obligated to utilize [the NCD] process, given the high degree of public interest and controversy from outside the typical Medicare ecosystem (such as professional physicians societies), [the key opinion leader] views it as very likely that the NCD process will take place to determine Medicare's coverage status of Aduhelm. ... As such, we think that under the seemingly more probable scenario that a MEDCAC occurs, a highly critical review would also be more likely, potentially creating an environment where labeling restrictions occur."[89]

**William Blair (July 2, 2021):** "We see continued CMS coverage debate as Medicare Administrative Contractors (MACs) attempt to set their own coverage decisions ahead of a National Coverage Determination (NCD), which we expect will be requested by Medicare Advantage providers in the near term."[90]

**Bernstein (July 6, 2021): "**[C]overage with 'continued evidence development' (CED) would not be bad. Such policy was suggested for Aduhelm by Tafts group of former CMS/FDA folks in Health Affairs []. The idea is that CMS will establish (with Biogen) a real-life registry for Adu[helm], to demonstrate its efficacy and based on this real-world data will select the right patient group long term. BERN: Although it was billed in some circles as a negative, we think it would be a pretty ideal study for Aducanumab. Biogen needs this data anyway to compete with the other Aβ compounds and to complete the FDA follow-on requirements."[91]

**UBS (July 8, 2021):** "We continue to expect Medicare to initiate a national coverage decision (NCD) process which, the outcome (likely in next 3-6 months) of which we expect coverage to be restricted to the [mild cognitive impairment]/mild [Alzheimer's

---

88 "KOL Color on Aduhelm Payer Agreements; It'll Be Covered But May Take 6 Mos for Investors to Believe," *Truist Securities*, June 29, 2021, pp. 1–2.
89 "Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics," *Baird*, July 1, 2021, pp. 2–3.
90 "Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed," *William Blair*, July 2, 2021, p. 1.
91 "Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HC a priority; mid-year price increases; VTRS-Teva trial," *Bernstein*, July 6, 2021, p. 3. Emphasis removed.

disease] population - now aligned with the label. Additionally we expect payors to require proof of amyloid (still not in label), either via [positron emission tomography (PET)] scan or [cerebrospinal fluid].” [92]

39. The analyst commentary about the possible initiation of an NCD was also reflected in the public press pre-announcement. For example:

**Dow Jones Institutional News (July 8, 2021):** “Doctors and patients are waiting to see **if** the [CMS], the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon.”[93]

**Reuters (July 12, 2021 before CMS announcement):** “Predicting actual costs [of Aduhelm to Medicare] is speculative at this point due to uncertainty about the number of patients Medicare decides should have access to Aduhelm. … Medicare typically covers FDA-approved drugs, but it can conduct its own reviews in order to decide which types of patients should be covered. In the case of Aduhelm, Medicare could limit use to patients in the early stages of Alzheimer’s.”[94]

40. Reactions to the July 12, 2021 CMS announcement confirm that the initiation of an NCD analysis was not unexpected (*see* **Exhibit 4**). For example:

**Baird (July 12, 2021):** “CMS announced that it is opening a[] National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer’s disease.… In anticipation of the announcement, we already hosted a KOL call with an expert in this space, and note that a MEDCAC panel may be the next key catalyst.”[95]

---

[92] “Aduhelm label update: narrowed to MCI/Mild AD- the population we/street model into,” *UBS*, July 8, 2021, p. 1.
[93] “New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm,” *Dow Jones Institutional News*, July 8, 2021. Emphasis added.
[94] “New Alzheimer’s drug clouds outlook for Medicare premiums next year,” *Reuters News*, July 12, 2021.
[95] “CMS NCD Analysis Gets Underway, Timeline Appears Accelerated,” *Baird*, July 12, 2021, p. 1.

**Citi (July 12, 2021):** "Today CMS announced initiation of national coverage determination analysis for Aduhelm and we note this was expected in our chats with experts."[96]

**Dow Jones Institutional News – The Wall Street Journal (July 12, 2021):** "[The NCD was] a widely-anticipated step that would allow the government to place limits on who can receive the medicine."[97]

**Jefferies (July 12, 2021):** "CMS formally announced an NCD review of Aduhelm, with a 6-9[ month] review for reimbursement decisions. This was mostly expected and positive in our view as it's already underway so clarity can emerge sooner."[98]

**Truist Securities (July 12, 2021):** "CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer's Association. … If CMS did not have an NCD, it would make people more nervous because then Medicare Advantage would not have to reimburse. … A lot of investors have been concerned about opportunity in AD despite approval and we believe that the opening of the NCD is an important step towards reimbursement for Aduhelm."[99]

41. Prof. Feinstein's event study shows that Biogen's stock price reaction to the July 12, 2021 NCD announcement was not statistically significant. The absence of a statistically significant stock price reaction is consistent with the widespread anticipation in the market that CMS would initiate an NCD analysis.[100]

---

[96] "NCD analysis initiation for Adu in-line with expectations. Timelines also appear quick," *Citi*, July 12, 2021, p. 1.

[97] "Medicare to Review Coverage for New Alzheimer's Drug Aduhelm," *Dow Jones Institutional News*, July 12, 2021.

[98] "CMS Review – Another Overhang to Be Resolved; Climbing Wall of Worry," *Jefferies*, July 12, 2021, p. 1.

[99] "NCD Analysis Begins – Start of Relief for BIIB, In Our View," *Truist Securities*, July 12, 2021, p. 1.

[100] As noted above, my review of the news on July 12, 2021 indicates that the CMS announcement of an NCD analysis came after market close. Therefore, the appropriate date to consider in evaluating Biogen's stock price reaction is July 13, 2021. According to Prof. Feinstein's event study, Biogen's stock price reaction was positive and not statistically significant on July 13, 2021. *See* Feinstein Report, Exhibit 10.

### E. Market Commentary Suggests That the July 12, 2021 CMS Decision Further Established That Medicare Coverage For Aduhelm Could Be Limited

42. In announcing the NCD, CMS stated that it "will announce its final decision for a national policy which could range from Medicare coverage of this product type, coverage with evidence development [the proposed decision ultimately announced on January 11, 2022], non-coverage, or deference to the Medicare Administrative Contractors."[101] Thus, CMS laid out a range of potential outcomes from non-coverage to full coverage. While, as discussed above, the possibility of no coverage or restricted coverage was already discussed in the market prior to this date, the CMS announcement both confirmed that Aduhelm coverage could not be presumed and further highlighted the risk that it would propose to restrict coverage.

43. As shown in **Exhibit 4**, analyst and market commentary following the CMS July 12, 2021 decision to initiate an NCD analysis and leading up to its January 11, 2022 proposed draft memorandum is consistent with awareness of the risk that coverage could be restricted. For example:

> **Baird (July 12, 2021):** "No change to outlook on CMS announcement. CMS announced that it is opening [a] National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer's disease. We expect this analysis will be closely watched, as the outcome of this coverage decision will likely have a significant impact on the uptake of Aduhelm. … [T]he commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inhibitors are unlikely to provide clinical benefit to AD patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake."[102]

---

[101] CMS Press Release, "CMS opens national coverage determination analysis on treatment for Alzheimer's disease," July 12, 2021, available at https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease, accessed on June 17, 2024. Emphasis removed.

[102] "CMS NCD Analysis Gets Underway, Timeline Appears Accelerated," *Baird*, July 12, 2021, pp. 1, 2. Emphasis removed.

**Citi (July 12, 2021):** "The CMS appears to be asking questions around important endpoints, meaningful degree of benefit, treatment setting, diagnosis and which patients could benefit most from Aduhelm. This is in-line with our expert comments who highlighted potential for CMS narrowing the coverage, though we note that FDA has recently narrowed the label to mild patients, in-line with the clinical trials…."[103]

**Guggenheim (July 12, 2021):** "The [CMS] announced it is 'initiating a national coverage determination (NCD) analysis….' Although used infrequently (30-35 instances, according to our KOL), our expert had previously noted that Aduhelm is 'ripe for an NCD' due to the controversial clinical and regulatory path that led to accelerated approval last month. … [W]hile this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for [Biogen] as the majority of potential Adu[helm] users are covered by Medicare."[104]

**Jefferies (July 12, 2021):** "Our view is that CMS will reimburse for mild [patients] (or at least through cont'd reimbursement but with CED or coverage [with] evidence development, as data evolves). CMS prev[iously] reviewed 'beta amyloid' PET testing and concluded reimbursement OK but [with] CED pending more data (e.g., a new Phase III for PET testing was started by CMS)."[105]

**Goldman Sachs (July 13, 2021):** "In our view the details of the scope of the local and national coverage decisions are the next catalysts on the reimbursement front for Aduhelm given ~80% of the target US population is covered by Medicare. … [T]he consultants we previously spoke with discussed that CMS could also require a Coverage with Evidence Development ('CED'), which would be a post-marketing requirement that [Biogen] would need to fulfill in addition to anything required by the FDA (i.e., post-marketing confirmatory trial)."[106]

---

[103] "NCD Analysis Initiation for Adu In-Line with Expectations. Timelines Also Appear Quick," *Citi*, July 12, 2021, p. 1.

[104] "BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates," *Guggenheim*, July 12, 2021, p. 1. Emphasis removed.

[105] "CMS Review – Another Overhang to Be Resolved; Climbing Wall of Worry," *Jefferies*, July 12, 2021, p. 1.

[106] "Americas Healthcare: Pharmaceuticals: CMS launches Aduhelm NCD," *Goldman Sachs*, July 13, 2021, pp. 1, 2. Plaintiff alleges that on July 22, 2021, Mr. Vounatsos and Ms. Alaimo "further misled investors" when they stated that Biogen expected that regional Medicare Administrative Contractors and Medicare Advantage plans

**Morgan Stanley (July 13, 2021):** "With the generic approach to the NCD, the experts we spoke [to] thought the most likely outcome is a limiting of the patient population to the clinical trial population. We agree, especially since that seems like the most reasonable outcome if the development of real-world evidence does not occur."[107]

**UBS (July 13, 2021):** "Our payor/DC [key opinion leader] dilligence[sic] suggests denial of coverage is highly unlikely, with 'coverage with appropriateness' seeming like the most likely outcome for Aduhelm. This could restrict coverage of Aduhelm to patients with proof of amyloid (via [positron emission tomography] or [cerebrospinal fluid]) - our prior assumption of narrowing of the population to MCI/mild

---

would provide coverage for Aduhelm while the NCD analysis was underway, even though "many providers refused to prescribe Aduhelm during the NCD process because the cost of Aduhelm was so high, they did not want to prescribe a treatment that would not be paid for" and "private insurers were balking at Aduhelm's price and denying coverage." *See* Complaint, ¶¶ 236, 241. As detailed in the preceding sections, there was information in the public domain that both Medicare Administrative Contractors and private payers were concerned about the cost of treatment with Aduhelm and were pushing back on covering the drug. For example, a UBS report on July 16, 2021 observed "[p]rivate payor pushback continues, MACs unlikely to cover until NCD…Following our prior notes regarding several private payors rejecting coverage of Aduhelm including BCBS (Blue Cross Blue Shield) in multiple states, UNH (UnitedHealth) stated it is waiting guidance from CMS to decide on its own coverage policy for Aduhelm, the implication being potentially no coverage until the NCD is determined. Additionally, at the ICER/CTAF meeting, Mark McClellan, former FDA Commissioner and CMS administrator, stated he believed most local Medicare Administrative Contractors (MACs) will not reimburse Aduhelm until an NCD has been established. He also stated he believes coverage of Adu will be fairly limited in the next 6-9 [months]." *See* "Another Bad Week for BIIB/Aduhelm Sentiment - A Lot of Negative Expectation Priced in Here," *UBS*, July 16, 2021, pp. 1, 2.

A Baird report issued on July 19, 2021 noted that "[f]inally, we would also like to mention reports that a number of private payers, which have more leeway as it relates to their coverage decisions, have decided that Aduhelm is not medically necessary. Should the medication not see strong insurance coverage, we do believe that the price of $56K/per patient per year is likely to create a significant hurdle as it relates to patients' out of pocket costs." *See* "Alzheimer's Survey Highlights Big Potential and Major Risks to Aduhelm," *Baird*, July 19, 2021, p. 6.

On July 19, 2021, an analyst from Piper Sandler noted "[n]ews reports that some private insurers won't cover Aduhelm because it is considered investigational/without established clinical benefit." *See* "Headlines Notwithstanding, Docs Continue to Project Robust Aduhelm Uptake," *Piper Sandler*, July 19, 2021, p. 2.

Even Plaintiff alleges that there was public information as of July 12, 2021 that "a survey of Blue Cross Blue Shield ('BCBS') plans conducted by Formulary Watch showed that BCBS plans in North Carolina, Michigan, Western New York, and Kansas all had refused to cover reimbursement for Aduhelm, deeming the treatment 'investigational[]'" and that as of July 15, 2022 "the Cleveland Clinic became the first of several medical provider networks to issue a statement saying it would refuse to prescribe Aduhelm. Mt. Sinai hospital announced they would also refuse to prescribe Aduhelm the same day." *See* Complaint ¶¶ 223, 227.

In addition, the July 12, 2021 CMS announcement of an NCD noted: "[c]urrently, coverage determinations for aducanumab are being made at the local level by Medicare Administrative Contractors who represent 12 jurisdictions across the country," suggesting that coverage was not uniform or automatic. *See* CMS Press Release, "CMS opens national coverage determination analysis on treatment for Alzheimer's disease," July 12, 2021, available at https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease, accessed on June 17, 2024.

Therefore, in an efficient market, I would not expect Biogen's stock price to be impacted by the alleged misrepresentations on July 22, 2021. Consistent with this expectation, Prof. Feinstein's event study shows no statistically significant stock price reaction on July 22, 2021. *See* Feinstein Report, Exhibit 10.

[107] "Implications of the NCD Process," *Morgan Stanley*, July 13, 2021, p. 1.

[Alzheimer's disease] patients is no longer necessary following last week's FDA label update."[108]

### F. The January 11, 2022 CMS Proposed Coverage Decision Was the Realization of a Known Risk

44. As discussed above, CMS's July 12, 2021 announcement warned the market that it could propose to restrict Medicare coverage. Market commentary between July 12, 2021 and January 11, 2022 continued to highlight the possibility of coverage restrictions, including coverage through CED (*see* **Exhibit 4**).[109] For example:

**Baird (August 6, 2021):** "Notably, with Center for Medicare and Medicaid Services (CMS) conducting the ongoing National Coverage Determination (NCD) of Aduhelm, we think the mere existence of the [Office of Inspector General] review could further empower CMS to significantly restrict coverage, potentially with the Coverage with Evidence Development (CED) designation[], something Biogen management hasn't ruled out."[110]

**Morgan Stanley (September 7, 2021):** "The NCD analysis can result[] in five different outcomes including a no-coverage decision (has not happened in the last 15 [years]), coverage to indications (label), coverage with restrictions, coverage with evidence development and [Medicare Administrative Contractors'] discretion. We note that the NCD will overrule any regional or Medicare Advantage plan decision. Right now we would assume coverage with restriction or coverage with evidence development are the most likely outcomes. The proposed decision memo will provide an insight into likely final decision outcome on potential coverage restriction."[111]

**Stifel (October 14, 2021):** "While various payor consultants we spoke with had varying opinions of the Aduhelm controversy, all agreed that (1) full reimbursement per FDA label is unlikely but (2) outright NCD rejection also seems improbable. It might seem that 'coverage with evidence determination [CED]' represents a path of

---

[108] "Now We Have a Timeline - CMS Initiates NCD Process for Aduhelm," *UBS*, July 13, 2021, p. 1.
[109] *See* **Exhibit 4**.
[110] "Weekly Recap – Who's Down with OIG?" *Baird*, Aug. 6, 2021, p. 1.
[111] "Key Catalysts for 2H21 and into Early 2022," *Morgan Stanley*, Sep. 7, 2021, p. 7.

least resistance, but multiple payor specialists highlighted that this is almost unprecedented for a drug, and could be really complicated to actually implement. In turn, the prevailing view is that the NCD will cover Aduhelm but with additional restrictions, possibly related to certain ENGAGE/EMERGE exclusion criteria."[112]

**UBS (November 22, 2021):** "Of the various possible outcomes, Dr Brill[, Chief Medical Officer at Predictive Health LLC,] believes the most likely and sensible outcome is coverage with evidence determination (CED), whereby CMS would extend coverage of Aduhelm to patients enrolled in a clinical trial. This would enable them to gather further data to evaluate the drug's benefit and avoid the inevitably controversial decisions of either extending full coverage or completely denying it."[113]

**Raymond James (December 9, 2021):** "Potential outcomes: ... Coverage with evidence (CED) determination… covered only for patients enrolled in future planned clinical trials; rarely used–however, may be most appropriate option. … ICER recommends a rigorous CED program requiring patients be enrolled in a [randomized controlled trial] or a trial using a 'wait list' design. … [W]e expect coverage to be highly restricted by Medicare."[114]

**BMO Capital Markets (January 7, 2022):** "Ahead of next week's NCD (national coverage decision) draft from CMS, we outline potential coverage scenarios and the impact to [Biogen] and [Eli Lilly and Company] shares. Notably, we believe that CMS is likely to grant coverage, but will have a somewhat restrictive coverage with evidence development requirement. … Ultimately, we believe that CMS is likely to provide coverage … under a 'coverage with evidence development' in a subset of patients, likely aligned to the label or clinical trials (e.g., mild cognitive impairment). CMS may also limit administration to certain academic or tertiary care centers, where patients can be tracked as part of the real-world trial."[115]

---

[112] "Aduhelm Deep Dive: Vetting the NCD, Surveying Physicians, and Handicapping the 2022/2023 Abeta Readouts," *Stifel*, Oct. 14, 2021, p. 1.
[113] "Takeaways from NCD Expert Call – CED Most Likely Outcome," *UBS*, Nov. 22, 2021, p. 1.
[114] "Assume Coverage at Market Perform: Aduhelm Expectations Waning, But Estimates Still Too High," *Raymond James*, Dec. 9, 2021, p. 12.
[115] "LLY/BIIB: Expectations Into CMS's Draft NCD for Anti-a-Beta Antibodies for AD," *BMO Capital Markets*, Jan. 7, 2022. Emphasis removed.

> **Guggenheim (January 10, 2022):** "Today, we hosted a follow-up conversation with our payer expert to understand the possible scenarios for the upcoming national coverage determination (NCD) process that CMS is currently conducting for BIIB's Aduhelm and other amyloid-targeting antibody therapies. Our expert outlined several possible outcomes for the draft memo due on Wednesday 1/12/22 and came to the conclusion that the most likely scenario is ***coverage with evidence development (CED)***, which will require further evaluation of Aduhelm to determine whether to cover the drug and if so, for which population of patients."[116]

45. Indeed, a January 11, 2022 article, written before the CMS decision was announced, noted (citing James Chambers, a researcher at the Center for the Evaluation of Value and Risk in Health at Tufts Medical Center): "In broad terms, Medicare has four options…. Medicare is most likely to offer coverage under a program aimed at collecting evidence of Aduhelm's impact on patient outcomes, such as a patient registry[.]"[117] Thus, the risk of Medicare proposing to restrict coverage and the possibility that CMS would propose coverage through CED were fully disclosed to the market and widely discussed by analysts in advance of the CMS January 11, 2022 announcement. CMS's proposed decision to provide coverage through CED was the realization of a known risk.

46. As I discuss in **Section VI.B** below, as an economic matter, the stock price reaction to the (post-market-close) announcement of the CMS proposed decision cannot be used as a measure of price impact of the June 8, 2021 alleged misrepresentation. Further, the January 11, 2022 CMS proposed decision to restrict coverage to patients enrolled in qualifying clinical trials was a specific outcome that was only one of several possibilities when Biogen made the alleged Medicare-coverage-related misstatement on June 8, 2021.[118] The price decline upon the announcement of a specific CMS proposed coverage decision (i.e., coverage through CED limited to patients enrolled in qualifying clinical trials) cannot be used to measure the price impact of a generic statement that "[f]or Medicare fee-for-service, coverage is automatically presumed with FDA approval."[119]

---

[116] "BIIB — With A Draft Proposal Memo Due From CMS on Jan 12th, We Caught Up With Our Payer Expert to Discuss Possible NCD Scenarios – CED Study Likely," *Guggenheim*, Jan. 10, 2022. Emphasis in original.

[117] "Future of Biogen's Aduhelm hinges on U.S. Medicare Alzheimer's coverage," *Reuters News*, Jan. 11, 2022.

[118] The July 12, 2021 CMS announcement noted: "CMS will announce its final decision for a national policy which could range from Medicare coverage of this product type, coverage with evidence development, non-coverage, or deference to the Medicare Administrative Contractors…."

[119] Biogen Conference Call Transcript, June 8, 2021.

## VI. Prof. Feinstein Has Failed to Put Forth a Class-Wide Damages Methodology Capable of Measuring Only Those Damages Attributable to Plaintiff's Theory of Liability

47. Prof. Feinstein's proposed damages methodology cannot be used to measure on a class-wide basis only those damages that are attributable to Plaintiff's theory of liability in this matter.

48. As noted in **Section II** above, while Plaintiff originally asserted that Biogen's stock price was inflated during the PCP due to four different categories of alleged misstatements, the only claim that remains actionable relates to alleged misrepresentations concerning the presumption of Medicare coverage. An appropriate damages methodology must be capable of measuring purported damages arising solely from the alleged Medicare-related misstatements. Prof. Feinstein does not articulate such a methodology. Among other things, he does not explain how he would address instances when alleged Medicare-related misstatements and disclosures were made at the same time as those associated with the dismissed liability theories. Furthermore, the generic methodology he articulates does not account for numerous relevant economic issues specific to this matter, including but not limited to: (i) the fact that the risk of coverage restrictions was widely discussed in the market; (ii) the possibility that the risk of coverage restrictions and the market's assessment of the commercial prospects for Aduhelm changed during the PCP; and (iii) the fact that the January 11, 2022 CMS proposed decision to cover the class of drugs that includes Aduhelm through CED was the realization of a known risk.

### A. The Generic "Back-Casting" Methodology Described by Prof. Feinstein Cannot Measure Inflation during the PCP Without a Properly Specified But-For World, Which Prof. Feinstein Does Not Provide

49. As discussed in **Section II**, Plaintiff alleges that Biogen's stock price was inflated during the PCP due to the alleged June 8, 2021 misrepresentations regarding Medicare coverage by Biogen management.[120] An economically valid damages methodology must be capable of measuring the extent to which Biogen's stock price was inflated on each day of the PCP due to these alleged misrepresentations. Prof. Feinstein describes the following generic methodology to measure inflation during the PCP: "The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure back to the start

[120] Complaint, ¶¶ 187–193, 284.

of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated."[121] This methodology is often referred to as a "back-casting" approach to measuring inflation. As I discuss below, there are numerous economic challenges associated with the application of the "back-casting" approach in the present case, none of which are addressed by Prof. Feinstein in his generic description. These include the need to specify a well-defined but-for world, as well as the need to account for confounding information, changing risk, and the realization of risk. Without providing details, Prof. Feinstein states broadly that the "[c]onstruction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools" and asserts that "[t]his analysis enables computation of the artificial inflation ribbon even in cases where there is confounding information, changes in the concealed information, and changes in the value of the concealed information, among other potential complexities."[122] As I discuss below, he does not explain how this generic methodology would properly address the specific issues in this case.

#### 1. Prof. Feinstein Does Not Articulate a Well-Specified But-For World

50. As a preliminary matter, because Prof. Feinstein does not articulate a well-specified but-for world, he has no basis to assert that his generic "back-casting" methodology would properly measure inflation throughout the PCP. The "back-casting" approach he proposes implicitly assumes that Biogen's stock price in the but-for world would have been lower than the actual stock price by the cumulative sum of the subsequent "alleged fraud-related residual price declines" in the PCP.[123] That is, the approach equates the impact of the alleged misrepresentations with the subsequent "alleged fraud-related residual price declines."

51. Under certain circumstances, this generic "back-casting" approach is invalid. For example, suppose that a Plaintiff alleges that the stock price increased by $1 per share each on Date 1 and Date 2 due to misrepresentations, and that it declined by $2 per share when a corrective disclosure was made on Date 3. In this instance, a naïve "back-casting" approach

---

[121] Feinstein Report, ¶ 175(ii).

[122] Feinstein Report, ¶¶ 175(ii), (iv). Prof. Feinstein's approach is so generic that he does not even identify purported corrective disclosure dates despite his assertion that "Lead Plaintiff alleges that Defendants' misrepresentations and omissions were corrected *on various days throughout the Class Period*, concluding on 11 January 2022 when […CMS] announced that it would provide coverage for a significantly narrower population than Biogen had originally touted." *See* Feinstein Report, ¶ 30. Emphasis added.

[123] Feinstein Report, ¶ 175(ii).

would claim inflation of $2 per share throughout the entire PCP, when in reality, inflation was only $1 per share between Date 1 and Date 2. Thus, the "back-casting" approach must be adjusted to conform to the timing and impact of alleged misrepresentations, which requires making specific assumptions about the but-for world. Prof. Feinstein has not articulated any such assumptions.

52. Further, the "back-casting" approach assumes that the impact of an alleged misstatement, and therefore alleged inflation, is constant between two alleged corrective disclosure days ("constant impact assumption"). Whether such an assumption is valid depends on the but-for world. For example, suppose that a Plaintiff alleges that a company misrepresented a silver mine to be a gold mine, and that the company's stock price increased by $1 per share on Date 1 when this alleged misrepresentation was made. Assume further that the price of gold increases relative to the price of silver during the PCP, so that when the company announces on Date 2 that the mine is a silver mine, its stock price declines by $2 per share. In this example, a naïve "back-casting" approach would claim inflation of $2 per share throughout the PCP, when in reality, inflation was different on each day depending on the relative prices of gold and silver. In this case, the constant impact assumption would only be valid if Plaintiff had articulated specific but-for world conditions (e.g., that the stock price in the but-for world was insensitive to silver and gold prices on a daily basis). In the current matter, Prof. Feinstein does not articulate a well-specified but-for world. He therefore has no basis to assert that his generic "back-casting" methodology would properly measure inflation throughout the PCP.

### B. Because the January 11, 2022 CMS Proposed Decision Was the Realization of a Known Risk, One Cannot Use the Price Decline Associated with It To Measure Inflation At Earlier Points in the PCP

53. As explained earlier in **Section V.F**, the CMS proposed decision after market hours on January 11, 2022 was the realization of a known risk that CMS could propose to restrict Medicare coverage for Aduhelm. As an economic matter, one cannot use the price decline associated with the realization of a known risk to measure inflation prior to the realization of that risk. Therefore, the price decline in Biogen stock associated with the January 11, 2022 announcement cannot be used to measure inflation prior to that date, as proposed by Prof. Feinstein under his "back-casting" methodology.

54. To see why the price decline upon realization of a known risk is not an economically valid measure of inflation prior to that realization, consider a hypothetical company seeking regulatory approval for a new product. The regulator is expected to issue a draft proposal approving or denying permission to market the product. Suppose the company truthfully disclosed at the outset its belief that there is a 50% chance that the regulator would propose to deny permission to market the product. Further, suppose that the company's stock price would be $10 per share if the regulator proposed denial and $20 per share if the regulator proposed approval. In an efficient market, the value of the stock would be $15 per share (50% x $10 + 50% x $20).[124] If the regulator later proposed denial, the stock price would fall by $5 per share to $10 per share, reflecting the realization of the 50% risk of denial that had been previously disclosed. Even though the market fully understood the risk of denial and the stock price incorporated such risk, the realization of that risk would result in a stock price decline, as what had previously been a possibility turned into a certainty. In other words, the $5 per share stock price decline would occur even absent any misrepresentation by the company. Crucially, the company could not have announced the outcome (the realization of the risk of proposed regulatory denial) until the regulator announced its proposed denial decision. The price decline upon realization of the risk cannot be used to measure inflation prior to the regulatory decision.

55. In the current matter, CMS's July 12, 2021 announcement explained that the NCD could result in a range of potential outcomes, including "Medicare coverage of this product type, coverage with evidence development, non-coverage, or deference to the Medicare Administrative Contractors."[125] Thus, the risk of proposed coverage restrictions and the possibility of proposed coverage through CED was known to the market no later than July 12, 2021. Analyst and market commentary during the PCP (both before and after July 12, 2021) is consistent with market awareness of the risk of Medicare coverage restrictions, as discussed previously in **Section V**. In an efficient market, Biogen's stock price would have reflected that risk. Therefore, any price decline associated with the January 11, 2022 announcement of CMS's proposed decision to restrict coverage to CED is attributable to the realization of a known risk and cannot be used as a measure of inflation prior to that date.

---

[124] For simplicity, I ignore discounting.
[125] CMS Press Release, "CMS opens national coverage determination analysis on treatment for Alzheimer's disease," July 12, 2021, available at https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease, accessed on June 17, 2024.

### C. The Price Decline Associated with the January 11, 2022 CMS Announcement Cannot Be Used as a Measure of Inflation Earlier in the PCP, Even If the Risk of Coverage Restrictions Was Not Fully Disclosed

56. Even if one were to assume, contrary to the evidence discussed above, that the risk of Medicare coverage restrictions was not fully disclosed prior to January 11, 2022, the stock price decline following the CMS announcement on that day cannot be used to "back-cast" inflation earlier in the PCP. The reason for this is that the price decline upon the realization of a partially disclosed risk includes two components: one portion attributable to the disclosure of the risk and another portion attributable to the realization of that risk. To see this, consider the following extension of the previous example: Assume that the facts are the same, except that when the company represented its belief that there was a 50% chance that the regulator would propose denial, it knew that the chance of the regulator proposing denial was actually 80%. As in the prior example, the market would value the stock at $15 per share (50% x $20 + 50% x $10) based on the disclosed risk of 50%. If the company had disclosed the true risk, the company's stock price would have been $12 per share (20% x $20 + 80% x $10). Thus, the company's stock price is inflated by $3 per share ($15 minus $12). However, when the regulator proposes denial at a later date, the company's stock price would fall from $15 per share to $10 per share, a decline of $5 per share. Clearly, the entire decline of $5 per share would not constitute dissipation of inflation. Instead, $3 per share would be due to the drop in inflation and $2 per share would be due to realization of the true risk. Importantly, without a model to estimate the true risk of the regulator proposing denial prior to the regulatory decision, it would be impossible to decompose the $5 per share price decline into the portion due to dissipation of inflation and the portion due to the realization of the true risk.

57. In the current matter, the announcement that CMS made after the market closed on July 12, 2021 clearly disclosed the risk that coverage might be restricted. Further, there is evidence from analyst commentary that the risk was known to the market even prior to that date, which is consistent with Prof. Feinstein's event study result that there was no statistically significant stock price reaction on July 13, 2021, the next trading day. However, even if one assumes, contrary to this evidence, that the risk of coverage restrictions was not fully disclosed prior to January 11, 2022, the stock price decline following the CMS announcement on that day cannot be used to "back-cast" inflation earlier in the PCP. Prof. Feinstein has not described a methodology to measure either the true risk of Medicare

coverage restrictions or the risk assumed by the market at each point in time during the PCP. Without such a methodology, it would be impossible to establish whether any portion of the price decline following the January 11, 2022 announcement constitutes a drop in inflation, and if so, to quantify that portion.

### D. The Price Decline (If Any) Associated with the Alleged Corrective Disclosures on June 28, 2021 And July 12, 2021 Cannot Be Used to "Back-Cast" Inflation If the Risk and/or Value Implications of Medicare Coverage Restrictions Changed Over Time

58. As noted above in **Section V.D**, Prof. Feinstein's event study shows that the alleged corrective disclosures on June 28, 2021 and July 12, 2021 were not associated with statistically significant stock price declines; and this result is consistent with evidence from analyst and market commentary that neither disclosure provided new, value-relevant information to the market. However, even if one were to assume, contrary to the evidence, that the alleged disclosures were corrective and were associated with declines in the price of Biogen stock, any such price declines could not be used as measures of inflation earlier in the PCP if the risk and/or value implications of coverage restrictions changed during the PCP. To see why, consider the following extension of the previous example, in which the company represented that there was a 50% chance that the regulator would propose denial for the company's new product when it believed the true likelihood of the regulator proposing denial was 80%. As noted above, this would imply that the company's stock price, then trading at $15 per share, was inflated by $3 per share. However, suppose that the likelihood of proposing denial later increased to 90%, and the regulator publicly stated that revised likelihood. Upon this announcement, the company's stock price would fall by $4 per share, from $15 per share to $11 per share (10% x $20 + 90% x $10). Clearly, this $4 per share decline would not be a correct measure of inflation on the earlier date, when the true likelihood of proposing denial was 80%, and the stock price was inflated by $3 per share. Further, without a model to estimate the true risk (that the regulator would propose denial), it would be impossible to calculate the inflation in the stock price at each point in time.

59. In the current matter, as discussed above, Prof. Feinstein does not articulate a methodology to measure the true risk of Medicare coverage restrictions relative to the risk that was assumed by the market at each point during the PCP. That is, he does not explain how he would establish whether the risk was constant, and if it was not, how his methodology

would account for changes in risk. Similarly, Prof. Feinstein does not explain how he would establish whether the value implications of coverage restrictions changed during the PCP, and if so, how his generic "back-casting" approach would account for such changes.[126] He therefore provides no basis to assert that the generic methodology he proffers can measure inflation throughout the PCP.

### E. Prof. Feinstein Does Not Explain How He Would Parse Out the Effects of Confounding Information on the Alleged Corrective Disclosure Dates

60. While Plaintiff alleges corrective disclosures on June 28, 2021 and July 12, 2021, Prof. Feinstein finds that the price declines following these disclosures are not statistically significant.[127] Furthermore, Plaintiff alleges that multiple pieces of news were disclosed on July 12, 2021, including news pertaining to the dismissed theories of liability. Prof. Feinstein has not explained how he would separate any impact of Medicare-coverage-related news from other news. He therefore has no basis to assert that alleged damages pertaining solely to Plaintiff's Medicare coverage theory of liability can be measured on a class-wide basis. For example, Plaintiff alleges that on July 12, 2021, "Congresswoman Carolyn Maloney of the U.S. House of Representatives Committee on Oversight and Reform and Congressman Frank Pallone of the U.S. House of Representatives Committee on Energy and Commerce sent a letter requesting documents and records to Defendant Vounatsos regarding Aduhelm's efficacy data and the process by which Biogen communicated with the FDA regarding regulatory approval, as part of investigation into Aduhelm. The letter contained numerous allegations of improper communications with regulators, pricing, and questions about Biogen's evaluation of the data used to claim Aduhelm provided a clinical benefit."[128] I understand that allegations pertaining to the pricing of Aduhelm have been dismissed by the Court. To the extent that Prof. Feinstein proposes to use Biogen's stock price decline

---

[126] To see why it is necessary to account for the value implications of coverage restrictions, consider the following extension of the previous example. Assume that the company disclosed its belief that there was a 50% chance that the regulator would propose to deny permission for the company's new product, when the true likelihood of proposing denial, known to the company, was 80%. As explained in the prior example, this would imply that the company's stock price, then trading at $15 per share, was inflated by $3 per share. However, suppose that at a later date, the expected stock price conditional on proposing approval increases from $20 per share to $25 per share. Following this, the "true" stock value increases from $12 per share to $13 per share (20% x $25 + 80% x $10), while the market price of the stock increases to $17.5 per share (50% x $25 + 50% x $10). Hence the inflation in the stock price increases to $4.5 per share ($17.5 minus $13) from $3 per share. If there is a subsequent announcement from the regulator of the true likelihood of proposing denial at that time, the company's stock price would decline by $4.5 per share. Clearly, the decline of $4.5 per share is not a correct measure of inflation prior to the increase in the expected stock price conditional on approval, when the inflation was only $3 per share.

[127] Complaint, ¶ 299.

[128] Complaint, ¶ 222.

following the July 12, 2021 alleged disclosures to measure inflation (despite the fact that he finds the stock price reaction was not statistically significant), he would need to separate out the portion of the stock price decline attributable to the pricing-related disclosure from the portion related to CMS's announcement that it was opening an NCD analysis. Prof. Feinstein does not explain how he would do this.

Executed this 21st day of June, 2024

Jennifer Marietta-Westberg, Ph.D.

**APPENDIX A**


# Jennifer Marietta-Westberg, Ph.D.
## Vice President

**Cornerstone Research**
2001 K St, N.W., Suite 800
Washington, DC 20006
202.912.8971
JMariettaWestberg@Cornerstone.com


## PROFESSIONAL EXPERIENCE

2022-Present **Cornerstone Research**, *Vice President* Washington, D.C.
2019-2021 *Principal*
2016-2018 *Senior Economist*

Provides economic and financial consulting services and analysis in connection with litigation and regulatory investigations involving financial markets. Addresses allegations related to financial reporting, asset management, trading, private equity, and mergers and acquisitions. Assisted respondents in enforcement actions involving the Department of Justice (DOJ) and the Securities and Exchange Commission (SEC). Experienced testifier for cases involving allegations related to Rule 10(b)-5, insider trading, corporate governance, and ERISA.

**U.S. Securities and Exchange Commission** Washington, D.C.
2013-2016 *Deputy Chief Economist/Deputy Director (Senior Officer)*
2014 *Co-Director and Chief Economist (Acting)*
2006-2013 *Assistant Director, Senior Economist, Visiting Scholar*

Advised the SEC Chair and Commissioners on economic matters. Led teams of PhD economists developing economic analysis for policy matters affecting corporate issuers, broker-dealers, investment advisors, hedge funds, mutual funds, clearing and settlement, credit rating agencies, proxy voting, and markets and exchanges. Provided economic support to the SEC Divisions of Corporation Finance, Investment Management, Trading and Markets, Enforcement, and the Office of Compliance, Inspections, and Examinations. Served as lead economist on enforcement matters involving alleged Ponzi schemes and participated in on-site exams of broker-dealers. Engaged with Congressional staff and multiple regulatory organizations including the Federal Reserve, the Commodity Futures Trading Commission, and the Department of Labor. Developed analyses for the Financial Stability Oversight Board (FSOC). Provided economic analysis in support of international securities matters and presented findings to the International Organization of Securities Commissions (IOSCO) and the Financial Stability Board.

**Michigan State University** East Lansing, MI
2000-2006 *Assistant Professor*
Taught Investments (MBA/undergraduate) and Statistical Analysis (MBA).

## ADVISORY BOARDS

| | |
|---|---|
| Board of Directors, Institute for Law and Economics, University of Pennsylvania | 2020-Present |
| Finance Dept. Advisory Council, Tippie College of Business, University of Iowa | 2014-Present |
| Investor Advisory Committee, U.S. Securities and Exchange Commission | 2018-2021 |
| • Committee Chair | 2020-2021 |
| Practitioner Director, Financial Management Association | 2020-2022 |

**APPENDIX A**

**ACADEMIC BACKGROUND**

2000 **University of Iowa, Tippie College of Business** Iowa City, IA
*Ph.D., Finance*

1993 **Southern Connecticut State University** New Haven, CT
*B.A., Mathematics*

**EXPERT TESTIMONY (PRIOR FOUR YEARS)**

*Shela Camenisch, et al. v. Umpqua Bank,* United States District Court, Northern District of California, Case No. 3:20-cv-5905-RS, Deposition Testimony, May 31, 2024.

*Robert Ciarciello v. Bioventus Inc. et al*, United States District Court, Middle District of North Carolina, Case No. 1:23-cv-00032-CCE-JEP, Deposition Testimony, April 29, 2024.

*In re Vaxart, Inc, Securities Litigation,* United States District Court, Northern District of California, Case No. 3:20-cv-05949-VC, Deposition Testimony, February 26, 2024.

*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Trial Testimony, February 13, 2024.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Hearing Testimony, September 21, 2023.

*Edward Anderson, et al. v. Edward D. Jones & Co,* United States District Court, Eastern District of California, Case No. 2:18-cv-00714-JAM-AC, Deposition Testimony, September 15, 2023.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al. v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Trial Testimony, April 27, 2023.

*In re Kirkland Lake Gold Ltd Securities Litigation,* United States District Court, Southern District of New York, Case No. 20-cv-04953, Deposition Testimony, April 24, 2023.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Deposition Testimony, January 25, 2023.

*In re FirstEnergy Corp. Securities Litigation,* United States District Court, Southern District of Ohio, Case No. 2:20-cv-03785-ALM-KAJ, Deposition Testimony, September 20, 2022.

*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Deposition Testimony, August 10, 2022.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al. v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Deposition Testimony, June 17, 2022.

*John Utesch, et al. v. Lannett Company, Inc, et al.,* United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:16-cv-05932-WB, Hearing Testimony, July 27, 2021.

*John Utesch, et al. v. Lannett Company, Inc, et al.,* United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:16-cv-05932-WB, Deposition Testimony, April 21, 2021.

*In the Matter of Pepicelli v. Innocoll Holdings Public Limited Company, et al,* United States District Court, Eastern District of Pennsylvania, Case No. 2:17-cv-00341-GEKP, Deposition Testimony, December 1, 2020.

**PUBLICATIONS**

"Going Public Abroad," with Cecilia Caglio and Kathleen Weiss Hanley, 2016, *Journal of Corporate Finance*, Vol. 41, 103-122.

"What Determines the Allocation of Managerial Ownership within Firms? Evidence from Investment Management Firms," with Stephen G. Dimmock and William C. Gerken, 2014, *Journal of Corporate Finance,* Vol. 30, 44-64.

"Economic Effects of SOX Section 404 Compliance: A Corporate Insider Perspective," with Cindy Alexander, Scott Bauguess, Gennaro Bernile, and Yoon-Ho Alex Lee, 2013, *Journal of Accounting and Economics,* Vol. 56, 267-290.

"The Distribution of IPO Holdings across Institutional Mutual Funds," with William C. Johnson, 2009, *Journal of Business Ethics*, Vol. 90, 119-128.

"Universal Banking, Asset Management, and Stock Underwriting," with William C. Johnson, 2009, *European Financial Management*, Vol. 15, 703-732.

"Divergence of Opinion Surrounding Extreme Events," with Tim Loughran, 2005, *European Financial Management*, Vol. 11, 579-601.

"The Timing Ability of Newly Listed NYSE Firms, 1926-1962," with Tim Loughran, 2005, *Journal of Behavioral Finance* Vol. 6, 44-56.

**HONORS AND AWARDS**

| | |
|---|---|
| *Professor of the Year*, Phi Chi Theta Undergraduate Professional Business Fraternity | 2001 |
| *Excellence in Teaching*, Finance Department, Michigan State University | 2001 |

**PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| Elected Position: Chair, IOSCO Committee on Emerging Risk | 2015-2016 |
| Elected Position: Vice Chair, IOSCO Committee on Emerging Risk | 2014-2015 |
| Member: Financial Stability Board's Standing Committee on Assessment of Vulnerabilities (SCAV) | 2015-2016 |
| Awarded a certificate of completion for the Strategic Management of Regulatory and Enforcement Agencies Program, Harvard University, John F. Kennedy School of Government, Executive Education | 2015 |

Speeches

Suffolk University and Merrill Lynch Wealth Management Symposium, Boston, MA, 2017
Coe College, Cedar Rapids, IA, 2015
Network Management Americas, Miami, FL, 2015
IOSCO Annual Stakeholders Meeting, Madrid, 2015
13th Annual Quant Congress, New York, NY, 2015
Security Ops New York Conference, New York, NY, 2015
OTC Derivatives Clearing Summit, New York, NY, 2013
DerivOps Conference, Chicago, IL, 2013
University of Colorado, Burridge Center for Securities Analysis and Valuation Annual Conference, "Dodd-Frank Requirements and Associated Economic Issues", Boulder, CO, 2011

Panelist

Investment Company Institute: Economic Analysis and SEC Rulemaking, 2023
Cornerstone Research: Emerging Issues in Cryptocurrency, 2023
Women in Securities Litigation: Expert Panel, 2023
PLI Expert Witness Panel, 2019-2023
Securities Enforcement Forum, 2020-2021, 2017-2018
REITwise Virtual Law, Accounting & Finance Conference, 2021
The Knowledge Group, Effectively Handling an SEC Enforcement Inquiry, 2019-2021
ICI Securities Law Developments Conference, 2020
SEC Conference on the State of Our Securities Markets, Washington, D.C. 2019
Carnegie Mellon Conference on the Economics of Credit Rating Agencies, Pittsburgh, PA, 2015
Center for Professional Education, New York, NY, 2013, 2015
ICI SEC Rules Committee, Washington, D.C., 2015
SEC Speaks, Washington, D.C., 2012, 2013, 2014, 2015
Financial Stability Board's Assessment Group on Vulnerabilities, Mexico City, 2014
National Organization of Investment Professionals Conference on Equity Market Structure, New York, NY, 2014
Consumer Financial Protection Bureau Conf. on Benefit-Cost Analysis, Washington, D.C., 2014
Southwest Regional Securities Conference, Fort Worth, TX, 2013
NBER Credit Rating Agency Meeting, Boston, MA, 2013
Notre Dame Conference on Dodd Frank and the Future of Finance, Washington, D.C., 2013
Financial Markets Association, Legal and Legislative Issues Conference, Washington, D.C., 2011, 2012
Financial Management Association, Annual Meeting, Dallas, TX, 2010

Discussant

Penn Law ILE Spring Corporate Roundtable, Philadelphia, 2019
FINRA Fixed Income Conference, Washington, DC, 2017
University of Notre Dame Regulatory Conference, South Bend, IN, 2009, 2010, 2011, 2015
University of Indiana, Conference on Financial Economics and Accounting, Bloomington, IN, 2011
Oxford University IPO Symposium, Oxford, UK, 2008
University of Notre Dame Ethics Conference, South Bend, IN, 2008
Washington Area Finance Association, 2008, Washington, D.C., Annual Meeting

European Financial Management Association Annual Meeting, Stockholm, 2006
People and Money Conference, Depaul University, Chicago, IL, 2005
Financial Management Association, 1999, 2002-2005, 2007, 2010 Annual Meetings

# List of Documents Considered

**Academic Articles**

- A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, no. 1, 1997, pp. 13–39
- Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417
- Jeffrey A. Busse and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, 2002, pp. 415–437
- Jozef Drienko and Stephen J. Sault, "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance* 37, 2013, pp. 4810–4819
- Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49, no. 2, 1993, pp. 545–590
- Stephen J. Brown and Jerold B. Warner, "Measuring Security Price Performance," *Journal of Financial Economics* 8, no. 3, 1980, pp. 205–258
- Tarun Chordia, et al., "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics* 76, 2005, pp. 271–292
- William H. Wells, "A Beginner's Guide to Event Studies," *Journal of Insurance Regulation* 22, no. 4, 2004, pp. 61–70

**Analyst Reports**

- "Aduhelm Gets Accelerated Approval; Upgrading to Neutral," *Baird*, June 7, 2021
- "Aduhelm Approved; Breathes New Life into Biogen," *Barclays*, June 7, 2021
- "Criticisms Brushed Aside; FDA Defers to Pressure Over Data in Adu Approval," *Bank of America*, June 7, 2021
- "AD Approval Changes the Narrative, Likely Not Fundamentals Moving to Neutral," *Bank of America*, June 7, 2021
- "Biogen: Aducanumab approved, now what? A few points on the label and news," *Bernstein*, June 7, 2021
- "Biogen: Will Adhelm be the next Sovaldi? High price could crash the market before it gets started," *Bernstein*, June 7, 2021
- "Biopharma Wkly (06/07/21): ASCO pointers; REGN CoV19 drives big 2Q; BMY CVR lawsuit analysis; Amgen OX40 workup," *Bernstein*, June 7, 2021

- "AduCANumab: FDA Grants Accelerated Approval. A Required Triplet of PET Scans Seems Not Too Bad. Price of $56k May Lead to Negotiations," *BTIG*, June 7, 2021
- "No More Waiting for Adu as FDA Approves Product; Reiterate BUY as BIIB Can Play More Offense Now," *Canaccord Genuity*, June 7, 2021
- "BIIB - For the Win - Aducanumab is Here," *Cantor Fitzgerald*, June 7, 2021
- "Disease-Modifying Therapy for Alz's – End of the Beginning, with Several Cov'g Programs Gaining Traction," *Cantor Fitzgerald*, June 7, 2021
- "Unmet Need Wins Over Science as the FDA Finds a Way to Approve the Drug," *Citi*, June 7, 2021
- "Upgrade: Aduhelm Approval Likely to Return Biogen to Growth," *Cowen*, June 7, 2021
- "Further Perspective on Biogen's Alzheimer's Drug and Its Potential Impact on MCOs," *Credit Suisse*, June 7, 2021
- "7 Points on Aducanumab Approval," *Evercore ISI*, June 7, 2021
- "Biogen Inc. (BIIB): FDA approves Aducanumab for Alzheimer's," *Goldman Sachs*, June 7, 2021
- "BIIB - Adu Priced At $56K/Year Vs. Our $50K Est; BIIB Est 1-2MM Addressable Patients With Amyloid Pathology, Implying A $50-100B TAM," *Guggenheim*, June 7, 2021
- "BIIB - Best-Case Scenario Label For Aduhelm, Broad Label, No Requirement For A New MRI and No REMS," *Guggenheim*, June 7, 2021
- "BIIB - Aducanumab (now Aduhelm) Approved Under Accelerated Pathway for Treatment of Alzheimer's Disease," *Guggenheim*, June 7, 2021
- "Biogen Gets 'er Dunn...Adu Approved for Alzheimer's in Landmark FDA Decision," *J.P. Morgan*, June 7, 2021
- "3 Things Interesting For Launch...New Growth Story and Other Tidbits - PT $500," *Jefferies*, June 7, 2021
- "Adu – Yahoo! Lots of Potential Upside Consistent w/ Our Positive Thesis; BUY," *Jefferies*, June 7, 2021
- "Quick Survey Results (n = First 64 Investors) ==> Aducanumab's Approval," *Mizuho*, June 7, 2021
- "ICER's 'FDA ... has failed' Letter + 7/15 Webinar to Discuss in a Public Forum," *Mizuho*, June 7, 2021

- "$56K WAC Pricing Implies 4-6% US Peak Year Penetration. Plausible? Don't Ignore History," *Mizuho*, June 7, 2021
- "Aduhelm Approved With Clean Label," *Morgan Stanley*, June 7, 2021
- "Introducing Aduhelm," *Oppenheimer*, June 7, 2021
- "Too Late For Sanctimony; Aduhelm Commecial Story Now Comes Into Focus," *Piper Sandler*, June 7, 2021
- "Upgrade to Market Perform; [wide-eyed emoji] Bring on the ~$330B Market Opportunity," *Raymond James*, June 7, 2021
- "BIIB: Daring Price Point for Adu Could Multiply Opportunity, but May Very Well Come Back to Bite BIIB – And Biopharma," *RBC Capital Markets*, June 7, 2021
- "Glued to Our Screens Today: Our Latest Views on Time-of-Day of an Aduhelm Announcement, Scenarios," *RBC Capital Markets*, June 7, 2021
- "BIIB: FDA Threads Needle, Approving Adu On Conditional Basis But With Broad, Favorable Label, Major Win For BIIB," *RBC Capital Markets*, June 7, 2021
- "BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/CNS (Mostly Good But Not Necessarily All Good)," *Stifel*, June 7, 2021
- "Wow! Accelerated Approval of Aducanumab On Amyloid as a Surrogate; An Unexpected But Still Positive Outcome for BIIB," *Stifel*, June 7, 2021
- "Big News with Adu Approval," *SVB Leerink*, June 7, 2021
- "Key Takeaways from the Aducanumab KOL Pulse Call," *SVB Leerink*, June 7, 2021
- "Adu Approved As We Expected; Awaiting Label," *Truist Securities*, June 7, 2021
- "Aduhelm Label Does Not Have Language Restricting to a Subpopulation," *Truist Securities*, June 7, 2021
- "Adu-Costly-Mab - BIIB Announces $56k/yr Price Tag, More Than Double Our Estimates," *UBS*, June 7, 2021
- "Aducanumab Approved Via Accelerated Pathway with BROAD Label - Near-Best Case Scenario," *UBS*, June 7, 2021
- "So, This Is Actually Happening... Aduhelm (Aducanumab) Approved," *Wedbush Securities*, June 7, 2021
- "FDA Finds a Way; Accelerated Approval of Aducanumab With Broad Label Boosts Biogen's Outlook," *William Blair*, June 7, 2021
- "Aduhelm Approved, But LT Risks Remain," *Atlantic Equities*, June 8, 2021

- "Aduhelm Approval and New Launch Assumptions; Raising PT to $395 From $265," *Barclays*, June 8, 2021
- "Takeaways From Our Aduhelm Launch Call; Alzheimer's Doc Strikes Cautious Tone," *Bank of America*, June 8, 2021
- "Takeaways From Biogen's Aduhelm Call," *Bank of America*, June 8, 2021
- "Shifting Alzheimer's Regulatory Standards Presenting New Challenges; Call TODAY," *Bank of America*, June 8, 2021
- "Biogen: A Few Useful Numbers on Aduhelm's Likely Payer Dynamics," *Bernstein*, June 8, 2021
- "Increasing PT But We Think Shares Could Be Range Bound Unless Pipeline Comes Up Big in 2021," *Cantor Fitzgerald*, June 8, 2021
- "Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry?" *Citi*, June 8, 2021
- "What Are the Broader Implication of FDA's Aducanumab Approval in AD?" *Citi*, June 8, 2021
- "Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's Space?" *Citi*, June 8, 2021
- "Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos," *Cowen*, June 8, 2021
- "Aducanumab Post Approval," *Evercore ISI*, June 8, 2021
- "BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455," *Guggenheim*, June 8, 2021
- "All's Well That Ends Well for Aducanumab; PT to $452," *H.C. Wainwright & Co.*, June 8, 2021
- "Spoke to Mgmt, 3 Follow-Up Thoughts – Nicely Dampening Expectations," *Jefferies*, June 8, 2021
- "Aduhelm Call Takeaways: 'Modest Revenue in 2021' and 'Gradual Uptake Over Time,'" *Mizuho*, June 8, 2021
- "Aduhelm Doc Call Takeaways; Hit Me Up If You Need the Audio Replay," *Mizuho*, June 8, 2021
- "Full Survey Results (n = Final 77 Investors) ==> Aducanumab's Approval," *Mizuho*, June 8, 2021
- "Aduhelm Approval Pushes PT to $455," *Morgan Stanley*, June 8, 2021

- "Update on Ten-Year Roadmap," *Nomura*, June 8, 2021
- "Launch Plans Debunk Misleading Aduhelm Myths," *Oppenheimer*, June 8, 2021
- "More Commercial Questions Than Answers After Aduhelm Investor Call," *Piper Sandler*, June 8, 2021
- "Biotech: Our Thoughts On The Most Meaningful Aducanumab Approval Reverberations In The Sector," *RBC Capital Markets*, June 8, 2021
- "'Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use; Tgt To $400 On Broad Approval," *RBC Capital Markets*, June 8, 2021
- "Target to $446 on Adu Approval; Peak Sales Higher on Pricing, Though Multiple Pivot Points to Consider As We Model Ramp," *Stifel*, June 8, 2021
- "Aduhelm Ready to Launch," *SVB Leerink*, June 8, 2021
- "Pricing $56K/yr But Gross Margins and GTN are Key Questions," *Truist Securities*, June 8, 2021
- "Our Updated Thoughts on Testing Oppy Post Aducanumab Approval," *UBS*, June 8, 2021
- "If You Build It, Will They Come? We're Still Skeptical," *Wedbush Securities*, June 8, 2021
- "Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform," *William Blair*, June 8, 2021
- "Perspective on Aduhelm Investor Call," *Wolfe Research*, June 8, 2021
- "BIIB - We Briefly Caught Up With Mgmt – Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle," *Guggenheim*, June 9, 2021
- "BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs," *Stifel*, June 9, 2021
- "Aduhelm Approval Changes Risk/Reward; Highlighting Catalysts to Watch," *Morgan Stanley*, June 10, 2021
- "Aduhelm Gives Biogen Its Groove Back," *SVB Leerink*, June 10, 2021
- "Like It or Not, Aduhelm is Going to Get Used - Upgrading to Buy Post Doc Checks," *UBS*, June 10, 2021
- "Weekly Recap - Very Ready for This Week to Be Over," *Baird*, June 11, 2021
- "Biogen: Aduhelm Upside Potential Too Much to Ignore; Upgrading to Outperform," *Bernstein*, June 11, 2021

- “Alzheimer’s Takes the aduHELM of the Biogen Growth Story...Rebuilding our Model Post Approval,” *J.P. Morgan*, June 11, 2021
- “Encouraging New Interim Data for Risdiplam from RAINBOWFISH in Presymptomatic SMA,” *Truist Securities*, June 11, 2021
- “Alzheimer’s KOL: Sees Plenty of Patient Demand, Logistics Can Be Sorted Out,” *Jefferies*, June 12, 2021
- “Sizing the Potential for Aduhelm and Looking Ahead to an NCD; Raising Estimates and PT,” *Goldman Sachs*, June 13, 2021
- “Updating Model for Higher Aduhelm Pricing, EU Approval Could Add ~$227/sh; PT Goes to $647 from $458,” *Truist Securities*, June 13, 2021
- “Another Gene Therapy Miss; Minimal Impact Expected, Peripheral to Current Debates,” *Barclays*, June 14, 2021
- “Biopharma Wkly (06/14/21): TRx Pickup Suggest Strong Pharma 2Q; Aduhelm Wrap-Up & LLY Price Update; LNP Myocarditis?” *Bernstein*, June 14, 2021
- “No Gold Star for the BIIB111 STAR Study — Removing Estimates,” *Cantor Fitzgerald*, June 14, 2021
- “Phase III Star Study of BIIB111 in Choroideremia Fails, No Change to Estimates,” *Cowen*, June 14, 2021
- “BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But Not Clear Who Pays and How Quickly,” *Guggenheim*, June 14, 2021
- “Alzheimer’s Doc Survey: Plans for BIIB Aduhelm Launch,” *Jefferies*, June 14, 2021
- “Pipeline Tracker: What's Changed?” *Morgan Stanley*, June 14, 2021
- “BIIB111 Missed in Choroideremia; No Change to Model,” *SVB Leerink*, June 14, 2021
- “Phase 3 Choroideremia Missed on Primary Endpoint, Small Opp’y; Awaiting Depression Data,” *Truist Securities*, June 14, 2021
- “DC Perspective on Aduhelm Approval,” *UBS*, June 14, 2021
- “BIIB111 Fails in Choroideremia - We Had Low (Zero) Expectations,” *UBS*, June 14, 2021
- “Don’t Go Chasing WATERFALLs,” *Baird*, June 15, 2021
- “Zuranolone Hits but Efficacy/Safety Concerns Cloud Opportunity in Depression,” *Bank of America*, June 15, 2021

- "BIIB: WATERFALL Positive, but Questions on Commercial Impact," *Barclays*, June 15, 2021
- "Biogen: Zuranolone p3 Results as Expected; Effective on Day 15, But Not 42, GABA-Agonist Side Effects; Small Positive for BIIB," *Bernstein*, June 15, 2021
- "Positive Primary Endpoint but Mixed: Ph 3 Data in WATERFALL Study for Major Depressive Disorder; But Does it Really Matter for BIIB Shares Anyway?" *Cantor Fitzgerald*, June 15, 2021
- "Even WATERFALL Does Not Quench the Pipeline Thirst but Does it Matter Now?" *Citi*, June 15, 2021
- "Zuranolone's Waterfall Study Meets Primary Endpoint, FDA Filing to be Discussed," *Cowen*, June 15, 2021
- "Biogen Inc. (BIIB): Focus for Zuranolone Will Be on Regulatory Path and Second Ph3 Trial," *Goldman Sachs*, June 15, 2021
- "Sage Therapeutics Inc. (SAGE): Positive WATERFALL in MDD Clears Way for Regulatory Approval," *Goldman Sachs*, June 15, 2021
- "Time to Start Chasing Waterfalls?... Zuranolone Hits in Ph3, But Debate Likely to Continue," *J.P. Morgan*, June 15, 2021
- "More Growth Added w/ SAGE Depression Data after Alzheimer's Approval," *Jefferies*, June 15, 2021
- "WATERFALL Data 'Positive', But Zuranolone Does Not Make Much of a Splash," *Mizuho*, June 15, 2021
- "WATERFALL Falls In-Line With Our Base Case Scenario," *Morgan Stanley*, June 15, 2021
- "Data Are 'Fileable' but not Being Filed, Yet," *Raymond James*, June 15, 2021
- "SAGE/BIIB: WATERFALL Crosses Finish Line, Though Close Result May Color NT Perception and Raise Questions on Commercial Oppty," *RBC Capital Markets*, June 15, 2021
- "First Take on Positive WATERFALL Data: Effect Size and the Inevitable Day 42 Debate; Safety Looking Clean," *Stifel*, June 15, 2021
- "MDD KOL Call Recap: More Pressure On CORAL As Docs Are Split on Excitement for Zuranolone; Still Believers, But Reducing TP," *Stifel*, June 15, 2021
- "SAGE/BIIB: Zuranolone Looks Like an Approvable Drug; Day 15 Debate Misguided at this Price, Durability Debate Understandable But, Probably OK for FDA," *Stifel*, June 15, 2021

- "Why Zuranolone Data is GOOD for BIIB -Remember, it's NOT in Numbers," *Truist Securities*, June 15, 2021
- "Zuranolone Hits HAMD Marginally On Day15 But Misses On Key Day42. AEs Higher On Zuranolone," *Truist Securities*, June 15, 2021
- "WATERFALL Makes It Rain - Small +ve for BIIB but Questions on Approvability/Uptake Remain," *UBS*, June 15, 2021
- "When A WATERFALL Beats A MOUNTAIN," *Wedbush Securities*, June 15, 2021
- "Going Over The WATERFALL Results - We Still Think There's A Path Forward," *Wedbush Securities*, June 15, 2021
- "WATERFALL Positive but Maybe Not an MDD Commercial Game Changer; Is It Worth It in Light of Aduhelm Approval?" *William Blair*, June 15, 2021
- "Takeaways From Our KOL Depression Prescriber Call," *Bank of America*, June 16, 2021
- "No-Go on Gosuranemab; Read-throughs to Lilly/AbbVie Tau Assets," *Barclays*, June 16, 2021
- "Sometimes it Doesn't Take Two to Tango: Gosuranemab (Anti-Tau) Misses Primary Endpoint in Ph 2 TANGO Study for Alzheimer's," *Cantor Fitzgerald*, June 16, 2021
- "Biogen Inc. (BIIB): Another tau antibody setback," *Goldman Sachs*, June 16, 2021
- "Tau Alzheimer's Not Relevant For Now, Adu Launch Started Already Today..." *Jefferies*, June 16, 2021
- "Another Tau Disappointment with Gosuranemab," *SVB Leerink*, June 16, 2021
- "Anti-Tau Antibody Miss; Lots of High Risk/Reward Assets in Pipeline," *Truist Securities*, June 16, 2021
- "Aduhelm EU Reg Expert Call - Expects Similar Outcome and Pathway as in US," *UBS*, June 16, 2021
- "Prescriber Survey: Payers to Fill Aduhelm Treatment Gaps, Dictating Opportunity," *Bank of America*, June 17, 2021
- "Expert call points to tough road for Aducanumab until an NCD," *Citi*, June 17, 2021
- "BIIB - Highlights from Our Payer Call; Expect Swift Adu Uptake as We See a Few Ways for Medicare to Limit Coverage (Incl PET/CSF) to Eligible Patients," *Guggenheim*, June 17, 2021
- "With Gosuranemab, the Fate of N-terminal Tau Antibodies Could Be Sealed," *H.C. Wainwright & Co.*, June 17, 2021

- "As Expected, Gosuranemab Fails in PhII," *Morgan Stanley*, June 17, 2021
- "Physician Call Takeaways – Conservative Neurologist Won't Use But Acknowledges Uptake Will Be Significant," *UBS*, June 17, 2021
- "Cleaning House Post Adu Approval – Gosuranemab Fails, Nothing in Model," *UBS*, June 17, 2021
- "Weekly Recap - Does Path to Strong Labor Market Include an FDA Commish?" *Baird*, June 18, 2021
- "US Biopharma: 3Q21 ASP Data - Eylea Dominating Share; Biosimilar Discounts Accelerate; PD-1 Prices Still Increase," *Bernstein*, June 18, 2021
- "Replay and Transcript for Our Aducanumab Medicare Call," *Citi*, June 18, 2021
- "Upgrade to OW; Neurologist Survey, Reimbursement Checks Too Bullish to Ignore," *Piper Sandler*, June 18, 2021
- "Aduhelm Bull/Bear Call Series – Launch Insights Expert Call #1 Transcript," *UBS*, June 18, 2021
- "Aduhelm EU-Reg Expert Call Transcript," *UBS*, June 18, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, June 18, 2021
- "*Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch," *Jefferies*, June 20, 2021
- "FDA KOL Thinks Zuranolone will be Approved; Gives Color on Other Psych Drug Controversies," *Truist Securities*, June 20, 2021
- "Notable Quotes, Replay, and Full Transcript From our Call on Topline WATERFALL Data," *Bank of America*, June 21, 2021
- "Biopharma Wkly (06/21/21): A Delta C19 Wave Coming; CMS History & Adu Coverage Jitters; Jazz Resets but Thesis Still There," *Bernstein*, June 21, 2021
- "Feedback, Thoughts on Stock..Meanwhile FDA Woodcock Also Comments," *Jefferies*, June 22, 2021
- "BIIB - FDA Defends Adu Approval In Just-Posted Documents - Though Not Surprising, Could Provide Physicians Incremental Cover to Prescribe," *RBC Capital Markets*, June 22, 2021
- "MEDCAC Member Suggests NT Adu Access Is Likely, Though Commercial Story Still Far From Written," *RBC Capital Markets*, June 22, 2021
- "Americas Healthcare: Pharmaceuticals: FDA Aduhelm Review Docs Reinforce Our View That the Door is Open for Dmab," *Goldman Sachs*, June 23, 2021

- "BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical," *RBC Capital Markets*, June 23, 2021
- "Aduhelm Updates on Pricing Impact to Payers and Patients," *Truist Securities*, June 23, 2021
- "Alzheimer's Competition May Be Earlier Than Expected," *Baird*, June 24, 2021
- "Donanemab Charging Toward Potential Approval; Raising PO to $250," *Bank of America*, June 24, 2021
- "Path to Accelerated Approval After All; Lilly Outlines Regulatory Strategy for Donanemab," *Barclays*, June 24, 2021
- "Lilly, Biogen: Lilly to Submit Donanemab This Year; First Take," *Bernstein*, June 24, 2021
- "US Biopharma: Updating our Alzheimer's Model for Earlier Donanemab Submission; Review of Key Assumptions," *Bernstein*, June 24, 2021
- "One Thing Seems Clear: The FDA's Precedent Post-Aduhelm on Alzheimer's is Seeing Reduction in Amyloid Beta," *Cantor Fitzgerald*, June 24, 2021
- "Americas Healthcare: Pharmaceuticals: Refreshing Alzheimer's Scenario Analysis," *Goldman Sachs*, June 24, 2021
- "Eli Lilly & Co. (LLY): Filing for AA of Dmab on Ph2 Later This Year," *Goldman Sachs*, June 24, 2021
- "Healthcare: Pharmaceuticals: FDA Going All In On A-Beta Antibodies for Alzheimer's?" *Goldman Sachs*, June 24, 2021
- "FDA Opens the Flood Gates in Alzheimer's, Grants BTD to BIIB/Eisai's BAN2401 and LLY's Donanemab; LLY to File for Accelerated Approval by YE21," *Guggenheim*, June 24, 2021
- "LLY Filing: Should Grow the Whole Market, Docs Likely to Prescribe the Drugs," *Jefferies*, June 24, 2021
- "Not So Fast? Some Additional Thoughts on Today's Donanemab News After Speaking to Lilly," *Mizuho*, June 24, 2021
- "BIIB: Everyone Joining The AD Rush, As LLY Announces Plans To File Donanemab - Though Not Surprising, And Not A Sure Thing," *RBC Capital Markets*, June 24, 2021
- "LLY's Plans to File Donanemab Has Multiple Implications for the Space," *Stifel*, June 24, 2021
- "Alzheimer's Space Heating Up Faster than Expected," *SVB Leerink*, June 24, 2021

- "Focus on Reimbursement; Multiple Players are Expected, We Model Competition," *Truist Securities*, June 24, 2021
- "Competition Hot on Adu's Heels? D-Mab Gets BTD and Will File by YE - Enough Safety Data?" *UBS*, June 24, 2021
- "LLY, BIIB, ROG: Donanemab a Market Leading Product Because of Its Differentiation? Coming Early," *Wolfe Research*, June 24, 2021
- "Biopharma: Rising Alzheimer's Disease Competition," *Atlantic Equities*, June 25, 2021
- "Mohit's Biobits – Decoding Aduhelm Debate, VRTX Thoughts and Good News From BMRN," *Citi*, June 25, 2021
- "Healthcare Pulse: Summer Begins... Investor Sentiment; Market Color; Sector Themes; Charts to Watch," *Goldman Sachs*, June 25, 2021
- "BIIB - We Briefly Caught Up With Mgmt; Adu's Life Cycle Mgmt Is In The Works, A SubQ Formulation Is In The Clinic; New Patients Are Starting On Adu," *Guggenheim*, June 25, 2021
- "Govt Aduhelm Approval/Pricing Pushback – Not a Shocker; We Await CMS Coverage Details," *Truist Securities*, June 25, 2021
- "Aduhelm Infusion Center Expert Call Takeaways," *UBS*, June 25, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, June 25, 2021
- "Takeaways From Aduhelm Reimbursement Expert Call," *UBS*, June 25, 2021
- "Neuroscience Shines by the Lake – Highlights from our Focus on Brain Health with CLPI," *Oppenheimer*, June 27, 2021
- "BIOT: KOL Believes Donanemab Could be Approved With AA and Aduhelm in EU Approval Likely," *Truist Securities*, June 27, 2021
- "Biopharma Wkly (06/28/21): Plaque Reduction Comps; ACIP High Bar for C19 Boosting; Lumakras Starts 1L NSCLC Trial," *Bernstein*, June 28, 2021
- "HHS Advisory Council Mtg on Adu - Jul 19," *Evercore ISI*, June 28, 2021
- "Aduhelm Approval Could Have Broad Ranging Implications Across Healthcare," *Goldman Sachs*, June 28, 2021
- "HHS Meeting Will Discuss Aduhelm; These Councils Likely Want It Supported," *Jefferies*, June 28, 2021
- "Pipeline Tracker: What's Changed?" *Morgan Stanley*, June 28, 2021

- "Doc Survey Indicates Zuranolone May Be More Viable Than Perceived, But No Longer Stands Out; Tgt to $60," *RBC Capital Markets*, June 28, 2021
- "Model Tweaks As Input On Aduhelm and WATERFALL Continues To Shape Views," *RBC Capital Markets*, June 28, 2021
- "BIIB - Our Proprietary Physician Survey Suggests High Awareness for Amyloid-Beta Therapies; KOLs Have a Positive View on LLY's Donanemab," *Guggenheim*, June 29, 2021
- "KOL Color on Aduhelm Payer Agreements; It'll Be Covered But May Take 6 Mos for Investors to Believe," *Truist Securities*, June 29, 2021
- "Biosimilars Monthly: JUNE 2021 Edition," *Barclays*, June 30, 2021
- "US Biopharma 2Q21 PreQ: Partial Recovery With Immunology but Oncology Weakness; REGN Most Likely to Beat," *Bernstein*, June 30, 2021
- "HHS's Advisory Council on Alzheimer's meeting on Aduhelm Coming Up," *Truist Securities*, June 30, 2021
- "Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics," *Baird*, July 1, 2021
- "Biosimilars (June update): Market Growth Moderating as Pricing Offsets Unit Growth and Innovators Compete," *Bernstein*, July 1, 2021
- "Cowen's Biotech Thermometer," *Cowen*, July 1, 2021
- "Has FDA's Adu Decision Made It Easier For Everyone?" *Evercore ISI*, July 2, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, July 2, 2021
- "Takeaways from Neurologist with Infusion Suite Call," *UBS*, July 2, 2021
- "Takeaways from Ex-FDA Expert Call on Aduhelm Competitors (Dmab, Gmab)," *UBS*, July 2, 2021
- "Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed," *William Blair*, July 2, 2021
- "2Q21 Earnings Preview," *Barclays*, July 6, 2021
- "Biopharma Wkly (07/06/21): Delta in the Vaccinated; FTC Makes HC a Priority; Mid-Year Price Increases; VTRS-Teva Trial," *Bernstein*, July 6, 2021
- "Guggenheim Biotech 2Q 2021 Earnings Preview," *Guggenheim*, July 6, 2021
- "Key Takeaways from the SVB Leerink CNS Forum," *SVB Leerink*, July 6, 2021

- "Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript," *UBS*, July 6, 2021
- "Takeaways from MDD expert call (BIIB, LIVN, H Lundbeck A/S, SAGE, ABBV etc)," *UBS*, July 7, 2021
- "Aduhelm Label Update Just Another Reflection of Regulatory Absence," *Baird*, July 8, 2021
- "Aduhelm Label Narrowed: More Concessions to Follow?" *Bank of America*, July 8, 2021
- "Quick Takeaways from Narrowed Aduhelm Label," *Barclays*, July 8, 2021
- "Aduhelm Prescribing Information Updated To Emphasize Mild Patients," *Cowen*, July 8, 2021
- "Biogen Inc. (BIIB): Thoughts on Aduhelm Label Update," *Goldman Sachs*, July 8, 2021
- "BIIB - Updated Label for Aduhelm Is Limited to Disease Stages Studied in Clinical Trials; Is In Line With How We Think Docs Will Use It," *Guggenheim*, July 8, 2021
- "Aduhelm Label Guides Right Pts for Drug; Street Still Needs Clarity Over Time," *Jefferies*, July 8, 2021
- "Label Update Is A Good Step," *Morgan Stanley*, July 8, 2021
- "2Q21 Earnings Preview On Select Biotechs," *RBC Capital Markets*, July 8, 2021
- "New Aduhelm Label Shouldn't Impact Sales," *SVB Leerink*, July 8, 2021
- "Updated Aduhelm Label Reflects the Patient Population Studied in Clinical Trials," *Truist Securities*, July 8, 2021
- "Aduhelm Label Update: Narrowed to MCI/Mild AD - The Population We/Street Model Into," *UBS*, July 8, 2021
- "Aduhelm Infusion Center Expert Call Transcript," *UBS*, July 8, 2021
- "Updated Aduhelm Label Clarifies Use in MCI or Mild Patients; Reimbursement Still the Major Pushback on Initial Launch," *William Blair*, July 8, 2021
- "Weekly Recap - Even After The 4th of July There's Still Smoke!" *Baird*, July 9, 2021
- "FDA head calls for Aduhelm investigation, as pushback continues to grow," *Bank of America*, July 9, 2021
- "BIIB - Our Take on the Woodcock Letter: Not Likely to Impact Aduhelm Approval, but Unwanted Attention Is Not Good," *Guggenheim*, July 9, 2021

- "Agency's OIG Ask is More Noise and Stress for BIIB Holders, But Unlikely to Have a Tangible Impact on Aducanumab," *Stifel*, July 9, 2021
- "FDA Investigation Not Surprising, But Unlikely to Influence Uptake of Drug, In Our View," *Truist Securities*, July 9, 2021
- "More Barking But Still Don't Expect Biting - FDA Head Calls for Investigation of Approval Process," *UBS*, July 9, 2021
- "BIIB, LLY, ROG: Including Alzheimer's Revenues for the First Time EVER!" *Wolfe Research*, July 9, 2021
- "CMS NCD Analysis Gets Underway, Timeline Appears Accelerated," *Baird*, July 12, 2021
- "Biopharma Wkly (07/12/21): Vaccines/Infection Now Correlate; Executive Order Tidbits; Gilead PAP in 340B; Lilly KRAS Enters p1," *Bernstein*, July 12, 2021
- "NCD Analysis Initiation for Adu In-Line with Expectations. Timelines Also Appear Quick," *Citi*, July 12, 2021
- "Biden Drug Proposals via EO; Pelosi & Wyden Seek Legislative Approach," *Credit Suisse*, July 12, 2021
- "CMS Opens National Coverage Determination Analysis for Alzheimer's Drug Aduhelm," *Credit Suisse*, July 12, 2021
- "BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates," *Guggenheim*, July 12, 2021
- "CMS Review – Another Overhang to Be Resolved; Climbing Wall of Worry," *Jefferies*, July 12, 2021
- "Pipeline Tracker: What's Changed?" *Morgan Stanley*, July 12, 2021
- "EMA Approval Likely, According to KOL," *Truist Securities*, July 12, 2021
- "NCD Analysis Begins - Start of Relief for BIIB, In Our View," *Truist Securities*, July 12, 2021
- "2Q21 Commercial Biotech Preview: Time To Shine?" *Wedbush Securities*, July 12, 2021
- "Americas Healthcare: Pharmaceuticals: CMS launches Aduhelm NCD," *Goldman Sachs*, July 13, 2021
- "BIIB — Highlights from Our Payer Call: Expert KOL Outlined Two Possible NCD Scenarios for Adu; Either Way, BIIB Benefits," *Guggenheim*, July 13, 2021
- "Alzheimer's Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab," *Mizuho*, July 13, 2021

- "Implications Of The NCD Process," *Morgan Stanley*, July 13, 2021
- "BIIB - Mid-Stage Orelabrutinib BTKi Asset In-license Reinforces Commitment to Oral MS Space, but Perhaps Waning Enthusiasm for '091," *RBC Capital Markets*, July 13, 2021
- "Now We Have a Timeline - CMS Initiates NCD Process for Aduhelm," *UBS*, July 13, 2021
- "Biogen: Is CLARITY AD the Real Aduhelm Confirmation Trial? How BAN2401 Compares to the Rest of the Anti-Amyloid Field," *Bernstein*, July 14, 2021
- "Third Annual Look Under the ESG Hood: Refreshing Our Analysis of Executive Compensation, Insider Ownership, & Diversity," *Citi*, July 14, 2021
- "Clarification from BIIB and LLY on Comments Made by Our Expert with Regard to the NCD Process and CED Studies," *Guggenheim*, July 14, 2021
- "Cleveland Clinic Won't Administer Aduhelm ==> Risk to the ~$9Bn Peak Sales Consensus?" *Mizuho*, July 14, 2021
- "AD Survey Suggests Slow but Steady Uptake for Aduhelm Launch," *SVB Leerink*, July 14, 2021
- "Woodcock Has a Quality Reputation; IG/Gov't Investigations Likely Won't Have Adu Impact," *Truist Securities*, July 14, 2021
- "2Q21 Large Cap Earnings Preview: We Expect Fewer Surprises and a Recovery in Earnings from COVID," *Cantor Fitzgerald*, July 15, 2021
- "BTK Chemistry vs Multiple Sclerosis," *Evercore ISI*, July 15, 2021
- "BIIB — Readthrough from UnitedHealth Earnings Call: UNH Mgmt Is NOT Guiding for a Very Rapid Decision on Aduhelm Reimbursement," *Guggenheim*, July 15, 2021
- "Q2 EPS Preview and Catalysts: AMGN, BIIB, GILD, MRNA, VRTX, and More," *Jefferies*, July 15, 2021
- "McClellan (ex-CMS): Adu Access 'Pretty Limited at Least Until the 9-Month Period Is Over,'" *Mizuho*, July 15, 2021
- "Exploring the Link Between R&D Productivity and Valuation," *Oppenheimer*, July 15, 2021
- "Cleveland and Sinai and ICER, Oh My!" *RBC Capital Markets*, July 15, 2021
- "Commercial Plans Not Likely to reimburse until NCD – near-term Focus on MACs," *Truist Securities*, July 15, 2021

- "2Q21 Preview: Fundamentals + Diminishing Headwinds = Better 2Q/2H Set-Up," *Bank of America*, July 16, 2021
- "Healthcare Pulse: Get, Set, EPS ... Investor Sentiment; Market Color; Sector Themes; Charts to Watch," *Goldman Sachs*, July 16, 2021
- "Quick 2Q21 Preview," *Morgan Stanley*, July 16, 2021
- "Another Bad Week for BIIB/Aduhelm Sentiment – A Lot of Negative Expectation Priced in Here," *UBS*, July 16, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, July 16, 2021
- "ICER/CTAF Aduhelm Meeting Takeaways – More Negative Views From BIIB's Shrinking Fan Club," *UBS*, July 16, 2021
- "Zuranolone and MDD Expert Call Transcript (BIIB, LIVN, H Lundbeck A/S, SAGE, ABBV etc)," *UBS*, July 16, 2021
- "Yee Leaves: BIIB, MRNA, FGEN, and More; Thoughts & Debates from My Week," *Jefferies*, July 17, 2021
- "Setup for 2Q earnings appears better than 1Q," *Goldman Sachs*, July 18, 2021
- "Key Considerations Ahead of 2Q Results," *Oppenheimer*, July 18, 2021
- "Alzheimer's Survey Highlights Big Potential and Major Risks to Aduhelm," *Baird*, July 19, 2021
- "Biopharma Wkly (07/19/21): Delta is Here; Drug Price Debate in Infrastructure Bill; Into BIIB Q; Vraylar Starts Anxiety Trial," *Bernstein*, July 19, 2021
- "EU Review Very Active; USA HHS Meeting Today Pushed for Ensuring Access," *Jefferies*, July 19, 2021
- "Pipeline Tracker: What's Changed?" *Morgan Stanley*, July 19, 2021
- "Headlines Notwithstanding, Docs Continue to Project Robust Aduhelm Uptake," *Piper Sandler*, July 19, 2021
- "2Q21 Preview; Still Cautious Overall but See Opportunities," *SVB Leerink*, July 19, 2021
- "Earnings Preview, Focus Remains Squarely on Aducanumab Controversy," *Baird*, July 20, 2021
- "2Q21 Earnings Preview," *J.P. Morgan*, July 20, 2021
- "2Q21 EPS Preview - Model Changes & Updated Perspectives," *Wolfe Research*, July 20, 2021

- "Analyst's Notes," *Argus Research*, July 21, 2021
- "Q2 Earnings Preview: Hoping that Solid Financials are What the Doctor Ordered," *Cowen*, July 21, 2021
- "Post Approval Aduhelm Physician Survey," *J.P. Morgan*, July 21, 2021
- "Survey Says: Aduhelm Utilization Remains Difficult to Predict as Controversy Swirls," *J.P. Morgan*, July 21, 2021
- "Making Some Estimate Tweaks Ahead of Q221 Reporting," *Piper Sandler*, July 21, 2021
- "Monthly Institutional Prescription Sales -- June 2021," *Wedbush Securities*, July 21, 2021
- "Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved," *William Blair*, July 21, 2021
- "SAGE - Read-Through From BIIB Call; SKYLARK Data Likely To Be Pushed To 2022," *Guggenheim*, July 22, 2021
- "SAGE: BIIB Comments Suggest PPD Ph.III Delayed; Not On Critical Path, But May Highlight Smaller PPD Opportunity and Risks To Floor," *RBC Capital Markets*, July 22, 2021
- "Biogen's AD Pipeline beyond Aducanumab—Our Thoughts," *H.C. Wainwright & Co.*, July 23, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, July 23, 2021
- "Model Adjustments Following 10-Q Filing; Tecfidera EU Legal Events From Second Half Onward," *William Blair*, July 23, 2021
- "Early BIIB080 Data Demonstrates Impact on CSF-Tau; Clinical Impact Remains To Be Seen," *Barclays*, July 26, 2021
- "Biopharma Wkly (07/26/21): 1st Bipartisan Drug Compromise; Toward Mandatory Vaccines; Tau ASO Data; Biosimilar Pressure," *Bernstein*, July 26, 2021
- "Mtg w/ BIIB Encouraging: Groundwork Getting in Place, Reimbursement Steps Next," *Jefferies*, July 26, 2021
- "Pipeline Tracker: What's Changed?" *Morgan Stanley*, July 26, 2021
- "Patent Patrol – Biotechnology: 2Q21," *RBC Capital Markets*, July 26, 2021
- "Encouraging Results From Phase 1b Anti-Tau ASO in Patients With Mild Alzheimer's Disease," *Truist Securities*, July 26, 2021

- "AAIC Data Shows CSF Tau Reductions With BIIB080; PET and Cognitive Data Required to Support Intracellular Knockdown Theory," *William Blair*, July 26, 2021
- "Misunderstood WATERFALL Not Yet Under the Bridge as We Await CORAL; Adjusting PT From $119 to $96, Reiterate BUY," *Canaccord Genuity*, July 27, 2021
- "Flagging -- Axios Article On Biogen Pulling JAMA Paper After 'JAMA Demanded Edits,'" *Mizuho*, July 27, 2021
- "BIIB080 Data Shows Proof Of Mechanism at AAIC But Too Early to Get Excited About," *UBS*, July 27, 2021
- "Second CMS Public Hearing Sees Industry Weigh In on Aduhelm NCD; Takeaways From AAIC Important for Clinical Guidelines," *William Blair*, July 29, 2021
- "Yee Leaves: BIIB, GILD, VRTX and More Thoughts & Debates from My Week," *Jefferies*, July 31, 2021
- "Weekly Recap – Who's Down with OIG?" *Baird*, Aug. 6, 2021
- "Key Catalysts for 2H21 and into Early 2022," *Morgan Stanley*, Sept. 7, 2021
- "Aduhelm Approval Likely to Return Biogen to Growth," *Cowen*, Sept. 24, 2021
- "Expect CMS To Reimburse Adu For Ph.III Population, Middle Ground Scenario, Leaving Uptake To Docs," *RBC Capital Markets*, Oct. 8, 2021
- "Aduhelm Deep Dive: Vetting the NCD, Surveying Physicians, and Handicapping the 2022/2023 Abeta Readouts," *Stifel*, Oct. 14, 2021
- "Remaining Positive on Aduhelm's Potential Following Expert Call," *Needham*, Oct. 19, 2021
- "Reduce Aduhelm Estimates; Multiple Binaries Ahead," *Atlantic Equities*, Oct. 27, 2021
- "Becoming More Like Oncology? The Genetic Revolution is Early, But Well on its Way," *Stifel*, Oct. 28, 2021
- "Initiating at OP: 'What's Past Is Prologue'; We See Opportunity in Controversy," *BMO Capital Markets*, Nov. 18, 2021
- "Takeaways from NCD Expert Call - CED Most Likely Outcome," *UBS*, Nov. 22, 2021
- "Awaiting Aduhelm's NCD decision; Initiate at Neutral," *Goldman Sachs*, Dec. 6, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, Dec. 6, 2021

- "Assume Coverage At Market Perform: Aduhelm Expectations Waning, But Estimates Still Too High," *Raymond James*, Dec. 9, 2021
- "Major Controversies, Catalyst Previews and Questions for Management: Mapping the Issues in Our Coverage Ahead of a Busy 2022," *Stifel*, Dec. 15, 2021
- "Aduhelm Price Reduction a Positive Step to Set-Up Better Trajectory Post NCD," *Morgan Stanley*, Dec. 20, 2021
- "Aduhelm Price Reduction Is A Day Late And A Dollar Short," *Raymond James*, Dec. 20, 2021
- "Aduhelm Price Cut in Half - Is It Too Late? Doesn't Help LLY Models….," *UBS*, Dec. 20, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, Dec. 20, 2021
- "Previewing 2022 — We See Several Opportunities Within the Neurology and Immunology Therapeutics Categories," *Guggenheim*, Jan. 3, 2022
- "NCD Next Week But Complicated Setup...BAN2401 Still the Key 2022 Event," *Jefferies*, Jan. 3, 2022
- "January 'Monthly Controversies' report & '22 Outlook," *Wolfe Research*, Jan. 4, 2022
- "The 2022 US Biopharma Outlook," *Bank of America*, Jan. 5, 2022
- "2022 Year-Ahead Outlook: Getting Over The COVID Hangover," *Morgan Stanley*, Jan. 6, 2022
- "Takeaways from our CMS Alzheimer's Decision KOL Call," *Bank of America*, Jan. 7, 2022
- "Framing Outcomes Ahead of CMS' NCD: KOLs Warn of Negative Review," *Bank of America*, Jan. 7, 2022
- "Evan's Weekly Dose of Targeted Therapy & Video - CMS AD NCD & JPM Preview," *BMO Capital Markets*, Jan. 7, 2022
- "LLY/BIIB: Expectations Into CMS's Draft NCD for Anti-a-Beta Antibodies for AD," *BMO Capital Markets*, Jan. 7, 2022
- "FY2022 Large-Cap Biotech Preview," *Truist Securities*, Jan. 7, 2022
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, Jan. 7, 2022
- "NCD Decision On A-Beta Mabs," *Evercore ISI*, Jan. 9, 2022

- "Our Conference Takeaways," *Bank of America*, Jan. 10, 2022
- "Takeaways from Investor Presentation," *Barclays*, Jan. 10, 2022
- "Biopharma Wkly (01/10/22): Comparing Omicron mortality to flu; Pharma raise blockbuster prices more; December TRx look fine," *Bernstein*, Jan. 10, 2022
- "BIIB: Takeaways From Presentation; All Eyes on Wednesday's CMS Draft Decision," *BMO Capital Markets*, Jan. 10, 2022
- "NCD Proposal Anticipated Wednesday; We Expect CED With a Registry Requirement," *Cowen*, Jan. 10, 2022
- "BIIB — With A Draft Proposal Memo Due From CMS on Jan 12th, We Caught Up With Our Payer Expert To Discuss Possible NCD Scenarios - CED Study Likely," *Guggenheim*, Jan. 10, 2022
- "Catalyst Driven Idea: Alzheimer's Disease NCD Draft Coverage Decision Outcome," *Morgan Stanley*, Jan. 10, 2022
- "Pipeline Tracker: What's changed?," *Morgan Stanley*, Jan. 10, 2022
- "BIIB: Key NCD Takeaways from BIIB Call and Our Risk/Reward Thoughts," *Wells Fargo*, Jan. 10, 2022
- "CMS Makes a Courageous Decision of Its Own," *Baird*, Jan. 11, 2022
- "CMS Reigns in FDA, Calling For Evidence of Efficacy; Aduhelm CED to Require New Trial," *Bank of America*, Jan. 11, 2022
- "Draft CMS Decision Provides Access, But Restrictions Still Likely to Limit Adoption," *Barclays*, Jan. 11, 2022
- "Biogen, Lilly: CMS Draft Guidance Limits Amyloid Drugs to Clinical Trials; Initial Thoughts," *Bernstein*, Jan. 11, 2022
- "CMS Proposes Coverage With Evidence Development (CED) for A-Beta Therapies," *BMO Capital Markets*, Jan. 11, 2022
- "Aduhelm/CMS Reimbursement Relationship status: It's Complicated," *Cantor Fitzgerald*, Jan. 11, 2022
- "Day 1 Takes and the Biggest One is We Miss Seeing You Guys in Person," *Cantor Fitzgerald*, Jan. 11, 2022
- "CMS Proposes Limiting Coverage of Beta Amyloid Antibodies to Randomized Trials," *Cowen*, Jan. 11, 2022
- "Our Take on CMS NCD on Alzh," *Evercore ISI*, Jan. 11, 2022

- "Proposed CMS Decision Significantly Restricts Aduhelm Coverage," *Goldman Sachs*, Jan. 11, 2022
- "BIIB - CMS Wants to See Cognition Benefit, Proposes Rigorous CED Study - 2H22 Cognition Data from Competing Products to Decide Fate of the Aβ Class," *Guggenheim*, Jan. 11, 2022
- "Live from the J.P. Morgan Healthcare Conference," *J.P. Morgan*, Jan. 11, 2022
- "Adu-justing to a New Reality; Draft NCD Significantly Dims Near Term Outlook for Aduhelm and A-Beta Class," *J.P. Morgan*, Jan. 11, 2022
- "Relative Setback with NCD Requiring Enrollment in Trials," *Jefferies*, Jan. 11, 2022
- "CMS Proposed Decision ==> Removing Nearly All Aduhelm Sales from Model, Lower PT to $207," *Mizuho*, Jan. 11, 2022
- "Disappointing Draft NCD Due to Limitations to Clinical Studies Only; Await Final Decision by April 12," *Morgan Stanley*, Jan. 11, 2022
- "Highlights from Competitor Conference; Adjusting PT to Reflect Recent Updates," *Needham*, Jan. 11, 2022
- "Implications for CMS Proposal of CED," *Oppenheimer*, Jan. 11, 2022
- "CMS Proposes Highly Restrictive Coverage w/ Evidence Development (CED) Plans for Aduhelm," *Raymond James*, Jan. 11, 2022
- "CMS Proposal, If Finalized, Could Effectively Spell The End For Aduhelm," *RBC Capital Markets*, Jan. 11, 2022
- "CED a Big Blow to Aducanumab, as the Stock May Now Largely Rest on BAN2401 Data in 3Q," *Stifel*, Jan. 11, 2022
- "CED NCD Disappointing; Barely Opens Door for Access," *SVB Leerink*, Jan. 11, 2022
- "CMS Decision Appears Worse Than Expected, In Our View; We Spoke with BIIB Mgmt for More Color," *Truist Securities*, Jan. 11, 2022
- "It's Really No Meaningful Reimbursement; Sending Waves Across Biotech," *Truist Securities*, Jan. 11, 2022
- "NCD Scenarios and Potential Stock Movements; 2H2022 Lecanemab Data Most Important, In Our View," *Truist Securities*, Jan. 11, 2022
- "Aduhelm/mAbs for Alzheimers get CED - Not Great for BIIB, Unclear for LLY," *UBS*, Jan. 11, 2022
- "CMS Says COVERAGE WITH EVIDENCE DETERMINATION --- But They Mean Another Trial," *Wedbush Securities*, Jan. 11, 2022

- "BIIB NCD TMRW—When to Look, Where to Look, and What to Look For?" *Wells Fargo*, Jan. 11, 2022
- "BIIB/LLY—Could CMS Decision Make the FDA Rethink the Early Approval of Other Anti-Amyloid Drugs?" *Wells Fargo*, Jan. 11, 2022
- "CMS' Alz Dz Decision – Practically Speaking, NOT Covered (For Now, That Is)," *Wolfe Research*, Jan. 11, 2022
- "CMS Decision Expert Call Follow-Up: Restricted Access Impacting All A-Beta Abs," *BMO Capital Markets*, Jan. 12, 2022
- "CMS Draft Decision Could Meaningfully Limit Aduhem Use; Lowering PT to $292," *Needham*, Jan. 12, 2022
- "Downgrade to Neutral – Hard to See a Way Forward," *Piper Sandler*, Jan. 12, 2022
- "Removing Most Aduhelm From Our Model; Reducing Tgt to $225," *RBC Capital Markets*, Jan. 12, 2022
- "Takeaways From Our Expert Calls Post Draft NCD on mAbs for Alzheimer's Disease," *UBS*, Jan. 12, 2022
- "Tell Me You're Not Covering Our Drug Without Telling Me; CMS to BIIB --> CED," *Wedbush Securities*, Jan. 12, 2022
- "Aduhelm Draft NCD Highly Restrictive; Will CMS Ease CED Requirements by April? Lecanemab Phase III Now Make or Break," *William Blair*, Jan. 12, 2022
- "Another Aduhelm Setback; PT to $210," *Atlantic Equities*, Jan. 13, 2022
- "Absent Alzheimer's, Commercial Concerns Re-Emerge, PO to $245," *Bank of America*, Jan. 13, 2022
- "Takeaways from Investor Event," *Barclays*, Jan. 13, 2022
- "Biogen: Five Thoughts After Company Call on the Aduhelm Draft NCD," *Bernstein*, Jan. 13, 2022
- "Biogen Sell-Side Call Follow-Up: 'Everything is on the Table,'" *BMO Capital Markets*, Jan. 13, 2022
- "Thoughts on This Morning's Aducanumab Call. The Decision as It Stands Makes More Cents Than Sense," *BTIG*, Jan. 13, 2022
- "Interesting Nuggets; I LOVE the Setup Here," *Evercore ISI*, Jan. 13, 2022
- "BIIB - Downgrading to Neutral While We Wait for Additional Clarity on CED Study Details and Competitor Cognition Data - PT Lowered to $202," *Guggenheim*, Jan. 13, 2022

- “Mgmt Next Steps/Scenarios, All Options Remain on the Table for Shareholders,” *Jefferies*, Jan. 13, 2022
- “Sell-side Analyst Q&A Session ==> Tidbits (Nearly All Questions on Aduhelm),” *Mizuho*, Jan. 13, 2022
- “Interesting Set Up Following Unfavorable Draft NCD for Aduhelm,” *Needham*, Jan. 13, 2022
- “Key Takeaways from Management Update,” *Oppenheimer*, Jan. 13, 2022
- “Nightmare On 'Helm Street: Analyst Mtg Highlights NCD Strife, But Street Should Soon Look Past Adu,” *RBC Capital Markets*, Jan. 13, 2022
- “ALNY, AVDL, ALEC, BIIB, BMRN, IONS, KRTX, ZGNX - Mgmt Meetings Offer Some Interesting Insights in Stock Debates,” *Stifel*, Jan. 13, 2022
- “Biogen Comes Out Aggressive; Stock Is Very Interesting at Current Levels,” *SVB Leerink*, Jan. 13, 2022
- “BIIB EXPECTS FINAL NCD TO CHANGE, Lecanemab is Still Key to Our Thesis,” *Truist Securities*, Jan. 13, 2022
- “Biotech/Pharma Nightcap: BIIB Expects Final NCD Could be Different; GILD onc may be 1/3 rev by 2030,” *Truist Securities*, Jan. 13, 2022
- “BIIB: Appears in Combat Mode, Making Us Feel the Debate Is Not Over, Though It May Be a Moot Exercise,” *Wells Fargo*, Jan. 13, 2022
- “BIIB: They Just Said What?! Highlights From the Analyst Call...and Our Impressions,” *Wolfe Research*, Jan. 13, 2022
- “Last Day of Biotech Week, but Certainly Not Least,” *Cantor Fitzgerald*, Jan. 14, 2022
- “Dr. Col’s Weekly Dose – The Week Ahead, What We’re Hearing and What Happened This Week,” *UBS*, Jan. 14, 2022
- “Key Takeaways from Second Half of Week – BIIB +GILD Events, IMVT, BTAI,” *UBS*, Jan. 14, 2022
- “What Should BIIB Do Next? Whatever Route, It's Not What Should They Buy...,” *Wedbush Securities*, Jan. 17, 2022
- “Mohit's Tidbits: LLY/BIIB Rotation? GILD Post EPS and PFE Feedback,” *Wells Fargo*, Jan. 17, 2022
- “Biopharma Wkly (01/18/22): The Setup Into Earnings; Jazz Prices Higher; December Vol Down; CA Dreamin’ Insulins,” *Bernstein*, Jan. 18, 2022

- "Policy Call: BioPharma Outlook Remains Positive With Biden No Closer to Reform," *BMO Capital Markets*, Jan. 18, 2022
- "The Catch 22 Situation for Biogen and CMS—The Path Ahead," *H.C. Wainwright & Co.*, Jan. 18, 2022
- "Putting a Wrap on The 2022 Healthcare Conference," *J.P. Morgan*, Jan. 18, 2022
- "Quick 4Q21 Preview," *Morgan Stanley*, Jan. 18, 2022
- "Could Upcoming CORAL Data in MDD be Meaningful for SAGE?" *Needham*, Jan. 18, 2022

**Books**

- John Y. Campbell, et al., *The Econometrics of Financial Markets*, (Princeton, NJ: Princeton University Press, 1997)

**Conference Call Transcripts**

- Biogen Conference Call Transcript, "Biogen Inc. to Discuss the Approval of ADUHELM Call - Final," June 8, 2021

**Data Sources**

- Dow Jones Factiva, https://www.dowjones.com/professional/factiva/

**Expert Reports**

- Expert Report of Professor Steven P. Feinstein, Ph.D., CFA, May 10, 2024, and Backup Materials

**Legal Documents**

- Lead Plaintiff's Memorandum in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, May 10, 2024
- Second Class Action Complaint for Violations of the Federal Securities Laws, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, April 10, 2024

**Press Releases**

- FDA Press Release, "FDA's Decision to Approve New Treatment for Alzheimer's Disease," June 7, 2021, available at https://www.fda.gov/drugs/our-perspective/fdas-decision-approve-new-treatment-alzheimers-disease, accessed on June 17, 2024
- Biogen Press Release, "FDA grants accelerated approval for ADUHELM™ as the first and only Alzheimer's disease treatment to address a defining pathology of the disease," June 7, 2021, available at https://investors.biogen.com/node/23521/pdf, accessed on June 17, 2024
- CMS Press Release, "CMS opens national coverage determination analysis on treatment for Alzheimer's disease," July 12, 2021, available at https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease, accessed on June 17, 2024
- CMS Press Release, "CMS Proposes Medicare Coverage Policy for Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease," Jan. 11, 2022, available at https://www.cms.gov/newsroom/press-releases/cms-proposes-medicare-coverage-policy-monoclonal-antibodies-directed-against-amyloid-treatment, accessed on June 17, 2024

**Public Press**

- "FDA approves much-debated Alzheimer's drug panned by experts," *Associated Press Newswires*, June 7, 2021
- "Drug poses a dilemma for the FDA Alzheimer's patients yearn for help, but experts wary of data," *Chicago Tribune*, June 7, 2021
- "ASX Stock Futures Pointing to Uncertain Open -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Focus Turns to Insurer Coverage for Alzheimer's Drug -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Rises, Tellurian Gains, and the Stock Market Isn't Doing Much -- Barrons.com," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Stock Gains Before Anticipated FDA Decision -- Barrons.com," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Stock Jumps on FDA Approval. What Wall Street Is Saying. -- Barrons.com," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Will Market Aduhelm Based on Patients Treated in Studies -- Market Talk," *Dow Jones Institutional News*, June 7, 2021

- “Biogen’s Alzheimer’s Drug Aducanumab Approved by the FDA,” *Dow Jones Institutional News*, June 7, 2021
- “Biogen’s Alzheimer’s Drug Is a Wall Street Winner, Controversy or Not -- Heard on the Street – Update,” *Dow Jones Institutional News*, June 7, 2021
- “Biogen’s Alzheimer’s Drug Is Approved by the FDA -- Barrons.com,” *Dow Jones Institutional News*, June 7, 2021
- “Don’t Rule Out an RBA Rate Hike in 2023: St. George -- Market Talk,” *Dow Jones Institutional News*, June 7, 2021
- “Financial Services Roundup: Market Talk,” *Dow Jones Institutional News*, June 7, 2021
- “First New Alzheimer’s Drug in Nearly Two Decades Is Approved by FDA -- 2nd Update,” *Dow Jones Institutional News*, June 7, 2021
- “First New Alzheimer’s Drug in Nearly Two Decades Is Approved by FDA -- 3rd Update,” *Dow Jones Institutional News*, June 7, 2021
- “First New Alzheimer’s Drug in Nearly Two Decades Is Approved by FDA -- 4th Update,” *Dow Jones Institutional News*, June 7, 2021
- “First New Alzheimer’s Drug in Nearly Two Decades Is Approved by FDA – Update,” *Dow Jones Institutional News*, June 7, 2021
- “Global Equities Roundup: Market Talk,” *Dow Jones Institutional News*, June 7, 2021
- “Health Care Roundup: Market Talk,” *Dow Jones Institutional News*, June 7, 2021
- “Longtime Tesla Executive Guillen Departs -- Market Talk,” *Dow Jones Institutional News*, June 7, 2021
- “Marvell Expects Revenue Growth to Accelerate in 2H -- Market Talk,” *Dow Jones Institutional News*, June 7, 2021
- “Marvell to Break Down Revenue by End Markets Starting in 2Q -- Market Talk,” *Dow Jones Institutional News*, June 7, 2021
- “Press Release: Biogen and Eisai launch multiple initiatives to help patients with Alzheimer’s disease access ADUHELM(TM),” *Dow Jones Institutional News*, June 7, 2021
- “Press Release: FDA Approval of Aducanumab,” *Dow Jones Institutional News*, June 7, 2021

- "Press Release: FDA grants accelerated approval for ADUHELM(TM) as the first and only Alzheimer's disease treatment to address a defining pathology of the disease," *Dow Jones Institutional News*, June 7, 2021
- "Press Release: FDA Grants Accelerated Approval for Alzheimer's Drug," *Dow Jones Institutional News*, June 7, 2021
- "Press Release: Synaptogenix Responds to FDA Approval of Aducanumab," *Dow Jones Institutional News*, June 7, 2021
- "Tech, Media & Telecom Roundup: Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Texas Bans Businesses from Requiring Vaccines -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Trucker Yellow Logs Quarter-To-Date Gains Compared To 2020 -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "US Stocks Slip -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "What Can You Do to Lower Your Risk of Alzheimer's Disease?," *Dow Jones Institutional News*, June 7, 2021
- "Alzheimer's drug from Biogen wins US approval," *Financial Times*, June 7, 2021
- "Alzheimer's sufferers await ruling on potential blockbuster drug," *Financial Times*, June 7, 2021
- "FirstFT: Today's top stories," *Financial Times (FT.Com)*, June 7, 2021
- "Biogen Stock Rockets To Record High On Alzheimer's Drug Approval; 5 Things To Know," *Investor's Business Daily*, June 7, 2021
- "Bluebird Bio Pops As FDA Allows In-Human Gene Therapy Testing To Resume," *Investor's Business Daily*, June 7, 2021
- "Dow Extends Losses In Mixed Stock Market; Biogen Soars 50% After FDA Nod," *Investor's Business Daily*, June 7, 2021
- "Dow Jones Falls Mildly As Tech Stocks Lead Upside; These Stocks Score Breakouts," *Investor's Business Daily*, June 7, 2021
- "Dow Jones Futures: Market Rally Mixed, But Biogen Skyrockets On Alzheimer's Drug, 5 Stocks Enter Buy Zones; Marvell Signals Breakout," *Investor's Business Daily*, June 7, 2021
- "Dow Jones Slips As Nasdaq Leads; AMC Rallies Despite Insider Selling; New Leader Explodes," *Investor's Business Daily*, June 7, 2021

- "Dow Jones Today Leads Mixed Open As Biogen Awaits Alzheimer's Decision; G-III Soars On Earnings Beat," *Investor's Business Daily*, June 7, 2021
- "Stock Market Ends Mixed As Nasdaq, Small Caps Lead; Eli Lilly Breaks Out, DocuSign Follows Through," *Investor's Business Daily*, June 7, 2021
- "Alzheimer's Association Statement: Alzheimer's Association Welcomes FDA Approval of Aducanumab," *PR Newswire*, June 7, 2021
- "FDA Approval of Aducanumab," *PR Newswire*, June 7, 2021
- "FDA Approves Aducanumab For Alzheimer's Disease," *PR Newswire*, June 7, 2021
- "FDA Grants Accelerated Approval for Alzheimer's Drug," *PR Newswire*, June 7, 2021
- "Synaptogenix Responds to FDA Approval of Aducanumab," *PR Newswire*, June 7, 2021
- "Big Biogen boost on Alzheimer's news could win back biotech investors," *Reuters News*, June 7, 2021
- "BREAKINGVIEWS-Alzheimer's drug feeds U.S. healthcare cost spiral," *Reuters News*, June 7, 2021
- "BRIEF-Biogen And Eisai Launch Multiple Initiatives To Help Patients With Alzheimer'S Disease Access ADUHELM," *Reuters News*, June 7, 2021
- "BRIEF-FDA Approves Biogen's Aduhelm (Aducanumab) To Treat Patients With Alzheimer's Disease," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-AMC, Carnival, Moderna, ChromaDex, QTS Realty Trust," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Biogen, Macquarie Infrastructure, Ocugen," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Moderna, G-III Apparel, Macquarie Infrastructure, Biogen," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Tesla, U.S. Concrete, Moderna, Chico's FAS, Carnival," *Reuters News*, June 7, 2021
- "EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients?" *Reuters News*, June 7, 2021
- "FACTBOX-U.S. FDA green-lights Biogen Alzheimer's drug: Who else is in the race?," *Reuters News*, June 7, 2021
- "LIVE MARKETS-S&P 500 ends a tad lower as inflation fears linger," *Reuters News*, June 7, 2021

- "Reuters Health News Summary," *Reuters News*, June 7, 2021
- "REUTERS NEWS SCHEDULE AT 10 p.m. GMT/6 a.m. ET," *Reuters News*, June 7, 2021
- "REUTERS NEWS SCHEDULE AT 10:00 p.m. GMT/06:00 a.m. SGT," *Reuters News*, June 7, 2021
- "Reuters News Schedule At 6 A.M. GMT/2 P.M. SGT," *Reuters News*, June 7, 2021
- "S&P closes nominally lower as investors wait for a catalyst," *Reuters News*, June 7, 2021
- "TIMELINE-The long road to approval of controversial Alzheimer's treatment from Biogen," *Reuters News*, June 7, 2021
- "U.S. FDA approves Biogen Alzheimer's drug," *Reuters News*, June 7, 2021
- "U.S. FDA set to rule on controversial Biogen Alzheimer's drug," *Reuters News*, June 7, 2021
- "US STOCKS-S&P 500, Nasdaq futures drop as investors await key inflation data," *Reuters News*, June 7, 2021
- "US STOCKS-S&P closes essentially flat as investors wait for a catalyst," *Reuters News*, June 7, 2021
- "US STOCKS-S&P closes nominally lower as investors wait for a catalyst," *Reuters News*, June 7, 2021
- "US STOCKS-Wall St dips as investors weigh G7 tax deal risk," *Reuters News*, June 7, 2021
- "US STOCKS-Wall St set for muted open as investors await inflation data," *Reuters News*, June 7, 2021
- "US STOCKS-Wall Street flat; tech shares shrug off G7 tax deal," *Reuters News*, June 7, 2021
- "US STOCKS-Wall Street mixed as buyers step to sidelines," *Reuters News*, June 7, 2021
- "Biotech shares soar as Biogen drug approval stokes optimism," *The Boston Globe*, June 7, 2021
- "FDA approves Biogen's Alzheimer's drug, the first new medicine for the disease in 18 years," *The Boston Globe*, June 7, 2021
- "Read the FDA's decision letter on Biogen's Alzheimer's drug," *The Boston Globe*, June 7, 2021

- "What's next for Biogen's newly approved Alzheimer's drug?," *The Boston Globe*, June 7, 2021
- "AP News in Brief at 11:03 p.m. EDT," *Associated Press Newswires*, June 8, 2021
- "Explainer: How Will Insurers Cover a New Alzheimer's Drug?" *Associated Press Newswires*, June 8, 2021
- "Drug for Alzheimer's authorized But advisory panel opposes final OK, citing clinical trials," *Chicago Tribune*, June 8, 2021
- "*Eisai Co. Stock Trading Sees Overwhelming Buy Orders, No Trades Done," *Dow Jones Institutional News*, June 8, 2021
- "*S&PGR Afrms Biogen 'A-' Rating; Outlook Negative," *Dow Jones Institutional News*, June 8, 2021
- "An Outage Hit Major Websites. The Internet's Infrastructure Appears Shaky. -- Barrons.com," *Dow Jones Institutional News*, June 8, 2021
- "Biogen Expects Its $56,000 Alzheimer's Drug To Be Covered By Medicare For 'most' Patients – MarketWatch," *Dow Jones Institutional News*, June 8, 2021
- "Eisai Outlook Rests on Pricing, Uptake of Alzheimer's Drug -- Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "Eli Lilly May Be a Big Winner From the FDA's Alzheimer's Decision -- Barrons.com," *Dow Jones Institutional News*, June 8, 2021
- "EMEA Morning Briefing: Europe to Open Lower After Wall Street Closes Mixed," *Dow Jones Institutional News*, June 8, 2021
- "FDA Approval of New Alzheimer's Drug May Boost Prospects of Other Treatments," *Dow Jones Institutional News*, June 8, 2021
- "FDA Approves First New Alzheimer's Drug in Nearly Two Decades – WSJ," *Dow Jones Institutional News*, June 8, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "Heard on the Street: Biogen's Alzheimer's Drug Is a Wall Street Winner, Controversy or Not – WSJ," *Dow Jones Institutional News*, June 8, 2021
- "News Highlights: Top Company News of the Day," *Dow Jones Institutional News*, June 8, 2021
- "Press Release: Celsion Corporation Appoints Dr. Stacy R. Lindborg to its Board of Directors," *Dow Jones Institutional News*, June 8, 2021

- "Press Release: ProMIS Neurosciences congratulates Biogen on FDA accelerated approval of aducanumab for Alzheimer's disease," *Dow Jones Institutional News*, June 8, 2021
- "Stitch Fix, Coupa Software, Clover Health, Tesla: What to Watch When the Stock Market Opens Today," *Dow Jones Institutional News*, June 8, 2021
- "Syngenta Pesticide Lawsuits Centralized as Litigation Advances -- Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry -- Barrons.com," *Dow Jones Institutional News*, June 8, 2021
- "What Can You Do to Lower Your Risk of Alzheimer's Disease? – WSJ," *Dow Jones Institutional News*, June 8, 2021
- "Alzheimer's breakthrough as Biogen drug wins approval from US regulators," *Financial Times*, June 8, 2021
- "Biogen/Alzheimer's: the high cost of hope," *Financial Times*, June 8, 2021
- "Biogen's $56,000-a-year Alzheimer's drug reignites US debate over costs," *Financial Times*, June 8, 2021
- "How to Make the Most of the Alzheimer's Drug Approval," *Financial Times*, June 8, 2021
- "Biogen Snagged: Will Hefty Price Tag Hinder Alzheimer's Drug Use?" *Investor's Business Daily*, June 8, 2021
- "Dow Jones Futures: Marvell Set To Join Market Rally Breakouts, Tesla China Sales Jump After Biogen Skyrockets On Alzheimer's Drug," *Investor's Business Daily*, June 8, 2021
- "Dow Jones Futures: Tesla China Sales Jump, Marvell Joins New Market Rally Breakouts While Bitcoin Dives," *Investor's Business Daily*, June 8, 2021
- "Drug is approved despite concerns; FDA greenlights Alzheimer's treatment against experts' advice and in spite of lack of clear clinical benefit," *Los Angeles Times*, June 8, 2021
- "Biogen Says It Currently Filed For Aduhelm's Marketing Approval In The Eu, Japan, Brazil, Canada, Switzerland, And Australia - Conf Call," *Reuters News*, June 8, 2021
- "Biogen Says It Expects To Begin Shipping Alzheimer's Drug Aduhelm In About Two Weeks - Conf Call," *Reuters News*, June 8, 2021
- "Biogen Says It Is Working To Leverage Its Overall Capacity Across Its Manufacturing Sites In The U.S. And Switzerland For Aduhelm, Which Could

Enable Supply For About 2 Million Patients Per Year - Conf Call," *Reuters News*, June 8, 2021

- "Biogen Says Over 900 Sites Ready To Implement Treatment With Its Newly Approved Alzheimer's Drug Aduhelm - Conf Call," *Reuters News*, June 8, 2021
- "Biogen to start shipping Alzheimer's drug in about two weeks," *Reuters News*, June 8, 2021
- "For runner with Alzheimer's, new drug offers hope of keeping on track," *Reuters News*, June 8, 2021
- "Morning News Call - India, June 8," *Reuters News*, June 8, 2021
- "Reuters Health News Summary," *Reuters News*, June 8, 2021
- "U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients," *Reuters News*, June 8, 2021
- "UPDATE 1-Biogen to start shipping Alzheimer's drug in about two weeks," *Reuters News*, June 8, 2021
- "UPDATE 1-Runner with Alzheimer's Hopes New Drug Will Keep Him on Track," *Reuters News*, June 8, 2021
- "UPDATE 9-U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients," *Reuters News*, June 8, 2021
- "Biogen Alzheimer's drug gets FDA OK," *The Boston Globe*, June 8, 2021
- "Drug could bring record windfall," *The Boston Globe*, June 8, 2021
- "What's next for Biogen's Aduhelm?," *The Boston Globe*, June 8, 2021
- "F.D.A. Approves New Medication For Alzheimer's," *The New York Times*, June 8, 2021
- "An Alzheimer's Breakthrough, At Last," *The Wall Street Journal*, June 8, 2021
- "FDA Backs Alzheimer's Drug Over Advisory Panel's Doubts," *The Wall Street Journal*, June 8, 2021
- "Health & Wellness: How to Lower Alzheimer's Risk --- A top researcher discusses steps you can take and the advances in diagnosis and treatment," *The Wall Street Journal*, June 8, 2021
- "Investors Like Biogen for Alzheimer's," *The Wall Street Journal*, June 8, 2021
- "FDA approves Alzheimer's drug," *The Washington Post*, June 8, 2021
- "Alzheimer's drug gets green light from FDA," *USA Today*, June 8, 2021

- "FDA Approval of New Alzheimer's Drug May Boost Prospects of Other Treatments – WSJ," *Dow Jones Institutional News*, June 9, 2021
- "Biogen draws criticism for $56,000 cost of Alzheimer's treatment," *Financial Times*, June 9, 2021
- "Biogen/Alzheimer's: the high cost of hope," *Financial Times*, June 9, 2021
- "Making the most of the dementia drug approval," *Financial Times*, June 9, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Campbell Soup, Lordstown Motors, Aethlon Medical, United Natural Foods," *Reuters News*, June 9, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Twitter, Biogen, Geo Group, Campbell Soup," *Reuters News*, June 9, 2021
- "Runner with Alzheimer's hopes new drug will keep him on track," *Reuters News*, June 9, 2021
- "Two members of U.S. FDA advisory panel resign over Alzheimer's drug approval," *Reuters News*, June 9, 2021
- "'Right now, it's all we've got,'" *The Boston Globe*, June 9, 2021
- "CEO of CVS says Biogen Alzheimer's drug won't break the bank right away," *The Boston Globe*, June 9, 2021
- "Profit Spigot For Biogen May Be Tap On Medicare," *The New York Times*, June 9, 2021
- "U.S. News: Alzheimer's Drug Opens Path for Others," *The Wall Street Journal*, June 9, 2021
- "New drug for Alzheimer's: Sound science or profit-driven?" *Chicago Tribune*, June 10, 2021
- "Reuters Health News Summary," *Reuters News*, June 10, 2021
- "Third member of U.S. FDA advisory panel resigns over Alzheimer's drug approval," *Reuters News*, June 10, 2021
- "Cost an issue in Alzheimer's drug rollout," *The Boston Globe*, June 10, 2021
- "Harvard expert quits FDA panel as furor over Biogen drug grows," *The Boston Globe*, June 10, 2021
- "What's next for the new Alzheimer's drug? Lots of thorny issues ahead," *The Boston Globe*, June 10, 2021
- "Two FDA panelists quit after drug approval," *The Washington Post*, June 10, 2021

- "Medicare copays for new Alzheimer's drug could reach $11,500," *Associated Press Newswires*, June 11, 2021
- "A Third Expert Quits FDA Panel Over Approval of Biogen Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "Biogen Stock Heads For Biggest Weekly Rally In More Than 2 Decades, UBS Analyst Targets More Gains – MarketWatch," *Dow Jones Institutional News*, June 11, 2021
- "Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "Healthcare Shares Sink as Vaccine News Remains in Focus -- Health Care Roundup," *Dow Jones Institutional News*, June 11, 2021
- "Milking the Newest Meme Stock -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "The S&P 500 Is Hitting New Highs Again. Bad News Doesn't Seem to Matter. -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "Third Member of FDA Advisory Panel Resigns Over Approval of Alzheimer Drug," *Dow Jones Institutional News*, June 11, 2021
- "The Alzheimer's economy: is the new $56,000-a-year drug worth it?" *Financial Times (FT.Com)*, June 11, 2021
- "Dow Jones Slips As These 2 Key Stocks Weigh; Nasdaq Aims For Big Weekly Gain," *Investor's Business Daily*, June 11, 2021
- "Dow Slips, Small Caps Lead Upside, Nasdaq Holds Gain; These Biotech Stocks Make Notable Moves," *Investor's Business Daily*, June 11, 2021
- "S&P 500 Hits Record High; Biogen Alzheimer's Drug, Tesla, Apple, RH, GameStop In Focus: Weekly Review," *Investor's Business Daily*, June 11, 2021
- "Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says," *Los Angeles Times*, June 11, 2021
- "ANALYSIS-U.S. FDA faces mounting criticism over Alzheimer's drug approval," *Reuters News*, June 11, 2021
- "Reuters Health News Summary," *Reuters News*, June 11, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 11, 2021
- "US STOCKS-S&P ekes out gains to close languid week," *Reuters News*, June 11, 2021

- "US STOCKS-Wall Street ekes out gains to close languid week," *Reuters News*, June 11, 2021
- "US STOCKS-Wall Street muted as eyes turn to next week's Fed meeting," *Reuters News*, June 11, 2021
- "Wall Street ekes out gains to close languid week," *Reuters News*, June 11, 2021
- "Harvard expert quits FDA panel as furor over Biogen drug grows," *The Boston Globe*, June 11, 2021
- "What families dealing with Alzheimer's should know about the newly approved drug," *The Boston Globe*, June 11, 2021
- "Three F.D.A. Advisers Resign Over the Approval of an Alzheimer's Drug," *The New York Times*, June 11, 2021
- "U.S. News: U.S. Watch," *The Wall Street Journal*, June 11, 2021
- "Georgia families hope Alzheimer's drug helps loved ones," *Associated Press Newswires*, June 12, 2021
- "Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barron's," *Dow Jones Institutional News*, June 12, 2021
- "Review -- Barron's," *Dow Jones Institutional News*, June 12, 2021
- "Review & Preview: Milking the Newest Meme Stock -- Barron's," *Dow Jones Institutional News*, June 12, 2021
- "The Alzheimer's economy," *Financial Times*, June 12, 2021
- "Alzheimer's Association Statement: Next Steps For New Alzheimer's Treatment," *PR Newswire*, June 12, 2021
- "Biotech Rally Sparked by Alzheimer's Drug Has Staying Power -- Heard on the Street," *Dow Jones Institutional News*, June 13, 2021
- "PERSPECTIVES; Dismay over hasty OK of Alzheimer's drug," *Los Angeles Times*, June 13, 2021
- "The week in Business," *The Boston Globe*, June 13, 2021
- "Door Opens Wide for Alzheimer's Treatments --- Biogen's drug wins FDA approval, and signs look good for Eli Lilly and others with drugs in development. How big can this market get?" *Barron's*, June 14, 2021
- "Heard on the Street: Biotech Rally Sparked by Alzheimer's Drug Has Staying Power – WSJ," *Dow Jones Institutional News*, June 14, 2021

- "New Alzheimer's drug presents challenge to families," *The Boston Globe*, June 14, 2021
- "Biotech Rally Has Staying Power," *The Wall Street Journal*, June 14, 2021
- "Alzheimer's drug could cost Medicare billions, report says," *Chicago Tribune*, June 15, 2021
- "Wall Street," *Financial Times*, June 15, 2021
- "Dow Jones Today Lags In Mixed Trade Ahead Of Fed; Oracle Dives On Guidance; Cleveland Cliffs, Steelmakers Slide," *Investor's Business Daily*, June 16, 2021
- "Alzheimer's Disease Market Set To Witness Spells of Growth in the 7MM By 2030, Foresees DelveInsight," *PR Newswire*, June 16, 2021
- "First patient receives controversial Biogen Alzheimer's drug," *Reuters News*, June 16, 2021
- "First patient set to receive controversial Biogen Alzheimer's drug," *Reuters News*, June 16, 2021
- "Reuters Health News Summary," *Reuters News*, June 16, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 16, 2021
- "UPDATE 1-First patient receives controversial Biogen Alzheimer's drug," *Reuters News*, June 16, 2021
- "R.I. man among first to get controversial Alzheimer's drug since its approval," *The Boston Globe*, June 16, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, June 17, 2021
- "Disputed Alzheimer's drug thrills some," *The Boston Globe*, June 17, 2021
- "Biogen Stock Can Go 'Decisively Higher' on Sales of Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, June 18, 2021
- "Furor grows over FDA's approval of Alzheimer's drug," *The Washington Post*, June 18, 2021
- "Poll shows support for Biogen 's Aduhelm," *The Boston Globe*, June 19, 2021
- "Despite flap over Alzheimer's drug, activist remains optimistic," *The Boston Globe*, June 21, 2021
- "FDA Approved Biogen Alzheimer's Drug Despite Some Staff Concerns -- 2nd Update," *Dow Jones Institutional News*, June 22, 2021

- “FDA Approved Biogen Alzheimer’s Drug Despite Some Staff Concerns – Update,” *Dow Jones Institutional News*, June 22, 2021
- “FDA Approved Biogen Alzheimer’s Drug Despite Some Staff Concerns,” *Dow Jones Institutional News*, June 22, 2021
- “Confusion on Alzheimer’s drug has MDs scrambling,” *The Boston Globe*, June 22, 2021
- “The Attack on an Alzheimer’s Drug,” *The Wall Street Journal*, June 22, 2021
- “Dissent on Alzheimer’s Drug Shown In Memos – WSJ,” *Dow Jones Institutional News*, June 23, 2021
- “Biogen working to speed up confirmatory study for approved Alzheimer’s drug,” *Reuters News*, June 23, 2021
- “Internal documents reveal FDA clash over Biogen’s Alzheimer’s therapy,” *The Boston Globe*, June 23, 2021
- “FDA offers new details on approval of Alzheimer’s drug,” *The Washington Post*, June 23, 2021
- “More questions than answers,” *USA Today*, June 23, 2021
- “The Alzheimer’s Drug Floodgates Are Opening. Eli Lilly Has Positive News. -- Barrons.com,” *Dow Jones Institutional News*, June 24, 2021
- “Insurer to Biogen: Cut cost of new drug,” *The Boston Globe*, June 24, 2021
- “State’s second-largest health insurer slams Biogen for costly Alzheimer’s drug,” *The Boston Globe*, June 24, 2021
- “New Alzheimer’s Drug Has a Price Tag to Match The Budget of NASA,” *The New York Times*, June 24, 2021
- “Eli Lilly Stock Soared on Alzheimer’s Hopes. Now Wall Street Has Doubts. -- Barrons.com,” *Dow Jones Institutional News*, June 25, 2021
- “Health Care Roundup: Market Talk,” *Dow Jones Institutional News*, June 25, 2021
- “Lilly to Seek Nod for Its Alzheimer’s Drug – WSJ,” *Dow Jones Institutional News*, June 25, 2021
- “The Market’s Not Paying Enough Attention to the Infrastructure Deal -- Barrons.com,” *Dow Jones Institutional News*, June 25, 2021
- “BRIEF-House Committee On Oversight And Reform Announce Investigation Of Biogen’s Alzheimer’s Drug Aduhelm,” *Reuters News*, June 25, 2021

- "House Committee On Oversight And Reform Says Have Serious Concerns About The Steep Price Of Biogen's New Alzheimer's Drug Aduhelm," *Reuters News*, June 25, 2021
- "House Committee On Oversight And Reform Says Will Examine The Approval And Pricing Of Biogen's Alzheimer's Drug, Aduhelm," *Reuters News*, June 25, 2021
- "Reuters Science News Summary," *Reuters News*, June 25, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 25, 2021
- "U.S. House panel to examine approval, pricing of Alzheimer's drug from Biogen," *Reuters News*, June 25, 2021
- "Biogen says pricey new Alzheimer's drug reflects treatment's overall value. Critics vehemently disagree," *The Boston Globe*, June 25, 2021
- "Business in brief," *The San Francisco Chronicle*, June 25, 2021
- "Unemployment," *The San Francisco Chronicle*, June 25, 2021
- "U.S. News: Lilly to Seek Nod for Its Alzheimer's Drug," *The Wall Street Journal*, June 25, 2021
- "Reuters Health News Summary," *Reuters News*, June 26, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 26, 2021
- "UPDATE 3-U.S. lawmakers to investigate approval, pricing of Alzheimer's drug from Biogen," *Reuters News*, June 26, 2021
- "Biogen ups defense of pricey new drug," *The Boston Globe*, June 26, 2021
- "Alzheimer's drug stirs hope for patients, worry for doctors," *Associated Press Newswires*, June 27, 2021
- "Biogen Stock Is Sliding. House Committees Will Investigate Its $56K Alzheimer's Drug. -- Barrons.com," *Dow Jones Institutional News*, June 28, 2021
- "Health Care Up On Defensive Bias -- Health Care Roundup," *Dow Jones Institutional News*, June 28, 2021
- "New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm," *Dow Jones Institutional News*, June 28, 2021
- "The wrong way to tackle the scourge of Alzheimer's disease," *The Boston Globe*, June 28, 2021
- "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," *The Wall Street Journal*, June 28, 2021

- "Cost Imperils Access To Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, June 29, 2021
- "Despite Pressure, Biogen's Alzheimer's Drug Still a Likely Blockbuster -- Heard on the Street," *Dow Jones Institutional News*, June 29, 2021
- "Press Release: Todos Medical Provides End of Second Quarter 2021 Corporate Update," *Dow Jones Institutional News*, June 29, 2021
- "Your Health: A Guide to the New Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, June 29, 2021
- "MarketBeat Ranks 10 Most Upgraded Stocks by Wall Street Analysts in May 2021," *PR Newswire*, June 29, 2021
- "Biogen, the FDA, and a secret meeting," *The Boston Globe*, June 29, 2021
- "Inside 'Project Onyx': How Biogen used an FDA back channel to win approval of its polarizing Alzheimer's drug," *The Boston Globe*, June 29, 2021
- "Cost Imperils Access To Alzheimer's Drug," *The Wall Street Journal*, June 29, 2021
- "Health & Wellness -- Your Health: A Guide to the New Alzheimer's Drug," *The Wall Street Journal*, June 29, 2021
- "Heard on the Street: Biogen's Alzheimer's Drug Still Likely Hit – WSJ," *Dow Jones Institutional News*, June 30, 2021
- "Lex Letter from London: bet on the wealth megatrend in the Cotswolds — and worldwide," *Financial Times*, June 30, 2021
- "Watchdog group stands behind its negative review of Biogen's now-approved Alzheimer's drug," *The Boston Globe*, June 30, 2021
- "Biogen's Alzheimer's Drug Still Likely Hit," *The Wall Street Journal*, June 30, 2021
- "The FDA's approval process," *The Washington Post*, June 30, 2021
- "AP News Digest 2 p.m.," *Associated Press Newswires*, July 1, 2021
- "AP News Digest 6 p.m.," *Associated Press Newswires*, July 1, 2021
- "Does new Alzheimer's drug work? Answers may miss 2030 target," *Associated Press Newswires*, July 1, 2021
- "Rhode Island and Massachusetts News Digest, 1:30 pm," *Associated Press Newswires*, July 1, 2021
- "Rhode Island and Massachusetts News Digest, 6 pm," *Associated Press Newswires*, July 1, 2021
- "Criticism of Alzheimer's drug reiterated," *The Boston Globe*, July 1, 2021

- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, July 7, 2021
- "FDA trims use of contentious Alzheimer's drug amid backlash," *Associated Press Newswires*, July 8, 2021
- "FDA Narrows Suggested Uses for New Alzheimer's Drug," *Dow Jones Institutional News*, July 8, 2021
- "New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm," *Dow Jones Institutional News*, July 8, 2021
- "Press Release: FDA Approves Updated ADUHELM(TM) Prescribing Information to Emphasize Population Studied in Clinical Trials," *Dow Jones Institutional News*, July 8, 2021
- "Biogen Stock Just Popped For An Odd Reason — Here's Why," *Investor's Business Daily*, July 8, 2021
- "Biogen Stock Pops Despite New FDA Limits On Alzheimer's Drug Use," *Investor's Business Daily*, July 8, 2021
- "BRIEF-FDA Approves Updated Aduhelm™ Prescribing Information To Emphasize Population Studied In Clinical Trials," *Reuters News*, July 8, 2021
- "FDA narrows recommended use of Biogen Alzheimer's therapy after flood of criticism," *The Boston Globe*, July 8, 2021
- "Why we may never know whether the $56,000 Alzheimer's drug actually works," *The Washington Post*, July 8, 2021
- "FDA head calls for inquiry into Alzheimer's drug review," *Associated Press Newswires*, July 9, 2021
- "Stocks close higher, capping a 3rd straight week of gains," *Associated Press Newswires*, July 9, 2021
- "FDA calls for limits on use of Alzheimer's drug," *Chicago Tribune*, July 9, 2021
- "Biogen Alzheimer's Drug Will Exceed the $56,000 List Price for Many, Analysis Says," *Dow Jones Institutional News*, July 9, 2021
- "Biogen Shares Fall On Report FDA Head Seeking Investigation Of Her Agency's Approval Of Alzheimer's Drug – MarketWatch," *Dow Jones Institutional News*, July 9, 2021
- "Drug Prices Are One Focus of Biden's Push to Boost Competition," *Dow Jones Institutional News*, July 9, 2021
- "Earnings Season Is Coming. It Could Make or Break the Stock Market. -- Barrons.com," *Dow Jones Institutional News*, July 9, 2021

- "FDA Commissioner Asks for Investigation Into Approval Process for Biogen's Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, July 9, 2021
- "FDA Narrows Use Of Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, July 9, 2021
- "FDA Seeks Probe of Talks Between Staff, Biogen on Alzheimer's Drug -- 2nd Update," *Dow Jones Institutional News*, July 9, 2021
- "FDA to Probe Communications Between Staff and Biogen on Alzheimer's Drug," *Dow Jones Institutional News*, July 9, 2021
- "Health Ticks Higher Amid Cyclical Bias -- Health Care Roundup," *Dow Jones Institutional News*, July 9, 2021
- "The FDA Is Under Fire for Approving an Alzheimer's Drug. How It Affects Investors. -- Barrons.com," *Dow Jones Institutional News*, July 9, 2021
- "FDA calls for probe of staff involved in divisive Alzheimer's approval," *Financial Times (FT.Com)*, July 9, 2021
- "Biogen Stock Drags On Alzheimer's Players As FDA Requests Review Of Aduhelm Approval," *Investor's Business Daily*, July 9, 2021
- "FDA seeks probe into its talks with Biogen before Alzheimer's drug approval," *Reuters News*, July 9, 2021
- "PRESS DIGEST-New York Times business news - July 9," *Reuters News*, July 9, 2021
- "Criticized, FDA curbs Biogen drug's use," *The Boston Globe*, July 9, 2021
- "F.D.A. Reversal Will Limit Drug For Alzheimer's," *The New York Times*, July 9, 2021
- "FDA limits new drug for Alzheimer's," *The San Francisco Chronicle*, July 9, 2021
- "FDA Narrows Use Of Alzheimer's Drug," *The Wall Street Journal*, July 9, 2021
- "FDA narrows use of Alzheimer's drug to patients with early-stage disease," *The Washington Post*, July 9, 2021
- "FDA Faces Scrutiny Over Drug Approvals -- Barron's," *Dow Jones Institutional News*, July 10, 2021
- "FDA Seeks Probe of Talks Between Staff and Biogen – WSJ," *Dow Jones Institutional News*, July 10, 2021
- "Steps Laid Out to Cut Drug Prices – WSJ," *Dow Jones Institutional News*, July 10, 2021

- "Alzheimer's drug furor prompts FDA review; Chief calls for inquiry into contacts between agency staff and the maker of Aduhelm," *Los Angeles Times*, July 10, 2021
- "FDA seeks review of its Biogen drug OK," *The Boston Globe*, July 10, 2021
- "New Highs in a Third Week of Gains," *The New York Times*, July 10, 2021
- "U.S. News: FDA Seeks Probe of Talks Between Staff and Biogen --- Agency chief requests review of interactions before recent approval of Alzheimer's drug," *The Wall Street Journal*, July 10, 2021
- "Approval of Alzheimer's drug may get IG scrutiny," *The Washington Post*, July 10, 2021
- "F.D.A. Seeks Investigation of Its Own Controversial Approval of Alzheimer's Drug," *The New York Times*, July 11, 2021
- "FDA head urges probe of agency's dealings with Biogen, maker of controversial new Alzheimer's drug," *The Washington Post*, July 11, 2021
- "Medicare evaluating coverage for $56,000 Alzheimer's drug," *Associated Press Newswires*, July 12, 2021
- "FDA Faces Scrutiny Over Drug Approvals --- The green light for Biogen's drug to treat Alzheimer's disease has sparked fierce criticism of the agency. Why it matters to investors," *Barron's*, July 12, 2021
- "Medicare to Review Coverage for New Alzheimer's Drug Aduhelm," *Dow Jones Institutional News*, July 12, 2021
- "News Highlights: Top Company News of the Day," *Dow Jones Institutional News*, July 12, 2021
- "Wall Street Shrugs Off FDA's Call for Probe of Approval of Biogen Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, July 12, 2021
- "Celldex Therapeutics Stock Rocketed Above A Profit-Taking Zone — Here's Why," *Investor's Business Daily*, July 12, 2021
- "IBD 50 Stock InMode Launches To Record High After Torpedoing Quarterly Forecasts," *Investor's Business Daily*, July 12, 2021
- "CORRECTED-UPDATE 3-U.S. FDA narrows use of Biogen Alzheimer's drug; shares rise (July 8)," *Reuters News*, July 12, 2021
- "New Alzheimer's drug clouds outlook for Medicare premiums next year," *Reuters News*, July 12, 2021
- "Reuters US Domestic News Summary," *Reuters News*, July 12, 2021

- "U.S. starts review for national Medicare coverage policy for Biogen's Aduhelm," *Reuters News*, July 12, 2021
- "UPDATE 1-U.S. starts national Medicare coverage policy review for Biogen's Aduhelm," *Reuters News*, July 12, 2021
- "Medicare Is Already Deciding Whether to Cover Biogen's Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, July 13, 2021
- "News Highlights: Top Company News of the Day," *Dow Jones Institutional News*, July 13, 2021
- "North American Morning Briefing: Investors Gear for Inflation Data, Bank Earnings," *Dow Jones Institutional News*, July 13, 2021
- "Social Concerns Surround Biogen 's New Alzheimer's Drug -- ESG Insight," *Dow Jones Institutional News*, July 13, 2021
- "Reuters Health News Summary," *Reuters News*, July 13, 2021
- "Reuters US Domestic News Summary," *Reuters News*, July 13, 2021
- "'This is unprecedented': Several private insurers won't cover Biogen's Alzheimer's drug," *The Boston Globe*, July 13, 2021
- "Biogen Alzheimer's drug spurs lawmakers to demand documents," *The Boston Globe*, July 13, 2021
- "Questions Surround New Alzheimer's Drug," *The New York Times*, July 13, 2021
- "U.S. News: U.S. Watch," *The Wall Street Journal*, July 13, 2021
- "Drug stirs hope for patients, worry for doctors New treatment for Alzheimer's still being evaluated," *Chicago Tribune*, July 14, 2021
- "Apple's New iPhone Production Increase Would Benefit STMicroelectronics -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "BMO Grows More Bullish on Electronic Arts -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Delta 's Used Boeings Come from Indonesia -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Delta CEO: Variants Haven't Deterred Travel -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Delta Recovery a Local Affair -- Market Talk," *Dow Jones Institutional News*, July 14, 2021

- "Fintech Startup Cardless Raises $40M to Expand Credit Card Offerings -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Pinnacle Bidco's Potential Equity Raise Could Be Credit Positive, Help Expansion -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Powell: Housing Price Surge Isn't Driven by Reckless Financing -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Pratt & Whitney Rolls Out Hybrid Work Plan -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Private Equity Hopes for Natural Resources-Fund Revival -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Roche Should Benefit From FDA 's Accommodation to Alzheimer's Drugs -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Roche Stock Could Be an Alzheimer's Winner. It's a Buy, Jefferies Says -- Barrons.com," *Dow Jones Institutional News*, July 14, 2021
- "Top FDA Staffers Defend Approval of Biogen's Alzheimer's Drug in Medical Journal -- Barrons.com," *Dow Jones Institutional News*, July 14, 2021
- "UK Inflation to Trend Upward in Midterm -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Initial Launch Execution Fails to Impress for Biogen's Aduhelm - the First-to-Market Disease-Modifying Therapy for the Treatment of Alzheimer's Disease - as the Controversy Churn Continues, According to Spherix Global Insights," *PR Newswire*, July 14, 2021
- "FDA Acting Commissioner Woodcock Says Process Of Approval Of Biogen's Aduhelm Could Have Potentially Been Handled Differently To Avoid Controversy - Stat Breakthrough Science Summit 2021," *Reuters News*, July 14, 2021
- "Reuters Health News Summary," *Reuters News*, July 14, 2021
- "U.S. review of Biogen Alzheimer's drug could have been handled better -FDA chief," *Reuters News*, July 14, 2021
- "U.S. review of Biogen Alzheimer's drug could have been handled differently -FDA chief," *Reuters News*, July 14, 2021

- "UPDATE 1-U.S. review of Biogen Alzheimer's drug could have been handled better -FDA chief," *Reuters News*, July 14, 2021
- "FDA chief acknowledges potential stumbles in approval process for Biogen's Alzheimer's drug," *The Boston Globe*, July 14, 2021
- "Some insurers won't cover Biogen drug," *The Boston Globe*, July 14, 2021
- "Blue Origin Picks Teenager for First Flight -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Cleveland Clinic, Mount Sinai Won't Give Biogen's New Alzheimer's Drug – Update," *Dow Jones Institutional News*, July 15, 2021
- "Cleveland Clinic, Mount Sinai Won't Give Biogen's New Alzheimer's Drug," *Dow Jones Institutional News*, July 15, 2021
- "Cosco to Buy 10 New Container Ships -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "FibroGen Shares Halted, Awaiting Results of FDA Meeting -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Financial Services Roundup: Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Health Care Down As Biogen Weighs -- Health Care Roundup," *Dow Jones Institutional News*, July 15, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "NYC's Russian Samovar Restaurant Gets Bankruptcy Dismissed -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Powell Says Inflation Data Make Fed Uncomfortable -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Powell: Understanding Postpandemic Labor Market Could Take Years -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Schumer Sets Infrastructure Deadline -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Self-driving Company Aurora In SPAC Deal -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Shortages Likely To Slow Down Manufacturing Rebound -- Market Talk," *Dow Jones Institutional News*, July 15, 2021

- "Summer Travel Could Bring Upside for SeaWorld -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "UnitedHealth Says It Needs More Information to Decide on Aduhelm -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "UnitedHealth's Profit Declines as Patients Seek Deferred Care -- 2nd Update," *Dow Jones Institutional News*, July 15, 2021
- "Virgin Galactic's 'Standby' Issue-- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Biogen Stock And The Aduhelm Drama: Will It Really Treat Alzheimer's?" *Investor's Business Daily*, July 15, 2021
- "Biogen Stock Dives After Cleveland Clinic, Mount Sinai Ban Alzheimer's Drug Aduhelm," *Investor's Business Daily*, July 15, 2021
- "Stock Market Closes Mostly Lower As Techs, Small Caps Drop; Nasdaq At This Critical Level," *Investor's Business Daily*, July 15, 2021
- "Orsini Specialty Pharmacy Selected to Dispense Aduhelm(TM) for the Treatment of Alzheimer's Disease," *PR Newswire*, July 15, 2021
- "Biogen Alzheimer's drug hits roadblocks with some hospitals, insurers," *Reuters News*, July 15, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Moderna, Truist Financial, Clover Health, Blackstone Group," *Reuters News*, July 15, 2021
- "Reuters Health News Summary," *Reuters News*, July 15, 2021
- "UnitedHealth CEO Says More Information Needed To Make Clear Decisions On Coverage Of Biogen's Aduhelm - Conf Call," *Reuters News*, July 15, 2021
- "UnitedHealth Says Awaiting Advice From Medicare And Expert Professional Organizations On Biogen Alzheimer's Drug Aduhelm - Conf Call," *Reuters News*, July 15, 2021
- "UnitedHealth says needs more information to decide on coverage policy for Biogen's Alzheimer's drug – CEO," *Reuters News*, July 15, 2021
- "Unitedhealth Says Still Devleoping Policy On Covering Costs Of Biogen Alzheimer's Drug Aduhelm - Conf Call," *Reuters News*, July 15, 2021
- "UnitedHealth seeks more clarity on Biogen's $56,000 Alzheimer's drug coverage," *Reuters News*, July 15, 2021
- "UPDATE 4-UnitedHealth seeks more clarity on Biogen's $56,000 Alzheimer's drug coverage," *Reuters News*, July 15, 2021

- "Biogen's alzheimer drug gains fade after hospitals balk," *The Boston Globe*, July 15, 2021
- "FDA chief defends Biogen drug," *The Boston Globe*, July 15, 2021
- "Mass General Brigham unlikely to recommend Alzheimer's drug to patients on blood thinners," *The Boston Globe*, July 15, 2021
- "Questionable Alzheimer's drug could be with us for a long time," *The Boston Globe*, July 15, 2021
- "Major Clinic Rejects Drug Used to Treat Alzheimer's," *The New York Times*, July 15, 2021
- "Cleveland Clinic, Mount Sinai and Providence Won't Give Biogen's New Alzheimer's Drug -- 2nd Update," *Dow Jones Institutional News*, July 16, 2021
- "Deferred Care Hits UnitedHealth Profit – WSJ," *Dow Jones Institutional News*, July 16, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, July 16, 2021
- "Three Large Hospitals Shun Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, July 16, 2021
- "Biogen Alzheimer's drug hits roadblocks with some hospitals, insurers," *Reuters News*, July 16, 2021
- "Reuters Health News Summary," *Reuters News*, July 16, 2021
- "UPDATE 4-Biogen Alzheimer's drug hits roadblocks with some hospitals, insurers," *Reuters News*, July 16, 2021
- "Business News: Deferred Care Hits UnitedHealth Profit," *The Wall Street Journal*, July 16, 2021
- "Three Large Hospitals Shun Alzheimer's Drug," *The Wall Street Journal*, July 16, 2021
- "Drug prices: Blowing the inheritance," *The Economist*, July 17, 2021
- "Biogen Is Still a Buy Despite Alzheimer's Drug Concerns, Analyst Says -- Barrons.com," *Dow Jones Institutional News*, July 19, 2021
- "Anthem says COVID-19 costs could rise in coming quarters from variants," *Reuters News*, July 21, 2021
- "Anthem still determining coverage policy for Biogen Alzheimer's drug," *Reuters News*, July 21, 2021
- "Reuters Health News Summary," *Reuters News*, July 21, 2021

- "UPDATE 4-Anthem says COVID-19 costs could rise in coming quarters from variants," *Reuters News*, July 21, 2021
- "Biogen Sees Heavy Patient Interest in New Alzheimer's Drug," *Dow Jones Institutional News*, July 22, 2021
- "Biogen Sold $1.6M of Aduhelm in Weeks After Approval. Earnings Were Strong. -- Barrons.com," *Dow Jones Institutional News*, July 22, 2021
- "Biogen Alzheimer's drug slow to take off as U.S. Medicare wrestles with coverage," *Reuters News*, July 22, 2021
- "Biogen CEO Says Seen The First Examples of Medicare Advantage Plans Approving Pre-Authorization for Aduhelm," *Reuters News*, July 22, 2021
- "Biogen says uptake on new Alzheimer's drug slower than expected," *Reuters News*, July 22, 2021
- "BREAKINGVIEWS-Investors too gloomy over Biogen Alzheimer's drug," *Reuters News*, July 22, 2021
- "BRIEF-Biogen Says Welcome Formal Review Into Interactions Between FDA, Biogen On Path To Approval Of Aducanumab," *Reuters News*, July 22, 2021
- "BRIEF-Biogen Sees FY2021 Non-GAAP Diluted EPS $17.50 To $19.00," *Reuters News*, July 22, 2021
- "UPDATE 6-Biogen says uptake on new Alzheimer's drug slower than expected," *Reuters News*, July 22, 2021
- "Biogen defends Aduhelm approval process, says 'misinformation' is fueling controversy," *The Boston Globe*, July 22, 2021
- "Biogen Defends Its New Alzheimer's Drug Amid Controversy – WSJ," *Dow Jones Institutional News*, July 23, 2021
- "Press Release: Biogen to Present Data from ADUHELM and Alzheimer's Disease Portfolio at 2021 Alzheimer's Association International Conference," *Dow Jones Institutional News*, July 23, 2021
- "BRIEF-Biogen To Present Data From Aduhelm And Alzheimer'S Disease Portfolio At 2021 Alzheimer'S Association International Conference," *Reuters News*, July 23, 2021
- "Biogen stands by Alzheimer's drug approval," *The Boston Globe*, July 23, 2021
- "State's second-largest health insurer says it won't cover new Alzheimer's drug," *The Boston Globe*, July 23, 2021
- "Earnings Briefing," *The New York Times*, July 23, 2021

- "Storm ravagescentral China --at least 33 die," *The San Francisco Chronicle*, July 23, 2021
- "U.S. News: Biogen Defends Its New Alzheimer's Drug Amid Controversy," *The Wall Street Journal*, July 23, 2021
- "Alzheimer's drug is hit by another rejection," *The Boston Globe*, July 24, 2021
- "Biogen in a bind: The high-stakes fight over Alzheimer's and what makes a drug worthwhile," *The Boston Globe*, July 25, 2021
- "Gene and Cell Therapies Expected to Offer New Treatment Paradigm in CNS Disorders; Market Expected to Increase at a CAGR of 45% During the Study Period 2018-2026 in the 7MM," *PR Newswire*, July 26, 2021
- "BRIEF-Biogen, Eisai Report Aduhelm Data Presentations At Alzheimer's Association International Conference 2021," *Reuters News*, July 26, 2021
- "Fallout from Biogen-FDA saga vast," *The Boston Globe*, July 26, 2021
- "Biogen withdrew Aduhelm paper after JAMA asked for edits – Axios," *Reuters News*, July 27, 2021
- "CORRECTED-BRIEF-Biogen Pulled Alzheimer Drug Aduhelm Paper After Jama Demanded Edits – Axios," *Reuters News*, July 27, 2021
- "Aduhelm could be a strain on Medicaid," *The Boston Globe*, July 27, 2021
- "Approval of Alzheimer's drug reignites arguments," *The Washington Post*, July 27, 2021
- "Reuters Health News Summary," *Reuters News*, July 28, 2021
- "Aduhelm could be a strain on Medicaid," *The Boston Globe*, July 28, 2021
- "BRIEF-Biogen, Eisai Announce Design Of Aduhelm Real-World Observational Phase 4 Study At AAIC 2021," *Reuters News*, July 29, 2021
- "Boeing , NASA Look For Starliner Launch Tuesday -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Ex-Im Bank Rides in To Support Boeing -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Ford CFO: Dividend Could Return by Year End -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Ford's CFO Expects Heady Pricing To Stick Around a While -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021

- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "H&M Leads in Apparel Rental, Resale as Shoppers Grow More Sustainability Minded -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Natural Gas Prices Rise Back Toward $4 -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Oil Prices Slip on Virus, China, OPEC -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Parker Hannifin Goes Long On Aerospace -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Silver Coin Sales Rebound in July -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Take-Two Expected to Report Lower Revenue and Profit for F1Q -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Treasury Yields Extend Decline as Economy Is Expected to Slow -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Will Biogen 's Aduhelm Labeling Limit How Long Patients Will Use It? -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Will Biogen's Aduhelm Labeling Limit How Long Patients Will Use It? -- Market Talk," *Dow Jones Institutional News*, Aug. 2, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, Aug. 3, 2021
- "Federal Investigators to review FDA's 'accelerated pathway' over Alzheimer's drug approval," *Reuters News*, Aug. 4, 2021, available at https://www.reuters.com/business/healthcare-pharmaceuticals/federal-investigators-review-fdas-accelerated-pathway-over-alzheimers-drug-2021-08-04/#:~:text=The%20agency%20will%20review%20a,drugs%20are%20not%20under%20review, accessed on June 17, 2024
- "So far, few have received Biogen's Alzheimer's drug," *The Boston Globe*, Aug. 9, 2021
- "U.S. Veterans Health Administration turns down Biogen Alzheimer's drug," *Reuters News*, Aug. 11, 2021
- "Biogen's Alzheimer's Drug Won't Be Covered by VA Health System," *Dow Jones Institutional News*, Aug. 12, 2021

- "Reuters Health News Summary," *Reuters News*, Aug. 12, 2021
- "VA declines to cover Biogen's Alzheimer's drug," *The Boston Globe*, Aug. 12, 2021
- "VA System Declines to Cover Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, Aug. 13, 2021
- "U.S. News: VA System Declines to Cover Alzheimer's Drug," *The Wall Street Journal*, Aug. 13, 2021
- "That $56,000 Treatment? Blame Medicare," *The New York Times*, Aug. 22, 2021
- "Early Sales of Biogen's Alzheimer Drug Remain Unclear -- Barrons.com," *Dow Jones Institutional News*, Aug. 26, 2021
- "Biogen's New Alzheimer's Drug Beyond Reach for Many Patients," *Dow Jones Institutional News*, Aug. 27, 2021
- "Biogen Alzheimer's Drug Sits Unused – WSJ," *Dow Jones Institutional News*, Aug. 28, 2021
- "U.S. News: Biogen Alzheimer's Drug Sits Unused," *The Wall Street Journal*, Aug. 28, 2021
- "Biogen Is Giving Away Its Controversial Alzheimer Drug: Report -- Barrons.com," *Dow Jones Institutional News*, Aug. 30, 2021
- "FOCUS-Biogen provides free Aduhelm as U.S. clinics await Medicare payment," *Reuters News*, Aug. 30, 2021
- "Reuters Health News Summary," *Reuters News*, Aug. 30, 2021
- "Biogen Stock Undercuts A Key Line As House Democrats Look Into Alzheimer's OK," *Investor's Business Daily*, Sept. 2, 2021
- "Lawmakers ask FDA for Aduhelm documents," *The Boston Globe*, Sept. 3, 2021
- "Biogen Stock Is Tumbling Because Its Alzheimer's Drug Rollout Isn't Going So Well -- Barrons.com," *Dow Jones Institutional News*, Sept. 9, 2021
- "Biogen Stock Dives As CEO Admits 'Slower Than We Anticipated' Alzheimer's Drug Launch," *Investor's Business Daily*, Sept. 9, 2021
- "Stock Market Closes Lower, But These Signs Suggest Restrained Selling," *Investor's Business Daily*, Sept. 9, 2021
- "Biogen loses $7 billion in value on slow Alzheimer's drug rollout," *The Boston Globe*, Sept. 9, 2021
- "Sick Day for Biotech Stocks Won't Last -- Heard on the Street," *Dow Jones Institutional News*, Sept. 10, 2021

- "Biogen CEO says rollout of Aduhelm has been slow," *The Boston Globe*, Sept. 10, 2021
- "Biogen trials for Alzheimer's drug would have excluded Medicare patients," *The Boston Globe*, Sept. 11, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, Sept. 14, 2021
- "Aduhelm Launch Trends Show Some Early Signs Of Progress As The Biogen Team Aims To Moderate Near-Term Expectations, According To Spherix Global Insights," *PR Newswire*, Sept. 16, 2021
- "Press Release: Biogen R&D Day to Provide Overview of Diversified Pipeline and Capabilities with Potential for Multiple Novel Therapies in Neuroscience," *Dow Jones Institutional News*, Sept. 21, 2021
- "Biogen Stock Is Down on a Report That Few Have Received Its New Alzheimer's Therapy -- Barrons.com," *Dow Jones Institutional News*, Sept. 22, 2021
- "Biogen Stock Pops, But D.C. Center Bans All — Not Just Aduhelm — Sales Reps," *Investor's Business Daily*, Sept. 23, 2021
- "Slow drug rollout could translate to layoffs at Biogen," *The Boston Globe*, Sept. 23, 2021
- "Biogen's Aduhelm Struggles Don't Hurt Lilly's Outlook, Says Analyst -- Barrons.com," *Dow Jones Institutional News*, Sept. 24, 2021
- "Medicine's Golden Age Is Dawning. 10 Ways to Invest -- Barrons.com," *Dow Jones Institutional News*, Sept. 24, 2021
- "The Medical Revolution Has Arrived -- Barron's," *Dow Jones Institutional News*, Sept. 25, 2021
- "The Medical revolution has arrived --- Our panelists highlight the treatments and technologies changing the face of medicine—and the most promising companies behind them," *Barron's*, Sept. 27, 2021
- "Who should take new drug for Alzheimer's?" *The Washington Post*, Sept. 28, 2021
- "Mass General Brigham won't offer Aduhelm," *Dow Jones Institutional News*, Sept. 29, 2021
- "Mass General Brigham won't offer Biogen's new Alzheimer's drug," *The Boston Globe*, Sept. 29, 2021
- "Post-Launch Insights Point to Four Key Factors That Could Drive Future Use of Biogen/Eisai's Aduhelm in Alzheimer's Disease, According to Spherix Global Insights," *PR Newswire*, Oct. 7, 2021

- "Blue Cross of Massachusetts will not cover controversial Alzheimer's drug," *The Boston Globe*, Oct. 7, 2021
- "Blue Cross Blue Shield of R.I. says it won't cover Biogen's Alzheimer's drug," *The Boston Globe*, Oct. 8, 2021
- "Mass. Blue Cross won't cover controversial Alzheimer's drug," *The Boston Globe*, Oct. 8, 2021
- "In quiet debut, Alzheimer's drug finds questions, skepticism," *Associatedpress Newswire*, Oct. 17, 2021
- "Biogen trial of ALS drug fails main goal, but company says data are encouraging," *Reuters News*, Oct. 17, 2021
- "Biogen sales face pressure from slow uptake of Alzhiemer's drug," *Reuters News*, Oct. 19, 2021
- "PREVIEW-Biogen sales face pressure from slow uptake of Alzhiemer's drug," *Reuters News*, Oct. 19, 2021
- "Biogen CEO: 'Major bottleneck' still limits Alzheimer's drug," *Associated Press Newswires*, Oct. 20, 2021
- "4 Healthcare Stocks Selling for Way Less Than Analysts Think They're Worth -- Barrons.com," *Dow Jones Institutional News*, Oct. 20, 2021
- "Biogen 3Q Results Beat Expectations; Alzheimer's Drug Aduhelm Posts Sales of $300,000," *Dow Jones Institutional News*, Oct. 20, 2021
- "Biogen Shareholders Face the Waiting Game -- Heard on the Street," *Dow Jones Institutional News*, Oct. 20, 2021
- "Biogen's Alzheimer Drug Sales Were Dismal. Earnings Are Lifting the Stock. -- Barrons.com," *Dow Jones Institutional News*, Oct. 20, 2021
- "Biogen's New Alzheimer's Drug Meets Slow Rollout – Update," *Dow Jones Institutional News*, Oct. 20, 2021
- "Biogen sells just $300,000 worth of contentious Alzheimer's drug," *Financial Times*, Oct. 20, 2021
- "Biogen Warns Alzheimer's Uptake Will Be Neither 'Explosive' Nor 'Linear' In 2022," *Investor's Business Daily*, Oct. 20, 2021
- "Biogen banks on government coverage to restart stalled Alzheimer's drug sales," *Reuters News*, Oct. 20, 2021
- "Biogen Inc Ceo Says Medicare Coverage Decision Will Delay Patient Access To Aduhelm By About 300 Days From Approval," *Reuters News*, Oct. 20, 2021

- "Biogen posts much smaller-than-expected sales of new Alzheimer's drug," *Reuters News*, Oct. 20, 2021
- "BRIEF-Biogen Inc Posts Qtrly GAAP Diluted EPS $2.22," *Reuters News*, Oct. 20, 2021
- "UPDATE 3-Biogen banks on government coverage to restart stalled Alzheimer's drug sales," *Reuters News*, Oct. 20, 2021
- "Sales of Biogen's controversial Alzheimer's drug disappoint," *The Boston Globe*, Oct. 20, 2021
- "Britain," *The San Francisco Chronicle*, Oct. 21, 2021
- "Biogen Posts Weak Quarterly Sales Of New Alzheimer's Drug Aduhelm – WSJ," *Dow Jones Institutional News*, Oct. 21, 2021
- "Heard on the Street: Biogen Shareholders Face Waiting Game on Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, Oct. 21, 2021
- "Sales of Biogen Alzheimer's drug disappoint," *Financial Times*, Oct. 21, 2021
- "Sales of Biogen's new drug lacking," *The Boston Globe*, Oct. 21, 2021
- "Disappointing Sales for Biogen's New Alzheimer's Drug," *The New York Times*, Oct. 21, 2021
- "Biogen Shareholders Face Waiting Game on Alzheimer's Drug," *The Wall Street Journal*, Oct. 21, 2021
- "DGAP-News: BB BIOTECH AG : BB Biotech : i ricavi derivati dalle notizie sul richiamo vaccinale contro il COVID-19 consentono di incrementare le posizioni nei settori dell'oncologia e del sistema nervoso centrale," *Dow Jones Institutional News*, Oct. 22, 2021
- "PRESS RELEASE: BB Biotech : Gains realized following COVID-19 vaccine booster update enable increases in oncology and CNS," *Dow Jones Institutional News*, Oct. 22, 2021
- "Let Medicare negotiate lower drug prices," *The Boston Globe*, Oct. 25, 2021
- "Aduhelm defenders quiet on Biogen ties," *The Boston Globe*, Nov. 3, 2021
- "CORRECTED-Roche executive says Alzheimer's drug price will be competitive," *Reuters News*, Nov. 10, 2021
- "Roche executive says Alzheimer's drug price will be competitive," *Reuters News*, Nov. 10, 2021
- "Biogen says Aduhelm lowers levels of second protein associated with Alzheimer's," *Reuters News*, Nov. 11, 2021

- "AP News in Brief at 11:04 p.m. EST," *Associated Press Newswires*, Nov. 12, 2021
- "AP Top News at 11:02 p.m. EST," *Associated Press Newswires*, Nov. 12, 2021
- "Alzheimer's drug cited as Medicare premium jumps by $21.60," *Associated Press Newswires*, Nov. 13, 2021
- "Biogen R&D Chief, Backer of New Alzheimer's Drug, Plans to Retire," *Dow Jones Institutional News*, Nov. 16, 2021
- "Press Release: Biogen Announces Alfred W. Sandrock, Jr . to Retire as Head of Research & Development," *Dow Jones Institutional News*, Nov. 16, 2021
- "Global Cancer Therapy Market Expected to Reach $268 Billion In 2026, With A CAGR Of 9.15%," *PR Newswire*, Nov. 16, 2021
- "AI Customer-Service Startup Netomi Raises $30M -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "Benchmark Cuts Target Price for Activision Blizzard -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "Biogen's Aduhelm Headed Toward Rejection in Europe -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "Biogen's R&D Chief to Retire at End of Year – WSJ," *Dow Jones Institutional News*, Nov. 17, 2021
- "China's Increased Regulations Seen as Slowing Growth Backdrop -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "Iranian-Backed Hackers Targeting Transportation and Health Sectors -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "KeyBanc Not Worried Over Calls for Activision CEO to Step Down -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "Press Release: Update on Regulatory Review of Aducanumab in the European Union," *Dow Jones Institutional News*, Nov. 17, 2021
- "September US Airlines Passenger Data Below Prepandemic Numbers -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "Shareholders Group Calls for Resignation of Activision Chief -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021
- "TJX Reports Strong Sales -- Market Talk," *Dow Jones Institutional News*, Nov. 17, 2021

- “TJX Says It Will Have Enough Inventory For The Holidays -- Market Talk,” *Dow Jones Institutional News*, Nov. 17, 2021
- “Treasurys Show Further Signs of Stability -- Market Talk,” *Dow Jones Institutional News*, Nov. 17, 2021
- “Trim Risky Assets for 2022’s Expected Economic Growth Moderation -- Market Talk,” *Dow Jones Institutional News*, Nov. 17, 2021
- “Biogen Stock Skids After Alzheimer’s Drug Aduhelm Faces A Setback In Europe,” *Investor’s Business Daily*, Nov. 17, 2021
- “PERSPECTIVES; Millions will pay for lousy FDA move,” *Los Angeles Times*, Nov. 17, 2021
- “BRIEF-Update On Regulatory Review Of Aducanumab In The European Union,” *Reuters News*, Nov. 17, 2021
- “UPDATE 4-Biogen’s Alzheimer’s drug gets negative European panel vote,” *Reuters News*, Nov. 17, 2021
- “Biogen’s top scientist is leaving,” *The Boston Globe*, Nov. 17, 2021
- “Biogen’s R&D Chief to Retire at End of Year,” *The Wall Street Journal*, Nov. 17, 2021
- “Braeden Lichti - Investing in Precision Medicine to Yield New Treatments for Neurodegenerative Diseases,” *PR Newswire*, Nov. 18, 2021
- “European panel says Aduhelm OK is not likely,” *The Boston Globe*, Nov. 18, 2021
- “Biogen Says New Drug for Alzheimer’s Is Unlikely to Win E.U. Approval,” *The New York Times*, Nov. 18, 2021
- “Biogen loses bid to revive patent on Tecfidera MS drug,” *The Boston Globe*, Nov. 30, 2021
- “Physician Hesitation to Prescribe Biogen/Eisai’s Aduhelm in Alzheimer’s Disease Grows Amid Controversies, According to Spherix Global Insights,” *PR Newswire*, Dec. 1, 2021
- “Business Highlights: Jobless rate, service sector growth,” *Associated Press Newswires*, Dec. 3, 2021
- “Sanders to Biden: Cut back looming Medicare premium hike,” *Associated Press Newswires*, Dec. 3, 2021
- “$56K Alzheimer’s drug avoiding Biden’s cost curbs, for now,” *Associated Press Newswires*, Dec. 8, 2021
- “Fallout from drug debacle roils Biogen,” *The Boston Globe*, Dec. 9, 2021

- "Medicare urged to flex its power and slash back premium hike," *Associated Press Newswires*, Dec. 13, 2021
- "Press Release: Update on the Phase 4 Confirmatory Study of ADUHELM(R)," *Dow Jones Institutional News*, Dec. 16, 2021
- "BRIEF-Biogen, Eisai Anticipate Submitting Final Protocol For Phase 4 Aduhelm Study For Review To U.S. FDA In March 2022," *Reuters News*, Dec. 16, 2021
- "Press Release: Update on Regulatory Submission for Aducanumab in the European Union," *Dow Jones Institutional News*, Dec. 17, 2021
- "BRIEF-Biogen Will Seek A Re-Examination Of Opinion For Aducanumab By CHMP," *Reuters News*, Dec. 17, 2021
- "Biogen planning new Aduhelm clinical trial," *The Boston Globe*, Dec. 17, 2021
- "Biogen cuts the price tag on its Alzheimer's drug in half," *Associated Press Newswires*, Dec. 20, 2021
- "*Biogen Cuts Aduhelm List Price in Half," *Dow Jones Institutional News*, Dec. 20, 2021
- "Biogen Halves Price of Alzheimer's Drug, Says It Will Slash Its Own Costs -- Barrons.com," *Dow Jones Institutional News*, Dec. 20, 2021
- "Biogen To Lower Price Of Alzheimer's Drug Aduhlem By 50% Starting Jan. 1 To About $28,200 A Year -- MarketWatch To Lower Price Of Alzheimer's Drug Aduhlem By 50% Starting Jan. 1 To About $28,200 A Year," *Dow Jones Institutional News*, Dec. 20, 2021
- "Press Release: Biogen Announces Reduced Price for ADUHELM(R) to Improve Access for Patients with Early Alzheimer's Disease," *Dow Jones Institutional News*, Dec. 20, 2021
- "Biogen halves price of Alzheimer's drug after sales fall short," *Financial Times (FT.Com)*, Dec. 20, 2021
- "Biogen Slashes Alzheimer's Treatment Price Amid Launch 'Gone Awry'," *Investor's Business Daily*, Dec. 20, 2021
- "Change Of Aduhelm Price By Biogen Is Only A Step Toward Equitable Access To Treatments For Alzheimer's Disease," *PR Newswire*, Dec. 20, 2021
- "Biogen halves price of Alzheimer's drug to $28,200," *Reuters News*, Dec. 20, 2021
- "BREAKINGVIEWS-Biogen scales back Alzheimer's drug hopes," *Reuters News*, Dec. 20, 2021

- "BRIEF-Biogen Announces Reduced Price For Aduhelm To Improve Access For Patients With Early Alzheimer's Disease," *Reuters News*, Dec. 20, 2021
- "UPDATE 3-Biogen halves price of Alzheimer's drug to $28,200," *Reuters News*, Dec. 20, 2021
- "Biogen Cuts Alzheimer's Drug Price – WSJ," *Dow Jones Institutional News*, Dec. 21, 2021
- "Biogen Slashes Alzheimer's Drug Price to Improve Access and Affordability -- ESG Insight," *Dow Jones Institutional News*, Dec. 21, 2021
- "Biogen halves price of Alzheimer's medicine," *Financial Times*, Dec. 21, 2021
- "BUSINESS; Biogen to cut price of Alzheimer's drug 50%; The move, set for January, comes after criticism over an initial annual cost of as much as $56,000," *Los Angeles Times*, Dec. 21, 2021
- "Biogen cuts price of Alzheimer's drug in half," *The Boston Globe*, Dec. 21, 2021
- "Biogen Cuts Alzheimer's Drug Price," *The Wall Street Journal*, Dec. 21, 2021
- "Press Release: Japan's First Committee on New Drugs of The Pharmaceutical Affairs and Food Sanitation Council Seeks Additional Data; Aducanumab Remains under Review," *Dow Jones Institutional News*, Dec. 22, 2021
- "BRIEF-Japan'S First Committee On New Drugs Of The Pharmaceutical Affairs And Food Sanitation Council Seeks Additional Data Aducanumab Remains Under Review," *Reuters News*, Dec. 22, 2021
- "Steps for Coping With Medicare's Rising Costs," *The New York Times*, Dec. 26, 2021
- "Biogen Stock Dives As Samsung Reportedly Denies Rumored $42 Billion Buyout," *Investor's Business Daily*, Dec. 30, 2021
- "A Drug's Hurdle: Nod by Medicare," *The New York Times*, Jan. 1, 2022
- "How Biogen Fumbled Aduhelm, Its Once-Promising Alzheimer's Drug," *Dow Jones Institutional News*, Jan. 4, 2022
- "How Biogen Fumbled Its Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, Jan. 5, 2022
- "How Biogen Fumbled Its Alzheimer's Drug --- Once-promising Aduhelm is pricey and without proven efficacy," *The Wall Street Journal*, Jan. 5, 2022
- "Healthcare's Biggest Conference Is Next Week. What to Know. -- Barrons.com," *Dow Jones Institutional News*, Jan. 6, 2022

- "Biogen Gets a Second Chance -- Barron's," *Dow Jones Institutional News*, Jan. 7, 2022
- "Biogen's Alzheimer's Drug Has Another Shot at Success -- Barrons.com," *Dow Jones Institutional News*, Jan. 7, 2022
- "Few top teaching hospitals offer Alzheimer's drug from Biogen," *The Boston Globe*, Jan. 7, 2022
- "Medicare told to reassess premium hike for Alzheimer's drug," *Associated Press Newswires*, Jan. 10, 2022
- "Biogen Gets a Second Chance," *Barron's*, Jan. 10, 2022
- "Alliance for Aging Research Statement on HHS Announcement Regarding CMS Reconsideration of Medicare Part B Premium Increase," *PR Newsire*, Jan. 10, 2022
- "Clarivate Identifies Seven Potential Blockbuster Drugs in Annual Drugs to Watch Report," *PR Newswire*, Jan. 10, 2022
- "Medicare asked to reassess 2022 premium hikes after Aduhelm price cut," *Reuters News*, Jan. 10, 2022
- "Becerra tells Medicare to reassess 'Part B' hike Directive made after Biogen cut cost of pricey new Alzheimer's drug by 50%," *Chicago Tribune*, Jan. 11, 2022
- "*Biogen's Aduhelm Receives Conditional Medicare Coverage in Proposed Decision," *Dow Jones Institutional News*, Jan. 11, 2022
- "Biogen Stock Falls More Than 6% After Medicare Plans Coverage Limits For Pricy Alzheimer's Drug – MarketWatch," *Dow Jones Institutional News*, Jan. 11, 2022
- "Biogen Stock Is Tumbling Because Its Alzheimer's Drug Has Hit Another Snag -- Barrons.com," *Dow Jones Institutional News*, Jan. 11, 2022
- "Medicare to Pay for Biogen's New Alzheimer's Drug in Clinical-Trial Patients -- 2nd Update," *Dow Jones Institutional News*, Jan. 11, 2022
- "Medicare to Pay for Biogen's New Alzheimer's Drug in Clinical-Trial Patients – Update," *Dow Jones Institutional News*, Jan. 11, 2022
- "Medicare to Pay for Biogen's New Alzheimer's Drug In Clinical-Trial Patients," *Dow Jones Institutional News*, Jan. 11, 2022
- "Biogen Stock Tumbles As Medicare Delivers Another Obstacle To Its Alzheimer's Drug," *Investor's Business Daily*, Jan. 11, 2022
- "Dow Jones Futures: Market Rallies On Powell Comments, Apple, Nvidia, Tesla In Focus; Biogen Dives Late," *Investor's Business Daily*, Jan. 11, 2022

- "BRIEF-U.S. Government Medicare Program Plans To Cover Alzheimer's Treatments Including Biogen's Aduhelm With Conditions," *Reuters News*, Jan. 11, 2022
- "Future of Biogen's Aduhelm hinges on U.S. Medicare Alzheimer's coverage," *Reuters News*, Jan. 11, 2022
- "Reuters US Domestic News Summary," *Reuters News*, Jan. 11, 2022
- "RPT-U.S. Government Medicare Program Plans To Cover Alzheimers Treatments Including Biogen's Aduhelm With Conditions," *Reuters News*, Jan. 11, 2022
- "U.S. Medicare program plans to cover Biogen's Aduhelm, with some conditions," *Reuters News*, Jan. 11, 2022
- "For Alzheimer's drug, a defining moment," *The Boston Globe*, Jan. 11, 2022
- "It's going to be really cold today. But it won't break any records," *The Boston Globe*, Jan. 11, 2022
- "Medicare is poised to make pivotal announcement on Biogen's Alzheimer's drug," *The Boston Globe*, Jan. 11, 2022
- "MEDICARE," *The San Francisco Chronicle*, Jan. 11, 2022
- "In a first, HHS directs officials to consider lowering Medicare premiums," *The Washington Post*, Jan. 11, 2022
- "Medicare to decide on a vexing new Alzheimer's drug," *The Washington Post*, Jan. 11, 2022
- "Biogen tumbles after Medicare lays out Aduhelm coverage plan," *Associated Press Newswires*, Jan. 12, 2022
- "Business Highlights: High inflation, low budget deficit," *Associated Press Newswires*, Jan. 12, 2022
- "Medicare limits coverage of $28,000-a-year Alzheimer's drug," *Associated Press Newswires*, Jan. 12, 2022
- "Biogen Got Bad News on Its Alzheimer's Drug. Why It Hurt Eli Lilly, Too. -- Barrons.com," *Dow Jones Institutional News*, Jan. 12, 2022
- "Biogen Shares Fall Premarket on Medicaid Coverage Plans for Aduhelm," *Dow Jones Institutional News*, Jan. 12, 2022
- "Kidpik, Biogen, Block, Ally Financial: What to Watch When the Stock Market Opens Today," *Dow Jones Institutional News*, Jan. 12, 2022
- "Medicare to Pay for Biogen's New Alzheimer's Drug in Clinical-Trial Patients -- WSJ," *Dow Jones Institutional News*, Jan. 12, 2022

- "News Highlights: Top Company News of the Day," *Dow Jones Institutional News*, Jan. 12, 2022
- "Powell Said All the Right Things. But Inflation Has a Mind of Its Own. -- Barrons.com," *Dow Jones Institutional News*, Jan. 12, 2022
- "Stock Futures Rise as Inflation Picks Up," *Dow Jones Institutional News*, Jan. 12, 2022
- "Stock Futures Waver Ahead of Inflation Data; Biogen Shares Drop," *Dow Jones Institutional News*, Jan. 12, 2022
- "Stocks Close Higher as Inflation Picks Up," *Dow Jones Institutional News*, Jan. 12, 2022
- "Stocks Open Higher as Inflation Picks Up," *Dow Jones Institutional News*, Jan. 12, 2022
- "Biogen Stock Tumbles As Medicare Delivers Another Obstacle To Its Alzheimer's Drug," *Investor's Business Daily*, Jan. 12, 2022
- "Dow Jones Futures: Market Rallies On Powell Comments, Apple, Nvidia, Tesla In Focus; Biogen Tumbles," *Investor's Business Daily*, Jan. 12, 2022
- "Dow Jones Futures: Market Rallies On Powell Comments, But Inflation Data Due; Biogen Dives," *Investor's Business Daily*, Jan. 12, 2022
- "BUSINESS; Medicare limits Alzheimer's drug coverage," *Los Angeles Times*, Jan. 12, 2022
- "Biogen shares slide as Medicare proposal restricts coverage of Alzheimer's treatments," *Reuters News*, Jan. 12, 2022
- "Biogen slumps after Medicare's restrictive decision on Alzheimer's drug," *Reuters News*, Jan. 12, 2022
- "PRESS DIGEST- Wall Street Journal - Jan. 12," *Reuters News*, Jan. 12, 2022
- "Reuters Health News Summary," *Reuters News*, Jan. 12, 2022
- "U.S. Medicare plans to cover Biogen Alzheimer's drug only for trial patients," *Reuters News*, Jan. 12, 2022
- "UPDATE 2-Biogen shares slide as Medicare proposal restricts coverage of Alzheimer's treatments," *Reuters News*, Jan. 12, 2022
- "UPDATE 4-U.S. Medicare plans to cover Biogen Alzheimer's drug only for trial patients," *Reuters News*, Jan. 12, 2022
- "US STOCKS-Wall St inches up after in-line inflation data eases investor fears," *Reuters News*, Jan. 12, 2022

- “US STOCKS-Wall St rises as in-line inflation data calms nerves,” *Reuters News*, Jan. 12, 2022
- “US STOCKS-Wall Street closes higher as inflation data supports Fed bets,” *Reuters News*, Jan. 12, 2022
- “Wall Street closes higher as inflation data supports Fed bets,” *Reuters News*, Jan. 12, 2022
- “A big blow to Aduhelm,” *The Boston Globe*, Jan. 12, 2022
- “Analysts say Medicare decision could spell the demise of Biogen’s Alzheimer’s drug,” *The Boston Globe*, Jan. 12, 2022
- “In preliminary decision, Medicare offers only limited coverage of Aduhelm,” *The Boston Globe*, Jan. 12, 2022
- “U.S. to Restrict Drug Coverage For Alzheimer’s,” *The New York Times*, Jan. 12, 2022
- “U.S. News: Medicare to Pay for Alzheimer’s Drug in Trials,” *The Wall Street Journal*, Jan. 12, 2022
- “Medicare plans to cover pricey Alzheimer’s drug,” *The Washington Post*, Jan. 12, 2022
- “AP Top Business News at 11:45 p.m. EST,” *Associated Press Newswires*, Jan. 13, 2022
- “*S&PGR Downgrades Biogen To ‘BBB+’ From ‘A-’, Outlook Stable,” *Dow Jones Institutional News*, Jan. 13, 2022
- “Guggenheim Downgrades Biogen To Neutral From Buy After U.S. Proposes Limiting Access To Alzheimer’s Drug – MarketWatch,” *Dow Jones Institutional News*, Jan. 13, 2022
- “Press Release: Quanterix Provides Operational and Preliminary Financial Highlights,” *Dow Jones Institutional News*, Jan. 13, 2022
- “Stocks Gain After High Inflation Data – WSJ,” *Dow Jones Institutional News*, Jan. 13, 2022
- “Wall Street,” *Financial Times*, Jan. 13, 2022
- “Denali Stock Tumbles; Why Biogen Isn’t The Only Alzheimer’s Play Under Pressure,” *Investor’s Business Daily*, Jan. 13, 2022
- “Biogen Exec Says In The Last Weeks Of December Saw An Increased Rate Of New Patient Starts By Fourfold And A Fourfold Increase In The Number Of Doctors, Actively Infusing Aduhelm - Analyst Call,” *Reuters News*, Jan. 13, 2022

- "Biogen eyes potential acquisitions - Stat News," *Reuters News*, Jan. 13, 2022
- "Biogen says yet to speak with CMS about coverage of Alzheimer's drug," *Reuters News*, Jan. 13, 2022
- "Biogen seeks dialogue with U.S. CMS about Alzheimer's drug coverage decision," *Reuters News*, Jan. 13, 2022
- "Reuters Health News Summary," *Reuters News*, Jan. 13, 2022
- "UPDATE 2-Biogen seeks dialogue with U.S. CMS about Alzheimer's drug coverage decision," *Reuters News*, Jan. 13, 2022
- "Biogen prepares to fight Medicare over Alzheimer's drug limits," *The Boston Globe*, Jan. 13, 2022
- "Biogen's burst balloon," *The Boston Globe*, Jan. 13, 2022
- "Stocks Gain After High Inflation Data --- Most of S&P 500's industry sectors rise, with healthcare the lone exception," *The Wall Street Journal*, Jan. 13, 2022
- "Alzheimer's groups to fight proposed restrictions on drug," *The Washington Post*, Jan. 13, 2022
- "Stock Market Rebound Fizzles Amid Hawkish Fed; Taiwan Semiconductor Breaks Out, JPMorgan Tumbles: Weekly Review," *Investor's Business Daily*, Jan. 14, 2022
- "Barron's 2021 Quiz Winner Scores in a Tough Year to Forecast -- Barrons.com," *Dow Jones Institutional News*, Jan. 15, 2022
- "Review -- Barron's," *Dow Jones Institutional News*, Jan. 15, 2022
- "Review & Preview: Strange Year, Tough Quiz -- Barron's," *Dow Jones Institutional News*, Jan. 15, 2022
- "Strange Year, Tough Quiz," *Barron's*, Jan. 17, 2022
- "Neurimmune expands drug discovery collaboration with Ono Pharmaceutical in the field of neurodegenerative diseases," *PR Newswire*, Jan. 17, 2022

**Social Media**

- "Building a Healthier America – Secretary Becerra's First 100 Days," X, June 24, 2021, available at https://x.com/i/broadcasts/1MYxNmmbDNZJw, accessed on June 17, 2024
- Sarah Karlin-Smith X Post, July 12, 2021, 4:38 PM, available at https://x.com/SarahKarlin/status/1414685589295833088, accessed on June 17, 2024
- Rachel Cohrs Zhang X Post, July 12, 2021, 4:44 PM, available at https://x.com/rachelcohrs/status/1414687175690555396, accessed on June 17, 2024

Note: In addition to the documents on this list, I considered all documents cited in my report and my exhibits to form my opinions.

# APPENDIX C

## Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Baird | Aduhelm Gets Accelerated Approval; Upgrading to Neutral | "On the commercial side of things, we think there will be enormous pushback on reimbursement, given the absence of clinical benefit discussed in the label, the negative [Advisory Committee], the absence of peer-reviewed publication of the studies and the absence of support for the surrogate as a valid biomarker. We believe payers have increasingly felt the need to take on the role of gatekeeper as the FDA standards for approvability continue to slip and, with this decision, are at an all-time low. We also expect substantial public blowback on this FDA decision to further help payers argue against reimbursement." |
| 6/7/21 | Baird | Aduhelm Gets Accelerated Approval; Upgrading to Neutral | "Although we are still skeptical surrounding the data which was used to justify the Aduhelm accelerated approval, the commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inibitors are unlikely to provide clinical benefit to [Alzheimer's disease] patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." |
| 6/7/21 | Bank of America | AD Approval Changes the Narrative, Likely Not Fundamentals Moving to Neutral | "Our prior view was not correct: the accelerated approval of aducanumab was a surprise to us …, not the least of which reflects the generally open label…- which does not restrict access to patient subtypes. Our analysis, which had included several KOL calls, revealed substantial negative feedback and skepticism over the potential for approval on this cycle. Looking ahead though, we suspect Aduhelm is likely to disappoint commercially given confusion over the benefit and payer pushback and we suspect the number of treated patients could easily fall short of consensus 2021e-2023e forcasts of 19k, 82k, and 161k individuals respectively…." |
| 6/7/21 | Bernstein | Biogen: Will Adhelm be the next Sovaldi? High price could crash the market before it gets started | "There is no organized 'resistance' to the price of Aduhelm. As a reminder, the drug will be essentially all Medicare (96%) so the cost will be borne completely by the US government (60% of Medicare is fee-for-service – higher for Alzheimer's patients); it would be a pass-through in Medicare Advantage for the first two years. Within buy-and-bill Medicare, there is currently no effective way to manage utilization and even if one was to be conceived of, it is very hard to see the government restricting access to elderly with Alzheimer's." Emphasis removed. |
| 6/7/21 | Canaccord Genuity | No More Waiting for Adu as FDA Approves Product; Reiterate BUY as BIIB Can Play More Offense Now | "From a payer perspective, we are intrigued by what confirmatory trials and/or testing periods/hurdles for amyloid plaque levels might show to ensure continued access to [Aduhelm]. Without relying on such objective data, we believe it would be difficult for the system to somehow actively restrict access to an approved [Aduhelm]." |
| 6/7/21 | Dow Jones Institutional News | Press Release: FDA grants accelerated approval for ADUHELM(TM) as the first and only Alzheimer's disease treatment to address a defining pathology of the disease | "'Today's approval of ADUHELM is a transformational breakthrough in the fight to stop this horrible disease. After years of disappointment and despair, this decision offers new hope for many families and a trigger for future investment and innovation,' said George Vradenburg, Chairman and Co-Founder of UsAgainstAlzheimer's. 'Because ADUHELM was studied in people with early-stage Alzheimer's disease, it will be important for our nation's healthcare system--patients, providers and payers--to be ready for earlier detection, diagnosis and intervention in the treatment of the disease.'" |
| 6/7/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Gains Before Anticipated FDA Decision -- Barrons.com | "Pricing of the drug is likely to be contentious, and doctors and insurance companies will need to be convinced." |
| 6/7/21 | Dow Jones Institutional News (Barron's) | Biogen's Alzheimer's Drug Is Approved by the FDA -- Barrons.com | "Questions remain, however, on whether insurers and doctors will be willing to pay for and prescribe the drug, given questions around its efficacy." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Focus Turns to Insurer Coverage for Alzheimer's Drug -- Market Talk | "Now that Biogen's Alzheimer's drug, Aduhelm, is approved, the company's focus turns to securing insurance coverage for the drug, including the roughly 80% of patients covered by Medicare, CEO Michel Vounatsos tells Dow Jones in an interview. 'Access is very important and this is where we are focusing, now, all our attention,' Vounatsos says." |
| 6/7/21 | Dow Jones Institutional News (The Wall Street Journal) | First New Alzheimer's Drug in Nearly Two Decades Is Approved by FDA -- 4th Update | "Before prescribing it, doctors will want to first make sure their patient's brain has amyloid buildup, which typically requires an imaging scan or spinal tap that usually aren't covered by medical insurance, Dr. Isaacson[, director of the Alzheimer's Prevention Clinic at Weill Cornell Medicine and New York-Presbyterian Hospital] said. ... Cigna will likely cover the drug for people who match the patients studied in Biogen's clinical trials -- those with early-stage Alzheimer's and amyloid buildup in their brains -- said Steve Miller, Cigna's chief clinical officer. Most Alzheimer's patients are covered by Medicare, and their out-of-pocket costs could be significant, depending on their coverage, because of so-called coinsurance payments that require patients to cover a percentage of certain health costs, Dr. Miller said. 'The out-of-pocket testing costs could be a real barrier for those patients who lack the financial means,' said Dr. Miller. Cigna estimates that patients with traditional Medicare insurance could be on the hook for more than $10,000 a year in coinsurance and copayments for the drug and amyloid testing, Dr. Miller said. Additional costs for people with supplemental Medigap insurance or commercial coverage through Medicare Advantage could reach up to $4,000 annually." |
| 6/7/21 | Financial Times (FT.Com) | Alzheimer's drug from Biogen wins US approval | "The drug has been surrounded by controversy for years, with many scientists opposing its approval on the grounds that there is scant evidence it works. 'We are well aware of the attention surrounding this approval,' said Patrizia Cavazzoni, director of the FDA's Center for Drug Evaluation and Research. However, she added the agency had concluded that aducanumab was 'reasonably likely' to help patients and that the overall benefits of the drug outweighed the risk to patients." |
| 6/7/21 | Guggenheim | BIIB - Adu Priced At $56K/Year Vs. Our $50K Est; BIIB Est 1-2MM Addressable Patients With Amyloid Pathology, Implying A $50-100B TAM | "In a press release from [Biogen] on the recent approval of Aduhelm (aducanumab) for the treatment of Alzheimer's disease, the company provided additional details on the approval and upcoming launch: … [Biogen] has established several programs and initiatives to provide broad and affordable access to the drug, with co-pay and infusion cost assistance programs to reduce out-of-pocket costs to as low as $0 (for private payers) and ensuring that the patients who are covered by Medicare through a Medicare Advantage plan have a maximum annual out-of-pocket cap (Medicaid patients have nominal co-pays)[.]" |
| 6/7/21 | Investor's Business Daily | Biogen Stock Rockets To Record High On Alzheimer's Drug Approval; 5 Things To Know | "Wedbush analyst Laura Chico says the drama likely isn't over for Biogen stock. She sees 'tough decisions ahead' as doctors weigh whether to prescribe Aduhelm and insurance companies weigh whether to reimburse for treatment." |
| 6/7/21 | Jefferies | 3 Things Interesting For Launch...New Growth Story and Other Tidbits - PT $500 | "That said, launch could be impacted by[] payer pushback given [Aduhelm] was approved on a surrogate marker endpoint (not clinical endpoint) and managed care has not come out [with] any major commentary though our [Managed Care Organization] analyst believes it could impact 2021 a bit but 2022 should be priced into bids already; price is ~$39k/year (gross price) in first titration year and $56k/year maintenance ... and Amyloid screening either with lumbar puncture or [positron emission tomography] scan. There's currently no reimbursement for pre-approval scanning for Medicare Part B and CMS might have to issue a new CPT code to get that reimbursed. Of note - [Biogen] has mentioned multiple times a blood-based Abeta test from C2N diagnostics that may also help over time." Emphasis removed. |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Jefferies | 3 Things Interesting For Launch…New Growth Story and Other Tidbits - PT $500 | "That said, launch could be impacted by: (1) payer pushback given adu was approved on a surrogate marker endpoint (not clinical endpoint) and managed care has not come out w/ any major commentary though our MCO analyst believes it could impact 2021 a bit but 2022 should be priced into bids already; price is ~$39k/year (gross price) in first titration year and $56k/year maintenance, (2) capacity constraints where neurologists have been inundated by the growing interest. BIIB has noted >600 sites would be ready to treat patients on approval, and (3) amyloid screening either with lumbar puncture or PET scan. There's currently no reimbursement for pre-approval scanning for Medicare Part B and CMS might have to issue a new CPT code to get that reimbursed. Of note - BIIB has mentioned multiple times a blood-based Abeta test from C2N diagnostics that may also help over time." |
| 6/7/21 | Jefferies | Adu – Yahoo! Lots of Potential Upside Consistent w/ Our Positive Thesis; BUY | "We also do not know price yet, and this will be another source of debate along [with] payor coverage. We find it unlikely that payors will be extremely rigorous, given the high attention to the drug and widespread impact this has to so many families." |
| 6/7/21 | Mizuho | $56K WAC Pricing Implies 4-6% US Peak Year Penetration. Plausible? Don't Ignore History | "Where I take greater issue here though and where I believe we need to monitor consensus (which is at ~$10Bn) is we are talking about a massive [total addressable market]. This is a lot of pressure on the payor system, and despite this being a clean label, payors can look to the actual data (i.e. the clinical benefit) to make this difficult for doctors and patients alike (e.g. prior authorization, monitoring compliance as super compliance and steady state dosing was needed in patients for the drug to potentially have its intended benefit)." Emphasis removed. |
| 6/7/21 | Oppenheimer | Introducing Aduhelm | "Although the FDA does not typically weigh in on the economics of drug approvals, the cost burden of Aduhelm approval has been raised as a potential concern. The details of pricing and reimbursement would be largely left up to [Biogen] and payors[.]" |
| 6/7/21 | RBC Capital Markets | BIIB: Daring Price Point for Adu Could Multiply Opportunity, but May Very Well Come Back to Bite BIIB - And Biopharma | "[U]ltimately, we believe this pricing strategy is likely to generate additional controversy and debate, as well as access hurdles, and the potential strain on the system could also damage FDA's reputation, shifting more of the medication use 'gatekeeper' function to payers or even guideline bodies such as the AAN rather than the Agency…. We note BIIB's recent [press release] suggests value-based contracts are already in negotiation to, notably, provide access to patients 'consistent with the population in which ADUHELM was studied,' which we believe may perhaps be narrower than the label." |
| 6/7/21 | RBC Capital Markets | BIIB: Daring Price Point for Adu Could Multiply Opportunity, but May Very Well Come Back to Bite BIIB – And Biopharma | "However, this sales opportunity seems unrealistic in our view, as the much higher than expected pricing could lead to pushback from payers and substantially strain Medicare…." |
| 6/7/21 | RBC Capital Markets | BIIB: FDA Threads Needle, Approving Adu On Conditional Basis But With Broad, Favorable Label, Major Win For BIIB | "We have expected [Aduhelm] reimbursement access to be mixed[], and the nature of the accelerated approval could provide payers some cover to limit coverage." |
| 6/7/21 | Reuters News | BREAKINGVIEWS-Alzheimer's drug feeds U.S. healthcare cost spiral | "Drug launches often surprise to the downside, and the uncertainty over whether Biogen's therapy will be widely used is higher than most. The lack of strong efficacy may dissuade doctors from prescribing it, and insurers may try not to reimburse. " |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Reuters News | EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients? | "Cigna Corp, a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease." |
| 6/7/21 | Reuters News | U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients | "Still, most insurers are likely to limit their coverage of the drug to the type of patients who participated in the trial, said Steve Miller, chief clinical officer at health insurer Cigna Corp. He estimated that 85% to 90% of U.S. patients eligible for the drug are covered by Medicare. 'I would be very surprised if any payer, including Medicare, made it available for a broader population than the study population,' Miller said." |
| 6/7/21 | Stifel | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/ CNS (Mostly Good But Not Necessarily All Good) | "The high price is sure to draw scrutiny from payors (notwithstanding other costs associated with treatment), particularly given Aduhelm's broad label, which could narrow use, though from a revenue perspective even low single-digit shares in the target population here can translate into billions in sales at this cost level. Perhaps in an attempt to get in front of scrutiny, Biogen has announced an intention to enter into a value-based contract with Cigna to ensure that there is a streamlined path to access treatment for patients consistent with the population in which ADUHELM was studied. Biogen also notes that both parties will be tracking performance towards certain outcome metrics for patients suggesting potential claw-backs of revenue if outcomes aren't met, though the implications of this remain unclear. Ultimately the net price will probably come in far lower than $56K, but even still it looks like there's significant upside here vs expectations, and given the very high level of anticipated patient demand, more significant payor hoops, even if a few insurers try to flat out refuse reimbursement, probably don't counterbalance a reality where realized aducanumab sales are greater than what we'd previously modeled (~$5B peak, mostly US)." |
| 6/7/21 | Stifel | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/ CNS (Mostly Good But Not Necessarily All Good) | "Since our initial reaction note on aducanumab/Aduhelm approval …, the FDA label has posted (broad, a win on monitoring requirements) and pricing came in well above expectations. While our model is under review ahead of the BIIB call tomorrow morning, pricing, even with a great label, points to a more narrow market share than we expected, and probably a more contentious coverage fight with payors, but on balance we still expect Street sales estimates for Adu to go much higher. … However, our one concern here comes around the Aducanumab annual cost, and whether at $56K/year (we were at $10k) the sticker shock could further invigorate scrutiny on drug pricing." |
| 6/7/21 | Stifel | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/CNS (Mostly Good But Not Necessarily All Good) | "While our model is under review ahead of the [Biogen] call tomorrow morning, pricing, even with a great label, points to a more narrow market share than we expected, and probably a more contentious coverage fight with payors, but on balance we still expect [Wall] Street sales estimates for [Aduhelm] to go much higher.... [O]ur one concern here comes around the Aducanumab annual cost, and whether at $56K/year (we were at $10k) the sticker shock could further invigorate scrutiny on drug pricing. ...[W]e assume [Biogen] did lots of payor work pre-approval...." Emphasis removed. |
| 6/7/21 | Stifel | Wow! Accelerated Approval of Aducanumab On Amyloid as a Surrogate; An Unexpected But Still Positive Outcome for BIIB | "As we've discussed in depth, this will probably not be an easy drug to use. We haven't seen a label yet, but things like pre-treatment [positron emission tomography] scans and MRI monitoring will add complexity and cost. Accelerated approval on a biomarker could also be complicating, and because the budget impact of this drug for insurers could be very significant, this could be used as a tool or excuse to regulate access. Ultimately, we think it will be hard for insurers to simply not pay for this, but the context of approval is just one more complicating factor." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | SVB Leerink | Key Takeaways from the Aducanumab KOL Pulse Call | "[The key opinion leader] expects payers and physicians will set their own restrictions for a subpopulation of patients and the uptake will be slow and depend on center infusion capacity and payer access ... [The key opinion leader] expects reimbursement to be difficult and this may impact the ramp.[] Regarding payer restrictions: The high cost of [Aduhelm] combined with lack of guidance surrounding patient types on the label will probably cause payers to set their own restrictions and guidelines to narrow down eligible patients, which may deter physicians from prescribing, depending on how cumbersome the restrictions are to navigate." Emphasis removed. |
| 6/7/21 | SVB Leerink | Key Takeaways from the Aducanumab KOL Pulse Call | "He expects reimbursement to be difficult and this may impact the ramp. … The high cost of [Aduhelm] combined with lack of guidance surrounding patient types on the label will probably cause payers to set their own restrictions and guidelines to narrow down eligible patients, which may deter physicians from prescribing, depending on how cumbersome the restrictions are to navigate. [The KOL] expects the government (CMS) to be very focused on the cost burden for this drug. The KOL also assumed that the co-pay may be significant and thus become another barrier for patients." |
| 6/7/21 | William Blair | FDA Finds a Way; Accelerated Approval of Aducanumab With Broad Label Boosts Biogen's Outlook | "For Biogen, the questions remaining include how it will price the therapy, potential restrictions from payers given the broad label.…" |
| 6/8/21 | Associated Press Newswires | EXPLAINER: How will insurers cover a new Alzheimer's drug? | "Federal regulators have approved the first new drug for Alzheimer's disease in nearly 20 years, leaving patients waiting to see how insurers will handle the pricey new treatment.Health care experts expect broad coverage of the drug, which was approved Monday. But what that means for patients will vary widely depending on their insurance plan. In some cases, that could mean coming up with several thousand dollars to pay for what the insurer didn't cover." |
| 6/8/21 | Bank of America | Shifting Alzheimer's regulatory standards presenting new challenges; Call TODAY | "Several [key opinion leaders] were also concerned by the price point ($56k/[year] gross), questioning what access would look like with payers now justified restricting access given regulators had, in a sense, conceded there may not be clinical benefit." |
| 6/8/21 | Bank of America | Shifting Alzheimer's Regulatory Standards Presenting New Challenges; Call TODAY | "We remain puzzled by Food and Drug Administration (FDA)'s decision yesterday to approve Biogen's Alzheimer's treatment[.] … The launch is indeed a narrative change at Biogen, which prompted our upgrade to Neutral ($400 PO), and while we recognize the political dynamics supporting approval, we'd argue FDA's new approval criteria is likely to cause commercial and developmentuncertainty. Indeed, as a result of ensuring access, several neurologists we spoke with yesterday expressed confusion over which patients were likely tobenefit given the lack of guidance (e.g., no requirement for a positive amyloid [positron emission tomography] scan, a key trial inclusion criteria). … KOLs we spoke to stressed confusion over which patients are best candidates for the drug-and that payerpushback is likely to be high. … Ironically confirmatory studies may be required to get more docs onboard." |
| 6/8/21 | Bank of America | Takeaways from Biogen's Aduhelm Call | "Critically however Biogen was more vague on the expected out-of-pocket expense for patients, which could become a barrier for many covered by Medicare. In addition, KOLs (key opinion leaders) we spoke with felt payers would use the hefty $56k/[year] price tag (~$41k/[year] the first year due to dose titration) to justify major restrictions." |
| 6/8/21 | Bernstein | Biogen: A few useful numbers on Aduhelm's likely payer dynamics | "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions could be divergent[] – both conditions are clearly met for Aduhelm. … [F]or Aduhelm CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive [positron emission tomography]. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch." |

APPENDIX C

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Cantor Fitzgerald | Increasing PT But We Think Shares Could Be Range Bound Unless Pipeline Comes Up Big in 2021 | "Additionally, [Biogen] will need to get reimbursement from CMS (Medicare), which will be the predominant payer in this population." |
| 6/8/21 | Chicago Tribune | Drug for Alzheimer's authorized But advisory panel opposes final OK, citing clinical trials | "Because Alzheimer's primarily affects older people, most costs are expected to fall to Medicare's Part B program. Medicare has not yet said how it would cover the drug and its associated costs. The insurer Cigna projects that beyond the cost of the medicine, diagnostic and safety monitoring expenses will total about $30,000 per patient in the first year of treatment, plus about half that each subsequent year. It, too, has not yet determined how it will cover the drug." |
| 6/8/21 | Citi | Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry? | "[T]he price-tag does not indicate that payers were given much consideration. Given the [total addressable market] size of ~$85B in the US alone and >80% of this being [M]edicare, it creates an existential question for the program considering total [M]edicare Part-B spending in 2019 was only ~$37B. The industry has just started breathing easy from the last drug pricing debate but we suspect the industry could get right back into it again as we expect this debate to only intensify from here. As we have seen before with PCSK9s, payers can effectively create roadblocks if they are determined. ... [O]ur healthcare services analyst … expects CMS to establish a national coverage decision (NCD) shortly…. [He] expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." Emphasis removed. |
| 6/8/21 | Citi | Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's space? | "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget cannot be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with $800B annual [M]edicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation." |
| 6/8/21 | Citi | Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's Space? | "While the payer puzzle would need some work, we think the unmet need and BIIB sales machine will likely overcome the hurdle and see $17B peak global oppy ($13B in the US) for Aducanumab. … Having said that, we think upside could be capped at current levels as competition is also looming and medicare may find it challenging to incorporate Aducanumab and this keeps us on sidelines." |
| 6/8/21 | Cowen | Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos | "While the Centers for Medicare & Medicaid Services (CMS) may soon open a National Coverage Determination (NCD) on aducanumab, we expect the end result will be coverage in line with the FDA label with perhaps some additional patient and provider requirements. ... [P]harmaceuticals are increasingly triggering the NCD process as they become more costly and complex, with CAR-T therapy and Dendreon's Provenge being a few recent examples. ... Medicare's NCD process itself is a nine-month process that can stretch to 12 months if CMS holds a Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) meeting." Emphasis removed. |
| 6/8/21 | Dow Jones Institutional News (Barron's) | The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry -- Barrons.com | "In the hours after the [pricing] announcement … Citi Research analyst Mohit Bansal issued a similar warning early Tuesday: 'At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on Medicare budget cannot be ignored,' he wrote. 'Medicare may not have much choice but to find a way to restrict use in this situation. This could potentially spark the drug pricing debate again in the remainder of the year.'" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Dow Jones Institutional News (MarketWatch) | Biogen Expects Its $56,000 Alzheimer's Drug To Be Covered By Medicare For 'most' Patients – MarketWatch | "Shares Biogen Inc. (BIIB) pulled back 1.4% in afternoon trading Tuesday, in the wake of the company's conference call with analysts following the approval of Aduhelm by the Food and Drug Administration to treat Alzheimer's disease. The decline comes a day after the stock skyrocketed 38.3% on the approval[]. Chief Executive Michel Vounatsos said on the call that while wholesale acquisition cost of Aduhelm, with shipping expected to be started in two weeks, was priced at $56,000 per year for an average patient, he expects dose titration to result in an average [wholesale acquisition cost] of about $41,000 for an average patient. Vounatsos also said that since the 'vast majority' of Alzheimer's patients are at least 65 years old, he expects 'most' patients to be covered by Medicare, either through fee for service or Medicare Advantage. BofA Securities analyst Geoff Meacham upgraded Biogen to neutral from underperform, and boosted his price target by 70% to $400, but said he suspects 'Aduhelm is likely to disappoint commercially given confusion over the benefit -- and payer pushback -- and we suspect the number of treated patients could easily fall short' of consensus forecasts. Stifel Nicolaus's Paul Matteis said the 'high price is sure to draw scrutiny from payors,' particularly given Aduhelm's broad label, which could narrow use." |
| 6/8/21 | Dow Jones Institutional News (S&P Global Ratings) | *S&PGR Afrms Biogen 'A-' Rating; Outlook Negative | "As such, it's uncertain the extent to which doctors will prescribe Aduhelm, payers will constrain coverage for this treatment, and the company will achieve both attractive pricing and broad access." |
| 6/8/21 | Financial Times (FT.Com) | Biogen/Alzheimer's: the high cost of hope | "Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| 6/8/21 | Guggenheim | BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455 | "We spoke with an expert in insurance payer dynamics, and she emphasized that [positron emission tomography] scans to confirm or diagnose amyloid pathology are not considered the current standard of care for treating [Alzheimer's disease]. Because the label specifies that the drug activity is meant to reduce amyloid plaques, patients will likely need a confirmatory [positron emission tomography] scan to receive a prescription, which will not be covered by Medicare (as it's not part of normal treatment). [Biogen] noted that patients will likely need either [positron emission tomography] or [cerebrospinal fluid] markers (requiring a spinal tap) to become a candidate for the drug, and we believe this might create a bottleneck to getting patients on drug." |
| 6/8/21 | Jefferies | Spoke to Mgmt, 3 Follow-Up Thoughts – Nicely Dampening Expectations | "We are not overly concerned [with] all the noise around $56k gross pricing ($39k first year due to lower dose) and believe Medicare and payor coverage will fall into place for the core population of [mild cognitive impairment patients] etc. ... We expect some appropriate 'public' pushback from payors regarding the broad label but they will reimburse Aduhelm for patients that are similar to the Phase III study population (1-2M [mild cognitive impairment]/mild patients per [Biogen]). … The [company] confirmed per the FDA label, there's no language regarding mandatory amyloid testing, which isn't typically done and there's no formal reimbursed test (they are advocating to get it covered)." |
| 6/8/21 | Jefferies | Spoke to Mgmt, 3 Follow-Up Thoughts – Nicely Dampening Expectations | "BIIB is also close to a Veterans VA deal contract soon too. This is not a 'Sovaldi' like situation and immediate 'hockey stick' ramp and payors and MCOs will have it in their bids/numbers in 2022, in our view. We also point to IV Ocrevus MS neurology drug that did $1.4B in its first full year although clearly not a perfect analogy but similar price and smaller market size." |
| 6/8/21 | Mizuho | Aduhelm Call Takeaways: 'Modest Revenue in 2021' and 'Gradual Uptake Over Time' | "The expectation seems to be that the majority of patients will be covered by Medicare (fee-for-service or [A]dvantage), specifically, management anticipates that most of the patients under Medicare fee-for-service will also have a secondary coverage, which will limit out-of-pocket coverage. For those with Medicare [A]dvantage plans, management expects to be a few months after launch for these plans to establish its medical policies." |
| 6/8/21 | Morgan Stanley | Aduhelm Approval Pushes PT to $455 | "We see the investor debate moving to launch speed (including how payers will respond)[.] … We have slightly lowered our penetration as we assume more abandonment/payer pushback given the higher-than-expected price. The lower penetration is more than offset by increasing our assumed net price from $20,000 to $35,000 (the wholesale price is $56,000)." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Oppenheimer | Launch Plans Debunk Misleading Aduhelm Myths | "[Report includes slides from Biogen presentation, which state:] Medicare expected to cover vast majority of ADUHELM patients ... CMS coverage at launch through miscellaneous coding; aim for final J-code by early 2022 ... Engaging [Medicare Administrative Contractors] to support consistent regional access ... Expect most Medicare Advantage plans to define medical policies within the first several months[.]" |
| 6/8/21 | Piper Sandler | More Commercial Questions Than Answers After Aduhelm Investor Call | "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. ... [I]n fact, there is a decent body of precedent where [CMS and FDA] have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD[]. Per previous guidance, this could allow CMS to implement a CED[] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely." |
| 6/8/21 | Piper Sandler | More Commercial Questions Than Answers After Aduhelm Investor Call | "[W]e think investors who are viewing Aduhelm's broad label, much higher-than-anticipated price and primarily Medicare population as essentially a 'blank check' may be overlooking a number of key details. Specifically, we would remind investors that CMS does have levers to limit the use of particular therapies to only those patients who could benefit from it. These include initiating an NCD (internally driven or at the request of a commercial payer) or CED to limit or delay coverage, among other tools. Bottom line: … we think a lot of blanks still need to be filled in with regard to CMS/payer reaction…." |
| 6/8/21 | RBC Capital Markets | 'Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use; Tgt To $400 On Broad Approval | "We see several key barriers that could temper Aduhelm's launch and ultimate market potential, including but not limited to how payer and access dynamics may unfold, whether institutions across the U.S. can prepare for the high patient throughput demand from potentially hundreds of thousands if not millions of patients, and how the community ultimately continues to find real-world clinical utility in Aduhelm as clinicians gain hands-on experience with its use." |
| 6/8/21 | RBC Capital Markets | 'Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use; Tgt To $400 On Broad Approval | "We now see balanced reward/risk following Aduhelm's approval at current share price and would wait for [additional] clarity on launch rollout, payer access, and operational hurdles to further refine projections on the near-term launch trajectory and long-term revenue potential." |
| 6/8/21 | Reuters News | UPDATE 1-Runner with Alzheimer's Hopes New Drug Will Keep Him on Track | "It is not clear yet how much the drug will cost patients, most of whom are expected to be covered by the U.S. government's Medicare program for people aged 65 and older. Patients will likely have some out-of-pocket costs such as for coinsurance and a deductible, but so far Medicare has not made a decision. The McKays are waiting for guidance from their insurance company and Medicare." |
| 6/8/21 | SVB Leerink | Aduhelm Ready to Launch | "Management expects the majority of Aduhelm patients to be covered by CMS at launch through miscellaneous coding, with a final J-code expected by early 2022. And it expects Medicare Administrative Contractors (MACs) to support regional access and most of the Medicare Advantage plans to define medical policies within the first several months." |
| 6/8/21 | The Boston Globe | Drug could bring record windfall | "The Centers for Medicare and Medicaid Services could step in where the FDA deferred, setting a policy that would restrict which Alzheimer's patients would be eligible for Aduhelm." |
| 6/8/21 | The Washington Post | FDA approves Alzheimer's drug | "Medicare is likely to shoulder much of the cost of the drug, given the age of people with Alzheimer's, but it has not indicated its plans for coverage. Private payers will be under intense pressure to pay for the treatment but may push back on the price. It's not clear yet how much patients on government or private insurance will have to pay in cost-sharing." |
| 6/8/21 | USA Today | Alzheimer's drug gets green light from FDA | "'It's going to be months before we know if anybody is going to pay for medication, the infusions, the MRIs, the [positron emission tomography] scans that will be needed,' said Dr. Pierre Tariot, director of the director of Banner Alzheimer's Institute in Phoenix. 'Who will be trained to disclose the amyloid information to the patient and the families? There's a lot that has to be done.'" |

**APPENDIX C**

# Relevant Analyst and Market Commentary
## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Wedbush Securities | If You Build It, Will They Come? We're Still Skeptical | "[T]he $56,000 annual [wholesale acquisition cost] price is consistent with our pre-approval assumption but given the absence of a tangible, clinical benefit, we anticipate payers will become the 'gatekeepers'. ... [Biogen's] pricing strategy represents a challenge for the space and we foresee more headwinds to come. … Simply put, we cannot envision a launch without payer-level restrictions and await more color on how these unfold." |
| 6/8/21 | William Blair | Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform | "Risks to our upgrade likely stem from headline risk on the cost of the therapy and the small potential of a negative Medicare national coverage determination (NCD), which we view as unlikely given the unmet medical need and patient advocacy. … It remains to be seen how Medicare plans will handle the price and bolus of patients, and we have therefore kept our penetration rates low ahead of additional details." |
| 6/8/21 | William Blair | Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform | "Concurrent with the approval announcement, Biogen announced several patient initiatives to support access, including with the Veterans Health Administration, Cigna Corporation, and a screening initiative with CVS Health beginning in September." |
| 6/8/21 | Wolfe Research | Perspective on Aduhelm investor call | "Q: How will not having a J-code impact uptake, and other impediments in first 12 [months] of launch? [Biogen] provides high level commentary about working with different stakeholders to address these matters. On the J-code, expect full implementation by early 2022 – ahead of that, will get reimbursed under a miscellaneous code. Has local teams that will prioritize 900 focus accounts to bring them online. ... Q: How might insurance [companies] try to deny access? [Biogen] says it has been engaging with payers for more than a year really, but says this is a tough question to answer. Says coverage is already presumed with Medicare. Mentions how it is pursuing innovative contracting with Cigna (value-based contracting) and with VA (finalizing a multi-year agreement)." |
| 6/8/21 | Wolfe Research | Perspective on Aduhelm Investor Call | " Q: How might insurance [companies] try to deny access? BIIB says it has been engaging with payers for more than a year really, but says this is a tough question to answer. [Biogen] [s]ays coverage is already presumed with Medicare. Mentions how it is pursuing innovative contracting with Cigna (value-based contracting) and with VA (finalizing a multi-year agreement)." |
| 6/9/21 | Financial Times | Biogen/Alzheimer's: the high cost of hope | "But markets may presume too much. For starters, doctors may hesitate to prescribe the drug until further proof of its effectiveness appears. Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| 6/9/21 | Guggenheim | BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle | "While officially at the discretion of the prescribing physician, we believe (and [Biogen] commentary agrees) that both private and public payers will require the verification of amyloid pathology (via [positron emission tomography] or [cerebrospinal fluid] draw) prior to drug administration. … Medicare doesn't reimburse [positron emission tomography] scans (our checks suggest they cost ~$4-5K) for this purpose and … this will create a bottleneck to getting patients on drug unless the company can find a way to subsidize the diagnostic costs for patients. At this point, [Biogen] is not able to directly pay for [positron emission tomography].... Medicare fee for service patients … will be eligible for reimbursement right away, and Medicare Advantage patients ... have out of pocket maximums or dual coverage … with Medicaid to abate drug costs. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug." |

APPENDIX C

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/9/21 | Stifel | BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs | "[We spoke to a Payor Consultant,] Dr. Pezalla [, who] highlighted what to expect for commercial insurance and Medicare, the latter of which is most important. Ultimately, he anticipates [Aduhelm] to be covered for the ENGAGE/EMERGE population, though in his view, the sheer budget impact for Medicare could lead them to convene a 'MEDCAC' for a National Coverage Decision for discussion (though interestingly, [Biogen] isn't certain there will be a formal NCD) ... Dr. Pezalla believes that Medicare will likely cover the drug per trial population (early/mild [Alzheimer's disease], perhaps with a positive [positron emission tomography] requirement), though he also noted that they could hold their own version of an Advisory Committee (a 'MEDCAC' ) to discuss coverage and anything[sic] considerations related to it. But there is a pretty small chance in his mind that coverage ends up being rejected; he couldn't think of any relevant/concerning precedent here. ... Dr. Pezalla does expect out-of-pocket cost to be a factor. He estimates that ~30% of part B beneficiaries have supplemental insurance … which would limit out-of-pocket cost substantially, but for the rest, unless they are dual eligibles ... coinsurance costs could be significant (say ~$10k). ... Moreover, he sees supplemental insurance as being phased out over time, albeit slowly." Emphasis removed. |
| 6/9/21 | The Boston Globe | CEO of CVS says Biogen Alzheimer's drug won't break the bank right away | "CVS, which operates one of the largest US health-insurance businesses, is evaluating Aduhelm while it awaits word from the Centers for Medicare and Medicaid Services on how the government agency plans to pay for it, [Karen] Lynch[, the chief executive of CVS Health Corp.,] said at the Goldman Sachs Annual Global Health-Care Conference. ... Cigna is in talks with Biogen on developing a value-based contract for Aduhelm, the companies said after the drug was approved." |
| 6/9/21 | The New York Times | Profit Spigot For Biogen May Be Tap On Medicare | "Despite scant evidence that it works, the drug, Aduhelm, is predicted to generate billions of dollars in revenue, much of it from Medicare. ... Those billions of dollars in anticipated costs are likely to be shouldered largely by Medicare. The drug's approval could drive up insurance premiums, according to health care policy experts. And it could add new out-of-pocket costs for some families that are already facing years of staggering costs for caring for loved ones with Alzheimer's. ... The most important payer will most likely be Medicare's Part B program, which covers drugs that are administered to seniors in doctors' offices and other outpatient settings. A spokesman for the Centers for Medicare and Medicaid Services said on Tuesday that the agency is reviewing the F.D.A.'s decision, which 'provides hope to families, caregivers and the older Americans living with Alzheimer's who rely on Medicare for health coverage.' If Medicare covers the drug, it will very likely become the Part B program's most costly medication within a few years. In 2019, the Part B program's biggest drug expenditure, at $2.9 billion, was for Eylea, which treats macular degeneration, followed by $2.7 billion for the cancer drug Keytruda. The program does not generally pay for the [positron emission tomography] scans that were used in clinical trials to detect whether patients had amyloid in their brains. ... Insurers also might balk at paying for some associated costs. Those include regular M.R.I. scans to monitor for potential side effects, like brain swelling or bleeding that occurred in 40 percent of clinical trial participants. These effects, while often mild, can be serious." |
| 6/10/21 | Associated Press Newswires | Medicare copays for new Alzheimer's drug could reach $11,500 | "Medicare has a review process known as a National Coverage Determination to evaluate new treatments that could have far-reaching implications for the program. Officials have not yet said how the program will proceed with Aduhelm. It's possible Medicare could set conditions for covering the drug, based on clinical effectiveness." |
| 6/10/21 | SVB Leerink | Aduhelm Gives Biogen Its Groove Back | "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
| --- | --- | --- | --- |
| 6/10/21 | The Boston Globe | What's next for the new Alzheimer's drug? Lots of thorny issues ahead | "But it's possible some restrictions will be put in place that will slow access, industry experts said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete. Theoretically, CMS could determine that Aduhelm is not medically necessary. More likely is that the agency would restrict which patients will receive the drug or require that only those willing to participate in research studies receive it.... [Thomas] Barker[, cochair of the health care practice at the Foley Hoag law firm and former general counsel for CMS,] thinks it's likely that CMS will pursue a National Coverage Determination, and the decisions that result would be copied by private insurers. ... Medicare has no limit on out-of-pocket payments, and will cover only 80 percent of the $56,000 cost, leaving patients with bills in excess of $10,000 a year, [Dr. Steven D.] Pearson[, president of the Institute for Clinical and Economic Review,] said. While many people have supplemental insurance to pick up some of those copays, that just means further inequities for those who can't afford such coverage, he said. Plus there will be copays on the [positron emission tomography] scans and MRIs, he added." |
| 6/10/21 | UBS | Like it or not, Aduhelm is going to get used - Upgrading to Buy post doc checks | "On pricing, we expect headline noise to create volatility and ultimately see coverage likely narrowed to align with the Ph[ase] 3 trial population (mild [Alzheimer's disease patients] with [positron emission tomography/cerebrospinal fluid] proven amyloid). … As we stated, we expect significant payor pushback - on this front, more restrictive coverage decisions could negatively impact uptake, as could burdensome out of pocket costs." |
| 6/10/21 | UBS | Like It or Not, Aduhelm is Going to Get Used - Upgrading to Buy Post Doc Checks | "We expect payor pushback/noise in the near-term and note ICER already announced the convening of a public meeting on [July ]15 to discuss key issues, including insurance coverage." |
| 6/11/21 | Baird | Weekly Recap - Very Ready for This Week to Be Over | "Here we note that the Medicare reimbursement process (a potential MEDCAC meeting, and dynamics surrounding a National Coverage Determination (NCD) and the potential for Coverage with Evidence Development (CED)) ... will all be key factors to watch as we look to get a grasp on what the sales trajectory will look like here for a product with patient demand that could rival the Hep[atitis] C launches." |
| 6/11/21 | Dow Jones Institutional News (Barron's) | Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/11/21 | Dow Jones Institutional News (MarketWatch) | Biogen Stock Heads For Biggest Weekly Rally In More Than 2 Decades, UBS Analyst Targets More Gains -- MarketWatch | "'We acknowledge there has and will continue to be physician/payor pushback but our doc[tor] checks indicate patient-led demand is already extremely high, with even bearish clinicians acknowledging there will be significant use (even if not under their own care),' [UBS analyst Colin] Bristow wrote in a note to clients." |
| 6/11/21 | Los Angeles Times | Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says. | "Medicare ha[d] not made a determination on covering Aduhelm.…" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/11/21 | Reuters News | ANALYSIS-U.S. FDA faces mounting criticism over Alzheimer's drug approval | "Biogen has said that some 1.5 million Americans with early-stage Alzheimer's will be eligible for the drug, priced at an average of $56,000 per year, with the federal Medicare insurance program for seniors likely on the hook for most of the cost." |
| 6/11/21 | The Boston Globe | What families dealing with Alzheimer's should know about the newly approved drug | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |
| 6/11/21 | The New York Times | Three F.D.A. Advisers Resign Over the Approval of an Alzheimer's Drug | "Beyond the steep price tag of the drug, additional costs to screen patients before treatment and for regular MRIs required to monitor their brains for problems could add tens of thousands of dollars to the tab. Medicare is expected to shoulder much of the bill." |
| 6/12/21 | Associated Press Newswires | Georgia families hope Alzheimer's drug helps loved ones | "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years." |
| 6/12/21 | Financial Times | The Alzheimer's economy | "Yet experts believe health insurers are likely to feel obliged to cover the drug now it has been approved by the FDA. ... Most US patients will be on Medicare, the public health insurer for the over 65s, which Biogen told investors it expects to cover the 'vast majority' of patients. Some experts predict it will quickly become Medicare's largest expenditure for physician-administered drugs. The potential costs go well beyond just the medicine. The exigencies of administering it look set to challenge established patterns of caring for those with dementia, creating a need for different kinds of staff and expensive equipment not typically associated with treating the disease. ... However, in the US ready funding for the treatment will spawn its own business models, he suggests. Medicare pays doctors a fee of 6 per cent of the price of the drug, plus infusion and visit fees. ... Bigger, even, than the question of how the drug is to be delivered is how much health systems and the taxpayers who fund them will be willing to pay for a medicine with modest proven impact." |
| 6/12/21 | Jefferies | Alzheimer's KOL: Sees Plenty of Patient Demand, Logistics Can Be Sorted Out | "Other logistics such as vendor purchasing of drug/[positron emission tomography] ligand will need to be worked out. Medicare will likely pay for [positron emission tomography]/radioligand which can cost $5000-6000 per patient (co-pay will be in the hundreds), although coverage for younger patients remains uncertain." |
| 6/12/21 | PR Newswire | Alzheimer's Association Statement: Next Steps For New Alzheimer's Treatment | "Next, the path to access turns to the Centers for Medicare & Medicaid Services (CMS). Just as with the FDA, we have the utmost respect for CMS and how they will approach the key decisions ahead. We're committed to working with them -- and with the private payer community -- to expedite access for all of those who would likely benefit based on the successful clinical trial. CMS faces difficult policy decisions on how to best accomplish this within the context of the Medicare program, and we stand ready to fully support CMS and private payers in this work for all communities in need." |
| 6/13/21 | Los Angeles Times | PERSPECTIVES; Dismay over hasty OK of Alzheimer's drug | "If 1 million patients receive the treatment, the overall cost could exceed $50 billion. That might be cost-effective if Aduhelm materially improved the outcomes for patients, but the clinical evidence for that result is questionable. Medicare patients pay about 20% of the cost of their drugs, with no cap, so some of the burden of Aduhelm's price will fall on them. It's possible, even likely, that insurers and other payers will try to moderate the financial impact of the drug by excluding some categories of Alzheimer's patients from the treatment." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/14/21 | Dow Jones Institutional News (Barron's) | Door Opens Wide for Alzheimer's Treatments --- Biogen's drug wins FDA approval, and signs look good for Eli Lilly and others with drugs in development. How big can this market get? | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/14/21 | Bernstein | Biopharma Wkly (06/14/21): TRx pickup suggest strong pharma 20; Aduhelm wrap-up & LLY price update; LNP Myocarditis? | "The NCD process may weigh on the stock but less likely to slow adoption. We upgraded [Biogen] on Friday after[] observing that even if the update of Aduhelm is limited to the 'as tested' population, adoption would justify our target price; and[] eliciting DC contacts' views who believed any policy action restricting the drug's would be delayed until adoption is observed." Emphasis removed. |
| 6/14/21 | Dow Jones Institutional News (The Wall Street Journal) | Heard on the Street: Biotech Rally Sparked by Alzheimer's Drug Has Staying Power -- WSJ | "What is more, most patients with the disease are eligible for Medicare, meaning taxpayers will be footing a large chunk of the bill." |
| 6/14/21 | Guggenheim | BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But Not Clear Who Pays and How Quickly | "[T]he key gating factor for broad [']use['] of the drug (i.e., not prescriptions) will be who (payor, BIIB, infusion center, patient) can cover the cost of the [positron emission tomography] scan/[Cerebrospinal fluid] testing to verify amyloid pathology and get patients on drug as fast as possible and if it's Medicare, what other tools do they have to limit use?" |
| 6/14/21 | Guggenheim | June 14, BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But No Clear Who Pays and How Quickly | "Our key takeaways are: (1) ultimately, our experts agree that Medicare will cover the cost of the drug and Medicare Advantage and commercial payors will follow, (2) the simplest way for this to happen is for CMS to issue a national coverage determination, which would include their guidance on what an eligible patient is - this could take 6-9 months, (3) the key controversy remains the reimbursement for clinical testing ([positron emission tomography] scan, [cerebrospinal fluid]) to confirm amyloid pathology (not currently covered by Medicare) which will likely be necessary for reimbursement, (4) our experts are split on whether Medicare will ultimately cover the cost of the [positron emission tomography] scan or [cerebrospinal fluid] testing and whether (and how) [Biogen] could pay for it to ensure patients can get on drug (payers pay to diagnostic tests in cancer, so should also pay for [Alzheimer's disease]). ... However, our conversations with multiple experts have had made it clear that pressure will be put on Medicare Advantage to eventually cover Adu[helm] (most part B drugs like Adu[helm] are reimbursed through Medicare Advantage)." Emphasis removed. |
| 6/14/21 | Jefferies | Alzheimer's Doc Survey: Plans for BIIB Aduhelm Launch | "1/3 of doc[tor]s expect the biggest issue to be related to payor coverage and price - but our checks indicate this is unlikely to be an issue and will likely be covered by Medicare/[Medicare Advantage]." |
| 6/14/21 | SVB Leerink | BIIB111 Missed in Choroideremia; No Change to Model | "Key risks to our investment thesis: … Aducanumab faces significant payer push-back[.]" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/14/21 | The Boston Globe | New Alzheimer's drug presents challenge to families | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |
| 6/14/21 | Dow Jones Institutional News (The Wall Street Journal) | Biotech Rally Has Staying Power | "What is more, most patients with the disease are eligible for Medicare, meaning taxpayers will be footing a large chunk of the bill." |
| 6/14/21 | UBS | DC Perspective on Aduhelm Approval | "Thornhill anticipates a range of possibilities from an NCD (Thornhill characterized as likely and already garnering support) to a potential 'demo project' that would include future Alzheimer's new drug approvals. Thornhill did not rule out the potential for CMS to solicit Congressional involvement given the limitations within the current Part B program to regulate pricing. A formal NCD process (which could take up to a year) would put more 'burden of proof' on Aduhelm proving improvement in health outcomes (survival, disease progression, quality of life) over and above what was evaluated in the FDA decision making process. Even within an NCD however, Thornhill acknowledged the process could be open-ended with potential for accompanying registries (as was the draft for CAR-T) and/or approval only within a very specific criteria." |
| 6/15/21 | Baird | Don't Go Chasing WATERFALLS | "Wait and see for Aduhelm uptake. Although we are still skeptical surrounding the data which was used to justify the Aduhelm accelerated approval, the commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inibitors are unlikely to provide clinical benefit to [Alzheimer's disease] patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." Emphasis removed. |
| 6/15/21 | Chicago Tribune | Alzheimer's drug could cost Medicare billions, report says | "A new $56,000-a-year Alzheimer's drug would raise Medicare premiums broadly, and some patients who are prescribed the medication could face copayments of about $11,500 annually, according to a recently published research report. ... The new analysis by the nonpartisan Kaiser Family Foundation estimated that if just 500,000 Medicare recipients are prescribed Aduhelm, it would cost the program nearly $29 billion a year, far more than any other medication. 'At this price, the cost of this one drug alone could top all others covered by Medicare, if it is used widely,' said Tricia Neuman, coauthor of the report. ... Medicare has not made a formal determination on covering the Alzheimer's drug, but cost traditionally does not enter into such considerations. ... The Kaiser analysis also found that domino effects would include higher 'Part B' premiums for Medicare's outpatient coverage and increases in monthly premiums for millions with supplemental 'Medigap' plans. As an infusion drug that would be administered in a doctor's office, Aduhelm is covered by Medicare's outpatient care benefit. The Part B standard premium, paid by most enrollees, is currently $148.50 a month. Beyond monthly premiums, there would also be impacts on out-of-pocket costs. Many patients taking the medication, including those signed up in Medicare Advantage plans from private insurers, could face thousands of dollars in copayments[]. The maximum could reach about $11,500, researchers estimated, well beyond the budget of a typical Medicare enrollee. 'Because Aduhelm is not a cure for Alzheimer's disease, patients could incur these annual out-of-pocket costs over multiple years,' the report noted." |
| 6/15/21 | Citi | Even WATERFALL does not quench the pipeline thirst but does it matter now? | "The company thinks traditional Medicare (fee for service) could be the first adopter of the drug while Medicare [A]dvantage could come online at a later stage." |

# APPENDIX C

## Relevant Analyst and Market Commentary
6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/16/21 | Jefferies | Tau Alzheimer's Not Relevant For Now, Adu Launch Started Already Today... | "This result may have some negative inevitable headlines but obviously this doesn't change the Bull thesis around a focus on what is most important: developments for Aduhelm specifically on[] reimbursement clarity, and[] steady progress on launch. We note media reported at least one patient was treated in the commercial setting today [with] Aduhelm (though [Biogen] had said commercial drug would start shipping in a couple of weeks so this seems quick...) and expectations are for Medicare to reimburse while an NCD review is likely to be requested and progress over the next 9 months. ... Upcoming Aduhelm dynamics to be aware of: (1) EU [Committee for Medicinal Products for Human Use] decision could be coming in coming months, (2) expect a Medicare NCD review to be opened which could take 9 months (small risk of MEDCAC panel called), (3) progress on commercial launch [with] steady rise in patients getting on drug and quarterly sales results." |
| 6/16/21 | Reuters News | First patient receives controversial Biogen Alzheimer's drug | "Cigna Corp Chief Clinical Officer Steve Miller said he expects Cigna, as well as other health insurers and Medicare, will only agree to cover the drug for patients with early Alzheimer's. ... In addition to [Aduhelm] costs, patients must have tests to diagnose Alzheimer's such as a brain scan, which is not covered by Medicare, or tests using spinal fluid." |
| 6/17/21 | Bank of America | Prescriber survey: payers to fill Aduhelm treatment gaps, dictatingopportunity | "…[P]ayer restrictions and out of pocket (OOP) expenses (averaging about $9-11k/ year) will be the biggest barriers to treatment.…" |
| 6/17/21 | Citi | Expert call points to tough road for Aducanumab until an NCD | "We hosted a CMS expert[] this AM and the most interesting point he made was that Aducanumab may not get reimbursed in a big way by Medicare until there is an NCD (national coverage determination), which could potentially take 9-12 months. This is critical as Medicare makes up for ~85%+ Alzheimer's patient population. This is because prior to NCDs, the local MACs (Medicare administrative contractor) have to take a local coverage determination (LCD) and they may decide to not cover it given[] it is a big decision for a local determination with no prior precedence[ and] the benefit of the drug is controversial. The expert thinks the chances of an NCD rejecting this drug outright are very slim but the process to get there could take time. … The expert thinks an NCD is highly likely given the costs involved and the controversial data. … [He] thinks that chances of a blanket approval or blanket denial both are slim. However, he does expect CMS to narrow the eligible patient population via some level of prior auth[orization] requirement. … For Medicare Advantage the expert believes until there is a[n] NCD/LCD determination, any decision to cover/not cover the drug falls on each individual plan. If this is the case we would not envision any of the [Medicare Advantage]insurers covering the drug near-term. … It is hard to digest that CMS could push off Aducanumab coverage for 9-12 months. However, expert raised logical points as this may be a big decision for an LCDs , especially when the benefit of Aducanumab is being debated. This contrasts [Biogen] comments, which suggested that at least for fee-for-service segment of Medicare, reimbursement would not be a big challenge. It would be fascinating to see how this saga unfolds." |
| 6/18/21 | Citi | Replay and Transcript for Our Aducanumab Medicare Call | "Given again the scope and the complexities and the controversies around the FDA approval, I[, Michael Adelberg, payer key opinion leader,] think that this will likely take longer than NCD decisions usually take. ... In general, historically CMS tends to follow the lead of the FDA. It's uncommon when that doesn't happen. So the fact that the FDA has approved in my mind makes it unlikely [that CMS would not cover Aduhelm]. ... In my mind, it's unlikely that CMS would outright deny approval. I do think that there is a scenario there, could they potentially punt? Maybe[.]" |
| 6/18/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Can Go 'Decisively Higher' on Sales of Alzheimer's Drug -- Barrons.com | "The other new data point is conversations with drug reimbursement and access consultants. They told him[] that there is little that the Centers for Medicare and Medicaid Services, which operates the Medicare system, will do to limit access to Aduhelm in the short term. ... But now, he says that conversations with consultants suggest that, even with a National Coverage Determination, the number of people who would still have access to the drug through Medicare would be enormous." |
| 6/18/21 | Piper Sandler | Upgrade to OW; Neurologist Survey, Reimbursement Checks Too Bullish to Ignore | "First, we highlight a new neurologist (n=52) survey indicating what should be above-consensus uptake based on patient traffic, physician willingness to prescribe and anticipated payer countermeasures. Second, we checked in with a reimbursement consultant who painted an overwhelmingly positive picture on the access and reimbursement front – even in the event CMS initiates an NCD, uptake is likely to have few governors for some time to come." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/18/21 | The Washington Post | Furor grows over FDA's approval of Alzheimer's drug | "Much of the [Aduhelm approval] debate centers on the FDA's surprise decision to approve a broad label for the treatment, which theoretically means any of the more than 6 million people with Alzheimer's could receive it. As a practical matter, doctors and insurers will be left to decide whether to restrict the drug to the population studied in the clinical trials - people with mild cognitive impairment and early dementia, both caused by Alzheimer's. That's a job many physicians and insurers are unhappy to be stuck with, saying more FDA guidance is needed. ... Cigna and many academic medical centers have signaled they are likely to limit the drug to early-stage patients. ... CMS Administrator Chiquita Brooks-LaSure declined to tell reporters recently how the agency will handle the drug. Some health experts are calling for Medicare to develop a national coverage determination - a process that could take months or longer - that would limit coverage to early-stage patients. Such a decision also could avoid a patchwork of policies from local Medicare contractors. Another complication is that the [positron emission tomography] scans used to detect amyloid clumps - critical to diagnosing Alzheimer's - can cost thousands of dollars and are not covered by Medicare. Nor are the multiple follow-up scans needed to check for tiny brain bleeds sometimes caused by the drug." |
| 6/18/21 | UBS | Aduhelm Bull/Bear Call Series - Launch Insights Expert Call #1 Transcript | "I think the insurance company payment and reimbursement issue might be more of a limiting step." |
| 6/18/21 | UBS | Dr. Col's weekly dose - The week ahead, what we're hearing and what happened this week | "The key issue dominating our investor conversations is that of reimbursement. There seems to be little agreement on what reimbursement will look like ahead of a potential national coverage decision and whether it is possible for the [Medicare Administrative Contractors] to flatly deny coverage ahead of this outcome. Our initial diligence suggests flat out denial is unlikely though measures to restrict the eligible population (limiting eligibility to the population in which [Aduhelm] was studied, excluding prior stroke [patients] those on anticoagulants - also exclusion criteria in EMERGE/ENGAGE) and pushback on price should be expected." |
| 6/19/21 | The Boston Globe | Poll shows support for Biogen's Aduhelm | "At the same time, the approval is raising concern about a financial strain on Medicare and generating harsh criticism of FDA officials over approval standards." |
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | "Aduhelm may go under an NCD review (takes 9 [months]) which no other drugs ever really did but we expect an NCD to cover [patients] who reflect the Phase III [trials]." |
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | "The market remains uncertain on the Aduhelm launch and BIIB has pulled back a bit since FDA approval. Market concerns include the purported high price, reimbursement, and public doctor skepticism." |
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | "…Aduhelm [faces] hurdles in reimbursement, [positron emission tomography] imaging, and capacity constraints." |
| 6/21/21 | Bernstein | Biopharma Wkly (06/21/21): A Delta C19 wave coming; CMS history & Adu coverage jitters; Jazz resets but thesis still there | "What's notable here [is] that virtually all [LCDs] actually expand coverage beyond the labeled indications. A few provide codification of the documentation process for demonstration of medical necessity, but none limit coverage for drugs beyond the label. It is fair to point that Aduhelm is unique in its size and we do believe that eventually a decision would limit Aducanumab to its trial population, but it is exceedingly hard to see them doing more than that. ... It seems Medicare contractors legally can restrict access ahead of LCD decision, but it seems unreasonabl[e] that they will do that here." Emphasis removed. |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/21/21 | The Boston Globe | Despite flap over Alzheimer's drug, activist remains optimistic | "[The CEO of the Alzheimer's Association], like the company's executives, said that Aduhelm should be prescribed for patients like those who were in the trials: people in the early stages of the disease with amyloid protein plaques. ... It's expected that payers will set policies to limit coverage to those people, as well." |
| 6/22/21 | Jefferies | Feedback, Thoughts on Stock..Meanwhile FDA Woodcock Also Comments | "[W]e expect ongoing reimbursement to [doctors] (starting to use drug already) through Medicare [fee-for-service] and Medicare Advantage assuming [patients] reflect mild [patients]and until CMS completes a seemingly likely NCD (9 [month] review) in 2022." |
| 6/22/21 | Jefferies | Feedback, Thoughts on Stock.Meanwhile FDA Woodcock Also Comments | "Today, the NYT implies 'potential peak sales of $26B' or more spending than NASA at $23B or CDC at $8B and 4-5x more than other top individual Medicare drugs (Eliquis, Revlimid, Eylea, Keytruda, etc) that will somehow cause massive new spending when CMS is trying to cut spend." |
| 6/22/21 | RBC Capital Markets | MEDCAC Member Suggests NT Adu Access Is Likely, Though Commercial Story Still Far From Written | "Perhaps unsurprisingly, we think that a relatively broad NCD, perhaps just with requirements such as [positron emission tomography] amyloid screening, is likely. We think investors widely anticipate that an NCD will be issued for Aduhelm, simplifying and standardizing Medicare reimbursement policies nationally across [Medicare Administrative Contractors]. … Though it may be difficult to see coverage tied to enrollment in an approved clinical trial (e.g. why would an [Alzheimer's disease] patient risk getting placebo?), we could see some flexibility for creativity in delineating criteria for assessing the 'appropriateness' of Aduhelm in individual patients, perhaps most easily imagined with EMERGE/ENGAGE inclusion criteria." |
| 6/22/21 | The Boston Globe | Confusion on Alzheimer's drug has MDs scrambling | "Medicare may deliver more actionable information than the FDA when it decides how to cover not just the drug but [positron emission tomography] scans as well. 'We will need to see if Medicare and other insurers will limit access to this medication or at least reimbursement for these medications in terms of dementia stage,' Tan [a neurologist and medical director of the Center for Alzheimer's and Memory Disorders at Cedars-Sinai in Los Angeles] said." |
| 6/22/21 | Dow Jones Institutional News (The Wall Street Journal) | The Attack on an Alzheimer's Drug | "Public-health and media critics failed to stop federal approval of Aduhelm, Biogen's new drug for Alzheimer's. So now they're mounting an assault on the drug's cost to stop Medicare from paying for it. Their sudden and rare concern for the federal fisc is illuminating, and not in a good way. 'It's unconscionable to ask seniors and taxpayers to pay $56,000 a year for a drug that has yet to be proven effective,' Oregon [Senator] Ron Wyden tweeted after the Food and Drug Administration approved Aduhelm this month. 'Medicare must be able to negotiate a fair price for prescription drugs.' He means impose price controls, while others want Medicare to restrict coverage of the drug." |
| 6/23/21 | RBC Capital Markets | BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical | "Significant emphasis on working with CMS we believe could further support the potential of an NCD with 'Coverage with Evidence Development' (CED) as we have discussed previously, though how this would be operationalized remains unclear[.]" |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/23/21 | USA Today | More questions than answers | “CMS and private health insurers could limit eligibility for testing to those most likely to benefit. ...In 2013, CMS chose not to pay for the Alzheimer’s diagnostic scans called positron emission tomography, or [positron emission tomography (PET)]. The test involves injecting a tracer chemical into the bloodstream so a scan can reveal amyloid plaques in the brains of Alzheimer’s patients, a hallmark of the disease. ... It’s unclear whether the agency will reverse course and pay for these tests, which cost several thousand dollars, now that an amyloid-clearing drug is available. A cheaper though less frequently used test involves a spinal tap to measure cerebrospinal fluid for amyloid beta or tau, another protein that forms tangles in the brains of Alzheimer’s patients. ... It is critical to narrow eligibility because the U.S. does not have enough neurologists or geriatricians to screen patients and imaging centers with the expertise to conduct PET scans for all suspected Alzheimer’s patients, said Dr. Steve Miller, Cigna’s chief clinical officer. ... Miller said the narrow criteria will allow doctors and insurers to more quickly identify those who are likely to benefit from Aduhelm. ... Companies that make the chemicals used in PET scans are waiting to hear more about whether their tests will be covered by Medicare and private insurers. So far, the chemical tracers mainly have been used in clinical trials studying anti-amyloid drugs.” |
| 6/24/21 | Jefferies | LLY Filing: Should Grow the Whole Market, Docs Likely to Prescribe the Drugs | “Thus, we believe the market is large ([Biogen] cites 1M+ mild [Alzheimer’s disease] patients) and reimbursement access should play out favorably through Medicare [fee-for-service] and Medicare Advantage over the next 6-12 months. CMS should complete a 9-month NCD review in 2022.” |
| 6/24/21 | Jefferies | LLY Filing: Should Grow the Whole Market, Docs Likely to Prescribe the Drugs | “We believe that, if the company were to post good numbers, that would prove the market is large regardless. Two drugs potentially on the market would further grow the market uptake, in our view, since doctors would be unlikely to deny patients two different FDA-approved drugs. Thus, we believe the market is large (BIIB cites 1M+ mild AD patients) and reimbursement access should play out favorably through Medicare FFS and Medicare Advantage over the next 6-12 months. CMS should complete a 9-month NCD review in 2022. BIIB and partner Eisai estimate 40% of patients will have an annual out-of-pocket exposure of ~$200 or less, and another 50% of patients will have a cap on their out-of-pocket expenses. Thus, we maintain our BUY rating on BIIB.” Emphasis removed. |
| 6/24/21 | The Boston Globe | Insurer to Biogen: Cut cost of new drug | “If Biogen doesn’t lower the price, Sherman said, Point32Health may not cover the drug for 1.1 million customers, most of whom get their insurance through their employers and make up about half of its membership. Or, he said, the insurer will impose restrictions, such as requiring periodic brain-imaging tests to prove patients are benefitting from the drug. The insurer has made no coverage decisions yet. ... Point32Health is the first health insurer in Massachusetts that has publicly objected to the price of Aduhelm and could be a bellwether for the industry. ... One of the biggest concerns is the cost of Aduhelm to Medicare. … The vast majority of people with Alzheimer’s are 65 and older and thus covered by the federal Medicare program. With FDA approval, the drug is automatically covered under Part B. But it’s possible some restrictions will be put in place that will slow access to Medicare beneficiaries, industry experts have said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete.” |
| 6/24/21 | The New York Times | New Alzheimer’s Drug Has a Price Tag to Match The Budget of NASA | “Medicare, which covers 61 million Americans 65 and over, does have some tools to contain costs. It could decide to cover the drug in a way that is more limited than the F.D.A. approval, a break from its normal practice. ... Or it could do something even more unusual: An unexpected alliance of advocates has suggested that Medicare put the drug into a randomized experiment to evaluate how well it works -- paying to cover the drug in some parts of the country, but not others. Such policy experiments were authorized under the Affordable Care Act, but one has never been used to limit coverage of a drug in this way.” |
| 6/24/21 | X Interview with Secretary of HHS Javier Becerra (HHS.gov) | Building a Healthier America - Secretary Becerra’s First 100 Days | “We’re going to be making some pretty heady decisions about how [Aduhelm is] treated, if it will be reimbursed, how much, and so forth.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/25/21 | Citi | Mohit's Biobits - Decoding Aduhelm Debate, VRTX Thoughts and Good News From BMRN | "We spoke with another expert … after our negative public expert call last week. This recent call was more measured indicating that [Medicare Administrative Contractor]s will likely approve Ad[u]canumab in the interim prior to a[n] NCD. However, this expert does not anticipate a blanket local approval either and believes it would be on case by case basis. The expert thinks a[n] NCD is highly likely for Aduhelm given controversy surrounding it but given the complexities involved it would take time." |
| 6/25/21 | Goldman Sachs | Healthcare Pulse: Summer Begins... Investor Sentiment; Market Color; Sector Themes; Charts to Watch | "At current levels, [Biogen] shares now appear to be pricing in some competition and/or pricing/reimbursement headwinds at current levels in our view." |
| 6/25/21 | Guggenheim | BIIB - We Briefly Caught Up With Mgmt; Adu's Life Cycle Mgmt Is In The Works, A SubQ Formulation Is In The Clinic; New Patients Are Starting On Adu | "... [D]espite what our payer expert communicated to us[], [Biogen] is confident that regional fee for service Medicare contractors (MACs), which cover ~65% of all Medicare patients, are obligated to cover the drug now that it's been approved. ... [E]ven before local or national coverage determinations are made, regional MACs will be processing claims, but [Biogen] expects this process to be gradual at first and is tempering expectations." |
| 6/25/21 | Truist Securities | Govt Aduhelm approval/pricing pushback - not a shocker; we await CMS coverage details | "While we are not surprised by [the Aduhelm investigation] announcement, from a stock perspective, near-term, we expect reimbursement decisions out of CMS to be positive for [Biogen]." |
| 6/25/21 | UBS | Aduhelm infusion center expert call takeaways | "... [E]stablishing reimbursement pathways prior to an NCD (national coverage determination) remains the primary unknown factor in the provision of Aduhelm, and[] patient affordability is another consideration as Medicare patients are exposed to 20% out-of-pocket costs ... Reimbursement remains a question (but not a great concern). Our expert noted the undefined reimbursement structure is the primary consideration for providers right now. ... From the patient perspective chronic Aduhelm treatment could create a significant cost burden for the Medicare patient who does not have supplemental/Medigap/secondary coverage ([i.e.] solely responsible for the 20% co-pay)." Emphasis removed. |
| 6/25/21 | UBS | Takeaways From Aduhelm Reimbursement Expert Call | "[Independent consultant Dr. Ebert's] high level expectations include: (1) private payor[s] stalling coverage decisions especially among Medicare Advantage (MA) ahead of what CMS will decide, (2) accelerated timelines for payor[s] P&T decision making vs. the average 3-6 month review process, (3) rigorous coverage criteria may lead to only 10-20% of addressable patients seeking reimbursement but only 1-2% approved in the near-term, (4) significant public pressure to reduce cost of Aduhelm therapy, and (5) ultimately, the NCD will narrow the eligibility to reflect the Phase 3 trial population ([mild cognitive impairment]/mild [patients], proof of amyloid, no history of stroke or concomitant anticoagulants)…. [He] fully anticipates a national coverage (NCD) process with a high likelihood for expedited timing.... His expectation is Medicare will establish rigorous coverage criteria to avoid the inevitable 'scope creep.'" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/27/21 | Associated Press Newswires | Alzheimer's drug stirs hope for patients, worry for doctors | "While some clinics have already started giving the drug, many providers say it will take weeks or months before they are ready. Insurers — including the biggest bill payer for this drug, Medicare — still need to determine which patients to cover for a treatment that could cost more than $50,000 a year. ... Monitoring patients on the drug involves regular brain scans. That's on top of a different type of scan to tell if patients have the brain plaque targeted by the drug. Running all those tests could easily approach $10,000 the first year, according to physicians. Insurers will likely require prior approval of those scans, which could delay care. And depending on coverage, patients still might be liable for thousands of dollars annually from the scans and treatments due to deductibles and other out-of-pocket costs." |
| 6/28/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Is Sliding. House Committees Will Investigate Its $56K Alzheimer's Drug. -- Barrons.com | "More material could be upcoming decisions by the Center for Medicare and Medicaid Services, which manages the Medicare program. CMS has some options that could limit access to Aduhelm, though [Truist analyst Robyn] Karnauskas wrote that she expects the decisions 'to be positive for [Biogen].'" |
| 6/28/21 | Dow Jones Institutional News (The Wall Street Journal) | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Wall Street analysts estimate [Aduhelm] could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. ... Medicare normally pays unconditionally for approved medicines. To limit the financial hit from Aduhelm, however, Medicare could restrict access, former U.S. health officials and health-policy experts said. ... 'Medicare can't afford to treat this as business as usual,' said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. ... The Centers for Medicare and Medicaid Services, which oversees Medicare, has a number of options for limiting a drug's use, though it doesn't often use them. Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach, [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center] who supports taking action. ... CMS has rarely made such a move for a drug before, though it has for other medical products. ... A more likely option is that CMS standardizes the criteria through what it calls a national coverage determination.... Private health insurers that administer the Part B benefit also could place restrictions on Aduhelm's use, which could mean who gets access would vary by region or insurer. Medicare may insist that patients getting Aduhelm become part of a CMS-ordered study that would seek to evaluate which patients it benefits or harms in the real world, and what the electronic and other evidence is, former agency officials said." |
| 6/28/21 | Dow Jones Institutional News (The Wall Street Journal) | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Biogen set the price of [Aduhelm] at about $56,000 a year, which alarmed many doctors and patients. Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." |
| 6/29/21 | Evercore ISI | HHS advisory council mtg on adu - Jul 19 | "Among many headlines on Biogen's aducanumab of late, here's another one: my colleague Mike Newshel is flagging that HHS has scheduled advisory council mtg on aducanumab. ... However, let me be super clear: this is NOT a MEDCAC meeting (that's going to be the [very] imp[ortan]t one). CMS makes coverage decisions (including National Coverage Decision aka NCD etc.) via a detailed technology assessment including a MEDCAC consultation (Medicare evidence development & coverage adcom)." |
| 6/28/21 | Goldman Sachs | Aduhelm approval could have broad ranging implications across healthcare | "Aduhelm is also unique given it [] will be used in a population in the US that is predominantly Medicare (80%, much higher than most cancer drugs) … Given that Aduhelm will be used in a patient population that is covered predominantly by Medicare (~80%) the next updates that will inform the outlook for the drug will be CMS'[s] guidance/decisions on reimbursement." |
| 6/28/21 | Jefferies | HHS Meeting Will Discuss Aduhelm; These Councils Likely Want It Supported | "An HHS Advisory Council meeting will discuss Aduhelm on July 19 (as part of its quarterly council meetings). Based on our reads, the council is reasonably pro-Alzheimer's and likely to lobby for efforts and plans to increase care and support for [Alzheimer's disease patients] and families and providers. We certainly think they will want to get Aduhelm reimbursed (for the relevant milder [patients]). We maintain our thesis that CMS will eventually have coverage for Aduhelm in due course. ... Thus, it seems logical the council will lobby to ensure CMS coverage and help find solutions for Alzheimer's patients (it's a government agency aimed to help Alzheimer's research and care)." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/28/21 | RBC Capital Markets | Model Tweaks As Input On Aduhelm and WATERFALL Continues To Shape Views | “[Key Opinion Leader] consult suggesting a ‘wild west’ for Aduhelm’s early launch, consult with a MEDCAC member suggesting an atypical NCD review, FDA review docs revealing the Agency’s inner thinking on Aduhelm’s ultimate accelerated approval, [Biogen]/Eisai PR walking back costs and market size while also laying the groundwork for greater CMS/payer engagement....” |
| 6/28/21 | The Boston Globe | The wrong way to tackle the scourge of Alzheimer’s disease | “The FDA’s decision could come at a steep cost to taxpayers. Biogen announced the price of its new drug at a whopping $56,000 a year. If Medicare covers it for the more than million patients who would be eligible to take it, the government program’s budget for the drug could exceed the entire budget of [National Aeronautics and Space Administration]. All for a drug not proven to help patients with dementia.” |
| 6/29/21 | The Boston Globe | Biogen, the FDA, and a secret meeting | “Members of Congress pounced on Biogen for [Aduhelm]’s $56,000-a-year price, warning that it could bankrupt the Medicare program that administers injected drugs. Two House committees have scheduled investigational hearings, seeking answers from FDA officials about how a drug so disputed came to win approval.” |
| 6/29/21 | Dow Jones Institutional News (Globe Newswire) | Press Release: Todos Medical Provides End of Second Quarter 2021 Corporate Update | “We believe that payers will require patients to undergo amyloid [positron emission tomography] imaging prior to prescribing Aduhelm.” |
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Cost Imperils Access To Alzheimer’s Drug -- WSJ | “The recent approval of a high-price Alzheimer’s drug raises the prospect that the federal Medicare system could threaten to sharply curtail which patients will qualify for a medicine that has limited clinical benefit but is likely to cost billions of dollars in coming years. ... Biogen Inc. priced the drug Aduhelm at $56,000 a year. Wall Street analysts estimate it could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. ... Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center], who supports taking action.” |
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Your Health: A Guide to the New Alzheimer’s Drug -- WSJ | “Biogen set the price of [Aduhelm] at about $56,000 a year, which alarmed many doctors and patients. Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA’s decision and will have more information soon.” |
| 6/29/21 | Guggenheim | Biotechnology June BIIB- Our Proprietary Physician Survey Suggests High Awareness for Amyloid-Beta Therapies; KOLS Have a Positive View on LLY’s Donanemab | “While the number of patients who have had [positron emission tomography] scans or [cerebrospinal fluid] testing to confirm amyloid pathology is expectedly low (~10%; these diagnostics are not part of the [Alzheimer’s disease] standard of care), a surprising number were covered by insurance. … Our survey results imply that more than 60% of patients already have met [the requirement to obtain a brain MRI within one year prior to starting treatment], which should reduce some cost/reimbursement burden.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Cost Imperils Access To Alzheimer's Drug | "The recent approval of a high-price Alzheimer's drug raises the prospect that the federal Medicare system could threaten to sharply curtail which patients will qualify for a medicine that has limited clinical benefit but is likely to cost billions of dollars in coming years. Biogen Inc. priced the drug Aduhelm at $56,000 a year. Wall Street analysts estimate it could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. ... 'Medicare can't afford to treat this as business as usual,' said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. ... The Centers for Medicare and Medicaid Services, the agency overseeing Medicare, is reviewing Aduhelm's approval and will have more information soon about its coverage, a spokesman said. ... Paying for the treatment will largely fall on Medicare, which provides health insurance to people 65 years and older and covers most of the six million Americans with Alzheimer's." |
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Health & Wellness -- Your Health: A Guide to the New Alzheimer's Drug | "Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." |
| 6/29/21 | Truist Securities | KOL color on Aduhelm payer agreements; it'll be covered but may take 6 mos for investors to believe | "While we expect NDC decision shortly for CMS coverage of Aduhelm, we spoke with [a key opinion leader] … to understand Aduhelm coverage & reimbursement. However, between [government] headlines, reimbursement uptake and speed, how competition could shift the market, it could take ~6 [months] for investors to get more comfortable with how to model Aduhelm." |
| 6/30/21 | Dow Jones Institutional News (The Wall Street Journal) | Heard on the Street: Biogen's Alzheimer's Drug Still Likely Hit -- WSJ | "Medicare administrators may limit access to certain patients in earlier stages of the disease, but Biogen, and eventually competitors like Lilly, won't have much trouble finding takers." |
| 6/30/21 | The Boston Globe | Watchdog group stands behind its negative review of Biogen's now-approved Alzheimer's drug | "Analysts have predicted that Medicare and its enrollees, who pay a share of their prescription drug costs, will spend from $5.8 billion to $29 billion on [Aduhelm] annually, which could be more than what the federal government spends on some entire agencies. Critics say Medicare won't be able to afford the medicine." |
| 6/30/21 | Truist Securities | HHS's Advisory Council on Alzheimer's meeting on Aduhelm coming up | "From the pipeline catalysts and potential Aduhelm approval in EU/Japan, each of these are risky events including the CMS national coverage determination and yet, it could take some time for investors to get comfortable with all these steps needed for a patient to get on drug. Once they do, we think people could start assigning more value." |
| 7/1/21 | Baird | Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics | "Although CMS is not legally obligated to utilize [the NCD] process, given the high degree of public interest and controversy from outside the typical Medicare ecosystem (such as professional physicians societies), [the key opinion leader] views it as very likely that the NCD process will take place to determine Medicare's coverage status of Aduhelm. ... As such, we think that under the seemingly more probable scenario that a MEDCAC occurs, a highly critical review would also be more likely, potentially creating an environment where labeling restrictions occur." |
| 7/2/21 | UBS | Takeaways from Neurologist with infusion suite call | "Additionally, [a private practice neurologist in the New York City region who owns a clinic with an attached infusion suite] mentioned payers will likely not reimburse amyloid testing, via [positron emission tomography] or [cerebrospinal fluid]/lumbar puncture. ... Given the reimbursement infrastructure has yet to be established and to get comfortable with the management of potential toxicities, he will initially dose only a small portion of his patients with Adu[helm] ..." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/2/21 | William Blair | Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDAApproval Docs Mixed | "We see continued CMS coverage debate as Medicare Administrative Contractors (MACs) attempt to set their own coverage decisions ahead of a National Coverage Determination (NCD), which we expect will be requested by Medicare Advantage providers in the near term." |
| 7/6/21 | Bernstein | Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HCa priority; mid-year price increases; VTRS-Teva trial | "[C]overage with 'continued evidence development' (CED) would not be bad. Such policy was suggested for Aduhelm by Tafts group of former CMS/FDA folks in Health Affairs []. The idea is that CMS will establish (with Biogen) a real-life registry for Adu[helm], to demonstrate its efficacy and based on this real-world data will select the right patient group long term. BERN: Although it was billed in some circles as a negative, we think it would be a pretty ideal study for Aducanumab. Biogen needs this data anyway to compete with the other Aβ compounds and to complete the FDA follow-on requirements." Emphasis removed. |
| 7/6/21 | SVB Leerink | Key Takeaways from the SVB Leerink CNS Forum | "Aduhelm could potentially impact healthcare costs for both payers and patients ... [Alzheimer's disease] now only accounts for a small fraction of Medicare cost, but Aduhelm may introduce a significant burden to the system ... Payers may apply barriers to access to restrict Aduhelm use in a subset of [Alzheimer's disease.]" |
| 7/6/21 | UBS | Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript | "Medicare leads the way, and I[, Dr. Roni Sharon, private practice neurologist] think the insurance companies, all of them are going to follow the lead of Medicare. And judging from what the FDA did with this expanded label, I think they're going to cover it. I think they're going to cover the cost— not [positron emission tomography]—but I assume they're going to cover all MRI imaging and follow-up and monitoring and things like that. ... What we're trying to do and also figure out is how much exposure the insurance companies are going to have to cover the imaging, the punctures, the monitoring, the infusion itself, all of these things that you're talking about. How do you expect reimbursement to work from—where do you think the sources will be? I mean most of this population is Medicare. There's also Medicare Advantage plans that will be covering some of this, but there's also likely to be a carve-out there." |
| 7/6/21 | UBS | Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript | "I think the insurance companies are going to try to not pay as much as possible, and I think they're going to [overlapping voices] in terms of the pre-diagnosis testing in terms of checking for amyloid. I do not think that they're going to cover PET scans. We don't have experience with them covering PET scans in the past." |
| 7/8/21 | Associated Press Newswires | FDA trims use of contentious Alzheimer's drug amid backlash | "Because of its price and broad approval some analysts have worried that Aduhelm could add tens of billions in new expenses to the U.S. health care system, particularly the federal government's Medicare program. Alzheimer's affects about 6 million Americans, the vast majority old enough to qualify for Medicare." |
| 7/8/21 | Baird | Aduhelm Label Update Just Another Reflection of Regulatory Absence | "Biogen announced that FDA approved an updated label for Aduhelm. Notably, the first addition, 'Treatment with ADUHELM should be initiated in patients with mild cognitive impairment or mild dementia stage of disease, the population in which treatment was initiated in clinical trials,' is the key part of the update. Although this offers the appearance of a restriction, we don't think it actually matters. Physicians who abide by evidence-based medicine would likely restrict patients even without this update. Those chasing [average sales price]+6 are likely to prescribe outside of the criteria, even with the updated language. We think any future decision at CMS would likely take into account trial design anyway, and not rely on an FDA label." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/8/21 | Dow Jones Institutional News (The Wall Street Journal) | FDA Narrows Suggested Uses for New Alzheimer's Drug | "U.S. health regulators narrowed the prescribing instructions for the first new Alzheimer's drug in nearly two decades, recommending the therapy be given to people with early-stage symptoms of the disease. The change recommends use of the drug, Aduhelm from Biogen Inc., be brought in line with the patients it was studied in. ... It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it. Biogen disclosed the label change Thursday. ... Some doctors and health economists criticized the broad approval, warning it could drive up wasteful Medicare spending by prompting sicker patients to take the medicine despite unlikely benefit." |
| 7/8/21 | Dow Jones Institutional News (The Wall Street Journal) | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Doctors and patients are waiting to see if the [CMS], the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." Emphasis removed. |
| 7/8/21 | Goldman Sachs | Biogen Inc. (BIIB): Thoughts on Aduhelm Label Update | "Key downside risks: (1) limited reimbursement of Aduhelm, (2) pricing pressure, (3) competition, (4) pipeline setbacks and (5) COVID-19." |
| 7/8/21 | Investor's Business Daily | Biogen Stock Pops Despite New FDA Limits On Alzheimer's Drug Use | "An estimated 6 million Americans have Alzheimer's disease. Many of them are 65 or older, and are covered by the Centers for Medicare and Medicaid Services. At a wholesale acquisition cost of $56,000 for a year of maintenance treatment, critics say Aduhelm could break the health care system. ... Biogen says it later submitted an update to the FDA-issued label to 'clarify the patient population' that was studied in three tests supporting the approval. ... That narrows its usage to 1 million to 2 million people. Even if just 1 million Medicare beneficiaries receive Aduhelm, spending on the drug would exceed $57 billion in a single year, the Kaiser Family Foundation said recently. That would top all spending on Part B drugs combined. ... Further, reimbursement decisions by insurers will weigh on Aduhelm use. " |
| 7/8/21 | SVB Leerink | New Aduhelm Label Shouldn't Impact Sales | "We don't expect the new Aduhelm label to impact peak sales for this product. Biogen has indicated all along that it will be promoting the use of the product for the population that was part of the clinical studies, i.e., early patients with amyloid. The physicians that we spoke with were only planning on trying the product in these same patients as well. The new label should help narrow the patient population that seeks treatment and make it somewhat easier for physicians to 'say no' to many patients that shouldn't be candidates for usage in the first place. And the new label should help the payers for the same reason." |
| 7/8/21 | SVB Leerink | New Aduhelm Label Shouldn't Impact Sales | "Ultimately, the ramp for this product will be impacted by: (1) the capacity in the system for everything that goes along with using this product (scans, infusion centers, etc.), (2) how fast competition (Lilly's donanemab) gets to market, and (3) the pricing/reimbursement by the payers, which we believe was already (appropriately) going to limit the patient population, and this pricing will also be impacted by this potential competition. " |
| 7/8/21 | The Washington Post | Why we may never know whether the $56,000 Alzheimer's drug actually works | "And the annual $56,000 price tag of the infusion drug, Aduhelm, was decried for potentially adding costs in the tens of billions of dollars to Medicare and Medicaid programs." |

# APPENDIX C

## Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/8/21 | UBS | Aduhelm Infusion Center Expert Call Transcript | "Edie[Director of Nursing, Vice President of Clinical Operations, and most recently Chief Clinical Officer for a national home infusion company]: ... And the influx of patients never comes all at once because of just the way the process and everything works, from providers, and reimbursement, and all the delays that you see. So I think that from a staffing standpoint, it seems to be less of a concern than it is as much of a what's the reimbursement going to look like and how because of the type of patient it is and it being an Alzheimer's patient, and knowing that you're likely going to have caregivers involved, just looking more at the care model and the process for some of those things. ... Kevin [UBS Healthcare Services and Specialty Pharamaceutical analyst]: Okay. I have one last one from an investor, and then I'll pass it back to Colin, which is an investor said that he had heard that a consultant had talked about the fact that Medigap Part B drug coverage was being phased out over the next year. Have you heard that, or is that true? ... Edie: I am not sure if it's true. I have heard that as well. I actually was even looking for something more recently, or last night, actually. I was trying to find more information on that because I had heard that mentioned. I am not sure what is actually going on with that and what the final on that's going to be. ... [Investor 1] ... I wanted to go back and ask around home-based infusion and whether or not the approval of out-of-home puts a little bit more fire under Congress to think more about a permanent Medicare infusion benefit? So anything you're hearing around that would be super helpful. Thank you. ... Edie: Yes that is a great question. I think it's something that everybody is chomping at the bit for. I wish I had more information to add on that. I'm involved with some of the other organizations and some of the ones who are lobbying specifically, like the National Home Infusion Association, and I know probably about as much as you all know about that. ... I think if it happens, it will be a game-changer. But until it does, it really does limit what the home infusion providers are going to be able to do just because of losing that reimbursement for the administration piece and the time that it takes for a nurse to be able to go to a home and do all of those things. So not having that reimbursement is going to make it even harder for this to be done in the home setting." |
| 7/8/21 | UBS | Aduhelm label update: narrowed to MCI/Mild AD - the population we/street model into | "We continue to expect Medicare to initiate a national coverage decision (NCD) process which, the outcome (likely in next 3-6 months) of which we expect coverage to be restricted to the [mild cognitive impairment]/mild [Alzheimer's disease] population - now aligned with the label. Additionally we expect payors to require proof of amyloid (still not in label), either via [positron emission tomography (PET)] scan or [cerebrospinal fluid]." |
| 7/8/21 | William Blair | Updated Aduhelm Label Clarifies Use in MCI or Mild Patients; Reimbursement Still the Major Pushback on Initial Launch | "The bigger question for investors in the near term is how payers, and ultimately Medicare, will set treatment guidelines, and if the latest label update will allow them to prevent more widespread use []. Given our low assumptions at this point for penetration into the market opportunity, this update does not change our revenue estimates for Aduhelm at this point. Anecdotal feedback from treating physicians and news stories in the first weeks after approval suggest the initial rollout of Aduhelm is going to be difficult ahead of at least local Medicare coverage decisions, as physicians worry on obtaining reimbursement for both amyloid testing (either [cerebrospinal fluid] or [positron emission tomography] scan) and drug costs. " |
| 7/9/21 | Bank of America | FDA head calls for Aduhelm investigation, as pushback continues to grow | "Altogether, these developments suggest to us the agency was likely finding it increasingly difficult to ignore the widespread, vocal, and still ongoing criticism of its decision, which could prompt further concessions by both regulators and the company. Among other major consequences, we could see delays from payers on coverage decisions, including CMS, as they wait for the dust to settle, with potentially greater rationale for restrictive management in the event [Office of Inspector General] finds the agency exceeded its bounds. Similarly, [outside the U.S.] regulators could become even more unwilling to follow FDA's lead given the extent of the controversy. " |
| 7/9/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Alzheimer's Drug Will Exceed the $56,000 List Price for Many, Analysis Says | "Biogen Inc.'s new $56,000-a-year Alzheimer's drug could wind up costing thousands of dollars more per patient than the company has said because of quirks in the way the therapy and others like it are packaged and paid for. Medicare and other insurers could wind up paying $61,000 to $62,000 a patient on average depending on the dosages each needs, according to an analysis published online Friday by the journal Health Affairs." |
| 7/9/21 | Dow Jones Institutional News (The Wall Street Journal) | FDA Narrows Use Of Alzheimer's Drug -- WSJ | "It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it. ... The label update could be a positive for Biogen by smoothing the way for Medicare to restrict access to patients matching those in Aduhelm's clinical trials, reducing concerns about too broad of a patient population starting treatment, Morgan Stanley analysts said in a note to clients." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/9/21 | Dow Jones Institutional News (The Wall Street Journal) | FDA to Probe Communications Between Staff and Biogen on Alzheimer's Drug | "Analysts project the drug could eventually ring up billions of dollars in yearly sales, largely paid by Medicare, which insures most Alzheimer's patients in the U.S." |
| 7/9/21 | Financial Times (FT.Com) | FDA calls for probe of staff involved in divisive Alzheimer's approval | "[Aduhelm's] steep $56,000-a-year cost has raised questions about its impact on Medicare, the government-funded healthcare programme for seniors that will end up shouldering much of the cost." |
| 7/9/21 | Investor's Business Daily | Biogen Stock Drags On Alzheimer's Players As FDA Requests Review Of Aduhelm Approval | "Further, Biogen is planning to charge $56,000 for a year of maintenance treatment. That cost is well above expectations and could hurt the health care system." |
| 7/9/21 | The Boston Globe | Criticized, FDA curbs Biogen drug's use | "A recent analysis by the news site STAT found that if all 5.8 million Medicare-eligible adults with Alzheimer's took the drug — with a price tag of $56,000 a year for the average patient — it would cost the government $334.5 billion, or nearly half the budget of the entire Department of Defense." |
| 7/9/21 | The San Francisco Chronicle | FDA limits new drug for Alzheimer's | "Medicare and private insurers may use the new label to restrict coverage of the drug, called Aduhelm. That could alleviate the drug's financial burden, particularly on Medicare, which is expected to shoulder the bulk of costs of the treatment, a monthly intravenous infusion." |
| 7/9/21 | The Washington Post | FDA narrows use of Alzheimer's drug to patients with early-stage disease | "The narrower label means the drug might be offered to 1 million or 2 million Alzheimer's patients, rather than the more than 6 million people with Alzheimer's in the United States, Michael Yee, a biotech analyst for the financial services company Jefferies, said in a note to investors. ... Yee said the original label led to 'negative attention and confusion on who is best suited to get the drug' and raised questions about whether Medicare and private insurers would reimburse for the medication, which has a list price of $56,000 a patient per year." |
| 7/10/21 | The Washington Post | Approval of Alzheimer's drug may get IG scrutiny | "The steep price for the drug, which is administered intravenously once a month, has sparked fears that it could jeopardize the financial health of Medicare." |
| 7/12/21 | Baird | CMS NCD Analysis Gets Underway, Timeline Appears Accelerated | "No change to outlook on CMS announcement. CMS announced that it is opening a[] National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer's disease. We expect this analysis will be closely watched, as the outcome of this coverage decision will likely have a significant impact on the uptake of Aduhelm. In anticipation of the announcement, we already hosted a KOL call with an expert in this space, and note that a MEDCAC panel may be the next key catalyst. … [T]he commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inhibitors are unlikely to provide clinical benefit to AD patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." Emphasis removed. |
| 7/12/21 | Baird | CMS NCD Analysis Gets Underway, Timeline Appears Accelerated | "Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/12/21 | Dow Jones Institutional News (Barron's) | FDA Faces Scrutiny Over Drug Approvals --- The green light for Biogen's drug to treat Alzheimer's disease has sparked fierce criticism of the agency. Why it matters to investors | "'In the old days …FDA approval meant the best scientists, the most serious and most concerned about public health, have required the right studies and evaluated them, and it passes muster,' [Dr. Peter Bach, the director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center] says. That meant insurers followed the FDA's lead. 'FDA approval rarely was followed by noncoverage.' ... That has changed for many reasons, including higher prices and a more complicated payer system. In part, though, Bach says it also has to do with the perception of the FDA. He says that now, insurers see approval as the first of several steps. When eteplirsen was approved, insurers balked, and many sought to deny coverage. There is speculation now about whether Medicare will try to do the same with Aduhelm. ... For investors, that means that approval is no longer an automatic ticket to expected sales. 'There's uncertainty there,' Bach says." |
| 7/12/21 | Bernstein | Vaccines/Infection Now Correlate; Executive Order Tidbits; Gilead PAP in 340B; Lilly KRAS Enters p1 | "Aduhelm: the insurers suggest a (favorable) path forward. The industry association (AHIP) letter to CMS suggests: (i) narrowing eligibility to trial population and requiring further trials (coverage with evidence development, CED); (ii) CMS requiring [positron emission tomography (PET)]/lumber-puncture and MRI and paying for both; (iii) imposing stopping criteria ('e.g., no reduction of amyloid beta plaque, adverse events occur, rapid disease progression'); and (iv) the agency taking on the costs, rather than [Medicare Advantage]plans, until they can change insurance rates to reflect the added costs (2023). BERN: This seems solidly in line with Biogen's interests. No pricing limitation, covering the testing, and there was never a possibility that patients will be treated forever. The point around narrowing eligibility is already addressed via the label narrowing (write team for AHIP letter)." Emphasis removed. |
| 7/12/21 | Citi | NCD Analysis Initiation for Adu In-Line with Expectations. Timelines Also Appear Quick | "Today CMS announced initiation of national coverage determination analysis for Aduhelm and we note this was expected in our chats with experts ... Along expected lines, the document notes that it would not consider cost of the treatment. Per our] experts, cost is always a consideration in the background at CMS but is typically not disclosed publicly. The CMS appears to be asking questions around important endpoints, meaningful degree of benefit, treatment setting, diagnosis and which patients could benefit most from Aduhelm. This is in-line with our expert comments who highlighted potential for CMS narrowing the coverage, though we note that FDA has recently narrowed the label to mild patients, in-line with the clinical trials." |
| 7/12/21 | Credit Suisse | CMS Opens National Coverage Determination Analysis for Alzheimer's Drug Aduhelm | "Per CMS, following the analysis, the agency will post a proposed NCD, which will be open to a second 30-day public comment period. Then, after reviewing all comments received on a proposed determination, CMS will announce its final decision for a national policy – this could range from Medicare coverage of this product type, coverage with evidence development, non-coverage, or deference to the [Medicare Administrative Contractor]s. CMS states that a proposed decision is expected to be posted within six months and a final decision within nine months, implying a proposed decision by mid-January and final decision by mid-April 2022." |
| 7/12/21 | Dow Jones Institutional News (The Wall Street Journal) | Medicare to Review Coverage for New Alzheimer's Drug Aduhelm | "Medicare officials are beginning a review of Biogen Inc.'s new Alzheimer's drug to decide whether to standardize coverage of the medicine nationally, a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |
| 7/12/21 | Dow Jones Institutional News (The Wall Street Journal) | Medicare to Review Coverage for New Alzheimer's Drug Aduhelm | "[The NCD was] a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |
| 7/12/21 | Dow Jones Institutional News (The Wall Street Journal) | News Highlights: Top Company News of the Day | "Medicare to Review Coverage for New Alzheimer's Drug Aduhelm … The review of Biogen 's drug will include an analysis of published clinical studies and medical society guidelines, as well as two public hearings." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/12/21 | Guggenheim | July 12, BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates | "The [CMS] announced it is 'initiating a national coverage determination (NCD) analysis….' Although used infrequently (30-35 instances, according to our [key opinion leader]), our expert had previously noted that Aduhelm is 'ripe for an NCD' due to the controversial clinical and regulatory path that led to accelerated approval last month … [W]hile this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for [Biogen] as the majority of potential Adu[helm] users are covered by Medicare." |
| 7/12/21 | Jefferies | CMS Review - Another Overhang to Be Resolved; Climbing Wall of Worry | "CMS formally announced an NCD review of Aduhelm, with a 6-9[ month] review for reimbursement decisions. This was mostly expected and positive in our view as it's already underway so clarity can emerge sooner. ... Our view is that CMS will reimburse for mild [patients] (or at least through [continued] reimbursement but with CED or coverage [with] evidence development, as data evolves). CMS prev[iously] reviewed 'beta amyloid' [positron emission tomography (PET)] testing and concluded reimbursement OK but [with] CED pending more data (e.g., a new Phase III for PET testing was started by CMS)." Emphasis removed. |
| 7/12/21 | Reuters News | New Alzheimer's drug clouds outlook for Medicare premiums next year | "Predicting actual costs [of Aduhelm to Medicare] is speculative at this point due to uncertainty about the number of patients Medicare decides should have access to Aduhelm. … Medicare typically covers FDA-approved drugs, but it can conduct its own reviews in order to decide which types of patients should be covered. In the case of Aduhelm, Medicare could limit use to patients in the early stages of Alzheimer's. ...Out-of-pocket costs also would be an issue for enrollees in Medicare Advantage, the privately offered managed care alternative to the traditional program. Most Advantage enrollees are in plans that charge 20% coinsurance for Part B drugs provided in-network, mirroring the traditional program, according to Kaiser - the co-insurance rates can be much higher out of network." |
| 7/12/21 | Reuters News | Reuters US Domestic News Summary | "U.S. starts national Medicare coverage policy review for Biogen's Aduhelm ...The U.S. government on Monday started a review process for national Medicare coverage of Biogen Inc's Alzheimer's drug, Aduhelm, that was recently approved by the country's health regulator. The Centers for Medicare & Medicaid Services (CMS) expects to give a proposed decision within 6 months and a final decision within 9 months." |
| 7/12/21 | Reuters News | U.S. starts review for national Medicare coverage policy for Biogen's Aduhelm | "The U.S. government on Monday started a review process for national Medicare coverage of Biogen Inc's Alzheimer's drug, Aduhelm, that was recently approved by the country's health regulator.The Centers for Medicare & Medicaid Services expects to give a proposed decision within 6 months and a final decision within 9 months." |
| 7/12/21 | Reuters News | UPDATE 1-U.S. starts national Medicare coverage policy review for Biogen's Aduhelm | "The Centers for Medicare & Medicaid Services (CMS) expects to give a proposed decision within 6 months and a final decision within 9 months. ... Aduhelm is priced at $56,000 per year, which could represent significant spending for the government's Medicare program for people aged 65 and older. ... Currently, coverage for the drug is determined at the local level by Medicare administrative contractors, who represent 12 jurisdictions across the country. CMS' coverage decisions are based on an analysis of the benefits of a given therapy to Medicare beneficiaries." |
| 7/12/21 | Truist Securities | NCD Analysis Begins - Start of Relief for BIIB, In Our View | "CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer's Association. ... If CMS did not have an NCD, it would make people more nervous because then Medicare Advantage would not have to reimburse. … A lot of investors have been concerned about opportunity in [Alzheimer's disease] despite approval and we believe that the opening of the NCD is an important step towards reimbursement for Aduhelm." |
| 7/13/21 | Dow Jones Institutional News (Barron's) | Medicare Is Already Deciding Whether to Cover Biogen's Alzheimer's Drug -- Barrons.com | "In one more unusual development in the continuing story of Biogen's newly approved Alzheimer's disease therapy, the federal government has moved surprisingly quickly to consider whether to limit coverage of the drug for Medicaid patients...In a note out late Monday, Jefferies analyst Michael Yee wrote that he expects that CMS will eventually decide to reimburse for coverage of mild Alzheimer's patients, the population for which the drug is now approved." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/13/21 | Dow Jones Institutional News (The Wall Street Journal) | North American Morning Briefing: Investors Gear for Inflation Data, Bank Earnings | "Medicare officials are beginning a review of Biogen Inc.'s new Alzheimer's drug to decide whether to standardize coverage of the medicine nationally, a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |
| 7/13/21 | Dow Jones Institutional News (The Wall Street Journal) | Social Concerns Surround Biogen 's New Alzheimer's Drug -- ESG Insight | "Officials at the federal Medicare system, which would pay for the bulk of the drug's sales in the U.S., are reviewing the drugs approval and its national Medicare and Medicaid coverage." |
| 7/13/21 | Goldman Sachs | Americas Healthcare: Pharmaceuticals: CMS launches Aduhelm NCD | "In our view the details of the scope of the local and national coverage decisions are the next catalysts on the reimbursement front for Aduhelm given ~80% of the target US population is covered by Medicare. … [T]he consultants we previously spoke with discussed that CMS could also require a Coverage with Evidence Development ('CED'), which would be a post-marketing requirement that [Biogen] would need to fulfill in addition to anything required by the FDA (i.e., post-marketing confirmatory trial)." |
| 7/13/21 | Guggenheim | BIIB — Highlights from Our Payer Call: Expert KOL Outlined Two Possible NCD Scenarios for Adu; Either Way, BIIB Benefits | "[O]ur expert thinks that this NCD is a bit 'unusual' as it is not for a particular drug (Aduhelm in this case) but for the entire beta-amyloid class ... [M]ore likely scenario, the public comment period could lead to CMS running a real world study (coverage with evidence development, CED, could take ~2 years to conclude) to determine the efficacy of Aduhelm." Emphasis removed. |
| 7/13/21 | Mizuho | Alzheimer's Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab | "One expert was more supportive of the FDA decision (especially after the label was updated last week) and has ~30 patients ready to begin treatment. However, he was surprised to hear that his institution (Cleveland Clinic) has decided to not add the drug to its formulary. That has left him with trying to find other sites where his patients could potentially receive the drug." |
| 7/13/21 | Morgan Stanley | Implications Of The NCD Process | "With the generic approach to the NCD, the experts we spoke [to] thought the most likely outcome is a limiting of the patient population to the clinical trial population. We agree, especially since that seems like the most reasonable outcome if the development of real-world evidence does not occur." |
| 7/13/21 | Reuters News | Reuters Health News Summary | "The U.S. government on Monday started a review process for national Medicare coverage of Biogen Inc's Alzheimer's drug, Aduhelm, that was recently approved by the country' s health regulator. The Centers for Medicare & Medicaid Services (CMS) expects to give a proposed decision within 6 months and a final decision within 9 months." |
| 7/13/21 | The Boston Globe | Biogen Alzheimer's drug spurs lawmakers to demand documents | "[T]he Centers for Medicare & Medicaid Services (CMS) said it plans to review whether Medicare will establish a national policy on drugs targeting amyloid for the treatment of Alzheimer's. The review is applicable to Aduhelm, and any future monoclonal antibodies that target amyloid, CMS said in a statement." |
| 7/13/21 | The Boston Globe | 'This is unprecedented': Several private insurers won't cover Biogen's Alzheimer's drug | "At least half-a-dozen private health insurers in some of the nation's largest states are balking at covering Biogen's controversial drug for Alzheimer's disease, saying it is an experimental and unproven treatment despite being approved by the federal government one month ago." |
| 7/13/21 | The New York Times | Questions Surround New Alzheimer's Drug | "One major unpredictable factor in Aduhelm's future: insurance coverage. Medicare could decide to authorize coverage as 'reasonable and necessary,' to deny or limit it, or to delay a decision. ... Given the drug' s announced price tag, a restrictive Medicare policy could put it beyond reach for most older Americans." |
| 7/13/21 | Dow Jones Institutional News (The Wall Street Journal) | U.S. News: U.S. Watch | "Medicare officials are beginning a review of Biogen Inc.' s new Alzheimer' s drug to decide whether to standardize coverage of the medicine nationally, a widely anticipated step that would allow the government to place limits on who can receive the medicine." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/13/21 | UBS | Now We Have a Timeline - CMS Initiates NCD Process for Aduhelm | “Our payor/DC [key opinion leader] dilligence[sic] suggests denial of coverage is highly unlikely, with ‘coverage with appropriateness’ seeming like the most likely outcome for Aduhelm. This could restrict coverage of Aduhelm to patients with proof of amyloid (via [positron emission tomography] or [cerebrospinal fluid]) - our prior assumption of narrowing of the population to MCI/mild [Alzheimer’s disease] patients is no longer necessary following last week’s FDA label update.” ‘’ |
| 7/14/21 | Guggenheim | Clarification from BIIB and LLY on Comments Made by Our Expert with Regard to the NCD Process and CED Studies | “Our expert implied that 100% of cost of running of CED trial (a likely scenario as part of the NCD) would be covered by CMS. ... ‘It is our belief that CMS does not run CED trials and does notpay for 100% of the cost. Of course, CMS will pay for the drug within the approved CED, but another party (manufacturer, HCP organization, etc.) will fund and run the study. Also, it is our understanding that CMS does not limit NCDs resulting in CED to one study and there is no reason that there could not be multiple CED studies running concurrently under this NCD.’ ... [I]n case of Aduhelm, [Biogen] or another party will be responsible for the costs of running the CED study, but CMS will still pay for the costs of any required diagnostic testing and drug. ... This clarification does not change our view that [Biogen] will benefit from this NCD as Aduhelm costs will be reimbursed for patients willing to enroll in a CED study, which remains a large addressable market.” Emphasis removed. |
| 7/14/21 | Mizuho | Cleveland Clinic Won’t Administer Aduhelm ==> Risk to the ~$9Bn Peak Sales Consensus? | “One the questions we had coming out of our panel was why the Cleveland Clinic’s P&T committee decided against putting Aduhelm on its formulary, and interestingly the NYT article calls it out pretty clearly that it's based on the data itself (i.e. safety and efficacy), not even financials, which I thought was interesting.” |
| 7/14/21 | Mizuho | Cleveland Clinic Won’t Administer Aduhelm ==> Risk to the ~$9Bn Peak Sales Consensus? | “The NYT is reporting tonight that the Cleveland Clinic won't administer Aduhelm. This is a point that came out yesterday during our Alzheimer's doc panel .... Feedback from investors today on this point was that it was an intriguing tidbit. But in my view, the point hasn't been fully digested by the Street on what it could mean.” |
| 7/14/21 | SVB Leerink | AD Survey Suggests Slow but Steady Uptake for Aduhelm Launch | “However, the greatest barrier to using Adu[helm] in physicians’ minds is payer / insurance coverage (due to the drug cost), followed by amyloid imaging relating abnormality (ARIA) adverse event management and MRI (magnetic resonance imaging) scans / PET (positron emission tomography) imaging, with infusion capacity being the lowest barrier the[sic] use. ... Many physicians expressed their concerns about the lack of coverage of [positron emission tomography] scans by Medicare as another major barrier to the adoption of Adu[helm] in the treatment of [Alzheimer’s disease] patients.” |
| 7/14/21 | SVB Leerink | AD Survey Suggests Slow but Steady Uptake for Aduhelm Launch | “Most physicians don’t think Aduhelm should have been approved and plan to restrict its usage primarily to early AD patients with amyloid plaques[.]” Emphasis removed. |
| 7/14/21 | The Boston Globe | Some insurers won’t cover Biogen drug | “At least half-a-dozen private health insurers in some of the nation’s largest states are balking at covering Biogen’s controversial drug for Alzheimer’s disease, saying it is an experimental and unproven treatment despite being approved by the federal government one month ago.” |
| 7/14/21 | Truist Securities | Woodcock has a quality reputation; IG/Gov’t investigations likely won’t have Adu impact | “The worst case what can come out of this? The government can weigh into the CMS decision for a National Coverage Decision (NCD) and recommend Medicare NOT pay for the drug.” |
| 7/15/21 | Dow Jones Institutional News (The Wall Street Journal) | UnitedHealth Says It Needs More Information to Decide on Aduhelm -- Market Talk | “UnitedHealth says it needs more information before it can make coverage decisions about Biogen’s newly-approved Alzheimer’s drug Aduhelm. The company’s chief medical officer, Richard Migliori, says it is looking for a coverage ruling from the Medicare agency, and will also focus closely on guidance from medical societies. CEO Andrew Witty says the company has ‘a lot more to learn before we can be more definitive.’” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/15/21 | Guggenheim | BIIB Readthrough from UnitedHealth Earnings Call: UNH Mgmt Is NOT Guiding for a Very Rapid Decision on Aduhelm Rembursement | “Our expert KOL outlined two possible NCD scenarios for Adu (we expect a coverage with evidence development [CED] study to start in 2H22) and in both cases, we expect BIIB to benefit. ” |
| 7/15/21 | Guggenheim | July 15, BIIB — Readthrough from UnitedHealth Earnings Call: UNH Mgmt Is NOT Guiding for a Very Rapid Decision on Aduhelm Rembursement | “[Management] emphasized that they need to ‘really understand’ where CMS stands on all this and ‘still a lot of information is needed before making really clear decision.’ This is more or less in-line with our thinking as we believed commercial payers would ultimately follow the guidance/coverage policies established by various Medicare plans. We also note that we expect to get a lot more clarity by April 2022 on the national coverage determination (NCD) process (which is good for all amyloid-targeting drugs) that was recently triggered by the CMS.” Emphasis removed. |
| 7/15/21 | Investor’s Business Daily | Biogen Stock Dives After Cleveland Clinic, Mount Sinai Ban Alzheimer’s Drug Aduhelm | “Biogen stock tumbled Thursday after the Cleveland Clinic and Mount Sinai said they won’t administer the company’s controversial Alzheimer’s drug, Aduhelm ... Also this week, the Centers for Medicare and Medicaid Services began the process to determine if it will cover Aduhelm. This process, called a national coverage determination, could limit the number of patients eligible to receive Medicare reimbursement for Aduhelm ... Medicare reimbursement will be key. Without it, many patients will be responsible for the drug’s $56,000 annual price tag. It’s still unclear who will foot the bill for the costly scans to check for beta amyloid in patients’ brains. Aduhelm removes the ‘sticky’ plaque associated with Alzheimer’s.” |
| 7/15/21 | Jefferies | Q2 EPS Preview and Catalysts: AMGN, BIIB, GILD, MRNA, VRTX, and More | “Ultimately, we think the following will be key for the stock: ... commentary and clarity on early sales and scripts actually being reimbursed to [doctors] (but [Medicare Administrative Contractor]s may not have reimbursed much yet through July [conference] call. The stock needs the [Office of Inspector General] and CMS NCD overhangs to pass (no MEDCAC seems likely so far) to help support a strong launch – all possible by Q1:22.” |
| 7/15/21 | Mizuho | McClellan (ex-CMS): Adu Access "Pretty Limited at Least Until the 9-Month Period Is Over" | “He noted that Aduhelm access ‘is going to be pretty limited at least until the nine-month period is over’ and that we are ‘not going to see very big numbers in the near term.’ … He cited that ‘most of the people that could qualify don’t have an easy path to this [drug, Aduhelm].’ And while local coverage processes are in place right now so that any Medicare administrative contractor can cover, or not, using their own standards, he believes that most local coverage is ‘saying no’ because they themselves are likely waiting for the national decision which is expected to come in April 2022.” |
| 7/15/21 | RBC Capital Markets | Cleveland and Sinai and ICER, Oh My! | “Near-term Aduhelm access might be ‘very limited’ per ex-FDA/CMS head. ... NCD with CED continues to be emphasized, though a useful and realistic design remains challenging, in our view. Recall, we had discussed an NCD with Coverage with Evidence Development (CED) could be a likely path; however, what a CED might look like - and more importantly, what it might mean ultimately for Aduhelm uptake - is currently much more difficult to elucidate.” Emphasis removed. |
| 7/15/21 | RBC Capital Markets | Cleveland and Sinai and ICER, Oh My! | “Yesterday evening, it was reported that Cleveland Clinic and Mount Sinai - two of the largest hospital systems in the U.S. and both participants in aducanumab's pivotal trials - will not be administering Aduhelm. … [W]e believe a key risk to monitor will be whether these largely publicized positions give other hospitals and systems more reason to follow suit.” |
| 7/15/21 | Reuters News | Biogen Alzheimer’s drug hits roadblocks with some hospitals, insurers | “The rollout of Biogen Inc’s Alzheimer’s drug is hitting new roadblocks as some large hospitals decide not to use it and many health insurers await coverage terms from Medicare, the U.S. health plan for people aged 65 and older, before setting their own policies.[ ]Cleveland Clinic, one of the country’s best-known health systems, and New York’s Mount Sinai Health System on Thursday confirmed they had decided not to carry the new drug, called Aduhelm. ... Humana, the second largest provider of Medicare Advantage plans, also said it has not finalized coverage for Aduhelm as it awaits guidance from the Centers for Medicare and Medicaid Services (CMS).” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/15/21 | Reuters News | Reuters Health News Summary | "Biogen Inc's Alzheimer's drug, the first new treatment for the memory-robbing disease in nearly 20 years, hit new barriers on Thursday with some large hospitals declining to use it and health insurers delaying a decision while awaiting coverage terms from Medicare. Cleveland Clinic, one of the country's best-known health systems, and New York's Mount Sinai Health System on Thursday confirmed they had decided not to carry the new drug, called Aduhelm." |
| 7/15/21 | Reuters News | UnitedHealth says needs more information to decide on coverage policy for Biogen's Alzheimer's drug - CEO | "UnitedHealth Group Inc said on Thursday that it is still developing its coverage policy for Biogen Inc.'s Alzheimer's drug Aduhelm, which was recently approved by the U.S. regulator. UnitedHealth said it is awaiting guidance on coverage from the Centers for Medicare and Medicaid Services, which runs the healthcare program for Americans aged over 65. UnitedHealth sells private Medicare Advantage plans. ... 'I think this has some way to go before we get to clarity so I wouldn't guide you to expect very rapid decision making on this,' UNH Chief Executive Officer Andrew Witty said during a conference call with analysts." |
| 7/15/21 | The Boston Globe | Biogen's alzheimer drug gains fade after hospitals balk | "Biogen Inc. shares sank to their lowest in more than a month after two major hospital systems and a group of health insurers said they wouldn't administer its controversial Alzheimer's disease medicine. ... Investors have yet to hear how Medicare will cover Aduhelm amid concern it's[sic] cost could bankrupt the system." |
| 7/15/21 | Truist Securities | Commercial plans not likely to reimburse until NCD — near-term focus on MACs | "Commercial plans not likely to reimburse until NCD – near-term focus on [Medicare Administrative Contractors] ... This is in line with our expectations and our [key opinion leader's] take, indicating that commercial plans are not likely to reimburse until NCD is made by CMS. According to our [key opinion leader], the near-term coverage decisions are expected from regional [Medicare Administrative Contractors].... These could potentially be more restrictive, but can make early decisions for coverage ahead of CMS's NCD." |
| 7/16/21 | Dow Jones Institutional News (The Wall Street Journal) | Health Care Roundup: Market Talk | "UnitedHealth says it needs more information before it can make coverage decisions about Biogen's newly-approved Alzheimer's drug Aduhelm. The company's chief medical officer, Richard Migliori, says it is looking for a coverage ruling from the Medicare agency, and will also focus closely on guidance from medical societies. CEO Andrew Witty says the company has 'a lot more to learn before we can be more definitive.' The medicine has limited clinical benefit but is likely to cost billions of dollars in coming years, priced at $56,000 a year for each patient." |
| 7/16/21 | Dow Jones Institutional News (The Wall Street Journal) | Three Large Hospitals Shun Alzheimer's Drug -- WSJ | "The hospitals' moves come as some health insurers also restrict access to the therapy -- unusual pushback against a drug targeting a devastating disease like Alzheimer's that has few effective treatments. ... 'Clinical studies failed to demonstrate the effectiveness of Aduhelm ... while documenting significant risks, like brain swelling and bleeding,' said a spokeswoman for Blue Cross and Blue Shield of North Carolina, which won't cover the drug for its commercially insured patients. ... Federal officials recently began a monthslong review of whether Medicare will cover Aduhelm and under what circumstances. The vast majority of patients expected to get the drug are on Medicare, the federal insurance program for the elderly and disabled." |
| 7/16/21 | Reuters News | Reuters Health News Summary | "Biogen Inc's Alzheimer's drug, the first new treatment for the memory-robbing disease in nearly 20 years, hit new barriers on Thursday with some large hospitals declining to use it and health insurers delaying a decision while awaiting coverage terms from Medicare." |
| 7/16/21 | Dow Jones Institutional News (The Wall Street Journal) | Three Large Hospitals Shun Alzheimer's Drug | "Federal officials recently began a monthslong review of whether Medicare will cover Aduhelm and under what circumstances. The vast majority of patients expected to get the drug are on Medicare, the federal insurance program for the elderly and disabled." |
| 7/16/21 | UBS | Another bad week for BIIB/Aduhelm sentiment - a lot of negative expectation priced in here | "Additionally, ... Mark McClellan, former FDA Commissioner and CMS administrator, stated he believed most local Medicare Administrative Contractors (MACs) will not reimburse Aduhelm until an NCD has been established. He also stated he believes coverage of Adu[helm] will be fairly limited in the next 6-9 [months]." |

# APPENDIX C

## Relevant Analyst and Market Commentary
6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/16/21 | UBS | ICER/CTAF Aduhelm meeting takeaways - more negative views from BIIB's shrinking fan club | "Former CMS administrator thinks [Medicare Administrative Contractors] will balk at covering Adu[helm] till NCD. At the policy round table during the [California Technology Assessment Forum] meeting, former FDA Commissioner and former CMS administrator Mark McClellan noted they expect the local Medicare Administrative Contractors (MACs) will likely push back on covering Aduhelm until an NCD has been issued.... In his opinion, the Medicare coverage of Adu[helm] will be 'pretty limited' until the NCD is in place and can instruct local contractors. He also noted new evidence from Aduhelm or the a-beta lowering drugs may emerge during the 6-9 [months] NCD review time." |
| 7/17/21 | The Economist | Drug prices: Blowing the inheritance | "The cost is high, even for those with health insurance. Patients receive an intravenous infusion every four weeks at about $4,300 each for the average patient, totalling about $56,000 a year. Since dementia tends to hit older people, many patients will qualify for Medicare. The Centres for Medicare and Medicaid Services, the agency in charge of Medicare, has not decided if it will cover Aduhelm nationally yet. A decision is not likely until the spring. Until then, coverage will be determined by each of the 12 local jurisdictions ... The high cost of this drug may raise premiums for everyone, says Tricia Neuman of the Kaiser Family Foundation. Ms Neuman and her colleague Juliette Cubanski estimate that if 500,000 Medicare patients receive Aduhelm, that could cost Medicare and its patients $29bn in one year (total Medicare spending for all doctor-administered drugs reached $37bn in 2019). And this estimate is probably conservative. Nearly 2m Medicare patients used an Alzheimer's treatment in 2017, and Biogen, in an investors' presentation, estimated that 1m-2m will use the drug. If 1m patients are treated, the cost could rise to $57bn." |
| 7/18/21 | Goldman Sachs | Setup for 2Q earnings appears better than 10 | "The focus for 2Q will be on updates on reimbursement updates for Aduhelm. Following CMS' announcement that it will be initiating a process to determine a National Coverage Designation (NCD), we believe that the outcome will be the next key input that shapes the development of the market...." |
| 7/18/21 | Oppenheimer | Key Considerations Ahead of 2Q Results | "We expect BIIB to address several controversies surrounding the Aduhelm launch, including reports of 2 US medical centers refusing to administer Aduhelm, ICER voting unanimously against Aduhelm as a cost-effective treatment, and FDA's selfdirected investigation into the review process." |
| 7/19/21 | Baird | Alzheimer's Survey Highlights Big Potential and Major Risks to Aduhelm | "Our survey didn't address the payer debate to the same depth as our recent Medicare [key opinion leader's] call, but given the major developments in this realm of late, we think coverage might be the most significant risk factor. Following NCD announcement [], we will be watching closely for news of a potential MEDCAC as a probable negative signal, and major medical centers have announced they won't administer the drug, which we expect gives CMS some support. ... Finally, we would also like to mention reports that a number of private payers, which have more leeway as it relates to their coverage decisions, have decided that Aduhelm is not medically necessary. Should the medication not see strong insurance coverage, we do believe that the price of $56K/per patient per year is likely to create a significant hurdle as it relates to patients' out of pocket costs." |
| 7/19/21 | Baird | Alzheimer's Survey Highlights Big Potential and Major Risks to Aduhelm | "Need for PET/CSF confirmed diagnoses could lead to high out-of-pocket payments. Surveyed physicians noted that only 16% of patients had PET/CSF confirmed diagnoses, and less than a third noted they would prescribe Aduhelm to a patient without confirmed diagnosis. Aduhelm out-of-pocket costs could exceed $10K given Part B coverage, and confirming a diagnosis will pile on additional expenses. Approved PET tracers cost ~$3,000 (not currently Medicare covered due to CED), and the cost of the scan itself is likely an additional ~$1K-2K (scans are $5K-$10K, assuming Part B covered). Given a quarter of Medicare beneficiaries have <$10K in savings, and half have <$85K ... we have a hard time believing many patients will be able to keep up with the cost of Aduhelm." Emphasis removed. |
| 7/19/21 | Bernstein | Biopharma Wkly (07/19/21): Delta is Here; Drug Price Debate in Infrastructure Bill; Into BIIB Q; Vraylar Starts Anxiety Trial | "For Biogen, [] the question is broadening of refusals. We are less concerned about the commercial payers (96% of patients are Medicare) and we would expect MA plans to largely follow the agency's decision. The questions now are (i) how regional CMS contractors will cover Aduhelm until the NCD and (ii) whether the list of providers who do not prescribe Adu materially expands, leading patients to also doubt the drug is worth it. We would watch three providers. First, Wash U, given their importance in the AD community, Kaiser – given their reputation as a public-health-oriented large provider and one of their neurologists was on the ICER panel. Last, Harvard given their broad reputation and home of Kesselheim, who quit the FDA advisory based on this decision." Emphasis removed. |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/19/21 | Dow Jones Institutional News (Barron's) | Biogen Is Still a Buy Despite Alzheimer's Drug Concerns, Analyst Says -- Barrons.com | "Despite all the bad news, [Piper Sandler analyst Christopher] Raymond wrote that Aduhelm would stay on the market, and would be 'largely reimbursed' by insurers." |
| 7/19/21 | Jefferies | EU Review Very Active; USA HHS Meeting Today Pushed for Ensuring Access | "At the meeting, the council had some discussion on how an NCD affirm reimbursement would be helpful in reducing variability of region to region reimbursement differences and enable a level playing field to ensure everyone gets appropriate access. This includes a pot[entia]l CED (coverage [with] evidence development) which covers Aduhelm assuming more evidence is still coming (just like how CMS has a CED for [positron emission tomography] testing for amyloid beta right now ironically)." |
| 7/19/21 | Jefferies | EU Review Very Active; USA HHS Meeting Today Pushed for Ensuring Access | "The [Alzheimer's Association] requested BIIB to reduce the price to improve access. We've noted this could be a strategy that could actually be well-received even by investors despite the pot'l reduction in revenue, it might increase visibility and tail - hence positive for the stock - and appease patients, payers, political, etc. It would remove barriers and more importantly relieve the negative press; ...." |
| 7/19/21 | Piper Sandler | Headlines Notwithstanding, Docs Continue to Project Robust Aduhelm Uptake | "While access challenges are likely to continue until CMS's NCD decision next January provides some degree of clarity, we believe despite the headlines, Aduhelm is setting up to reach blockbuster status next year. ... News reports that some private insurers won't cover Aduhelm because it is considered investigational/without established clinical benefit. ... Unsurprisingly, physicians' current view of the Aduhelm market access landscape skews fairly negative at this point as 53% of docs indicate that payers greatly restrict access...." |
| 7/20/21 | Baird | Earnings Preview, Focus Remains Squarely on Aducanumab Controversy | "Notably, immediately following the earnings call, CMS will be hosting the first of two public hearing sessions as part of the National Coverage Determination (NCD) process. We currently anticipate a [Medicare Evidence Development & Coverage Advisory Committee] could be held in early fall, based on the average time from the announcement of NCD to such a panel. If it goes anything like last week's [Institute for Clinical and Economic Review] panel, it would have extraordinarily negative implications for sales." |
| 7/20/21 | Wolfe Research | 2Q21 EPS preview - model changes & updated perspectives | "Aduhelm's approval has the potential to fundamentally re-shape what [Biogen] looks like but there are lots of moving parts to this. The near-term controversy with the product, which includes its uptake in the marketplace, is far from settled. The demand is clearly there (at the patient/family level) but will payers and prescribers erect barriers to access? More will be known in the coming weeks/months, but thus far the headlines have not been favorable ones." |
| 7/21/21 | J.P. Morgan | Post Approval Aduhelm Physician Survey | "Physicians surveyed cited cost & coverage as the most significant barrier to prescribing Aduhelm; a perceived lack of efficacy was also noted. Despite some negative commentary on the safety profile in earlier slides, this was not cited as a significant barrier to access for prescribing Aduhelm (at least relative to the other categories)." |
| 7/21/21 | Reuters News | Anthem says COVID-19 costs could rise in coming quarters from variants | "Anthem on Wednesday became the latest large U.S. health insurer after UnitedHealth to say it was still watching out for additional guidance on Biogen Inc's newly approved $56,000 Alzheimer's drug Aduhelm. ... The U.S. government's Medicare program and private health insurers, which sell Medicare Advantage plans for those over 65 years of age, will be bearing most of the drug's cost and delayed decision on its coverage could slow its uptake by patients." |
| 7/21/21 | Reuters News | Reuters Health News Summary | "U.S. hospitals that were expected to be early adopters of Biogen's Alzheimer's drug have treated only a handful of patients since its early June approval as they wait for the first payments from the government's Medicare program for people aged 65 and older." |
| 7/21/21 | Wedbush Securities | Monthly Institutional Prescription Sales -- June 2021 | "Given the recent publicity on the approval itself and several payers holding off on granting coverage, we continue to anticipate a slower, commercial US ramp." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/21/21 | William Blair | Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved | "CMS has since commenced the National Coverage Determination (NCD) process, with an expected analysis completion date of April 12, 2022, to unify local coverage determinations and set guidelines for requirements on [positron emission tomography] scans (which currently are not reimbursed) and disease severity to receive therapy." |
| 7/21/21 | William Blair | Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved | "Overall, we expect minimal sales for Aduhelm in the second quarter given the approval on June 6 and questions around patient diagnosis and reimbursement, with more focus being placed on the CMS NCD process, number of covered lives, and number of centers currently seeking to treat patients." |
| 7/21/21 | William Blair | Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved | "Anecdotal feedback from treating physicians and news stories in the first weeks after approval suggest that the initial rollout of Aduhelm will be difficult ahead of at least local Medicare coverage decisions, as physicians worry about obtaining reimbursement for both amyloid testing (either CSF or PET scan) and drug costs." |
| 7/22/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Sees Heavy Patient Interest in New Alzheimer's Drug | "Three large hospital systems are refusing to administer Aduhelm, as the agency overseeing Medicare, the insurance program for the elderly and disabled, conducts a review of whether to pay for the drug." |
| 7/22/21 | Reuters News | Biogen Alzheimer's drug slow to take off as U.S. Medicare wrestles with coverage | "Other leading institutions, including in Michigan, Florida and Rhode Island, were eager to make the therapy available to patients in the hope it will provide a benefit, but told Reuters this week they are proceeding slowly while Medicare determines how it will cover Aduhelm, initially priced at about $56,000 per year. ... Tufts and others have called for Medicare to go beyond a national coverage determination and institute a policy known as coverage with evidence development." |
| 7/22/21 | Reuters News | Biogen says uptake on new Alzheimer's drug slower than expected | "Biogen Inc on Thursday said getting hospitals and clinics to use its new Alzheimer's disease drug Aduhelm and insurers to reimburse it has been slower than it expected, as controversy mounts over the U.S. Food and Drug Administration's approval process for the treatment. ... Some prominent doctors, hospitals and health insurers have criticized the FDA's approval and said they will not offer the drug, including the Cleveland Clinic and New York's Mount Sinai Health System. ... Medicare, the government healthcare program for people over age 65, this month launched a nine-month process to formulate standardized national coverage terms for Aduhelm. For now, claims are being handled by Medicare's regional offices. ... Medicare held its first public hearing on the topic on Thursday. ... 'The main factor delaying treatment is uncertainty about coverage,' Dr. Stephen Salloway of Brown Medical School and Butler Hospital in Providence, Rhode Island, said during the hearing. 'I'm concerned that patients who may benefit will not have access to treatment during the nine months prior to the NCD (national coverage decision) and may not be eligible for treatment later,' Salloway added." |
| 7/22/21 | Reuters News | BREAKINGVIEWS-Investors too gloomy over Biogen Alzheimer's drug | "A few insurers have said they won't pay. Medicare is studying how to cover the drug and may limit use." |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/22/21 | Reuters News | UPDATE 6-Biogen says uptake on new Alzheimer's drug slower than expected | "Biogen Inc on Thursday said getting hospitals and clinics to use its new Alzheimer's disease drug Aduhelm and insurers to reimburse it has been slower than it expected, as controversy mounts over the U.S. Food and Drug Administration's approval process for the treatment." |
| 7/22/21 | The Boston Globe | Biogen defends Aduhelm approval process, says 'misinformation' is fueling controversy | "The approval by the US Food and Drug Administration has triggered an extraordinary backlash from some doctors, insurers, and advocates for patients. Aduhelm, which generated conflicting results in two late-stage trials, has a $56,000 annual price tag, and critics have decried the process by which it was approved. ... Few patients appear to have received the commercial drug, which has generated about $2 million in sales so far. However, the federal Medicare program has only begun its review for coverage of the medicine, which is widely expected to be a blockbuster, defined as sales of $1 billion or more. ... Nonetheless, many Medicare recipients would rely on secondary private insurance for other costs associated with Aduhelm. Several affiliates of Blue Cross and Blue Shield around the country have said they don't plan to cover the medicine because they consider it 'investigational' or 'experimental' or because 'a clinical benefit has not been established.'" |
| 7/23/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Defends Its New Alzheimer's Drug Amid Controversy -- WSJ | "Biogen Inc. on Thursday defended its new Alzheimer's disease drug, Aduhelm, in the midst of a controversy over its approval last month that threatens to slow patient uptake and insurance reimbursement of the potential blockbuster product.[ ]Executives also said they are seeing strong patient interest in the drug. ... Three large hospital systems are refusing to administer Aduhelm, as the agency overseeing Medicare, the insurance program for the elderly and disabled, conducts a review of whether to pay for the drug. ... Many doctors and clinical sites that would prescribe and administer the drug are still trying to gain clarity on whether insurers will reimburse them for the medicine, said Biogen U.S. Organization President Alisha Alaimo...." |
| 7/23/21 | The Boston Globe | Biogen stands by Alzheimer's drug approval | "The approval by the US Food and Drug Administration has triggered an extraordinary backlash from some doctors, insurers, and advocates for patients. Aduhelm, which generated conflicting results in two late-stage trials, has a $56,000 annual price tag, and critics have decried the process by which it was approved. Few patients appear to have received the commercial drug, which has generated about $2 million in sales so far. However, the federal Medicare program has only begun its review for coverage of the medicine, which is widely expected to be a blockbuster, defined as sales of $1 billion or more. ... The drug was commercially available for only a few weeks of the second quarter, and one of the biggest questions is how Medicare will cover it. The Centers for Medicare & Medicaid Services recently began a review of Medicare coverage, a process expected to take about nine months. ... The vast majority of the roughly 6 million Americans with Alzheimer's disease — 96 percent by one estimate — are over age 65 and would rely on Medicare as their primary insurer for coverage. Biogen estimates there are 1 million to 2 million people who have early symptoms and might benefit from the drug, which the FDA recently recommended that doctors start patients on only if they have mild cognitive impairment. Nonetheless, many Medicare recipients would rely on secondary private insurance for other costs associated with Aduhelm. Several affiliates of Blue Cross and Blue Shield around the country have said they don't plan to cover the medicine because they consider it 'investigational' or 'experimental' or because 'a clinical benefit has not been established.'" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/23/21 | The Boston Globe | State's second-largest health insurer says it won't cover new Alzheimer's drug | "The state's second-biggest private health insurer said Friday it will not cover Biogen's controversial new Alzheimer's drug because of fundamental concerns about the effectiveness and safety of the $56,000-a-year medicine.[ ]Point32Health, the company formed by the recent merger of Tufts Health Plan and Harvard Pilgrim Health Care, is the first insurer in Massachusetts to balk at covering Aduhelm, which was approved by the US Food and Drug Administration on June 7. Several affiliates of Blue Cross and Blue Shield in other states have declined to cover it. ... 'We have concluded it's experimental and investigational and therefore not a covered benefit,' said Michael Sherman, chief medical officer for the insurer, who couldn't recall a similar decision in his 10 years at Harvard Pilgrim and Point32Health. 'We all want to see a cure [for Alzheimer's], but most of the experts believe that approval was premature.'[ ]The decision was not entirely unexpected. ... James Chambers, an associate professor of medicine at the Tufts Medical Center Institute for Clinical Research and Health Policy Studies, has been tracking how private insurers handle Aduhelm. As of Friday, he had identified at least nine other insurers — all affiliates of Blue Cross and Blue Shield — that have characterized the drug as experimental or investigational and declined to cover it. ... The resistance of private insurers may not amount to a material blow to Biogen, as the big insurer for Alzheimer's treatments remains the federal Medicare program. The vast majority of the roughly 6 million Americans with the disease — 96 percent by one estimate — are over age 65 and would rely on Medicare as their primary insurer. The Centers for Medicare & Medicaid Services, or CMS, recently began a review of Medicare coverage of Aduhelm, a process expected to take about nine months. ... The CMS review of Aduhelm is expected to have a much greater effect on whether patients in the US can receive insurance coverage than the decisions of private insurers." |
| 7/23/21 | The New York Times | Earnings Briefing | "Many insurers have not yet decided how to cover it. ... The agency that administers Medicare said earlier this month that it would begin a monthslong review to determine whether to standardize coverage of the drug across the country, a step that could restrict which patients receive it. In the meantime, some Medicare Advantage plans, an alternative to traditional Medicare that is offered by private insurance companies, have already approved patients to receive the drug, Biogen said." |
| 7/23/21 | The San Francisco Chronicle | Storm ravagescentral China --at least 33 die | "The drugmaker Biogen reported on Thursday that its controversial Alzheimer's drug Aduhelm brought in $2 million in its first few weeks of availability, the first revenue for a treatment that is expected to generate billions of dollars and strain Medicare's budget within a few years." |
| 7/23/21 | Dow Jones Institutional News (The Wall Street Journal) | U.S. News: Biogen Defends Its New Alzheimer's Drug Amid Controversy | "Three large hospital systems are refusing to administer Aduhelm, as the agency overseeing Medicare conducts a review of whether to pay for the drug. ... The federal Medicare review of Aduhelm is expected to be completed in nine months. Meantime, Medicare reimbursement decisions are left to regional administrators and commercial insurers that oversee the program on behalf of the government." |
| 7/24/21 | The Boston Globe | Alzheimer's drug is hit by another rejection | "Point32Health, the company formed by the recent merger of Tufts Health Plan and Harvard Pilgrim Health Care, is the first insurer in Massachusetts to balk at covering Aduhelm, which was approved by the US Food and Drug Administration on June 7. Several affiliates of Blue Cross and Blue Shield in other states have declined to cover it. ... Roughly half of Point32Health's members receive their insurance through government-sponsored programs, such as Medicare Advantage, which private insurers help administer. The CMS review of Aduhelm is expected to have a much greater effect on whether patients in the US can receive insurance coverage than the decisions of private insurers. Biogen estimates there are 1 million to 2 million people who have early symptoms and might benefit from Aduhelm, which the FDA recently recommended that doctors start patients on only if they have mild cognitive impairment. Sherman said that if CMS determines that Medicare or Medicaid will cover Aduhelm, Point32Health would have to change its policy to let members in those programs submit claims for reimbursement." |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/25/21 | The Boston Globe | Biogen in a bind: The high-stakes fight over Alzheimer's and what makes a drug worthwhile | "Investors are concerned that doctors won't prescribe Aduhelm without more proof that it works, and that Medicare, which would cover a large majority of Aduhelm users in the country, will balk at paying $56,000 a year for a treatment that has yet to demonstrate its worth. ... Estimates for the cost to the government-funded program range anywhere from $29 billion a year to more than $330 billion, depending on how many people take the medication. But the estimates don't factor in any potential savings from better patient care that Aduhelm may make possible. ... The Centers for Medicare & Medicaid Services has said it will take up to 6 months to propose a decision and 9 months to make a final call. ... Point32Health, the second-biggest health insurer in Massachusetts, said Friday that in its view Aduhelm is 'experimental and investigational,' and thus it would not cover treatment. The company, formed by the recent merger of Tufts Health Plan and Harvard Pilgrim Health Care, is the first insurer here to take such as stand." |
| 7/26/21 | Jefferies | Mtg w/ BIIB Encouraging: Groundwork Getting in Place, Reimbursement Steps Next | "[W]e think NCD will support reimbursement in Q1/22 too. ... Lastly, some early CMS [Medicare Administrative Contractors'] reimbursement requests were sent in and these are getting processed (should hear in coming 4-8 weeks [estimated]) and a few MCA (Medicare Advantage) pre-auth[orization]s have been approved as well which is good at the start. ... NCD is key for reimbursement consistency. An NCD ruling will provide consistency and overrule regional decisions. ... Best case is a 'coverage to label' decision but investors are confused around a CED outcome. [Biogen] comments today suggested a CED would arguably hold back Aduhelm availability only to major trial centers where they can enroll in a CMS study (such as ongoing [positron emission tomography] a-beta imaging study NEW-IDEAS ongoing) and would increase social inequalities, disparities, and availability. ... CAR-T had CED coverage but then it was changed quickly to full coverage." |
| 7/26/21 | The Boston Globe | Fallout from Biogen-FDA saga vast | "Investors are concerned that doctors won't prescribe Aduhelm without more proof that it works and that Medicare, which would cover a large majority of Aduhelm users in the country, will balk at paying $56,000 a year for a treatment that has yet to demonstrate its worth. ... Estimates for the cost to the government-funded program range anywhere from $29 billion a year to more than $330 billion, depending on how many people take the medication. But the estimates don't factor in any potential savings from better patient care that Aduhelm may make possible. ... The Centers for Medicare and Medicaid Services has said it will take up to six months to propose a decision and nine months to make a final call. ... Point32Health, the second-biggest health insurer in Massachusetts, said Friday that in its view Aduhelm is 'experimental and investigational,' and thus it would not cover treatment. The company, formed by the recent merger of Tufts Health Plan and Harvard Pilgrim Health Care, is the first insurer here to take such as stand." |
| 7/27/21 | Reuters News | Biogen withdrew Aduhelm paper after JAMA asked for edits - Axios | "Some large hospitals have declined to use the drug and insurers representing millions of American enrolled in private Medicare plans have said the drug is yet to meet their bar for coverage based on the data." |
| 7/27/21 | The Boston Globe | Aduhelm could be a strain on Medicaid | "The drug maker believes this will lower the potential patient population to 1 million to 2 million people, most of whom are expected to be Medicare beneficiaries, since the Alzheimer's population is largely age 65 and over. But if 500,000 people were treated with the medicine, Medicare would spend $29 billion annually, according to a recent Kaiser Family Foundation analysis. ... But Medicaid — which offers health insurance for low-income and disabled people — is expected to spend much less, since about 67,000 beneficiaries used existing Alzheimer's drugs, according to a new Kaiser analysis. If 25 percent of these beneficiaries switched to Aduhelm, the total cost would be approximately $720 million, with the states spending $230 million and the federal government covering $490 million. ... Yet Medicaid would have to open its wallet further if 75 percent of those same beneficiaries switch to Aduhelm. If that were to happen, the cost to the program would be more than $2.1 billion, which is equal to seven percent of current Medicaid net spending. Under this scenario, states would spend $695 million and the federal share would be $1.47 billion." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/29/21 | William Blair | Second CMS Public Hearing Sees Industry Weigh In on Aduhelm NCD; Takeaways From AAIC Important for Clinical Guidelines | "Key themes, highlighted below, focused on implications for coverage of the amyloid-targeting drug class as a whole compared to just Aduhelm alone, equitable access (particularly for lower socio-economic demographics that were underrepresented in clinical trials), coverage considerations for auxiliary services recommended with Aduhelm infusions ([positron emission tomography] scans, MRIs, infusion center usage), and safety considerations. Industry speakers were obviously supportive of broad CMS coverage, but ultimately support for coverage under NCD remains divided from the public opinion sessions." |
| 7/31/21 | Jefferies | Yee Leaves: BIIB, GILD, VRTX and More Thoughts & Debates from My Week | "We hosted [management] on Monday and get the sense[] [Biogen] is seeing signs of strong early demand, reimbursement is tracking OK so far ([Medicare Administrative Contractors] may start to reimburse in coming weeks on the first scripts) etc., and they feel comfortable around a positive NCD result (although interestingly [Wall] Street is doing work around CED scenario which we also think is still fine). If these things happen, we think there'll be a snowball effect as physicians start hearing back on positive reimbursement claims from [Medicare Administrative Contractors] and [Medicare Advantage] and get more confidence that they'll get paid." |
| 8/2/21 | Dow Jones Institutional News (The Wall Street Journal) | Will Biogen's Aduhelm Labeling Limit How Long Patients Will Use It? -- Market Talk | "Mizuho Securities questions whether sales of Aduhelm, Biogen's recently approved Alzheimer's medication, will reach the peak of sales generation that optimistic forecasts project. A recent labeling clarification has specified that the drug should be used in patients with mild cognitive impairment or mild Alzheimer's, as opposed to later stages of the disease. As a patient's disease progresses past that stage, Medicare may decline to cover additional Aduhelm use, thereby limiting the amount of time a given patient is on the drug and crimping Biogen's revenue per patient. Considering other risks as well, long-term peak sales of the drug are better forecast around $6B, rather than the $8.5B analyst consensus, Mizuho conjectures." |
| 8/6/21 | Baird | Weekly Recap - Who's Down with OIG? | "Notably, with Center for Medicare and Medicaid Services (CMS) conducting the ongoing National Coverage Determination (NCD) of Aduhelm, we think the mere existence of the [Office of Inspector General] review could further empower CMS to significantly restrict coverage, potentially with the Coverage with Evidence Development (CED) designation[], something Biogen management hasn't ruled out." |
| 8/9/21 | The Boston Globe | So far, few have received Biogen's Alzheimer's drug | "However, he acknowledged that with reimbursement decisions, 'it is still the early days,' and that tests to confirm the presence of a particular protein in patients to ensure they're eligible are 'also taking time to schedule and coordinate.' ... Chief financial officer Mike McDonnell said the company expected 'modest' revenue this year from Aduhelm in part because of 'the need for sites to prepare to diagnose and treat patients and the time that it will take to secure payer coverage.' ... Regional Medicare contractors could issue statements about their coverage policies for Aduhelm before a national policy comes out, but they are holding off for now. Every contractor declined to comment on their plans in response to STAT inquiries. ... 'It's all a little hazy with this drug,' Rana said, referring to how coverage is going to work until there's a national decision." |
| 8/11/21 | Reuters News | U.S. Veterans Health Administration turns down Biogen Alzheimer's drug | "Some hospitals have begun to use the drug, but patient numbers have been low as providers await clarity on whether Medicare, the federal Medicare health plan for people over the age of 65, will cover the drug's cost." |
| 8/12/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen's Alzheimer's Drug Won't Be Covered by VA Health System | "The Department of Veterans Affairs won't cover Biogen Inc.'s new Alzheimer's drug, the latest rebuke of the controversial treatment since it was approved earlier this summer.[ ]The VA decided not add the drug, called Aduhelm, to its formulary list of available medicines because of the drug's risk of causing serious side effects and a lack of evidence that it improves cognitive function, an agency spokeswoman said. ... The Centers for Medicare and Medicaid Services is conducting a nine-month review of whether to cover the drug for Medicare patients and under what circumstances. Meanwhile, a few hospitals have said that they won't administer the drug to their patients, citing concerns over the drug's effectiveness and the Food and Drug Administration's process for approving it." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 8/12/21 | The Boston Globe | VA declines to cover Biogen's Alzheimer's drug | "The Department of Veterans Affairs has decided not to cover Biogen's new Alzheimer's drug, citing insufficient evidence of 'a robust and meaningful clinical benefit' and concerns about safety.[ ]In a notice issued by the agency, the VA said it will make exceptions for 'highly selected patients' and listed several hurdles that must be cleared before the Cambridge biotech's Aduhelm will be covered, such as requiring it to be prescribed by providers who specialize in treating dementia and ensuring patients had recently received MRI brain scans. ... Initially, the FDA issued a broad label for the drug, meaning it could be prescribed to anyone, but the agency later narrowed that to people with mild cognitive disease or mild Alzheimer's. But the debate over effectiveness prompted Medicare to schedule a meeting to decide national coverage and some private health insurers are either withholding coverage or waiting to see what Medicare will decide, leaving many people in limbo." |
| 8/13/21 | Dow Jones Institutional News (The Wall Street Journal) | VA System Declines to Cover Alzheimer's Drug -- WSJ | "The Department of Veterans Affairs won't cover Biogen Inc.'s new Alzheimer's drug, the latest rebuke of the controversial treatment since it was approved earlier this summer.[ ]The VA decided not add the drug, called Aduhelm, to its formulary list of available medicines because of the drug's risk of causing serious side effects and a lack of evidence that it improves cognitive function, an agency spokeswoman said. ... Disagreements over the drug's approval and concerns about its financial impact on the healthcare system have led health insurers to take a cautious approach to deciding whether to cover the drug. Most eligible patients are covered by Medicare, according to Biogen." |
| 8/22/21 | The New York Times | That $56,000 Treatment? Blame Medicare. | "Medicare has yet to announce which Alzheimer's patients will be covered for the new drug, which the F.D.A. approved against the recommendation of clinical experts. The annual cost to the federal government is, therefore, not yet known, but it could be extremely high." |
| 8/26/21 | Dow Jones Institutional News (Barron's) | Early Sales of Biogen's Alzheimer Drug Remain Unclear -- Barrons.com | "Harrison added that the survey shows some Medicare administrative contractors are already reimbursing the drug. Reimbursement of the $56,000-per-year treatment has emerged as a significant potential issue in recent months, with the Centers for Medicare and Medicaid Services, which administered the Medicare program, launching a process in June to set a nationwide coverage policy...'Eight out of 78 neurologists have already prescribed commercial Aduhelm,' Harrison wrote. 'Of the 30 patients who received Aduhelm, 18 patients received the first dose and 6 patients were reimbursed by local Medicare administrative contractor.' ... In response to a request for comment on the notes, Biogen referred to statements made on the company's earnings call in July. At the time, the company's CEO said that patient interest in Aduhelm was high, but that it would take time for infusion sites to get 'up and running.' ...'Our guidance continues to assume modest Aduhelm revenue in 2021 due to dosing titration the need for sites to prepare to diagnose and treat patients and the time that it will take to secure payer coverage,' the company's CFO said on the call. 'We continue to expect revenue to start ramping in 2022 and beyond.'" |
| 8/27/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen's New Alzheimer's Drug Beyond Reach for Many Patients | "Many Alzheimer's clinics are holding off on prescribing Aduhelm until federal officials decide next year if Medicare will pay for it. Hospitals that do provide the medication often require patients to cover its cost if their insurance refuses to pay; those who can't are often put on waiting lists ... 'Because of the uncertainty, it puts us in limbo,' said Stephen Salloway, director of Butler Hospital's Memory and Aging Program in Providence, R.I. 'The main issue right now is coverage.' ... Uncertainty about Medicare reimbursement had led some large health insurers, including UnitedHealth Group Inc. and Humana Inc., to hold off on their own coverage policies for commercially insured patients. Others, including the Department of Veterans Affairs and several regional Blue Cross Blue Shield companies, have excluded Aduhelm from their lists of regularly available treatments ... Humana is covering the drug for commercial and Medicare-insured patients whose doctors provide paperwork showing they meet the criteria Biogen used to recruit subjects for its clinical trials, a company spokesman said ... 'Like many physicians and healthcare delivery systems, we still have concerns about the conflicting data on the safety and efficacy of the drug,' the spokesman said. 'Additional guidance from CMS on the coverage policy in the Medicare program is essential and will influence our final coverage determination.' ... For now, regional Medicare administrators decide whether to pay for Aduhelm on a case-by-case basis, and so far have received a small number of claims, a CMS spokeswoman said." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 8/28/21 | Dow Jones Institutional News (The Wall Street Journal) | U.S. News: Biogen Alzheimer's Drug Sits Unused | "Many Alzheimer's clinics are holding off on prescribing Aduhelm until federal officials decide next year if Medicare will pay for it. Hospitals that do provide the medication often require patients to cover its cost if their insurance refuses to pay; those who can't are often put on waiting lists. ... 'Because of the uncertainty, it puts us in limbo,' said Stephen Salloway, director of Butler Hospital's Memory and Aging Program in Providence, R.I. 'The main issue right now is coverage.' ... Biogen has said it expects Medicare, the health insurance program for elderly and disabled people, to cover about 80% of the roughly one million to two million U.S. Alzheimer's patients who could benefit from the drug ... Aduhelm is approved to treat early-stage Alzheimer's by removing a sticky protein in the brain called amyloid. ... The Food and Drug Administration's approval of Aduhelm has been controversial because of uncertainty over whether it provides a meaningful benefit to patients and its potential side effects, which include bleeding in the brain. Two large studies of the drug yielded conflicting results, with one showing Aduhelm slowed cognitive decline and the other failing to do so. ... Uncertainty about Medicare reimbursement had led some large health insurers, including UnitedHealth Group Inc. and Humana Inc., to hold off on their own coverage policies for commercially insured patients. Others, including the Department of Veterans Affairs and several regional Blue Cross Blue Shield companies, have excluded Aduhelm from their lists of regularly available treatments." |
| 8/30/21 | Dow Jones Institutional News (Barron's) | Biogen Is Giving Away Its Controversial Alzheimer Drug: Report -- Barrons.com | "Other analysts, however, have written that Medicare seems to be reimbursing for Aduhelm. In a note Thursday, Morgan Stanley analyst Matthew Harrison cited a different survey that showed, among other things, that some Medicare administrative contractors are already reimbursing for the drug. ... 'Eight out of 78 neurologists have already prescribed commercial Aduhelm,' Harrison wrote. 'Of the 30 patients who received Aduhelm, 18 patients received the first dose and 6 patients were reimbursed by local Medicare administrative contractor.' ... In July, a month after the drug's approval by the Food and Drug Administration, the Centers for Medicare and Medicaid Services, which oversees the Medicare program, launched a rare process to set a national policy on how to cover Aduhelm. At the time, the agency expected to issue a final decision within nine months." |
| 8/30/21 | Reuters News | FOCUS-Biogen provides free Aduhelm as U.S. clinics await Medicare payment | "[']Mainly because of the uncertainty around insurance coverage ... most doctors and systems are in a holding pattern,' said Dr. Anton Porsteinsson, director of the University of Rochester Alzheimer's Disease Care, Research and Education Program, which is only using Aduhelm, also known as aducanumab, on patients enrolled in clinical trials." |
| 8/30/21 | Reuters News | Reuters Health News Summary | "Biogen Inc is providing its controversial and expensive new Alzheimer's drug free of charge for some patients amid slow claim reviews by Medicare, according to sources familiar with the situation, including a doctor treating patients with the drug. The development underscores the division among doctors about whether the $56,000-a-year drug helps patients and how uncertainty about reimbursement from Medicare, the U.S. government health plan for people over age 65, has held back prescriptions and sales. Aduhelm, which is given as a monthly infusion, was approved by the U.S. Food and Drug Administration in June even though one of Biogen's two large clinical trials failed to show a benefit for patients diagnosed with the incurable mind-wasting disease." |
| 9/2/21 | Investor's Business Daily | Biogen Stock Undercuts A Key Line As House Democrats Look Into Alzheimer's OK | "Biogen stock has yo-yoed on more recent Aduhelm news. Shares recently took a hit when a number of major medical centers, including the Cleveland Clinic and Mount Sinai, decided against administering Aduhelm to their patients. The Department of Veterans Affairs also declined to add Aduhelm to its coverage list. The latter cited known side effects and lack of evidence on cognitive improvement." |
| 9/3/21 | The Boston Globe | Lawmakers ask FDA for Aduhelm documents | "Aduhelm's approval could have a massive impact on Medicare spending, but Biden administration officials said on Tuesday that they have not estimated total spending on Aduhelm, and will not until Medicare decides on a plan to cover the drug." |
| 9/7/21 | Morgan Stanley | Key Catalysts for 2H21 and into Early 2022 | "The NCD analysis can results[sic] in five different outcomes including a no-coverage decision (has not happened in the last 15 [years]), coverage to indications (label), coverage with restrictions, coverage with evidence development and [Medicare Administrative Contractors'] discretion. We note that the NCD will overrule any regional or Medicare Advantage plan decision. Right now we would assume coverage with restriction or coverage with evidence development are the most likely outcomes. The proposed decision memo will provide an insight into likely final decision outcome on potential coverage restriction." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 9/9/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Is Tumbling Because Its Alzheimer's Drug Rollout Isn't Going So Well -- Barrons.com | "With stock down at $300 and sentiment very negative, we think it's an attractive opportunity, though think [Wall] Street might not pay attention until closer to (January national coverage determination) decision and more time for logistical rollout of drug,' the analysts added." |
| 9/9/21 | Investor's Business Daily | Biogen Stock Dives As CEO Admits 'Slower Than We Anticipated' Alzheimer's Drug Launch | "Next, Biogen stock investors are looking for the Centers for Medicare and Medicaid Services to determine whether they will cover Aduhelm. That process will take months. Aduhelm's list price is $56,000 a year. That's the price before discounts and rebates. ... Some have said Aduhelm will break the Medicare bank." |
| 9/9/21 | The Boston Globe | Biogen loses $7 billion in value on slow Alzheimer's drug rollout | "'Acknowledgment of the significant Aduhelm launch hurdles is unlikely to be a major surprise, and the stock is already now starting to reflect much more pessimism about Aduhelm uptake and competitive impact,' [RBC Analyst] Abrahams wrote in a note to clients. He sees little gains for Biogen ahead of a key Medicare decision on coverage." |
| 9/10/21 | The Boston Globe | Biogen CEO says rollout of Aduhelm has been slow | "Vounatsos blamed Aduhelm's slow uptake on insufficient infrastructure to administer the infused treatment, a lack of clarity around whether payers will reimburse for it, and a pervasive misunderstanding of Biogen's data on the drug." |
| 9/11/21 | The Boston Globe | Biogen trials for Alzheimer's drug would have excluded Medicare patients | "As a result, the researchers argued that Medicare should consider restricting coverage to those people who would have been eligible to participate in the trials and also require additional evidence on clinical outcomes in groups excluded from the trials. In fact, Medicare is working through a months-long process to decide how to cover the drug, which carries a $56,000 list price." |
| 9/16/21 | PR Newswire | Aduhelm Launch Trends Show Some Early Signs Of Progress As The Biogen Team Aims To Moderate Near-Term Expectations, According To Spherix Global Insights | "Assessed variables [in Launch Dynamix's quarterly Aduhelm report] include, but are not limited to, Aduhelm drivers, referral patterns, healthcare system restrictions and other barriers to prescribing, recently prescribed patient characteristics, willingness to prescribe by patient type or market event (i.e., CMS National Coverage Decision finalization), experience with regional Medicare Administrative Contractors' (MACs) processes and decisions, and Biogen company perceptions." |
| 9/22/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Is Down on a Report That Few Have Received Its New Alzheimer's Therapy -- Barrons.com | "Another Biogen executive speaking at the same event blamed, among other things, an ongoing process launched by the Center for Medicaid and Medicaid Services to determine whether to limit coverage of Aduhelm. The executive, Biogen U.S. president Alisha Alaimo, said that the majority of sites that could infuse Aduhelm are waiting for 'clarity on reimbursement,' and the outcome of the CMS process." |
| 9/23/21 | Investor's Business Daily | Biogen Stock Pops, But D.C. Center Bans All — Not Just Aduhelm — Sales Reps | "Part of the problem stems from Biogen's pricing strategy for Aduhelm. Aduhelm costs $56,000 a year before insurance and rebates. Critics say that price could have a severe impact on the Centers for Medicare and Medicaid Services. CMS is currently deciding whether it will cover Aduhelm." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 9/23/21 | The Boston Globe | Slow drug rollout could translate to layoffs at Biogen | "Over the past month, Biogen has tried to reset expectations for the pace of the Aduhelm launch, admitting to challenges with reimbursement, logistics, and skepticism from neurologists. ... [T]he launch of Aduhelm has become the latest in a series of missteps for Biogen. The company's decision to charge a premium price for a treatment with unproven benefits has left physicians in the uncomfortable position of wanting to meet the needs of desperate patients but reluctant to prescribe a drug with questionable supporting evidence. Insurers have also balked at Aduhelm and its price tag, citing the same reasons. ... Biogen has said that some physicians and medical centers are waiting on the results of a monthslong process by which Medicare will determine how to cover the drug and who should receive it. That process, not expected to conclude until the spring, creates a difficult situation for Biogen, which is expected to provide its earnings expectations for 2022 in February. Publicly, Biogen has said it doesn't expect Aduhelm's adoption to improve meaningfully until Medicare renders its reimbursement decision." |
| 9/24/21 | Cowen | ADUHELM APPROVAL LIKELY TO RETURN BIOGEN TO GROWTH | "On its Q2:21 earnings call, Biogen outlined five potential scenarios that could result from the NCD: (1) No coverage; (2) Coverage to indication/label; (3) Coverage with restrictions based on a specific population of patients or limitation as to which specialist can prescribe it; (4) Coverage with evidence development; and (5) Coverage decision could be left to the discretion of the Medicare Administrative Contractors (MACs). Importantly, in the meantime, Medicare Advantage and regional plans will be responsible for coverage decisions, and Biogen anticipates coverage for Aduhelm in the interim." |
| 9/24/21 | Dow Jones Institutional News (Barron's) | Medicine's Golden Age Is Dawning. 10 Ways to Invest -- Barrons.com | "People say that market forces don't exist in healthcare, but that's not true. Consider the controversy around Aduhelm. It is expensive, there are questions around its efficacy, and payers are restricting who gets it." |
| 9/28/21 | The Washington Post | Who should take new drug for Alzheimer's? | "Furthermore, an FDA advisory committee strongly recommended against Aduhelm's approval, and Congress is investigating the process leading to the FDA's decision. Medicare is studying whether it should cover the medication, and Veterans Affairs has declined to do so under most circumstances." |
| 9/29/21 | The Boston Globe | Mass General Brigham won't offer Biogen's new Alzheimer's drug | "The Mass General Brigham announcement adds to Biogen's woes, but the system's decision was not entirely surprising. ... Two doctors at Mass General Brigham who were helping to develop a policy on the medicine told the Globe in July that the hospital system was unlikely to offer Aduhelm to patients taking blood thinners because of concerns about the risk of bleeding in the brain." |
| 10/7/21 | PR Newswire | Post-Launch Insights Point to Four Key Factors That Could Drive Future Use of Biogen/Eisai's Aduhelm in Alzheimer's Disease, According to Spherix Global Insights | "Collectively, survey data suggest neurologists' hesitancy to prescribe Aduhelm in the absence of a final decision from CMS (Centers for Medicare and Medicaid Services) allowing reimbursement of Aduhelm. This sentiment was echoed in qualitative interviews, with neurologists often mentioning uncertainty in relation to Aduhelm reimbursement by CMS as an obstacle to use. ... While Biogen can't directly control the outcome of CMS' decision, the company could further assist with costs associated with infusion administration and MRI and [positron emission tomography] monitoring (which were pain points voiced by neurologists during interviews) to make the drug more affordable for patients." |
| 10/7/21 | The Boston Globe | Blue Cross of Massachusetts will not cover controversial Alzheimer's drug | "Blue Cross Blue Shield of Massachusetts, the state's largest private insurer, said Thursday that it would not cover a controversial new drug for Alzheimer's disease, dealing another blow to Cambridge drugmaker Biogen.[ ]Blue Cross said it reviewed clinical studies and talked to specialists before concluding that Aduhelm, priced at $56,000 a year, is 'investigational,' or unproven." |
| 10/8/21 | RBC Capital Markets | Expect CMS To Reimburse Adu For Ph.III Population, Middle Ground Scenario, Leaving Uptake To Docs | "Overall, our expert saw the most likely way forward as reimbursement limited to the [Phase III] EMERGE/ENGAGE … trial criteria (e.g., meeting [positron emission tomography] and MMSE/CDR criteria) - more restrictive than even the recently-narrowed FDA label - with a CED designation." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 10/14/21 | Stifel | Aduhelm Deep Dive: Vetting the NCD, Surveying Physicians, and Handicapping the 2022/2023 Abeta Readouts | "While various payor consultants we spoke with had varying opinions of the Aduhelm controversy, all agreed that (1) full reimbursement per FDA label is unlikely but (2) outright NCD rejection also seems improbable. It might seem that 'coverage with evidence determination [CED]' represents a path of least resistance, but multiple payor specialists highlighted that this is almost unprecedented for a drug, and could be really complicated to actually implement. In turn, the prevailing view is that the NCD will cover Aduhelm but with additional restrictions, possibly related to certain ENGAGE/EMERGE exclusion criteria." |
| 10/17/21 | Associated Press Newswires | In quiet debut, Alzheimer's drug finds questions, skepticism | "Some insurers have decided not to cover the drug. Others, including the major Medicare Advantage insurer Humana, haven't made a decision yet but are reviewing claims case by case in the meantime. ... The federal Medicare program is expected to make a national coverage determination by next spring that will lay out how it handles the drug." |
| 10/19/21 | Needham | Remaining Positive on Aduhelm's Potential Following Expert Call | "Coverage with restrictions beyond the label seems to be the most likely outcome." |
| 10/19/21 | Reuters News | Biogen sales face pressure from slow uptake of Alzhiemer's drug | "But the acceptance of Aduhelm has been limited due to doubts about its net benefit to patients as well as uncertainty about reimbursement from Medicare, the U.S. government health plan for people over age 65. ... Insurers and hospitals now await coverage terms from the U.S. Centers for Medicare & Medicaid Services before covering the drug, which is administered through an infusion." |
| 10/20/21 | Associated Press Newswires | Biogen CEO: 'Major bottleneck' still limits Alzheimer's drug | "A big factor in patient affordability will be whether or how Medicare decides to cover Aduhelm, a decision expected by next April. The federal program for people over age 65 is expected to cover most of the patients who will be eligible for the drug." |
| 10/20/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen 3Q Results Beat Expectations; Alzheimer's Drug Aduhelm Posts Sales of $300,000 | "Many Alzheimer's clinics are holding off on prescribing Aduhelm until federal officials decide next year if Medicare will pay for it, The Wall Street Journal reported in August." |
| 10/20/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Shareholders Face the Waiting Game -- Heard on the Street | "Medicare administrators will set parameters for the government insurer to cover expenses for Aduhelm and similar drugs under development by next Spring." |
| 10/20/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen's New Alzheimer's Drug Meets Slow Rollout -- 2nd Update | "Concerns about the drug's effectiveness and price tag have kept it out of reach for many patients whose insurers have decided not to cover it or haven't yet decided. ... The federal agency overseeing Medicare, the health insurance program for seniors and the disabled, has undertaken a comprehensive review of whether and when to pay for Aduhelm, with a preliminary decision expected in January and a final decision slated for April." |
| 10/20/21 | Financial Times (FT.Com) | Biogen sells just $300,000 worth of contentious Alzheimer's drug | "However healthcare providers and insurers have been slow to embrace the drug, delaying purchasing decisions amid concerns over its high cost and doubts over its efficacy in treating the disease." |
| 10/20/21 | Investor's Business Daily | Biogen Warns Alzheimer's Uptake Will Be Neither 'Explosive' Nor 'Linear' In 2022 | "The Centers for Medicare and Medicaid Services won't make a decision on whether to cover Aduhelm until April. So far, about 120 sites in the U.S. have administered Aduhelm." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 10/20/21 | Reuters News | UPDATE 3-Biogen banks on government coverage to restart stalled Alzheimer's drug sales | "However, the uptake has been slower than expected as several commercial insurers wait for further direction from Medicare before covering the drug, which is priced at $56,000 a year." |
| 10/20/21 | The Boston Globe | Sales of Biogen's controversial Alzheimer's drug disappoint | "But[ ]acceptance of the medicine has been slow due to uncertainty about whether the US Centers for Medicare & Medicaid Services will cover Aduhelm, which has a list price of $56,000 a year. The agency is expected to give its preliminary opinion in January and make a final decision in April." |
| 10/21/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Shareholders Face Waiting Game on Alzheimer's Drug | "There is reason to believe Aduhelm can begin to reach more patients, but investors will need to be patient until insurers decide whether to pay for it and doctors become more willing to prescribe it. Medicare administrators will set parameters for the government insurer to cover expenses for Aduhelm and similar drugs under development by next spring. A favorable ruling there would likely make the drama of this past summer a distant memory on Wall Street, since private insurers might well follow their lead. Biogen also has other Alzheimer's treatments under development, and success in the clinic could yield a more effective option that physicians readily embrace." |
| 10/21/21 | The San Francisco Chronicle | BRITAIN | "A new Alzheimer's drug from Biogen brought in only $300,000 in sales during its first full quarter on the market, continuing a slow debut complicated by coverage questions and concerns from doctors. … But regulators have also asked for more research. Questions about the scientific studies behind Aduhelm and how patients will pay for a drug that can cost more than $50,000 annually have made some care providers cautious." |
| 10/22/21 | Dow Jones Institutional News | PRESS RELEASE: BB Biotech : Gains realized following COVID-19 vaccine booster update enable increases in oncology and CNS | "The US FDA has moved past the Aduhelm/Alzheimer controversy, but patients, physicians and insurance companies have now entered the fray. Reflecting market resistance, Biogen recently slashed its already cautious 2021 launch guidance. Commercial hurdles for the intravenous and arguably costly medication are high. The Center for Medicare and Medicaid Services (CMS) began its National Coverage Determination (NCD). BB Biotech anticipates a clarifying decision in 2022." |
| 10/25/21 | The Boston Globe | Let Medicare negotiate lower drug prices | "But Aduhelm was approved with limited evidence of its effectiveness. And the company wants to charge $56,000 per patient per year. Not only is that unaffordable for the vast majority of seniors walking an economic tightrope — it threatens Medicare's finances. There will be more treatments like Aduhelm in the coming years. Medicare must be empowered to negotiate on behalf of seniors to keep prices in check." |
| 10/27/21 | Atlantic Equities | Reduce Aduhelm Estimates; Multiple Binaries Ahead | "Ultimately, we expect CMS to opt for Coverage with Evidence Development (CED), which would enable national reimbursement, but could limit the number of patients allowed to receive the therapy until there is better evidence on the clinical benefit." |
| 10/28/21 | Stifel | Becoming More Like Oncology? The Genetic Revolution is Early, But Well on its Way | "Thus, we think coverage with restrictions beyond just the label is the most likely outcome, where CMS will leverage some of the ENGAGE/EMERGE trial criteria. This could come in many forms (i.e., a patient needs to be amyloid [positron emission tomography] positive; or pulling in additional [cardiovascular] or psychiatric illness criteria), but it will likely narrow the eligible patient population." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 11/3/21 | The Boston Globe | Aduhelm defenders quiet on Biogen ties | "The doctors, who served as consultants to Biogen in 2020, have written articles in scientific journals defending the drug, praised the drug in the press, and appealed directly to the Food and Drug Administration to approve the treatment — sometimes without disclosing that they had served as paid consultants for the company. Since 2014, the four have taken in $117,000 in consulting fees from Biogen. Now the same group is pushing the Centers for Medicare and Medicaid Services to cover Aduhelm and other similar drugs — a crucial decision that will determine whether Aduhelm is a commercial success or one of the biggest flops in the history of the drug industry. Biogen is already considering layoffs because early uptake has been so slow, but has told investors that getting Medicare to cover Aduhelm will turn things around. Biogen representatives met with CMS earlier this year to push for coverage of the drug. … The fight over Medicare coverage for Aduhelm isn't the first time many of these doctors have gone to bat for the drug, or the first time some have failed to disclose their connections to the company. … Already, several major health systems, including the Department of Veterans Affairs, have declined to cover the drug. Insurers, hospital systems, and doctors unaffiliated with Biogen have overwhelmingly written to CMS urging the agency not to cover it. … Many of the doctors who signed the letter to CMS backing Aduhelm also received consulting fees from these drug companies, but the letter only briefly mentions these companies' drugs." |
| 11/11/21 | Reuters News | Biogen says Aduhelm lowers levels of second protein associated with Alzheimer's | "Medicare, the government's health plan for people over age 65, expects to issue a draft decision on its reimbursement policy - which will apply to all plaque-reducing agents - in January, with a final policy due in April." |
| 11/12/21 | Associated Press Newswires | Alzheimer's drug cited as Medicare premium jumps by $21.60 | "Medicare officials told reporters on Friday that about half the increase is due to contingency planning if the program ultimately has to cover Aduhelm, the new $56,000-a-year medication for Alzheimer's disease from pharmaceutical company Biogen. The medication would add to the cost of outpatient coverage because it's administered intravenously in a doctor's office and paid for under Part B. The issue is turning into a case study of how one pricey medication for a condition afflicting millions of people can swing the needle on government spending and impact household budgets. People who don't have Alzheimer's would not be shielded from the cost of Aduhelm, since it's big enough to affect their premiums. … Cost traditionally does not enter into Medicare's coverage determinations. But in this case there is also plenty of debate about the effectiveness of Aduhelm." |
| 11/13/21 | Associated Press Newswires | AP News in Brief at 11:04 p.m. EST | "Medicare officials told reporters on Friday that about half the increase is due to contingency planning if the program ultimately has to cover Aduhelm, the new $56,000-a-year medication for Alzheimer's disease from pharmaceutical company Biogen. The medication would add to the cost of outpatient coverage because it's administered intravenously in a doctor's office and paid for under Part B.The issue is turning into a case study of how one pricey medication for a condition afflicting millions of people can swing the needle on government spending and impact household budgets. People who don't have Alzheimer's would not be shielded from the cost of Aduhelm, since it's big enough to affect their premiums." |
| 11/13/21 | Associated Press Newswires | AP Top News at 11:02 p.m. EST | "Medicare's 'Part B' outpatient premium will jump by $21.60 a month in 2022, one of the largest increases ever. Officials said Friday a new Alzheimer's drug is responsible for about half of that. The increase guarantees that health care will gobble up a big chunk of the recently announced Social Security cost-of-living allowance, a boost that had worked out to $92 a month for the average retired worker, intended to help cover rising prices for gas and food that are pinching seniors. Medicare officials told reporters on Friday that about half the increase is due to contingency planning if the program ultimately has to cover Aduhelm, the new $56,000-a-year medication for Alzheimer's disease from pharmaceutical company Biogen." |
| 11/16/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen R&D Chief, Backer of New Alzheimer's Drug, Plans to Retire | "Some private insurers, as well as the Department of Veterans Affairs, have said they won't routinely cover the drug." |
| 11/17/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen's R&D Chief to Retire at End of Year | "Federal officials are conducting an in-depth review of the drug to decide whether and how widely to cover Aduhelm in the Medicare health insurance program for people over 65 years." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 11/17/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen's R&D Chief to Retire at End of Year -- WSJ | "Some hospitals have refused outright to administer Aduhelm. The monthly infusion treatment is designed to remove from the brain a sticky protein called amyloid that is linked to Alzheimer's, but whether it causes the disease is still contested. Some private insurers, as well as the Department of Veterans Affairs, have said they won't routinely cover the drug." |
| 11/17/21 | Dow Jones Institutional News (The Wall Street Journal) | KeyBanc Not Worried Over Calls for Activision CEO to Step Down -- Market Talk | "Rejection would be another drag on the Aduhelm launch, which has stalled in the US amid doctors' reluctance and an ongoing coverage decision review by Medicare. As of last week, RBC Capital forecast peak EU sales for Aduhelm of $1.7B, including about $500M in royalties to Biogen[]'s partner Eisai. 'We see it is unlikely adu ultimately makes it over the line in Europe with the existing dataset,' says RBC." |
| 11/17/21 | Los Angeles Times | PERSPECTIVES; Millions will pay for lousy FDA move | "Medicare may have less latitude than private insurers in reaching its coverage decision, as it is required by law to cover any drugs approved by the FDA, within certain limits. The campaign to allow Medicare to negotiate with drug companies over pricing is directed chiefly at Part D prescriptions, though proposals on the table would also cover some Part B drugs." |
| 11/18/21 | BMO Capital Markets | Initiating at OP: 'What's Past Is Prologue'; We See Opportunity in Controversy | "We also note that CMS could implement a decision of 'coverage with evidence development,' where CMS would cover Aduhelm, but data would need to be gathered through post marketing clinical trials and/or patient registries to determine efficacy. We think this is aligned with the FDA labeling and would allow for access, while collecting real-world efficacy data (already under way via a phase 4 post-marketing study and the ICARE AD-US Real-world Observational Study)." |
| 11/18/21 | The Boston Globe | European panel says Aduhelm OK is not likely | "A months-long process by which Medicare will determine how to cover Aduhelm, and who should receive it, is expected to be completed next spring. Biogen has said a positive outcome could help turn around Aduhelm's poor commercial launch." |
| 11/18/21 | The New York Times | Biogen Says New Drug for Alzheimer's Is Unlikely to Win E.U. Approval | "In the United States, the federal agency that administers Medicare is reviewing whether to standardize coverage of the drug nationwide, a step that could restrict which patients receive it. A draft decision is expected in January, with a final decision by April." |
| 11/22/21 | UBS | Takeaways from NCD expert call - CED most likely outcome | "Of the various possible outcomes, Dr Brill[, Chief Medical Officer at Predictive Health LLC,] believes the most likely and sensible outcome is coverage with evidence determination (CED), whereby CMS would extend coverage of Aduhelm to patients enrolled in a clinical trial. This would enable them to gather further data to evaluate the drug's benefit and avoid the inevitably controversial decisions of either extending full coverage or completely denying it." |
| 12/3/21 | Associated Press Newswires | Sanders to Biden: Cut back looming Medicare premium hike | "The jump of $21.60 a month is the biggest increase ever for Medicare premiums in dollar terms, although not percentage-wise. As recently as August, the Medicare Trustees' report had projected a smaller increase of $10 from the current $148.50. Medicare said it had to boost the rate higher to set aside a contingency fund in case the program formally approves coverage for Aduhelm." |
| 12/6/21 | Goldman Sachs | Awaiting Aduhelm's NCD decision; Initiate at Neutral | "A positive outcome of coverage to indication or coverage with restrictions (our base case assumption) could ameliorate payor pushback, however, physician concerns on Aduhelm's benefit/risk profile and nascent hospital infrastructure need to be resolved for the commercial opportunity to be realized, whilst facing competitor amyloid-beta antibodies dynamics in mid-22+." |
| 12/9/21 | Raymond James | Assume Coverage At Market Perform: Aduhelm Expectations Waning, But Estimates Still Too High | "Potential outcomes: ... Coverage with evidence (CED) determination… covered only for patients enrolled in future planned clinical trials; rarely used–however, may be most appropriate option. … ICER recommends a rigorous CED program requiring patients be enrolled in a [randomized controlled trial] or a trial using a 'wait list' design. … [W]e expect coverage to be highly restricted by Medicare." |
| 12/9/21 | The Boston Globe | Fallout from drug debacle roils Biogen | "Aduhelm's price, $56,000 a year, stoked outrage, even from its supporters. Insurers refused to reimburse for Aduhelm, citing its high cost and questionable benefit." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 12/13/21 | Associated Press Newswires | Medicare urged to flex its power and slash back premium hike | "Last month, Medicare announced one of the largest increases ever in its 'Part B' monthly premium for outpatient care, nearly $22, from $148.50 currently to $170.10 starting in January. … The agency attributed roughly half the hike, about $11 a month, to the need for a contingency fund to cover Aduhelm, a new $56,000 Alzheimer's drug from Biogen whose benefits have been widely questioned. For most Medicare enrollees, the premium is deducted from their Social Security checks. Without further action, it would swallow up a significant chunk of seniors' 5.9% cost of living increase. … 'It is possible that any near-term Medicare coverage for Aduhelm ... could have a limited and narrow scope,' [Wyden, the secretary of Health and Human Services] wrote. 'Uncertainty' over the drug's financial impact on Medicare appeared to be driving much of the calculation of the new premium, Wyden noted." |
| 12/15/21 | Stifel | Major Controversies, Catalyst Previews and Questions for Management: Mapping the Issues in Our Coverage Ahead of a Busy 2022 | "Thus, we think, and our payor checks agree, CMS providing coverage with restrictions beyond the FDA label is the most likely outcome, and there's precedent for this: between 1999-2011, >20% of BLA/NDA's that went through an NCD resulted in more restrictive coverage than just the FDA label. How CMS decides to restrict coverage comes in many forms, but the clinical trials offer various options. If one looks at the [Phase III trial]s, the requirement of amyloid [positron emission tomography] positivity is obvious, or CMS could even look to other exclusion criteria related to concomitant psychiatric illness or cardiovascular disease." |
| 12/17/21 | The Boston Globe | Biogen planning new Aduhelm clinical trial | "In the meantime, Aduhelm's commercial fate rests with Medicare, which next year will make an all-important decision on whether and how widely to pay for the drug. A draft ruling is expected in January, followed by a final decision in the spring." |
| 12/20/21 | Associated Press Newswires | Biogen cuts the price tag on its Alzheimer's drug in half | "The initial price was a key factor behind planned premium hikes for Medicare, the federal government's coverage program for people ages 65 and older and for the disabled. … Last month, Medicare announced one of the largest increases ever in its 'Part B' monthly premium for outpatient care. It said it would raise the premium nearly $22, from $148.50 currently to $170.10 starting in January. … The agency said about half of that hike was due to the need for a contingency fund to cover Aduhelm. Medicare is expected to be one main payers for the drug." |
| 12/20/21 | Dow Jones Institutional News (Barron's) | Biogen Halves Price of Alzheimer's Drug, Says It Will Slash Its Own Costs -- Barrons.com | "Biogen said that it expects 50,000 new patients to begin treatment with Aduhelm next year. One key factor will be the outcome of a continuing process being undertaken by the Centers for Medicare and Medicaid Services to determine whether to limit coverage of the drug for Medicaid patients. The process, known as a National Coverage Determination, is expected to be completed in April. … A positive outcome for Biogen of the National Coverage Determination process could clarify the reimbursement status of the drug for patients and doctors, and might open the door to more patients initiating treatment." |
| 12/20/21 | Dow Jones Institutional News (The Wall Street Journal) | *Biogen Cuts Aduhelm List Price in Half | "Biogen's launch price became a flashpoint in Aduhelm's approval. Some healthcare analysts warned the drug could add tens of billions of dollars in new spending by Medicare, the insurance program for people over 65 years old, which covers most of the Alzheimer's patients likely to use the drug. … Biogen is awaiting a decision from government officials on whether Medicare will routinely pay for Aduhelm and other future drugs like it, which Biogen cited as a factor in its price cut." |
| 12/20/21 | Investor's Business Daily | Biogen Slashes Alzheimer's Treatment Price Amid Launch 'Gone Awry' | "Previously, Biogen had a wholesale acquisition cost of $56,000 a year for Aduhelm. Many Alzheimer's patients get their health insurance via the Centers for Medicare and Medicaid Services, but CMS has yet to decide whether to cover Aduhelm. … Critics argued the price tag - which doesn't include semiregular scans - would be too hefty for the American system. A decision in January will be key for Biogen stock. … Patient advocacy group UsAgainstAlzheimer's praised the price reduction. … 'While CMS isn't legally allowed to consider cost in making coverage determinations, many of us have questioned whether that would actually be the case,' UsAgainstAlzheimer's Chair George Vradenburg said in an emailed statement. 'If cost was a factor, that issue should now be off the table.'" |
| 12/20/21 | Morgan Stanley | Aduhelm price reduction a positive step to set-up better trajectory post NCD | "Biogen announced this morning that it will reduce the [wholesale acquisition cost] of its Alzheimer drug Aduhelm by ~50% to from $56,000 to $28,200 per year, effective Jan 1, 2022. [Management] believes that ~50,000 patients may initiate treatment with Aduhelm in 2022. This estimate is based on analogs of other first in class drugs with reasonable reimbursement. A restrictive NCD with CED that limits the available patient population could change the estimate." |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 12/20/21 | PR Newswire | Change Of Aduhelm Price By Biogen Is Only A Step Toward Equitable Access To Treatments For Alzheimer's Disease | "On behalf of those living with Alzheimer's disease and their families, the Alzheimer's Association continues to call on the Centers for Medicare & Medicaid Services (CMS) to provide coverage for monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease, including Aduhelm, which was approved for people with early Alzheimer's disease by the Food and Drug Administration (FDA)." |
| 12/20/21 | Raymond James | Aduhelm Price Reduction Is A Day Late And A Dollar Short | "According to [healthcare policy analyst] Meekins'[s] analysis, CMS was leaning towards NCD with CED — in which case, it seems feasible that [Biogen] would offer[] to conduct their own study (in a reasonable time frame) and[] to lower the price, in exchange for NCD with broad coverage and no CED." |
| 12/20/21 | Reuters News | Biogen halves price of Alzheimer's drug to $28,200 | "The U.S. Medicare program, which pays for health services for people over 65 years, has scheduled a January meeting for a national policy for the drug, making reimbursement more difficult in the interim. … Biogen's $56,000 per year treatment price for an average weight person was seen as a significant cost burden on Medicare, which covers more than 60 million people. … The company said it hoped the new annual price of $28,200 will expand access to the drug among patients." |
| 12/20/21 | Reuters News | BREAKINGVIEWS-Biogen scales back Alzheimer's drug hopes | "A lower price might persuade some insurers and government programs like Medicare to cover the cost of the drug based on the hope it does something. … With failure again baked in, there's potential upside if Biogen can squeeze something out of it." |
| 12/20/21 | Reuters News | UPDATE 3-Biogen halves price of Alzheimer's drug to $28,200 | "The U.S. Medicare program, which pays for health services for people over 65 years, has scheduled a January meeting for a national policy for the drug, making reimbursement more difficult in the interim. … Biogen's $56,000 per year treatment price for an average weight person was seen as a significant cost burden on Medicare, which covers more than 60 million people." |
| 12/20/21 | UBS | Aduhelm price cut in half - is it too late? Doesn't help LLY models.... | "We touched base with [Biogen] regarding whether it would impact the ongoing NCD process but [Biogen] would not speculate on this. With the draft decision expected Jan 12, the risk is that the process has become focused on definitive evidence of clinical benefit (or lack thereof) and so reduced pricing at this stage is irrelevant - we note our NCD [key opinion leader] expects the outcome to be CED (coverage with evidence development ...), which would represent a downside scenario for [Biogen] in our view." |
| 12/20/21 | UBS | Dr. Col's weekly dose - The week ahead, what we're hearing and what happened this week | "[O]ur [key opinion leader] on the NCD process … expects the outcome to be coverage with evidence development (CED), effectively meaning Aduhelm reimbursement will be limited to a population of patients enrolled in a trial. Expectations have come down significantly for Aduhelm but this would represent a downside event, in our view." |
| 12/21/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Cuts Alzheimer's Drug Price | "Biogen's launch price became a flashpoint in Aduhelm's approval. Some healthcare analysts warned the drug could add tens of billions of dollars in new spending by Medicare, the insurance program for people over 65 years old, which covers most of the Alzheimer's patients likely to use the drug. … Biogen is awaiting a decision from government officials on whether Medicare will routinely pay for Aduhelm and other future drugs like it, which Biogen cited as a factor in its price cut. … A preliminary Medicare coverage decision is scheduled for January, and a final decision will be made in April following a public comment period." |
| 12/21/21 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Cuts Alzheimer's Drug Price - - WSJ | "Biogen's launch price became a flashpoint in Aduhelm's approval. Some healthcare analysts warned the drug could add tens of billions of dollars in new spending by Medicare, the insurance program for people over 65 years old, which covers most of the Alzheimer's patients likely to use the drug. … Biogen is awaiting a decision from government officials on whether Medicare will routinely pay for Aduhelm and other future drugs like it, which Biogen cited as a factor in its price cut. … A preliminary Medicare coverage decision is scheduled for January, and a final decision will be made in April following a public comment period." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 12/21/21 | Los Angeles Times | BUSINESS; Biogen to cut price of Alzheimer's drug 50%; The move, set for January, comes after criticism over an initial annual cost of as much as $56,000. | "The initial price was a key factor behind planned premium increases for Medicare, the federal government's coverage program for people ages 65 and older and for the disabled. … Last month, Medicare announced one of the largest increases ever in its Part B monthly premium for outpatient care. It said it would raise the premium nearly $22, from $148.50 currently to $170.10 starting in January. … The agency said about half of that increase was related to the need for a contingency fund to cover Aduhelm. Medicare is expected to be one of the main payers for the drug." |
| 12/26/21 | The New York Times | Steps for Coping With Medicare's Rising Costs | "Aduhelm will be administered by health care providers, and thus will be covered under Medicare Part B, rather than the Part D prescription drug program. A spokesman for the Centers for Medicare and Medicaid Services said Tuesday that the agency expected to release more information by mid-January about a review it is conducting of coverage of Aduhelm and other drugs of its type. … Biogen's price reduction will increase pressure on Medicare to scale back the 2022 premium increase, according to Tricia Neuman, director of the Medicare policy program at the Kaiser Family Foundation. 'Even before Biogen's announcement, it was unclear if Medicare will cover Aduhelm or how many people on Medicare would get it,' she said. Any reduction probably would not take effect quickly, but it could be done retroactively, she said." |
| 1/1/22 | The New York Times | A Drug's Hurdle: Nod by Medicare | "In evaluating Aduhelm, Medicare officials are supposed to decide if it is a 'reasonable and necessary' treatment, a phrase that usually 'means adequate evidence of improved health outcomes,' said Dr. Sean Tunis, a former official with [CMS] who is now a senior fellow at the Tufts center. … 'If you go strictly by what the language is, this doesn't meet Medicare's 'reasonable and necessary' criteria because the F.D.A. themselves says there's no direct evidence of improved cognition,' said Dr. Tunis, who also works as a consultant, including advising Biogen, before Aduhelm was approved, about Medicare's various options for coverage. He added that the F.D.A.'s requirement that Biogen conduct another trial (which will take years while Aduhelm is available to patients) 'implies that the cognitive benefits have not yet been shown.' … If Medicare covers Aduhelm, the agency could limit it to specific types of patients, like those with mild Alzheimer's-related cognitive problems, similar to participants in the clinical trials. (The F.D.A. initially approved Aduhelm for all Alzheimer's patients, but after objections from medical experts, it narrowed the label to patients in mild stages.) Medicare could also require administration by certain specialists and impose strict safety monitoring. … Or it could place Aduhelm under a framework called Coverage With Evidence Development, which allows payment only for patients participating in clinical trials or whose data is collected in a registry. While that would allow collection of information about Aduhelm from patients, it would not prove whether the drug works because it would not compare outcomes for people not receiving Aduhelm, Dr. Chambers said." |
| 1/3/22 | Guggenheim | Previewing 2022 — We See Several Opportunities Within the Neurology and Immunology Therapeutics Categories | "Draft and final decision from CMS on the NCD coming in Jan/April. In our view, a CED trial requirement from CMS would be the best case scenario for [Biogen] given the exclusion of competition (other amyloid antibodies might not be included) and potential for amyloid hypothesis-bolstering data. Additionally, patients enrolling in this type of study will have the diagnostic testing and drug automatically reimbursed, opening an easy access point for many interested [Alzheimer's disease] patients to get Aduhelm. A favorable NCD that allows broader access and reimbursement for 'clinical trial type' patients could boost Aduhelm use significantly in 2H22." |
| 1/3/22 | Jefferies | Biogen Inc. NCD Next Week But Complicated Setup..BAN2401 Still the Key 2022 Event | "A CED may entail enrolling in a trial under CMS at a major site to get followed long-term which could limit uptake. And a final NCD would not occur until April 12th and take time to implement. [positron emission tomography (PET)] reimbursement for Abeta testing also still needs to improve since docs tell us patients can't easily get a PET. " |

**APPENDIX C**

# Relevant Analyst and Market Commentary
## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/4/22 | Dow Jones Institutional News (The Wall Street Journal) | How Biogen Fumbled Aduhelm, Its Once-Promising Alzheimer's Drug | "Medicare, which covers the majority of Alzheimer's patients expected to take Aduhelm, is scheduled to make a preliminary decision in January as to whether it will routinely pay for the drug and others like it, and to issue a final coverage decision in April. Medicaid, the joint state-federal health insurance program for the poor, is required to cover Aduhelm, but states are allowed to create special eligibility criteria for which patients are allowed to receive it. … The Department of Veterans Affairs and some private insurers, including Cigna Corp., have said they won't routinely cover Aduhelm. A VA spokeswoman said that the agency won't make Aduhelm available for general use, but that it would consider requests to use the drug on a case-by-case basis. A Cigna spokeswoman said that based on the recommendation of its independent advisers 'and well-documented concerns regarding its safety and efficacy, Aduhelm is considered unproven under Cigna health plans.'" |
| 1/4/22 | Wolfe Research | January "Monthly Controversies" report & '22 Outlook | "CMS' National Coverage Determination (NCD). Initial proposed decision Jan 12, 2022; with final decision April 12, 2022. Odds of not covering seem low (or of covering with a strict, very limited CED component) but would be catastrophic if it happened. CMS says will pertain to the whole class, but not sure how this could be true – wouldn't it potentially need to change as more data sets come in??" |
| 1/5/22 | Bank of America | The 2022 US Biopharma Outlook | "Two other alternatives are potentially more likely. CMS could opt to cover Aduhelm for select patient subgroups where there's greater evidence of benefit – something it did for bariatric surgery. Using this rationale, the agency could restrict access to only those beneficiaries who met the ENGAGE/ EMERGE inclusion criteria, an option another JAMA article suggested that would exclude 92% of beneficiaries with ADRD (Alzheimer disease and related disorders) and 85% of members with [mild cognitive impairment] (Anderson T, et al). Alternatively, CMS could opt to delay full coverage while it collects evidence of efficacy, so-called Coverage with Evidence Development (CED). In this scenario, the agency would hold delay making a decision pending the results of a clinical study, with reimbursement only for participating individuals. Such a clinical study would likely need to enroll >1000 patients and require a number of years for completion." |
| 1/5/22 | Dow Jones Institutional News (The Wall Street Journal) | How Biogen Fumbled Its Alzheimer's Drug -- WSJ | "Medicare, which covers the majority of Alzheimer's patients expected to take Aduhelm, is scheduled to make a preliminary decision in January as to whether it will routinely pay for the drug and others like it, and to issue a final coverage decision in April. Medicaid, the joint state-federal health insurance program for the poor, is required to cover Aduhelm, but states are allowed to create special eligibility criteria for which patients are allowed to receive it. … The Department of Veterans Affairs and some private insurers, including Cigna Corp., have said they won't routinely cover Aduhelm. A VA spokeswoman said that the agency won't make Aduhelm available for general use, but that it would consider requests to use the drug on a case-by-case basis. A Cigna spokeswoman said that based on the recommendation of its independent advisers 'and well-documented concerns regarding its safety and efficacy, Aduhelm is considered unproven under Cigna health plans.'" |
| 1/5/22 | Dow Jones Institutional News (The Wall Street Journal) | How Biogen Fumbled Its Alzheimer's Drug --- Once-promising Aduhelm is pricey and without proven efficacy | "Medicare, which covers the majority of Alzheimer's patients expected to take Aduhelm, is scheduled to make a preliminary decision in January as to whether it will routinely pay for the drug and others like it, and to issue a final coverage decision in April. Medicaid, the joint state-federal health insurance program for the poor, is required to cover Aduhelm, but states are allowed to create special eligibility criteria for which patients are allowed to receive it. … The Department of Veterans Affairs and some private insurers, including Cigna Corp., have said they won't routinely cover Aduhelm. A VA spokeswoman said that the agency won't make Aduhelm available for general use, but that it would consider requests to use the drug on a case-by-case basis. A Cigna spokeswoman said that based on the recommendation of its independent advisers 'and well-documented concerns regarding its safety and efficacy, Aduhelm is considered unproven under Cigna health plans.'" |
| 1/6/22 | Morgan Stanley | 2022 Year-Ahead Outlook: Getting Over The COVID Hangover | "We expect a positive coverage decision with evidence development for the clinical trial population. We see this outcome as a clear positive for Biogen and one that will inflect Aduhelm sales in 2H22." |
| 1/7/22 | Bank of America | Framing outcomes ahead of CMS' NCD: KOLs warn of negative review | "Currently we suspect investors largely expect coverage with restrictions as the most likely outcome[.]" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/7/22 | Bank of America | Takeaways from our CMS Alzheimer's Decision KOL Call Overview | "Net-net a CED seems like the most likely scenario for next week's NCD. … Given the extent of the agency's concerns—along with the fact Biogen is already being required to conduct a conformational trial—ultimately, our [key opinion leader] thought a CED would be the most likely outcome." |
| 1/7/22 | BMO Capital Markets | Evan's Weekly Dose of Targeted Therapy & Video - CMS AD NCD & JPM Preview | "Notably, we believe that CMS is likely to grant coverage, but will have a somewhat restrictive coverage with evidence development requirement." |
| 1/7/22 | BMO Capital Markets | LLY/BIIB: Expectations Into CMS's Draft NCD for Anti-a-Beta Antibodies for AD | "Ahead of next week's NCD (national coverage decision) draft from CMS, we outline potential coverage scenarios and the impact to [Biogen] and [Eli Lilly and Company] shares. Notably, we believe that CMS is likely to grant coverage, but will have a somewhat restrictive coverage with evidence development requirement. … Ultimately, we believe that CMS is likely to provide coverage … under a 'coverage with evidence development' in a subset of patients, likely aligned to the label or clinical trials (e.g., mild cognitive impairment). CMS may also limit administration to certain academic or tertiary care centers, where patients can be tracked as part of the real-world trial." Emphasis removed. |
| 1/7/22 | Dow Jones Institutional News (Barron's) | Biogen Gets a Second Chance -- Barron's | "This coming week, Biogen will have a shot at redemption. By Wednesday, the Centers for Medicare and Medicaid Services, which manages the Medicare program, is scheduled to issue proposed guidelines that would determine whether and how Medicare will cover Aduhelm. … The process comes amid skepticism from doctors over the drug's efficacy. Medicare coverage is essential to the commercial future of Aduhelm, given that the majority of Alzheimer's patients in the U.S. are on Medicare. … The proposed guidelines won't be completed until April, but what comes next week will give investors a clue as to how CMS is leaning. Possibilities range from full coverage to no coverage, with some options in between. … Even proposed guidelines that are positive for Biogen won't erase investor worries. 'The market may need time to see sales ramp,' Jefferies analyst Michael Yee recently wrote. A generally positive outcome next week could lift Biogen shares by 5% to 15%, he said, while a generally negative outcome could push shares down by 10% to 20%." |
| 1/7/22 | Dow Jones Institutional News (Barron's) | Biogen's Alzheimer's Drug Has Another Shot at Success -- Barrons.com | "This coming week, Biogen will have a shot at redemption. By Wednesday, the Centers for Medicare and Medicaid Services, which manages the Medicare program, is scheduled to issue proposed guidelines that would determine whether and how Medicare will cover Aduhelm. … The process comes amid skepticism from doctors over the drug's efficacy. Medicare coverage is essential to the commercial future of Aduhelm, given that the majority of Alzheimer's patients in the U.S. are on Medicare. … The proposed guidelines won't be completed until April, but what comes next week will give investors a clue as to how CMS is leaning. Possibilities range from full coverage to no coverage, with some options in between. … Even proposed guidelines that are positive for Biogen won't erase investor worries. 'The market may need time to see sales ramp,' Jefferies analyst Michael Yee recently wrote. A generally positive outcome next week could lift Biogen shares by 5% to 15%, he said, while a generally negative outcome could push shares down by 10% to 20%." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/7/22 | The Boston Globe | Few top teaching hospitals offer Alzheimer's drug from Biogen | "The hospitals' lack of interest in the drug is yet another blow to Biogen's already-catastrophic commercial rollout for the medicine, which the company had hoped would be a blockbuster product for the 5.8 million Americans with Alzheimer's. European regulators have signaled they won't approve the medicine there, and Biogen is preparing for its largest-ever layoff. … But their decisions not to offer the drug could also portend even more trouble for the future of Aduhelm. Biogen has pinned its hopes on Medicare, which will spell out within the next week whether it will cover the drug for millions of older Americans. Even if regulators there decide to greenlight the drug, though, the hospitals may stand firm behind their decisions not to offer it. … Already, some are adamant their 'no' won't change to 'yes,' no matter what Medicare decides. … 'Our decision was clinical-evidence based,' said Desi Kotis, associate dean and chief pharmacy executive at the University of California San Francisco. … Medicare administrators will formally decide by Jan. 12 whether the program will cover Aduhelm. Biogen executives have repeatedly told investors that a favorable decision from Medicare will dramatically increase uptake of the drug by April. … But experts on hospital formulary practices told STAT they don't expect hospitals to totally alter their policies solely in response to a Medicare decision. … 'It will not be the only influencer of their decision,' said Anna Legreid Dopp, senior director of clinical guidelines and quality improvement at the American Society of Health-System Pharmacists. Dopp predicted that a coverage decision by the Centers for Medicare & Medicaid Services would prompt hospitals to reevaluate their coverage decision, but it wouldn't necessarily mean that hospitals would decide to carry the drug. … Even some biotech analysts said they were skeptical that a favorable decision from Medicare would dramatically increase uptake of the drug. That's because the regulators' call won't assuage doctors' and hospitals' existing concerns with the drug's efficacy, they argued. … 'I don't think this changes anything,' said Salim Syed, managing director and senior biotechnology analyst at Mizuho. 'I don't think there's very much that can change the picture.' … Most of the hospitals STAT surveyed declined to comment on how the upcoming Medicare decision would impact their own policies. The hospitals that did answer STAT's question were divided on the topic. … Michael Greicius, a professor of neurology and neurological sciences at Stanford, said in a statement he suspects Stanford's 'committee will approve it for the formulary if [Medicare] issues a positive nationwide coverage decision.' … But Erin Fox, the secretary of the pharmacy and therapeutics committee at the University of Utah Health, said her hospital 'would be very unlikely to broaden our use criteria,' even if CMS decided to cover the drug nationwide. … It's also unclear how hospitals would handle covering the drug if Medicare officials require hospitals to collect some form of clinical evidence as a condition of Medicare paying for it, such as enrolling a patient in a registry or placing them in some form of clinical trial." |
| 1/7/22 | Truist Securities | FY2022 Large-Cap Biotech Preview | "Our Base Case assumes coverage with restrictions (limited to patients with MCI/mild dementia due to [Alzheimer's disease] with presence of amyloid plaque, similar to enrollment criteria for clinical trials)." |
| 1/7/22 | UBS | Dr. Col's weekly dose - The week ahead, what we're hearing and what happened this week | "The draft NCD for monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease is expected on Jan 12 (we note this target date is less binding than a PDUFA and so the NCD could come a few days before or after). Our [key opinion leader] interactions ... indicate a lack of conviction in the outcome with restricted coverage or CED seen as the most likely scenarios. Expectations have come down significantly for Aduhelm but with the event being essentially impossible to handicap and CED representing a downside case vs. our (and consensus) estimates, we do not view the ultra near-term setup as favorable." |
| 1/9/22 | Evercore ISI | NCD Decision On A-Beta Mabs | "… CED remains a very realistic outcome[.]" |
| 1/10/22 | Associated Press Newswires | Medicare told to reassess premium hike for Alzheimer's drug | "'With the 50% price drop of Aduhelm on Jan. 1, there is a compelling basis … to reexamine the previous recommendation,' Becerra said in a statement about his directive to the Centers for Medicare and Medicaid Services. … Medicare's standard premium is rising by about $22 this year, up from $148.50 in 2021 and one of the biggest annual increases ever. About half of that, $11, was attributed to the potential costs of having to cover Aduhelm at its original $56,000 price. Since Aduhelm is administered by infusion in a doctor's office the cost is factored into Medicare's outpatient coverage, not the separate prescription plan that pays for pharmacy medicines." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/10/22 | Bernstein | Biopharma Wkly (01/10/22): Comparing Omicron mortality to flu; Pharma raise blockbuster prices more; December TRx look fine | "Expectations are that the draft NCD will allow broader use of beta amyloid drugs while evidence is collected but with restrictions. We guess this is primarily due to CMS raising insurance rates expecting to make payments and Biogen price reduction and comment they expect 50k patients in 2022 – both suggesting of broader coverage. However, it is expected coverage will be limited to neurologist treatment, require Alzheimer's (not dementia) validation and MRI. It may also require periodic testing that the patient is within the prodromal-mild window." Emphasis removed. |
| 1/10/22 | BMO Capital Markets | BIIB: Takeaways From Presentation; All Eyes on Wednesday's CMS Draft Decision | "Still we think that CMS is likely to implement some sort of CED requirement that would limit access." |
| 1/10/22 | Cowen | NCD Proposal Anticipated Wednesday; We Expect CED With a Registry Requirement | "Our colleague Eric Assaraf of Cowen's Washington Research Group has been following the NCD closely, and published a preview this morning. The three options for the NCD are full coverage, coverage with evidence development (CED), and blanket non-coverage. Eric's view is that CMS goes with CED with reimbursement consistent with Aduhelm's label with a registry requirement. Doing so would provide real-world evidence sooner than the FDA post-approval requirement and gives CMS cover should future data from the class turn out worse than expected. We believe that such an NCD would ease access to Aduhelm." |
| 1/10/22 | Dow Jones Institutional News (Barron's) | Biogen Gets a Second Chance | "This coming week, Biogen will have a shot at redemption. By Wednesday, the Centers for Medicare and Medicaid Services, which manages the Medicare program, is scheduled to issue proposed guidelines that would determine whether and how Medicare will cover Aduhelm. … The process comes amid skepticism from doctors over the drug's efficacy. Medicare coverage is essential to the commercial future of Aduhelm, given that the majority of Alzheimer's patients in the U.S. are on Medicare. … The proposed guidelines won't be completed until April, but what comes next week will give investors a clue as to how CMS is leaning. Possibilities range from full coverage to no coverage, with some options in between. … Even proposed guidelines that are positive for Biogen won't erase investor worries. 'The market may need time to see sales ramp,' Jefferies analyst Michael Yee recently wrote. A generally positive outcome next week could lift Biogen shares by 5% to 15%, he said, while a generally negative outcome could push shares down by 10% to 20%." |
| 1/10/22 | Guggenheim | BIIB — With A Draft Proposal Memo Due From CMS on Jan 12th, We Caught Up With Our Payer Expert To Discuss Possible NCD Scenarios - CED Study Likely | "Today, we hosted a follow-up conversation with our payer expert to understand the possible scenarios for the upcoming national coverage determination (NCD) process that CMS is currently conducting for [Biogen]'s Aduhelm and other amyloid-targeting antibody therapies. Our expert outlined several possible outcomes for the draft memo due on Wednesday 1/12/22 and came to the conclusion that the most likely scenario is coverage with evidence development (CED), which will require further evaluation of Aduhelm to determine whether to cover the drug and if so, for which population of patients." Emphasis removed. |
| 1/10/22 | Guggenheim | January 10, 2022 BIIB — With A Draft Proposal Memo Due From CMS on Jan 12th, We Caught Up With Our Payer Expert To Discuss Possible NCD Scenarios - CED Study Likely | "Our expert outlined several potential outcomes for the draft memo due on Wednesday 1/12/22 and came to the conclusion that the most likely scenario is coverage with evidence development (CED), which will require further evaluation of Aduhelm to determine whether to cover the drug and if so, for which population of patients. While a limited coverage decision without the need for a study would be the best-case scenario for [Biogen], our expert doesn't believe the real-world data are sufficient for CMS to determine a coverage framework without conducting a new study. … Coverage with evidence development (CED) study to gather real world evidence on clinical efficacy of Aduhelm - 75% likelihood[.]" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/10/22 | Morgan Stanley | Catalyst Driven Idea: Alzheimer's Disease NCD Draft Coverage Decision Outcome | "We expect CMS to release its draft coverage decision by Jan 12. Our base case scenario is coverage with evidence development given the unmet need and historical precedents. … Ten out of 12 that have gone through the process over the past 20 years received CED. This means Medicare will cover the treatment, provided data is gathered through a post-marketing clinical trial or a patient registry to determine its safety and effectiveness. This is our base case and we see this as a favorable decision since Aduhelm would be reimbursed as more data are being accumulated. This outcome is likely to satisfy most of the stakeholders, especially in light of other mAbs which are expected to release data and/or receive regulatory decision later this year." |
| 1/10/22 | PR Newswire | Alliance for Aging Research Statement on HHS Announcement Regarding CMS Reconsideration of Medicare Part B Premium Increase | "Biogen also has an ongoing long-term extension study ongoing and a real world observational study. A CMS national coverage decision that requires 'coverage with evidence development' would require additional evidence collection through clinical trials and a patient registry. These requirements would be redundant to already-occurring data collection efforts, would significantly restrict Medicare beneficiary access -- especially to communities of color, as has been observed in other coverage decisions that required CED -- to current and future FDA-approved mAB therapies, and unnecessarily increase competition for study recruitment and ultimately prolong evidence collection." |
| 1/10/22 | Reuters News | Medicare asked to reassess 2022 premium hikes after Aduhelm price cut | "U.S. Secretary of Health and Human Services Xavier Becerra on Monday asked the country's Medicare program to reassess its 2022 premium hikes, weeks after Biogen Inc cut the price of its Alzheimer's drug by about half. Medicare in November raised the Part B premium, which covers physician and outpatient hospital services, by 15% to $170.10 in 2022, with uncertainty around the coverage decision for the treatment, Aduhelm, one of the drivers behind the increase." |
| 1/10/22 | Wells Fargo | BIIB: Key NCD Takeaways from BIIB Call and Our Risk/Reward Thoughts | "[Biogen] note that price cut likely increases chances of coverage as advocacy groups have called on CMS to cover the drug. This is in line with what we have said before as we also think there may be some CMS pressure behind these price cuts. … We think some level of approval albeit restricted is more likely." |
| 1/11/22 | Associated Press Newswires | Medicare limits coverage of $28,000-a-year Alzheimer's drug | "Medicare said Tuesday it will limit coverage of a $28,000-a-year Alzheimer's drug whose benefits have been widely questioned, a major development in the nation's tug-of-war over the fair value of new medicines that offer tantalizing possibilities but come with prohibitive prices.The initial determination from the Centers for Medicare and Medicaid Services means that for Medicare to pay, patients taking Biogen's Aduhelm medication will have to be part of clinical trials to assess the drug's effectiveness in slowing the progression of early-stage dementia as well as its safety. Medicare's national coverage determination would become final by April 11, following a public comment period and further evaluation by the agency." |
| 1/11/22 | Baird | CMS Makes a Courageous Decision of Its Own | "CMS's preliminary NCD to offer Coverage with Evidence Development (CED) isn't surprising, but the restrictions and language are pretty strong indictments of Aduhelm's presence on the U.S. market. We obviously agree and believe, if finalized, will effectively limit Aduhelm sales to be a rounding error for Biogen until new evidence, supporting a clinical effect, can be demonstrated. … One day after Biogen's CEO talked up their 'courageous' decision to cut the price of a totally unproven therapy to 'only' $28,000 a year, CMS announced their own courageous decision to cover FDA-approved anti-amyloid mAbs only under the Coverage with Evidence Development (CED) designation. This restricts the use of the drugs only to hospital-based randomized controlled trials which meet the criteria specified by CMS, and/or are supported by NIH." |
| 1/11/22 | Bank of America | CMS Reigns in FDA, Calling For Evidence of Efficacy; Aduhelm CED to Require New Trial | "In a blow to players, CMS insists on evidence of efficacy[,] ... establishing in our view a restrictive coverage policy. … [Biogen]—as well as developers whose phase 3 do not meet CMS' standards—will be required to conduct a distinct clinical study before Medicare broadly covers their antibodies." |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/11/22 | Barclays | Biogen Inc. Draft CMS Decision Provides Access, But Restrictions Still Likely to Limit Adoption | "CMS published this afternoon the long awaited draft NCD decision regarding coverage of monoclonal antibodies directed against amyloid for Alzheimer's disease, issuing a Coverage with Evidence Development (CED) decision. … Biogen had noted just on Monday that any opening up of access under CMS would be a positive, though the company's formal response to the NCD decision would suggest that may have been too optimistic of a take. While it's true the NCD as written would still open up access on a relative basis (and notably without co-insurance payments for patients), the logistics and mechanics of organizing, rolling out, and initiating those trials are not trivial and could take months if not quarters to get going. … As Noted Above, Final Decision May Very Well Change with Additional Discussions Over the Coming 90 Days. … [W]hile we view CMS's decision and language as assertive on the key points, we wouldn't rule out specifics changing between now and April." |
| 1/11/22 | Bernstein | Biogen, Lilly: CMS Draft Guidance Limits Amyloid Drugs to Clinical Trials; Initial Thoughts | "We can't see CMS reversing its view on final decision. Yes, there will be a notice and comment period and final decision in April, but it seems CMS sets a definitive view of the evidence to date. We can't see them reversing this view." |
| 1/11/22 | BMO Capital Markets | CMS Proposes Coverage With Evidence Development (CED) for A-beta Therapies | "NCD Draft Decision proposes limiting coverage of anti-amyloid beta antibodies to patients in a clinical trial, under a coverage with evidence development protocol. ... The draft decision proposes Coverage with Evidence Development (CED), in line with our earlier expectation, for patients enrolled in CMS-approved multicenter randomized clinical trials. ... Assuming this decision becomes final, we expect Aduhelm sales to be limited in the next few years giventhe elongated process to collect data from [randomized controlled trial], but sales may pick up once [randomized controlled trial]sare completed and extended to longitudinal studies." Emphasis removed. |
| 1/11/22 | Cantor Fitzgerald | Aduhelm/CMS reimbursement relationship status: complicated | "Centers for Medicare & Medicaid Services (CMS) announces their initial coverage decision for monoclonal antibodies for Alzheimer's, which is coverage with evidence, including a clinical trial which is a tough commercial scenario for the company. The one curveball in the evidence component is that reimbursement is contingent upon being in a clinical trial. While we guess a decision of no coverage is the worst-case scenario, we believe that this is certainly a complicated commercial scenario." Emphasis removed. |
| 1/11/22 | Cantor Fitzgerald | Day 1 Takes and the Biggest One is We Miss Seeing You Guys in Person | "However, we think that the April 12 decision three months later will be the key determining factor. We tend to think that the company's recent price cut may put it in a better positon for national coverage, even though drug price is not legally a determining factor in national coverage for CMS." |
| 1/11/22 | Cowen | CMS PROPOSES LIMITING COVERAGE OF BETA AMYLOID ANTIBODIES TO RANDOMIZED TRIALS | "Our physician consultants believe concerns over efficacy have been the main factor in Aduhelm's slow early adoption, and that additional data increasing confidence in its efficacy would be necessary for the launch to inflect. CMS' proposed national coverage policy makes the trajectory of Aduhelm's launch even more dramatically dependent upon data from the other amyloid antibodies, with not just physicians' desire to use the antibodies, but access itself, dependent upon the generation of compelling results." |
| 1/11/22 | Dow Jones Institutional News | *Biogen's Aduhelm Receives Conditional Medicare Coverage in Proposed Decision | "Medicare Coverage for Aduhelm Will Continue to Be Case-by-Case Until Final Coverage Decision in April[.]" |
| 1/11/22 | Dow Jones Institutional News (Barron's) | Biogen Stock Is Tumbling Because Its Alzheimer's Drug Has Hit Another Snag -- Barrons.com | "Medicare should only cover Biogen's Alzheimer drug Aduhelm for recipients who are enrolled in qualifying clinical trials, officials at the organization that oversees the national health insurance program have proposed." |

**APPENDIX C**

# Relevant Analyst and Market Commentary
## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/11/22 | Dow Jones Institutional News (MarketWatch) | Biogen Stock Falls More Than 6% After Medicare Plans Coverage Limits For Pricy Alzheimer's Drug -- MarketWatch | "Biogen Inc. (BIIB) shares fell more than 6% in the extended session Tuesday after the Centers for Medicare and Medicaid Services, which oversees the Medicare program, said it plans to cover the biotech's controversial Alzheimer's drug Aduhelm and future others like it only in certain instances. CMS's proposal is that Food and Drug Administration-approved monoclonal antibodies such as Aduhelm and others in its class would be covered for people with Medicare only if they are enrolled in 'qualifying clinical trials,' the agency said. Medicare patients participating in these trials would be eligible to receive coverage of the drug, related services, and other routine costs, CMS said." |
| 1/11/22 | Dow Jones Institutional News (The Wall Street Journal) | Medicare to Pay for Biogen's New Alzheimer's Drug in Clinical-Trial Patients -- 2nd Update | "Medicare officials said they would cover Biogen Inc.'s controversial Alzheimer's disease drug Aduhelm on the condition that patients are in clinical trials and have early-stage symptoms.[ ]The clinical trials are intended to gather evidence on the drug's safety and effectiveness and would apply to similar drugs if they are approved, the Centers for Medicare and Medicaid said in a proposed policy issued Tuesday. ... Medicare coverage is crucial for Aduhelm's future because most of the patients eligible to take it are covered under the federal health program for people over 65 years and the disabled. ... Also, many private health insurers take their cues about whether to pay for medicines from Medicare's coverage policies." |
| 1/11/22 | Evercore ISI | our take on CMS NCD on alzh | "Did CMS decide non-coverage? Nope. ... What type of CED did Biogen get? Fairly restrictive – for now ... Can't folks just start large [number]of trials and have CMS cover? NCD limits the types of trials that will be covered[.] ... It turns out, this is NOT the final decision. In fact, an [important] precedent to keep in mind is that CAR-Ts initially got a similar NCD with CED (and coverage only for CMS-approved clinical studies). However, the final decision backed off of this requirement." |
| 1/11/22 | Goldman Sachs | Proposed CMS decision significantly restricts Aduhelm coverage | "Upon completion of its National Coverage Determination (NCD) analysis of [Biogen]'s Aduhelm, the Centers for Medicare & Medicaid Services (CMS) proposed coverage with evidence development (CED) for patients enrolled in approved clinical trials, a more restrictive outcome than we and investors had been expecting." |
| 1/11/22 | Guggenheim | January 11, BIIB - CMS Wants to See Cognition Benefit, Propo Rigorous CED Study - 2H22 Cognition Data from Competing Products to Decide Fate of the AB Class | "We believe the requirements for a CED, which includes evaluation of Aduhelm in a randomized controlled study, seem to be more rigorous than we expected and create a high bar for success. ... As we expected ... , CMS has proposed coverage with evidence development (CED) 'in CMS approved randomized controlled trials that satisfy the coverage criteria specified' by CMS ...." |
| 1/11/22 | Investor's Business Daily | Biogen Stock Tumbles As Medicare Delivers Another Obstacle To Its Alzheimer's Drug | "Biogen stock tumbled late Tuesday after U.S. regulators severely limited which patients can access the controversial Alzheimer's treatment, Aduhelm.The Centers for Medicare and Medicaid Services said it would cover the cost of treatment — including any necessary scans — for patients enrolled in clinical studies. ... Other drugs will be in the same boat, the CMS wrote in a release. Specifically, monoclonal antibodies that target amyloid are subject to 'coverage with evidence development.' This means Medicare will only pay for them if patients are in a clinical study." |
| 1/11/22 | Investor's Business Daily | Dow Jones Futures: Market Rallies On Powell Comments, Apple, Nvidia, Tesla In Focus; Biogen Dives Late | "Meanwhile, Medicare plans coverage limits on the pricey and controversial Biogen Alzheimer's drug. It'll only pay for Aduhelm for Medicare patients in clinical trials. Biogen stock plunged. Eli Lilly, which is working on a similar Alzheimer's drug, fell modestly." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/11/22 | Jefferies | Relative Setback with NCD Requiring Enrollment in Trials | “CMS issued a draft NCD with a CED (Coverage with Evidence Development), which is a mixed result. The problematic issue in the near to medium term is that the CED stipulates coverage when enrolling in a CMS or NIH-approved randomized clinical trial. In addition, the criteria require a [positron emission tomography] scan, which in itself is undergoing a longstanding NCD with CED review. ... Draft NCD decision ... proposes to reimburse abeta mAbs with CED (i.e. mixed scenario), which will be viewed as a relative disappointment because even though there was an expectation that there would be some requirements to get the drug, CMS' stipulation to enroll in a clinical trial obviously creates more logistical, administrative, and other roadblocks for getting access to the Aduhelm.” Emphasis removed. |
| 1/11/22 | J.P. Morgan | Adu-justing to a New Reality; Draft NCD Significantly Dims Near Term Outlook for Aduhelm and A-Beta Class | “Draft NCD Significantly Dims Near Term Outlook for Aduhelm and A-Beta Class ... CMS' much anticipated draft NCD essentially crushes any hopes of Biogen's Aduhelm gaining traction anytime soon. That is of course if the final NCD (expected in April) stays the course. ... While today's outcome was one of the five or so scenarios that [Biogen] [management] previously outlined, it's obviously far from ideal (for [Biogen] and the entire class of A-beta antibodies...at least for now).” |
| 1/11/22 | Mizuho | CMS Proposed Decision ==> Removing Nearly All Aduhelm Sales from Model, Lower PT to $207 | “CMS just issued a ~50-page proposed decision memo on the coverage for amyloid-targeting monoclonal antibodies for the treatment of Alzheimer's. ... CMS will cover patients only in a randomized controlled trial -- again, rare for an already approved drug -- to gather additional evidence on Aduhelm (i.e. coverage with evidence development, CED). But this also essentially means that access to the drug will be significantly limited.” |
| 1/11/22 | Morgan Stanley | Disappointing draft NCD due to limitations to clinical studies only; await final decision by April 12 | “CMS released draft NCD earlier which proposes to cover FDA approve monoclonal antibodies directed against amyloid for the treatment of Alzheimer's disease (AD) under Coverage with Evidence Development (CED) in CMS approved randomized controlled trials and NIH supported trials. All trials must be conducted in a hospital-based outpatient setting. The coverage includes one [positron emission tomography (PET)] scan per patient, if it's part of the trial protocol and if the patient did not previously receive a beta amyloid PET scan. We view the proposed decision memo as disappointing because this would limit reimbursement to trial populations only (as opposed to registry), which is likely a small population. However, we note that historically NCDs can change dramatically between the draft and final memo we await the public comments and final memo in April.” Emphasis removed. |
| 1/11/22 | Needham | Highlights from Competitor Conference; Adjusting PT to Reflect Recent Updates | “The company is not able to anticipate a likely outcome of NCD. However, it is prepared for all potential scenarios, and expects patient advocacy groups and [healthcare providers] will continue to engage and advocate for patient access and NCD process. Management cautioned that the final decision may be very different from the draft decision and it is prepard to address any scenario.” |
| 1/11/22 | Oppenheimer | Implications for CMS Proposal of CED | “CMS proposed Coverage with Evidence Development (CED) for anti-amyloid antibodies to treat Alzheimer's Disease (AD), which could represent a significant setback for Aduhelm, lecanemab (BAN2401), and others.” |
| 1/11/22 | Raymond James | CMS Proposes Highly Restrictive Coverage w/ Evidence Development (CED) Plans for Aduhelm | “CMS published their national coverage analysis for the amyloid-beta mAb class this evening and as expected, a coverage with evidence (CED) recommendation was made. The CED outcome is not ideal for [Biogen] as it restricts Aduhelm reimbursement to [Alzheimer's disease] patients that participate in a CMS or NIH sponsored study. Furthermore, the proposed study design and enrollment criteria are about as restrictive as CMS could be while still providing coverage for the drug, in our view (eligibility and design details highlighted below). ... Biogen commented earlier this week that the draft and final NCD could look very different .... However, given the significant guardrails recommended by CMS, we think a significant change in the recommendation is unlikely. Even if CMS loosens up some-of-the proposed restrictions when the final NCD decision is published, we remain cautious on Aduhelm's outlook.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/11/22 | RBC Capital Markets | CMS Proposal, If Finalized, Could Effectively Spell The End For Aduhelm | "This evening, CMS issued their draft NCD on the beta-amyloid Alzheimer's antibodies, key for dictating initial coverage of Aduhelm, which will allow reimbursement for the drug through a CED, and we had the chance to speak with [Biogen]. ... [T]his NCD does look more onerous than expected and unless it receives significant revisions.... CED in and of itself not surprising: We have always completely expected access to the drug to be under Coverage with Evidence Devlopment (CED) - it would have been highly surprising based on our checks for this not to be the case[.]" Emphasis removed. |
| 1/11/22 | Reuters News | Future of Biogen's Aduhelm hinges on U.S. Medicare Alzheimer's coverage | "In broad terms, Medicare has four options …. Medicare is most likely to offer coverage under a program aimed at collecting evidence of Aduhelm's impact on patient outcomes, such as a patient registry[.]" |
| 1/11/22 | Reuters News | RPT-U.S. Government Medicare Program Plans To Cover Alzheimers Treatments Including Biogen's Aduhelm With Conditions | "U.S. GOVERNMENT MEDICARE PROGRAM PLANS TO COVER ALZHEIMERS TREATMENTS INCLUDING BIOGEN'S ADUHELM WITH CONDITIONS" |
| 1/11/22 | Reuters News | U.S. Medicare plans to cover Biogen Alzheimer's drug only for trial patients | "The U.S. government Medicare program on Tuesday said it plans to cover Alzheimer's treatments including Biogen Inc's Aduhelm but will require patients to be enrolled in a clinical trial, limiting access to the treatment more than many expected. Biogen shares were down 7.3% at $224 in extended trading on Tuesday. ... 'The wholesale rejection of this product by payers and health systems around the country is notable but not shocking, given how little evidence the manufacturer produced at the time of its FDA approval,' said Dr. Caleb Alexander, a professor with the Johns Hopkins Center for Drug Safety and Effectiveness, in Baltimore. Alexander was a member of the FDA advisory panel that voted not to approve the drug." |
| 1/11/22 | Reuters News | U.S. Medicare program plans to cover Biogen's Aduhelm, with some conditions | "The U.S. government's Medicare program on Tuesday said it plans to cover Alzheimer's treatments including Biogen Inc's Aduhelm, with some conditions." |
| 1/11/22 | Stifel | CED a Big Blow to Aducanumab, as the Stock May Now Largely Rest on BAN2401 Data in 3Q | "While some investors had thought a CED was a plausible outcome, payor/policy specialists that we had spoken with had actually viewed a CED as less likely, given that the complexities and challenges associated with implementing the evidence determination process" |
| 1/11/22 | SVB Leerink | CED NCD Disappointing; Barely Opens Door for Access | "CMS, in its much-expected draft National Coverage Determination (NCD) memo, indicated that it proposes to cover the anti-Abeta class under Coverage with Evidence Development (CED), i.e., patients need to enroll in CMS-approved randomized controlled trials to get reimbursement for anti-Abeta mAbs. This is clearly disappointing news, as CED would significantly limit the number of patients who can access Aduhelm and other anti-Abeta mAbs, and in this scenario, we would expect a prolonged process to initiate and enroll patients into the CED clinical trials which need to be reviewed and approved by CMS. We were expecting coverage with restrictions (plus potential requirements for registry studies or a claims database to control the patient queue), and while it was very difficult to determine what was in [Biogen] for this event due to recent volatility in the broader biotech sector and in Biogen specifically, it appears that investors were also hoping for a better outcome." Emphasis removed. |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/11/22 | The Boston Globe | For Alzheimer's drug, a defining moment | "Not long after the FDA approved Aduhelm, the Centers for Medicare & Medicaid Services began a rare review called a 'national coverage determination,' or NCD, to decide whether the government would cover the cost for beneficiaries. ... 'The fact that this drug is going through an NCD is pretty unusual to begin with,' said James Chambers, a researcher at the Center for the Evaluation of Value and Risk in Health at Tufts Medical Center. 'To the best of my knowledge, this would be the first time CMS would decline to pay for a drug that the FDA has approved for all indications.' Chambers and several other experts said they suspect Medicare may stake a middle ground and recommend 'coverage with evidence development.' That means doctors could prescribe the drug and it would be covered by Medicare, but only for patients who participate in a follow-up clinical trial or at least allow their cases to be entered into a patient registry." |
| 1/11/22 | The Boston Globe | It's going to be really cold today. But it won't break any records | "Federal officials this week are expected to make a long-awaited announcement that could help decide the fate of Aduhelm, Biogen's new Alzheimer's drug, which costs over $28,000 annually and has stirred more controversy than any medication in years." |
| 1/11/22 | The Boston Globe | Medicare is poised to make pivotal announcement on Biogen's Alzheimer's drug | "Chambers and several other experts said they suspect Medicare may stake a middle ground and recommend 'coverage with evidence development.' That means doctors could prescribe the drug and it would be covered by Medicare, but only for patients who participate in a follow-up clinical trial or at least allow their cases to be entered into a patient registry. That would enable regulators to monitor Aduhelm's safety and effectiveness." |
| 1/11/22 | The San Francisco Chronicle | MEDICARE | "Medicare is currently covering Aduhelm on a case-by-case basis. Later this week, the agency is expected to issue an initial coverage decision." |
| 1/11/22 | The Washington Post | In a first, HHS directs officials to consider lowering Medicare premiums | "Becerra's directive comes just days before the agency is due to decide preliminarily whether to include the drug, Aduhelm, among the roster of medicines that Medicare covers. The Food and Drug Administration approved the drug in June despite considerable dispute over whether there is enough evidence that it is effective. ... In November, the agency noted great uncertainty about how much the drug would weaken Medicare's already-fragile finances if it were to be covered. 'Depending on utilization, the potential costs for this course of treatment range from negligible to very significant,' the agency wrote in the Federal Register notice about this year's premiums." |
| 1/11/22 | The Washington Post | Medicare to decide on a vexing new Alzheimer's drug | "Officials this week are expected to announce a preliminary decision on whether Medicare will cover the drug. The ruling will have a big impact on how much of the medication is used, whether private insurers, which often follow Medicare's lead, pay for it, and how similar drugs coming down the pike will be treated. ... In November, the Centers for Medicare and Medicaid Services, which runs the health programs, announced they would raise the standard monthly premium for Part B, which covers outpatient services such as visits to the doctor, by a record dollar amount. Officials said that move, which went into effect Jan. 1, was partly because Medicare needed to have the funds to cover the potentially high costs of Aduhelm. ... 'It's a pretty darn unique situation,' said Sean R. Tunis, former chief medical officer of CMS. 'There have not been very many FDA decisions that have been this extensively questioned both on process and on substance. Not just by the payer community, which you would expect to be skeptical, but by academic medical centers' and physicians. ... Medicare also could decide to cover the drug only for patients in clinical studies or tracked by registries established by hospitals or other organizations. This 'coverage with evidence development' approach is designed to produce additional data on whether coverage should be continued. Such a move could have the effect of limiting the number of doctors willing to prescribe the medicine because it imposes time-consuming data requirements." |
| 1/11/22 | Truist Securities | CMS Decision Appears Worse Than Expected, In Our View; We Spoke with BIIB Mgmt for More Color | "The CED provides no distinction between drugs with full and accelerated approval. As written, for approved drugs, CMS would only cover patients in qualified [randomized control trial]. ... Looking at relevant precedence, we note that CAR-T initially had a CED in the draft that changed to coverage with restrictions at the final decision. However, we believe CAR-T was a different decision. In this environment, we could expect a different outcome, and we can't look to a precedence." Emphasis removed. |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/11/22 | Truist Securities | It's Really No Meaningful Reimbursement; Sending Waves Across Biotech | "We think the restrictions with CED is negative for the class, and we think there could be pushback from the [Alzheimer's disease] community. ... For [Biogen], it's not about NCD but owning into the [randomized controlled trial] Phase 3 data from lecanemab in 2H22. CMS could be taking a conservative route by proposing CED and we await to see what the pushback could be from the [Alzheimer' disease] community and what happens to [Alzheimer's disease] patients currently treated and patients not in trials." Emphasis removed. |
| 1/11/22 | Truist Securities | NCD Scenarios and Potential Stock Movements; 2H2022 Lecanemab Data Most Important, In Our View | "Tomorrow, CMS is expected to release draft coverage decision on NCD with focus on anti-amyloid class for treating Alzheimer's. We have outlined several outcomes below ... On Jan 12th, we expect to CMS to release a draft version of coverage decision for anti-amyloid class for Alzheimer's disease, with coverage relevant to [Biogen's] Aduhelm and Lecanemab; [Eli Lilly and Company's] donanemab; and others in the class. ... Our Base Case assumes coverage with restrictions (limited to patients with MCI/mild dementia due to [Alzheimer's disease] with presence of amyloid plaque, similar to enrollment criteria for clinical trials)." Emphasis removed. |
| 1/11/22 | UBS | Aduhelm/mAbs for Alzheimers get CED - Not great for BIIB, Unclear for LLY | "In line with our expectations and [key opinion leader] view[] CMS elected for Coverage with Evidence Development (CED) which will essentially require [Biogen] to run another randomized controlled trial(s) to establish clinical benefit for Aduhelm and during that period, only patients on the trial will be reimbursed. ... While CMS lays out in some detail the required elements of trial design, a key question for the near-term impact on [Biogen] is how big can the CMS [randomized controlled trial]s be. ... Ultimately it reads like this is something that is to be agreed upon between CMS and the sponsor." Emphasis removed. |
| 1/11/22 | Wedbush Securities | CMS Says COVERAGE WITH EVIDENCE DETERMINATION --- But They Mean Another Trial | "What stands out to us in the CMS NCD memo is the lack of conviction on the part of CMS and need for additional data. We are hard pressed to see the majority of physicians taking a different view. We agree and see current data as inadequate to conclude Aduhelm is efficacious, particularly when paired with the risk profile." |
| 1/11/22 | Wells Fargo | BIIB NCD TMRW When to Look, Where to Look, and What to Look For? | "In the call yesterday (1/10), [Biogen] also hinted that they maybe expecting some restrictions. We also think that recent price cut for aducanumab has made it easier for the CMS to allow coverage. We view it as unlikely that there would be a non-coverage decision for the anti-amyloid class. In turn, we do not expect a restricted coverage scenario to have a signicant impact on [Biogen] stock.... We suggest that the most likely outcome for the preliminary NCD is national coverage with restrictions and that this wouldn't be more punitive than current prescribing behavior, with specialists primarily administering the drug to a well-functioning subset of mild [Alzheimer's disease] patients. Similarly, coverage with evidence development wouldn't be a marked change as this would resemble what [Biogen]'s aducanumab is presently subject to today under terms of conditional approval." Emphasis removed. |
| 1/11/22 | Wells Fargo | BIIB/LLY—Could CMS Decision Make the FDA Rethink the Early approval of Other Anti-Amyloid Drugs? | "In the proposed coverage decision for anti-amyloid drugs, we note that the CMS has proposed coverage with evidence. This is a clear negative, as it would only allow for reimbursement for the patients who are enrolled in clinical trials." |
| 1/11/22 | Wolfe Research | CMS' Alz Dz Decision – Practically Speaking, NOT Covered (For Now, That Is) | "We expected 'coverage' but with restrictions, knowing the devil would be in the details. And the details are indeed what matter here. The draft decision is essentially a worst-case 'coverage' scenario where reimbursement will be limited only to patients enrolled in phase 3, randomized, controlled clinical trials ([randomized controlled trial]s). While [Alzheimer's disease] is a many-million-patient disease, this ruling will only apply to a tiny fraction of this, seeing as [randomized controlled trial]s in this space are typically not more than ~1,000 patients each. In other words, it will effectively be as if CMS had issued a 'no coverage' decision." Emphasis removed. |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/12/22 | Associated Press Newswires | Biogen tumbles after Medicare lays out Aduhelm coverage plan | “That’s an important caveat because Medicare is expected to cover most of the patients who opt for Aduhelm, and the drug can cost as much as $28,000 annually, not counting expenses for brain scans and other care patients will need while taking it. ... The initial Medicare coverage decision will significantly limit access to Aduhelm, said Mizuho Securities USA analyst Salim Syed. He had previously estimated around $3.5 billion to $4 billion in peak annual sales for the drug.” |
| 1/12/22 | Associated Press Newswires | Business Highlights: High inflation, low budget deficit | “Shares of Biogen tumbled Wednesday, a day after regulators slapped strict limitations on coverage the drugmaker’s new Alzheimer’s disease treatment. The Centers for Medicare and Medicaid Services said Tuesday that patients taking Biogen’s Aduhelm will have to participate in clinical trials to assess the drug’s effectiveness in order for Medicare to cover the cost. That’s an important caveat because Medicare is expected to cover most of the patients who opt for Aduhelm, and the drug can cost as much as $28,000 annually, not counting expenses for brain scans and other care patients will need while taking it.” |
| 1/12/22 | BMO Capital Markets | CMS Decision Expert Call Follow-Up: Restricted Access Impacting All A-Beta Abs | “Dr. Brill was not truly surprised by the CED and level of restriction, and noted given there’s no limit on the number of sites/patients,the trial size could range from 1-2k up to 10k or more. ... Commercial insurers that have already made a decision on coverage will not change. Commercial plans with medicare advantage, [Medicare Advantage] plan will be obligated to cover trials with NCD for their members. Likely to see some noise around that. Medicaid (state/federal partnership) clearly will have individuals eligible and will likely ask for clarifications around eligibility under Medicaid.” |
| 1/12/22 | Dow Jones Institutional News | News Highlights: Top Company News of the Day | “Medicare to Pay for Biogen ’s New Alzheimer’s Drug in Clinical-Trial Patients” |
| 1/12/22 | Dow Jones Institutional News | News Highlights: Top Company News of the Day | “The Centers for Medicare and Medicaid Services said it will cover the cost of the drug Aduhelm, but as part of further clinical testing.” |
| 1/12/22 | Dow Jones Institutional News (Barron’s) | Biogen Got Bad News on Its Alzheimer’s Drug. Why It Hurt Eli Lilly, Too. -- Barrons.com | “The decision from the Centers for Medicare and Medicaid Services, which determines whether a drug will be covered by those programs, is just the latest bad news. CMS recommended that patients be part of a trial to have the drug covered by Medicare. ‘Such trials are very cumbersome to carry out and are likely to dissuade physicians from prescribing the drugs,’ writes Needham analyst Ami Fadia. ‘This would drastically diminish the commercial opportunity for Aduhelm and all the other drugs in the class.’” |
| 1/12/22 | Dow Jones Institutional News (Barron’s) | Powell Said All the Right Things. But Inflation Has a Mind of Its Own. -- Barrons.com | “Biogen’s treatment for Alzheimer’s disease will be limited under Medicare coverage to patients with early-stage symptoms who are enrolled in a qualified clinical trial, another blow to the first such drug approved by the Food and Drug Administration in 20 years.” |
| 1/12/22 | Dow Jones Institutional News (The Wall Street Journal) | Biogen Shares Fall Premarket on Medicaid Coverage Plans for Aduhelm | “The Centers for Medicare and Medicaid said in a proposed policy that they would cover Aduhelm on the condition that patients are in clinical trials and have early-stage symptoms.” |
| 1/12/22 | Dow Jones Institutional News (The Wall Street Journal) | Kidpik, Biogen, Block, Ally Financial: What to Watch When the Stock Market Opens Today | “Medicare officials said they would cover Biogen’s controversial Alzheimer’s disease drug Aduhelm on the condition that patients are in clinical trials and have early-stage symptoms.” |
| 1/12/22 | Dow Jones Institutional News (The Wall Street Journal) | Medicare to Pay for Alzheimer’s Drug in Trials -- WSJ | “Medicare officials said they would cover Biogen Inc.’s controversial Alzheimer’s disease drug Aduhelm on the condition that patients are in clinical trials and have early-stage symptoms.The clinical trials are intended to gather evidence on the drug’s safety and effectiveness and would apply to similar drugs if they are approved, the Centers for Medicare and Medicaid said in a proposed policy issued Tuesday.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/12/22 | Dow Jones Institutional News (The Wall Street Journal) | Stock Futures Waver Ahead of Inflation Data; Biogen Shares Drop | "In premarket trading, shares of shares dropped 9% after Medicare officials said they would cover its Alzheimer's drug Aduhelm on the condition that patients were in clinical trials and had early-stage symptoms." |
| 1/12/22 | Dow Jones Institutional News (The Wall Street Journal) | Stocks Close Higher as Inflation Picks Up | "Among individual stocks, shares of Biogen dropped 6.7% after Medicare officials said they would cover its Alzheimer's drug Aduhelm on the condition that patients were in clinical trials and had early-stage symptoms." |
| 1/12/22 | Dow Jones Institutional News (The Wall Street Journal) | Stocks Open Higher as Inflation Picks Up | "In individual stocks, shares of Biogen dropped 9% after Medicare officials said they would cover its Alzheimer's drug Aduhelm on the condition that patients were in clinical trials and had early-stage symptoms." |
| 1/12/22 | Investor's Business Daily | Biogen Stock Tumbles As Medicare Delivers Another Obstacle To Its Alzheimer's Drug | "Biogen stock tumbled Wednesday after Medicare severely restricted access to its controversial Alzheimer's treatment, Aduhelm.The Centers for Medicare and Medicaid Services determined late Tuesday it would cover the cost of Aduhelm treatment only for patients enrolled in clinical studies. The agency also limited coverage to patients with mild symptoms of the disease. ... 'Tell me you're not covering our drug without telling me,' Wedbush analyst Laura Chico quipped in a note to clients in reaction to the ruling. ... The decision is 'rare' for an FDA-approved drug, Mizuho Securities analyst Salim Syed said in his note to clients. The FDA has given Biogen the better part of a decade to prove Aduhelm benefits patients cognitively. But CMS wants evidence of a 'meaningful' benefit on cognition, the agency wrote. Regulators also expressed concern about potential side effects." |
| 1/12/22 | Investor's Business Daily | Dow Jones Futures: Market Rallies On Powell Comments, Apple, Nvidia, Tesla In Focus; Biogen Tumbles | "Meanwhile, Medicare plans coverage limits on the pricey and controversial Biogen Alzheimer's drug. It'll only pay for Aduhelm for Medicare patients in clinical trials. Biogen stock plunged. Eli Lilly, which is working on a similar Alzheimer's drug, fell modestly." |
| 1/12/22 | Los Angeles Times | BUSINESS; Medicare limits Alzheimer's drug coverage | "Medicare said Tuesday it will limit coverage of a $28,000-a-year Alzheimer's drug whose benefits have been widely questioned, a major development in the nation's tug of war over the fair value of new medicines that offer tantalizing possibilities but have prohibitive prices.The initial determination from the Centers for Medicare and Medicaid Services means that for Medicare to pay, patients taking Biogen's Aduhelm medication will have to be part of clinical trials to assess the drug's effectiveness in slowing the progression of early-stage dementia as well as its safety. Medicare's national coverage determination would become final by April 11 after a public comment period and further evaluation by the agency." |
| 1/12/22 | Needham | CMS Draft Decision Could Meaningfully Limit Aduhem Use; Lowering PT to $292 | "A CED would significantly diminish the opportunity for Aduhelm: A CED would require patients to be enrolled in CMS approved trials, or trials supported by the NIH in order to be covered. Such trials are very cumbersome to carry out and are likely to dissuade physicians from prescribing the drugs. This would drastically diminish the commercial opportunity for Aduhelm and all the other drugs in the class." Emphasis removed. |
| 1/12/22 | Piper Sandler | Downgrade to Neutral – Hard to See a Way Forward | "New last night, the outlook is clouded further with CMS' draft NCD with CED (Coverage with Evidence Development), restricting coverage only to patients enrolled in CMS approved randomized, controlled trials, among other restrictions." |
| 1/12/22 | RBC Capital Markets | Removing Most Aduhelm From Our Model; Reducing Tgt to $225 | "While CMS's highly restrictive draft NCD is still subject to change, it is difficult to envision any stakeholders (other than [Biogen]) who might convincingly advocate for broader access to the drug without more data…." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/12/22 | Reuters News | Biogen shares slide as Medicare proposal restricts coverage of Alzheimer's treatments | "The U.S. Medicare program's proposal to severely limit coverage of new Alzheimer's treatments including Biogen's Aduhelm threatens to hurt sales of the controversial drug and dim prospects for similar medicines in development by other companies." |
| 1/12/22 | Reuters News | Biogen slumps after Medicare's restrictive decision on Alzheimer's drug | "If the draft decision by the U.S. Centers for Medicare and Medicaid Services (CMS) goes through, it could result in negligible Aduhelm sales in 2022 and 2023, analysts said." |
| 1/12/22 | Reuters News | PRESS DIGEST- Wall Street Journal - Jan. 12 | "Medicare officials said they would cover Biogen Inc's controversial Alzheimer's disease drug Aduhelm on the condition that patients are in clinical trials and have early-stage symptoms" |
| 1/12/22 | Reuters News | Reuters Health News Summary | "Shares of Biogen Inc fell nearly 10% on Wednesday after the U.S. government announced limited coverage of Alzheimer's treatments including the drugmaker's Aduhelm, dealing a blow to the controversial treatment that was approved last year. Biogen had been banking on the government's coverage decision to help drive up sales of Aduhelm, which it hoped would help counter the hit to revenue from some of its main drugs from rising competition." |
| 1/12/22 | Reuters News | UPDATE 2-Biogen shares slide as Medicare proposal restricts coverage of Alzheimer's treatments | "The U.S. Medicare program's proposal to severely limit coverage of new Alzheimer's treatments including Biogen's Aduhelm threatens to hurt sales of the controversial drug and dim prospects for similar medicines in development by other companies. ... Aduhelm's high price has raised concerns over the toll it might take on the Medicare program since Alzheimer's is an age-related disease and around 85% of people who might use the drug are in the government plan. ... 'We agree with CMS there is a need to obtain more clinical data on efficacy, which will be essential to ensuring these new medications deliver real value to patients before broadening access,' Matt Eyles, president and CEO of trade group America's Health Insurance Plans, said." |
| 1/12/22 | Reuters News | US STOCKS-Wall Street closes higher as inflation data supports Fed bets | "The U.S. government Medicare program said that while it plans to cover Biogen's Aduhelm Alzheimer treatment it will require patients to be enrolled in a clinical trial, limiting access to the medication. This could also impact Eli Lilly, which is developing similar drugs." |
| 1/12/22 | The Boston Globe | Analysts say Medicare decision could spell the demise of Biogen's Alzheimer's drug | "After the Food and Drug Administration approved Biogen's controversial drug, Aduhelm, in June, experts predicted the first new Alzheimer's medicine in nearly two decades would generate billions of dollars in sales for the Cambridge-based company.But if Medicare sticks to its extraordinary preliminary decision on Tuesday to cover the $28,200-a-year treatment only for patients who participate in clinical trials, the medication once touted as an all-but-certain blockbuster is unlikely to generate any meaningful revenue, according to two industry analysts." |
| 1/12/22 | The Boston Globe | In preliminary decision, Medicare offers only limited coverage of Aduhelm | "Medicare said Tuesday that it will cover Biogen's controversial $28,000-a-year Alzheimer's drug Aduhelm only for patients who participate in clinical trials, an extraordinary move that will significantly restrict the number of people who can get a costly medicine whose benefits and risks have been fiercely debated.The preliminary decision by the Centers for Medicare and Medicaid Services represents a highly unusual case of the agency balking at fully covering a drug that had been approved by another government agency, the Food and Drug Administration. It is also another stinging setback for the Cambridge-based biotech." |
| 1/12/22 | The New York Times | U.S. to Restrict Drug Coverage For Alzheimer's | "In a preliminary decision, the Centers for Medicare and Medicaid Services said that after a thorough review of the scientific evidence and the opinions of many different stakeholders, it had concluded that there remain significant doubts about whether the potential benefits of Aduhelm for patients outweigh the safety risks. As a result, the agency said that it would provide coverage only for patients who receive the drug in randomized controlled trials -- considered the gold standard of scientific evaluation because they compare patients receiving a drug with a control group of patients, usually those receiving a placebo." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/12/22 | Dow Jones Institutional News (The Wall Street Journal) | U.S. News: Medicare to Pay for Alzheimer's Drug in Trials | "Medicare officials said they would cover Biogen Inc.'s controversial Alzheimer's disease drug Aduhelm on the condition that patients are in clinical trials and have early-stage symptoms.The trials are intended to gather evidence on the drug's safety and effectiveness, and would apply to similar drugs if they are approved, the Centers for Medicare and Medicaid Services said in a proposed policy issued Tuesday. ... Medicare coverage is crucial for Aduhelm's future because most of the patients eligible to take it are covered under the federal-health program for people over 65 years and the disabled. Also, many private health insurers take their cues about whether to pay for medicines from Medicare's coverage policies." |
| 1/12/22 | The Washington Post | Medicare plans to cover pricey Alzheimer's drug | "Medicare officials on Tuesday proposed covering a pricey, controversial Alzheimer's drug but, in a highly unusual step, restricted it to people enrolled in approved clinical trials, sharply limiting the number of eligible patients." |
| 1/12/22 | UBS | Takeaways From Our Expert Calls Post Draft NCD on mAbs for Alzheimer's Disease | "All 3 [key opinion leader]s believed the CED outcome would remain in the final NCD (expected Apr 11) though specific details around trial design/requirement and [positron emission tomography] scans are likely to change." |
| 1/12/22 | Wedbush Securities | Tell Me You're Not Covering Our Drug Without Telling Me; CMS to BIIB --> CED | "The CMS National Coverage Determination (NCD) for Aduhelm appears more restrictive than we considered heading into the event. ... We are lowering our Aduhelm uptake estimates and assume the CED restrictions remain in place following the final decision in April 2022. ... Given the strength of their statements and the data sets they reference, we think a high standard will be held for establishing broader coverage. Will commercial payers follow suit? This is a reasonable question to ask and it remains to be seen how individual companies and non-government organizations will handle coverage. For our part, it seems daunting to consider they will venture far from CMS' position." |
| 1/12/22 | William Blair | Aduhelm Draft NCD Highly Restrictive; Will CMS Ease CED Requirements by April? Lecanemab Phase III Now Make or Break | "The restrictive draft coverage proposal is no doubt a major headwind for Biogen's Aduhelm's launch efforts given more than 80% of the greater than 6 million [Alzheimer's disease] patients in the United States (1 million-2 million estimated to be amyloid positive) are Medicare beneficiaries. We also believe private payers will continue to push back on commercial Aduhelm coverage, following suit from CMS, further restricting franchise growth. ... It seems to us that CMS is taking the stance we expected from the FDA after such a negative AdCom, despite the recent Aduhelm price reduction (which seems trivial now)." |
| 1/13/22 | Atlantic | Another Aduhelm Setback; PT to $210 | "[Biogen's] Alzheimer's disease therapy Aduhelm appears set to be largely precluded from US Medicare reimbursement as the Center for Medicare Services (CMS) issued its preliminary National Coverage Determination for anti-amyloid therapies for Alzheimer's therapy. ... This would severely limit uptake and is akin to not providing any coverage at all, in our view." Emphasis removed. |
| 1/13/22 | Bank of America | Absent Alzheimer's, commercial concerns re-emerge, PO to $245 | "Aduhelm's surprising FDA approval was in many ways precedent-breaking, making its 'exit' fitting that its presumed by CMS could be similarly unusual.... ... Following the NCD, we have reduced near-term sales of Aduhelm substantially to reflect CMS' some modest commercial use with most private payers likely to follow lead." |
| 1/13/22 | Barclays | Biogen inc. Takeaways from Investor Event | "[T]here was relatively limited tangible actions or plans the company was able to point to over the next 90 days to suggest CMS will shift its stance…." |
| 1/13/22 | Dow Jones Institutional News (MarketWatch) | Guggenheim Downgrades Biogen To Neutral From Buy After U.S. Proposes Limiting Access To Alzheimer's Drug -- MarketWatch | "Guggenheim analysts downgraded the stock to neutral, from buy. Analysts there cite the need to wait and see how the new rule proposing limited access to Biogen's Alzheimer's disease drug Aduhelm (and other drugs in the same class of treatments) to clinical trials in order to receive federal reimbursement plays out. They want to know what the size and timing of the trials will be and what clinical data will be produced for other experimental drugs in this class of therapies." |
| 1/13/22 | Dow Jones Institutional News (S&P Global Ratings) | *S&PGR Downgrades Biogen To 'BBB+' From 'A-', Outlook Stable | "Centers for Medicare and Medicaid Services (CMS) released a proposed National Coverage Determination (NCD) covering people with Medicare only if they are enrolled in qualifying clinical trials, potentially significantly limiting sales prospects for Biogen's new Alzheimer's treatment, Aduhelm." |

APPENDIX C

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/13/22 | Dow Jones Institutional News (The Wall Street Journal) | Stocks Gain After High Inflation Data -- WSJ | "Among individual stocks, shares of Biogen dropped $16.18, or 6.7%, to $225.34 after Medicare officials said they would cover its Alzheimer's drug Aduhelm on the condition that patients were in clinical trials and had early-stage symptoms." |
| 1/13/22 | Evercore ISI | interesting nuggets; i LOVE the setup here | "Can Biogen generate new clinical data to help CMS with its thought process on CED? On Aduhelm, Biogen has the EMBARK study. (<<however, the challenge with this trial is that it is NOT a randomized study … and CMS NCD decision really focused on evidence from randomized trials)[.]" |
| 1/13/22 | Financial Times | Wall Street | "Healthcare group Biogen sank following news that the US government was planning to curb the use of Aduhelm, its Alzheimer's drug that has attracted questions about its efficacy. The Centers for Medicare & Medicaid Services said Aduhelm would be covered for people under its programme 'only if they are enrolled in qualifying clinical trials'." |
| 1/13/22 | Guggenheim | January 13, BIIB - Downgrading to Neutral While We Wait for Additional Clarity on CED Study Details and Competitor Cognition Data - PT Lowered to $202 | "We were not surprised by the requirement of a coverage with evidence (CED) study given the limited functional efficacy generated from Aduhelm so far (was approved based on a surrogate endpoint of amyloid reduction), but we were a bit surprised to see the amount of detail CMS provided in this draft and the rigorous requirements for a CED study." |
| 1/13/22 | Investor's Business Daily | Denali Stock Tumbles; Why Biogen Isn't The Only Alzheimer's Play Under Pressure | "The disappointing [Denali] stock news comes shortly after the Centers for Medicare and Medicaid Services restricted coverage for Biogen's Alzheimer's drug, Aduhelm. Regulators said they would only cover the cost of Aduhelm for patients enrolled in clinical studies." |
| 1/13/22 | Needham | Interesting Set Up Following Unfavorable Draft NCD for Aduhelm | "Management believes that a coverage consistent with the Aduhelm label would be the best outcome; however, indicated that more realistically, it would look to get coverage with restrictions that align more closely with the patient enrollment criteria in the trials." |
| 1/13/22 | Oppenheimer | Key Takeaways from Management Update | "With results of 2 large studies of anti-amyloid antibodies expected in 2H22, we're surprised that CMS would force a CED decision in April based on evidence that includes Ph3 trials for 2 antibodies (solanezumab, bapineuzumab), which will likely never be covered by CMS." |
| 1/13/22 | RBC Capital Markets | Nightmare On 'Helm Street: Analyst Mtg Highlights NCD Strife, But Street Should Soon Look Past Adu | "In line with our view and updated model, coverage with NCD's restricted CED requiring a randomized trial would severely limit [patient] access ([Biogen] believes 'in the hundreds' of [patients], effectively a 'non-coverage decision') to what we believe would be immaterial revenue." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/13/22 | Reuters News | BIOGEN EXEC SAYS IN THE LAST WEEKS OF DECEMBER SAW AN INCREASED RATE OF NEW PATIENT STARTS BY FOURFOLD AND A FOURFOLD INCREASE IN THE NUMBER OF DOCTORS, ACTIVELY INFUSING ADUHELM - ANALYST CALL | “BIOGEN EXEC SAYS IN THE LAST WEEKS OF DECEMBER SAW AN INCREASED RATE OF NEW PATIENT STARTS BY FOURFOLD AND A FOURFOLD INCREASE IN THE NUMBER OF DOCTORS, ACTIVELY INFUSING ADUHELM.” |
| 1/13/22 | Reuters News | Biogen eyes potential acquisitions - Stat News | “On Tuesday, the U.S. Centers for Medicaid and Medicare Services (CMS) said it would cover Aduhelm, and similar treatments, only for patients enrolled in approved clinical trials, threatening sales of the drug. ... In a conference call with analysts on Thursday, Biogen Chief Executive Officer Michel Vounatsos said the management was engaging with the board on ‘tactical, short-term measures, but also strategic options’.” |
| 1/13/22 | Reuters News | Biogen eyes potential acquisitions - Stat News | “The report … said the company’s board had warmed to the idea of acquisitions amid the turmoil surrounding its controversial Alzheimer’s drug Aduhelm.” |
| 1/13/22 | Reuters News | Biogen says yet to speak with CMS about coverage of Alzheimer’s drug | “Biogen Inc has not discussed with the Centers for Medicaid and Medicare Services about its decision on the coverage of the drugmaker’s Alzheimer’s drug, the company’s chief executive officer said in a call with analyst.[ ]In a draft decision on Tuesday, CMS, which runs the government health plan for people over age 65, said it would cover Aduhelm, and similar treatments, only for patients enrolled in approved clinical trials.” |
| 1/13/22 | Reuters News | Biogen seeks dialogue with U.S. CMS about Alzheimer’s drug coverage decision | “Should the CMS’ final decision resemble the draft, the company will be flexible with cost-cutting measures and other strategic options, Vounatsos said. ... But he added, ‘I do not believe that this would be the case in terms of similar outcome than this dramatic draft.’” |
| 1/13/22 | Reuters News | Reuters Health News Summary | “Biogen Inc’s chief executive officer on Thursday said the company wants a dialogue with the U.S. Centers for Medicaid and Medicare Services (CMS) ahead of a final decision on coverage of its controversial Alzheimer’s disease drug in April.” |
| 1/13/22 | SVB Leerink | Biogen Comes Out Aggressive; Stock Is Very Interesting at Current Levels | “Management reiterated its disappointment with CMS’ ‘dramatic’ draft decision of Coverage with Evidence Development (CED) and thinks that the CED would limit the number of patients on therapy to the hundreds. ... And management believes that physicians have responded well to the price cut announced this past December and the efforts deployed by Biogen to lower the out-of-pocket expenses for patients. ... With insurance coverage, Biogen previously estimated that ~50,000 patients would initiate treatment in 2022; however, this number doesn’t seem feasible at all now with the extreme restriction of CED.” |
| 1/13/22 | The Boston Globe | Biogen prepares to fight Medicare over Alzheimer’s drug limits | “Many private insurers have refused to cover Aduhelm, and some top hospitals aren’t administering it. But Medicare is by far the most important payer, as the majority of Alzheimer’s patients are covered by the government health program for older people.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/13/22 | Dow Jones Institutional News (The Wall Street Journal) | Stocks Gain After High Inflation Data --- Most of S&P 500's industry sectors rise, with healthcare the lone exception | "Biogen dropped $16.18, or 6.7%, to $225.34 after Medicare officials said they would cover its Alzheimer's drug Aduhelm on the condition that patients were in clinical trials and had early-stage symptoms." |
| 1/13/22 | Truist Securities | BIIB EXPECTS FINAL NCD TO CHANGE, lecanemab is still key to our thesis | "While the team wouldn't quantify their level of confidence, [management] would prefer that coverage be limited to the patient population similar to the patient enrollment criteria in the trials." |
| 1/13/22 | Truist Securities | Biotech/Pharma Nightcap: BIIB expects final NCD could be different; GILD onc may be 1/3 rev by 2030 | "Another scenario could be that once there is confirmatory data or full approval, the drug could get coverage." |
| 1/13/22 | Wolfe Research | BIIB: They just said what?! Highlights from the analyst call...and our impressions | "Overall, we don't see coverage expanding beyond CED ahead of pivotal datasets from the GRADUATE studies for ROG's gantenerumab and the Clarity-AD trial for lecanemab in 2H22 (followed by TRAILBLAZER-ALZ2 by [Eli Lilly and Company] on donanemab in 1H-2023) to prove the clinical benefit of removing amyloid plaque in early Alzheimer's patients. It won't even matter for Aduhelm at this, in our view, as the product is effectively dead in the water given the various layers of controversy with the product." |
| 1/14/22 | Dow Jones Institutional News (Barron's) | Barron's 2021 Quiz Winner Scores in a Tough Year to Forecast -- Barrons.com | "In an unusual, if preliminary, decision, the Centers for Medicare and Medicaid Services said it would only reimburse patients for Biogen's Alzheimer's therapy, Aduhelm, who were in clinical trials. Doubts have been raised about the drug's efficacy. Shares fell 5%." |
| 1/14/22 | Investor's Business Daily | Stock Market Rebound Fizzles Amid Hawkish Fed; Taiwan Semiconductor Breaks Out, JPMorgan Tumbles: Weekly Review | "Biogen tumbled after Medicare said it would only cover the cost of the biotech's Alzheimer's treatment, Aduhelm, for patients in clinical trials." |
| 1/14/22 | UBS | Dr. Col's weekly dose - The week ahead, what we're hearing and what happened this week | "[Biogen] received NDC draft decision for Aduhelm where CMS elected 'CED'. Coverage would restrict reimbursement to approved trial populations only. A comment period is open until 2/10 and final decision expected 4/11." Emphasis removed. |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/14/22 | UBS | Key takeaways from second half of week - BIIB +GILD events, IMVT, BTAI | "[Biogen] noted the NCD process involved essentially zero input from the company's side but it can now engage during the 30-day open comment window. Overall, the call did not provide any meaningful incremental information and we continue to expect the final outcome to remain CED, albeit with some updated detail on elements such as [randomized controlled trial] requirements and potentially [positron emission tomography] scan reimbursement. We remain Buy-rated on [Biogen] given the stock is trading at levels that imply very little Aduhelm in the valuation. ... [Biogen] gave very little detail on potential size of the trial largely because they are not in possession of that information at this stage. However, they did note it would be highly restrictive (we note a media report after the event stated [Biogen] communicated to its sales team that only ~1k-2k patients could have access to Aduhelm over the next several years). On duration of the trial [Biogen] presumes any CMS-agreed [randomized controlled trial] would unlikely return data before its postmarketing study needed to satisfy the accelerated approval requirements (~4 years), 2)[.]" |
| 1/17/22 | Wedbush Securities | What Should BIIB Do Next? Whatever Route, It's Not What Should They Buy... | "Herein, we review potential strategic options for [Biogen], as well as examining the current roster of public comments for the CMS Aduhelm NCD. Thus far, we note >100 public comments. Roughly 63% support the CED memo and restrictions on prescribing. No changes to our estimates as we remain below consensus on Aduhelm and continue to hold a cautious outlook on the current setup for [Biogen]. ... For the 30-day comment period beginning on 1/11/22, we note 115 total comments have posted as of 1/16/22. Comments range from academic investigators, caregivers/patients and physicians. We estimate approximately 63% of the comments support the proposed CED put forth by CMS in the initial NCD memo. ... Following the release of the NCD memo, [Biogen] management cited their primary near-term strategy will involve a focus on saturating comments to CMS and seeking an opportunity to plead their case. Should public sentiment appear tilted towards broadening coverage, this could help shift the final NCD towards a less restrictive model. However, while we acknowledge public sentiment is an important influence, we do think the final NCD is unlikely to be so relaxed it encourages wide adoption given the concerns and limitations CMS highlighted in the draft memo." |
| 1/18/22 | BMO Capital Markets | Policy Call: BioPharma Outlook Remains Positive With Biden No Closer to Reform | "The final decision on amyloid beta antibodies is expected on April 12. Mr [Ethan] Siegel [from The Washington Exchange] stated CMS usually does not usually change between the proposed decision memo and final memo. However, he does see significant lobbying focused on language that does not narrow the decision for all amyloid beta antibodies players." |
| 1/18/22 | H.C. Wainwright & Co. | The Catch 22 Situation for Biogen and CMS - The Path Ahead | "Given the CMS decision, we next focused on the immediate implications of the draft NCD, and the strategies that Biogen might consider in tackling the current situation: (1) the restriction language is too broad and includes drugs in development like lecanemab and donanemab ([Eli Lilly and Company]; not rated), and might be altered in the final decision; (2) the ambiguity over 'clinical meaningfulness,' and what it means for other anti-Abeta drugs, and for the field of neurodegeneration in general, needs clarification; (3) the current restrictions do not include subcutaneous anti-amyloid antibodies such as Prothena's PRX012 (PRTA; Buy) giving Prothena a competitive advantage, in our view; (4) impact on the state Medicaid program is a genuine concern, and therefore, we believe it is a Catch-22 situation for CMS, which might force CMS to alter its draft; (5) Biogen might be able to defend CMS decision by arguing every point raised by the CMS concerning efficacy especially on the importance of the surrogate biomarker and the positive phospho-tau (p-tau) data from the aducanumab study (as well as lecanemab) presented at the [Clinical Trials on Alzheimer's Disease] 2021; (6) CMS mistakenly mentions post-hoc analyses for the secondary analyses which was a pre-specified analysis. There were sensitivity analyses that were performed post hoc. Biogen might have to educate the CMS on the interpretation of those data sets; (7) educate the CMS about how [amyloid imaging related abnormality] is manageable with acceptable risk profile; (8) arguing CAR-T coverage with restriction criteria and negotiating a similar coverage for aducanumab; (9) cite support from public commentary and patient advocacy groups; (10) in case of negative CMS outcome, company clarified it might remain agile and execute further cost-cutting measures. In conclusion, we think the CMS decision further significantly impacts the market uptake of aducanumab, already struggling with the abysmal launch, in the near term." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–1/18/22

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/18/22 | J.P. Morgan | Putting a Wrap on The 2022 Healthcare Conference | "[Biogen]'s (N) presentation, which primarily focused on ongoing efforts to build Aduhelm adoption (and the broader Alzheimer's strategy), was clearly overshadowed by CMS' draft NCD issued later in the week. The draft NCD essentially crushed any hopes of the drug gaining meaningful traction anytime soon, in our view. CMS' proposed 'coverage with evidence development' (CED) restricts coverage to CMS approved randomized trials for Aduhelm (and other amyloid body antibodies that would fall under Medicare Part B and C). At the end of the day, we suspect there's currently limited evidence that will prompt CMS to meaningfully change its stance heading into in April's final NCD (though [management] thinks otherwise per comments on a subsequent call), thus restricting utilization of Aduhelm (and other amyloid antibodies). This decision appears to render accelerated approval on plaque clearance somewhat meaningless. That said, favorable Phase 3 clinical data could quickly and sharply reshape this picture. On that front, we await key Phase 3 data from [Biogen]/Eisai's lecanemab (2H22e) in addition to Roche's gantenerumab (2H22e) and Lilly's donanemab (1H23e)." |

Source: Analyst Reports; *Factiva*; *X*

**EXHIBIT 1**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Baird[1] | Aduhelm Gets Accelerated Approval; Upgrading to Neutral | "On the commercial side of things, we think there will be enormous pushback on reimbursement, given the absence of clinical benefit discussed in the label, the negative [Advisory Committee], the absence of peer-reviewed publication of the studies and the absence of support for the surrogate as a valid biomarker. We believe payers have increasingly felt the need to take on the role of gatekeeper as the FDA standards for approvability continue to slip and, with this decision, are at an all-time low. We also expect substantial public blowback on this FDA decision to further help payers argue against reimbursement." |
| Dow Jones Institutional News (Barron's)[1] | Biogen Stock Gains Before Anticipated FDA Decision -- Barrons.com | "Pricing of the drug is likely to be contentious, and doctors and insurance companies will need to be convinced." |
| Dow Jones Institutional News (Barron's)[1] | Biogen's Alzheimer's Drug Is Approved by the FDA -- Barrons.com | "Questions remain, however, on whether insurers and doctors will be willing to pay for and prescribe the drug, given questions around its efficacy." |
| Jefferies[1] | 3 Things Interesting For Launch...New Growth Story and Other Tidbits - PT $500 | "That said, launch could be impacted by[] payer pushback given [Aduhelm] was approved on a surrogate marker endpoint (not clinical endpoint) and managed care has not come out [with] any major commentary though our [Managed Care Organization] analyst believes it could impact 2021 a bit but 2022 should be priced into bids already; price is ~$39k/year (gross price) in first titration year and $56k/year maintenance ... and Amyloid screening either with lumbar puncture or [positron emission tomography] scan. There's currently no reimbursement for pre-approval scanning for Medicare Part B and CMS might have to issue a new CPT code to get that reimbursed. Of note - [Biogen] has mentioned multiple times a blood-based Abeta test from C2N diagnostics that may also help over time." Emphasis removed. |
| Jefferies[1] | Adu – Yahoo! Lots of Potential Upside Consistent w/ Our Positive Thesis; BUY | "We also do not know price yet, and this will be another source of debate along [with] payor coverage. We find it unlikely that payors will be extremely rigorous, given the high attention to the drug and widespread impact this has to so many families." |
| Mizuho[1] | $56K WAC Pricing Implies 4-6% US Peak Year Penetration. Plausible? Don't Ignore History | "Where I take greater issue here though and where I believe we need to monitor consensus (which is at ~$10Bn) is we are talking about a massive [total addressable market]. This is a lot of pressure on the payor system, and despite this being a clean label, payors can look to the actual data (i.e. the clinical benefit) to make this difficult for doctors and patients alike (e.g. prior authorization, monitoring compliance as super compliance and steady state dosing was needed in patients for the drug to potentially have its intended benefit)." |
| Oppenheimer[1] | Introducing Aduhelm | "Although the FDA does not typically weigh in on the economics of drug approvals, the cost burden of Aduhelm approval has been raised as a potential concern. The details of pricing and reimbursement would be largely left up to [Biogen] and payors[.]" |
| RBC Capital Markets[1] | BIIB: FDA Threads Needle, Approving Adu On Conditional Basis But With Broad, Favorable Label, Major Win For BIIB | "We have expected [Aduhelm] reimbursement access to be mixed[], and the nature of the accelerated approval could provide payers some cover to limit coverage." |

**EXHIBIT 1**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Reuters News[1] | EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients? | "Cigna Corp, a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease." |
| Reuters News[1] | U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients | "Still, most insurers are likely to limit their coverage of the drug to the type of patients who participated in the trial, said Steve Miller, chief clinical officer at health insurer Cigna Corp. He estimated that 85% to 90% of U.S. patients eligible for the drug are covered by Medicare. 'I would be very surprised if any payer, including Medicare, made it available for a broader population than the study population,' Miller said." |
| Stifel[1] | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/CNS (Mostly Good But Not Necessarily All Good) | "While our model is under review ahead of the [Biogen] call tomorrow morning, pricing, even with a great label, points to a more narrow market share than we expected, and probably a more contentious coverage fight with payors, but on balance we still expect [Wall] Street sales estimates for [Aduhelm] to go much higher.... [O]ur one concern here comes around the Aducanumab annual cost, and whether at $56K/year (we were at $10k) the sticker shock could further invigorate scrutiny on drug pricing. ... [W]e assume [Biogen] did lots of payor work pre-approval...." Emphasis removed. |
| SVB Leerink[1] | Key Takeaways from the Aducanumab KOL Pulse Call | "[The key opinion leader] expects payers and physicians will set their own restrictions for a subpopulation of patients and the uptake will be slow and depend on center infusion capacity and payer access ... [The key opinion leader] expects reimbursement to be difficult and this may impact the ramp.[] Regarding payer restrictions: The high cost of [Aduhelm] combined with lack of guidance surrounding patient types on the label will probably cause payers to set their own restrictions and guidelines to narrow down eligible patients, which may deter physicians from prescribing, depending on how cumbersome the restrictions are to navigate." Emphasis removed. |
| Bank of America[2] | Shifting Alzheimer's regulatory standards presenting new challenges; Call TODAY | "Several [key opinion leaders] were also concerned by the price point ($56k/yr gross), questioning what access would look like with payers now justified [in] restricting access given regulators had, in a sense, conceded there may not be clinical benefit." |
| Citi[2] | Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's space? | "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget cannot be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with $800B annual [M]edicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation." |
| Dow Jones Institutional News (Barron's)[2] | The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry -- Barrons.com | "In the hours after the [pricing] announcement … Citi Research analyst Mohit Bansal issued a similar warning early Tuesday: 'At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on Medicare budget cannot be ignored,' he wrote. 'Medicare may not have much choice but to find a way to restrict use in this situation. This could potentially spark the drug pricing debate again in the remainder of the year.'" |

**EXHIBIT 1**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions
## 6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| The Boston Globe[3] | Drug could bring record windfall | "The Centers for Medicare and Medicaid Services could step in where the FDA deferred, setting a policy that would restrict which Alzheimer's patients would be eligible for Aduhelm." |
| William Blair[3] | Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform | "Risks to our upgrade likely stem from headline risk on the cost of the therapy and the small potential of a negative Medicare national coverage determination (NCD), which we view as unlikely given the unmet medical need and patient advocacy. … It remains to be seen how Medicare plans will handle the price and bolus of patients, and we have therefore kept our penetration rates low ahead of additional details." |
| Bank of America[4] | Takeaways from Biogen's Aduhelm Call | "Critically however Biogen was more vague on the expected out-of-pocket expense for patients, which could become a barrier for many covered by Medicare. In addition, KOLs (key opinion leaders) we spoke with felt payers would use the hefty $56k/yr price tag (~$41k/yr the first year due to dose titration) to justify major restrictions." |
| Bernstein[4] | Biogen: A few useful numbers on Aduhelm's likely payer dynamics | "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions could be divergent[] – both conditions are clearly met for Aduhelm. … [F]or Aduhelm[,] CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive PET. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch." |
| Citi[4] | Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry? | "[T]he price-tag does not indicate that payers were given much consideration. Given the [total addressable market] size of ~$85B in the US alone and >80% of this being [M]edicare, it creates an existential question for the program considering total [M]edicare Part-B spending in 2019 was only ~$37B. The industry has just started breathing easy from the last drug pricing debate but we suspect the industry could get right back into it again as we expect this debate to only intensify from here. As we have seen before with PCSK9s, payers can effectively create roadblocks if they are determined. ... [O]ur healthcare services analyst … expects CMS to establish a national coverage decision (NCD) shortly…. [He] expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." Emphasis removed. |
| Cowen[4] | Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos | "While the Centers for Medicare & Medicaid Services (CMS) may soon open a National Coverage Determination (NCD) on aducanumab, we expect the end result will be coverage in line with the FDA label with perhaps some additional patient and provider requirements. ... [P]harmaceuticals are increasingly triggering the NCD process as they become more costly and complex, with CAR-T therapy and Dendreon's Provenge being a few recent examples. ... Medicare's NCD process itself is a nine-month process that can stretch to 12 months if CMS holds a Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) meeting." Emphasis removed. |

**EXHIBIT 1**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Dow Jones Institutional News (MarketWatch)[4] | Biogen Expects Its $56,000 Alzheimer's Drug To Be Covered By Medicare For 'most' Patients – MarketWatch | "Shares [of] Biogen Inc. (BIIB) pulled back 1.4% in afternoon trading Tuesday, in the wake of the company's conference call with analysts following the approval of Aduhelm by the Food and Drug Administration to treat Alzheimer's disease. The decline comes a day after the stock skyrocketed 38.3% on the approval[]. ... Chief Executive Michel Vounatsos said on the call that while wholesale acquisition cost of Aduhelm, with shipping expected to be started in two weeks, was priced at $56,000 per year for an average patient, he expects dose titration to result in an average [wholesale acquisition cost] of about $41,000 for an average patient. Vounatsos also said that since the 'vast majority' of Alzheimer's patients are at least 65 years old, he expects 'most' patients to be covered by Medicare, either through fee for service or Medicare Advantage. BofA Securities analyst Geoff Meacham upgraded Biogen to neutral from underperform, and boosted his price target by 70% to $400, but said he suspects 'Aduhelm is likely to disappoint commercially given confusion over the benefit -- and payer pushback -- and we suspect the number of treated patients could easily fall short' of consensus forecasts. Stifel Nicolaus's Paul Matteis said the 'high price is sure to draw scrutiny from payors,' particularly given Aduhelm's broad label, which could narrow use." |
| Financial Times (FT.Com)[4] | Biogen/Alzheimer's: the high cost of hope | "Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| Guggenheim[4] | BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455 | "We spoke with an expert in insurance payer dynamics, and she emphasized that PET scans to confirm or diagnose amyloid pathology are not considered the current standard of care for treating [Alzheimer's disease]. Because the label specifies that the drug activity is meant to reduce amyloid plaques, patients will likely need a confirmatory PET scan to receive a prescription, which will not be covered by Medicare (as it's not part of normal treatment). BIIB noted that patients will likely need either PET or CSF markers (requiring a spinal tap) to become a candidate for the drug, and we believe this might create a bottleneck to getting patients on drug." |
| Jefferies[4] | Spoke to Mgmt, 3 Follow-Up Thoughts – Nicely Dampening Expectations | "We are not overly concerned [with] all the noise around $56k gross pricing ($39k first year due to lower dose) and believe Medicare and payor coverage will fall into place for the core population of [mild cognitive impairment patients] etc. ... We expect some appropriate 'public' pushback from payors regarding the broad label but they will reimburse Aduhelm for patients that are similar to the Phase III study population (1-2M [mild cognitive impairment]/mild patients per BIIB). … The [company] confirmed per the FDA label, there's no language regarding mandatory amyloid testing, which isn't typically done and there's no formal reimbursed test (they are advocating to get it covered)." |
| Piper Sandler[4] | More Commercial Questions Than Answers After Aduhelm Investor Call | "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. ... [I]n fact, there is a decent body of precedent where [CMS and FDA] have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD[]. Per previous guidance, this could allow CMS to implement a CED[] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely." |

**EXHIBIT 1**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Wedbush Securities[4] | If You Build It, Will They Come? We're Still Skeptical | "[T]he $56,000 annual [wholesale acquisition cost] price is consistent with our pre-approval assumption but given the absence of a tangible, clinical benefit, we anticipate payers will become the 'gatekeepers'. ... BIIB's pricing strategy represents a challenge for the space and we foresee more headwinds to come. … Simply put, we cannot envision a launch without payer-level restrictions and await more color on how these unfold." |

Source: Analyst Reports; *Factiva*

Note:
[1] Report was issued on June 7, 2021.
[2] Report was issued on June 8, 2021, prior to 8:00 AM ET. Timing was determined based on either the timestamps (if available) or the contents of analyst reports and public press articles.
[3] Report was issued on June 8, 2021, but the timing is unknown.
[4] Report was issued on June 8, 2021, after 9:30 AM ET. Timing was determined based on either the timestamps (if available) or the contents of analyst reports and public press articles.

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/9/21 | Financial Times | Biogen/Alzheimer's: the high cost of hope | "But markets may presume too much. For starters, doctors may hesitate to prescribe the drug until further proof of its effectiveness appears. Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| 6/9/21 | Guggenheim | BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle | "While officially at the discretion of the prescribing physician, we believe (and [Biogen] commentary agrees) that both private and public payers will require the verification of amyloid pathology (via [positron emission tomography] or [cerebrospinal fluid] draw) prior to drug administration. … Medicare doesn't reimburse [positron emission tomography] scans (our checks suggest they cost ~$4-5K) for this purpose and … this will create a bottleneck to getting patients on drug unless the company can find a way to subsidize the diagnostic costs for patients. At this point, [Biogen] is not able to directly pay for [positron emission tomography].... Medicare fee for service patients … will be eligible for reimbursement right away, and Medicare Advantage patients ... have out of pocket maximums or dual coverage … with Medicaid to abate drug costs. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug." |
| 6/9/21 | Stifel | BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs | "[We spoke to a Payor Consultant,] Dr. Pezalla [, who] highlighted what to expect for commercial insurance and Medicare, the latter of which is most important. Ultimately, he anticipates [Aduhelm] to be covered for the ENGAGE/EMERGE population, though in his view, the sheer budget impact for Medicare could lead them to convene a 'MEDCAC' for a National Coverage Decision for discussion (though interestingly, [Biogen] isn't certain there will be a formal NCD) ... Dr. Pezalla believes that Medicare will likely cover the drug per trial population (early/mild [Alzheimer's disease], perhaps with a positive [positron emission tomography] requirement), though he also noted that they could hold their own version of an Advisory Committee (a 'MEDCAC' ) to discuss coverage and anything[sic] considerations related to it. But there is a pretty small chance in his mind that coverage ends up being rejected; he couldn't think of any relevant/concerning precedent here. ... Dr. Pezalla does expect out-of-pocket cost to be a factor. He estimates that ~30% of part B beneficiaries have supplemental insurance … which would limit out-of-pocket cost substantially, but for the rest, unless they are dual eligibles ... coinsurance costs could be significant (say ~$10k). ... Moreover, he sees supplemental insurance as being phased out over time, albeit slowly." Emphasis removed. |
| 6/10/21 | Associated Press Newswires | Medicare copays for new Alzheimer's drug could reach $11,500 | "Medicare has a review process known as a National Coverage Determination to evaluate new treatments that could have far-reaching implications for the program. Officials have not yet said how the program will proceed with Aduhelm. It's possible Medicare could set conditions for covering the drug, based on clinical effectiveness." |
| 6/10/21 | SVB Leerink | Aduhelm Gives Biogen Its Groove Back | "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/10/21 | The Boston Globe | What's next for the new Alzheimer's drug? Lots of thorny issues ahead | "But it's possible some restrictions will be put in place that will slow access, industry experts said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete. Theoretically, CMS could determine that Aduhelm is not medically necessary. More likely is that the agency would restrict which patients will receive the drug or require that only those willing to participate in research studies receive it.... [Thomas] Barker[, cochair of the health care practice at the Foley Hoag law firm and former general counsel for CMS,] thinks it's likely that CMS will pursue a National Coverage Determination, and the decisions that result would be copied by private insurers. ... Medicare has no limit on out-of-pocket payments, and will cover only 80 percent of the $56,000 cost, leaving patients with bills in excess of $10,000 a year, [Dr. Steven D.] Pearson[, president of the Institute for Clinical and Economic Review,] said. While many people have supplemental insurance to pick up some of those copays, that just means further inequities for those who can't afford such coverage, he said. Plus there will be copays on the [positron emission tomography] scans and MRIs, he added." |
| 6/10/21 | UBS | Like it or not, Aduhelm is going to get used - Upgrading to Buy post doc checks | "On pricing, we expect headline noise to create volatility and ultimately see coverage likely narrowed to align with the Ph[ase] 3 trial population (mild [Alzheimer's disease patients] with [positron emission tomography/cerebrospinal fluid] proven amyloid). … As we stated, we expect significant payor pushback - on this front, more restrictive coverage decisions could negatively impact uptake, as could burdensome out of pocket costs." |
| 6/11/21 | Baird | Weekly Recap - Very Ready for This Week to Be Over | "Here we note that the Medicare reimbursement process (a potential MEDCAC meeting, and dynamics surrounding a National Coverage Determination (NCD) and the potential for Coverage with Evidence Development (CED)) ... will all be key factors to watch as we look to get a grasp on what the sales trajectory will look like here for a product with patient demand that could rival the Hep[atitis] C launches." |
| 6/11/21 | Dow Jones Institutional News (Barron's) | Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/11/21 | Los Angeles Times | Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says. | "Medicare ha[d] not made a determination on covering Aduhelm…." |
| 6/11/21 | The Boston Globe | What families dealing with Alzheimer's should know about the newly approved drug | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/12/21 | Associated Press Newswires | Georgia families hope Alzheimer's drug helps loved ones | "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years." |
| 6/12/21 | Jefferies | Alzheimer's KOL: Sees Plenty of Patient Demand, Logistics Can Be Sorted Out | "Other logistics such as vendor purchasing of drug/[positron emission tomography] ligand will need to be worked out. Medicare will likely pay for [positron emission tomography]/radioligand which can cost $5000-6000 per patient (co-pay will be in the hundreds), although coverage for younger patients remains uncertain." |
| 6/13/21 | Los Angeles Times | PERSPECTIVES; Dismay over hasty OK of Alzheimer's drug | "If 1 million patients receive the treatment, the overall cost could exceed $50 billion. That might be cost-effective if Aduhelm materially improved the outcomes for patients, but the clinical evidence for that result is questionable. Medicare patients pay about 20% of the cost of their drugs, with no cap, so some of the burden of Aduhelm's price will fall on them. It's possible, even likely, that insurers and other payers will try to moderate the financial impact of the drug by excluding some categories of Alzheimer's patients from the treatment." |
| 6/14/21 | Dow Jones Institutional News (Barron's) | Door Opens Wide for Alzheimer's Treatments --- Biogen's drug wins FDA approval, and signs look good for Eli Lilly and others with drugs in development. How big can this market get? | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/14/21 | Bernstein | Biopharma Wkly (06/14/21): TRx pickup suggest strong pharma 20; Aduhelm wrap-up & LLY price update; LNP Myocarditis? | "The NCD process may weigh on the stock but less likely to slow adoption. We upgraded [Biogen] on Friday after[] observing that even if the update of Aduhelm is limited to the 'as tested' population, adoption would justify our target price; and[] eliciting DC contacts' views who believed any policy action restricting the drug's would be delayed until adoption is observed." Emphasis removed. |
| 6/14/21 | Guggenheim | June 14, BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But No Clear Who Pays and How Quickly | "Our key takeaways are: (1) ultimately, our experts agree that Medicare will cover the cost of the drug and Medicare Advantage and commercial payors will follow, (2) the simplest way for this to happen is for CMS to issue a national coverage determination, which would include their guidance on what an eligible patient is - this could take 6-9 months, (3) the key controversy remains the reimbursement for clinical testing ([positron emission tomography] scan, [cerebrospinal fluid]) to confirm amyloid pathology (not currently covered by Medicare) which will likely be necessary for reimbursement, (4) our experts are split on whether Medicare will ultimately cover the cost of the [positron emission tomography] scan or [cerebrospinal fluid] testing and whether (and how) [Biogen] could pay for it to ensure patients can get on drug (payers pay to diagnostic tests in cancer, so should also pay for [Alzheimer's disease]). ... However, our conversations with multiple experts have had made it clear that pressure will be put on Medicare Advantage to eventually cover Adu[helm] (most [P]art B drugs like Adu[helm] are reimbursed through Medicare Advantage)." Emphasis removed. |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/14/21 | The Boston Globe | New Alzheimer's drug presents challenge to families | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |
| 6/14/21 | UBS | DC Perspective on Aduhelm Approval | "Thornhill anticipates a range of possibilities from an NCD (Thornhill characterized as likely and already garnering support) to a potential 'demo project' that would include future Alzheimer's new drug approvals. Thornhill did not rule out the potential for CMS to solicit Congressional involvement given the limitations within the current Part B program to regulate pricing. A formal NCD process (which could take up to a year) would put more 'burden of proof' on Aduhelm proving improvement in health outcomes (survival, disease progression, quality of life) over and above what was evaluated in the FDA decision making process. Even within an NCD however, Thornhill acknowledged the process could be open-ended with potential for accompanying registries (as was the draft for CAR-T) and/or approval only within a very specific criteria." |
| 6/15/21 | Baird | Don't Go Chasing WATERFALLS | "Wait and see for Aduhelm uptake. Although we are still skeptical surrounding the data which was used to justify the Aduhelm accelerated approval, the commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inibitors are unlikely to provide clinical benefit to [Alzheimer's disease] patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." Emphasis removed. |
| 6/16/21 | Jefferies | Tau Alzheimer's Not Relevant For Now, Adu Launch Started Already Today... | "This result may have some negative inevitable headlines but obviously this doesn't change the Bull thesis around a focus on what is most important: developments for Aduhelm specifically on[] reimbursement clarity, and[] steady progress on launch. We note media reported at least one patient was treated in the commercial setting today [with] Aduhelm (though [Biogen] had said commercial drug would start shipping in a couple of weeks so this seems quick...) and expectations are for Medicare to reimburse while an NCD review is likely to be requested and progress over the next 9 months. ... Upcoming Aduhelm dynamics to be aware of: (1) EU [Committee for Medicinal Products for Human Use] decision could be coming in coming months, (2) expect a Medicare NCD review to be opened which could take 9 months (small risk of MEDCAC panel called), (3) progress on commercial launch [with] steady rise in patients getting on drug and quarterly sales results." |
| 6/16/21 | Reuters News | First patient receives controversial Biogen Alzheimer's drug | "Cigna Corp Chief Clinical Officer Steve Miller said he expects Cigna, as well as other health insurers and Medicare, will only agree to cover the drug for patients with early Alzheimer's. ... In addition to [Aduhelm] costs, patients must have tests to diagnose Alzheimer's such as a brain scan, which is not covered by Medicare, or tests using spinal fluid." |
| 6/17/21 | Bank of America | Prescriber survey: payers to fill Aduhelm treatment gaps, dictatingopportunity | "…[P]ayer restrictions and out of pocket (OOP) expenses (averaging about $9-11k/ year) will be the biggest barriers to treatment.…" |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/17/21 | Citi | Expert call points to tough road for Aducanumab until an NCD | “We hosted a CMS expert[] this AM and the most interesting point he made was that Aducanumab may not get reimbursed in a big way by Medicare until there is an NCD (national coverage determination), which could potentially take 9-12 months. This is critical as Medicare makes up for ~85%+ Alzheimer’s patient population. This is because prior to NCDs, the local MACs (Medicare administrative contractor) have to take a local coverage determination (LCD) and they may decide to not cover it given[] it is a big decision for a local determination with no prior precedence[ and] the benefit of the drug is controversial. The expert thinks the chances of an NCD rejecting this drug outright are very slim but the process to get there could take time. … The expert thinks an NCD is highly likely given the costs involved and the controversial data. … [He] thinks that chances of a blanket approval or blanket denial both are slim. However, he does expect CMS to narrow the eligible patient population via some level of prior auth[orization] requirement.” |
| 6/18/21 | Citi | Replay and Transcript for Our Aducanumab Medicare Call | “Given again the scope and the complexities and the controversies around the FDA approval, I[, Michael Adelberg, payer key opinion leader,] think that this will likely take longer than NCD decisions usually take. ... In general, historically CMS tends to follow the lead of the FDA. It’s uncommon when that doesn’t happen. So the fact that the FDA has approved in my mind makes it unlikely [that CMS would not cover Aduhelm]. ... In my mind, it’s unlikely that CMS would outright deny approval. I do think that there is a scenario there, could they potentially punt? Maybe[.]” |
| 6/18/21 | The Washington Post | Furor grows over FDA’s approval of Alzheimer’s drug | “Much of the [Aduhelm approval] debate centers on the FDA’s surprise decision to approve a broad label for the treatment, which theoretically means any of the more than 6 million people with Alzheimer’s could receive it. As a practical matter, doctors and insurers will be left to decide whether to restrict the drug to the population studied in the clinical trials - people with mild cognitive impairment and early dementia, both caused by Alzheimer’s. That’s a job many physicians and insurers are unhappy to be stuck with, saying more FDA guidance is needed. ... Cigna and many academic medical centers have signaled they are likely to limit the drug to early-stage patients. ... CMS Administrator Chiquita Brooks-LaSure declined to tell reporters recently how the agency will handle the drug. Some health experts are calling for Medicare to develop a national coverage determination - a process that could take months or longer - that would limit coverage to early-stage patients. Such a decision also could avoid a patchwork of policies from local Medicare contractors. Another complication is that the [positron emission tomography] scans used to detect amyloid clumps - critical to diagnosing Alzheimer’s - can cost thousands of dollars and are not covered by Medicare. Nor are the multiple follow-up scans needed to check for tiny brain bleeds sometimes caused by the drug.” |
| 6/18/21 | UBS | Dr. Col’s weekly dose - The week ahead, what we’re hearing and what happened this week | “The key issue dominating our investor conversations is that of reimbursement. There seems to be little agreement on what reimbursement will look like ahead of a potential national coverage decision and whether it is possible for the [Medicare Administrative Contractors] to flatly deny coverage ahead of this outcome. Our initial diligence suggests flat out denial is unlikely though measures to restrict the eligible population (limiting eligibility to the population in which [Aduhelm] was studied, excluding prior stroke [patients] those on anticoagulants - also exclusion criteria in EMERGE/ENGAGE) and pushback on price should be expected.” |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | "Aduhelm may go under an NCD review (takes 9 [months]) which no other drugs ever really did but we expect an NCD to cover [patients] who reflect the Phase III [trials]." |
| 6/21/21 | Bernstein | Biopharma Wkly (06/21/21): A Delta C19 wave coming; CMS history & Adu coverage jitters; Jazz resets but thesis still there | "What's notable here [is] that virtually all [LCDs] actually expand coverage beyond the labeled indications. A few provide codification of the documentation process for demonstration of medical necessity, but none limit coverage for drugs beyond the label. It is fair to point that Aduhelm is unique in its size and we do believe that eventually a decision would limit Aducanumab to its trial population, but it is exceedingly hard to see them doing more than that. ... It seems Medicare contractors legally can restrict access ahead of LCD decision, but it seems unreasonabl[e] that they will do that here." Emphasis removed. |
| 6/21/21 | The Boston Globe | Despite flap over Alzheimer's drug, activist remains optimistic | "[The CEO of the Alzheimer's Association], like the company's executives, said that Aduhelm should be prescribed for patients like those who were in the trials: people in the early stages of the disease with amyloid protein plaques. ... It's expected that payers will set policies to limit coverage to those people, as well." |
| 6/22/21 | RBC Capital Markets | MEDCAC Member Suggests NT Adu Access Is Likely, Though Commercial Story Still Far From Written | "Perhaps unsurprisingly, we think that a relatively broad NCD, perhaps just with requirements such as [positron emission tomography] amyloid screening, is likely. We think investors widely anticipate that an NCD will be issued for Aduhelm, simplifying and standardizing Medicare reimbursement policies nationally across [Medicare Administrative Contractors]. … Though it may be difficult to see coverage tied to enrollment in an approved clinical trial (e.g. why would an [Alzheimer's disease] patient risk getting placebo?), we could see some flexibility for creativity in delineating criteria for assessing the 'appropriateness' of Aduhelm in individual patients, perhaps most easily imagined with EMERGE/ENGAGE inclusion criteria." |
| 6/22/21 | The Boston Globe | Confusion on Alzheimer's drug has MDs scrambling | "Medicare may deliver more actionable information than the FDA when it decides how to cover not just the drug but [positron emission tomography] scans as well. 'We will need to see if Medicare and other insurers will limit access to this medication or at least reimbursement for these medications in terms of dementia stage,' Tan [a neurologist and medical director of the Center for Alzheimer's and Memory Disorders at Cedars-Sinai in Los Angeles] said." |
| 6/22/21 | The Wall Street Journal | The Attack on an Alzheimer's Drug | "Public-health and media critics failed to stop federal approval of Aduhelm, Biogen's new drug for Alzheimer's. So now they're mounting an assault on the drug's cost to stop Medicare from paying for it. Their sudden and rare concern for the federal fisc is illuminating, and not in a good way. 'It's unconscionable to ask seniors and taxpayers to pay $56,000 a year for a drug that has yet to be proven effective,' Oregon [Senator] Ron Wyden tweeted after the Food and Drug Administration approved Aduhelm this month. 'Medicare must be able to negotiate a fair price for prescription drugs.' He means impose price controls, while others want Medicare to restrict coverage of the drug." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/23/21 | RBC Capital Markets | BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical | "Significant emphasis on working with CMS we believe could further support the potential of an NCD with 'Coverage with Evidence Development' (CED) as we have discussed previously, though how this would be operationalized remains unclear[.]" |
| 6/23/21 | USA Today | More questions than answers | "CMS and private health insurers could limit eligibility for testing to those most likely to benefit. ...In 2013, CMS chose not to pay for the Alzheimer's diagnostic scans called positron emission tomography, or [positron emission tomography (PET)]. The test involves injecting a tracer chemical into the bloodstream so a scan can reveal amyloid plaques in the brains of Alzheimer's patients, a hallmark of the disease. ... It's unclear whether the agency will reverse course and pay for these tests, which cost several thousand dollars, now that an amyloid-clearing drug is available. A cheaper though less frequently used test involves a spinal tap to measure cerebrospinal fluid for amyloid beta or tau, another protein that forms tangles in the brains of Alzheimer's patients. ... It is critical to narrow eligibility because the U.S. does not have enough neurologists or geriatricians to screen patients and imaging centers with the expertise to conduct PET scans for all suspected Alzheimer's patients, said Dr. Steve Miller, Cigna's chief clinical officer. ... Miller said the narrow criteria will allow doctors and insurers to more quickly identify those who are likely to benefit from Aduhelm. ... Companies that make the chemicals used in PET scans are waiting to hear more about whether their tests will be covered by Medicare and private insurers. So far, the chemical tracers mainly have been used in clinical trials studying anti-amyloid drugs." |
| 6/24/21 | Jefferies | LLY Filing: Should Grow the Whole Market, Docs Likely to Prescribe the Drugs | "Thus, we believe the market is large ([Biogen] cites 1M+ mild [Alzheimer's disease] patients) and reimbursement access should play out favorably through Medicare [fee-for-service] and Medicare Advantage over the next 6-12 months. CMS should complete a 9-month NCD review in 2022." |
| 6/24/21 | The Boston Globe | Insurer to Biogen: Cut cost of new drug | "If Biogen doesn't lower the price, Sherman said, Point32Health may not cover the drug for 1.1 million customers, most of whom get their insurance through their employers and make up about half of its membership. Or, he said, the insurer will impose restrictions, such as requiring periodic brain-imaging tests to prove patients are benefitting from the drug. The insurer has made no coverage decisions yet. ... Point32Health is the first health insurer in Massachusetts that has publicly objected to the price of Aduhelm and could be a bellwether for the industry. ... One of the biggest concerns is the cost of Aduhelm to Medicare. … The vast majority of people with Alzheimer's are 65 and older and thus covered by the federal Medicare program. With FDA approval, the drug is automatically covered under Part B. But it's possible some restrictions will be put in place that will slow access to Medicare beneficiaries, industry experts have said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/24/21 | The New York Times | New Alzheimer's Drug Has a Price Tag to Match The Budget of NASA | "Medicare, which covers 61 million Americans 65 and over, does have some tools to contain costs. It could decide to cover the drug in a way that is more limited than the F.D.A. approval, a break from its normal practice. ... Or it could do something even more unusual: An unexpected alliance of advocates has suggested that Medicare put the drug into a randomized experiment to evaluate how well it works -- paying to cover the drug in some parts of the country, but not others. Such policy experiments were authorized under the Affordable Care Act, but one has never been used to limit coverage of a drug in this way." |
| 6/24/21 | X Interview with Secretary of HHS Javier Becerra (HHS.gov) | Building a Healthier America - Secretary Becerra's First 100 Days | "We're going to be making some pretty heady decisions about how [Aduhelm is] treated, if it will be reimbursed, how much, and so forth." |
| 6/25/21 | Citi | Mohit's Biobits - Decoding Aduhelm Debate, VRTX Thoughts and Good News From BMRN | "We spoke with another expert … after our negative public expert call last week. This recent call was more measured indicating that [Medicare Administrative Contractor]s will likely approve Ad[u]canumab in the interim prior to a[n] NCD. However, this expert does not anticipate a blanket local approval either and believes it would be on case by case basis. The expert thinks a[n] NCD is highly likely for Aduhelm given controversy surrounding it but given the complexities involved it would take time." |
| 6/25/21 | Guggenheim | BIIB - We Briefly Caught Up With Mgmt; Adu's Life Cycle Mgmt Is In The Works, A SubQ Formulation Is In The Clinic; New Patients Are Starting On Adu | "... [D]espite what our payer expert communicated to us[], [Biogen] is confident that regional fee for service Medicare contractors (MACs), which cover ~65% of all Medicare patients, are obligated to cover the drug now that it's been approved. ... [E]ven before local or national coverage determinations are made, regional MACs will be processing claims, but [Biogen] expects this process to be gradual at first and is tempering expectations." |
| 6/25/21 | UBS | Aduhelm infusion center expert call takeaways | "... [E]stablishing reimbursement pathways prior to an NCD (national coverage determination) remains the primary unknown factor in the provision of Aduhelm, and[] patient affordability is another consideration as Medicare patients are exposed to 20% out-of-pocket costs ... Reimbursement remains a question (but not a great concern). Our expert noted the undefined reimbursement structure is the primary consideration for providers right now. ... From the patient perspective chronic Aduhelm treatment could create a significant cost burden for the Medicare patient who does not have supplemental/Medigap/secondary coverage ([i.e.] solely responsible for the 20% co-pay)." Emphasis removed. |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/25/21 | UBS | Takeaways From Aduhelm Reimbursement Expert Call | "[Independent consultant Dr. Ebert's] high level expectations include: (1) private payor[s] stalling coverage decisions especially among Medicare Advantage (MA) ahead of what CMS will decide, (2) accelerated timelines for payor[s] P&T decision making vs. the average 3-6 month review process, (3) rigorous coverage criteria may lead to only 10-20% of addressable patients seeking reimbursement but only 1-2% approved in the near-term, (4) significant public pressure to reduce cost of Aduhelm therapy, and (5) ultimately, the NCD will narrow the eligibility to reflect the Phase 3 trial population ([mild cognitive impairment]/mild [patients], proof of amyloid, no history of stroke or concomitant anticoagulants)…. [He] fully anticipates a national coverage (NCD) process with a high likelihood for expedited timing.... His expectation is Medicare will establish rigorous coverage criteria to avoid the inevitable 'scope creep.'" |
| 6/28/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Is Sliding. House Committees Will Investigate Its $56K Alzheimer's Drug. -- Barrons.com | "More material could be upcoming decisions by the Center for Medicare and Medicaid Services, which manages the Medicare program. CMS has some options that could limit access to Aduhelm, though [Truist analyst Robyn] Karnauskas wrote that she expects the decisions 'to be positive for [Biogen].'" |
| 6/28/21 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Wall Street analysts estimate [Aduhelm] could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. ... Medicare normally pays unconditionally for approved medicines. To limit the financial hit from Aduhelm, however, Medicare could restrict access, former U.S. health officials and health-policy experts said. ... 'Medicare can't afford to treat this as business as usual,' said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. ... Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach, [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center] who supports taking action. ... CMS has rarely made such a move for a drug before, though it has for other medical products." |
| 6/28/21 | Dow Jones Institutional News (The Wall Street Journal) | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Biogen set the price of [Aduhelm] at about $56,000 a year, which alarmed many doctors and patients. Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." |
| 6/28/21 | Evercore ISI | HHS advisory council mtg on adu - Jul 19 | "Among many headlines on Biogen's aducanumab of late, here's another one: my colleague Mike Newshel is flagging that HHS has scheduled advisory council mtg on aducanumab. ... However, let me be super clear: this is NOT a MEDCAC meeting (that's going to be the [very] imp[ortan]t one). CMS makes coverage decisions (including National Coverage Decision aka NCD etc.) via a detailed technology assessment including a MEDCAC consultation (Medicare evidence development & coverage adcom)." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/28/21 | Goldman Sachs | Aduhelm approval could have broad ranging implications across healthcare | "Aduhelm is also unique given it [] will be used in a population in the US that is predominantly Medicare (80%, much higher than most cancer drugs) … Given that Aduhelm will be used in a patient population that is covered predominantly by Medicare (~80%) the next updates that will inform the outlook for the drug will be CMS'[s] guidance/decisions on reimbursement." |
| 6/28/21 | Jefferies | HHS Meeting Will Discuss Aduhelm; These Councils Likely Want It Supported | "An HHS Advisory Council meeting will discuss Aduhelm on July 19 (as part of its quarterly council meetings). Based on our reads, the council is reasonably pro-Alzheimer's and likely to lobby for efforts and plans to increase care and support for [Alzheimer's disease patients] and families and providers. We certainly think they will want to get Aduhelm reimbursed (for the relevant milder [patients]). We maintain our thesis that CMS will eventually have coverage for Aduhelm in due course. ... Thus, it seems logical the council will lobby to ensure CMS coverage and help find solutions for Alzheimer's patients (it's a government agency aimed to help Alzheimer's research and care)." |
| 6/28/21 | RBC Capital Markets | Model Tweaks As Input On Aduhelm and WATERFALL Continues To Shape Views | "[Key Opinion Leader] consult suggesting a 'wild west' for Aduhelm's early launch, consult with a MEDCAC member suggesting an atypical NCD review, FDA review docs revealing the Agency's inner thinking on Aduhelm's ultimate accelerated approval, [Biogen]/Eisai PR walking back costs and market size while also laying the groundwork for greater CMS/payer engagement...." |
| 6/28/21 | The Boston Globe | The wrong way to tackle the scourge of Alzheimer's disease | "The FDA's decision could come at a steep cost to taxpayers. Biogen announced the price of its new drug at a whopping $56,000 a year. If Medicare covers it for the more than million patients who would be eligible to take it, the government program's budget for the drug could exceed the entire budget of [National Aeronautics and Space Administration]. All for a drug not proven to help patients with dementia." |
| 6/29/21 | The Boston Globe | Biogen, the FDA, and a secret meeting | "Members of Congress pounced on Biogen for [Aduhelm]'s $56,000-a-year price, warning that it could bankrupt the Medicare program that administers injected drugs. Two House committees have scheduled investigational hearings, seeking answers from FDA officials about how a drug so disputed came to win approval." |
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Cost Imperils Access To Alzheimer's Drug | "The recent approval of a high-price Alzheimer's drug raises the prospect that the federal Medicare system could threaten to sharply curtail which patients will qualify for a medicine that has limited clinical benefit but is likely to cost billions of dollars in coming years. Biogen Inc. priced the drug Aduhelm at $56,000 a year. Wall Street analysts estimate it could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. ... 'Medicare can't afford to treat this as business as usual,' said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. ... The Centers for Medicare and Medicaid Services, the agency overseeing Medicare, is reviewing Aduhelm's approval and will have more information soon about its coverage, a spokesman said. ... Paying for the treatment will largely fall on Medicare, which provides health insurance to people 65 years and older and covers most of the six million Americans with Alzheimer's. ... Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center], who supports taking action." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Health & Wellness -- Your Health: A Guide to the New Alzheimer's Drug | "Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." |
| 6/29/21 | Truist Securities | KOL color on Aduhelm payer agreements; it'll be covered but may take 6 mos for investors to believe | "While we expect NDC decision shortly for CMS coverage of Aduhelm, we spoke with [a key opinion leader] … to understand Aduhelm coverage & reimbursement. However, between [government] headlines, reimbursement uptake and speed, how competition could shift the market, it could take ~6 [months] for investors to get more comfortable with how to model Aduhelm." |
| 6/30/21 | Dow Jones Institutional News (The Wall Street Journal) | Heard on the Street: Biogen's Alzheimer's Drug Still Likely Hit -- WSJ | "Medicare administrators may limit access to certain patients in earlier stages of the disease, but Biogen, and eventually competitors like Lilly, won't have much trouble finding takers." |
| 6/30/21 | The Boston Globe | Watchdog group stands behind its negative review of Biogen's now-approved Alzheimer's drug | "Analysts have predicted that Medicare and its enrollees, who pay a share of their prescription drug costs, will spend from $5.8 billion to $29 billion on [Aduhelm] annually, which could be more than what the federal government spends on some entire agencies. Critics say Medicare won't be able to afford the medicine." |
| 6/30/21 | Truist Securities | HHS's Advisory Council on Alzheimer's meeting on Aduhelm coming up | "From the pipeline catalysts and potential Aduhelm approval in EU/Japan, each of these are risky events including the CMS national coverage determination and yet, it could take some time for investors to get comfortable with all these steps needed for a patient to get on drug. Once they do, we think people could start assigning more value." |
| 7/1/21 | Baird | Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics | "Although CMS is not legally obligated to utilize [the NCD] process, given the high degree of public interest and controversy from outside the typical Medicare ecosystem (such as professional physicians societies), [the key opinion leader] views it as very likely that the NCD process will take place to determine Medicare's coverage status of Aduhelm. ... As such, we think that under the seemingly more probable scenario that a MEDCAC occurs, a highly critical review would also be more likely, potentially creating an environment where labeling restrictions occur." |
| 7/2/21 | UBS | Takeaways from Neurologist with infusion suite call | "Additionally, [a private practice neurologist in the New York City region who owns a clinic with an attached infusion suite] mentioned payers will likely not reimburse amyloid testing, via [positron emission tomography] or [cerebrospinal fluid]/lumbar puncture. ... Given the reimbursement infrastructure has yet to be established and to get comfortable with the management of potential toxicities, he will initially dose only a small portion of his patients with Adu[helm] ..." |
| 7/2/21 | William Blair | Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDAApproval Docs Mixed | "We see continued CMS coverage debate as Medicare Administrative Contractors (MACs) attempt to set their own coverage decisions ahead of a National Coverage Determination (NCD), which we expect will be requested by Medicare Advantage providers in the near term." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/6/21 | Bernstein | Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HCa priority; mid-year price increases; VTRS-Teva trial | "[C]overage with 'continued evidence development' (CED) would not be bad. Such policy was suggested for Aduhelm by Tafts group of former CMS/FDA folks in Health Affairs []. The idea is that CMS will establish (with Biogen) a real-life registry for Adu[helm], to demonstrate its efficacy and based on this real-world data will select the right patient group long term. BERN: Although it was billed in some circles as a negative, we think it would be a pretty ideal study for Aducanumab. Biogen needs this data anyway to compete with the other Aβ compounds and to complete the FDA follow-on requirements." Emphasis removed. |
| 7/6/21 | SVB Leerink | Key Takeaways from the SVB Leerink CNS Forum | "Aduhelm could potentially impact healthcare costs for both payers and patients ... [Alzheimer's disease] now only accounts for a small fraction of Medicare cost, but Aduhelm may introduce a significant burden to the system ... Payers may apply barriers to access to restrict Aduhelm use in a subset of [Alzheimer's disease.]" |
| 7/6/21 | UBS | Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript | "Medicare leads the way, and I[, Dr. Roni Sharon, private practice neurologist] think the insurance companies, all of them are going to follow the lead of Medicare. And judging from what the FDA did with this expanded label, I think they're going to cover it. I think they're going to cover the cost— not [positron emission tomography]—but I assume they're going to cover all MRI imaging and follow-up and monitoring and things like that. ... What we're trying to do and also figure out is how much exposure the insurance companies are going to have to cover the imaging, the punctures, the monitoring, the infusion itself, all of these things that you're talking about. How do you expect reimbursement to work from—where do you think the sources will be? I mean most of this population is Medicare. There's also Medicare Advantage plans that will be covering some of this, but there's also likely to be a carve-out there." |
| 7/8/21 | Associated Press Newswires | FDA trims use of contentious Alzheimer's drug amid backlash | "Because of its price and broad approval some analysts have worried that Aduhelm could add tens of billions in new expenses to the U.S. health care system, particularly the federal government's Medicare program. Alzheimer's affects about 6 million Americans, the vast majority old enough to qualify for Medicare." |
| 7/8/21 | Baird | Aduhelm Label Update Just Another Reflection of Regulatory Absence | "Biogen announced that FDA approved an updated label for Aduhelm. Notably, the first addition, 'Treatment with ADUHELM should be initiated in patients with mild cognitive impairment or mild dementia stage of disease, the population in which treatment was initiated in clinical trials,' is the key part of the update. Although this offers the appearance of a restriction, we don't think it actually matters. Physicians who abide by evidence-based medicine would likely restrict patients even without this update. Those chasing [average sales price]+6 are likely to prescribe outside of the criteria, even with the updated language. We think any future decision at CMS would likely take into account trial design anyway, and not rely on an FDA label." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/8/21 | Dow Jones Institutional News (The Wall Street Journal) | FDA Narrows Suggested Uses for New Alzheimer's Drug | "U.S. health regulators narrowed the prescribing instructions for the first new Alzheimer's drug in nearly two decades, recommending the therapy be given to people with early-stage symptoms of the disease. The change recommends use of the drug, Aduhelm from Biogen Inc., be brought in line with the patients it was studied in. ... It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it. Biogen disclosed the label change Thursday. ... Some doctors and health economists criticized the broad approval, warning it could drive up wasteful Medicare spending by prompting sicker patients to take the medicine despite unlikely benefit." |
| 7/8/21 | Dow Jones Institutional News (The Wall Street Journal) | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Doctors and patients are waiting to see if the [CMS], the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." Emphasis removed. |
| 7/8/21 | Investor's Business Daily | Biogen Stock Pops Despite New FDA Limits On Alzheimer's Drug Use | "An estimated 6 million Americans have Alzheimer's disease. Many of them are 65 or older, and are covered by the Centers for Medicare and Medicaid Services. At a wholesale acquisition cost of $56,000 for a year of maintenance treatment, critics say Aduhelm could break the health care system. ... Biogen says it later submitted an update to the FDA-issued label to 'clarify the patient population' that was studied in three tests supporting the approval. ... That narrows its usage to 1 million to 2 million people. Even if just 1 million Medicare beneficiaries receive Aduhelm, spending on the drug would exceed $57 billion in a single year, the Kaiser Family Foundation said recently. That would top all spending on Part B drugs combined. ... Further, reimbursement decisions by insurers will weigh on Aduhelm use. " |
| 7/8/21 | UBS | Aduhelm label update: narrowed to MCI/Mild AD - the population we/street model into | "We continue to expect Medicare to initiate a national coverage decision (NCD) process which, the outcome (likely in next 3-6 months) of which we expect coverage to be restricted to the [mild cognitive impairment]/mild [Alzheimer's disease] population - now aligned with the label. Additionally we expect payors to require proof of amyloid (still not in label), either via [positron emission tomography (PET)] scan or [cerebrospinal fluid]." |
| 7/8/21 | William Blair | Updated Aduhelm Label Clarifies Use in MCI or Mild Patients; Reimbursement Still the Major Pushback on Initial Launch | "The bigger question for investors in the near term is how payers, and ultimately Medicare, will set treatment guidelines, and if the latest label update will allow them to prevent more widespread use []. Given our low assumptions at this point for penetration into the market opportunity, this update does not change our revenue estimates for Aduhelm at this point. Anecdotal feedback from treating physicians and news stories in the first weeks after approval suggest the initial rollout of Aduhelm is going to be difficult ahead of at least local Medicare coverage decisions, as physicians worry on obtaining reimbursement for both amyloid testing (either [cerebrospinal fluid] or [positron emission tomography] scan) and drug costs." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions
## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/9/21 | Bank of America | FDA head calls for Aduhelm investigation, as pushback continues to grow | "Altogether, these developments suggest to us the agency was likely finding it increasingly difficult to ignore the widespread, vocal, and still ongoing criticism of its decision, which could prompt further concessions by both regulators and the company. Among other major consequences, we could see delays from payers on coverage decisions, including CMS, as they wait for the dust to settle, with potentially greater rationale for restrictive management in the event [Office of Inspector General] finds the agency exceeded its bounds. Similarly, [outside the U.S.] regulators could become even more unwilling to follow FDA's lead given the extent of the controversy. " |
| 7/9/21 | Dow Jones Institutional News (The Wall Street Journal) | FDA Narrows Use Of Alzheimer's Drug -- WSJ | "It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it. ... The label update could be a positive for Biogen by smoothing the way for Medicare to restrict access to patients matching those in Aduhelm's clinical trials, reducing concerns about too broad of a patient population starting treatment, Morgan Stanley analysts said in a note to clients." |
| 7/9/21 | Financial Times (FT.Com) | FDA calls for probe of staff involved in divisive Alzheimer's approval | "[Aduhelm's] steep $56,000-a-year cost has raised questions about its impact on Medicare, the government-funded healthcare programme for seniors that will end up shouldering much of the cost." |
| 7/9/21 | Investor's Business Daily | Biogen Stock Drags On Alzheimer's Players As FDA Requests Review Of Aduhelm Approval | "Further, Biogen is planning to charge $56,000 for a year of maintenance treatment. That cost is well above expectations and could hurt the health care system." |
| 7/9/21 | The Boston Globe | Criticized, FDA curbs Biogen drug's use | "A recent analysis by the news site STAT found that if all 5.8 million Medicare-eligible adults with Alzheimer's took the drug — with a price tag of $56,000 a year for the average patient — it would cost the government $334.5 billion, or nearly half the budget of the entire Department of Defense." |
| 7/9/21 | The San Francisco Chronicle | FDA limits new drug for Alzheimer's | "Medicare and private insurers may use the new label to restrict coverage of the drug, called Aduhelm. That could alleviate the drug's financial burden, particularly on Medicare, which is expected to shoulder the bulk of costs of the treatment, a monthly intravenous infusion." |
| 7/9/21 | The Washington Post | FDA narrows use of Alzheimer's drug to patients with early-stage disease | "The narrower label means the drug might be offered to 1 million or 2 million Alzheimer's patients, rather than the more than 6 million people with Alzheimer's in the United States, Michael Yee, a biotech analyst for the financial services company Jefferies, said in a note to investors. ... Yee said the original label led to 'negative attention and confusion on who is best suited to get the drug' and raised questions about whether Medicare and private insurers would reimburse for the medication, which has a list price of $56,000 a patient per year." |
| 7/10/21 | The Washington Post | Approval of Alzheimer's drug may get IG scrutiny | "The steep price for the drug, which is administered intravenously once a month, has sparked fears that it could jeopardize the financial health of Medicare." |

**EXHIBIT 2**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions
## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/12/21 | Dow Jones Institutional News (Barron's) | FDA Faces Scrutiny Over Drug Approvals --- The green light for Biogen's drug to treat Alzheimer's disease has sparked fierce criticism of the agency. Why it matters to investors | "'In the old days …FDA approval meant the best scientists, the most serious and most concerned about public health, have required the right studies and evaluated them, and it passes muster,' [Dr. Peter Bach, the director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center] says. That meant insurers followed the FDA's lead. 'FDA approval rarely was followed by noncoverage.' ... That has changed for many reasons, including higher prices and a more complicated payer system. In part, though, Bach says it also has to do with the perception of the FDA. He says that now, insurers see approval as the first of several steps. When eteplirsen was approved, insurers balked, and many sought to deny coverage. There is speculation now about whether Medicare will try to do the same with Aduhelm. ... For investors, that means that approval is no longer an automatic ticket to expected sales. 'There's uncertainty there,' Bach says." |
| 7/12/21 | Reuters News | New Alzheimer's drug clouds outlook for Medicare premiums next year | "Predicting actual costs [of Aduhelm to Medicare] is speculative at this point due to uncertainty about the number of patients Medicare decides should have access to Aduhelm. … Medicare typically covers FDA-approved drugs, but it can conduct its own reviews in order to decide which types of patients should be covered. In the case of Aduhelm, Medicare could limit use to patients in the early stages of Alzheimer's. ...Out-of-pocket costs also would be an issue for enrollees in Medicare Advantage, the privately offered managed care alternative to the traditional program. Most Advantage enrollees are in plans that charge 20% coinsurance for Part B drugs provided in-network, mirroring the traditional program, according to Kaiser - the co-insurance rates can be much higher out of network." |

Source: Analyst Reports; *Factiva*; *X*

EXHIBIT 3A

# The June 28, 2021 Wall Street Journal Article Repeated Commentary That Was Already in the Public Domain

## Medicare Could Restrict Access

***Wall Street Journal Article:***

| Date | Source | Headline | Disclosure |
|---|---|---|---|
| 6/28/21 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Medicare normally pays unconditionally for approved medicines. To limit the financial hit from Aduhelm, however, Medicare could restrict access." |

***Previous Analyst Report and Public Press Commentary:***

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Reuters News | EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients? | "Cigna Corp, a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease." |
| 6/7/21 | Reuters News | U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients | "Still, most insurers are likely to limit their coverage of the drug to the type of patients who participated in the trial, said Steve Miller, chief clinical officer at health insurer Cigna Corp. He estimated that 85% to 90% of U.S. patients eligible for the drug are covered by Medicare. 'I would be very surprised if any payer, including Medicare, made it available for a broader population than the study population,' Miller said." |
| 6/8/21 | Citi | Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's space? | "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget cannot be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with $800B annual [M]edicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation." |
| 6/8/21 | The Boston Globe | Drug could bring record windfall | "The Centers for Medicare and Medicaid Services could step in where the FDA deferred, setting a policy that would restrict which Alzheimer's patients would be eligible for Aduhelm." |
| 6/10/21 | SVB Leerink | Aduhelm Gives Biogen Its Groove Back | "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement." |
| 6/12/21 | Associated Press Newswires | Georgia families hope Alzheimer's drug helps loved ones | "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years." |
| 6/23/21 | USA Today | More questions than answers | "CMS and private health insurers could limit eligibility for testing to those most likely to benefit. ...In 2013, CMS chose not to pay for the Alzheimer's diagnostic scans called positron emission tomography, or [positron emission tomography (PET)]. The test involves injecting a tracer chemical into the bloodstream so a scan can reveal amyloid plaques in the brains of Alzheimer's patients, a hallmark of the disease. ... It's unclear whether the agency will reverse course and pay for these tests, which cost several thousand dollars, now that an amyloid-clearing drug is available. A cheaper though less frequently used test involves a spinal tap to measure cerebrospinal fluid for amyloid beta or tau, another protein that forms tangles in the brains of Alzheimer's patients. ... It is critical to narrow eligibility because the U.S. does not have enough neurologists or geriatricians to screen patients and imaging centers with the expertise to conduct PET scans for all suspected Alzheimer's patients, said Dr. Steve Miller, Cigna's chief clinical officer. ... Miller said the narrow criteria will allow doctors and insurers to more quickly identify those who are likely to benefit from Aduhelm. ... Companies that make the chemicals used in PET scans are waiting to hear more about whether their tests will be covered by Medicare and private insurers. So far, the chemical tracers mainly have been used in clinical trials studying anti-amyloid drugs." |

**EXHIBIT 3A**

# The June 28, 2021 Wall Street Journal Article Repeated Commentary That Was Already in the Public Domain

## Medicare Could Restrict Access

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/24/21 | *X* Interview with Secretary of HHS Javier Becerra (HHS.gov) | Building a Healthier America - Secretary Becerra's First 100 Days | "We're going to be making some pretty heady decisions about how [Aduhelm is] treated, if it will be reimbursed, how much, and so forth." |

Source: Analyst Reports; *Factiva*; *X*

**EXHIBIT 3B**

# The June 28, 2021 Wall Street Journal Article Repeated Commentary That Was Already in the Public Domain

## CMS Could Initiate an NCD Analysis

***Wall Street Journal Article:***

| Date | Source | Headline | Disclosure |
|---|---|---|---|
| 6/28/2021 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "A more likely option is that CMS standardizes the criteria through what it calls a national coverage determination.... Medicare may insist that patients getting Aduhelm become part of a CMS-ordered study that would seek to evaluate which patients it benefits or harms in the real world, and what the electronic and other evidence is, former agency officials said." |

***Previous Analyst Report and Public Press Commentary:***

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/2021 | Bernstein | Biogen: A few useful numbers on Aduhelm's likely payer dynamics | "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions could be divergent[] – both conditions are clearly met for Aduhelm. … [F]or Aduhelm CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive [positron emission tomography]. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch." |
| 6/8/2021 | Citi | Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry? | "The price-tag does not indicate that payers were given much consideration. Given the [total addressable market] size of ~$85B in the US alone and >80% of this being [M]edicare, it creates an existential question for the program considering total [M]edicare Part-B spending in 2019 was only ~$37B. The industry has just started breathing easy from the last drug pricing debate but we suspect the industry could get right back into it again as we expect this debate to only intensify from here. As we have seen before with PCSK9s, payers can effectively create roadblocks if they are determined. ... [O]ur healthcare services analyst[, Ralph Giacobbe] … expects CMS to establish a national coverage decision (NCD) shortly…. Ralph expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." Emphasis removed. |
| 6/8/2021 | Piper Sandler | More Commercial Questions Than Answers After Aduhelm Investor Call | "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. ... [I]n fact, there is a decent body of precedent where [CMS and FDA] have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD[]. Per previous guidance, this could allow CMS to implement a CED[] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely." |
| 6/11/2021 | Baird | Weekly Recap - Very Ready for This Week to Be Over | "Here we note that the Medicare reimbursement process (a potential MEDCAC meeting, and dynamics surrounding a National Coverage Determination (NCD) and the potential for Coverage with Evidence Development (CED)) ... will all be key factors to watch as we look to get a grasp on what the sales trajectory will look like here for a product with patient demand that could rival the Hep[atitis] C launches." |

**EXHIBIT 3B**

# The June 28, 2021 Wall Street Journal Article Repeated Commentary That Was Already in the Public Domain

## CMS Could Initiate an NCD Analysis

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/14/2021 | Guggenheim | June 14, BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But No Clear Who Pays and How Quickly | "Our key takeaways are: (1) ultimately, our experts agree that Medicare will cover the cost of the drug and Medicare Advantage and commercial payors will follow, (2) the simplest way for this to happen is for CMS to issue a national coverage determination, which would include their guidance on what an eligible patient is - this could take 6-9 months, (3) the key controversy remains the reimbursement for clinical testing ([positron emission tomography] scan, [cerebrospinal fluid]) to confirm amyloid pathology (not currently covered by Medicare) which will likely be necessary for reimbursement, (4) our experts are split on whether Medicare will ultimately cover the cost of the [positron emission tomography] scan or [cerebrospinal fluid] testing and whether (and how) [Biogen] could pay for it to ensure patients can get on drug (payers pay to diagnostic tests in cancer, so should also pay for [Alzheimer's disease]). ... However, our conversations with multiple experts have had made it clear that pressure will be put on Medicare Advantage to eventually cover Adu[helm] (most part B drugs like Adu[helm] are reimbursed through Medicare Advantage)." Emphasis removed. |

Source: Analyst Reports; *Factiva*

**EXHIBIT 3C**

# The June 28, 2021 Wall Street Journal Article Repeated Commentary That Was Already in the Public Domain

## Private Payers Could Restrict Access

***Wall Street Journal Article:***

| Date | Source | Headline | Disclosure |
|---|---|---|---|
| 6/28/2021 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Private health insurers that administer the Part B benefit also could place restrictions on Aduhelm's use, which could mean who gets access would vary by region or insurer." |

***Previous Analyst Report and Public Press Commentary:***

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/2021 | Citi | Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry? | "Ralph expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." |
| 6/11/2021 | Dow Jones Institutional News (Barron's) | Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/11/2021 | The Boston Globe | What families dealing with Alzheimer's should know about the newly approved drug | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |

Source: Analyst Reports; *Factiva*

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 7/12/21 (Post-NCD Analysis Announcement)–1/11/22 (Pre-NCD Proposed Decision)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/12/21 | Baird | CMS NCD Analysis Gets Underway, Timeline Appears Accelerated | "No change to outlook on CMS announcement. CMS announced that it is opening a[] National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer's disease. We expect this analysis will be closely watched, as the outcome of this coverage decision will likely have a significant impact on the uptake of Aduhelm. In anticipation of the announcement, we already hosted a KOL call with an expert in this space, and note that a MEDCAC panel may be the next key catalyst. … [T]he commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inhibitors are unlikely to provide clinical benefit to AD patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." Emphasis removed. |
| 7/12/21 | Citi | NCD Analysis Initiation for Adu In-Line with Expectations. Timelines Also Appear Quick | "Today CMS announced initiation of national coverage determination analysis for Aduhelm and we note this was expected in our chats with experts ... Along expected lines, the document notes that it would not consider cost of the treatment. Per our] experts, cost is always a consideration in the background at CMS but is typically not disclosed publicly. The CMS appears to be asking questions around important endpoints, meaningful degree of benefit, treatment setting, diagnosis and which patients could benefit most from Aduhelm. This is in-line with our expert comments who highlighted potential for CMS narrowing the coverage, though we note that FDA has recently narrowed the label to mild patients, in-line with the clinical trials." |
| 7/12/21 | Dow Jones Institutional News (The Wall Street Journal) | Medicare to Review Coverage for New Alzheimer's Drug Aduhelm | "Medicare officials are beginning a review of Biogen Inc.'s new Alzheimer's drug to decide whether to standardize coverage of the medicine nationally, a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |
| 7/12/21 | Guggenheim | July 12, BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates | "The [CMS] announced it is 'initiating a national coverage determination (NCD) analysis….' Although used infrequently (30-35 instances, according to our [key opinion leader]), our expert had previously noted that Aduhelm is 'ripe for an NCD' due to the controversial clinical and regulatory path that led to accelerated approval last month … [W]hile this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for [Biogen] as the majority of potential Adu[helm] users are covered by Medicare." |
| 7/12/21 | Jefferies | CMS Review - Another Overhang to Be Resolved; Climbing Wall of Worry | "CMS formally announced an NCD review of Aduhelm, with a 6-9[ month] review for reimbursement decisions. This was mostly expected and positive in our view as it's already underway so clarity can emerge sooner. ... Our view is that CMS will reimburse for mild [patients] (or at least through [continued] reimbursement but with CED or coverage [with] evidence development, as data evolves). CMS prev[iously] reviewed 'beta amyloid' [positron emission tomography (PET)] testing and concluded reimbursement OK but [with] CED pending more data (e.g., a new Phase III for PET testing was started by CMS)." Emphasis removed. |
| 7/12/21 | Truist Securities | NCD Analysis Begins - Start of Relief for BIIB, In Our View | "CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer's Association. ... If CMS did not have an NCD, it would make people more nervous because then Medicare Advantage would not have to reimburse. … A lot of investors have been concerned about opportunity in [Alzheimer's disease] despite approval and we believe that the opening of the NCD is an important step towards reimbursement for Aduhelm." |
| 7/13/21 | Goldman Sachs | Americas Healthcare: Pharmaceuticals: CMS launches Aduhelm NCD | "In our view the details of the scope of the local and national coverage decisions are the next catalysts on the reimbursement front for Aduhelm given ~80% of the target US population is covered by Medicare. … [T]he consultants we previously spoke with discussed that CMS could also require a Coverage with Evidence Development ('CED'), which would be a post-marketing requirement that [Biogen] would need to fulfill in addition to anything required by the FDA (i.e., post-marketing confirmatory trial)." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions
## 7/12/21 (Post-NCD Analysis Announcement)–1/11/22 (Pre-NCD Proposed Decision)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/13/21 | Guggenheim | BIIB — Highlights from Our Payer Call: Expert KOL Outlined Two Possible NCD Scenarios for Adu; Either Way, BIIB Benefits | "[O]ur expert thinks that this NCD is a bit 'unusual' as it is not for a particular drug (Aduhelm in this case) but for the entire beta-amyloid class ... [M]ore likely scenario, the public comment period could lead to CMS running a real world study (coverage with evidence development, CED, could take ~2 years to conclude) to determine the efficacy of Aduhelm." Emphasis removed. |
| 7/13/21 | Morgan Stanley | Implications Of The NCD Process | "With the generic approach to the NCD, the experts we spoke [to] thought the most likely outcome is a limiting of the patient population to the clinical trial population. We agree, especially since that seems like the most reasonable outcome if the development of real-world evidence does not occur." |
| 7/13/21 | The Boston Globe | 'This is unprecedented': Several private insurers won't cover Biogen's Alzheimer's drug | "At least half-a-dozen private health insurers in some of the nation's largest states are balking at covering Biogen's controversial drug for Alzheimer's disease, saying it is an experimental and unproven treatment despite being approved by the federal government one month ago." |
| 7/13/21 | UBS | Now We Have a Timeline - CMS Initiates NCD Process for Aduhelm | "Our payor/DC [key opinion leader] dilligence[sic] suggests denial of coverage is highly unlikely, with 'coverage with appropriateness' seeming like the most likely outcome for Aduhelm. This could restrict coverage of Aduhelm to patients with proof of amyloid (via [positron emission tomography] or [cerebrospinal fluid]) - our prior assumption of narrowing of the population to MCI/mild [Alzheimer's disease] patients is no longer necessary following last week's FDA label update." |
| 7/15/21 | RBC Capital Markets | Cleveland and Sinai and ICER, Oh My! | "Near-term Aduhelm access might be 'very limited' per ex-FDA/CMS head. ... NCD with CED continues to be emphasized, though a useful and realistic design remains challenging, in our view. Recall, we had discussed an NCD with Coverage with Evidence Development (CED) could be a likely path; however, what a CED might look like - and more importantly, what it might mean ultimately for Aduhelm uptake - is currently much more difficult to elucidate." Emphasis removed. |
| 7/22/21 | Reuters News | Biogen Alzheimer's drug slow to take off as U.S. Medicare wrestles with coverage | "Other leading institutions, including in Michigan, Florida and Rhode Island, were eager to make the therapy available to patients in the hope it will provide a benefit, but told Reuters this week they are proceeding slowly while Medicare determines how it will cover Aduhelm, initially priced at about $56,000 per year. ... Tufts and others have called for Medicare to go beyond a national coverage determination and institute a policy known as coverage with evidence development." |
| 7/22/21 | Reuters News | BREAKINGVIEWS-Investors too gloomy over Biogen Alzheimer's drug | "A few insurers have said they won't pay. Medicare is studying how to cover the drug and may limit use." |
| 7/27/21 | Reuters News | Biogen withdrew Aduhelm paper after JAMA asked for edits - Axios | "Some large hospitals have declined to use the drug and insurers representing millions of American enrolled in private Medicare plans have said the drug is yet to meet their bar for coverage based on the data." |
| 8/6/21 | Baird | Weekly Recap - Who's Down with OIG? | "Notably, with Center for Medicare and Medicaid Services (CMS) conducting the ongoing National Coverage Determination (NCD) of Aduhelm, we think the mere existence of the [Office of Inspector General] review could further empower CMS to significantly restrict coverage, potentially with the Coverage with Evidence Development (CED) designation[], something Biogen management hasn't ruled out." |

**EXHIBIT 4**

## Analyst and Market Commentary Regarding Potential Coverage Restrictions

7/12/21 (Post-NCD Analysis Announcement)–1/11/22 (Pre-NCD Proposed Decision)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 9/7/21 | Morgan Stanley | Key Catalysts for 2H21 and into Early 2022 | "The NCD analysis can results[sic] in five different outcomes including a no-coverage decision (has not happened in the last 15 [years]), coverage to indications (label), coverage with restrictions, coverage with evidence development and [Medicare Administrative Contractors'] discretion. We note that the NCD will overrule any regional or Medicare Advantage plan decision. Right now we would assume coverage with restriction or coverage with evidence development are the most likely outcomes. The proposed decision memo will provide an insight into likely final decision outcome on potential coverage restriction." |
| 9/9/21 | The Boston Globe | Biogen loses $7 billion in value on slow Alzheimer's drug rollout | "'Acknowledgment of the significant Aduhelm launch hurdles is unlikely to be a major surprise, and the stock is already now starting to reflect much more pessimism about Aduhelm uptake and competitive impact,' [RBC Analyst] Abrahams wrote in a note to clients. He sees little gains for Biogen ahead of a key Medicare decision on coverage." |
| 10/8/21 | RBC Capital Markets | Expect CMS To Reimburse Adu For Ph.III Population, Middle Ground Scenario, Leaving Uptake To Docs | "Overall, our expert saw the most likely way forward as reimbursement limited to the [Phase III] EMERGE/ENGAGE … trial criteria (e.g., meeting [positron emission tomography] and MMSE/CDR criteria) - more restrictive than even the recently-narrowed FDA label - with a CED designation." |
| 10/14/21 | Stifel | Aduhelm Deep Dive: Vetting the NCD, Surveying Physicians, and Handicapping the 2022/2023 Abeta Readouts | "While various payor consultants we spoke with had varying opinions of the Aduhelm controversy, all agreed that (1) full reimbursement per FDA label is unlikely but (2) outright NCD rejection also seems improbable. It might seem that 'coverage with evidence determination [CED]' represents a path of least resistance, but multiple payor specialists highlighted that this is almost unprecedented for a drug, and could be really complicated to actually implement. In turn, the prevailing view is that the NCD will cover Aduhelm but with additional restrictions, possibly related to certain ENGAGE/EMERGE exclusion criteria." |
| 10/19/21 | Needham | Remaining Positive on Aduhelm's Potential Following Expert Call | "Coverage with restrictions beyond the label seems to be the most likely outcome." |
| 10/27/21 | Atlantic Equities | Reduce Aduhelm Estimates; Multiple Binaries Ahead | "Ultimately, we expect CMS to opt for Coverage with Evidence Development (CED), which would enable national reimbursement, but could limit the number of patients allowed to receive the therapy until there is better evidence on the clinical benefit." |
| 10/28/21 | Stifel | Becoming More Like Oncology? The Genetic Revolution is Early, But Well on its Way | "Thus, we think coverage with restrictions beyond just the label is the most likely outcome, where CMS will leverage some of the ENGAGE/EMERGE trial criteria. This could come in many forms (i.e., a patient needs to be amyloid [positron emission tomography] positive; or pulling in additional [cardiovascular] or psychiatric illness criteria), but it will likely narrow the eligible patient population." |
| 11/18/21 | BMO Capital Markets | Initiating at OP: 'What's Past Is Prologue'; We See Opportunity in Controversy | "We also note that CMS could implement a decision of 'coverage with evidence development,' where CMS would cover Aduhelm, but data would need to be gathered through post marketing clinical trials and/or patient registries to determine efficacy. We think this is aligned with the FDA labeling and would allow for access, while collecting real-world efficacy data (already under way via a phase 4 post-marketing study and the ICARE AD-US Real-world Observational Study)." |
| 11/22/21 | UBS | Takeaways from NCD expert call - CED most likely outcome | "Of the various possible outcomes, Dr Brill[, Chief Medical Officer at Predictive Health LLC,] believes the most likely and sensible outcome is coverage with evidence determination (CED), whereby CMS would extend coverage of Aduhelm to patients enrolled in a clinical trial. This would enable them to gather further data to evaluate the drug's benefit and avoid the inevitably controversial decisions of either extending full coverage or completely denying it." |
| 12/9/21 | Raymond James | Assume Coverage At Market Perform: Aduhelm Expectations Waning, But Estimates Still Too High | "Potential outcomes: ... Coverage with evidence (CED) determination… covered only for patients enrolled in future planned clinical trials; rarely used–however, may be most appropriate option. … ICER recommends a rigorous CED program requiring patients be enrolled in a [randomized controlled trial] or a trial using a 'wait list' design. … [W]e expect coverage to be highly restricted by Medicare." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 7/12/21 (Post-NCD Analysis Announcement)–1/11/22 (Pre-NCD Proposed Decision)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 12/9/21 | The Boston Globe | Fallout from drug debacle roils Biogen | "Aduhelm's price, $56,000 a year, stoked outrage, even from its supporters. Insurers refused to reimburse for Aduhelm, citing its high cost and questionable benefit." |
| 12/15/21 | Stifel | Major Controversies, Catalyst Previews and Questions for Management: Mapping the Issues in Our Coverage Ahead of a Busy 2022 | "Thus, we think, and our payor checks agree, CMS providing coverage with restrictions beyond the FDA label is the most likely outcome, and there's precedent for this: between 1999-2011, >20% of BLA/NDA's that went through an NCD resulted in more restrictive coverage than just the FDA label. How CMS decides to restrict coverage comes in many forms, but the clinical trials offer various options. If one looks at the [Phase III trial]s, the requirement of amyloid [positron emission tomography] positivity is obvious, or CMS could even look to other exclusion criteria related to concomitant psychiatric illness or cardiovascular disease." |
| 12/20/21 | Reuters News | BREAKINGVIEWS-Biogen scales back Alzheimer's drug hopes | "A lower price might persuade some insurers and government programs like Medicare to cover the cost of the drug based on the hope it does something. … With failure again baked in, there's potential upside if Biogen can squeeze something out of it." |
| 12/20/21 | UBS | Dr. Col's weekly dose - The week ahead, what we're hearing and what happened this week | "[O]ur [key opinion leader] on the NCD process … expects the outcome to be coverage with evidence development (CED), effectively meaning Aduhelm reimbursement will be limited to a population of patients enrolled in a trial. Expectations have come down significantly for Aduhelm but this would represent a downside event, in our view." |
| 1/3/22 | Jefferies | Biogen Inc. NCD Next Week But Complicated Setup..BAN2401 Still the Key 2022 Event | "A CED may entail enrolling in a trial under CMS at a major site to get followed long-term which could limit uptake. And a final NCD would not occur until April 12th and take time to implement. [positron emission tomography (PET)] reimbursement for Abeta testing also still needs to improve since docs tell us patients can't easily get a PET. " |
| 1/7/22 | Bank of America | Framing outcomes ahead of CMS' NCD: KOLs warn of negative review | "Currently we suspect investors largely expect coverage with restrictions as the most likely outcome[.]" |
| 1/7/22 | Bank of America | Takeaways from our CMS Alzheimer's Decision KOL Call Overview | "Net-net a CED seems like the most likely scenario for next week's NCD. … Given the extent of the agency's concerns—along with the fact Biogen is already being required to conduct a conformational trial—ultimately, our [key opinion leader] thought a CED would be the most likely outcome." |
| 1/7/22 | BMO Capital Markets | Evan's Weekly Dose of Targeted Therapy & Video - CMS AD NCD & JPM Preview | "Notably, we believe that CMS is likely to grant coverage, but will have a somewhat restrictive coverage with evidence development requirement." |
| 1/7/22 | BMO Capital Markets | LLY/BIIB: Expectations Into CMS's Draft NCD for Anti-a-Beta Antibodies for AD | "Ahead of next week's NCD (national coverage decision) draft from CMS, we outline potential coverage scenarios and the impact to [Biogen] and [Eli Lilly and Company] shares. Notably, we believe that CMS is likely to grant coverage, but will have a somewhat restrictive coverage with evidence development requirement. … Ultimately, we believe that CMS is likely to provide coverage … under a 'coverage with evidence development' in a subset of patients, likely aligned to the label or clinical trials (e.g., mild cognitive impairment). CMS may also limit administration to certain academic or tertiary care centers, where patients can be tracked as part of the real-world trial." Emphasis removed. |
| 1/9/22 | Evercore ISI | NCD Decision On A-Beta Mabs | "… CED remains a very realistic outcome[.]" |
| 1/10/22 | BMO Capital Markets | BIIB: Takeaways From Presentation; All Eyes on Wednesday's CMS Draft Decision | "Still we think that CMS is likely to implement some sort of CED requirement that would limit access." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions
## 7/12/21 (Post-NCD Analysis Announcement)–1/11/22 (Pre-NCD Proposed Decision)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 1/10/22 | Guggenheim | BIIB — With A Draft Proposal Memo Due From CMS on Jan 12th, We Caught Up With Our Payer Expert To Discuss Possible NCD Scenarios - CED Study Likely | "Today, we hosted a follow-up conversation with our payer expert to understand the possible scenarios for the upcoming national coverage determination (NCD) process that CMS is currently conducting for [Biogen]'s Aduhelm and other amyloid-targeting antibody therapies. Our expert outlined several possible outcomes for the draft memo due on Wednesday 1/12/22 and came to the conclusion that the most likely scenario is coverage with evidence development (CED), which will require further evaluation of Aduhelm to determine whether to cover the drug and if so, for which population of patients." Emphasis removed. |
| 1/11/22 | Reuters News | Future of Biogen's Aduhelm hinges on U.S. Medicare Alzheimer's coverage | "In broad terms, Medicare has four options …. Medicare is most likely to offer coverage under a program aimed at collecting evidence of Aduhelm's impact on patient outcomes, such as a patient registry[.]" |
| 1/11/22 | The Boston Globe | Medicare is poised to make pivotal announcement on Biogen's Alzheimer's drug | "Chambers and several other experts said they suspect Medicare may stake a middle ground and recommend 'coverage with evidence development.' That means doctors could prescribe the drug and it would be covered by Medicare, but only for patients who participate in a follow-up clinical trial or at least allow their cases to be entered into a patient registry. That would enable regulators to monitor Aduhelm's safety and effectiveness." |

Source: Analyst Reports; *Factiva*