*Exhibit 3*

*Julie Steenhuysen & Deena Beasley, "Explainer: What does FDA approval of Biogen's Alzheimer's drug mean for patients?" Reuters, June 7, 2021*

Learn more about LSEG

Healthcare & Pharmaceuticals

# Explainer: What does FDA approval of Biogen's Alzheimer's drug mean for patients?

By **Julie Steenhuysen** and **Deena Beasley**

June 7, 2021 2:54 PM EDT · Updated 3 years ago

Aa








A sign marks a Biogen facility in Cambridge, Massachusetts, U.S. January 26, 2017. REUTERS/Brian Snyder *Purchase Licensing Rights*

June 7 (Reuters) - The U.S. Food and Drug Administration has approved Biogen's aducanumab, the first drug to target an underlying cause of Alzheimer's disease. The drug, to be sold under the brand Aduhelm, is the first new approval of an Alzheimer's drug since 2003 and the only treatment designed to slow progression of the mind-robbing disease. read more

The following are details about the highly anticipated medicine.

WHO IS IT FOR?

The FDA approved Aduhelm for the treatment of Alzheimer's disease. The decision did not define the patient population for whom the treatment is appropriate.

The drug was tested in patients in the earliest stages of Alzheimer's - before the disease has made a major impact in their ability to care for themselves. It was not tested in people who had progressed to moderate dementia, a stage in the disease in which patients start to lose the ability to care for and feed themselves.

Advertisement · Scroll to continue

Cigna Corp (CI.N), a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease.

Biogen has estimated that around 1.5 million Americans are eligible for treatment with Aduhelm.

Alzheimer's is estimated to account for at least 60% of dementia, which involves declines in memory, reasoning or thinking skills and basic ability to function, according to the Alzheimer's Association.

Advertisement · Scroll to continue

Patients who are prescribed Aduhelm will likely need both cognitive testing and confirmation that their dementia is due to Alzheimer's, through either a lumbar puncture to examine spinal fluid or through a special brain scan to confirm the presence of amyloid in the brain.

WHAT DOES IT DO?

Aduhelm is designed to target amyloid beta, a protein that forms sticky deposits or plaques in the brains of patients with Alzheimer's disease. Amyloid is thought to begin forming years before any signs of memory loss appear, making treatment as early as possible most likely to provide benefit.

Advertisement · Scroll to continue

The drug is designed to slow the progression of Alzheimer's disease, allowing patients to remain as self-sufficient as possible for as long as possible. It is not a cure.

HOW IS THE DRUG ADMINISTERED

Aduhelm is given as a monthly intravenous infusion.

Most patients will likely need to receive the treatment at specialty infusion centers. Biogen said in April that it was working with 600 U.S. centers to prepare for the pending launch of the drug. The drug is expected to be prescribed by Alzheimer's specialists.

ARE THERE SIDE EFFECTS?

Yes. In clinical trials, some patients given the highest dose of the drug experienced brain swelling, and had to be monitoried. The risk was highest in patients with a genetic predisposition to Alzheimer's. Headache is also a reported side effect of the drug. The FDA said future patients who experience the brain swelling should be monitored but not necessarily be taken off the medicine.

HOW MUCH DOES IT COST?

The company said the average wholesale cost would be about $56,000 per year.

For Medicare beneficiaries – who will make up the vast majority of people eligible to take the drug - there is coinsurance for all infused therapies that are billed through Medicare's hospital benefit. For commercially insured patients, the out-of-pocket costs vary from plan to plan.

Patients may also have to pay part of the cost of diagnostic testing and tests for monitoring side effects.

> Keep up with the latest medical breakthroughs and healthcare trends with the Reuters Health Rounds newsletter. Sign up here.

Reporting By Deena Beasley in Los Angeles and Julie Steenhuysen in Chicago; Editing by Bill Berkrot

Our Standards: **The Thomson Reuters Trust Principles.**

Purchase Licensing Rights

## Read Next

Future of Health

**Added health benefits of Wegovy, Zepbound could attract more men, doctors say**

ago

Future of Health

**Moderna COVID/flu combo vaccine superior to separate shots in trial**

2:36 PM UTC

Healthcare & Pharmaceuticals

U.S. unveils new task force aimed at cracking down on illicit e-cigarettes

7:45 PM UTC

Future of Health

FDA panel reviews Eli Lilly Alzheimer's drug ahead of agency decision

7:09 PM UTC


## Sponsored Content

Dianomi



Execute your trades with swift order entry and seamless modification.

Sponsored by TradeStation



District of Columbia: The List Of The Top Financial Advisor Firms I...

Sponsored by smartasset



6 Considerations for Trading the Magnificent Seven

Sponsored by Charles Schwab

## Sponsored Content

Dianomi

5 Weird (But Legal) Ways To Pay Off Your Debt

Sponsored by FinanceBuzz



6 Financial Planning Tips for New Parents

Sponsored by Charles Schwab



Dive into rewards with the No Annual Fee IHG One Rewards Traveler card

Sponsored by Chase IHG® Traveler Card



Explore and subscribe to big insights into small business

Sponsored by Bank of America Institute



Caregivers need care too. Read our self-care tips.

Sponsored by Guardian Life



Schwab Investing Themes™. A new way to invest in ideas you believe in.

Sponsored by Charles Schwab




## Business >

## Morocco's Tanger Med port expects to exceed nominal container capacity

Business · June 10, 2024 · 12:39 PM EDT · 10 min ago

Morocco's Tanger Med port expects to top its nominal processing capacity of nine million containers this year, the port's deputy managing director told Reuters, adding security problems in the Red Sea had had little impact on traffic growth.

World at Work

**LVMH's unit put under court administration in Italy over labour exploitation**

10 min ago

Markets

**Wall St cautious ahead of key inflation data, Fed meeting**

16 min ago

Product Liability

**US Senate panel expands probe into BMW use of parts from banned Chinese supplier**

17 min ago

World at Work

**Exclusive: BP tightens workplace relationships policy after Looney dismissal**

21 min ago

## Sponsored Content

**What Every Trader Should Know About Margin**
Sponsored by Charles Schwab



**"This Invention Could Create More Wealth Than We've Ever Seen"**
Sponsored by Stansberry Research



**Answer just two questions to see a potential fixed income strategy.**
Sponsored by J.P. Morgan Asset Management



**Motley Fool Issues "All In" Buy Alert**
Sponsored by The Motley Fool



**At Schwab, you get more ways to manage your wealth. Get started today.**
Sponsored by Charles Schwab

**Here Are 8 Money Moves To Make With Only $1000**
Sponsored by The Penny Hoarder



## Sponsored Content

**Caregivers need care too. Read our self-care tips.**
Sponsored by Guardian Life

**Get rewards that work for you—IHG One Rewards Premier Business Card**
Sponsored by Chase IHG® Business Card

**Empowering Female Entrepreneurs Succession Planning Strategies**
Sponsored by Oppenheimer & Co. Inc.

**What Are the Top 3 Internet Providers Near You? Check Your ZIP Now.**
Sponsored by HighSpeedInternet.com

**Lock in Your CD Before Rates Drop**
Sponsored by SavingsAccounts.com

**Explore and subscribe to big insigh small business**
Sponsored by Bank of America Institute

Latest

- Home
- Authors
- Topic sitemap

Media

- Videos
- Pictures
- Graphics

Browse

- World
- Business
- Markets
- Sustainability
- Legal
- Breakingviews
- Technology
- Investigations
- Sports
- Science
- Lifestyle

About Reuters

- About Reuters
- Careers
- Reuters News Agency
- Brand Attribution Guidelines
- Reuters Leadership
- Reuters Fact Check
- Reuters Diversity Report

Stay Informed

- Download the App (iOS)
- Download the App (Android)

Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world’s largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**

The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us** **Advertising Guidelines** **Coupons** **Purchase Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** **Terms of Use** **Privacy** **Digital Accessibility** **Corrections** **Site Feedback**

© 2024 Reuters. All rights reserved