*Exhibit 4*

*Ed Silverman, "'The price is bewildering': The cost of Biogen's Alzheimer's drug may lead payers to erect roadblocks," StatNews.com, June 7, 2021*

STAT+

# ‘The price is bewildering’: The cost of Biogen’s Alzheimer’s drug may lead payers to erect roadblocks

Reprints

By Ed Silverman June 7, 2021



A patient with Alzheimer's disease receives an infusion during a trial of aducanumab, a treatment approved Monday by the FDA.
CHARLES KRUPA/AP

The Food and Drug Administration’s approval on Monday of an Alzheimer’s drug developed by Biogen (BIIB) is raising fresh questions about the financial implications for millions of families, insurers, and American taxpayers. But the drug maker is already scrambling to mitigate the fallout.

At a wholesale price of $56,000 per year, the company exceeded some Wall Street expectations, and greatly surpassed the $8,300 threshold that a nonprofit determined was the price at which the medication could be

considered cost-effective. That assessment reflected intense controversy over study data that prompted numerous experts to question the extent to which the drug actually helps patients.

ADVERTISEMENT

And because the FDA issued a broad label that places few restrictions placed on usage, the drug could be prescribed to potentially millions of patients, regardless of the extent of their disease. There are an estimated 5.3 million people 65 years and older in the U.S. with Alzheimer's and another 200,000 younger patients with a milder form of the disease.

As a result, the pricing is likely to cause both private and public payers to look for ways to limit coverage for the drug, called Aduhelm, over budgetary concerns. Although the FDA mandated Biogen to generate more trial data as a condition of the approval, the results will likely not be reported for years.

Related: By approving Biogen's Alzheimer's drug, the FDA is shifting its rules. That is a giant risk

"We understand there's some demand among our members, but the truth is we're not sure we have a safe and effective drug," said Michael Sherman, chief medical officer at Harvard Pilgrim Health Care, the second-largest health insurer in New England. "Unfortunately, the FDA approval doesn't change that, given what we know about the data and side effects," such as microscopic hemorrhages in the brain.

ADVERTISEMENT

"The price is bewildering, particularly given the fact that cost-effective benchmarks had it much lower. So it will take us some time to review the approval language and reach out to experts, including professional societies, to understand their perspective. So until we research it, we'll classify it is as what we call 'new to market,' which means it is not yet covered but we will consider individual requests," Sherman added.

The drug will be automatically covered by Medicare now that the FDA offered its endorsement, since the agency must assess whether a product or service is reasonable and necessary. But Medicare could decide to launch a national coverage determination, or NCD, a sweeping set of coverage criteria. This typically happens when a medicine is costly or there may be variations in local or regional coverage.

Such coverage differences may occur among Medicare Administrative Contractors, MACs, which are private health insurers that manage medical claims in a geographic area for Medicare Part A or B drugs, according to Sean Dickson, director of health policy at West Health Policy Center, a nonprofit. The new Biogen drug, which must be infused, is covered under Medicare Part B.

Related: Why Biogen may be sitting on the most lucrative product in pharmaceutical history

The Centers for Medicare and Medicaid Services "could start by doing nothing and let providers and patients make decisions about who gets the drug. But this has the potential to severely affect the Medicare budget, which affects taxpayers," Dickson said. "It's not just the cost of the drug, but all the tests and extra care that goes with it. And it's likely to be a maintenance drug for a long time."

Even with Medicare coverage, the medicine will not be cheap for many individual beneficiaries, since they must pay for 20% of the cost of the drug. Using the $56,000 wholesale figure, that comes to $11,200 a year per patients. "Many Medicare beneficiaries have supplemental coverage to offset these costs, but for those without such coverage, out-of-pocket expenses could be substantial," noted Mark Gooding, a principal at the Avalere Health consulting firm.

Here is another way to look at it: The vast majority of people with Alzheimer's are covered by Medicare and if a substantial portion are treated with Aduhelm, it will cost almost $15 per member per month extra, according

to April Kunze, senior director for formulary development and pipeline at Prime Therapeutics, a pharmacy benefit manager owned by 18 Blue Cross and Blue Shield health plans. "It's going to impact the drug spend quite significantly," she told us.

But Biogen is hoping to blunt many of these concerns, despite the broad FDA label.

The drug maker plans to promote its medicine only for the same patient population of people with mild cognitive impairment or mild Alzheimer's disease who participated in its studies. This amounts to roughly 1.5 million Americans, according to a source close to the company, who noted the study data indicated people with advanced Alzheimer's did not benefit from the drug in the trials.

Related: FAQs: What you need to know about the Alzheimer's drug Aduhelm

In addition, the company believes there are fewer than 1,000 prescribing sites across the U.S. with the resources to infuse the medicine. Aduhelm is known as a "buy-and-bill" medicine, which means physicians must pay for it upfront and then seek reimbursement from payers, which is comparable to how cancer treatments are delivered. Most primary care physician practices are not set up this way, but for some specialists – neurologists, for example – there are incentives, because they are reimbursed at the average sales price plus 6%.

But Biogen has spent much of the last year attempting to certify prescribers whose practices or clinics regularly infuse medications, according to the source. The company believes that primary care physicians and even some neurologists will be encouraged by payers, who are looking to ensure manage costs, to refer patients to certain specialists that are approved by the drug maker. Toward this end, Biogen inked a value-based agreement with Cigna, the large health insurer.

Nonetheless, the price will ring the register for Biogen, which assumes that 80% of the U.S. patient population will be covered by Medicare. In pricing Aduhelm, the company considered the price tags for newer monoclonal antibodies used to treat cancer, which can exceed $150,000, and atopic dermatitis, which costs less than the Biogen drug. The company also argued that the U.S. already spends roughly $600 billion a year coping with Alzheimer's.

NEWSLETTERS

Sign up for Daily Recap

A roundup of STAT's top stories of the day.

Enter your email SIGN UP Privacy Policy

But not everyone was convinced.

"I cannot think of a justification for that price for this drug given the evidence thus far except that Medicare will pay it," said Walid Gellad, an associate professor of medicine who heads the Center for Pharmaceutical

Policy and Prescribing at the University of Pittsburgh. “If $56,000 is a reasonable price for this drug, then what is a reasonable price for a drug that has a large impact on changing the course of Alzheimer’s?”

Given the broad label and incentives for specialists, the drug will double Medicare Part B drug costs and “could be a catalyst for movement on drug price reform,” since most of the expense will be borne by the government health care program, wrote Bernstein analyst Ronny Gal to investors.

And RBC Capital Markets analyst Brian Abrahams wrote in an investor note that “we believe Biogen may have been best served by coming in at a low rather than ultra-premium relative price point, given the broad label. Ultimately, we believe this pricing strategy is likely to generate additional controversy and debate, as well as access hurdles, and the potential strain on the system could also damage FDA’s reputation, shifting more of the ‘gatekeeper’ function to payers or even guideline bodies.”

*This post was updated with remarks from Bernstein analyst Ronny Gal, Prime Therapeutics senior director April Kunze, and a more complete comment from Avalere Health consultant Mark Gooding.*


## About the Author

Reprints



### Ed Silverman

Pharmalot Columnist, Senior Writer

Ed Silverman, a senior writer and Pharmalot columnist at STAT, has been covering the pharmaceutical industry for nearly three decades.

ed.silverman@statnews.com

@Pharmalot

linkedin.com/in/edsilverman/