*Exhibit 7*

*Bernstein, "Biogen: A few useful numbers on Aduhelm's likely payer dynamics," June 8, 2021*

BERNSTEIN

8 June 2021

U.S. Biopharmaceuticals

# Biogen Inc

Rating

**Market-Perform**

Target Price

BIIB 380.00 USD

**Aaron (Ronny) Gal, Ph.D.**
+1-212-756-4208
ronny.gal@bernstein.com

Ben Weissman, Ph.D.
+1-212-969-6361
ben.weissman@bernstein.com

Amy Xiong
+1-212-969-1437
amy.xiong@bernstein.com

# Biogen: A few useful numbers on Aduhelm's likely payer dynamics

We received a number of client question on the payer dynamics for Aduhelm. In this note, we try to track down the facts to better understand these dynamics. We note three items:

(i) **Roughly 90% of Aduhelm patients will likely be in Medicare.** Biogen estimated 80% on their call, but AD epidemiology suggests a higher number.

(ii) **15-20% of Aduhelm patients in Medicare have no out-of-pocket max in Part B.** These are patients that have traditional (fee-for-service) Medicare without any supplement and would be on the hook for 20% of the cost of Part B treatments like Aduhelm.

(iii) **CMS has a process to limit coverage for FDA approved drugs.** CMS could initiate a national coverage determination (NCD) for Aduhelm to limit coverage to certain patients. It seems unlikely to us, but the mechanism is there

## Investment Implications

The cost of Aducanumab will be primarily borne by the US government (directly or indirectly). The underlining question investor are asking is how likely is there to be an action by the US government against Aducanumab. Our view is that the US government the most lenient payer, with the least restrictive coverage policies and ability to absorb drug costs.

That said, there is, in our mind, *some* added risk here either via legislative or regulatory action and we would not discount it yet. That said, it is obviously far from certain. Let's see how the political class and the media respond to the pricing scheme – so far, we have seen relatively limited commentary – e.g. even the firebrands like Sanders and Warren are silent and the main media left-leaning outlet have been moderate in their response (WP, NYT) with pictures of patients under the approval titles.

| | |
|---|---|
| Close Date | 7-Jun-2021 |
| BIIB Close Price (USD) | 395.85 |
| Target Price (USD) | 380.00 |
| Upside/(Downside) | (4)% |
| 52-Week Low | 223.25 |
| 52-Week High | 468.55 |
| SPX | 4,226.52 |
| FYE | Dec |
| Indicated Div Yield | NA |
| Market Cap (USD) (M) | 59,597 |
| EV (USD) (M) | 63,866 |

| Performance | YTD | 1M | 6M | 12M |
|---|---|---|---|---|
| Absolute (%) | 61.7 | 44.5 | 60.6 | 31.4 |
| SPX (%) | 12.5 | (0.1) | 14.2 | 30.8 |
| Relative (%) | 49.1 | 44.6 | 46.5 | 0.6 |

Analyst Page

Bernstein Events

Company Page

| EPS Adjusted | F20A | F21E | F22E |
|---|---|---|---|
| BIIB (USD) | 33.60 | 19.46 | 24.62 |
| SPX | 135.98 | 175.17 | 200.23 |

| Financials | F20A | F21E | F22E | CAGR |
|---|---|---|---|---|
| EBIT (M) | 6,885 | 3,787 | 4,303 | (20.9)% |
| Net Earnings (M) | 5,454 | 2,876 | 3,452 | (20.4)% |

| Valuation Metrics | F20A | F21E | F22E |
|---|---|---|---|
| P/E Adjusted (x) | 11.78 | 20.34 | 16.08 |
| Div Yield (%) | | | |



Published 08-Jun-2021 16:01 UTC
Provided for the exclusive use of Mike Lenihan at Biogen Inc. on 10-Jun-2021 12:36 PM.

Aaron (Ronny) Gal, Ph.D. +1-212-756-4208 ronny.gal@bernstein.com 

## DETAILS

**How many patients are on Medicare vs. younger**? Biogen estimated that 80% of Aduhelm patients will be on Medicare. This seems low to us. There were 37k commercially insured patients ages 35-64 diagnosed with AD in 2017 (link). Comparing that to ~500k diagnoses per year suggests >90% are 65+. The prevalence pool is probably closer to 96% (link). We suspect that in suggesting 20% of patients are non-Medicare, Biogen is either relying on assumption of undiagnosed disease or looking at insurance coverage of sorts. Then consider that some patients have Medicare or commercial insurance past 65 and ~90% of the patient population seems reasonable.

**What would be patient out of pocket**? To do this we need to divide the patient groups (Exhibit 1). Medicare divides into Traditional Medicare (fee-for-service) vs. Medicare advantage with roughly a 2:1 split according to KFF (link). The OOP max for MA plans is capped at $7,550 for 2021 (link) but can be lower for more generous plans - $5-6k is a more common cap. Of those with traditional Medicare, 25% of people have Medigap insurance, 34% have employer-sponsored supplements and 18% have Medicaid (dual coverage). The division comes again from KFF in 2018 (link) Of these groups, only people without supplements have no OOP limit. **Thus, ~15-20% of seniors have traditional Medicare with no supplement of any kind**. These patients would be on the hook for the 20% of the costs of Adu at the point of care. That said, presumably insurance premiums would increase to reflect the added costs to the system overall. That said, in this respect, Aduhelm is not different than expensive oncology drugs.

**NCD provides a mechanism for CMS to limit Aduhelm coverage.** This is a point we were asked about yesterday which should be appreciated. A Health Affairs article from yesterday nicely captures that point (link). Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions (i.e. coverage decisions among MA other plans) could be divergent (link) – both conditions are clearly met for Aduhelm. The most recent notable NCD took place when UnitedHealthcare make a formal request for process regarding Kymriah resulting in a draft NCD that would have limited coverage to, "CMS-approved registry or clinical study, in which patients would be monitored for at least two years post-treatment." Novartis ended up successfully removing those requires, but the process is still informative – for Aduhelm CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive PET. We're not saying this is what *will* happen, but the existence of the process means it's a real tail risk to the launch.



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 12:36 PM.

EXHIBIT 1: **Breakdown on Medicare coverage**




Source: KFF, Bernstein analysis

EXHIBIT 2: **Biogen model income statement**

| *$ in millions* | 2019 | 2020 | 1Q21 | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | 14,378 | 13,445 | 2,694 | 2,755 | 2,806 | 2,795 | 11,050 | 12,726 | 13,959 | 15,326 |
| COGS | 1,955 | 1,805 | 478 | 416 | 454 | 467 | 1,786 | 2,475 | 3,075 | 3,907 |
| Gross profit | 12,423 | 11,640 | 2,216 | 2,339 | 2,352 | 2,327 | 9,234 | 10,250 | 10,884 | 11,419 |
| | | | | | | | | | | |
| R&D | 2,273 | 2,097 | 514 | 575 | 650 | 700 | 2,439 | 2,512 | 2,698 | 2,755 |
| SG&A | 2,325 | 2,491 | 595 | 700 | 700 | 750 | 2,745 | 3,019 | 3,245 | 3,313 |
| Collaboration profit sharing | 242 | 233 | 68 | 62 | 64 | 69 | 263 | 416 | 528 | 599 |
| Other operating expenses | 182 | (66) | - | - | - | - | - | - | - | - |
| **Operating expenses** | 4,839 | 4,755 | 1,177 | 1,337 | 1,414 | 1,519 | 5,447 | 5,948 | 6,471 | 6,668 |
| | | | | | | | | | | |
| Other operating income | - | - | | | | | | | | |
| **EBITDA** | 8,264 | 7,342 | 1,186 | 1,160 | 1,093 | 959 | 4,398 | 4,897 | 4,991 | 5,313 |
| Operating income | 7,583 | 6,885 | 1,039 | 1,002 | 938 | 808 | 3,787 | 4,303 | 4,413 | 4,751 |
| | | | | | | | | | | |
| Other income / (expense) | (117) | (187) | (61) | (64) | (63) | (61) | (249) | (244) | (244) | (244) |
| Pretax income | 7,466 | 6,697 | 978 | 938 | 876 | 747 | 3,538 | 4,058 | 4,169 | 4,507 |
| | | | | | | | | | | |
| Income tax expense / (benefit) | 1,154 | 1,201 | 153 | 168 | 171 | 119 | 611 | 701 | 720 | 779 |
| Equity in loss of investee, net of tax | (21) | 18 | 18 | 18 | 18 | 18 | 73 | 73 | 73 | 73 |
| **Net income** | 6,291 | 5,514 | 806 | 752 | 686 | 610 | 2,854 | 3,430 | 3,521 | 3,801 |
| | | | | | | | | | | |
| Net inc attributable to noncontrolling interests | - | 60 | (6) | (6) | (6) | (6) | (22) | (22) | (22) | (22) |
| | | | | | | | | | | |
| **Net income attributable to Biogen** | 6,291 | 5,454 | 812 | 758 | 692 | 615 | 2,876 | 3,452 | 3,544 | 3,824 |
| | | | | | | | | | | |
| **Non-GAAP diluted EPS** | $33.63 | $33.60 | $5.33 | $5.09 | $4.76 | $4.28 | $19.46 | $24.62 | $26.06 | $28.97 |
| Basic weighted average shares (thousands) | 187,175 | 161,000 | 151,900 | 148,399 | 144,938 | 143,334 | 147,143 | 139,852 | 135,586 | 131,618 |
| Diluted weighted average shares (thousands) | 187,450 | 161,300 | 152,300 | 148,799 | 145,338 | 143,734 | 147,543 | 140,252 | 135,986 | 132,018 |

Source: Company disclosures, Bernstein estimates and analysis



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 12:36 PM.

DISCLOSURE APPENDIX

## BERNSTEIN TICKER TABLE

| Ticker | Rating | | 7 Jun 2021 Closing Price | Target Price | TTM Rel. Perf. | | EPS Adjusted 2020A | EPS Adjusted 2021E | EPS Adjusted 2022E | P/E Adjusted 2020A | P/E Adjusted 2021E | P/E Adjusted 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BIIB | M | USD | 395.85 | 380.00 | 0.6% | USD | 33.60 | 19.46 | 24.62 | 11.78 | 20.34 | 16.08 |
| SPX | | | 4,226.52 | | | | 135.98 | 175.17 | 200.23 | 31.08 | 24.13 | 21.11 |

O - Outperform, M - Market-Perform, U - Underperform, N – Not Rated

## VALUATION METHODOLOGY

### U.S. Biopharmaceuticals

We value based on a blend DCF and multiple-based approaches (PEG and EV/EBITDA).

### Biogen Inc

We set our target price at $297 based on a combination of DCF and multiples-based approaches (PEG and EV/EBITDA).

## RISKS

### U.S. Biopharmaceuticals

Risks to the pharmaceutical industry include, but are not limited to: (i) the failure of late-stage pipeline products to make it to market, (ii) the possibility that key patent cases are lost because of patent challenges or greater / faster than expected erosion of sales post loss of exclusivity, (iii) greater than anticipated pricing pressure in markets both inside and outside of the US, (iv) softening of demand, including that due to changing physician guidelines that negatively impact upon utilization and competition from existing or key pipeline products, (v) major disruptions to manufacturing / supply (e.g. product recalls, FDA warnings on manufacturing facilities), (vi) issues relating to marketed product safety and (v) the long-term financial impact from US healthcare reform.

### Biogen Inc

Upside risks to our target price for Biogen are:

+ Win in the Tecfidera patent cases
+ Decisive proof that Aducanumab works
+ Rapid progress of the ALS portfolio

Downside risks to our target price for Biogen are:

+ Aducanumab fails to gain regulatory approval
+ Negative outcome of ongoing patent litigation for Tecfidera
+ An increasingly competitive SMA market with the introduction of gene therapy (zolgensma) and oral treatment (risdiplam)



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 12:36 PM.

## REQUIRED REGULATORY DISCLOSURES

- Separate branding is maintained for “Bernstein” and “Autonomous” research products. Each brand operates as a separate business unit within the regulated entities referenced herein namely: Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 and Bernstein Autonomous LLP. For information relating to “Autonomous” branded products (including certain Sales materials) please visit: www.autonomous.com. For information relating to Bernstein branded products please visit: www.bernsteinresearch.com. Recommendations contained within one type of research product may differ from recommendations contained within other types of research products, whether as a result of differing time horizons, methodologies or otherwise. Furthermore, views or recommendations within a research product issued under any particular brand may differ from views or recommendations under the same type of research product issued under another brand. The Research Ratings System for the Autonomous brand and the Bernstein brand and other information related to those Rating Systems are below.
- On and as of April 1, 2019, AllianceBernstein L.P. acquired Autonomous Research. As a result of the acquisition, the research activities formerly conducted by Autonomous Research US LP were assumed by Sanford C. Bernstein & Co., LLC, which continues to publish research under the Autonomous Research US brand and the research activities formerly conducted by Autonomous Research Asia Limited were assumed by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which continues to publish research under the Autonomous Research Asia brand.
- On and after close of business on December 31, 2020, as part of an internal reorganisation of the corporate group, Sanford C. Bernstein Limited transferred its business to its affiliate Autonomous Research LLP. Subsequent to this transfer, Autonomous Research LLP changed its name to Bernstein Autonomous LLP. As a result of the reorganisation, the research activities formerly conducted by Sanford C. Bernstein Limited were assumed by Bernstein Autonomous LLP, which is authorised and regulated by the Financial Conduct Authority (FRN 500498) and now publishes research under the Bernstein Research Brand.
- Please note that all price targets, recommendations and historical price charts are unaffected by the transfer of the business from Sanford C. Bernstein Limited and have been carried forward unchanged to Bernstein Autonomous LLP. You can continue to find this information on the Bernstein website at www.bernsteinresearch.com.
- References to "Bernstein" or the “Firm” in these disclosures relate to the following entities: Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP, Sanford C. Bernstein Limited (for dates prior to January, 1, 2021), Autonomous Research LLP (for dates between April 1, 2019 and December 31, 2020), Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (India) Private Limited (SEBI registration no. INH000006378) and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C.
- Analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.
- The Bernstein brand rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Europe Index (MSDLE15) for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, versus the MSCI Japan (MXJP) for stocks listed on the Japanese exchanges, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. The Bernstein brand has three categories of ratings:

  Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

  Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

  Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

  Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.
- For purposes of the Market Abuse Regulation (MAR) and the FINRA Rule 2241, ‘Outperform’ is classified as a Buy, ‘Market-Perform’ is classified as a Hold, and ‘Underperform’ is classified as a Sell
- As of 06/07/2021, Bernstein branded ratings were distributed as follows: 307 Outperform - 53.7% (0.0% banking clients) ; 207 Market-Perform - 36.2% (0.0% banking clients); 58 Underperform - 10.1% (0.0% banking clients); 0 Not Rated - 0.0% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services. All figures are updated quarterly and represent the cumulative ratings over the previous 12 months. These ratings relate solely to the investment research ratings for companies covered under the Bernstein brand and do not include the investment research ratings for companies covered under the Autonomous brand. This information is provided in order to comply with Article 6 of the Commission Delegated Regulation (EU) 2016/958.

**12-Month Bernstein Rating History as of 06/07/2021**

| Ticker | Rating Changes | |
|---|---|---|
| BIIB | M (RC) 06/09/20 | O (RC) 10/29/19 |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated
Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 12:36 PM.

**BIIB / Biogen Inc (USD)**

| Date | Rating | Target |
|---|---|---|
| 27-Nov-2017 | O | 318.00 |
| 09-Jul-2018 | O | 373.00 |
| 19-Oct-2018 | M | 341.00 |
| 18-Dec-2018 | M | 288.00 |
| 25-Mar-2019 | M | 246.00 |
| 01-Aug-2019 | M(SC) | 246.00 |
| 11-Oct-2019 | M(RC) | 241.00 |
| 29-Oct-2019 | O | 370.00 |
| 05-Feb-2020 | O | 390.00 |
| 22-Apr-2020 | O | 360.00 |
| 09-Jun-2020 | M | 297.00 |
| 04-Jan-2021 | M | 270.00 |




Source: Bernstein - As of 13-May-2021

O - Outperform
M - Market-Perform
U - Underperform
N - Not Rated
SC - Suspended Coverage
RC - Resumed Coverage

## OTHER IMPORTANT DISCLOSURES

The Firm produces a number of different types of research products including, among others, fundamental analysis, quantitative analysis and analytics. Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and Bernstein Autonomous LLP, each issue research products under the “Autonomous” publishing brand independently of the “Bernstein” and “Alphalytics” publishing brands. Recommendations contained within one type of research product may differ from recommendations contained within other types of research products, whether as a result of differing time horizons, methodologies or otherwise. Furthermore, views or recommendations within a research product issued under any particular brand may differ from views or recommendations under the same type of research product issued under another brand.

Where this material contains an analysis of debt product(s), such material is intended only for institutional investors and is not subject to the independence and disclosure standards applicable to debt research prepared for retail investors.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC, a broker-dealer registered with the U.S. Securities and Exchange Commission (“SEC”) and a member of the U.S. Financial Industry Regulatory Authority, Inc. (“FINRA”) is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC. Where this report has been prepared by research analyst(s) employed by a non-US affiliate (such analyst(s), “Non-US Analyst(s)”) of Sanford C. Bernstein & Co., LLC, such Non-US Analyst(s) is/are (unless otherwise expressly noted) not registered as associated persons of Sanford C. Bernstein & Co., LLC or any other SEC-registered broker-dealer and are not licensed or qualified as research analysts with FINRA or any other US regulatory authority. Accordingly, reports prepared by Non-US Analyst(s) are not prepared in compliance with FINRA’s restrictions regarding (among other things) communications by research analysts with a subject company, interactions between research analysts and investment banking personnel, participation by research analysts in solicitation and marketing activities relating to investment banking transactions, public appearances by research analysts, and trading securities held by a research analyst account.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Bernstein Autonomous LLP, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 12:36 PM.

**To our readers in Ireland and the member states of the EEA:** This publication is being distributed by Sanford C. Bernstein Ireland Limited, which is authorised and regulated by the Central Bank of Ireland.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

For the institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa"), your access to this document should not be construed as meaning that Bernstein is providing you with investment advice for any purposes. Whilst Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Bernstein has neither any contractual relationship with you nor any obligations towards you

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;
- dealing in a financial product;
- making a market for a financial product; and
- providing a custodial or depository service.

**To our readers in Canada:** If this publication is pertaining to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication is pertaining to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the SEC and FINRA into Canada under the International Dealers Exemption. This publication may not be passed onto any person in Canada unless that person qualifies as a "Permitted Client" as defined in Section 1.1 of NI 31-103.

**To our readers in India:** This publication is being distributed in India by Sanford C. Bernstein (India) Private Limited (SCB India) which is licensed and regulated by Securities and Exchange Board of India ("SEBI") as a research analyst entity under the SEBI (Research Analyst) Regulations, 2014, having registration no. INH000006378 and as a stock broker having registration no. INZ000213537. SCB India is currently engaged in the business of providing research and stock broking services.

SCB India is a private limited company incorporated under the Companies Act, 2013, on April 12, 2017 bearing corporate identification number U65999MH2017FTC293762, and registered office at Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051 , Maharashtra, India (Phone No: +91-22-68421401).

SCB India does not have any disciplinary history as on the date of this report.

The associates of SCB India or their relatives may have financial interest(s) in the subject company.

SCB India or its associates do not have actual/beneficial ownership of one percent or more securities of the subject company. SCB India is not engaged in any investment banking activities, as such, SCB India has not managed or co-managed a public offering in the past twelve months. In addition, neither SCB India nor any of its associates have received any compensation for investment banking services or merchant banking services from the subject company in the past 12 months.

SCB India or its associates may have received compensation for brokerage services from the subject company in the past twelve months.

SCB India or its associates may have received compensation for products or services other than investment banking or merchant banking or brokerage services from the subject company in the past twelve months.

SCB India and its associates have not received any compensation or other benefits from the subject company or third party in connection with the research report.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 12:36 PM.

The principal research analysts who prepared this report, a member of his or her team, are not (nor are any members of their household) an officer, director, employee or advisory board member of the companies covered in the report.

SCB India and its associate company(ies) may act as a market maker in the financial instruments of the companies covered in the report.

Sanford C. Bernstein & Co., LLC., Bernstein Autonomous LLP, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited and AllianceBernstein (Singapore) Ltd., Sanford C. Bernstein (India) Private Limited are regulated, respectively, by the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Investment Industry Regulatory Organization of Canada, by the Monetary Authority of Singapore under Singapore laws, and Securities and Exchange Board of India, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

The Firm or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

All Bernstein branded research publications are disseminated to our clients through posting on the firm's password protected website, www.bernsteinresearch.com. Certain, but not all, Bernstein branded research publications are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Bernstein branded research publications, please contact your sales representative or go to http://www.bernsteinresearch.com

The Firm and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that the Firm and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with the Firm's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Bernstein Autonomous LLP, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, 39th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, One Raffles Quay, #27-11 South Tower, Singapore 048583, or Sanford C. Bernstein (India) Private Limited, Chief Compliance Officer, Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051. Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

This report has been produced by an independent analyst as defined in Article 3 (1)(34)(i) of EU 296/2014 Market Abuse Regulation (“MAR”).

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

## CERTIFICATIONS

- Each research analyst named on the front page of this research report certifies that all of the views expressed in this publication accurately reflect his/her personal views about any and all of the subject securities or issuers and that no part of his/her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

*Approved By: CDK*

Copyright 2021, Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400. All rights reserved.
Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 12:36 PM.