*Exhibit 11*

*Cowen, "Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos," June 8, 2021*

COWEN

COWEN WASHINGTON RESEARCH GROUP

COLLABORATIVE INSIGHTS

June 8, 2021

- Biotechnology
- WRG Health Care

COWEN WASHINGTON RESEARCH GROUP
MACRO POLICY

**Eric Assaraf**
202 868 5304
eric.assaraf@cowen.com

**Rick Weissenstein**
202 868 5311
rick.weissenstein@cowen.com

COWEN RESEARCH
EQUITY RESEARCH

**Phil Nadeau, Ph.D.**
646 562 1336
phil.nadeau@cowen.com

Any portion of this report prepared by a member of Cowen Washington Research Group is intended as commentary on political, economic or market conditions and is not intended as a research report as defined by applicable regulation.

INDUSTRY UPDATE

# MEDICARE LIKELY TO COVER ADUCANUMAB, NCD POSSIBLE; UPS CHANCE OF PART B DEMOS

## THE COWEN INSIGHT

With FDA's recent Accelerated Approval of **Biogen's** Alzheimer's drug *Aduhelm* (aducanumab), the next question becomes: How will Medicare and other insurers handle coverage and payment?

Medicare is unlikely to stand in the way of coverage of aducanumab, in our view. While CMS may soon open a NCD on aducanumab, we expect the end result will be coverage in line with the FDA label.

**Medicare Likely to Cover Aducanumab (Eric Assaraf - Cowen Washington Research Group)**

With FDA's recent decision to grant an Accelerated Approval (AA) for **Biogen's** Alzheimer's drug *Aduhelm* (aducanumab), the next question becomes: How will Medicare and other insurers handle coverage and payment?

FDA granted aducanumab an Accelerated Approval based on its unambiguous effect on beta amyloid – with a confirmatory trial to support clinical benefit to follow.

According to our consultants at Prevision Policy, FDA's decision was hugely positive for the sponsors, but may have more complicated ripple effects for other drug developers. In particular, the decision could affect the future of the Accelerated Approval pathway, resulting in a new, more truly "conditional" approval process -- or reducing it to a glorified version of expanded access by allowing insurers to deny coverage based on AA status.

However, Medicare is unlikely to stand in the way of coverage of aducanumab, in our view. While the Centers for Medicare & Medicaid Services (CMS) may soon open a National Coverage Determination (NCD) on aducanumab, we expect the end result will be coverage in line with the FDA label with perhaps some additional patient and provider requirements.

While payors could rebel against covering aducanumab based on the uncertainty of the benefit of the therapy, CMS has generally enforced the FDA position that an Accelerated Approval is a "full" approval, and therefore payors cannot simply treat them as still "investigational."

**Medicare's NCD Process (Eric Assaraf - Cowen Washington Research Group)**

Medicare's NCD process is typically used for medical technologies, as therapeutics are usually streamlined for coverage and payment following FDA approval. In the absence of an NCD, coverage is at the discretion of Medicare's local carriers.

However, pharmaceuticals are increasingly triggering the NCD process as they become more costly and complex, with CAR-T therapy and **Dendreon's** *Provenge* being a few recent examples.

Click Link for full report

NCD's can be internally or externally generated and there are certain requirements that need to be met including having a benefit category and it being a formal, complete request. After that, CMS can prioritize certain requests over others.

In the case of CAR-T therapy, the NCD was externally triggered by a request from UnitedHealthcare due to "significant financial risks," and the requestor asked that the NCD be flexible to account for new evidence and indications. CAR-T therapy was ultimately covered by CMS in a final NCD in August 2019.

Medicare's NCD process itself is a nine-month process that can stretch to 12 months if CMS holds a Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) meeting.

**CMS Coverage Of Aduhelm Likely To Ramp Up Part B CMMI Demos (Rick Weissenstein - Cowen Washington Research Group)**

Whether CMS opens an NCD or not, we believe they will eventually cover *Aduhelm,* which will likely ramp up calls to revamp the Medicare part B program.

Unlike Medicare Part D, Part B pays providers 106% of the ASP of the drug, meaning Medicare pays whatever drug makers decide is the price.

Liz Fowler, who was tapped to head the Center for Medicare and Medicaid Innovation (CMMI), recently discussed the possibility of CMMI proposing drug pricing demos.

Fowler expressed support for direct government negotiation of drug pricing but said that was better handled by Congress and that her group would likely wait to see what the Democrats do in the next reconciliation bill.

When discussing the Trump Administration's "Most Favored Nation" drug pricing plan to link Medicare Part B drug prices to foreign countries, Fowler said the Biden Administration would consider the basic concept of the MFN plan but was unlikely to resurrect it as is.

"I don't know if it will take that form," Fowler said adding that the Trump MFN was stopped by the courts on a process issue not on policy.

We think it is unlikely Congress will act to overhaul the Medicare Part B program but that one or more drug pricing demos are likely. Possible demos include:

- Reviving the Obama Administration demonstration that would pay doctors a flat fee for administering drugs in Medicare Part B. That demo would have changed the ASP add-on for Part B drugs from 6 percent to 2.5 percent plus a flat fee for some doctors.

- Reviving another Obama Administration plan that would have created a reference price in therapeutic categories that have several alternative treatment options with a wide disparity in pricing in both Medicare Part D and Medicare Part B.

- Some type of MFN.

The Trump IPI and MFN were both defacto changes in the law as they affected almost all drugs in part B and most providers. We believe any CMMI demo under Fowler is likely to be much smaller in scope and much more targeted to a specific class of drugs or providers.

Lastly on timing, given Fowler's plan to wait and see what Congress does before beginning any drug pricing demos, it's likely nothing will happen until next year at the earliest.

**Medicare Reimbursement Is Key To Aduhelm's Success; Coverage In Line With Label Would Open A Large Market For Aduhelm, And Probably Questions Over Part B (Phil Nadeau - Cowen Research)**

Given the number of patients with Alzheimer's disease, the dearth of disease modifying treatments, and the faith in the amyloid hypothesis among most Alzheimer's specialists, we anticipate there will be much patient and physician demand for Aduhelm. In our opinion, a key driver of (or impediment to) its adoption will therefore be reimbursement access. However, the more successful is Aduhelm's launch, the more likely it is that Medicare Part B reimbursement policies will be re-examined.

Biogen estimates that 80% of patients with Alzheimer's disease are covered by Medicare. Much of burden for paying for Aduhelm will fall on Medicare, and its reimbursement policies will largely determine access to therapy.

Coverage in line with Aduhelm's label would enable the vast majority of patients diagnosed with Alzheimer's disease to be prescribed therapy --- according to the Aduhelm's prescribing information it is indicated simply "for the treatment of Alzheimer's disease." Patients are required to have MRIs prior to the initiation of treatment, prior to the administration of the 7th infusion, and prior to the administration of the 12th infusion. The label contains no contraindications or other meaningful restrictions. Patients do not need to have evidence of amyloid prior to being prescribed Aduhelm. Though Biogen suggests that

the therapy is most appropriate for patients with MCI or mild dementia, this limitation is not proscribed by Aduhelm's label.

According to the Alzhemier's Association, there are 6.2MM people with Alzheimer's disease in the U.S. Reimbursement consistent with Aduhelm's label would enable all to be candidates for therapy. Biogen estimates 1-2MM patients are currently diagnosed with mild cognitive impairment (MCI) or mild dementia suspected to be due to Alzheimer's disease. Biogen believes this population is most appropriate for Aduhelm treatment. Should Medicare apply similar restrictions for reimbursement, the market would nonetheless still be substantial.

Aduhelm was priced at a WAC (for maintenance therapy) of approx. $56K/patient/year. Assuming a 10-15% average gross-to-net, the net per patient annual cost will be $47.6K - $50.4K. This implies the total addressable Alzheimer's disease market is $300B. Even applying Biogen's criteria, the MCI/Mild dementia market is $50B-$100B.

Clearly Aduhelm is likely to be a significant revenue opportunity for Biogen (BIIB, Outperform, $395.37). Our 2025 Aduhelm estimate is $7B, and assumes 140K patients on therapy. Should Aduhelm achieve our estimates, Biogen would have a 13% revenue CAGR for 2021-25, one of the highest in large cap biotech. We expect this would make BIIB a top-performing large cap biotech stock.

However, as our WRG colleagues highlight, an increasingly prominent subject of debate among biotech investors is whether Medicare spend of even a fraction of Aduhelm's TAM could prompt a re-examination of Medicare Part B, particularly in light of the controversy over Aduhelm's clinical data, and the questions over the meaningfulness of its treatment effect. We suspect that the more successful is Biogen's launch, the more likely it will be that there are efforts to re-examine Medicare Part B policies.

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Biotechnology:**

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

### Investment Risks

**Biotechnology:**

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|---|---|
| BIIB | Biogen |

## Important Disclosures and Information Relating to Cowen Washington Research Group

Cowen Washington Research Group produces commentaries on political, economic or market conditions. Commentaries produced by Cowen Washington Research Group are not intended as research reports as defined in FINRA Rule 2241 Research Analysts and Research Reports or FINRA Rule 2242 Debt Research Analysts and Debt Research Reports. Sections of this report noted as authored by Cowen Washington Research Group have not been prepared, are not intended, and should not be interpreted as a research report or investment recommendation regarding securities of any company. Investors should not consider purchasing or selling securities based upon any information contained in sections of the report denoted as authored by Cowen Washington Research Group.

## Cowen Research Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures Relating to Cowen Research

Cowen and Company, LLC and or its affiliates make a market in the stock of Biogen securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports and commentaries are simultaneously available to all clients are on our client website. Research reports and commentaries are for our clients only. Not all research reports and commentaries are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research or commentaries by third party aggregators. Selected research reports and commentaries are available in printed form in addition to an electronic form. All published research reports and commentaries can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research and commentaries as appropriate, but various regulations may prevent us from doing so. Research reports and commentaries are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at June 08, 2021, 21:49 ET. and disseminated at June 08, 2021, 21:49 ET.

**Copyright, User Agreement and other general information related to this report**

© 2021 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/21**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 540 | 68.18% | 176 | 32.59% |
| Hold (b) | 243 | 30.68% | 22 | 9.05% |
| Sell (c) | 9 | 1.14% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.




**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

# POINTS OF CONTACT

## Author Profiles



**Eric Assaraf**
Washington, DC
202 868 5304
eric.assaraf@cowen.com



**Rick Weissenstein**
Washington, DC
202 868 5311
rick.weissenstein@cowen.com



**Phil Nadeau, Ph.D.**
New York
646 562 1336
phil.nadeau@cowen.com

Eric Assaraf is with Cowen Washington Research Group covering health care. He received degrees from the University of Maryland.

Rick Weissenstein is with Cowen Washington Research Group covering health care. He has degrees from Millikin and University of Illinois.

Phil Nadeau is a senior analyst covering biotech. He joined Cowen in 2000 and holds an SB/M.Eng from MIT, and a Ph.D. from Harvard.

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500