*Exhibit 12*

*Guggenheim, "BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics' PT to $455," June 8, 2021*

GUGGENHEIM

June 8, 2021

**Yatin Suneja**
yatin.suneja@guggenheimpartners.com
212 518 9565

**Eddie Hickman, Ph.D.**
eddie.hickman@guggenheimpartners.com
212 518 9904

# BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455

**BIIB** BUY

**Biogen Inc.**
**Sector: Biotechnology**

## Price Target Change

| | |
|---|---|
| Share Price | $395.37 |
| Price Target | $455.00 |
| *Prior* | *$325.00* |

**Revenue ($B)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2021** | 2.7 | 2.6E | 2.6E | 2.7E | 10.6E |
| *Prior* | — | — | — | *2.6E* | *10.5E* |
| **P/S** | | | | | 5.6x |
| **2022** | — | — | — | — | 11.9E |
| *Prior* | — | — | — | — | *10.6E* |
| **P/S** | | | | | 5.0x |
| **2023** | — | — | — | — | 14.1E |
| *Prior* | — | — | — | — | *11.8E* |
| **P/S** | | | | | 4.2x |

**EPS ($)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2021** | 5.34 | 4.32E | 4.31E | 4.43E | 18.40E |
| *Prior* | — | *4.54E* | *4.30E* | *4.29E* | *18.47E* |
| **P/E** | | | | | 21.5x |
| **2022** | — | — | — | — | 22.70E |
| *Prior* | — | — | — | — | *20.45E* |
| **P/E** | | | | | 17.4x |
| **2023** | — | — | — | — | 28.05E |
| *Prior* | — | — | — | — | *24.35E* |
| **P/E** | | | | | 14.1x |

**Financial Metrics**

| | |
|---|---|
| Cash (M) | 3,359 |
| **Market Data** | |
| 52-Week Range | $223.25 - $468.55 |
| Shares Out (M) | 150.6 |
| Market Cap (M) | $59,525 |
| ADV (3 mo; 000) | 1,380 |
| Long Term Debt (M) | $7,267 |

**Key Message:** Yesterday (6/7), the FDA approved Aduhelm (aducanumab; amyloid-targeting antibody) for the treatment of Alzheimer's disease. We were encouraged (albeit surprised) by the broad label (all AD patients eligible) and the accelerated approval based on a surrogate endpoint of amyloid reduction (not cognition) as well as the lack of REMS or blackbox warnings. The average yearly maintenance price will be $56K (first year price is $41K; no price increase for next 4 years), which could imply at least $15.5B market opportunity for Aduhelm (see our notes HERE, HERE, and HERE). After this morning's conference call with management, we are further encouraged by the steps BIIB has taken so far to prepare for the launch, with manufacturing on track and 900+ sites ready to implement dosing in the next 2 weeks. While we acknowledge significant limitations to rapid broad adoption related to payer coverage (majority of AD patients covered by Medicare) and the need for PET and/or CSF validation of amyloid pathology (see take from our payer expert below), we believe that based on the large addressable population (BIIB estimates up to 2MM patients with amyloid pathology), the TAM could be in the $50-100B range. We now estimate >$11.70B in peak U.S. sales (~20% peak penetration, assuming 1.1M eligible AD patients), with global peak sales (2032E) of $15.50B. Reiterate BUY and increase our PT to $455 (from $325).

**Total addressable market for Aduhelm is large...** BIIB estimates that ~1-2 million people in the U.S. that have been clinically diagnosed with MCI or mild dementia suspected to be due to Alzheimer's disease would have confirmed amyloid beta pathology, if tested, making them candidates for Aduhelm, based on its broad label (at an average cost of $50K/year, this would imply >$50-100B TAM for the drug).

**...but payer and diagnostic challenges may temper early uptake.**

- **Majority of patients are covered by Medicare.** BIIB estimates that the majority (~80%) of Alzheimer's patients are covered by Medicare and depending on the specific plan, Aduhelm will come at only limited cost. BIIB notes that patients over 65 who are on a Medicare "fee for service" plan also have secondary healthcare coverage that limits out-of-pocket exposure, while patients on the "Medicare Advantage" plan also have maximum out-of-pocket costs that vary by plan. For Medicare fee for service, coverage is automatically presumed with FDA approval. While we currently have limited insight into predicting how these payer conversations will evolve, we acknowledge that the cost burden for the Medicare system will be considerably strained if steps aren't taken to manage the reimbursement for Aduhelm, especially given this will be a chronically administered drug.
- **Approval is based on amyloid pathology, which needs to be verified with a PET scan or CSF test.** By not including any official requirements for amyloid pathology on the label, the FDA is putting the decision on healthcare providers on whether to verify the presence of plaques targeted by Aduhelm. BIIB realizes that, while their drug will be covered, these required diagnostic tests may not be, so they are currently continuing to work with a coalition of healthcare and advocacy organizations to support a pathway to PET reimbursement from care managed fee (CMF) and believe they will need both the CSF test and the PET reimbursement to ensure all patients are eligible (some patients, ~30-40%, can't get a spinal tap for CSF and many locations can't easily access the PET ligand tracer). We believe that right now most AD patients do not have verified amyloid pathology and getting patients this verification will be a key focus modeling the uptake of the drug.
- **PET scan reimbursement could provide headwinds to early uptake, per our expert.** We spoke with an expert in insurance payer dynamics, and she emphasized that PET


Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:31 PM.

scans to confirm or diagnose amyloid pathology are not considered the current standard of care for treating AD. Because the label specifies that the drug activity is meant to reduce amyloid plaques, patients will likely need a confirmatory PET scan to receive a prescription, which will not be covered by Medicare (as it's not part of normal treatment). BIIB noted that patients will likely need either PET or CSF markers (requiring a spinal tap) to become a candidate for the drug, and we believe this might create a bottleneck to getting patients on drug. If BIIB can significantly aid in getting these PET scans paid for (which they are attempting by establishing a program with Labcorp [NYSE:LH] and Mayo Clinic Laboratories to help physicians and patients access CSF diagnostic laboratory testing to aid in the diagnosis of Alzheimer's disease) uptake will be stronger. We note that BIIB indicated that the final decision on whether a PET is required will be the prescribing physician.

**Aduhelm sales estimates**. We now estimate >$11.7B in Aduhelm peak U.S. sales (at ~20% peak market penetration, 1.1M eligible AD patients), with global peak sales (2032E) of $15.5B.

**Model changes.** After the Aduhelm approval we are increasing our FY2021-2024 revenue estimates to $10,568MM, $11,851MM, $14,107MM, $17,087MM (from $10,507MM, $10,636MM, $11,786MM and $13,045MM) and our FY2021-2024 non-GAAP EPS estimates to $18.40, $22.70, $28.05, $34.95 (from $18.47, $20.45, $24.35, $29.03).


Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:31 PM.

## BIIB Valuation and Risks

### Valuation:

- After the approval of Aduhelm for AD, we are increasing our PT for BIIB to $455 (from $325). Our new PT is derived from a SOTP NPV analysis that includes: **(1)** NPV of current BIIB base business (not including Aduhelm) at a discount rate of 8% (NPV/share = $213), **(2)** a NPV analysis of Aduhelm that includes peak global revenue at >$15B and peak U.S. revenue at >$11B at 20% penetration into the market (NPV/share = $217), **(3)** pipeline value (NPV/share = $50), and **(4)** net cash (NPV/share =$-26).
- This PT is supported by a comparable analysis where we assume BIIB trades at a 17x 2023 EPS multiple (2x premium to peer companies), which values the stock at $477.

**Risks:** Failure of WATERFALL and/or other ongoing zuranolone/SAGE-324 trials from SAGE, continued headwinds on MS franchise, slower-than-expected Adhelm launch in light of approval controversy.


*See pages 5 - 6 for analyst certification and important disclosures.*

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:31 PM.

# Exhibit 1. P&L

Biogen (NASDAQ:BIIB)

Yatin Suneja — 212.518.9565 — yatin.suneja@guggenheimpartners.com

| BIIB: P&L ($MM), except per share units | FY 2017A | FY 2018A | FY 2019A | Mar 1Q20A | Jun 2Q20A | Sep 3Q20A | Dec 4Q20A | FY 2020A | Mar 1Q21A | Jun 2Q21E | Sep 3Q21E | Dec 4Q21E | FY 2021E | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E | FY 2027E | FY 2028E | FY 2029E | FY 2030E | CAGR 20-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avonex | 2,152 | 1,915 | 1,666 | 366 | 388 | 381 | 356 | 1,491 | 311 | 340 | 330 | 330 | 1,311 | 1,300 | 1,250 | 1,175 | 1,100 | 1,025 | 950 | 875 | 800 | 725 | -6% |
| Plegridy | 494 | 449 | 436 | 100 | 93 | 93 | 100 | 386 | 89 | 92 | 92 | 92 | 365 | 360 | 350 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | -3% |
| **Total Interferon Franchise** | **2,646** | **2,364** | **2,102** | **466** | **481** | **474** | **456** | **1,877** | **401** | **432** | **422** | **422** | **1,677** | **1,660** | **1,600** | **1,500** | **1,425** | **1,350** | **1,275** | **1,200** | **1,125** | **1,050** | -5% |
| *YoY change* | -5.3% | -10.7% | -11.1% | -6.9% | -13.2% | -10.5% | -11.7% | -10.7% | -14.1% | -10.2% | -11.0% | -7.5% | -10.7% | -1.0% | -3.6% | -6.3% | -5.0% | -5.3% | -5.6% | -5.9% | -6.3% | -6.7% | |
| Tecfidera | 4,214 | 4,274 | 4,433 | 1,098 | 1,182 | 953 | 608 | 3,841 | 479 | 410 | 378 | 365 | 1,632 | 1,250 | 1,250 | 1,150 | 725 | 225 | 225 | 225 | 225 | 225 | -38% |
| *YoY change* | 6.2% | 1.4% | 3.7% | 10.0% | 2.7% | -15.1% | -47.7% | -13.4% | -56.4% | -65.3% | -60.3% | -40.0% | -57.5% | -23.4% | 0.0% | -8.0% | -37.0% | -69.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Vumerity | 0 | 0 | 6 | 2 | 9 | 15 | 39 | 65 | 74 | 84 | 94 | 100 | 352 | 525 | 675 | 750 | 850 | 950 | 1,000 | 1,025 | 1,050 | 1,075 | |
| | | | | | | | | | 2966.7% | 888.2% | 526.7% | 157.1% | 442.6% | 49.3% | 28.6% | 11.1% | 13.3% | 11.8% | 5.3% | 2.5% | 2.4% | 2.4% | |
| | | | | | | | | | 89.2% | 14.1% | 11.9% | 6.4% | | | | | | | | | | | |
| Tysabri | 1,973 | 1,864 | 1,892 | 522 | 432 | 517 | 475 | 1,946 | 503 | 462 | 470 | 470 | 1,905 | 1,650 | 1,650 | 1,575 | 1,525 | 1,475 | 1,425 | 1,400 | 1,375 | 1,350 | -5% |
| *YoY change* | 0.5% | -5.5% | 1.5% | 13.5% | -7.6% | 6.8% | 0.5% | 2.8% | -3.7% | 6.9% | -9.0% | -1.1% | -2.1% | -13.4% | 0.0% | -4.5% | -3.2% | -3.3% | -3.4% | -1.8% | -1.8% | -1.8% | |
| Fampyra | 92 | 93 | 97 | 28 | 23 | 27 | 25 | 104 | 27 | 25 | 25 | 25 | 102 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | -1% |
| **Total MS Franchise** | **8,977** | **8,596** | **8,524** | **2,118** | **2,127** | **1,985** | **1,603** | **7,832** | **1,483** | **1,413** | **1,389** | **1,382** | **5,667** | **5,185** | **5,275** | **5,075** | **4,625** | **4,100** | **4,025** | **3,950** | **3,875** | **3,800** | -10% |
| *YoY change* | +1.8% | -4.3% | -0.8% | 6.8% | -3.5% | -8.1% | -26.5% | -8.1% | -30.0% | -33.6% | -30.0% | -13.8% | -27.6% | -8.5% | 1.7% | -3.8% | -8.9% | -11.4% | -1.8% | -1.9% | -1.9% | -1.9% | |
| *QoQ change* | | | | -3.0% | 0.4% | -6.7% | -19.2% | | -7.5% | -4.7% | -1.7% | -0.5% | | | | | | | | | | | |
| **Spinraza (SMN)** | **884** | **1,724** | **2,097** | **565** | **495** | **494** | **498** | **2,052** | **521** | **458** | **454** | **451** | **1,884** | **1,700** | **1,650** | **1,575** | **1,550** | **1,525** | **1,500** | **1,475** | **1,450** | **1,425** | -5% |
| *YoY change* | | +95.1% | +21.6% | +9.0% | +1.3% | -9.6% | -8.3% | -+2.1% | -7.9% | -7.4% | -8.2% | -9.4% | -+8.2% | -+9.7% | -2.9% | -4.5% | -1.6% | -1.6% | -1.6% | -1.7% | -1.7% | -1.7% | |
| *QoQ change* | | | | 4.0% | -12.5% | 0.0% | 0.7% | | 4.5% | -12.0% | -0.9% | -0.7% | | | | | | | | | | | |
| **Aducanumab (Alzheimer's)** | - | - | - | - | - | - | - | - | - | | **35** | **80** | **115** | **1,880** | **3,819** | **6,525** | **9,703** | **11,937** | **13,213** | **13,773** | **14,188** | **14,613** | |
| *YoY change* | | | | | | | | | | | | | | 1534.8% | 103.1% | 70.9% | 48.7% | 23.0% | 10.7% | 4.2% | 3.0% | 3.0% | |
| Benepali (Enbrel) | 371 | 485 | 486 | 134 | 106 | 124 | 118 | 482 | 122 | 124 | 126 | 128 | 500 | 525 | 575 | 600 | 625 | 650 | 650 | 650 | 650 | 650 | |
| Flixabi (Remicade) | 9 | 43 | 68 | 24 | 21 | 28 | 26 | 98 | 26 | 26 | 26 | 26 | 104 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | |
| Imraldi (Humira) | | 17 | 184 | 62 | 45 | 56 | 54 | 216 | 58 | 58 | 60 | 62 | 238 | 255 | 275 | 295 | 305 | 315 | 325 | 335 | 345 | 350 | |
| **Biosimilars** | **380** | **545** | **738** | **219** | **172** | **208** | **197** | **796** | **205** | **208** | **212** | **216** | **841** | **930** | **1,000** | **1,045** | **1,080** | **1,115** | **1,125** | **1,135** | **1,145** | **1,150** | 6% |
| *YoY change* | +277.2% | +43.5% | +35.4% | +25.5% | -6.9% | 13.2% | +0.8% | +7.8% | -6.3% | 21.2% | 2.0% | 9.4% | +5.7% | +10.6% | +7.5% | +4.5% | +3.3% | +3.2% | +0.9% | +0.9% | +0.9% | +0.4% | |
| Fumaderm | 40 | 22 | 15 | 3 | 3 | 3 | 3 | 12 | 3 | 3 | 3 | 3 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | |
| Zuranolone (risk-adjusted) | | | | | | | | | | | | | | 21 | 231 | 730 | 1,253 | 1,790 | 2,101 | 2,184 | 2,236 | 2,283 | |
| **Total Other Products** | **1,303** | **2,292** | **2,851** | **787** | **669** | **705** | **699** | **2,860** | **728** | **669** | **669** | **670** | **2,737** | **2,663** | **2,893** | **3,362** | **3,895** | **4,442** | **4,738** | **4,806** | **4,843** | **4,870** | 8% |
| *YoY change* | +761.8% | +75.9% | +24.4% | +12.9% | -+1.1% | -+4.0% | -+6.0% | +0.3% | -7.5% | 0.0% | -5.1% | -4.1% | -+4.3% | -+2.7% | 8.6% | 16.2% | 15.8% | 14.0% | 6.7% | 1.4% | 0.8% | 0.6% | |
| **Total Product Sales** | **10,355** | **10,887** | **11,374** | **2,905** | **2,796** | **2,690** | **2,302** | **10,692** | **2,212** | **2,082** | **2,093** | **2,132** | **8,519** | **9,728** | **11,987** | **14,962** | **18,224** | **20,479** | **21,976** | **22,530** | **22,906** | **23,283** | 11% |
| *Y/Y growth* | +5.5% | +5.1% | +4.5% | +8.4% | -2.9% | -7.1% | -21.3% | -6.0% | -23.9% | -25.5% | -22.2% | -7.4% | -20.3% | +14.2% | 23.2% | 24.8% | 21.8% | 12.4% | 7.3% | 2.5% | 1.7% | 1.6% | |
| *QoQ change* | | | | | | | | | | | | | | | | | | | | | | | |
| *U.S. Rituxan/Gazyva Sales* | 4,207 | 4,483 | 4,747 | 1,078 | 808 | 814 | 634 | 3,334 | 551 | 525 | 500 | 475 | 2,051 | 1,539 | 1,154 | 865 | 649 | 487 | 365 | 274 | 205 | 154 | -27% |
| WW Anti-CD20 Revenue | 1,559 | 1,980 | 2,290 | 520 | 478 | 560 | 419 | 1,978 | 389 | 419 | 424 | 424 | 1,656 | 1,623 | 1,620 | 1,625 | 1,628 | 1,651 | 1,664 | 1,686 | 1,725 | 1,734 | -3% |
| Rituxan/Gazyva revenue | 1390 | 1501 | 1603 | 358 | 270 | 288 | 217 | 1132 | 180 | 172 | 164 | 156 | 672 | 521 | 397 | 304 | 234 | 182 | 143 | 113 | 91 | 75 | |
| Ocrevus royalties | 169 | 479 | 688 | 162 | 208 | 273 | 202 | 845 | 209 | 247 | 260 | 268 | 984 | 1102 | 1223 | 1321 | 1394 | 1469 | 1521 | 1573 | 1634 | 1660 | 10% |
| *Royalties as a % of U.S. sales* | 37% | 44% | 48% | 48% | 59% | 69% | 66% | 59% | 71% | 80% | 85% | 89% | 81% | 105% | 140% | 188% | 251% | 339% | 456% | 616% | 840% | 1126% | |
| Royalties and Other | 360 | 586 | 708 | 109 | 408 | 126 | 132 | 775 | 93 | 100 | 100 | 100 | 393 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | -7% |
| **Revenues** | **12,274** | **13,453** | **14,372** | **3,534** | **3,682** | **3,376** | **2,853** | **13,445** | **2,694** | **2,601** | **2,617** | **2,656** | **10,568** | **11,851** | **14,107** | **17,087** | **20,352** | **22,630** | **24,140** | **24,716** | **25,131** | **25,517** | 9% |
| *Y/Y growth* | +7.2% | +9.6% | +6.8% | 1.3% | 1.8% | -6.2% | -22.3% | -6.5% | -23.8% | -29.4% | -22.5% | -6.9% | -21.4% | 12.1% | 19.0% | 21.1% | 19.1% | 11.2% | 6.7% | 2.4% | 1.7% | 1.5% | |
| *Q/Q growth* | | | | -3.7% | +4.2% | -+8.3% | -15.5% | | -5.6% | -+3.5% | +0.6% | 1.5% | | | | | | | | | | | |
| COGS | 1630 | 1816 | 1955 | 454 | 411 | 449 | 491 | 1805 | 478 | 480 | 482 | 491 | 1932 | 2046 | 2497 | 3092 | 3745 | 4196 | 4495 | 4606 | 4681 | 4757 | 15% |
| *Gross Margin* | 87% | 86% | 86% | 87% | 89% | 87% | 83% | 87% | 82% | 82% | 82% | 82% | 82% | 83% | 82% | 82% | 82% | 81% | 81% | 81% | 81% | 81% | |
| R&D | 2254 | 2425 | 2281 | 476 | 458 | 540 | 642 | 2116 | 514 | 600 | 605 | 610 | 2329 | 2,400 | 2,450 | 2,500 | 2,550 | 2,600 | 2,650 | 2,700 | 2,750 | 2,800 | 3% |
| *% Revenues* | 18% | 18% | 16% | 13% | 12% | 16% | 22.5% | 15.7% | 19% | 23% | 23% | 23.0% | 22.0% | 20% | 17% | 15% | 13% | 11% | 11% | 11% | 11% | 11% | |
| SG&A | 1936 | 2106 | 2375 | 569 | 555 | 573 | 806 | 2503 | 595 | 695 | 705 | 710 | 2705 | 2,950 | 3,050 | 3,150 | 3,250 | 3,300 | 3,350 | 3,400 | 3,450 | 3,500 | 5% |
| *% Revenues* | 16% | 16% | 17% | 16% | 15% | 17% | 28% | 18.6% | 22% | 27% | 27% | 27% | 25.6% | 25% | 22% | 18% | 16% | 15% | 14% | 14% | 14% | 14% | |
| Gain On Sale of Rights | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other | 93 | 302 | 194 | 72 | 21 | 61 | 54 | 208 | 69 | 0 | 0 | 0 | 69 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Collaboration profit share (Paid to Eisai/SAGE) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 173 | 705 | 1511 | 2163 | 2649 | 2731 | 2759 | 2838 | 2914 | |
| **Total Expenses** | **5,912** | **6,649** | **6,805** | **1,571** | **1,446** | **1,623** | **1,992** | **6,633** | **1,656** | **1,775** | **1,792** | **1,811** | **7,034** | **7,570** | **8,704** | **10,257** | **11,711** | **12,750** | **13,232** | **13,472** | **13,727** | **13,979** | 12% |
| Net Income Before Interest & Taxes | 6,362 | 6,804 | 7,567 | 1,963 | 2,236 | 1,753 | 860 | 6,812 | 1,038 | 826 | 825 | 845 | 3,534 | 4,281 | 5,402 | 6,831 | 8,640 | 9,880 | 10,908 | 11,244 | 11,403 | 11,538 | 6% |
| *Operating Margin* | 52% | 51% | 53% | 56% | 61% | 52% | 30% | 51% | 39% | 32% | 32% | 32% | 33% | 36% | 38% | 40% | 42% | 44% | 45% | 45% | 45% | 45% | |
| Interest & Other Expenses | (215) | 11 | (101) | (51) | (81) | (52) | (25) | (209) | (71) | (45) | (45) | (45) | (206) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | |
| Income Taxes | 1,498 | 1,438 | 1,181 | 330 | 398 | 311 | 130 | 1,169 | 153 | 124 | 124 | 127 | 529 | 704 | 920 | 1,154 | 1,472 | 1,671 | 1,903 | 1,962 | 1,988 | 2,013 | |
| *Tax Rate* | 24% | 21% | 16% | 17% | 18% | 18% | 16% | 18% | 16% | 16% | 16% | 16% | 16% | 17% | 17% | 17% | 17% | 17% | 18% | 18% | 18% | 18% | |
| Non-GAAP Net Income | 4,645 | 5,377 | 6,285 | 1,582 | 1,757 | 1,390 | 706 | 5,435 | 813 | 657 | 656 | 673 | 2,798 | 3,527 | 4,432 | 5,626 | 7,118 | 8,159 | 8,954 | 9,231 | 9,365 | 9,475 | 7% |
| *Net Margin* | 38% | 40% | 44% | 45% | 48% | 41% | 25% | 40% | 30% | 25% | 25% | 25% | 26% | 30% | 31% | 33% | 35% | 36% | 37% | 37% | 37% | 37% | |
| **Non-GAAP EPS** | **$21.81** | **$26.20** | **$33.53** | **$9.14** | **$10.92** | **$8.84** | **$4.58** | **$33.69** | **$5.34** | **$4.32** | **$4.31** | **$4.43** | **$18.40** | **$22.70** | **$28.05** | **$34.95** | **$43.40** | **$49.15** | **$53.30** | **$54.30** | **$54.45** | **$54.45** | 6% |
| *YoY change* | 8% | 20% | 28% | 31% | 19% | -4% | -45.0% | 0% | -42% | -60% | -51% | -3.4% | -45% | 23% | 24% | 25% | 24% | 13% | 8% | 2% | 0% | 0% | |
| *QoQ change* | | | | 10% | 19% | -19% | -48% | | 16% | -19% | 0% | 3% | | | | | | | | | | | |
| Non-cash stock compensation | 160 | 170 | 217 | 75 | 44 | 62 | 27 | 208 | 76 | 57 | 58 | 58 | 249 | 237 | 282 | 342 | 407 | 453 | 483 | 494 | 503 | 510 | |
| Adjustment for tax provision | 39 | 36 | 36 | 13 | 8 | 11 | 4 | 37 | 12 | 9 | 9 | 9 | 40 | 39 | 48 | 58 | 70 | 77 | 85 | 87 | 88 | 89 | |
| Net Income including non-cash stock comp | 4,524 | 5,242 | 6,104 | 1,520 | 1,721 | 1,340 | 683 | 5,263 | 749 | 609 | 607 | 624 | 2,589 | 3,329 | 4,199 | 5,343 | 6,781 | 7,783 | 8,556 | 8,824 | 8,951 | 9,054 | |
| **Non-GAAP EPS including stock comp** | **$21.24** | **$25.54** | **$32.57** | **$8.78** | **$10.70** | **$8.52** | **$4.43** | **$32.63** | **$4.92** | **$4.00** | **$3.99** | **$4.10** | **$17.02** | **$21.42** | **$26.57** | **$33.19** | **$41.35** | **$46.89** | **$50.93** | **$51.90** | **$52.04** | **$52.04** | 6% |
| *YoY change* | 33% | 84% | 141% | 31% | 19% | -4% | -45% | 3% | -42% | -60% | -51% | -3% | -76% | 83% | 106% | 109% | 161% | 26% | 69% | 17% | 2% | 0% | |
| **GAAP EPS** | **$11.92** | **$21.58** | | **$8.08** | **$9.59** | **$4.46** | **$2.32** | | | | | | | | | | | | | | | | |
| Diluted Shares Outstanding (MM) | 213 | 205 | 187 | 173 | 161 | 157 | 154 | 161 | 152 | 152 | 152 | 152 | 152 | 155 | 158 | 161 | 164 | 166 | 168 | 170 | 172 | 174 | |

*Non-GAAP EPS, excludes stock-comp and other 1x items*

| *Consensus* | FY 2017A | FY 2018A | FY 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | FY 2020A | 1Q21A | 2Q21E | 3Q21E | 4Q21E | FY 2021E | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E | FY 2027E | FY 2028E | FY 2029E | FY 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Revenues ($MM)* | 12,025 | 13,310 | 14,228 | 3,534 | 3,682 | 3,376 | 2,796 | 13,379 | 2,694 | 2,612 | 2,650 | 2,639 | 10,594 | 10,916 | 11,746 | 13,013 | 14,122 | 12,888 | 13,722 | #N/A | #N/A | #N/A |
| *% above(below) consensus* | 2% | 1% | 1% | 0% | 0% | 0% | 2% | 0% | 0% | 0% | -1% | 1% | 0% | 9% | 20% | 31% | 44% | 76% | 76% | #N/A | #N/A | #N/A |
| *EPS ($)* | $21.99 | $25.86 | $33.11 | $9.14 | $10.26 | $8.84 | $4.78 | $33.62 | $5.34 | $4.62 | $4.56 | $3.99 | $18.47 | $20.88 | $24.47 | $28.44 | $33.33 | $30.51 | $33.27 | #N/A | #N/A | #N/A |
| *% above(below) consensus* | -1% | 1% | 1% | 0% | 6% | 0% | -4% | 0% | 0% | -7% | -5% | 11% | 0% | 9% | 15% | 23% | 30% | 61% | 60% | #N/A | #N/A | #N/A |

| | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 1Q21A |
|---|---|---|---|---|---|
| *Cash* | $4,830 | $5,250 | $4,590 | $3,382 | $3,359 |
| *Debt* | $5,962 | $7,424 | $7,424 | $7,426 | $7,267 |
| ***Net Cash*** | -$1,132 | -$2,173 | -$2,834 | -$4,044 | -$3,908 |

Source: Guggenheim Securities LLC, Research; BIIB regulatory filings



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:31 PM.

## ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

## IMPORTANT DISCLOSURES

The research analyst(s) whose name(s) appear(s) in this report have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Biogen Inc. is or was during the 12-month period preceding the date of the distribution of this report a client of Guggenheim Securities, LLC. Guggenheim Securities, LLC provided Biogen Inc. investment banking services.

Guggenheim Securities, LLC or its affiliates received compensation for investment banking services from Biogen Inc. during the past 12 months.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Biogen Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.




## RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses


Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:31 PM.

of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

### RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:

| | | | IB Serv./ Past 12Mos. | |
|---|---|---|---|---|
| **Rating Category** | **Count** | **Percent** | **Count** | **Percent** |
| BUY | 272 | 66.18% | 62 | 22.79% |
| NEUTRAL | 134 | 32.60% | 9 | 6.72% |
| SELL | 5 | 1.22% | 1 | 20.00% |

### OTHER DISCLOSURES

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the “Order”), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as “relevant persons”). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

Copyright © 2021 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.


Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:31 PM.

# Guggenheim Securities Equity Research & Equities Teams

## Consumer Equity Research

**Automotive**
**Ali Faghri** 310.319.2562
Ali.Faghri@guggenheimpartners.com

**Beverages & Food Producers**
**Laurent Grandet** 212.372.6368
Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
**John Heinbockel** 212.381.4135
John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
**Steven Forbes, CFA, CPA** 212.381.4188
Steven.Forbes@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
**Robert Drbul** 212.823.6558
Robert.Drbul@guggenheimpartners.com

## Consumer Equities Team

**Consumer Sector Specialist**
**Carey Kaufman** 504.299.3424
Carey.Kaufman@guggenheimpartners.com

## Energy & Power Equity Research

**Energy Technology**
**Joseph Osha, CFA** 415.852.6468
Joseph.Osha@guggenheimpartners.com

**Power & Utilities**
**Shahriar Pourreza, CFA** 212.518.5862
Shahriar.Pourreza@guggenheimpartners.com

## Technology, Media & Telecom Equity Research

**Entertainment & Digital Media**
**Michael Morris, CFA** 804.253.8025
Michael.Morris@guggenheimpartners.com

**Curry Baker** 804.253.8029
Curry.Baker@guggenheimpartners.com

**Financial Technology**
**Jeff Cantwell, CFA** 212.823.6543
Jeffrey.Cantwell@guggenheimpartners.com

**Software**
**Imtiaz Koujalgi** 212 518 9398
Imtiaz.Koujalgi@guggenheimpartners.com

**Ken Wong, CFA** 415.852.6465
Ken.Wong@guggenheimpartners.com

## Healthcare Equity Research

**Animal Health, Life Science Tools and Omics**
**David Westenberg, CFA** 617.859.4624
David.Westenberg@guggenheimpartners.com

**Biotechnology**
**Debjit Chattopadhyay, Ph.D.** 212.823.6584
Debjit.Chattopadhyay@guggenheimpartners.com

**Etzer Darout, Ph.D.** 617.859.4609
Etzer.Darout@guggenheimpartners.com

**Michael Schmidt, Ph.D.** 617.859.4636
Michael.Schmidt@guggenheimpartners.com

**Yatin Suneja** 212.518.9565
Yatin.Suneja@guggenheimpartners.com

**Charles Zhu, Ph.D.** 212.518.9501
Charles.Zhu@guggenheimpartners.com

**Emerging Pharmaceuticals**
**Dana Flanders, CFA** 212.293.2820
Dana.Flanders@guggenheimpartners.com

**Global Biopharmaceuticals**
**Seamus Fernandez** 617.859.4637
Seamus.Fernandez@guggenheimpartners.com

**Healthcare Technology & Distribution**
**Glen Santangelo** 212.518.9294
Glen.Santangelo@guggenheimpartners.com

**Medical Supplies & Devices**
**Chris Pasquale** 212.518.9420
Chris.Pasquale@guggenheimpartners.com

## Healthcare Equities Team

**Healthcare Sector Specialist**
**Whitney Wolfe** 212.518.9630
Whitney.Wolfe@guggenheimpartners.com

**Senior Healthcare Policy Consultant**
**Neal Masia** 212.518.9750
Neal.Masia@guggenheimpartners.com

## Sales and Trading Offices

| | |
|---|---|
| New York | 212.292.4700 |
| San Francisco | 415.852.6451 |
| Boston | 617.859.4626 |
| Los Angeles | 310.260.6832 |
| Richmond | 804.253.8052 |

GUGGENHEIM

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:31 PM.