# *Exhibit 14*

*Piper Sandler, "Biogen Inc. (BIIB) - More Commercial Questions Than Answers After Aduhelm Investor Call," June 8, 2021*

PIPER | SANDLER

HOT COMMENT
June 8, 2021

# Biogen Inc. (BIIB) — Neutral

## More Commercial Questions Than Answers After Aduhelm Investor Call

**PRICE: US$395.85**
**TARGET: US$384.00**
19x 2022E non-GAAP diluted EPS, discounted back at 15% to 1H22

**Christopher J. Raymond**
Sr. Research Analyst, Piper Sandler & Co.
312 267-5086, christopher.raymond@psc.com

**Allison M. Bratzel, CFA**
Research Analyst, Piper Sandler & Co.
312 267-5025, allison.bratzel@psc.com

**Nicole A. Gabreski, PhD**
Research Analyst, Piper Sandler & Co.
312 267-5073, nicole.gabreski@psc.com

### CONCLUSION

**Remain Neutral rated on BIIB shares.** Circling back after management hosted an investor call focused on the Aduhelm launch, we think investors who are viewing Aduhelm's broad label, much higher-than-anticipated price and primarily Medicare population as essentially a "blank check" may be overlooking a number of key details. Specifically, we would remind investors that CMS does have levers to limit the use of particular therapies to only those patients who could benefit from it. These include initiating an NCD (internally driven or at the request of a commercial payer) or CED to limit or delay coverage, among other tools. Bottom line: while FDA's liberal approach here is without precedent, and BIIB's bold pricing strategy clearly has raised some eyebrows, we think a lot of blanks still need to be filled in with regard to CMS/payer reaction, and would urge caution before opening the floodgates on Aduhelm expectations.

- **Value-based pricing, Biogen-style**. BIIB hosted an investor call today, outlining the company's launch plans for Aduhelm, indicating the drug will be launched within the next 2 weeks. With much time devoted to manufacturing capacity, it's clear that management is anticipating massive demand. Also clear, by pricing Aduhelm at annual WAC of $56k (at maintenance dosing; ~$41k Year 1 WAC price) – the upper end of expectations, and more than 2X our $20k net pricing estimate - management is taking a bold/aggressive strategy here. Interestingly, on the call, management did refer to this as a value-based approach. With evidence of clinical benefit that we would describe as inconsistent at best, we think it's fair to question the value aspect of this value-based price.

- **But broad CMS reimbursement is not guaranteed**. Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. CMS and FDA do not work hand in glove on approval and access issues, and in fact, there is a decent body of precedent where the two Agencies have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD (National Coverage Determination). Per previous guidance, this could allow CMS to implement a CED (coverage with evidence development) in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with MCI + mild AD with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely. While we acknowledge that in the case of CAR-T that the CED was ultimately removed, this was the result of a robust REMS (Risk Evaluation and Mitigation Strategy) program, which Aduhelm does not currently have in place.

- **Keeping our numbers as-is, for now**. We have no window into CMS' intentions here. That said, we can't help but wonder, given the massive addressable population (1-2 million patients in the US) and meaningful cost implications (not just in terms of the drug, but also imaging, delivery, etc) if CMS decides to put some sort of guardrails around Aduhelm use. With our $8B+ 2025 end-user revenue projection, we think success is more than baked in here.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Commercial, regulatory, clinical, IP risks associated with marketed and pipeline products.

**Price Performance - 1 Year**




*Source: Bloomberg*

### COMPANY DESCRIPTION

Biogen develops and markets therapies to address a variety of CNS diseases.

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 2 - 3 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

## IMPORTANT RESEARCH DISCLOSURES




Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

**Distribution of Ratings/IB Services**
**Piper Sandler**

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| **BUY [OW]** | **609** | **64.38** | **241** | **39.57** |
| **HOLD [N]** | **332** | **35.10** | **67** | **20.18** |
| **SELL [UW]** | **5** | **0.53** | **0** | **0.00** |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

## Analyst Certification

The analyst Christopher J. Raymond, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 8 June 2021 12:56EDT.

## Research Disclosures

Piper Sandler was a registered market maker in the securities of Biogen Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. Simmons Energy is a division of Piper Sandler & Co. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2021 Piper Sandler. All rights reserved.