*Exhibit 15*

*Wedbush, "Biogen, Inc. (BIIB) - If You Build It, Will They Come? We're Still Skeptical," June 8, 2021*

WEDBUSH

Company Report

**June 8, 2021**

Rating:

**NEUTRAL**

Price:

**$392.65**

12-Month Price Target:

**$310.00** (from $300.00)


Analysts

**Laura Chico, Ph.D.**
(212) 668-9868
Laura.Chico@wedbush.com

**Kenneth Shields**
(415) 273-7307
Kenneth.Shields@wedbush.com


**Company Information**

| | |
|---|---|
| Market Cap (M) | $59,597 |
| Enterprise Value (M) | $43,193 |
| Shares Outst (M) | 161.3 |
| 52-Week Range | $223.25 - $468.55 |
| Tangible Book Value/sh | $12.16 |
| Yield | 0.00% |

| REV (M) | | | in $ |
|---|---|---|---|
| FYE Dec | 2020A | 2021E | 2022E |
| Q1 Mar | 3,534.3A | 2,694.0A | 2,558.2E |
| *Previous* | | | *2,558.0E* |
| Q2 Jun | 3,681.6A | 2,593.9E | 2,568.2E |
| *Previous* | | *2,593.8E* | *2,567.9E* |
| Q3 Sep | 3,376.3A | 2,563.1E | 2,549.9E |
| *Previous* | | *2,563.0E* | *2,549.5E* |
| Q4 Dec | 2,852.6A | 2,606.5E | 2,585.0E |
| *Previous* | | *2,606.3E* | *2,584.6E* |
| **Year*** | **13,444.8A** | **10,457.4E** | **10,261.2E** |
| *Previous* | | ***10,457.1E*** | ***10,259.9E*** |

| EPS | | | in $ |
|---|---|---|---|
| FYE Dec | 2020A | 2021E | 2022E |
| Q1 Mar | 9.14A | 5.34A | 3.99E |
| *Previous* | | | *6.19E* |
| Q2 Jun | 10.92A | 4.57E | 4.31E |
| *Previous* | | *4.66E* | *6.15E* |
| Q3 Sep | 8.84A | 3.95E | 4.33E |
| *Previous* | | *3.87E* | *6.12E* |
| Q4 Dec | 4.58A | 3.59E | 5.83E |
| *Previous* | | *3.58E* | *6.16E* |
| **Year*** | **33.70A** | **17.48E** | **18.44E** |
| *Previous* | | | ***24.63E*** |
| P/E | 11.7x | 22.5x | 21.3x |

*Pricing data provided by Thomson Reuters.*
**Numbers may not add up due to rounding.*

# Biogen, Inc. (BIIB)

## *If You Build It, Will They Come? We're Still Skeptical*

### The Wedbush View

**Remain Neutral rated on BIIB shares.** BIIB hosted an investor call this morning and while several themes stood out we see two as most critical for uptake - pricing, safety. On the price - the $56,000 annual WAC price is consistent with our pre-approval assumption but given the absence of a tangible, clinical benefit, we anticipate payers will become the "gatekeepers". On safety, while not discussed on the call, we think securing access to mid-/high-strength MRI scanners could be an additional complexity other Alzheimer's disease (AD) therapies have not contended with in prior launches. To be clear, we understand the desire for a therapy that can slow AD progression and that patients will be hungry for a drug that accomplishes that feat. We simply don't see Aduhelm's data supporting that profile and as such, our FY24 Aduhelm revenue estimate of $2B more than prices in success. After revisiting expenses, our target moves to $310.

**Thoughts on the approval, launch**. BIIB's pricing strategy represents a challenge for the space and we foresee more headwinds to come. While one could argue the $56,000 price tag serves as a tool to prevent over-prescribing, a clearer strategy would be one that better defines patient populations and offers more tangible efficacy benefit. Simply put, we cannot envision a launch without payer-level restrictions and await more color on how these unfold. Second, the theme of 2021 to date has centered on FDA's more stringent approach with companies. Yet, the Aduhelm approval appears to negate this perspective. From our view, we do not anticipate other companies will benefit from such a close relationship with the agency. If anything, the approval seems like a tacit admission by FDA that we are unlikely to see a drug demonstrate a meaningful, cognitive benefit anytime soon.

**Launch countdown - two weeks to go.** Aduhelm WAC pricing (330mg - $1,680; 170mg - $952), translates to first-year cost of ~$41,000 (74kg patient weight) and $56,000 at maintenance dosing. Recall, pricing institute ICER previously determined a cost-effective range for Aduhelm would be between $2,500-$8,300/yr (link), and that pricing near $50,000 annually would not be aligned with the clinical benefit. Our prior estimates assumed a ~$23,000 net price in FY21, and after adjusting our payer mix assumptions, our net price increases to ~$31,000.

**No doubt there will be demand - how many will stick with it**. While much of the call focused on amyloid testing/PET imaging, we note MRI scans will be needed to monitor for ARIA-H incidence. Approximately 19% of 10mg/kg aducanumab-treated subjects experienced ARIA-H, and with labeling indicating MRI scans will be needed to complete dose titration, we do think compliance will be challenging in a real-world setting. Our prior conversations with neurology KOLs have speculated on whether mid-/high-strength field scanners (e.g. 3T) will be necessary for adequate monitoring. Our Aduhelm estimates remain largely unchanged as we continue to assume ~$2B in FY24 revenue, but we are revisiting our R&D and SG&A expense assumptions, and Eisai collaboration expense reimbursement. The net of the changes yields a $310 target.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 8–10 of this report for analyst certification and important disclosure information.*

WEDBUSH

## Biogen, Inc. (BIIB)

*If You Build It, Will They Come? We're Still Skeptical*

**The Wedbush View: Remain Neutral rated on BIIB shares.** BIIB hosted an investor call this morning and while several themes stood out we see two as most critical for uptake - pricing, safety. On the price - the $56,000 annual WAC price is consistent with our pre-approval assumption but given the absence of a tangible, clinical benefit, we anticipate payers will become the "gatekeepers". On safety, while not discussed on the call, we think securing access to mid-/high-strength MRI scanners could be an additional complexity other Alzheimer's disease (AD) therapies have not contended with in prior launches. To be clear, we understand the desire for a therapy that can slow AD progression and that patients will be hungry for a drug that accomplishes that feat. We simply don't see Aduhelm's data supporting that profile and as such, our FY24 Aduhelm revenue estimate of $2B more than prices in success. After revisiting expenses, our target moves to $310.

### Key Highlights

BIIB management hosted an investor call on Tuesday morning to discuss the Aduhelm approval. Two key areas which stood out centered on pricing rationale for Aduhelm and patient identification/start. Management indicated they will be prepared to launch within two weeks and anticipates having sufficient manufacturing supply for ~1M patients per year following the expansion of their supply chain. At launch, the company estimates over 900 sites will be ready to administer Aduhelm across the US.

**Figure: Biogen/Eisai Collaboration Economics**

☐ = Commercialization Lead

| | Biogen | Eisai |
|---|---|---|
| Commercial Territory | Profit Sharing % | Profit Sharing % |
| U.S. | 55.0% | 45.0% |
| European Union | 68.5% | 31.5% |
| Japan | 20.0% | 80.0% |
| Eisai Asia* | 20.0% | 80.0% |
| ROW (inclusive of China and S. Korea) | 50.0% | 50.0% |

* Eisai will be the commercial lead in specific Asian territories

*Source: Biogen*

WEDBUSH

**Figure: Biogen/Eisai Collaboration Economics**




*Source: Biogen*

### So, how should investors think about the Aduhelm launch and commercial opportunity?

We focus here in the US first given the approval. One way to look at the market opportunity is to look at other analogs in the AD space. The absence of therapies makes this somewhat challenging, but we point to Namenda as perhaps one of the most logical drugs to examine. The figure below illustrates Namenda estimated market share and revenue by year in the US. Recall, Namenda was approved for the treatment of moderate to severe dementia of the Alzheimer's type and is an NMDA-receptor antagonist.

**Figure: Historic Namenda US Market Share, Revenue**




*Note: FRX fiscal year ended in March. FRX began formal US launch in March 2004. Namenda XR formulation approved in June 2010; launched in 2013.*

*Source: SEC; Forest Laboratories; Wedbush Securities, Inc. Research*

The launch took place in an arguably different era (pre-ACA) and occurred with a lower, price point. Prior to generic entry, FRX's Namenda achieved roughly 36% market share in the AD space. Using this as a proxy of "peak" potential, our current estimates assume Aduhelm share will likely be lower (high-teens) due to the application towards patients with confirmed amyloid plaques and earlier-stage patients, as well as the IV administration and monitoring requirements.

While estimates of the current US AD population are ~6M patients, presuming prescribers stick somewhat aligned with the populations evaluated in ENGAGE and EMERGE, we do not anticipate the drug will have greater penetration than an oral, once-daily pill. BIIB's own data estimates ~1.2M AD patients in the US have been clinically diagnosed (e.g. amyloid beta positive). One could argue that the "clinical benefit" with Aduhelm may warrant greater adoption, but we note the placebo-adjusted ADCS-ADL score improvement with Namenda appears greater after 28 weeks versus what was reported with Aduhelm at week 78 (3.4pt improvement vs. 1.7pt improvement). Clearly, not an "apples-to-apples" comparison, but we do think the absence of symptomatic benefit may actually pose a challenge for Aduhelm patients to continue with therapy. In our conversations with neurology KOLs, we have heard concerns about the feasibility/capacity to get Aduhelm patients access to appropriate MRI scanners (e.g. 3T field strength) to monitor for ARIA-H. Recall, per the Aduhelm label that 19% of patients experienced ARIA-H (placebo 7%) and that continuing through the titration will require patients undergo multiple MRIs.

**Model updates**

BIIB disclosed WAC pricing for the 330mg and 170mg vials will be $1,680 and $952, respectively. Assuming all doses are administered on time, we estimate drug costs for the initial year will be ~$41,000 (patient weight: 74kg). During the maintenance year(s), drug costs will be $56,000 per patient on a WAC basis. BIIB indicated they anticipate the majority of patients will fall under Medicare coverage but we do note the studies did also encompass mild cognitive impairment (MCI) patients which would presumably have a younger age.

List pricing for Aduhelm is relatively consistent with our prior assumptions and after making adjustments to our payer mix, we derive an annual, blended Aduhelm cost of $31,000 which assumes at steady-state approximately 2/3 of patients will be on maintenance dosing and 1/3 of patients will be in a titration/start year (see figure below).

**Figure: Aduhelm Pricing Assumptions**

| ***Aduhelm Pricing Assumptions*** | | |
|---|---|---|
| **Cost per month (WAC):** | | **$4,258** |
| No. of refills per year: | | 12 |
| Annual gross cost: | | $51,091 |
| **Payer mix (estimated):** | | |
| *Channel* | *Pct'age* | *Discount* |
| Commercial: | 25% | 10% |
| Medicare: | 60% | 17% |
| Medicaid: | 10% | 23% |
| Free Drug: | 5% | 100% |
| Weighted average discount: | | 20% |
| Projected compliance: | | 75% |
| Estimated net price (annual): | | $30,651 |
| **Estimated net price (quarterly):** | | **$7,663** |

*Source: Wedbush Securities, Inc. Estimates*

Bottom line, we often hear the mantra "short the launch" in biotech. There is clearly huge unmet need in the AD space for novel therapies that can change the course of the disease. However, with questions around the data, and logistical complexities to be resolved on a broad scale, we do wonder if Aduhelm expectations are aggressive. We model below-consensus Aduhelm revenue for FY21 and FY22 ($88M vs. $157M and $371M vs. $894M) and see our FY24 estimate of $2B as pricing in a strong start. Staying consistent with our valuation methodology, our BIIB target moves to $310, but we remain Neutral rated on shares.

**Figure: BIIB Valuation**

| **P/E Methodology** | |
|---|---|
| Earnings multiple: | 15 |
| Discount rate (%): | 15% |
| Valuation year: | 2024 |
| Discounting periods: | 2 |
| EPS: | $ 28.89 |
| **Price Target$_{NTM}$** | **$310** |

*Source: Company data, Wedbush Securities, Inc. Estimates*

WEDBUSH

## Figure: BIIB Product Segment Summary

| Product Segments (in $Ms) | FY20 | 1Q21 | 2Q21E | 3Q21E | 4Q21E | FY21E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | FY28E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tecfidera** | | | | | | | | | | | | | | | | | |
| US Revenue - Tecfidera | $ 2,678 | $ 162 | $ 164 | $ 138 | $ 131 | $ 595 | $ 102 | $ 115 | $ 136 | $ 136 | $ 488 | $ 280 | $ 290 | $ 300 | $ 310 | $ 321 | $ 332 |
| ROW Revenue - Tecfidera | $ 1,163 | $ 317 | $ 243 | $ 223 | $ 244 | $ 1,026 | $ 265 | $ 218 | $ 191 | $ 212 | $ 885 | $ 823 | $ 765 | $ 711 | $ 662 | $ 615 | $ 572 |
| **WW Revenue - Tecfidera** | **$ 3,841** | **$ 479** | **$ 407** | **$ 361** | **$ 375** | **$ 1,621** | **$ 367** | **$ 333** | **$ 326** | **$ 347** | **$ 1,372** | **$ 1,103** | **$ 1,055** | **$ 1,011** | **$ 972** | **$ 936** | **$ 904** |
| **Tysabri** | | | | | | | | | | | | | | | | | |
| US Revenue - Tysabri | $ 1,097 | $ 273 | $ 266 | $ 259 | $ 226 | $ 1,024 | $ 240 | $ 227 | $ 206 | $ 227 | $ 900 | $ 826 | $ 696 | $ 586 | $ 494 | $ 416 | $ 350 |
| ROW Revenue - Tysabri | $ 848 | $ 230 | $ 205 | $ 205 | $ 205 | $ 845 | $ 220 | $ 196 | $ 196 | $ 196 | $ 806 | $ 769 | $ 734 | $ 701 | $ 669 | $ 638 | $ 609 |
| **WW Revenue - Tysabri** | **$ 1,945** | **$ 503** | **$ 471** | **$ 464** | **$ 431** | **$ 1,869** | **$ 460** | **$ 422** | **$ 402** | **$ 423** | **$ 1,706** | **$ 1,595** | **$ 1,430** | **$ 1,287** | **$ 1,162** | **$ 1,054** | **$ 959** |
| **Avonex** | | | | | | | | | | | | | | | | | |
| US Revenue - Avonex | $ 1,098 | $ 209 | $ 254 | $ 248 | $ 224 | $ 935 | $ 202 | $ 246 | $ 240 | $ 216 | $ 904 | $ 888 | $ 872 | $ 857 | $ 842 | $ 827 | $ 813 |
| ROW Revenue - Avonex | $ 405 | $ 102 | $ 90 | $ 96 | $ 92 | $ 380 | $ 97 | $ 86 | $ 92 | $ 88 | $ 363 | $ 346 | $ 330 | $ 315 | $ 301 | $ 287 | $ 274 |
| **WW Revenue - Avonex** | **$ 1,503** | **$ 311** | **$ 344** | **$ 344** | **$ 316** | **$ 1,315** | **$ 300** | **$ 331** | **$ 332** | **$ 304** | **$ 1,267** | **$ 1,234** | **$ 1,203** | **$ 1,172** | **$ 1,143** | **$ 1,114** | **$ 1,087** |
| **Plegridy** | | | | | | | | | | | | | | | | | |
| US Revenue - Plegridy | $ 175 | $ 33 | $ 43 | $ 43 | $ 62 | $ 181 | $ 64 | $ 64 | $ 64 | $ 64 | $ 256 | $ 265 | $ 274 | $ 284 | $ 293 | $ 303 | $ 314 |
| ROW Revenue - Plegridy | $ 199 | $ 57 | $ 51 | $ 41 | $ 41 | $ 189 | $ 38 | $ 44 | $ 42 | $ 46 | $ 170 | $ 165 | $ 161 | $ 157 | $ 153 | $ 149 | $ 145 |
| **WW Revenue - Plegridy** | **$ 374** | **$ 89** | **$ 94** | **$ 85** | **$ 103** | **$ 371** | **$ 102** | **$ 108** | **$ 106** | **$ 110** | **$ 426** | **$ 430** | **$ 435** | **$ 440** | **$ 446** | **$ 452** | **$ 458** |
| **Spinraza** | | | | | | | | | | | | | | | | | |
| US Revenue - Spinraza | $ 787 | $ 149 | $ 168 | $ 163 | $ 179 | $ 659 | $ 149 | $ 164 | $ 154 | $ 157 | $ 625 | $ 640 | $ 611 | $ 590 | $ 567 | $ 542 | $ 516 |
| ROW Revenue - Spinraza | $ 1,264 | $ 372 | $ 312 | $ 303 | $ 304 | $ 1,291 | $ 269 | $ 288 | $ 285 | $ 282 | $ 1,124 | $ 1,150 | $ 1,059 | $ 974 | $ 903 | $ 843 | $ 793 |
| **WW Revenue - Spinraza** | **$ 2,052** | **$ 521** | **$ 480** | **$ 466** | **$ 483** | **$ 1,950** | **$ 418** | **$ 452** | **$ 439** | **$ 439** | **$ 1,749** | **$ 1,790** | **$ 1,670** | **$ 1,564** | **$ 1,470** | **$ 1,385** | **$ 1,309** |
| **Aduhelm** | | | | | | | | | | | | | | | | | |
| US Revenue - Aduhelm | $ - | $ - | $ 14 | $ 28 | $ 46 | $ 88 | $ 65 | $ 83 | $ 102 | $ 121 | $ 371 | $ 986 | $ 2,148 | $ 2,578 | $ 2,815 | $ 3,053 | $ 3,293 |
| ROW Revenue - Aduhelm | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **WW Revenue - Aduhelm** | **$ -** | **$ -** | **$ 14** | **$ 28** | **$ 46** | **$ 88** | **$ 65** | **$ 83** | **$ 102** | **$ 121** | **$ 371** | **$ 986** | **$ 2,148** | **$ 2,578** | **$ 2,815** | **$ 3,053** | **$ 3,293** |
| **Fampyra** | | | | | | | | | | | | | | | | | |
| US Revenue - Fampyra | | | | | | | | | | | | | | | | | |
| ROW Revenue - Fampyra | $ 103 | $ 27 | $ 23 | $ 26 | $ 25 | $ 100 | $ 25 | $ 21 | $ 25 | $ 23 | $ 95 | $ 90 | $ 86 | $ 81 | | | |
| **WW Revenue - Fampyra** | **$ 103** | **$ 27** | **$ 23** | **$ 26** | **$ 25** | **$ 100** | **$ 25** | **$ 21** | **$ 25** | **$ 23** | **$ 95** | **$ 90** | **$ 86** | **$ 81** | **$ -** | **$ -** | **$ -** |
| **Zuranolone** | | | | | | | | | | | | | | | | | |
| US Revenue - Zuranolone | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 9 | $ 14 | $ 23 | $ 171 | $ 440 | $ 644 | $ 921 | $ 1,303 | $ 1,487 |
| ROW Revenue - Zuranolone | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14 | $ 66 | $ 208 | $ 386 | $ 538 | $ 609 |
| **WW Revenue - Zuranolone** | | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 9** | **$ 14** | **$ 23** | **$ 184** | **$ 507** | **$ 853** | **$ 1,306** | **$ 1,841** | **$ 2,096** |
| **Other Product Revenues** | | | | | | | | | | | | | | | | | |
| Fumaderm | $ 14 | $ 3 | $ 5 | $ 5 | $ 5 | $ 18 | $ 5 | $ 5 | $ 5 | $ 5 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 |
| Zinbryta | | | | | | | | | | | | | | | | | |
| Vumerity | $ 65 | $ 74 | $ 48 | $ 55 | $ 68 | $ 244 | $ 65 | $ 62 | $ 66 | $ 68 | $ 262 | $ 287 | $ 313 | $ 343 | $ 374 | $ 409 | $ 447 |
| Flixabi | $ 97 | $ 26 | $ 26 | $ 26 | $ 27 | $ 104 | $ 27 | $ 28 | $ 29 | $ 29 | $ 113 | $ 121 | $ 126 | $ 131 | $ 136 | $ 142 | $ 147 |
| Imraldi | $ 216 | $ 58 | $ 59 | $ 60 | $ 61 | $ 237 | $ 62 | $ 64 | $ 65 | $ 67 | $ 258 | $ 274 | $ 285 | $ 297 | $ 309 | $ 321 | $ 334 |
| Benepali | $ 481 | $ 122 | $ 124 | $ 125 | $ 127 | $ 498 | $ 130 | $ 134 | $ 137 | $ 140 | $ 542 | $ 576 | $ 599 | $ 624 | $ 649 | $ 675 | $ 703 |
| **WW Revenue - Other Product Revenues** | **$ 874** | **$ 282** | **$ 261** | **$ 272** | **$ 287** | **$ 1,101** | **$ 290** | **$ 293** | **$ 302** | **$ 310** | **$ 1,195** | **$ 1,277** | **$ 1,344** | **$ 1,414** | **$ 1,488** | **$ 1,568** | **$ 1,652** |
| **Total Product Revenue** | **$ 10,691** | **$ 2,212** | **$ 2,093** | **$ 2,045** | **$ 2,066** | **$ 8,415** | **$ 2,026** | **$ 2,044** | **$ 2,034** | **$ 2,077** | **$ 8,180** | **$ 8,507** | **$ 9,370** | **$ 9,548** | **$ 9,495** | **$ 9,562** | **$ 9,662** |
| **Royalty & Collaboration Revenue** | | | | | | | | | | | | | | | | | |
| Revenues from anti-CD20 therapeutic programs | $ 1,978 | $ 389 | $ 401 | $ 413 | $ 425 | $ 1,627 | $ 417 | $ 408 | $ 400 | $ 392 | $ 1,617 | $ 1,491 | $ 1,376 | $ 1,269 | $ 1,170 | $ 1,079 | $ 996 |
| Revenues from SAGE co-promote collaboration | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ 6 | $ 10 | $ 86 | $ 253 | $ 482 | $ 777 | $ 1,091 | $ 1,241 |
| Other Revenue | $ 775 | $ 93 | $ 100 | $ 105 | $ 115 | $ 413 | $ 115 | $ 116 | $ 116 | $ 116 | $ 463 | $ 468 | $ 472 | $ 477 | $ 482 | $ 487 | $ 491 |
| **Total Royalty & Collaboration Revenue** | **$ 2,753** | **$ 482** | **$ 501** | **$ 518** | **$ 540** | **$ 2,041** | **$ 532** | **$ 524** | **$ 516** | **$ 508** | **$ 2,080** | **$ 1,959** | **$ 1,848** | **$ 1,746** | **$ 1,652** | **$ 1,566** | **$ 1,487** |
| TOTAL REVENUE | $ 13,444 | $ 2,694 | $ 2,594 | $ 2,563 | $ 2,606 | $ 10,455 | $ 2,558 | $ 2,568 | $ 2,550 | $ 2,585 | $ 10,260 | $ 10,466 | $ 11,218 | $ 11,294 | $ 11,148 | $ 11,128 | $ 11,149 |

*Source: Company data, Wedbush Securities, Inc. Estimates*

WEDBUSH

## Biogen, Inc. (NASDAQ: BIIB)

Laura Chico, PhD | Phone: 212.668.9868 |
Email: laura.chico@wedbush.com

| Income Statement (in $Ms) | FY20 | 1Q21 | 2Q21E | 3Q21E | 4Q21E | FY21E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | FY28E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$ 13,445** | **$ 2,694** | **$ 2,594** | **$ 2,563** | **$ 2,606** | **$ 10,457** | **$ 2,558** | **$ 2,568** | **$ 2,550** | **$ 2,585** | **$ 10,261** | **$ 10,467** | **$ 11,219** | **$ 11,295** | **$ 11,149** | **$ 11,129** | **$ 11,149** |
| Cost of Goods Sold ($) | $ 1,805 | $ 478 | $ 519 | $ 513 | $ 521 | $ 2,031 | $ 512 | $ 514 | $ 510 | $ 517 | $ 2,052 | $ 2,093 | $ 2,244 | $ 2,259 | $ 2,230 | $ 2,226 | $ 2,230 |
| Gross Profit | $ 11,639 | $ 2,216 | $ 2,075 | $ 2,050 | $ 2,085 | $ 8,427 | $ 2,047 | $ 2,055 | $ 2,040 | $ 2,068 | $ 8,209 | $ 8,374 | $ 8,975 | $ 9,036 | $ 8,919 | $ 8,903 | $ 8,920 |
| R&D Expense | $ 2,097 | $ 514 | $ 590 | $ 595 | $ 650 | $ 2,349 | $ 600 | $ 570 | $ 615 | $ 500 | $ 2,285 | $ 2,198 | $ 2,243 | $ 2,259 | $ 2,230 | $ 2,226 | $ 2,230 |
| SG&A Expense | $ 2,482 | $ 595 | $ 615 | $ 700 | $ 750 | $ 2,660 | $ 716 | $ 693 | $ 637 | $ 517 | $ 2,564 | $ 2,380 | $ 2,187 | $ 2,033 | $ 1,895 | $ 1,892 | $ 1,895 |
| Collaboration profit sharing | $ 233 | $ 68 | $ 64 | $ 63 | $ 60 | $ 255 | $ 50 | $ 52 | $ 51 | $ 49 | $ 202 | $ 67 | $ (211) | $ (305) | $ (351) | $ (396) | $ (441) |
| Total Operating Expense | $ 4,812 | $ 1,177 | $ 1,269 | $ 1,358 | $ 1,460 | $ 5,264 | $ 1,366 | $ 1,316 | $ 1,303 | $ 1,066 | $ 5,051 | $ 4,645 | $ 4,219 | $ 3,987 | $ 3,775 | $ 3,722 | $ 3,684 |
| **Operating Profit (Loss)** | **$ 6,805** | **$ 1,039** | **$ 806** | **$ 693** | **$ 625** | **$ 3,163** | **$ 681** | **$ 739** | **$ 737** | **$ 1,002** | **$ 3,158** | **$ 3,729** | **$ 4,756** | **$ 5,049** | **$ 5,144** | **$ 5,181** | **$ 5,235** |
| Other income (expense) | $ (187) | $ (61) | $ - | $ - | $ - | $ (61) | $ 10 | $ 10 | $ 10 | $ 10 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 |
| Total Nonoperating Expense | $ (187) | $ (61) | $ - | $ - | $ - | $ (61) | $ 10 | $ 10 | $ 10 | $ 10 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 |
| Non-GAAP Pretax Income (Loss) | $ 6,619 | $ 978 | $ 806 | $ 693 | $ 625 | $ 3,101 | $ 691 | $ 749 | $ 747 | $ 1,012 | $ 3,198 | $ 3,769 | $ 4,796 | $ 5,089 | $ 5,184 | $ 5,221 | $ 5,275 |
| Income tax provision | $ 1,190 | $ 153 | $ 121 | $ 104 | $ 94 | $ 472 | $ 104 | $ 120 | $ 119 | $ 172 | $ 515 | $ 633 | $ 805 | $ 853 | $ 869 | $ 875 | $ 884 |
| Effective tax rate (%) | 18% | 16% | 15% | 15% | 15% | 15% | 15% | 16% | 16% | 17% | 16% | 17% | 17% | 17% | 17% | 17% | 17% |
| Net adjustments attributable to controlling interest | $ (22) | $ (11) | | | | $ (11) | | | | | | | | | | | |
| **Non-GAAP net income (loss)** | **$ 5,436** | **$ 813** | **$ 685** | **$ 589** | **$ 531** | **$ 2,618** | **$ 587** | **$ 629** | **$ 627** | **$ 840** | **$ 2,683** | **$ 3,136** | **$ 3,991** | **$ 4,236** | **$ 4,315** | **$ 4,346** | **$ 4,391** |
| Net GAAP adjustments | $ (1,435) | $ (403) | $ (200) | $ (100) | $ (100) | $ (803) | $ (50) | $ (50) | $ (50) | $ (50) | $ (200) | $ (200) | $ (200) | $ (200) | $ (200) | $ (200) | $ (200) |
| **GAAP net income (loss)** | **$ 4,001** | **$ 410** | **$ 485** | **$ 489** | **$ 431** | **$ 1,815** | **$ 537** | **$ 579** | **$ 577** | **$ 790** | **$ 2,483** | **$ 2,936** | **$ 3,791** | **$ 4,036** | **$ 4,115** | **$ 4,146** | **$ 4,191** |
| Basic Weighted Average Common Shares | 161 | 152 | 150 | 149 | 148 | 150 | 147 | 146 | 145 | 144 | 145 | 141 | 138 | 137 | 137 | 136 | 135 |
| Diluted Weighted Average Common Shares | 161 | 152 | 150 | 149 | 148 | 150 | 147 | 146 | 145 | 144 | 145 | 141 | 138 | 137 | 137 | 136 | 135 |
| **Basic EPS - Non-GAAP** | **$ 33.76** | **$ 5.35** | **$ 4.57** | **$ 3.95** | **$ 3.59** | **$ 17.49** | **$ 3.99** | **$ 4.31** | **$ 4.33** | **$ 5.83** | **$ 18.44** | **$ 22.16** | **$ 28.89** | **$ 30.83** | **$ 31.56** | **$ 31.94** | **$ 32.44** |
| **Diluted EPS - Non-GAAP** | **$ 33.70** | **$ 5.34** | **$ 4.57** | **$ 3.95** | **$ 3.59** | **$ 17.48** | **$ 3.99** | **$ 4.31** | **$ 4.33** | **$ 5.83** | **$ 18.44** | **$ 22.16** | **$ 28.89** | **$ 30.83** | **$ 31.56** | **$ 31.94** | **$ 32.44** |
| **Basic EPS - GAAP** | **$ 24.85** | **$ 2.70** | **$ 3.23** | **$ 3.28** | **$ 2.91** | **$ 12.12** | **$ 3.65** | **$ 3.97** | **$ 3.98** | **$ 5.49** | **$ 17.07** | **$ 20.75** | **$ 27.44** | **$ 29.37** | **$ 30.10** | **$ 30.47** | **$ 30.96** |
| **Diluted EPS - GAAP** | **$ 24.80** | **$ 2.69** | **$ 3.23** | **$ 3.28** | **$ 2.91** | **$ 12.12** | **$ 3.65** | **$ 3.97** | **$ 3.98** | **$ 5.49** | **$ 17.07** | **$ 20.75** | **$ 27.44** | **$ 29.37** | **$ 30.10** | **$ 30.47** | **$ 30.96** |

| Key Financial Metrics | FY20 | 1Q21 | 2Q21E | 3Q21E | 4Q21E | FY21E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | FY28E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Margin analysis* | | | | | | | | | | | | | | | | | |
| Gross margin (%) | 87% | 82% | 80% | 80% | 80% | 81% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| R&D expense - as % of revenue | 16% | 19% | 23% | 23% | 25% | 22% | 23% | 22% | 24% | 19% | 22% | 21% | 20% | 20% | 20% | 20% | 20% |
| SG&A expense - as % of revenue | 18% | 22% | 24% | 27% | 29% | 25% | 28% | 27% | 25% | 20% | 25% | 23% | 19% | 18% | 17% | 17% | 17% |
| Operating margin (%) | 51% | 39% | 31% | 27% | 24% | 30% | 27% | 29% | 29% | 39% | 31% | 36% | 42% | 45% | 46% | 47% | 47% |
| Effective tax rate (%) | 18% | 16% | 15% | 15% | 15% | 15% | 15% | 16% | 16% | 17% | 16% | 17% | 17% | 17% | 17% | 17% | 17% |
| Net margin (%) | 40% | 30% | 26% | 23% | 20% | 25% | 23% | 24% | 25% | 32% | 26% | 30% | 36% | 38% | 39% | 39% | 39% |
| *Annual growth rates (y/y %)* | | | | | | | | | | | | | | | | | |
| Total revenue | -6% | -24% | -30% | -24% | -9% | -22% | -5% | -1% | -1% | -1% | -2% | 2% | 7% | 1% | -1% | 0% | 0% |
| R&D expense | -8% | 8% | 29% | 10% | 1% | 12% | 17% | -3% | 3% | -23% | -3% | -4% | 2% | 1% | -1% | 0% | 0% |
| SG&A expense | 7% | 5% | 11% | 23% | -5% | 7% | 20% | 13% | -9% | -31% | -4% | -7% | -8% | -7% | -7% | 0% | 0% |
| Net income | -14% | -49% | -61% | -58% | -25% | -52% | -28% | -8% | 7% | 58% | 2% | 17% | 27% | 6% | 2% | 1% | 1% |
| GAAP EPS - diluted | -21% | -67% | -69% | -27% | 25% | -51% | 35% | 23% | 21% | 88% | 41% | 22% | 32% | 7% | 2% | 1% | 2% |
| EBITDA | $ 7,461 | $ 1,256 | $ 1,004 | $ 896 | $ 829 | $ 3,986 | $ 897 | $ 955 | $ 957 | $ 1,227 | $ 4,035 | $ 4,676 | $ 5,749 | $ 6,072 | $ 6,200 | $ 6,272 | $ 6,364 |

*Source: Biogen; Wedbush Securities, Inc. Estimates*

**Valuation**

Our BIIB target derives from 15X our 2024E EPS estimate, discounted back by 15%/year.

**Risks to the Attainment of Our Price Target and Rating:**

- ***Clinical*.** Data emerging from clinical studies can significantly impact shares in either a positive or negative direction.
- ***Regulatory*.** Biogen has employed accelerated strategies to gain approval. Regulators may require additional data or could alter their requirements for approval, necessitating additional or longer studies. Failure to gain product labels that lack certain features could limit Biogen's ability to gain traction in the market.
- ***Commercial*.** Failure to execute commercially or inability to meet/exceed expectations can impact shares.
- ***Competitive*.** Updates from competitors may positively or negatively impact shares. Relevant competitors include companies such as Novartis, Roche, Sanofi, Lilly, Teva and Sandoz. Other competitors are likely to emerge over time.
- ***Generic/Biosimilar*.** The entry of new generic or biosimilar agents may put pressure on Biogen's existing, marketed products, and limit the company's ability to realize increased pricing

**Analyst Certification**

We, Laura Chico and Kenneth Shields, certify that the views expressed in this report accurately reflect our personal opinions and that we have not and will not, directly or indirectly, receive compensation or other payments in connection with our specific recommendations or views contained in this report.

**Investment Rating System:**

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| **Rating distribution (as of June 8, 2021)** | **Investment Banking Relationships (as of June 8, 2021)** |
|---|---|
| OUTPERFORM: 64.86%<br>NEUTRAL: 32.97%<br>UNDERPERFORM: 2.16% | OUTPERFORM: 13.33%<br>NEUTRAL: 4.10%<br>UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**

1. WS makes a market in the securities of Biogen, Inc..

7. WS expects to receive or intends to seek compensation for investment banking services from Biogen, Inc. in the next three months.

**Price Charts**

WEDBUSH

Biogen, Inc. Rating History as of 06-07-2021




Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.
Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

WEDBUSH

## Equity Research

### CONSUMER AND RETAIL

| | | |
|---|---|---|
| **Consumer Data Analytics** | | |
| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com |
| **Footwear & Apparel** | | |
| Tom Nikic | (212) 938-9932 | tom.nikic@wedbush.com |
| **Hardlines Retail** | | |
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com |
| **Homebuilders/Building Products** | | |
| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com |
| **Leisure** | | |
| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com |
| **Restaurants** | | |
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com |

### TMT

| | | |
|---|---|---|
| **Digital Media** | | |
| Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
| **Digital Media** | | |
| Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
| **Enterprise Software** | | |
| Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
| **Hardware** | | |
| Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com |
| **Payments/IT Services** | | |
| Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
| **Internet** | | |
| Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

### HEALTHCARE

| | | |
|---|---|---|
| **Biotechnology** | | |
| David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com |
| **Biotechnology** | | |
| Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com |
| **Emerging Pharmaceuticals** | | |
| Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com |
| **Biotechnology** | | |
| Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com |

### FINANCIAL INSTITUTIONS GROUP

| | | |
|---|---|---|
| **Mid-Cap Banks** | | |
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com |
| **Regional Banks** | | |
| Peter Winter | (212) 938-9942 | peter.winter@wedbush.com |
| **Specialty Finance** | | |
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com |

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**
Director of Research
kevin.merritt@wedbush.com
(212) 938-9949

**Kirsten Fraunces**
EVP, Head of Capital Markets
kirsten.fraunces@wedbush.com
(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**
Kluis Commodity Advisors
info@kluiscommodityadvisors.com
(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**
Managing Director
Arthur.Bass@Wedbush.com
(212) 259-6582

### CORPORATE ACCESS

**Equity Corporate Access**
equitycorporateaccess@wedbush.com

**Sophia Dao**
Associate, Corporate Access
equitycorporateaccess@wedbush.com
(213) 688-4380

### TRADING

| | | |
|---|---|---|
| **Consumer/Financials** | | |
| Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com |
| **Healthcare** | | |
| Sahak Manuelian | (213) 688-4533 | sahak.manuelian@wedbush.com |
| **TMT** | | |
| Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |

### WEDBUSH OFFICES

**LOS ANGELES**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**NEW YORK**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**SAN FRANCISCO**
2 Embarcadero Center, Suite 600
San Francisco, CA 94111
(415) 273-7300

**BOSTON**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**CHICAGO**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**