*Exhibit 16*

*William Blair, "Biogen, Inc. - Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform," June 8, 2021*

Equity Research
Healthcare | Biotechnology

William Blair

June 8, 2021

**Matt Phipps, Ph.D.** +1 312 364 8602
mphipps@williamblair.com

**Myles R. Minter, Ph.D.** +1 312 364 5283
mminter@williamblair.com

**Rob Andrew, Ph.D.** +1 312 364 8347
randrew@williamblair.com

**Hunter Rogers, Ph.D.** +1 312 364 8798
hrogers@williamblair.com

# Biogen Inc.

## Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform

Although we acknowledge the controversy over the approval of Aduhelm and the potential for political, payer, and physician pushback, we are upgrading shares of Biogen to Outperform based on the significant market opportunity and blockbuster sales potential, even if Aduhelm penetrates only a small percentage of the addressable market opportunity based on the recent FDA accelerated approval. We have our disagreements on the rationale behind the FDA's decision and believe the pricing of the therapy will come under scrutiny, but the unmet medical need and patient demand will likely to make Aduhelm a blockbuster therapy in short order. Even with conservative assumptions for patient penetration and gross-to-net discounts, there is a clear growth trajectory ahead for Biogen, and we estimate earnings per share almost doubling to $32.45 in 2024 from $17.68 in 2021 (versus our prior 2024 estimate of $26.03; see exhibit 1). Risks to our upgrade likely stem from headline risk on the cost of the therapy and the small potential of a negative Medicare national coverage determination (NCD), which we view as unlikely given the unmet medical need and patient advocacy.

Biogen will clearly need to work with payers, physicians, and patients to establish the infrastructure to support Aduhelm's launch, with required MRI scans (but no requirement for PET scans in the label is a positive) and significant out-of-pocket costs under traditional Medicare Part B plans. Concurrent with the approval announcement, Biogen announced several patient initiatives to support access, including with the Veterans Health Administration, Cigna Corporation, and a screening initiative with CVS Health beginning in September. Biogen estimated in a press release that 1 to 2 million people in the United States who have been clinically diagnosed with mild cognitive impairment (MCI) will have amyloid beta pathology if tested, a patient population eligible for the Phase III aducanumab trials, yet the FDA label does not have any limitations on PET positivity for amyloid beta or early stages of Alzheimer's disease, and therefore the market opportunity based on the label alone is significantly larger.

| | |
|---|---|
| Stock Rating: | **Outperform** |

| | |
|---|---|
| Symbol: | BIIB (NASDAQ) |
| Price: | $395.85 (52-Wk.: $223-$469) |
| Market Value (M): | $59,597 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $9.14 | $5.34 | $5.43 |
| | Q2 | $10.92 | $4.45 | $5.24 |
| | Q3 | $8.84 | $4.03 | $5.24 |
| | Q4 | $4.58 | $3.84 | $5.45 |
| | FY | $33.69 | $17.68 | $21.35 |
| Sales (M) | Q1 | $3,534.3 | $2,694.0 | $2,604.5 |
| | Q2 | $3,681.6 | $2,640.8 | $2,715.2 |
| | Q3 | $3,376.1 | $2,623.6 | $2,783.0 |
| | Q4 | $2,852.6 | $2,659.9 | $2,934.1 |
| | FY | $13,457.7 | $10,650.1 | $11,036.8 |
| **Valuation** | | | | |
| FY P/E | | 11.7x | 22.4x | 18.5x |
| EV/Sales | | 4.9x | 6.1x | 5.9x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 150.6 |
| Float (M): | 150.3 |
| Avg. Daily Volume (90-day): | 1,374,534 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $70.93 |
| Return on Equity (TTM): | 25.9% |
| Enterprise Value (M): | $65,379 |

**Two-Year Price Performance Chart**




Sources: FactSet, William Blair & Company estimates

A pioneer in the biotechnology industry, Biogen focuses on developing therapies for neurodegenerative diseases, including industry-leading brands for the treatment of multiple sclerosis, Tecfidera, Tysabri, Avonex, and Plegridy. Its recently launched drug for spinal muscular atrophy, Spinraza, has dramatically altered the natural disease course. Biogen has a deep clinical pipeline ranging from ALS and Parkinson's to stroke.

**Please refer to important disclosures on pages 5 – 7. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

The pricing of Aduhelm at roughly $4,300 per infusion at the maintenance 10 mg/kg dose comes well above most expectations, including our assumption of roughly $1,500 per infusion at 10 mg/kg. This price could likely be justified by a therapy that truly alters the disease course of Alzheimer's, reducing or eliminating the need for supportive care, but Aduhelm has yet to definitively demonstrate this benefit. This pricing strategy, particularly in a population that will be predominantly covered under Medicare, will likely face scrutiny from politicians and patient advocacy groups. We have assumed large discounts for various value-based contracts and other negotiations. Given the titration regimen, we expect sales to be minimal in the first quarter or two, but likely accelerate once patients are moved up to the 10 mg/kg dose by week 24. The titration regimen starting at one-tenth of the full dose will be an important consideration when estimating initial sales, particularly this year. We believe there will be strong patient demand given the lack of available options, and many patients, even with more advanced disease, will have desire to be on aducanumab at least through the dose titration first six months (cost per patient of roughly $13,000 for the first six months). Beyond the United States, we maintain very low expectations for Europe at this time ahead of an approval and pricing disclosures. We assume total sales of $2.5 billion in 2024, which we believe could be conservative given the significant market opportunity and likely strong demand from patients and caretakers.

We do not believe it is worth much time dwelling on the validity of the approval given that this has been covered extensively by others, but clearly an accelerated approval was not our expectation going into the PDUFA and we incorrectly assessed the overall potential of an FDA approval. In a 2018 draft guidance by the FDA on development drugs for treatment of early Alzheimer's disease, the FDA noted that a biomarker may in principal serve as a basis for accelerated approval. However, the document also states "there is unfortunately at present no sufficiently reliable evidence that any observed treatment effect on such biomarker measures would be reasonably likely to predict clinical benefit (lines 238 through 240)." In addition, during the advisory committee meeting for aducanumab, Billy Dunn, M.D., director of the Office of Neuroscience, specifically stated, "We're not using the amyloid as a surrogate for efficacy." This thinking clearly changed after a very negative advisory committee vote, and Biogen is now left with the task of completing a confirmatory clinical trial. According to the FDA approval letter, Biogen must submit the draft protocol by October 2021 and complete the trial by August 2029. The letter does not include specific requirements for the trial beyond being well-controlled, and therefore questions remain on how this trial will be structured given the difficulty in running a placebo-controlled trial for a drug in an indication with no alternative therapies. We assume the trial will either use a delayed-treatment start in the placebo arm or be conducted primarily outside the United States, where aducanumab may not be commercially available. One ongoing concern is if the accelerated approval for Aduhelm will create an opportunity for other companies to follow suite, such as Eli Lilly (LLY $220.04) with donanemab, which recently showed strong amyloid beta reduction in a randomized Phase II study and has since entered Phase III testing. Using amyloid as the basis for accelerated approval could also expedite development timelines of earlier-stage assets such as Prothena's (PRTA $37.23) N-terminal Aβ monoclonal antibody expected to enter the clinic in first quarter 2022 or Denali's (DNLI $71.84) ATV:Abeta.

The number of Alzheimer's patients in the United States has been estimated at over 6 million, with roughly 10% of patients over the age of 65 having the disease. There are likely more patients with mild cognitive impairment not yet diagnosed successfully, although many of these patients may not also be classified as Alzheimer's disease based on positive PET for amyloid beta. We assume the utilization of Aduhelm would be greatest in patients with mild cognitive impairment or early stages of Alzheimer's disease; however, given the lack of available options and unrestricted label, many patients and caretakers may try to gain access despite being at more moderate or advanced stages of disease. Duration of therapy in mild patients could be significant, further increasing the overall market opportunity. While we believe that the side effects are noticeable, particularly outside a clinical trial setting where monitoring will be less intense, we do not believe this will hinder uptake, given the lack of alternatives. It remains to be seen how Medicare plans will handle the price and bolus of patients, and we have therefore kept our penetration rates low ahead of additional details. In addition, the label and pricing outside the United States are ongoing question marks, and therefore we have included only minimal sales in 2023 ($60 million) and 2024 ($396 million) in Europe at this time. We have included profit-share arrangements with Eisai in the collaboration profit sharing line, including 45% in the United States and 31.5% in Europe. In addition, Neurimmune is eligible for a $100 million milestone payment following FDA approval, of which we assume $45 million in the noncontrolling interest line for Biogen's payment.

Lastly, we believe the renewed growth profile for Biogen based on Aduhelm growth positions any additional pipeline success as further upside as opposed to necessary for returning to growth. We had been cautious on the Phase III WATERFALL trial with zuranolone when positioned as a necessary success to provide Biogen with a novel drug, but now see the downside on potential failure as very limited. Furthermore, the increased free cash flow for the company will likely support additional share repurchases and business development activity. Our updated estimates for Biogen are summarized in exhibit 1.

**Exhibit 1**
**Biogen, Inc.**
**2021 Guidance and Estimate Changes**
(dollars in millions except EPS)

| | Guidance 2021 | WB Previous 2021E | WB Revised 2021E | WB Previous 2022E | WB Revised 2022E | WB Previous 2023E | WB Revised 2023E | WB Previous 2024E | WB Revised 2024E |
|---|---|---|---|---|---|---|---|---|---|
| Tecfidera Sales | | $1,683 | $1,683 | $1,482 | $1,482 | $1,457 | $1,457 | $1,438 | $1,438 |
| Vumerity Sales | | $379 | $379 | $519 | $519 | $610 | $610 | $703 | $703 |
| Avonex Sales | | $1,280 | $1,280 | $1,279 | $1,279 | $1,272 | $1,272 | $1,310 | $1,310 |
| Plegridy Sales | | $361 | $361 | $390 | $390 | $395 | $395 | $414 | $414 |
| Tysabri Sales | | $1,847 | $1,847 | $1,635 | $1,635 | $1,597 | $1,597 | $1,661 | $1,661 |
| Spinraza Sales | | $1,903 | $1,903 | $1,754 | $1,754 | $1,549 | $1,549 | $1,352 | $1,352 |
| NSR-REP1 | | $0 | $0 | $48 | $48 | $203 | $203 | $396 | $396 |
| Aducanumab | | $0 | $58 | $0 | $604 | $0 | $1,553 | $0 | $2,544 |
| Zuranalone | | $0 | $0 | $74 | $74 | $277 | $277 | $580 | $580 |
| Biosimilars | | $876 | $876 | $978 | $978 | $1,068 | $1,068 | $1,068 | $1,068 |
| Total Revenue | $10,450 to $10,750 | $10,592 | $10,650 | $10,433 | $11,037 | $10,743 | $12,296 | $11,240 | $13,784 |
| COGS | | $1,816 | $1,829 | $1,289 | $1,388 | $1,336 | $1,574 | $1,424 | $1,834 |
| R&D | *$2,300 to $2,400* | $2,371 | $2,371 | $2,466 | $2,466 | $2,396 | $2,396 | $2,396 | $2,396 |
| SG&A | *$2,600 to $2,700* | $2,686 | $2,766 | $2,365 | $2,793 | $2,400 | $2,821 | $2,400 | $2,849 |
| EPS | $17.50 to $19.00 | $17.80 | $17.68 | $21.11 | $21.35 | $23.07 | $26.49 | $26.03 | $32.45 |

Sources: Biogen reports and William Blair Equity Research

## Valuation

Biogen shares closed Monday at $395.85 with a market cap of $59.6 billion. Shares are trading at 22 times our updated 2021 EPS estimate of $17.68. The approval of Aduhelm fundamentally transforms the outlook for Biogen, and although the launch may face difficulties from payer pushback, we believe the blockbuster potential re-rates the company and justifies a premium multiple. We are therefore upgrading shares to an Outperform rating. Beyond the launch of aducanumab, the company could have success with additional pipeline assets, most notably the impending WATERFALL results with zuranolone, but also assets in neuropathic pain, stroke, or ALS, and we expect it to be active on the business development front.

## Risks

Biogen faces many of the same clinical, regulatory, and commercial risks as its peers. Biogen is launching the first potentially disease-modifying drug for Alzheimer's after a contentious development and review process, which could hinder utilization. In addition, Biogen is heavily reliant on sales of drugs to treat MS, a highly competitive disease space. Newly launched or anticipated drugs from competitors have the potential to take market share from Biogen's therapies, reducing growth potential, and recent litigation rulings create additional uncertainty on the company's MS franchise revenues. Although the Spinraza franchise rapidly became a blockbuster franchise, revenues have stagnated somewhat this year, and recent approvals for additional therapies will likely create additional pressure in 2021 and beyond.

## ESG Considerations

From an environmental perspective, the biopharma industry is a resource-intensive field, generating hazardous waste and disposables from the manufacturing, preclinical testing, and clinical testing of therapies. However, we commend Biogen on achieving carbon neutrality in 2015 and recently pledging $250 million to eliminate fossil fuels across the company's operations by 2040, becoming the first *Fortune* 500 company to commit to a fossil-free future. Biogen is a member of the Rx-360 International Pharmaceutical Supply Chain Consortium and uses dual sourcing or risk-based inventory of raw materials to assure consistent supply. The company has also been ranked as the No. 1 biotech on the Dow Jones Sustainability World Index five times. Socially, Biogen strives to develop breakthrough therapies to improve the lives of patients suffering from devastating neuromuscular diseases. While this is an important endeavor, we note that the company has been involved in investigations and lawsuits regarding marketing and sales practices, and has come under scrutiny for the price of marketed medicines for MS and SMA. This will almost certainly be an issue with the announced $56,000-per-year pricing for Aduhelm receiving accelerated approval for Alzheimer's disease, well above the ICER recommendations of $2,500-$8,300 per year, with no other potentially disease-modifying therapies available. Biogen recently launched multiple biosimilars in a collaboration with Samsung Bioepis that the company estimates have contributed over €2.4 billion of healthcare savings across Europe in 2020 and have treated over 200,000 patients. The company prioritizes diversity and inclusion, with recent figures showing 48% women in the workforce, 46% of director-level and above roles held by women, and 28% of U.S. director-level and above roles held by people of diverse ethnic backgrounds. Lastly, on governance, recent turnover in the executive team may have implications for current disclosure practices, which we have viewed as inadequate.

William Blair

**Biogen, Inc.**
Company Rating: Outperform
6/8/2021

# Income Statement

(dollars in millions except EPS and shares in millions)

| | 2020A | Q1A | Q2E | Q3E | Q4E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| **Multiple Sclerosis** | | | | | | | | | |
| Tecfidera | 3,840 | 479 | 418 | 405 | 380 | 1,683 | 1,482 | 1,457 | 1,438 |
| Vumerity | 65 | 74 | 88 | 104 | 114 | 379 | 519 | 610 | 703 |
| Avonex | 1,492 | 311 | 324 | 323 | 322 | 1,280 | 1,279 | 1,272 | 1,310 |
| Plegridy | 385 | 89 | 92 | 86 | 94 | 361 | 390 | 395 | 414 |
| Tysabri | 1,946 | 503 | 471 | 443 | 430 | 1,847 | 1,635 | 1,597 | 1,661 |
| Fampyra | 103 | 27 | 22 | 22 | 22 | 93 | 88 | 88 | 88 |
| **Other Product Revenues** | | | | | | | | | |
| Spinraza | 2,052 | 521 | 460 | 459 | 464 | 1,903 | 1,754 | 1,549 | 1,352 |
| Aduhelm | 0 | 0 | 1 | 17 | 40 | 58 | 604 | 1,553 | 2,544 |
| BIIB067 | 0 | 0 | 0 | 1 | 2 | 3 | 18 | 37 | 39 |
| BIIB078 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fumaderm | 12 | 3 | 3 | 3 | 3 | 12 | 13 | 13 | 13 |
| Benepali JV | 482 | 122 | 125 | 127 | 130 | 504 | 520 | 520 | 520 |
| Flixabi JV | 98 | 26 | 27 | 30 | 30 | 113 | 128 | 138 | 138 |
| Imraldi JV | 216 | 58 | 64 | 68 | 70 | 260 | 330 | 410 | 410 |
| BIIB111 (NSR-REP1) | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 203 | 396 |
| BIIB112 (NSR-NGRP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Zuranolone | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 277 | 580 |
| **Product Revenue** | 10,692 | 2,212 | 2,096 | 2,088 | 2,100 | 8,495 | 8,883 | 10,117 | 11,606 |
| Rituxan/Gazyva Revenue | 1,133 | 180 | 179 | 179 | 179 | 716 | 649 | 617 | 617 |
| Ocrevus Royalties | 858 | 209 | 246 | 246 | 246 | 980 | 1,030 | 1,086 | 1,086 |
| Other Revenues | 775 | 93 | 120 | 110 | 135 | 458 | 475 | 475 | 475 |
| **Total revenues** | **13,458** | **2,694** | **2,641** | **2,624** | **2,660** | **10,650** | **11,037** | **12,296** | **13,784** |
| **Costs and expenses** | | | | | | | | | |
| Cost of goods sold | 1,805 | 478 | 451 | 449 | 451 | 1,829 | 1,388 | 1,574 | 1,834 |
| Research and development | 2,097 | 514 | 589 | 614 | 654 | 2,371 | 2,466 | 2,396 | 2,396 |
| Selling, general and administrative | 2,505 | 594.9 | 699 | 724 | 749 | 2,766 | 2,793 | 2,821 | 2,849 |
| **Total costs and expenses** | **6,478** | **1,639** | **1,811** | **1,866** | **1,940** | **7,256** | **7,106** | **7,521** | **8,035** |
| Other income (expense), net | (197) | (71) | (15) | (15) | (15) | (116) | (56) | (56) | (56) |
| **Earnings before income taxes** | **$6,770** | **$984** | **$815** | **$743** | **$705** | **$3,246** | **$3,874** | **$4,719** | **$5,693** |
| Provisions for income taxes | 1,280 | 153.4 | 140 | 133 | 126 | 553 | 724 | 876 | 1,051 |
| **Tax rate** | **18.9%** | **15.6%** | **17.2%** | **18.0%** | **17.8%** | **17.0%** | **18.7%** | **18.6%** | **18.5%** |
| **Net income attributable to BIIB** | **5,436** | **812.8** | **674** | **608** | **575** | **2,670** | **3,090** | **3,688** | **4,387** |
| **Net income per share** | | | | | | | | | |
| **EPS Diluted** | **$33.69** | **$5.34** | **$4.45** | **$4.03** | **$3.84** | **$17.68** | **$21.35** | **$26.49** | **$32.45** |
| Shares diluted | 161 | 152 | 152 | 151 | 150 | 151 | 145 | 139 | 135 |

**Margin Analysis**

| | 2020A | Q1A | Q2E | Q3E | Q4E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| Product Gross Margin | 86.5% | 82.3% | 82.9% | 82.9% | 83.0% | 82.5% | 87.4% | 87.2% | 86.7% |
| Operating Margin | 50.3% | 36.5% | 30.8% | 28.3% | 26.5% | 30.5% | 35.1% | 38.4% | 41.3% |
| Net Income Margin | 40.4% | 30.2% | 25.5% | 23.2% | 21.6% | 25.1% | 28.0% | 30.0% | 31.8% |
| R&D (% of total revenue) | 15.6% | 19.1% | 22.3% | 23.4% | 24.6% | 22.3% | 22.3% | 19.5% | 17.4% |
| SG&A (% of total revenue) | 18.6% | 22.1% | 26.5% | 27.6% | 28.1% | 26.0% | 25.3% | 22.9% | 20.7% |

**Company Growth Metrics**

| | 2020A | Q1A | Q2E | Q3E | Q4E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Tecfidera Sales** | | | | | | | | | |
| Q/Q Growth | (13.4%) | (21.2%) | (12.7%) | (3.2%) | (6.3%) | (10.8%) | (0.4%) | (0.4%) | (1.9%) |
| Y/Y Growth | (13.4%) | (56.4%) | (64.6%) | (57.5%) | (37.5%) | (56.2%) | (11.9%) | (1.7%) | (1.3%) |
| **Total Revenues** | | | | | | | | | |
| Q/Q Growth | (5.8%) | (5.6%) | (2.0%) | (0.7%) | 1.4% | (1.7%) | 2.5% | 2.2% | 3.0% |
| Y/Y Growth | (6.4%) | (23.8%) | (28.3%) | (22.3%) | (6.8%) | (20.9%) | 3.6% | 11.4% | 12.1% |
| **EPS** | | | | | | | | | |
| Q/Q Growth | (9.5%) | 16.5% | (16.6%) | (9.4%) | (4.7%) | (3.6%) | 10.4% | 4.9% | 6.4% |
| Y/Y Growth | 0.4% | (41.6%) | (59.3%) | (54.4%) | (16.1%) | (47.5%) | 20.8% | 24.1% | 22.5% |

Sources: Biogen reports. and William Blair estimates

Please consult the following link for disclosures: https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySyn
BIIB
Matt Phipps, (312) 364-8602

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Biogen Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Biogen Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Biogen Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Myles R. Minter and Matt Phipps attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34630.20
S&P 500: 4226.52
NASDAQ: 13881.70




Additional information is available upon request.

**Current Rating Distribution (as of June 8, 2021):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 76 | Outperform (Buy) | 29 |
| Market Perform (Hold) | 24 | Market Perform (Hold) | 12 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2021, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

William Blair

# Equity Research Directory

**John F. O'Toole, Partner Manager and Director of Research +1 312 364 8612**
**Kyle Harris, CFA, Partner Operations Manager +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner +1 312 364 8697**
*Consumer Products*

**Dylan Carden +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D. +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D. +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D. +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D. +1 312 364 8469**
*Biotechnology*

### Healthcare Technology and Services

**Ryan Daniels, CFA, Partner +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Margaret Kaczor, CFA, Partner +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner +1 312 364 8170**
Group Head–Life Sciences
*Diagnostics, Life Science Tools, Medical Technology*

**Matt Larew +1 312 364 8242**
*Healthcare Delivery, Life Science Tools*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA +1 212 237 2714**
*Software*

**Maggie Nolan, CPA +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA +1 312 364 5167**
*Real Estate, Education*

**Matt Stotler +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA +1 312 364 8540**
**Audrey Majors, Editor and SA +1 312 364 8992**
**Beth Pekol Porto, Editor and SA +1 312 364 8924**
**Lisa Zurcher, Editor and SA +44 20 7868 4549**