*Exhibit 19*

*Guggenheim, "BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle," June 9, 2021*

GUGGENHEIM

FLASH NOTE

June 9, 2021

**Yatin Suneja**
yatin.suneja@guggenheimpartners.com
212 518 9565

**Eddie Hickman, Ph.D.**
eddie.hickman@guggenheimpartners.com
212 518 9904

**BIIB** BUY

**Biogen Inc.**
**Sector: Biotechnology**

Company Update

| | |
|---|---|
| Share Price | $395.37 |

| **Financial Metrics** | |
|---|---|
| Cash (M) | 3,359 |
| **Market Data** | |
| 52-Week Range | $223.25 - $468.55 |
| Shares Out (M) | 150.6 |
| Market Cap (M) | $59,525 |
| ADV (3 mo; 000) | 1,380 |
| Long Term Debt (M) | $7,267 |




# BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle

**Key Message:** We just spoke with BIIB mgmt and key takeaways heading into the Aduhelm launch are: **(1)** patient's verification of amyloid pathology (via PET scan or CSF draw) is at the discretion of physician, but given the high cost we don't think patients without AB pathology will get Aduhelm; **(2)** Medicare doesn't reimburse PET scans in AD, which could create a bottleneck; at this point, BIIB is not able to directly pay for PET and mgmt notes they "cannot go around the system." BIIB has partnered with LabCorp (LH) and Mayo to help reduce costs of CSF draws (for patients who can't get a PET); and **(3)** Medicare fee for service patients will be eligible for reimbursement right away. Coverage under the Medicare Advantage plans (30-35% of patients) will take time, dynamics are complex, but manageable. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug.

## Key takeaways from our call with BIIB management:

- **(1)** While officially at the discretion of the prescribing physician, we believe (and BIIB commentary agrees) that both private and public payers will require the verification of amyloid pathology (via PET or CSF draw) prior to drug administration (this % of docs is still a big unknown); given the high cost, we don't think patients without AB pathology will get Aduhelm.
- **(2)** Medicare doesn't reimburse PET scans (our checks suggest they cost ~$4-5K) for this purpose and, while BIIB thinks this policy needs to be revisited, this will create a bottleneck to getting patients on drug unless the company can find a way to subsidize the diagnostic costs for patients. At this point, BIIB is not able to directly pay for PET and mgmt notes they "cannot go around the system." For payers to cover PET scans, we believe a new clinical algorithm needs to be established to prove clinical utility of PET in the management of AD. Methods for BIIB to help patients reduce or eliminate the cost of PET scans/CSF testing are still in discussion by the company who notes they are in "uncharted waters" when it comes to this unique dynamic. BIIB has partnered with LabCorp (LH) and Mayo to help reduce costs of CSF draws (for patients who can't get a PET), which are in 90% concordance with PET scan info, but it is still unclear how BIIB will get over this diagnostic hurdle to ensure robust penetration of Aduhelm into the Alzheimer's market.
- **(3)** Medicare fee for service patients (representing ~65% of the 85% of AD patients) will be eligible for reimbursement right away, and Medicare Advantage patients (30-35% of patients) have out of pocket maximums or dual coverage (~20%) with Medicaid to abate drug costs. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug.


Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:40 PM.
See pages 2 - 3 for analyst certification and important disclosures.

## ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

## IMPORTANT DISCLOSURES

The research analyst(s) whose name(s) appear(s) in this report have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Biogen Inc. is or was during the 12-month period preceding the date of the distribution of this report a client of Guggenheim Securities, LLC. Guggenheim Securities, LLC provided Biogen Inc. investment banking services.

Guggenheim Securities, LLC or its affiliates received compensation for investment banking services from Biogen Inc. during the past 12 months.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Biogen Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.




**Created by: BlueMatrix**

## RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses


Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:40 PM.

of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

## RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:

| | | | IB Serv./ Past 12Mos. | |
|---|---|---|---|---|
| **Rating Category** | **Count** | **Percent** | **Count** | **Percent** |
| BUY | 273 | 66.26% | 63 | 23.08% |
| NEUTRAL | 134 | 32.52% | 9 | 6.72% |
| SELL | 5 | 1.21% | 1 | 20.00% |

## OTHER DISCLOSURES

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

Copyright © 2021 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.


Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:40 PM.

# Guggenheim Securities Equity Research & Equities Teams

## Consumer Equity Research

**Automotive**
**Ali Faghri** 310.319.2562
Ali.Faghri@guggenheimpartners.com

**Beverages & Food Producers**
**Laurent Grandet** 212.372.6368
Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
**John Heinbockel** 212.381.4135
John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
**Steven Forbes, CFA, CPA** 212.381.4188
Steven.Forbes@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
**Robert Drbul** 212.823.6558
Robert.Drbul@guggenheimpartners.com

## Consumer Equities Team

**Consumer Sector Specialist**
**Carey Kaufman** 504.299.3424
Carey.Kaufman@guggenheimpartners.com

## Energy & Power Equity Research

**Energy Technology**
**Joseph Osha, CFA** 415.852.6468
Joseph.Osha@guggenheimpartners.com

**Power & Utilities**
**Shahriar Pourreza, CFA** 212.518.5862
Shahriar.Pourreza@guggenheimpartners.com

## Technology, Media & Telecom Equity Research

**Entertainment & Digital Media**
**Michael Morris, CFA** 804.253.8025
Michael.Morris@guggenheimpartners.com

**Curry Baker** 804.253.8029
Curry.Baker@guggenheimpartners.com

**Financial Technology**
**Jeff Cantwell, CFA** 212.823.6543
Jeffrey.Cantwell@guggenheimpartners.com

**Software**
**Imtiaz Koujalgi** 212 518 9398
Imtiaz.Koujalgi@guggenheimpartners.com

**Ken Wong, CFA** 415.852.6465
Ken.Wong@guggenheimpartners.com

## Healthcare Equity Research

**Animal Health, Life Science Tools and Omics**
**David Westenberg, CFA** 617.859.4624
David.Westenberg@guggenheimpartners.com

**Biotechnology**
**Debjit Chattopadhyay, Ph.D.** 212.823.6584
Debjit.Chattopadhyay@guggenheimpartners.com

**Etzer Darout, Ph.D.** 617.859.4609
Etzer.Darout@guggenheimpartners.com

**Michael Schmidt, Ph.D.** 617.859.4636
Michael.Schmidt@guggenheimpartners.com

**Yatin Suneja** 212.518.9565
Yatin.Suneja@guggenheimpartners.com

**Charles Zhu, Ph.D.** 212.518.9501
Charles.Zhu@guggenheimpartners.com

**Emerging Pharmaceuticals**
**Dana Flanders, CFA** 212.293.2820
Dana.Flanders@guggenheimpartners.com

**Global Biopharmaceuticals**
**Seamus Fernandez** 617.859.4637
Seamus.Fernandez@guggenheimpartners.com

**Healthcare Technology & Distribution**
**Glen Santangelo** 212.518.9294
Glen.Santangelo@guggenheimpartners.com

**Medical Supplies & Devices**
**Chris Pasquale** 212.518.9420
Chris.Pasquale@guggenheimpartners.com

## Healthcare Equities Team

**Healthcare Sector Specialist**
**Whitney Wolfe** 212.518.9630
Whitney.Wolfe@guggenheimpartners.com

**Senior Healthcare Policy Consultant**
**Neal Masia** 212.518.9750
Neal.Masia@guggenheimpartners.com

## Sales and Trading Offices

| | |
|---|---|
| New York | 212.292.4700 |
| San Francisco | 415.852.6451 |
| Boston | 617.859.4626 |
| Los Angeles | 310.260.6832 |
| Richmond | 804.253.8052 |



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:40 PM.