*Exhibit 20*

*Stifel, "BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs," June 9, 2021*

STIFEL

**Biotechnology**

**CONFERENCE CALL REPLAY**

**June 9, 2021**

# BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs

## Summary

**We hosted Dr. Anton Porsteinsson (Rochester), Dr. Jaime Grutzendler (Yale), and Dr. Edmund Pezalla (Payor Consultant) to discuss the upcoming Aducanumab launch. Bottom line: both specialists expect capacity to be the limiting factor to the pace of uptake, and anticipate 30-50% of PET-positive MCI/Mild AD patients (~15-30% of all Alzheimer's) to receive aducanumab at peak. They are also concerned about the reality that many advanced Alzheimer's patients will ask for the drug. There may be truth, however, to BIIB's comments that early uptake could be gradual, as even Dr. Porsteinsson, an experienced investigator with anti-amyloid therapies, will need considerable infrastructure build-out at his practice to meet demand and facilitate treatment logistics. Meanwhile, on reimbursement, Dr. Pezalla highlighted what to expect for commercial insurance and Medicare, the latter of which is most important. Ultimately, he anticipates the Adu to be covered for the ENGAGE/EMERGE population, though in his view, the sheer budget impact for Medicare could lead them to convene a "MEDCAC" for a National Coverage Decision for discussion (though interestingly, BIIB isn't certain there will be a formal NCD). Regardless, Dr. Pezalla estimates ~30% of Medicare patients have supplemental insurance, so out-of-pocket cost could be a challenge for other beneficiaries.**

## Key Points

**Dr. Porsteinsson and Dr. Grutzendler were initially focused on the approval and labeling of aducanumab, where emotions were split on whether aducanumab should be approved.** Conversation started with general feelings, where Dr. Porsteinsson was happy to hear the news, but was surprised by the label which encompasses later-stage Alzheimer's where there is no evidence of efficacy. That said, his enthusiasm was driven by his belief that the amyloid lowering properties do drive benefit in these MCI, early-stage Alzheimer's patients. This was contrasted by Dr. Grutzendler, shocked by the approval, who believes that (1) there is no evidence that lowering amyloid can drive benefit and (2) the label does not specify who is potentially eligible. His concern was focused on the known AE profile (e.g., ARIA-E, ARIA-H), but lack of known benefit, and how to explain that to patients who are already calling him for access to aducanumab. ***However, at this point, both physicians agreed, regardless of their views on the data, that they will likely offer this to those patients who were eligible for the trial.***

**For each physician, using Aducanumab will require buildout of each center's capabilities--from MRI, to PET, to infusion center capacity.** Current capacity is not suitable to come close to supporting all eligible patients, so initial uptake will be restricted, and at Dr. Grutzendler's practice may even be delayed. At Rochester, Dr. Porsteinsson noted that they did not make pre-approval infrastructure investments, though he expects the business side of his center to support a buildout given that Adu, as a buy-and-bill agent, may be a revenue generator. Dr. Grutzendler concurred as his group at Yale was not prepared for approval, noting that it will likely take time (i.e., 6+ weeks) to set up the imaging, MRI, and infusion logistics for patients, which is stressful since he has been receiving calls since approval. Anecdotally he noted that currently it takes weeks to get a given patient an MRI and while there will be ways to expedite that, the shift is going to take time.

**Both physicians were struck by the breadth of the label, and expect use to be limited to early/mild AD (PET-positive). That said, as things ramp they expect use in 30-50% of these patients, which is well above our model (12% penetration here, with modest use in moderate/severe).** Both physicians agreed that only patients who were amyloid positive should get treated, and confirming amyloid positivity isn't exactly easy even though there are new techniques emerging. At least right now, very few patients are already codified as amyloid-positive. Noted above, Dr. Grutzendler is more of a skeptic on the data and has concerns about safety (i.e. ARIA), yet he still expects his patients to broadly ask for the drug and he plans to prescribe for the trial population once the logistics are worked out.

**Dr. Pezalla, now a consultant on reimbursement (prior experience at Aetna), expects most commercial plans and Medicare Part B to reimburse Adu for the ph3 trial population. That said, he did walk through some nuanced considerations related to out-of-pocket cost and Medicare's *possible* path to a coverage determination (should they go that route).** Dr. Pezalla cited past experience with Exondys for which a small cohort of commercial payors held out, but ultimately access was broad. Meanwhile, as an infused agent for an elderly population, Adu will predominantly be paid for under Medicare Part B. Dr. Pezalla believes that Medicare will likely cover the drug per trial population (early/mild AD, perhaps with a positive PET requirement), though he also noted that they could hold their own version of an Advisory Committee (a "MEDCAC") to discuss coverage and anything considerations related to it. But there is a pretty small chance in his mind that coverage ends up being rejected; he couldn't think of any relevant/concerning precedent here. **On this topic, we caught up with BIIB management, who said it's hard to predict if there actually will be a formal NCD (or, if there is one, the timing); that said they have been engaged with Medicare, commercial insurance, legislators, and external experts and they're optimistic regarding access.** And in the meantime, while one can't have broad definitive agreements in place pre-approval, Biogen management expects Aducanumab to be reimbursed, and, as they understand it, for the fee-for-service population (the majority) coverage is presumed on approval. Meanwhile,

**Paul Matteis** | (617) 488-4485 | matteisp@stifel.com
**Alex Thompson**, PhD | (617) 488-4406 | thompsona@stifel.com
**Kathryn Smith** | (617) 848-2765 | smithkath@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 3 - 5 of this report.**

although the physician commentary on demand was very bullish, Dr. Pezalla does expect out-of-pocket cost to be a factor. He estimates that ~30% of part B beneficiaries have supplemental insurance (some data suggest a little higher), which would limit out-of-pocket cost substantially, but for the rest, unless they are dual eligibles (maybe ~10%), coinsurance costs could be significant (say ~$10k). Moreover, he sees supplemental insurance as being phased out over time, albeit slowly.

**On donanemab, Dr. Porsteinsson said "they've got the data, and you can argue that lecanemab and even gantenerumab may have the data" as it relates to what could theoretically be an efficacy package that meets this recent FDA approval standard.** Going further, he noted that if he was one of these companies, based on this approval, he would likely look for a path to submit for approval; for Lilly one would think that the big gating factor here is at the very least having a big enough safety database, whereas mid-to-late stage trials for the other two agents are ongoing. In our view this is one of the most interesting variables in the Alzheimer's space: is the approval on amyloid lowering actual precedent? Or was it a one-off mechanism to approve Aducanumab in a semi-politically tenable way that circumvents a contentious AdComm? Only time will tell.

### Important Disclosures and Certifications

**I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.**

**Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportandDisclosures.**

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

### Investment Rating System

Our investment rating system is defined as follows:

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy**[1] **-** We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a “reasonable basis” for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 56% are rated Buy, 1% are rated Speculative Buy, 28% are rated Hold, 2% are rated Sell and 13% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 24%, 7%, 0%, 8% of the companies whose shares are rated Buy (includes Speculative Buy), Hold, Sell, and Suspended respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 41%, 73%, 21%, 13%, 12%, of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell and Suspended respectively.

### Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to “**Stifel**” (collectively ”Stifel”) refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated (“**SNC**”); (ii) Keefe, Bruyette & Woods, Incorporated (“**KBWI**”), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission (“**SEC**”) and members of the Financial Industry National Regulatory Authority (“**FINRA**”), respectively; (iii) Stifel Nicolaus Canada, Incorporated. (“**Stifel Canada**”), which is authorised and regulated by Investment Industry Regulatory Organization of Canada (“**IIROC**”), and also trades under the names “**Stifel GMP**” and/or “**Stifel FirstEnergy**”; (iv) Stifel Nicolaus Europe Limited (“**SNEL**”), which is authorised and regulated by the Financial Conduct Authority (“**FCA**”) (FRN 190412) and is a member of

the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); and (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.

**European Economic Area (EEA)**: This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance

with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 9 June 2021 16:59EDT and disseminated at 9 June 2021 16:59EDT.

**Additional Information Is Available Upon Request**

© 2021 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.