*Exhibit 23*

*SVB Leerink, "Biogen Inc. - Aduhelm Gives Biogen Its Groove Back," June 10, 2021*

June 10, 2021

**OUTPERFORM**

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

**Rudy Li, Ph.D.**
(212) 277-6127
rudy.li@svbleerink.com

**SVBLEERINK**

Reason for report:

**COMPANY UPDATE**

# BIOGEN INC.

## Aduhelm Gives Biogen Its Groove Back

• **Bottom Line: We are adjusting our Aduhelm sales, EPS forecasts, and price target with the US approval of Aduhelm. We have increased our sales estimates for 2021 from ~$50M to ~$65M, for 2022 from ~$500M to ~$1.1B, and for 2025 from ~$2.8B to ~$5.7B, which we believe considers both higher-than-expected pricing and logistical hurdles and management commentary for a slow launch (see our model on Page 5). Sell-side sales expectations for 2021 are in the $100-120M range, which seem a little high given the dosing regimen, but expectations for 2022 of ~$900M seem to be in a reasonable range. Because of the difficulty in forecasting this launch, we hope that the investment community will demonstrate some patience out of the gate. Our EPS forecasts move from $18.35 to $19.40 for 2022 and from $18.50 to $20.40 for 2023. Our PT increases from $380 to $475 to reflect our new higher sales and earnings estimates and 100% POS (up from 70%) for Adu in the US. Our PT now includes $193 for US Aduhelm, $40 for aducanumab in EU/ROW with 50% POS, and $242 for the rest of the business. We maintain our Outperform rating on the stock.**

• **Stating the obvious; this is a very important approval for Biogen.** This approval means **(1)** increased management credibility for its high risk, high reward development strategy; **(2)** that Biogen has an important growth driver that helps to replace the Tecfidera LOE, Spinraza declines, and a flat-to-down trajectory for the rest of the MS franchise; **(3)** that the stock can move higher on good WATERFALL data and the rest of the pipeline once again will be viewed as potentially providing optionality; and **(4)** that long only funds will probably have to own at least an equal weight position in the stock given how significant this product could be in driving upside to the company's profitability.

• **Now it's time to scrutinize every aspect of the launch and begin the conversation about expectations.** The next year for BIIB will be volatile given the focus on this launch that is so difficult to forecast. How many patients will start on the drug? We don't know how widespread physicians will prescribe within the spectrum of AD patients. We don't know how long physicians will recommend that patients stay on the drug or payers will reimburse treatment. What is the right pricing given the complicated dosing titration? Will physicians titrate dosing in line with labeling recommendations? We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement. How will the Cigna (Not Rated) value-based contracting work and impact GTNs? How many patients will discontinue treatment over time? And how will the market factor in future competition from the Eisai (Not Rated) and Lilly (Not Rated) drugs that have the same mechanism and appear to be more robust in clearing amyloid than Adu?

| **Key Stats:** | **(NASDAQ: BIIB)** |
|---|---|
| **Sector:** | **Biopharma / Neuroscience** |
| **S&P 500 Health Care Index:** | **1,434.66** |
| **Price:** | **$406.94** |
| Price Target: | $475.00 from $380.00 |
| Methodology: | SOTP analysis that forecasts cash flows into 2037E, with a 7% discount rate. |
| 52 Week High: | $468.55 |
| 52 Week Low: | $223.25 |
| Shares Outstanding (mil): | 152.3 |
| Market Capitalization (mil): | 61,977.0 |
| Book Value/Share: | $67.83 |
| Cash Per Share: | $22.30 |
| Net Debt to Total Capital: | 0% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |
| Est LT EPS Growth: | 8% |
| P/E to LT EPS Growth (FY21): | 2.71 |

Completion: June 10, 2021, 12:12AM EDT.
Distribution: June 10, 2021, 12:12AM EDT.
*Est LT EPS Growth: 2021E-2024E, CAGR*




| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020A** | $3,534.3 | $3,681.6 | $3,376.1 | $2,852.6 | $13,444.6 | $9.36 | $10.92 | $8.84 | $4.58 | $33.70 | 12.1x |
| **2021E - New** | **$2,694.0A** | **$2,577.5** | **$2,660.2** | **$2,596.0** | **$10,527.6** | **$5.34A** | **$4.32** | **$5.24** | **$3.85** | **$18.75** | **21.7x** |
| **2021E - Old** | $2,694.0A | $2,577.5 | $2,657.0 | $2,583.2 | $10,511.6 | $5.34A | $4.15 | $5.24 | $4.02 | $18.75 | NM |
| **2022E - New** | **--** | **--** | **--** | **--** | **$11,265.4** | **--** | **--** | **--** | **--** | **$19.40** | **21.0x** |
| **2022E - Old** | -- | -- | -- | -- | $10,628.0 | -- | -- | -- | -- | $18.35 | NM |

*Source: Company Information and SVB Leerink LLC Research.*
*Revenues in $MM, Non-GAAP Diluted EPS*

**Please refer to pages 11 - 13 for Important Disclosures, Price Charts and Analyst Certification.**

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

- **Our assumptions:** **(1)** There are about 6M AD patients and based on discussions with MEDACorp KOLs, we hear that the appropriate population (early patients who are amyloid positive) for Aduhelm is 20-30% of AD patients. We assume 20%. And we assume about 80% of these eligible patients will seek treatment and that a further subset will actually begin treatment with Adu. **(2)** Our model is driven by new patients + maintenance patients – discontinued patients. And we have different prices based on the dosing titration regimen and average weight per patient of 74kg. So for each new patient, the cost of therapy is $3,584 in the first quarter, $11,256 in the second quarter, and $12,936 in the third and fourth quarters of therapy, which adds to $40,712 at year 1. The cost for patients on maintenance therapy is $56,056/year. And we assume a GTN of 30%. **(3)** We assume the discontinuation rate increases to 10% around the end of year 1, and then we assume 20% in 2023, increasing to 25% in 2030. **(4)** We tried to be conservative regarding new patients starts and assume 4,000 in 3Q21, 8,000 in 4Q21, 11,000 in 1Q22, 14,000 in 2Q22, 17,000 in 3Q22, and 20,000 in 4Q22. **(5)** For total patients on drug we assume ~43K on average during 2022, increasing to ~77K in 2023, 120K in 2024, and 160K in 2025.



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

## INVESTMENT THESIS

Our thesis is four-fold:

1. We believe Aduhelm (aducanumab) could become the standard-of-care for treating Alzheimer's disease (AD), which provides a significant growth driver for the company.

2. The valuation already reflects a significant Spinraza decline due to new competition and continued generic erosion for Tecfidera.

3. The durability of Biogen's base business profit stream (multiple sclerosis [MS] franchise, CD20 royalties, biosimilars) remains underappreciated and provides capital allocation optionality.

4. And the pipeline gets minimal attention and value attribution, and thus any good news from this portfolio can drive upside to the valuation.

## VALUATION

Our $475 PT is based on a sum-of-the-parts (SOTP) analysis that forecasts cash flows into 2037E, with a 7% discount rate.

## RISKS TO VALUATION

**Key risks to our investment thesis:**

- Aducanumab faces significant payer push-back
- New safety signal for aducanumab is detected in practice hindering commercial uptake
- Base business deterioration is worse than expected
- Spinraza declines even faster than our forecasts
- Early-stage pipeline products fail in late-stage studies



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

# Biogen - Income Statement

**Biogen - Income Statement**
($ Millions, except per-share data)

| | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 11,379.8 | 2,904.6 | 2,795.7 | 2,690.3 | 2,301.6 | 10,692.2 | 2,211.7 | 2,084.9 | 2,125.4 | 2,110.7 | 8,532.8 | 9,286.8 | 10,741.4 | 12,666.0 |
| Anti-CD20 Revenues | 2,290.4 | 520.4 | 478.3 | 560.1 | 419.0 | 1,977.8 | 389.0 | 402.3 | 455.3 | 378.4 | 1,625.0 | 1,647.5 | 1,641.5 | 1,604.8 |
| Other | 707.7 | 109.3 | 407.6 | 125.7 | 132.0 | 774.6 | 93.3 | 90.2 | 79.5 | 106.9 | 369.9 | 331.1 | 245.5 | 266.6 |
| **Total Revenues** | **14,377.9** | **3,534.3** | **3,681.6** | **3,376.1** | **2,852.6** | **13,444.6** | **2,694.0** | **2,577.5** | **2,660.2** | **2,596.0** | **10,527.6** | **11,265.4** | **12,628.4** | **14,537.5** |
| **Consensus** | | | | | | | **2,694.0** | **2,612.3** | **2,650.8** | **2,640.6** | **10,599.6** | **10,969.4** | **11,857.5** | **13,274.2** |
| | | | | | | | Co. Guidance | | | | 10,450-10,750 | | | |
| COGS | 1,955.4 | 454.3 | 411.1 | 449.1 | 490.6 | 1,805.1 | 478.1 | 448.8 | 462.3 | 469.8 | 1,859.0 | 2,023.9 | 2,362.6 | 2,758.6 |
| Gross Profit | 12,422.5 | 3,080.0 | 3,270.5 | 2,927.0 | 2,362.0 | 11,639.5 | 2,215.9 | 2,128.7 | 2,198.0 | 2,126.1 | 8,668.6 | 9,241.5 | 10,265.8 | 11,778.9 |
| SG&A | 2,324.9 | 568.9 | 555.1 | 568.9 | 793.4 | 2,486.3 | 594.9 | 638.5 | 678.1 | 738.9 | 2,650.4 | 3,203.5 | 3,354.5 | 3,633.5 |
| | | | | | | | Co. Guidance | | | | 2,600-2,700 | | | |
| R&D | 2,272.8 | 476.3 | 522.6 | 539.6 | 642.0 | 2,180.5 | 514.2 | 601.3 | 568.3 | 674.3 | 2,358.2 | 2,337.6 | 2,569.9 | 2,762.1 |
| | | | | | | | Co. Guidance | | | | 2,300-2,400 | | | |
| Collaboration Profit Sharing - Samsung | -241.6 | -71.8 | -21.8 | -73.0 | -66.4 | -233.0 | -68.5 | -69.4 | -77.4 | -89.8 | -305.0 | -366.4 | -425.9 | -504.1 |
| Collaboration Profit Sharing - Eisai | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 25.0 | 131.1 | 124.1 | 359.6 | 211.5 | -161.5 | -565.3 |
| Collaboration Profit Sharing - Sage | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 53.4 | -55.4 | -214.0 |
| Adj. Operating Income (Non-GAAP) | 7,583.2 | 1,963.0 | 2,171.0 | 1,745.5 | 860.2 | 6,739.7 | 1,038.3 | 844.5 | 1,005.3 | 747.2 | 3,714.7 | 3,598.8 | 3,698.5 | 4,099.9 |
| Non-Operating Income | -110.2 | -42.3 | 51.8 | -49.2 | -50.7 | -90.4 | -61.1 | -60.8 | -60.7 | -59.8 | -242.5 | -218.7 | -175.0 | -170.0 |
| Pretax Income (Non-GAAP) | 7,473.0 | 1,920.7 | 2,222.8 | 1,696.3 | 809.5 | 6,649.3 | 977.2 | 783.7 | 944.6 | 687.3 | 3,472.2 | 3,380.1 | 3,523.5 | 3,929.8 |
| Taxes | 1,181.0 | 330.4 | 416.5 | 310.9 | 128.9 | 1,186.7 | 153.4 | 130.9 | 160.6 | 116.8 | 561.7 | 574.6 | 599.0 | 668.1 |
| Tax Rate | 15.8% | 17.2% | 18.7% | 18.3% | 15.9% | 17.8% | 15.7% | 16.7% | 17.0% | 17.0% | 16.2% | 17.0% | 17.0% | 17.0% |
| | | | | | | | Co. Guidance | | | | 16.0-17.0% | | | |
| Non-Controlling Interest and Non-GAAP JV I | 1.2 | -29.6 | 49.3 | -5.0 | -25.0 | -10.3 | 11.0 | 2.0 | 2.0 | 2.0 | 17.0 | 20.0 | 15.0 | 15.0 |
| **Adj. Net Income (Non-GAAP)** | **6,290.8** | **1,619.9** | **1,757.0** | **1,390.4** | **705.6** | **5,472.9** | **812.8** | **650.8** | **782.0** | **568.5** | **2,893.5** | **2,785.5** | **2,909.5** | **3,246.7** |
| Avg Shares - Fully Diluted | 187.4 | 173.1 | 160.9 | 157.2 | 154.0 | 161.3 | 152.3 | 150.5 | 149.1 | 147.8 | 149.9 | 143.6 | 142.6 | 138.5 |
| **Adj EPS - Fully Diluted (Non-GAAP)** | **$33.57** | **$9.36** | **$10.92** | **$8.84** | **$4.58** | **$33.70** | **$5.34** | **$4.32** | **$5.24** | **$3.85** | **$18.75** | **$19.40** | **$20.40** | **$23.45** |
| | | | | | | | Co. Guidance | | | | $17.50-19.00 | | | |
| **Consensus** | | | | | | | **$5.34** | **$4.61** | **$4.56** | **$4.00** | **$18.48** | **$20.79** | **$24.90** | **$28.91** |

*Source: Company reports, SVB Leerink estimates*

| **Margin Analysis** | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| COGS | 13.6% | 12.9% | 11.2% | 13.3% | 17.2% | 13.4% | 17.7% | 17.4% | 17.4% | 18.1% | 17.7% | 18.0% | 18.7% | 19.0% |
| Gross Margin | 86.4% | 87.1% | 88.8% | 86.7% | 82.8% | 86.6% | 82.3% | 82.6% | 82.6% | 81.9% | 82.3% | 82.0% | 81.3% | 81.0% |
| SG&A | 16.2% | 16.1% | 15.1% | 16.9% | 27.8% | 18.5% | 22.1% | 24.8% | 25.5% | 28.5% | 25.2% | 28.4% | 26.6% | 25.0% |
| R&D | 15.8% | 13.5% | 14.2% | 16.0% | 22.5% | 16.2% | 19.1% | 23.3% | 21.4% | 26.0% | 22.4% | 20.8% | 20.4% | 19.0% |
| Collaboration Profit Sharing | -1.7% | -2.0% | -0.6% | -2.2% | -2.3% | -1.7% | -2.5% | -1.7% | 2.0% | 1.3% | 0.5% | -1.4% | -4.7% | -7.4% |
| Operating Margin | 52.7% | 55.5% | 59.0% | 51.7% | 30.2% | 50.1% | 38.5% | 32.8% | 37.8% | 28.8% | 35.3% | 31.9% | 29.3% | 28.2% |
| Pretax Margin | 52.0% | 54.3% | 60.4% | 50.2% | 28.4% | 49.5% | 36.3% | 30.4% | 35.5% | 26.5% | 33.0% | 30.0% | 27.9% | 27.0% |
| Net Margin | 43.8% | 45.8% | 47.7% | 41.2% | 24.7% | 40.7% | 30.2% | 25.3% | 29.4% | 21.9% | 27.5% | 24.7% | 23.0% | 22.3% |

| **% Change** | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 6.9% | 1.3% | 1.8% | -6.2% | -22.3% | -6.5% | -23.8% | -30.0% | -21.2% | -9.0% | -21.7% | 7.0% | 12.1% | 15.1% |
| COGS | 7.7% | -24.5% | -13.7% | 4.4% | 9.7% | -7.7% | 5.2% | 9.2% | 2.9% | -4.2% | 3.0% | 8.9% | 16.7% | 16.8% |
| Gross Profit | 6.8% | 6.7% | 4.1% | -7.7% | -26.7% | -6.3% | -28.1% | -34.9% | -24.9% | -10.0% | -25.5% | 6.6% | 11.1% | 14.7% |
| SG&A | 11.0% | 1.2% | 0.4% | 3.9% | 19.8% | 6.9% | 4.6% | 15.0% | 19.2% | -6.9% | 6.6% | 20.9% | 4.7% | 8.3% |
| R&D | -6.3% | -15.5% | 9.6% | -0.1% | -7.2% | -4.1% | 8.0% | 15.1% | 5.3% | 5.0% | 8.1% | -0.9% | 9.9% | 7.5% |
| Operating Income | 9.4% | 15.2% | 6.1% | -13.7% | -52.5% | -11.1% | -47.1% | -61.1% | -42.4% | -13.1% | -44.9% | -3.1% | 2.8% | 10.9% |
| Pretax Income | 9.7% | 14.0% | 9.6% | -15.2% | -54.0% | -11.0% | -49.1% | -64.7% | -44.3% | -15.1% | -47.8% | -2.7% | 4.2% | 11.5% |
| Net Income | 17.0% | 17.9% | 0.9% | -17.7% | -52.5% | -13.0% | -49.8% | -63.0% | -43.8% | -19.4% | -47.1% | -3.7% | 4.5% | 11.6% |
| EPS | 28.1% | 34.1% | 19.4% | -3.6% | -45.0% | 0.4% | -42.9% | -60.4% | -40.7% | -16.1% | -44.4% | 3.4% | 5.1% | 15.0% |



*Source: Company reports, SVB Leerink estimates, FactSet consensus data*

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

# Biogen - Aduhelm US Sales

| Aduhelm US Sales ($) | 1Q21 | 2Q21E | 3Q21E | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alzheimer's Disease Patients | 5,791,453 | 5,791,453 | 5,791,453 | 5,791,453 | 5,791,453 | 5,965,197 | 5,965,197 | 5,965,197 | 5,965,197 | 5,965,197 | 6,144,153 | 6,328,477 | 6,518,331 |
| *% Growth Rate* | | | | | | *3.0%* | *3.0%* | *3.0%* | *3.0%* | *3.0%* | *3.0%* | *3.0%* | *3.0%* |
| *% Eligible for Adu* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* | *20%* |
| Eligible Patients | 1,158,291 | 1,158,291 | 1,158,291 | 1,158,291 | 1,158,291 | 1,193,039 | 1,193,039 | 1,193,039 | 1,193,039 | 1,193,039 | 1,228,831 | 1,265,695 | 1,303,666 |
| % Seeking Treatment | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| Patients Seeking Treatment | 926,632 | 926,632 | 926,632 | 926,632 | 926,632 | 954,431 | 954,431 | 954,431 | 954,431 | 954,431 | 983,064 | 1,012,556 | 1,042,933 |
| % of Patients Starting Adu (during the period) | 0% | 0% | 0.4% | 0.9% | | 1.2% | 1.5% | 1.8% | 2.1% | 1.6% | 4.0% | 5.1% | 5.0% |
| **New Patients Added on Adu (during the period)** | 0 | 0 | 4,000 | 8,000 | | 11,000 | 14,000 | 17,000 | 20,000 | 15,500 | 39,323 | 51,640 | 52,147 |
| *Discontinuation Rates (%)* | | | *0.0%* | *0.0%* | | *10.0%* | *12.5%* | *15.0%* | *15.0%* | | *20.0%* | *20.0%* | *20.0%* |
| **Patients who Discontinued (during the period)** | | | | 0 | | 400 | 1,450 | 3,173 | 4,797 | 2,455 | 5,445 | 7,456 | 13,830 |
| **Maintenance Patients on Adu (during the period)** | | | 0 | 4,000 | | 11,600 | 21,150 | 31,978 | 44,181 | 27,227 | 37,282 | 69,148 | 106,959 |
| **Total # of Patients on Adu (during the period)** | | | **4,000** | **12,000** | | **22,600** | **35,150** | **48,978** | **64,181** | **42,727** | **76,604** | **120,788** | **159,105** |
| ***% Growth Rate*** | | | | | | | | | | | ***79.3%*** | ***57.7%*** | ***31.7%*** |
| *Total penetration rates of Adu (%)* | | | *0.4%* | *1.3%* | | *2.4%* | *3.8%* | *5.5%* | *7.2%* | | *8.3%* | *12.7%* | *16.6%* |
| ***New patients*** *added on Adu (%)* | | | *100.0%* | *66.7%* | | *48.7%* | *39.8%* | *34.7%* | *31.2%* | | *51.3%* | *42.8%* | *32.8%* |
| ***Maintenance*** *patients on Adu (%)* | | | *0.0%* | *33.3%* | | *51.3%* | *60.2%* | *65.3%* | *68.8%* | | *48.7%* | *57.2%* | *67.2%* |
| ***New patients*** *Gross Cost during the period* | | | $3,584 | $3,584 | | $3,584 | $3,584 | $3,584 | $3,584 | | $40,712 | $40,712 | $40,712 |
| ***Maintenance*** *Gross Cost during the period* | | | $0 | $11,256 | | $12,936 | $12,936 | $12,936 | $12,936 | | $56,056 | $56,056 | $56,056 |
| **Average Gross Price (assume 74kg weight)** | | | **$3,584** | **$6,141** | | **$8,384** | **$9,211** | **$9,690** | **$10,022** | | **$48,300** | **$49,587** | **$51,084** |
| *Gross to Net Adjustment* | | | *25.0%* | *25.0%* | | *30.0%* | *30.0%* | *30.0%* | *30.0%* | | *30.0%* | *30.0%* | *30.0%* |
| **Average Net Price (assume 74kg weight)** | | | **$2,688** | **$4,606** | | **$5,869** | **$6,448** | **$6,783** | **$7,015** | | **$33,810** | **$34,711** | **$35,759** |
| **US Sales - *($ Millions)*** | | | **$10.8** | **$55.3** | **$66.0** | **$132.6** | **$226.6** | **$332.2** | **$450.2** | **$1,141.7** | **$2,590.0** | **$4,192.7** | **$5,689.4** |
| *% Growth Rate YOY* | | | | | | | | | | | *126.8%* | *61.9%* | *35.7%* |

*Source: Company reports, SVB Leerink estimates*



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

**BIOGEN INC.** June 10, 2021 **SVBLEERINK**

# Biogen - Revenues

| ($ Millions) | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Multiple Sclerosis** | | | | | | | | | | | | | | |
| **Tecfidera** | | | | | | | | | | | | | | |
| US | 3,306.5 | 775.5 | 912.7 | 669.5 | 319.7 | 2,677.4 | 162.4 | 139.9 | 117.5 | 84.8 | 504.5 | 235.8 | 117.9 | 82.5 |
| *% Growth Rate* | *1.6%* | *8.1%* | *4.9%* | *-20.5%* | *-63.5%* | *-19.0%* | *-79.1%* | *-84.7%* | *-82.4%* | *-73.5%* | *-81.2%* | *-53.3%* | *-50.0%* | *-30.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **179.0** | | | | **517.0** | **298.0** | **214.0** | |
| OUS | 1,126.2 | 323.3 | 268.6 | 283.3 | 288.2 | 1,163.4 | 316.9 | 274.0 | 291.8 | 280.7 | 1,163.4 | 1,186.7 | 1,210.4 | 1,234.6 |
| *% Growth Rate* | *10.3%* | *15.0%* | *-4.2%* | *1.0%* | *1.4%* | *3.3%* | *-2.0%* | *2.0%* | *3.0%* | *-2.6%* | *0.0%* | *2.0%* | *2.0%* | *2.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **284.0** | | | | **1,086.0** | **1,040.0** | **996.0** | |
| **Total Tecfidera** | **4,432.7** | **1,098.8** | **1,181.3** | **952.8** | **607.9** | **3,840.8** | **479.3** | **413.8** | **409.3** | **365.5** | **1,667.9** | **1,422.4** | **1,328.3** | **1,317.1** |
| *% Growth Rate* | *3.7%* | *10.0%* | *2.7%* | *-15.1%* | *-47.7%* | *-13.4%* | *-56.4%* | *-65.0%* | *-57.0%* | *-39.9%* | *-56.6%* | *-14.7%* | *-6.6%* | *-0.8%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **463.0** | | | | **1,603.0** | **1,313.0** | **1,174.0** | |
| Vumerity (diroximel fumarate) | | | | | | | | | | | | | | |
| US | 5.5 | 2.0 | 9.0 | 14.7 | 38.9 | 64.6 | 73.6 | 91.4 | 107.3 | 119.8 | 392.1 | 545.1 | 579.2 | 604.6 |
| *% Growth Rate* | | | | | | | *3580.0%* | *915.5%* | *630.2%* | *208.0%* | *507.0%* | *39.0%* | *6.2%* | *4.4%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **44.0** | | | | **220.0** | **315.0** | **376.0** | |
| OUS | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.0 | 25.0 | 35.0 |
| *% Growth Rate* | | | | | | | | | | | | | | |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **1.0** | | | | **10.0** | **36.0** | **52.0** | |
| **Total Vumerity** | 5.5 | **2.0** | **9.0** | **14.7** | **38.9** | **64.6** | **73.6** | **91.4** | **107.3** | **119.8** | **392.1** | **555.1** | **604.2** | **639.6** |
| *% Growth Rate* | | | | | | | | | | | *507.0%* | *41.6%* | *8.8%* | *5.9%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **45.0** | | | | **163.0** | **265.0** | **332.0** | |
| Total Tecfidera Franchise | | | | | | | | | | | | | | |
| US | 3,312.0 | 777.5 | 921.7 | 684.2 | 358.6 | 2,742.0 | 236.0 | 231.3 | 224.8 | 204.6 | 896.7 | 780.9 | 697.0 | 687.1 |
| *% Growth Rate* | *1.8%* | *8.3%* | *6.0%* | *-18.7%* | *-59.4%* | *-17.2%* | *-69.6%* | *-74.9%* | *-67.1%* | *-43.0%* | *-67.3%* | *-12.9%* | *-10.7%* | *-1.4%* |
| OUS | 1,126.2 | 323.3 | 268.6 | 283.3 | 288.2 | 1,163.4 | 316.9 | 274.0 | 291.8 | 280.7 | 1,163.4 | 1,196.7 | 1,235.4 | 1,269.6 |
| *% Growth Rate* | *10.3%* | *15.0%* | *-4.2%* | *1.0%* | *1.4%* | *3.3%* | *-2.0%* | *2.0%* | *3.0%* | *-2.6%* | *0.0%* | *2.9%* | *3.2%* | *2.8%* |
| **Total Tecfidera Franchise** | **4,438.2** | **1,100.8** | **1,190.3** | **967.5** | **646.8** | **3,905.4** | **552.9** | **505.2** | **516.6** | **485.3** | **2,060.1** | **1,977.6** | **1,932.4** | **1,956.7** |
| *% Growth Rate* | *3.8%* | *10.2%* | *3.5%* | *-13.8%* | *-44.6%* | *-12.0%* | *-49.8%* | *-57.6%* | *-46.6%* | *-25.0%* | *-47.3%* | *-4.0%* | *-2.3%* | *1.3%* |

*Source: Company reports, SVB Leerink estimates*



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

BIOGEN INC. June 10, 2021 SVBLEERINK

# Biogen - Revenues

| ($ Millions) | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avonex | | | | | | | | | | | | | | |
| US | 1,202.0 | 249.0 | 295.0 | 280.0 | 259.9 | 1,083.9 | 209.2 | 249.2 | 234.8 | 225.2 | 918.4 | 808.8 | 731.5 | 658.3 |
| *% Growth Rate* | *-15.4%* | *-10.4%* | *-7.2%* | *-7.6%* | *-14.2%* | *-9.8%* | *-16.0%* | *-15.5%* | *-16.2%* | *-13.3%* | *-15.3%* | *-11.9%* | *-9.6%* | *-10.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **237.0** | | | | **970.0** | **888.0** | **808.0** | |
| OUS | 464.3 | 118.0 | 94.0 | 101.0 | 96.5 | 409.5 | 101.9 | 84.6 | 90.9 | 91.1 | 368.6 | 331.7 | 298.5 | 268.7 |
| *% Growth Rate* | *-6.4%* | *-0.8%* | *-21.7%* | *-13.9%* | *-10.6%* | *-11.8%* | *-13.6%* | *-10.0%* | *-10.0%* | *-5.5%* | *-10.0%* | *-10.0%* | *-10.0%* | *-10.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **96.0** | | | | **357.0** | **327.0** | **297.0** | |
| Total Avonex | 1,666.3 | 367.0 | 389.0 | 381.0 | 356.4 | 1,493.4 | 311.1 | 333.8 | 325.7 | 316.4 | 1,286.9 | 1,140.5 | 1,030.0 | 927.0 |
| *% Growth Rate* | *-13.0%* | *-7.6%* | *-11.2%* | *-9.4%* | *-13.3%* | *-10.4%* | *-15.2%* | *-14.2%* | *-14.5%* | *-11.2%* | *-13.8%* | *-11.4%* | *-9.7%* | *-10.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **334.0** | | | | **1,328.0** | **1,216.0** | **1,108.0** | |
| Plegridy | | | | | | | | | | | | | | |
| US | 224.6 | 43.6 | 50.6 | 47.3 | 48.1 | 189.6 | 32.6 | 45.0 | 42.0 | 40.8 | 160.4 | 138.6 | 120.8 | 106.0 |
| *% Growth Rate* | *-9.6%* | *-11.6%* | *-18.0%* | *-17.5%* | *-14.6%* | *-15.6%* | *-25.2%* | *-11.1%* | *-11.1%* | *-15.1%* | *-15.4%* | *-13.6%* | *-12.9%* | *-12.2%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **44.0** | | | | **186.0** | **180.0** | **175.0** | |
| OUS | 210.9 | 55.4 | 41.8 | 45.8 | 51.5 | 194.5 | 56.8 | 48.0 | 50.0 | 51.4 | 206.2 | 206.2 | 206.2 | 206.2 |
| *% Growth Rate* | *6.2%* | *1.5%* | *-23.6%* | *-12.6%* | *4.7%* | *-7.8%* | *2.5%* | *14.8%* | *9.2%* | *-0.3%* | *6.0%* | *0.0%* | *0.0%* | *0.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **47.0** | | | | **178.0** | **170.0** | **166.0** | |
| Total Plegridy | 435.5 | 99.0 | 92.4 | 93.1 | 99.6 | 384.1 | 89.4 | 93.0 | 92.0 | 92.2 | 366.6 | 344.8 | 327.0 | 312.2 |
| *% Growth Rate* | *-2.6%* | *-4.7%* | *-20.6%* | *-15.1%* | *-5.6%* | *-11.8%* | *-9.7%* | *0.6%* | *-1.1%* | *-7.4%* | *-4.6%* | *-5.9%* | *-5.2%* | *-4.5%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **92.0** | | | | **367.0** | **353.0** | **344.0** | |
| Total Interferon Franchise | | | | | | | | | | | | | | |
| US | 1,426.6 | 292.6 | 345.6 | 327.3 | 308.0 | 1,273.5 | 241.8 | 294.2 | 276.8 | 266.1 | 1,078.8 | 947.5 | 852.3 | 764.4 |
| *% Growth Rate* | *-14.5%* | *-10.6%* | *-9.0%* | *-9.2%* | *-14.3%* | *-10.7%* | *-17.4%* | *-14.9%* | *-15.4%* | *-13.6%* | *-15.3%* | *-12.2%* | *-10.0%* | *-10.3%* |
| OUS | 675.2 | 173.4 | 135.8 | 146.8 | 148.0 | 604.0 | 158.7 | 132.6 | 140.9 | 142.5 | 574.7 | 537.9 | 504.7 | 474.8 |
| *% Growth Rate* | *-2.8%* | *-0.1%* | *-22.3%* | *-13.5%* | *-5.9%* | *-10.5%* | *-8.5%* | *-2.4%* | *-4.0%* | *-3.7%* | *-4.8%* | *-6.4%* | *-6.2%* | *-5.9%* |
| Total Interferon | 2,101.8 | 466.0 | 481.4 | 474.1 | 456.0 | 1,877.5 | 400.5 | 426.8 | 417.7 | 408.6 | 1,653.6 | 1,485.3 | 1,357.0 | 1,239.2 |
| *% Growth Rate* | *-11.1%* | *-7.0%* | *-13.2%* | *-10.5%* | *-11.7%* | *-10.7%* | *-14.1%* | *-11.3%* | *-11.9%* | *-10.4%* | *-11.9%* | *-10.2%* | *-8.6%* | *-8.7%* |
| Tysabri | | | | | | | | | | | | | | |
| US | 1,041.8 | 277.7 | 244.1 | 304.2 | 270.7 | 1,096.7 | 273.3 | 285.7 | 298.9 | 289.6 | 1,147.5 | 1,035.6 | 976.4 | 916.9 |
| *% Growth Rate* | *1.6%* | *13.3%* | *-7.6%* | *15.7%* | *0.4%* | *5.3%* | *-1.6%* | *17.0%* | *-1.7%* | *7.0%* | *4.6%* | *-9.7%* | *-5.7%* | *-6.1%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **266.0** | | | | **1,071.0** | **1,010.0** | **982.0** | |
| OUS | 850.4 | 244.7 | 187.9 | 212.3 | 204.5 | 849.4 | 230.0 | 200.0 | 215.0 | 204.4 | 849.4 | 849.4 | 637.1 | 477.8 |
| *% Growth Rate* | *1.4%* | *13.6%* | *-10.9%* | *-3.8%* | *0.5%* | *-0.1%* | *-6.0%* | *6.4%* | *1.3%* | *0.0%* | *0.0%* | *0.0%* | *-25.0%* | *-25.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **213.0** | | | | **815.0** | **780.0** | **728.0** | |
| Total Tysabri | 1,892.2 | 522.4 | 432.0 | 516.5 | 475.2 | 1,946.1 | 503.3 | 485.7 | 513.9 | 494.0 | 1,996.9 | 1,885.0 | 1,613.5 | 1,394.6 |
| *% Growth Rate* | *1.5%* | *13.5%* | *-9.1%* | *6.8%* | *0.5%* | *2.8%* | *-3.7%* | *12.4%* | *-0.5%* | *4.0%* | *2.6%* | *-5.6%* | *-14.4%* | *-13.6%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **478.0** | | | | **1,887.0** | **1,790.0** | **1,710.0** | |
| Total Fampyra | 97.1 | 28.3 | 23.0 | 26.8 | 25.1 | 103.2 | 26.6 | 24.0 | 26.0 | 26.6 | 103.2 | 103.2 | 103.2 | 103.2 |
| *% Growth Rate* | *4.9%* | *23.6%* | *-4.6%* | *10.7%* | *-3.1%* | *6.3%* | *-6.0%* | *4.3%* | *-3.0%* | *6.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **26.0** | | | | **101.0** | **97.0** | **90.0** | |
| **Total Multiple Sclerosis** | | | | | | | | | | | | | | |
| **US** | **5,780.4** | **1,347.8** | **1,511.4** | **1,315.7** | **937.3** | **5,112.2** | **751.1** | **811.1** | **800.5** | **760.3** | **3,123.0** | **2,764.0** | **2,525.8** | **2,368.3** |
| ***% Growth Rate*** | ***-2.8%*** | ***4.5%*** | ***-0.2%*** | ***-10.2%*** | ***-38.0%*** | ***-11.6%*** | ***-44.3%*** | ***-46.3%*** | ***-39.2%*** | ***-18.9%*** | ***-38.9%*** | ***-11.5%*** | ***-8.6%*** | ***-6.2%*** |
| **OUS** | **2,748.9** | **769.7** | **615.3** | **669.2** | **665.8** | **2,720.0** | **732.2** | **630.6** | **673.7** | **654.2** | **2,690.7** | **2,687.1** | **2,480.3** | **2,325.4** |
| ***% Growth Rate*** | ***3.8%*** | ***11.1%*** | ***-10.9%*** | ***-3.7%*** | ***-0.7%*** | ***-1.1%*** | ***-4.9%*** | ***2.5%*** | ***0.7%*** | ***-1.7%*** | ***-1.1%*** | ***-0.1%*** | ***-7.7%*** | ***-6.2%*** |
| **Total Multiple Sclerosis** | **8,529.3** | **2,117.5** | **2,126.7** | **1,984.9** | **1,603.1** | **7,832.2** | **1,483.3** | **1,441.7** | **1,474.2** | **1,414.5** | **5,813.7** | **5,451.2** | **5,006.1** | **4,693.8** |
| ***% Growth Rate*** | ***-0.8%*** | ***6.8%*** | ***-3.5%*** | ***-8.1%*** | ***-26.5%*** | ***-8.2%*** | ***-30.0%*** | ***-32.2%*** | ***-25.7%*** | ***-11.8%*** | ***-25.8%*** | ***-6.2%*** | ***-8.2%*** | ***-6.2%*** |

*Source: Company reports, SVB Leerink estimates*



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

# Biogen - Revenues

| | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ Millions) | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E |
| **Spinraza** | | | | | | | | | | | | | |
| US | 933.4 | 235.4 | 210.3 | 182.5 | 159.5 | 787.7 | 148.7 | 136.7 | 131.4 | 126.0 | 542.8 | 439.8 | 373.8 |
| *% Growth Rate* | *9.3%* | *5.4%* | *-8.8%* | *-22.9%* | *-34.3%* | *-15.6%* | *-36.8%* | *-35.0%* | *-28.0%* | *-21.0%* | *-31.1%* | *-19.0%* | *-15.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **166.0** | | | | **706.0** | **660.0** | **618.0** |
| OUS | 1,163.6 | 329.6 | 284.3 | 311.9 | 338.5 | 1,264.3 | 371.8 | 314.5 | 291.6 | 284.4 | 1,262.3 | 1,038.1 | 882.3 |
| *% Growth Rate* | *33.7%* | *11.7%* | *10.4%* | *0.5%* | *12.7%* | *8.7%* | *12.8%* | *10.6%* | *-6.5%* | *-16.0%* | *-0.2%* | *-17.8%* | *-15.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **316.0** | | | | **1,235.0** | **1,153.0** | **1,077.0** |
| Total Spinraza | 2,097.0 | 565.0 | 494.6 | 494.4 | 498.0 | 2,052.0 | 520.5 | 451.2 | 423.0 | 410.4 | 1,805.1 | 1,477.8 | 1,256.2 |
| *% Growth Rate* | *21.6%* | *9.0%* | *1.3%* | *-9.6%* | *-8.3%* | *-2.1%* | *-7.9%* | *-8.8%* | *-14.4%* | *-17.6%* | *-12.0%* | *-18.1%* | *-15.0%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **484.0** | | | | **1,909.0** | **1,776.0** | **1,673.0** |
| Fumaderm | | | | | | | | | | | | | |
| US | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *% Growth Rate* | | | | | | | | | | | | | |
| OUS | 15.2 | 3.3 | 2.8 | 3.1 | 3.1 | 12.3 | 2.8 | 2.0 | 2.5 | 2.5 | 9.8 | 7.9 | 6.3 |
| *% Growth Rate* | *-31.8%* | *-19.5%* | *-24.3%* | *-18.4%* | *-13.9%* | *-19.1%* | *-15.2%* | *-28.6%* | *-19.4%* | *-18.1%* | *-20.0%* | *-20.0%* | *-20.0%* |
| Total Fumaderm | 15.2 | 3.3 | 2.8 | 3.1 | 3.1 | 12.3 | 2.8 | 2.0 | 2.5 | 2.5 | 9.8 | 7.9 | 6.3 |
| *% Growth Rate* | *-31.8%* | *-19.5%* | *-24.3%* | *-18.4%* | *-13.9%* | *-19.1%* | *-15.2%* | *-28.6%* | *-19.4%* | *-18.1%* | *-20.0%* | *-20.0%* | *-20.0%* |
| **Total Biosimilars** | | | | | | | | | | | | | |
| US | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.0 | 10.0 | 80.0 | 140.0 |
| *% Growth Rate* | | | | | | | | | | | | *700.0%* | *75.0%* |
| OUS | 738.3 | 218.8 | 171.6 | 207.9 | 197.4 | 795.7 | 205.1 | 190.0 | 215.0 | 218.0 | 828.1 | 916.5 | 1,010.1 |
| **Total Biosimilars** | **738.3** | **218.8** | **171.6** | **207.9** | **197.4** | **795.7** | **205.1** | **190.0** | **215.0** | **228.0** | **838.1** | **996.5** | **1,150.1** |
| *% Growth Rate* | | | | | | | | | | | | *18.9%* | *15.4%* |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **215.0** | | | | **884.0** | **995.0** | **1,094.0** |
| **Total Pipeline** | | | | | | | **0.0** | **0.0** | **10.8** | **55.3** | **66.0** | **1,353.5** | **3,322.8** |
| **Total Sales** | | | | | | | | | | | | | |
| **US** | **6,713.8** | **1,583.2** | **1,721.7** | **1,498.2** | **1,096.8** | **5,899.9** | **899.8** | **947.9** | **942.7** | **951.5** | **3,741.9** | **4,512.2** | **5,950.3** |
| ***% Growth Rate*** | ***-1.3%*** | ***4.6%*** | ***-1.3%*** | ***-12.0%*** | ***-37.5%*** | ***-12.1%*** | ***-43.2%*** | ***-44.9%*** | ***-37.1%*** | ***-13.2%*** | ***-36.6%*** | ***20.6%*** | ***31.9%*** |
| **OUS** | **4,666.0** | **1,321.4** | **1,074.0** | **1,192.1** | **1,204.8** | **4,792.3** | **1,311.9** | **1,137.1** | **1,182.8** | **1,159.1** | **4,790.9** | **4,649.5** | **4,404.1** |
| ***% Growth Rate*** | ***14.2%*** | ***13.3%*** | ***-5.4%*** | ***-0.1%*** | ***2.9%*** | ***2.7%*** | ***-0.7%*** | ***5.9%*** | ***-0.8%*** | ***-3.8%*** | ***0.0%*** | ***-3.0%*** | ***-5.3%*** |
| **Pipeline (Excl Adu/2410/zuranolone)** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **125.1** | **387.1** |
| ***% Growth Rate*** | | | | | | | | | | | | | ***209.4%*** |
| **Total Sales** | **11,379.8** | **2,904.6** | **2,795.7** | **2,690.3** | **2,301.6** | **10,692.2** | **2,211.7** | **2,084.9** | **2,125.4** | **2,110.7** | **8,532.8** | **9,286.8** | **10,741.4** |
| ***% Growth Rate*** | ***4.5%*** | ***8.4%*** | ***-2.9%*** | ***-7.1%*** | ***-21.3%*** | ***-6.0%*** | ***-23.9%*** | ***-25.4%*** | ***-21.0%*** | ***-8.3%*** | ***-20.2%*** | ***8.8%*** | ***15.7%*** |
| **Consensus (N=29 as provided by Biogen)** | | | | | | | **2,131.0** | | | | **8,382.0** | **8,785.0** | **9,689.0** |

*Source: Company reports, SVB Leerink estimates*



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

# Biogen - Cash Flow Statement

**Biogen - Cash Flow**

($ Millions)

| | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| **Cash Flows from Operating Activities** | | | | | | |
| Net Income | 5,888.5 | 4,060.5 | 2,792.8 | 2,613.5 | 2,737.5 | 3,066.7 |
| Depreciation | 190.7 | 200.2 | 210.2 | 220.8 | 231.8 | 243.4 |
| Amortization | 489.9 | 257.0 | 205.0 | 215.0 | 215.0 | 225.0 |
| Share-Based Compensation | 182.3 | 198.3 | 218.1 | 239.9 | 263.9 | 290.3 |
| Deferred Income Taxes | 67.1 | 149.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Contingent Consideration | -63.7 | -86.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 124.5 | -361.7 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in Operating Assets and Liabilities | 199.3 | -187.2 | 0.9 | -154.5 | -324.4 | -265.4 |
| **Net Cash Used in Operating Activities** | **7,078.6** | **4,229.8** | **3,427.1** | **3,134.7** | **3,123.8** | **3,560.1** |
| | | | | | | |
| **Cash Flows from Investing Activities** | | | | | | |
| Capital Expenditures | -514.5 | -424.8 | -400.0 | -408.0 | -416.2 | -424.5 |
| | **Co. Guidance** | | **375-425** | | | |
| Change in Marketable Securities | 754.4 | 901.7 | -650.0 | 750.0 | 0.0 | 0.0 |
| Acquisition of Intangibles/Aquired IPR&D | -155.0 | -52.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisition of Businesses (Ionis/Samsung/Denali/Sage) | -744.4 | -1,006.5 | -45.0 | 0.0 | 0.0 | 0.0 |
| Contingent Consideration for Fumapharma deal | -300.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Investing Activities | 1,430.0 | -26.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Cash Used in Investing Activities** | **470.5** | **-608.6** | **-1,095.0** | **342.0** | **-416.2** | **-424.5** |
| | | | | | | |
| **Cash Flows from Financing Activities** | | | | | | |
| Net Change in Debt | 0.0 | 1,462.8 | 149.5 | -1,306.7 | 0.0 | 0.0 |
| Change in Equity | -5,868.3 | -6,679.1 | -2,100.0 | -2,500.0 | -1,500.0 | -3,000.0 |
| Net Distribution of Non-Controlling Interest | 4.3 | -71.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Contingent Consideration Payments | 0.0 | 0.0 | -150.0 | -250.0 | -42.0 | 0.0 |
| Other (Incl Payment to Bioverativ) | 3.6 | 14.6 | -151.7 | 0.0 | 0.0 | 0.0 |
| **Net Cash Used in Financing Activities** | **-5,860.4** | **-5,272.7** | **-2,252.2** | **-4,056.7** | **-1,542.0** | **-3,000.0** |
| | | | | | | |
| Cash/Cash Equivalents at Beginning of Period | 1,224.6 | 2,913.7 | 1,331.2 | 1,411.1 | 831.0 | 1,996.7 |
| Change in Cash | 1,688.7 | -1,651.5 | 79.9 | -580.0 | 1,165.7 | 135.6 |
| Change in FX | 0.4 | 69.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash/Cash Equivalents at End of Period** | **2,913.7** | **1,331.2** | **1,411.1** | **831.0** | **1,996.7** | **2,132.3** |

*Source: Company reports, SVB Leerink estimates*



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

# Biogen - Balance Sheet

**Biogen - Balance Sheet**

*($ Millions)*

| | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and Cash Equivalents | 2,913.7 | 1,331.2 | 1,411.1 | 831.0 | 1,996.7 | 2,132.3 |
| Marketable Securities | 1,562.2 | 1,278.9 | 1,278.9 | 528.9 | 528.9 | 528.9 |
| Accounts Receivable, Net | 1,880.5 | 1,913.8 | 1,842.3 | 1,971.4 | 2,210.0 | 2,398.7 |
| Inventory | 804.2 | 1,068.6 | 1,000.1 | 1,070.2 | 1,199.7 | 1,308.4 |
| Due From Anti-CD20 Programs | 590.2 | 413.5 | 413.5 | 413.5 | 413.5 | 413.5 |
| Other Current Assets | 631.0 | 881.1 | 881.1 | 881.1 | 881.1 | 881.1 |
| **Total Current Assets** | **8,381.8** | **6,887.1** | **6,827.0** | **5,696.2** | **7,229.9** | **7,662.9** |
| Property and Equipment, Net | 3,247.3 | 3,411.5 | 3,601.3 | 3,788.5 | 3,972.9 | 4,154.0 |
| Marketable Securities (Incl Sage equity) | 1,408.1 | 772.1 | 1,422.1 | 1,422.1 | 1,422.1 | 1,422.1 |
| Deferred Tax Assets | 3,232.1 | 1,369.5 | 1,369.5 | 1,369.5 | 1,369.5 | 1,369.5 |
| Intangible Assets | 3,527.4 | 3,084.3 | 2,879.3 | 2,664.3 | 2,449.3 | 2,224.3 |
| Goodwill | 5,757.8 | 5,762.1 | 5,762.1 | 5,762.1 | 5,762.1 | 5,762.1 |
| Investments and Other Assets | 1,679.8 | 3,332.3 | 3,332.3 | 3,332.3 | 3,332.3 | 3,332.3 |
| **Total Assets** | **27,234.3** | **24,618.9** | **25,193.6** | **24,035.0** | **25,538.1** | **25,927.2** |
| **Liabilities and Stockholder's Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable and Accrued Expenses | 530.8 | 454.9 | 315.8 | 360.5 | 404.1 | 436.1 |
| Income Tax Payable | 71.4 | 142.0 | 142.0 | 142.0 | 142.0 | 142.0 |
| ST Debt and Current Portion of LT Debt | 1,495.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accrued Expenses and Other | 2,765.8 | 3,145.3 | 3,145.3 | 3,145.3 | 3,145.3 | 3,145.3 |
| **Total Current Liabilities** | **4,863.8** | **3,742.2** | **3,603.1** | **3,647.8** | **3,691.4** | **3,723.4** |
| Long Term Debt | 4,459.0 | 7,426.2 | 7,575.7 | 6,269.0 | 6,269.0 | 6,269.0 |
| Deferred Tax Liabilities | 2,810.8 | 1,032.8 | 1,032.8 | 1,032.8 | 1,032.8 | 1,032.8 |
| Other Long Term Liabilities | 1,761.6 | 1,731.6 | 1,731.6 | 1,731.6 | 1,731.6 | 1,731.6 |
| **Total Liabilities** | **13,895.2** | **13,932.8** | **13,943.2** | **12,681.2** | **12,724.8** | **12,756.8** |
| **Stockholder's Equity** | | | | | | |
| Preferred Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Common Stock | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Additional Paid-in Capital | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accumulated and Other Comprehensive Loss | -135.2 | -299.0 | -299.0 | -299.0 | -299.0 | -299.0 |
| Retained Earnings | 16,455.4 | 13,976.3 | 16,640.5 | 19,244.0 | 22,203.5 | 25,560.5 |
| Treasury Stock | -2,977.1 | -2,977.1 | -5,077.1 | -7,577.1 | -9,077.1 | -12,077.1 |
| **Total Stockholder's Equity** | **13,343.2** | **10,700.3** | **11,264.5** | **11,368.0** | **12,827.5** | **13,184.5** |
| Noncontrolling Interest | -4.1 | -14.2 | -14.2 | -14.2 | -14.2 | -14.2 |
| **Total Liabilities and Stockholder's Equity** | **27,234.3** | **24,618.9** | **25,193.6** | **24,035.0** | **25,538.1** | **25,927.2** |

*Source: Company reports, SVB Leerink estimates*



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

# Disclosures Appendix

## Analyst Certification

I, Marc Goodman, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.

**Rating and Price Target History for: Biogen Inc. (BIIB) as of 06-09-2021**




Leerink placed a Market Perform rating on BIIB on March 16, 2017.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

## Valuation

Our $475 PT is based on a sum-of-the-parts (SOTP) analysis that forecasts cash flows into 2037E, with a 7% discount rate.

## Risks to Valuation

**Key risks to our investment thesis:**

- Aducanumab faces significant payer push-back
- New safety signal for aducanumab is detected in practice hindering commercial uptake
- Base business deterioration is worse than expected
- Spinraza declines even faster than our forecasts
- Early-stage pipeline products fail in late-stage studies



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

| Distribution of Ratings/Investment Banking Services (IB) as of 03/31/21 | | | IB Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 179 | 73.4 | 98 | 54.7 |
| HOLD [MP] | 61 | 25.0 | 9 | 14.8 |
| SELL [UP] | 4 | 1.6 | 0 | 0.00 |

## Explanation of Ratings

**Outperform (Buy): We expect this stock to outperform its benchmark over the next 12 months.**

**Market Perform (Hold/Neutral): We expect this stock to perform in line with its benchmark over the next 12 months.**

**Underperform (Sell): We expect this stock to underperform its benchmark over the next 12 months.**

**The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC (“Firm”), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink’s written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. SVB Leerink MEDACorp LLC (“MEDACorp”) is a global network of independent healthcare professionals (Key Opinion Leaders and consultants). MEDACorp is a wholly-owned subsidiary of SVB Leerink Holdings LLC and an affiliate of SVB Leerink LLC. MEDACorp provides industry and market insights to SVB Leerink and its clients.

SVB Leerink LLC makes a market in Biogen Inc.

This document may not be reproduced or circulated without our written authority.

© 2021 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.

# EQUITY RESEARCH TEAM

SVBLEERINK


## RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Associate Director of Equity Research
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Na Sun
(212) 277-6218
na.sun@svbleerink.com

Anna Baran, CFA
(212) 277-6204
anna.baran@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

Christopher Liu, Pharm.D.
(212) 277-6192
christopher.liu@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

Jeffrey La Rosa
(212) 277-6103
jeffrey.larosa@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Greco Song, Ph.D.
(212) 277-6221
Greco.song@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Mike Kratky, CFA
(212) 277-6111
mike.kratky@svbleerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Kelly Girskis, Ph.D.
(617) 918-4838
kelly.girskis@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray, CFA
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

## HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

Joy Zhang, CFA
(212) 277-6021
joy.zhang@svbleerink.com

Joseph Civello
(212) 277-6093
joseph.civello@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

### SUPERVISORY ANALYSTS

Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

David A. Williamson, CFA
david.williamson@svbleerink.com




© 2021 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 10-Jun-2021 03:50 PM.