*Exhibit 27*

*Guggenheim Securities LLC, "BIIB — Highlights from Our Payer Call; Expect Swift Adu Uptake as We See a Few Ways for Medicare to Limit Coverage (Incl PET/CSF) to Eligible Patients," June 17, 2021*

GUGGENHEIM

FLASH NOTE

June 17, 2021


**Yatin Suneja**
yatin.suneja@guggenheimpartners.com
212 518 9565

**Seamus Fernandez**
seamus.fernandez@guggenheimpartners.com
617 859 4637

**Eddie Hickman, Ph.D.**
eddie.hickman@guggenheimpartners.com
212 518 9904


**BIIB** BUY

**Biogen Inc.**
**Sector: Biotechnology**

Company Update

| Share Price | $391.31 |
|---|---|

| **Financial Metrics** | |
|---|---|
| Cash (M) | 3,359 |
| **Market Data** | |
| 52-Week Range | $223.25 - $468.55 |
| Shares Out (M) | 150.6 |
| Market Cap (M) | $58,914 |
| ADV (3 mo; 000) | 1,730 |
| Long Term Debt (M) | $7,267 |




# BIIB - Highlights from Our Payer Call; Expect Swift Adu Uptake as We See a Few Ways for Medicare to Limit Coverage (Incl PET/CSF) to Eligible Patients

**Key Message:** Yesterday, we hosted a Medicare payer expert, with 22 years of experience as a senior healthcare economist, who helped us dissect the complex reimbursement process for BIIB's newly approved Aduhelm (aducanumab), for the treatment of Alzheimer's disease (AD). Our key takeaway from this call ***is there are limited ways for Medicare to control or limit the uptake of Aduhelm in AD patients in the long-term***. While getting local coverage determinations (LCDs) or a national coverage determination (NCD) may take some time in the near-term, we believe BIIB's plan to reimburse the cheaper CSF testing for amyloid should help bolster the early launch trajectory of the drug (***we don't think it is well understood by the Street that BIIB is not just subsidizing, but covering the cost of a CSF test***), which should soon be followed by Medicare plans reimbursing the diagnostic tests and the drug for all eligible patients (it is in Medicare's interest to allow PET/CSF testing to eliminate 50-60% of AD patients that don't have beta-amyloid pathology). **We expect swift uptake for the drug due to: (1) pent-up demand from patients (checks suggest there is significant patient interest and a willingness from physicians to prescribe Aduhelm), (2) one of the diagnostic tests (CSF draw to find eligible patients) is already covered by BIIB, which is a key gating factor to starting someone on Aduhelm, and (3) reimbursement coverage for 60-65% of patients is already assumed with approval (fee for service Medicare covers drugs upon approval).** We believe that based on the large addressable population (BIIB estimates up to 2MM patients with amyloid pathology), the TAM could be in the $50-100B range. We currently estimate >$11.70B in peak U.S. sales (~20% peak penetration, assuming 1.1M eligible AD patients), with global peak sales (2032E) of $15.50B. See our recent report on payer dynamics HERE.

**How does Medicare reimbursement for Part B drugs work?** For physician-administered (Part B) drugs, like Aduhelm, the reimbursement for Medicare-eligible patients can come through two primary routes: **(1)** regional Medicare fee for service contractors (MACs) and **(2)** Medicare Advantage (MA) plans. Approximately 65% of Medicare patients are covered by these regional MACs, with the remaining ~35% covered by MA plans. Importantly, these MACs do not have a formulary—the only real condition for reimbursement is that use is "on-label." From BIIB's perspective, this likely (nothing is definite in this space) means that AD patients who are covered by these plans will be reimbursed for Adu use. Our KOL noted that this is the case even with conditionally approved drugs, like Aduhelm (approved using a surrogate endpoint of plaque clearance). There are currently no ways for these plans to give an outright "NO" to cover Aduhelm. Note that this is complicated by the possible need for diagnostic testing (PET or CSF), which we discuss in more detail below.

- We note that, while having a permanent J-Code will limit delays in the reimbursement process, the drug will have a temporary code immediately that won't preclude early reimbursement. The rate of reimbursement is the ASP +6%, which is based on the average price of the drug (initially will be the WAC price but is re-adjusted over time by CMS).

**What could local coverage determinations look like for Aduhelm?** Regional MACs will start assessing the reimbursement process for Medicare fee for service patients soon (in weeks–months), and **while they will end up paying for the drug**, there are new rules (starting in Jan 2020) that allow Centers for Medicare & Medicaid Services (CMS) as a regulatory agency to tell MACs and MA what to consider when evaluating whether to cover a product—this is known as the "reasonable and necessary" clause. This clause will likely allow these MACs to put some limitations in place:

1. Aduhelm is conditionally approved (under the FDA's Accelerated Approval pathway), which requires BIIB to conduct a confirmatory trial over the next 9 years to confirm that reduction in amyloid plaques with Aduhelm leads to a clinical benefit.

2. While not required on the label, the Phase III study patient population that led to Aduhelm approval required all patients to have confirmed amyloid pathology based on a PET scan.

Together, these two factors will "hit the radar" of these MACs, who may have issues reimbursing a drug that might not work in every AD patient who is eligible (per the broad label). It may become "reasonable and necessary" for them to review the FDA data, and our KOL believes that ALL payers will narrow the eligible patient population by requiring a PET scan (per Phase III protocol) or perhaps a CSF confirmation (which is 90% concordant with PET scans).

Medicare Advantage (MA), which has more variable plans, has leeway to be MORE restrictive than the MACs on how it can limit use, as a Part B drug, like Aduhelm can now be treated like Part D drugs (normal pharmacy drugs). These plans are able give an outright "NO" to reimbursement, but can also institute steps edits and other formulary management tools, such as quantity limits that MACs are not allowed to do.

**What is a national coverage determination (NCD) and what triggers it?** While the local MACs will soon begin making local coverage determinations, in the next 6-18 months, CMS could issue a national coverage determination (NCD), which would formalize the requirements for reimbursement across all MAC and MA plans. According to our KOL, there are ~30-40 drugs that CMS has reviewed and issued a NCD for, usually when there is controversy surrounding the efficacy, side effects, or safety. He noted that it takes a long time to start the NCD process—up to 6 months to start, then a post-marketing trial that can take 12 months to 5 years depending on the drug. The goal of this process is to measure the real world evidence to determine if the drug in question is worth paying for. Patients who enroll in these studies will be automatically reimbursed for all diagnostic testing and drug. For some determinations, finding patients to recruit and treat is difficult, but we believe that with millions of dedicated AD patients, caregivers, and families affected, BIIB won't have too many issues with recruitment in a study.

**What might an Aduhelm NCD look like?** If there seems to be significant variability in the LCDs from the MAC providers (e.g., regional differences, where the drug is covered in one geographic area and not in another) a NCD can be triggered, as CMS has a mandate to serve ALL patients. LCDs and an NCDs can be tracked on CMS.gov. Our KOL believes that MACs and MA will meet within the next 2 months to discuss local reimburement protocols and if CMS (who oversees all) notices significant discrepancies, they can institute a NCD.

**If PET or CSF is required, who will pay?** One of the key investor concerns is the administration and reimbursement for diagnostic testing to confirm AB pathology. While BIIB has emphasized that the prescribing physician has discretion as to whether the patient needs a PET or CSF confirmation, we believe (like BIIB and our payer expert) that any drug reimbursement will require confirmation of AB pathology. If MAC LCDs or a NCD limits the reimbursement of the drug by presence of confirmed amyloid pathology (which we think is likely) Medicare***is required to pay for these diagnostics***, mainly in an effort to avoid paying ~$56K (estimated first year Aduhelm cost) for a patient who is not eligible for the drug (for reference we estimate PET scans in the ~$5K range and CSF draws in the ~$1-2K range).***In our view, this means there are very few ways for Medicare to limit the broad use and reimbursement for Aduhelm among AD patients with amyloid pathology.***

**Can BIIB pay for these diagnostic tests?** Our conversations with mgmt suggest that they are NOT willing to do this (likely because of the high price and significant number of patients that won't qualify for the drug). As CSF testing is cheaper, BIIB has partnered with LabCorp (LH) and Mayo Labs and agreed to reimburse patients for this particular testing. ***In our view, this is the ideal way for BIIB to get as many patients on drug as quickly as possible, without waiting for local or national coverage decisions on whether testing is required.*** Then, by the time these decisions are made, many patients will be eligible to receive reimbursed PET scans as well, increasing the addressable population for Aduhelm to the 65% of patients who are covered by the MAC plans.

**What are the budgetary concerns for these services paying for Aduhelm and the diagnostic testing?** The above summary highlights another glaring question: is there a budgetary limit that can cap Medicare reimbursement of Aduhelm? The short answer is "NO" but there are other issues to consider. Our expert noted that payers often don't have a long term view of the Medicare budget and are often focused only on the current fiscal year, which often ends up "kicking the can down the road." For example, a MA plan could institute step edits that require patients to try another approved drug for AD before paying for


See pages 4 - 5 for analyst certification and important disclosures.

Aduhelm. Since we know these currently used cheaper drugs don't work very well, the payer is essentially delaying their costs by a year. From a health economics standpoint, however, our expert emphasized that prescription drugs only make up ~12% of the Medicare budget, while hospital stays make up ~35% of healthcare costs. Therefore, in the long run, there may be advantages to putting many patients on Adu, if it delays or eliminates their need for extended hospital stays related to the disease.

**Net-net, this call was a boon for BIIB and emphasized that there are limited options that Medicare can use to control or limit the uptake of Aduhelm in AD patients.** While getting LCDs or a NCD may take some time in the near-term, we believe BIIB's plan to reimburse the cheaper CSF testing for amyloid should help bolster the early launch trajectory of the drug, which will soon be followed by Medicare plans reimbursing the diagnostic tests and the drug for all eligible patients. We expect swift uptake for the drug due to: **(1)** pent-up demand from patients (our checks suggest there is significant patient interest and a willingness from physicians to prescribe Aduhelm), **(2)** one of the diagnostic tests (CSF draw to find eligible patients) will be covered by BIIB, which is a key gating factor to starting someone on Aduhelm, and **(3)** reimbursement coverage for 60-65% of patients is already assumed with approval (fee for service Medicare covers drug upon approval).

## ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

## IMPORTANT DISCLOSURES

The research analyst(s) whose name(s) appear(s) in this report have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Biogen Inc. is or was during the 12-month period preceding the date of the distribution of this report a client of Guggenheim Securities, LLC. Guggenheim Securities, LLC provided Biogen Inc. investment banking services.

Guggenheim Securities, LLC or its affiliates received compensation for investment banking services from Biogen Inc. during the past 12 months.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Biogen Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.

**Rating and Price Target History for: Biogen Inc. (BIIB) as of 06-16-2021**




Created by: BlueMatrix

## RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses

of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

## RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:

| | | | IB Serv./ Past 12Mos. | |
|---|---|---|---|---|
| **Rating Category** | **Count** | **Percent** | **Count** | **Percent** |
| BUY | 273 | 66.10% | 63 | 23.08% |
| NEUTRAL | 135 | 32.69% | 9 | 6.67% |
| SELL | 5 | 1.21% | 1 | 20.00% |

## OTHER DISCLOSURES

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

Copyright © 2021 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

# Guggenheim Securities Equity Research & Equities Teams

## Consumer Equity Research

**Automotive**
**Ali Faghri** 310.319.2562
Ali.Faghri@guggenheimpartners.com

**Beverages & Food Producers**
**Laurent Grandet** 212.372.6368
Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
**John Heinbockel** 212.381.4135
John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
**Steven Forbes, CFA, CPA** 212.381.4188
Steven.Forbes@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
**Robert Drbul** 212.823.6558
Robert.Drbul@guggenheimpartners.com

## Consumer Equities Team

**Consumer Sector Specialist**
**Carey Kaufman** 504.299.3424
Carey.Kaufman@guggenheimpartners.com

## Energy & Power Equity Research

**Energy Technology**
**Joseph Osha, CFA** 415.852.6468
Joseph.Osha@guggenheimpartners.com

**Power & Utilities**
**Shahriar Pourreza, CFA** 212.518.5862
Shahriar.Pourreza@guggenheimpartners.com

## Technology, Media & Telecom Equity Research

**Entertainment & Digital Media**
**Michael Morris, CFA** 804.253.8025
Michael.Morris@guggenheimpartners.com

**Curry Baker** 804.253.8029
Curry.Baker@guggenheimpartners.com

**Financial Technology**
**Jeff Cantwell, CFA** 212.823.6543
Jeffrey.Cantwell@guggenheimpartners.com

**Software**
**Imtiaz Koujalgi** 212 518 9398
Imtiaz.Koujalgi@guggenheimpartners.com

**Ken Wong, CFA** 415.852.6465
Ken.Wong@guggenheimpartners.com

## Healthcare Equity Research

**Animal Health, Life Science Tools and Omics**
**David Westenberg, CFA** 617.859.4624
David.Westenberg@guggenheimpartners.com

**Biotechnology**
**Debjit Chattopadhyay, Ph.D.** 212.823.6584
Debjit.Chattopadhyay@guggenheimpartners.com

**Etzer Darout, Ph.D.** 617.859.4609
Etzer.Darout@guggenheimpartners.com

**Michael Schmidt, Ph.D.** 617.859.4636
Michael.Schmidt@guggenheimpartners.com

**Yatin Suneja** 212.518.9565
Yatin.Suneja@guggenheimpartners.com

**Charles Zhu, Ph.D.** 212.518.9501
Charles.Zhu@guggenheimpartners.com

**Emerging Pharmaceuticals**
**Dana Flanders, CFA** 212.293.2820
Dana.Flanders@guggenheimpartners.com

**Global Biopharmaceuticals**
**Seamus Fernandez** 617.859.4637
Seamus.Fernandez@guggenheimpartners.com

**Healthcare Technology & Distribution**
**Glen Santangelo** 212.518.9294
Glen.Santangelo@guggenheimpartners.com

**Medical Supplies & Devices**
**Chris Pasquale** 212.518.9420
Chris.Pasquale@guggenheimpartners.com

## Healthcare Equities Team

**Healthcare Sector Specialist**
**Whitney Wolfe** 212.518.9630
Whitney.Wolfe@guggenheimpartners.com

**Senior Healthcare Policy Consultant**
**Neal Masia** 212.518.9750
Neal.Masia@guggenheimpartners.com

## Sales and Trading Offices

| | |
|---|---|
| New York | 212.292.4700 |
| San Francisco | 415.852.6451 |
| Boston | 617.859.4626 |
| Los Angeles | 310.260.6832 |
| Richmond | 804.253.8052 |