*Exhibit 32*

*RBC Capital Markets, "BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical," June 23, 2021*

RBC Capital Markets RBC Insight

Research

# BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical

**Sentiment Indicator :** neutral

Produced by Abrahams, Brian (RBC Capital Markets, LLC) on Wednesday, June 23, 2021, 10:13 AM ET

Disseminated on Wednesday, June 23, 2021, 10:21 AM ET

This morning BIIB and Aduhelm partner Eisai released a PR that contained interesting additional color on the Aduhelm approval/launch – several tidbits that caught our eye below (see our recent MEDCAC member consult note here and thoughts on Aduhelm's review docs here for more context):

- Significant emphasis on working with CMS we believe could further support the potential of an NCD with "Coverage with Evidence Development" (CED) as we have discussed previously, though how this would be operationalized remains unclear
  - Ph.IV post-marketing trial design is being aligned with stakeholders, *including CMS*. Recall, CEDs could enable CMS coverage "only in the context of an approved clinical study or when additional clinical data are collected to assess the appropriateness of an item or service for use with a particular beneficiary."
  - Engage with CMS on "innovative price and access agreements" – somewhat unique, though it remains unclear what mechanisms CMS has at its disposal to facilitate any such contracts
  - Chatter continues to increases in D.C. and we note: Wyden proposal yesterday specifically calls out Aduhelm and calls for empowering Medicare to negotiate drug pricing, health insurance lobbying group head in an interview this morning expresses industry surprise on price and calls for an NCD, more discussion from leaders in the field on the potential role for a CMMI model (though we question feasibility); we expect continued backlash and potential for Congressional proactivity though this may be unlikely before next year once there is more experience with the drug, and galvanizing broader healthcare reform still seems like a tall order
- Continued emphasis on the "appropriate" patient population for Aduhelm based on the clinical trials "entry criteria" representing approximately 1-2M pts, though for many reasons (e.g., patient selection, complex diagnostic/care pathway, limited specialists who will likely be the main detail targets initially), BIIB anticipates patient uptake to be "gradual over a number of years"
- BIIB and partner defending price: emphasized pricing in line with more limited expectations for uptake and the appropriate patient population, and also suggested could adjust pricing model if necessary and if uptake is greater than projected; still, whether this would be enough to reduce backlash remains unclear

- We also wonder whether part of the premium pricing strategy could be BIIB's expectation that adu treatment could be of finite duration – drawing from growing evidence from donanemab study and newly emerging data revealed in yesterday's FDA documents that pts entering open-label study with PET SUVR <1.1 were more stable – and enabling themselves room to still generate sufficient value per patient even if there are meaningful drug holidays once amyloid is adequately reduced

- OOP breakdown aligns with our ests. and not likely to substantially limit uptake: only ~10% of Medicare patients may have the full OOP exposure of ~20% of costs with 40% est. to have ~$200 or less OOP/yr and the remaining 50% having a cap on OOP expenses.
  - Interestingly, at the bottom of the PR they say "We believe in the need to reform patient insurance benefit structures to reflect innovation." suggesting to us that BIIB is implicitly acknowledging the disruptive potential of its set WAC and access limitations it will cause for those falling in that ~10%, perhaps attempting to force payers' hands.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Biogen Inc. | NASDAQ | BIIB US | Sector Perform | Not Assigned | 400.00 | US Dollar | 369.06 | 23 Jun 2021 10:10:57 ET |

**RBC Capital Markets, LLC**
**Brian Abrahams (Analyst)** | (212) 858-7066 | brian.abrahams@rbc.com
**RBC Capital Markets, LLC**
**Leonid Timashev (Associate)** | (212) 437-9931 | leonid.timashev@rbccm.com
**David Szeto (Senior Associate)** | (646) 901-1864 | david.szeto@rbccm.com
**Stephen Mallon (Senior Associate)** | (347) 344-7913 | stephen.mallon@rbccm.com

Click here for conflict of interest and other disclosures relating to Biogen Inc., Brian Abrahams These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 23-Jun-2021 01:18 PM.