*Exhibit 39*

*Truist, "Biogen Inc. (BIIB) - KOL color on Aduhelm payer agreements; it'll be covered but may take 6 mos for investors to believe," June 29, 2021*

# Biogen Inc. (BIIB)

## Buy

**Price Target: $647.00**
*Prior: $647.00*

| | |
|---|---|
| Price (Jun. 28, 2021) | $340.27 |
| 52-Wk Range | $414.71-$236.26 |
| Market Cap ($M) | $51,721 |
| ADTV | 1,282,707 |
| Shares Out (M) | 152.0 |
| Short Interest Ratio/% Of Float | 2.3% |
| TR to Target | 90.1% |
| Enterprise Value ($M) | $55,629.0 |

| | |
|---|---|
| Cash And Equivalents ($M) | $3,359.0 |
| Total Debt ($M) | $7,267.0 |
| 5 Year EPS Growth | 0.1% |
| Cash Per Share | $(7.45) |

| | 2020A | 2021E | | 2022E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **Revenue ($M)** | | | | | |
| 1Q | $3,534 | $2,694A | $2,694 | -- | |
| 2Q | $3,682 | $2,532 | $2,532 | -- | |
| 3Q | $3,376 | $2,736 | $2,736 | -- | |
| 4Q | $2,853 | $2,727 | $2,727 | -- | |
| CY | $13,445 | $10,688 | $10,688 | $10,653 | $10,653 |
| EV/Sales | 4.1x | 5.2x | | 5.2x | |
| **Consensus Rev ($M)** | | | | | |
| CY | $13,698 | $10,547 | | $10,608 | |
| **EPS** Non-GAAP | | | | | |
| CY | $33.70 | $18.54 | $18.54 | $19.92 | $19.92 |
| **Consensus EPS** Non-GAAP | | | | | |
| CY | $33.70 | $18.33 | | $20.04 | |
| FYE Dec | | | | | |

## KOL color on Aduhelm payer agreements; it'll be covered but may take 6 mos for investors to believe

### What's Incremental To Our View

**Conclusion: While we expect NDC decision shortly for CMS coverage of Aduhelm, we spoke with KOL (bio below) to understand Aduhelm coverage & reimbursement. However, between gov't headlines, reimbursement uptake and speed, how competition could shift the market, it could take ~6 mos for investors to get more comfortable with how to model Aduhelm. If there is no positive news, the stock could trade sideways, hence our YE2022 PT as we believe most upside is coming next year. We remain a buy-rated stock as we view that there are many good risk-reward catalysts in the back half of this year.**

**BIIB has a history of gaining significant upside despite low expectations (ex: Tysabri, Spinraza, Tecfidera and Aduhelm).**

- EU and Japan approvals are not in our model given that there's no visibility into how these regulatory agencies think about it and how it would be reimbursed.
- Tecfidera could provide ~$15-45/sh upside if appeal is positive for Biogen (see our prior note)
- Zuranolone could provide upside if CORAL is clean, there could be more confidence that an AdComm won't be challenging and could provide ~$1.6B opp'y
- Pipeline catalysts could also provide add'l upside - if tofersen in SOD1 ALS is positive, there could be a read-through to C9ORF, which could add a combined ~$25/sh to DCF
- LLY's donanemab could still be an overhang in terms of impact on Aduhelm market share and uptake; however, as a reminder, BAN2401 is another shot on goal for AD with Phase 3 data in CY3Q22.

**As we expect NDC decision shortly for CMS coverage of Aduhelm, we spoke with our KOL to gain more granularity on what coverage could look like, who would be eligible for it and reimbursement.**

- He was cautious on long-term safety issues could hurt potential coverage
- If there is even one stroke, there could a black box warning on the label, in his view.
- He believes if rules are set in place, it would help guarantee that Aduhelm would be used in the right patient population; therefore, we think the break-the-bank scenario could be low.
- KOL noted that BIIB entered into an initiative with CVS (CVS;MacDonald) to provide cognitive screenings starting in September in certain cities.
- On who would be eligible to get Aduhelm -- CMS would need to determine who would get covered based on post-marketing data from patients treated with Aduhelm in real-world setting to determine who is best suited for Aduhelm

**Robyn Karnauskas, Ph.D.**
212-319-5578
Robyn.Karnauskas@truist.com

**Nicole Germino, MPH**
212-590-0952
Nicole.Germino@truist.com

**Srikripa Devarakonda**, Ph.D.
212-303-4173
Srikripa.Devarakonda@truist.com

**SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION**

- KOL believes patients will likely need to meet a cognition test per the drug label and have MCI or dementia due to AD and show evidence of a-beta plaque with spinal tap or PET scan.
- Spinal tap is typically reimbursed but PET is noninvasive
- **Could charities such as Alzheimer's Association contribute to co-pay assistance?** KOL says for Commercial only, as it is illegal for Medicare (kickbacks or inducement).
- KOL notes that BIIB can donate to or set up a patient assistance program within the scope of law and restrictions and cannot have any influence other than providing funding.
- **How would we know CMS pricing and what reimbursement could look like?** Price will not be known until we see revenues, which are contingent on outcomes.
    - Medicare is a price-taker - they don't negotiate with manufacturers; however, price could come down based on survey work that CMS does periodically as they survey what commercial payers pay and then price could be adjusted.
    - Manufacturers submit sales quarterly and the net prices to CMS, so they know what the net price is they're selling for to comply with Medicaid best price
    - Fee-for-service (FFS) will likely be the first place to get coverage as they can make their own coverage decision.
    - Medicaid would take the best price and could begin to cover Aduhelm, even if CMS hasn't decided to cover it yet
- **When do we learn about requirements for a value-based agreement with Cigna (CI; MacDonald) for reimbursement?**
    - Contracts are confidential and typically not publicly available
    - It's not a done deal yet
    - Price will be tied to outcomes
    - Outcomes include demonstrating a-beta decline and some amount of slowed decline cognitive impairment
    - If outcomes aren't improved, then price could be discounted
    - Cigna could book at ~$6K/year and reserve ~$26K for scripts for contingency related to contingencies in a value-based contract
- **If Eli Lilly's (LLY, Gilbert) donanemab comes to market, would Medicare prefer the cheaper drug?**
    - For Medicare, there needs to be at least 2 drugs in the category
    - In a split market, there's no need to compete on price
    - It's a good incentive to hold off on cutting price

**Quick basics on CMS and payer coverage that BIIB is working through:**

- BIIB is engaging with CMS on innovative price and access agreements, including volume-based agreements and innovative agreements that could lower OOP costs (here)
- In speaking with BIIB mgmt (note here), we previously highlighted 80-85% of lives will be covered under Medicare with minimal discounting, and 65% of the 85% have Medicare Advantage.
- According to BIIB (here), ~40% of patients will have OOP exposure of ~$200 or less a year
- ~50% of patients will have cap on OOP through Medicare Advantage with Maximum Out-of-Pocket (MOOP) or from secondary coverage (eg employee retiree coverage)
- ~10% of patients who do not have supplemental Medicare coverage will have ~20% OOP exposure and BIIB has a financial assistance program for them
- If patient has Medicare Part B but doesn't have Medicare supplement or Medicare Advantage, patient would pay 20% and Medicare would pay 80%
- Commercially insured ADUHELM patients, co-pay and infusion cost assistance programs may reduce OOP costs to as low as $0 (here).

**KOL Bio:** Charles Gleason, Jr. is the CEO at Liberty Ventures Intl, LLC (08/2016-Present). In this role, he advises various US and Intl med-tech, diagnostic, biopharma and healthcare IT companies on strategic positioning with US insurers. Previously, he was the Chief Financial Officer – Louisiana and Mississippi at United Healthcare (08/2014-08/2016). He also spent time as the Vice President, Chief Financial Officer and Board Treasurer at Louisiana Health Cooperative (07/2013-01/2014), a startup healthcare company.

# BIIB: Income Statement

All figures in millions of dollars except per share data

| INCOME STATEMENT (in $ millions) | 2018A | 2019A | 2020A | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tecfidera | $4,274 | $4,433 | $3,841 | $479 | $375 | $358 | $346 | $1,557 | $1,416 | $1,228 | $983 | $506 | $129 | $0 | $0 | $0 | $0 | $0 |
| Avonex | $1,916 | $1,666 | $1,493 | $311 | $333 | $324 | $308 | $1,276 | $1,187 | $1,093 | $1,035 | $1,007 | $983 | $965 | $947 | $929 | $911 | $892 |
| Plegridy | $447 | $436 | $385 | $89 | $80 | $79 | $78 | $326 | $299 | $276 | $264 | $254 | $244 | $234 | $224 | $213 | $203 | $193 |
| Tysabri | $1,864 | $1,892 | $1,946 | $503 | $435 | $488 | $468 | $1,895 | $1,833 | $1,799 | $1,763 | $1,734 | $1,709 | $1,682 | $1,655 | $1,626 | $1,596 | $1,564 |
| Vumerity | | $6 | $65 | $74 | $92 | $103 | $116 | $385 | $555 | $762 | $953 | $1,123 | $1,285 | $1,434 | $1,593 | $1,763 | $1,944 | $2,136 |
| Fampyra | $93 | $97 | $103 | $27 | $27 | $28 | $28 | $110 | $55 | $27 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fumaderm | $23 | $15 | $12 | $3 | $3 | $3 | $3 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Others and Biosimilars | $545 | $738 | $795 | $205 | $170 | $213 | $207 | $795 | $1,038 | $1,276 | $1,586 | $1,826 | $2,105 | $2,402 | $2,706 | $3,002 | $3,273 | $3,485 |
| Spinraza | $1,724 | $2,097 | $2,052 | $521 | $485 | $488 | $473 | $1,967 | $1,604 | $1,399 | $1,252 | $1,143 | $1,066 | $1,029 | $996 | $981 | $922 | $900 |
| Zuranolone | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | | | | | |
| **Pipeline (adjusted)** | **$0** | **$0** | **$0** | **$0** | **$0** | **$3** | **$30** | **$33** | **$333** | **$1,128** | **$2,693** | **$4,621** | **$7,001** | **$9,364** | **$10,292** | **$10,866** | **$11,556** | **$12,178** |
| Tofersen (SOD1) Adjusted | | | **$0** | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| BIIB078 (C9ORF72) Adjusted | | | **$0** | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| BIIB111 (CHM) Sales Adjusted | | | **$0** | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **AD sales to BIIB adjusted** | | | **$0** | **$0** | **$0** | **$3** | **$30** | **$33** | **$333** | **$1,128** | **$2,693** | **$4,621** | **$7,001** | **$9,364** | **$10,292** | **$10,866** | **$11,556** | **$12,178** |
| BIIB054 Sales Adj | | | $0 | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| ALS Adjusted | | | $0 | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| BIIB059 (CLE/SLE) Adjusted | | | $0 | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Dapirolizumab pegol Sales Adj | | | $0 | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| BIIB093 (LHI) adjusted | | | $0 | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TMS-007 (AIS) adjusted | | | $0 | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **SAGE-217 adjusted** | | | | | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total Product Revenues ($M)** | **$10,886** | **$11,381** | **$10,693** | **$2,212** | **$2,000** | **$2,086** | **$2,056** | **$8,353** | **$8,331** | **$8,998** | **$10,541** | **$12,224** | **$14,531** | **$17,121** | **$18,424** | **$19,390** | **$20,414** | **$21,359** |
| Rituxan Revenues | $1,501 | $1,601 | $1,133 | $180 | $151 | $153 | $145 | $629 | $541 | $475 | $457 | $455 | $464 | $467 | $466 | $428 | $394 | $363 |
| Ocrelizumab Revenues | $479 | $687 | $844 | $209 | $241 | $301 | $271 | $1,022 | $1,076 | $1,147 | $1,195 | $1,241 | $1,289 | $1,338 | $1,390 | $1,443 | $1,498 | $1,556 |
| Contract/Royalty Revenues/Other | $586 | $708 | $775 | $93 | $140 | $196 | $255 | $684 | $704 | $726 | $747 | $770 | $793 | $817 | $841 | $866 | $893 | $921 |
| **Total Revenues ($M)** | **$13,452** | **$14,378** | **$13,445** | **$2,694** | **$2,532** | **$2,736** | **$2,727** | **$10,688** | **$10,653** | **$11,346** | **$12,940** | **$14,690** | **$17,077** | **$19,743** | **$21,120** | **$22,128** | **$23,199** | **$24,198** |
| COGS | $1,817 | $1,955 | $1,805 | $478 | $380 | $465 | $464 | $1,786 | $1,725 | $1,775 | $1,963 | $2,196 | $2,516 | $2,864 | $3,022 | $3,135 | $3,248 | $3,355 |
| R&D | $2,426 | $2,273 | $2,097 | $514 | $488 | $586 | $762 | $2,350 | $2,385 | $2,421 | $2,457 | $2,494 | $2,532 | $2,570 | $2,608 | $2,647 | $2,687 | $2,727 |
| SG&A | $2,095 | $2,325 | $2,482 | $595 | $643 | $707 | $778 | $2,722 | $2,776 | $2,832 | $2,874 | $2,918 | $2,961 | $3,006 | $3,051 | $3,097 | $3,143 | $3,190 |
| Amortization of Intangibles - Non- GAAP | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Collaboration Profit/Loss Sharing | $185 | $242 | $233 | $69 | ($16) | $50 | $59 | $162 | $151 | $379 | $782 | $1,227 | $1,756 | $2,261 | $2,364 | $2,430 | $2,614 | $2,771 |
| *Eisai Aduhelm Reimbursement* | | | | | *($66)* | | | | *($109)* | *$60* | *$385* | *$771* | *$1,230* | *$1,661* | *$1,687* | *$1,680* | *$1,796* | *$1,900* |
| | | | | | | | | | | | | | | | | | | |
| **Total Operating Expenses ($M)** | **$6,522** | **$6,795** | **$6,617** | **$1,656** | **$1,495** | **$1,808** | **$2,062** | **$7,020** | **$7,037** | **$7,407** | **$8,077** | **$8,835** | **$9,764** | **$10,701** | **$11,045** | **$11,310** | **$11,692** | **$12,043** |
| **Non-operating Items** | | | | | | | | | | | | | | | | | | |
| Net Interest Income (Expense) | ($112) | ($111) | ($124) | ($65) | ($63) | ($63) | ($64) | ($255) | ($263) | ($261) | ($257) | ($250) | ($239) | ($223) | ($202) | ($179) | ($153) | ($126) |
| **Adjusted Pre-Tax Income ($M)** | **$6,819** | **$7,472** | **$6,704** | **$973** | **$975** | **$865** | **$601** | **$3,414** | **$3,353** | **$3,678** | **$4,606** | **$5,605** | **$7,074** | **$8,820** | **$9,873** | **$10,639** | **$11,354** | **$12,030** |
| Tax Rate | 21% | 15.8% | 19.1% | 15.7% | 16.2% | 17.5% | 17.1% | 16.6% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% |
| Tax Provision (Credit) | $1,438 | $1,181 | $1,279 | $153 | $158 | $151 | $103 | $565 | $604 | $662 | $829 | $1,009 | $1,273 | $1,588 | $1,777 | $1,915 | $2,044 | $2,165 |
| Profit attrib. to non-controlling interests | $6 | $0 | ($10) | $7 | $4 | $4 | $4 | $19 | $19 | $19 | $19 | $19 | $19 | $19 | $19 | $19 | $19 | $19 |
| NCI (Neuroimmune royalties & milestones) | | | | | $100 | | | $100 | $27 | $96 | $242 | $439 | $700 | $983 | $1,132 | $1,250 | $1,387 | $1,522 |
| **Non-GAAP Net Income** | **$5,374** | **$6,291** | **$5,435** | **$813** | **$713** | **$710** | **$494** | **$2,729** | **$2,704** | **$2,901** | **$3,515** | **$4,138** | **$5,081** | **$6,230** | **$6,945** | **$7,455** | **$7,905** | **$8,323** |
| **Non-GAAP EPS (per share)** | **$26.18** | **$33.57** | **$33.70** | **$5.34** | **$4.80** | **$4.89** | **$3.50** | **$18.54** | **$19.92** | **$22.33** | **$28.23** | **$34.65** | **$44.33** | **$56.55** | **$65.55** | **$73.08** | **$80.40** | **$87.74** |

Source: Truist Securities Research and Company reports, updated 6/13/2021

# BIIB: DCF

All figures in millions of dollars except per share data

| | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP EBIT** | $2,161 | $2,653 | $2,976 | $3,900 | $4,892 | $6,350 | $8,080 | $9,113 | $9,856 | $10,545 | $11,193 |
| less: Taxes | ($358) | ($478) | ($536) | ($702) | ($881) | ($1,143) | ($1,454) | ($1,640) | ($1,774) | ($1,898) | ($2,015) |
| Tax Rate | 17% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% |
| **+ D&A** | $456 | $596 | $586 | $577 | $570 | $564 | $558 | $554 | $550 | $546 | $543 |
| **+Stock based compensation** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **+Change in Working Capital** | $1,076 | ($5) | ($194) | ($429) | ($465) | ($633) | ($709) | ($372) | ($273) | ($292) | ($272) |
| **-Milestone payments for Tecfidera** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **+Capital Expenditures** | ($425) | ($425) | ($425) | ($425) | ($425) | ($425) | ($425) | ($425) | ($425) | ($425) | ($425) |
| **Operating free cash flow** | **$2,909** | **$2,342** | **$2,407** | **$2,921** | **$3,692** | **$4,713** | **$6,049** | **$7,229** | **$7,933** | **$8,476** | **$9,024** |
| Discount Period | 0.00 | 0.75 | 1.75 | 2.75 | 3.75 | 4.75 | 5.75 | 6.75 | 7.75 | 8.75 | 9.75 |
| Discount Factor | 100% | 94% | 86% | 79% | 72% | 66% | 61% | 56% | 51% | 47% | 43% |
| **Present value of Cash Flows** | **$2,909** | **$2,195** | **$2,070** | **$2,305** | **$2,673** | **$3,130** | **$3,686** | **$4,041** | **$4,068** | **$3,988** | **$3,895** |

| Terminal growth assumption | 2.0% |
|---|---|
| Terminal Value | $131,500 |
| Premium to WACC | 0.0% |
| Discount Rate | 9.0% |
| NPV of FCF | $34,959 |
| NPV of Terminal Value | $67,433 |
| % TV of NPV | 66% |
| Total NPV | $102,391 |
| Net Cash | ($3,908) |
| **$ / Share** | **$647** |
| Shares Outstanding (in millions) | 152 |




Source: Company Reports and Truist Securities

Source: Truist Securities Research and Company reports, updated 6/13/2021

## Company Description

Biogen Inc. (BIIB) is a biopharmaceutical company which engages in discovering, developing, and delivering therapies for neurological and neurodegenerative diseases. It offers Tecfidera, Avonex, Plegridy, Tysarbi, Zinbryta, and Fampyra for the treatment of multiple sclerosis; Spinraza for the treatment of spinal muscular atrophy; and Fumaderm for the treatment of severe plaque psoriasis. The company was founded by Charles Weissmann, Heinz Schaller, Kenneth Murray, Walter Gilbert, and Phillip Allen Sharp in 1978 and is headquartered in Cambridge, MA.

## Investment Thesis

With the announcement from FDA approval of Aduhelm for Alzheimer's, our thesis hinges on uptake of Aduhelm in US and other geographies as well as pipeline execution including zuranolone data for depression in 2021 and BAN2401 data expected in 2022. While the pipeline in tauopathies and ALS is for the most part early, we do not give credit to the pipeline other than AD as we wait for further data in 2021/2022. Biogen has a growing biosimilar pipeline and expansion into the China market with the Samsung Bioepis collaboration. We think the Street underappreciates its ability to grow another segment beyond MS and Spinraza in SMA. We rate the shares Buy.

## Valuation and Risks

Our price target of $647 is derived by DCF and assumes MS sales decline from $7.7B to $4.8B by 2031E, Spinraza peak sales of $2.1B by 2021E, and Aduhelm for Alzheimer's Disease sales of ~$12B by 2031E. We model BIIB on a DCF with terminal growth rate of 2.0%, discount rate of 9.0% instead of 8.5% for mature biotech companies to account for potential commercial execution of AD and terminal value out in 2029E to arrive at a PT of $647/sh.

Risks to our rating and price target include FDA removal from market of Aduhelm in AD, competition in SMA, and pipeline visibility.

## Companies Mentioned in This Note

**Cigna Corporation** (CI, $240.04, Buy, David MacDonald)
**CVS Health Corporation** (CVS, $84.12, Buy, David MacDonald)
**Eli Lilly and Company** (LLY, $228.22, Buy, Gregg Gilbert)

## Analyst Certification

I, Robyn Karnauskas , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. makes a market in the following company: BIIB-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

Rating and Price Target History for: Biogen Inc. (BIIB-US) as of 06-28-2021




Created by: BlueMatrix

## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 06/29/2021):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 521 | 70.12% | Buy | 149 | 28.60% |
| Hold | 215 | 28.94% | Hold | 65 | 30.23% |
| Sell | 7 | 0.94% | Sell | 1 | 14.29% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated

persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2021. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070