*Exhibit 41*

*William Blair, "Biogen, Inc. - Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed," July 2, 2021*

Equity Research
Healthcare | Biotechnology

William Blair

July 2, 2021

**Matt Phipps, Ph.D.** +1 312 364 8602
mphipps@williamblair.com

**Myles R. Minter, Ph.D.** +1 312 364 5283
mminter@williamblair.com

**Rob Andrew, Ph.D.** +1 312 364 8347
randrew@williamblair.com

**Hunter Rogers, Ph.D.** +1 312 364 8798
hrogers@williamblair.com

# Biogen Inc.

## Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed

On Monday, June 28, the FDA released the full Drug Approval Package for Aduhelm, which was followed by the 11th William Blair Healthcare: Washington, D.C. Day on Wednesday, June 30. Our Washington, D.C. Day discussions touched on regulatory, legislative, and political consideration for the U.S. healthcare system (see our full recap: 2021 D.C. Day Review: Expect Incremental Policy Reform, Strong Support for Value-Based Care, Tech-Enabled Novel Delivery Models). The recent accelerated approval of Aduhelm sparked conversations on reimbursement and drug pricing that we believe are important investor considerations as the potential blockbuster continues through earlier commercialization stages. Key takeaways from the expert discussions are listed below and further discussed in the remainder of the note:

- **CMS coverage for Aduhelm will be fragmented prior to a national coverage determination:** Historically, FDA approval or accelerated approval of a drug in the six protected classes has qualified for CMS coverage but the controversial approval of Aduhelm may lead to a more restricted coverage than the broad FDA prescribing label would imply, such as requiring PET scan confirmation of amyloid plaque levels. We see continued CMS coverage debate as Medicare Administrative Contractors (MACs) attempt to set their own coverage decisions ahead of a National Coverage Determination (NCD), which we expect will be requested by Medicare Advantage providers in the near term. Questions arose during the discussions regarding potential for Coverage with Evidence Development (CED), but the speakers believe use of CED would be unusual for a drug, while acknowledging that this is an overall unusual situation.

- **Prior authorizations, value-based care contracts, and pipeline competition add to pricing rhetoric:** The speakers believe private payers will use prior authorization policies (Blue Cross Blue Shield appears set to do so here) and value-based care contract requirements (Cigna is implementing this), which rely on measures of efficacy and patient outcomes to restrict continued coverage, but we highlight the limited role of private payers in the demographics of this disease. Medicare Advantage plans can also require prior authorizations, which will likely be a measure to limit access. The level of pushback will ultimately be driven by the impact on the Medicare budget, with speakers citing the initial uproar over PCSK9 prices falling silent as broad uptake was never achieved. However, we continue to believe patient demand will be strong for Aduhelm (and was absent for PCSK9), creating different market dynamics.

| | |
|---|---|
| Stock Rating: | **Outperform** |
| Symbol: | BIIB (NASDAQ) |
| Price: | $348.92 (52-Wk.: $223-$469) |
| Market Value (M): | $52,532 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $9.14 | $5.34 | $5.45 |
| | Q2 | $10.92 | $4.45 | $5.26 |
| | Q3 | $8.84 | $4.04 | $5.16 |
| | Q4 | $4.58 | $3.84 | $5.26 |
| | FY | $33.69 | $17.68 | $21.14 |
| Sales (M) | FY | $13,457.7 | $10,650.0 | $10,977.1 |
| **Valuation** | | | | |
| FY P/E | | 10.4x | 19.7x | 16.5x |
| EV/Sales | | 4.3x | 5.5x | 5.3x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 150.6 |
| Float (M): | 150.3 |
| Avg. Daily Volume (90-day): | 1,699,446 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $70.93 |
| Return on Equity (TTM): | 25.9% |
| Enterprise Value (M): | $58,231 |

**Two-Year Price Performance Chart**




Sources: FactSet, William Blair & Company estimates

A pioneer in the biotechnology industry, Biogen focuses on developing therapies for neurodegenerative diseases, including industry-leading brands for the treatment of multiple sclerosis, Tecfidera, Tysabri, Avonex, and Plegridy. Its recently launched drug for spinal muscular atrophy, Spinraza, has dramatically altered the natural disease course. Biogen has a deep clinical pipeline ranging from ALS and Parkinson's to stroke.

**Please refer to important disclosures on pages 11 – 13. Analyst certification is on page 11.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

- **Broad legislation focused on lowering drug prices appears stalled, for now:** Prior attempts at drug pricing reform enacted through executive order, including implementation of a most favored nation clause to Medicare Part B policy and changes to import rules, have been blocked or stalled in court. Drug pricing reform continues to be a major topic, although the best routes to achieve savings remain a source of major division in Congress. Drug price reforms may have taken a bit of a back seat at the moment, but there is risk blockbuster Aduhelm sales could reignite the discussions and push for a bipartisan solution.

The medical and pharmacology reviews disclosed in the FDA drug approval package for Aduhelm were remarkably favorable, and in juxtaposition to a largely negative statistics review. Most intriguing to us is that the medical and pharmacology teams seem to recommend full approval but "in the presence of residual uncertainty" (likely imparted by mismatch between Study 301 and 302 efficacy conclusions and the stats review), accelerated approval would become an option. Aducanumab was also denied breakthrough therapy designation twice, contrasted to the agency recently granting the designation to both Eli Lilly's (LLY $231.13) donanemab and Eisai's (ESALY $97.77)/Biogen's BAN2401. We provide additional context later in the note.

**Stock Thoughts:** The Aduhelm approval continues to be a major topic of conversation regarding FDA review processes, pricing, Medicare coverage, and access, with major uncertainties around barriers to adoption creating substantial overhang on the stock price. While we await a CMS determination on national coverage, patients are returning to physicians' offices post-pandemic with multiple anecdotal reports of strong patient demand for Aduhelm treatment, leaving local MACs to determine coverage on a case-by-case basis. Until greater clarity is reached on patient eligibility and reimbursement, we assume that Medicare will cover Aduhelm as it is an FDA approved treatment, and even if some restrictions are placed on the eligible patient population, the market opportunity is still significant. While the new potential of near-term competition given recent breakthrough therapy designation for donanemab adds another uncertainty for investors, we continue to believe patient demand for Aduhelm is strong enough to drive sales growth and subsequent multiple expansion. We reiterate our Outperform rating on Biogen shares.

## Additional Details

### Extended Thoughts on Aduhelm Pricing and Reimbursement From Our Annual William Blair Washington, D.C. Day

**CMS coverage possibilities for Aduhelm prior to a likely national coverage determination (NCD).**
Rachel Sachs, J.D., M.P.H., of Washington University discussed the historical precedent of CMS coverage of FDA approved therapeutics based on the demonstration of necessary and reasonable benefit, typically through improvement in clinical outcomes. She highlighted that in this case, the evidence presented to the FDA may not meet the "reasonable and necessary" standard for CMS coverage due to accelerated approval on biomarker data rather than demonstrated cognitive improvement. Historically, FDA approval or accelerated approval under Subpart H legislation of a drug has satisfied the "reasonable and necessary" definition for CMS coverage but the controversial approval (expanded on in our review of the FDA approval package below) may lead to a more restricted coverage than the broad FDA prescribing label would imply. Alternatively, CMS has the freedom to restrict coverage to those patients included in the trial, which would require the demonstration of amyloid-beta plaque burden via PET scan not currently covered by CMS. However, she noted that this typically occurs in the context of label restrictions, which are absent in the Aduhelm approval package, leading to potential discord between local and national MACs that could land in court. We note the initial launch of Sovaldi resulted in several Medicaid managed care organizations restricting access to the drug, which ultimately resulted in lawsuits that the Medicaid programs lost. However, in this case the restrictions were not based on clinical evidence and were against treatment guidelines from physician societies.

The best precedent for an NCD comes from the recent case of CAR-T coverage. UnitedHealthcare requested a National Coverage Determination on February 22, 2018, coming several months after the approval in August 2017. An NCD was then issued by CMS in August 2019. During the review period, CMS had considered instituting Coverage with Evidence Development (CED) for CAR-T therapy, but ultimately decided not to given the FDA requirement for post-marketing studies and other ongoing research in clinical trials.

An NCD was issued by CMS in September 2013 to cover amyloid PET scans but only under CED (link) for select clinical trials and experts believe that because Biogen is running the ongoing EMBARK study and must perform an efficacy confirmatory study, commercial Aduhelm patients are unlikely to have PET scans covered under existing CMS CED coverage. We see continued CMS coverage debate on a case-by-case basis until an NCD is issued, which may take over a year based on CAR-T cell therapy precedence (above). CMS is able to initiate the NCD process, but we anticipate a payer will likely request an NCD in the near term.

**Prior authorizations, value-based care contracts, and pipeline competition add to pricing rhetoric.**
While legislation may not force near-term drastic changes to drug prices, other factors may apply pressure to post-launch Aduhelm pricing. Representatives from Trinity Life Sciences discussed general trends in biotech pricing, access, and contracting and provided some commentary on Aduhelm specifically. Pricing pressure and evidence generation continue to be critical for adoption, and private payers may use prior authorization policies and value-based care contract requirements, which rely on measures of efficacy and patient outcomes to restrict continued coverage. Biogen and Cigna (CI $238.30) announced they are working on establishing value-based care coverage plans for Aduhelm alongside the accelerated approval announcement, but details remain limited. Point32Health, a regional insurer covering 2.2 million lives, half of which under Medicare Advantage, recently stated it is exploring cost control measures such as limiting access or tracking drug efficiency, but these would only apply to commercial lives covered as it awaits CMS guidance for Medicare Advantage patients. In the most recent ICER report (public meeting July 15), a discount of 85%-95% from current Aduhelm WAC would be required to meet the organization's standard cost-effectiveness thresholds. As it relates to Medicare, many view the cost burden as unsustainable if Aduhelm becomes widely used, accelerating the pricing reform discussion and/or restriction of access. According to the panel, *"the level of utilization will ultimately determine the fallout,"* and experience has shown price concessions and value of access are important factors to consider. Lastly, the Aduhelm approval has accelerated clinical development of other amyloid-reducing antibodies such as Eisai's BAN2401 (lecanemab) and Eli Lilly's donanemab, and the panel suggested competition could result in lower prices, although this has rarely been the case in other competitive drug classes.

**Legislation enabling increased negotiation for drug pricing appears stalled, for now.**
Multiple speakers discussed potential policy changes on the horizon. Attempts at drug pricing reform enacted through executive order by former President Trump, including implementation of a most favored nation clause to Medicare Part B policy and changes to import rules, have been blocked or stalled in court. The Biden administration continues to examine whether and how to implement such changes, resulting in continued ambiguity. Drug pricing reform continues to be a major topic of discussion in Congress, although deep divisions between and among parties exist. Professor Sachs believed major reform was unlikely before the midterm elections next year, but some more popular proposals may stand a chance at passing in a scaled down bill, including limiting increases in drug prices to the rate of inflation and comparing drug cost to ex-U.S. benchmarks. These initiatives would be unlikely to affect Aduhelm pricing substantially, in our view, but public and political scrutiny is likely to remain for the $56,000 WAC/year cost of Aduhelm.

## Key Points of Interest From Release of Aduhelm FDA Approval Documents

***Medical and pharmacology team reviews***

**Timelines of considering the accelerated approval pathway have important ebbs and flows.**
STAT reported that talks between Biogen and Billy Dunn, head of the Office of Neuroscience at the FDA, regarding the use of the accelerated approval pathway for aducanumab began as early as 2019. Yet, at the November 6, 2020, AdCom meeting the agency appeared to dismiss the idea of granting potential accelerated approval based on amyloid reduction alone as a surrogate for clinical efficacy (and the AdCom briefing docs had already implied a favorable FDA review). According to the summary basis of approval for aducanumab, subsequent meetings of the Medical Policy and Program Review Council (MPPRC) in CDER held March 31 and April 7, 2021, concluded that Study 302 was highly persuasive but the negative result of high dose aducanumab in Study 301 was the most notable area of "uncertainty." These meetings found that *"it is not clear that a conclusion that substantial evidence of effectiveness on the clinical endpoints has been provided by the Applicant can be reached with the existing data,"* which seems to oppose the approval recommendations of both the medical and pharmacology review teams (below bullet). However, "*based on the available clinical data, and the current understanding of the pathophysiology of Alzheimer's disease, the reduction in amyloid identified in aducanumab clinical studies is reasonably likely to predict clinical benefit in AD, and supports the accelerated approval of aducanumab."* Thus, we believe the argument from full approval to accelerated approval likely changed after the AdCom based on bullish medical and pharmacology reviews but bearish stats and AdCom meeting guidance. The accelerated approval proposal was then finally discussed with senior CDER leaders on April 26 and *only one* director, Dr. Sylvia Collins (Office of Biostatistics), "dissented on the approach."

**Medical and pharmacology team conclusions recommended *full approval* but consideration of the accelerated approval pathway "in the presence of residual uncertainty."**
We will not replicate 392 pages of the medical review and 147 pages of the pharmacology review but both conclude that Study 302 demonstrated "convincing" efficacy of high dose aducanumab treatment on CDR-SB and "exceptionally persuasive" key functional secondary endpoints. The reviews argue that the ADAS-Cog13 (-1.4 pts vs. placebo, p=0.0097) and ADCS-ADL-MCI

(1.7 pts vs. placebo, p=0.0006) are clearly positive key secondary endpoints from Study 302 that are largely independent from CDR-SB (-0.39 pts vs. placebo or 22% improvement) and indicate broad "robust" efficacy. Study 103 randomized 197 patients with high dose aducanumab conferring a significant reduction from baseline in CDR-SB vs. placebo (-1.08 pts or 57% reduction) and both reviews argued this to be used as supportive efficacy evidence alongside Study 302. In the context of accelerated approval based on amyloid reduction, Study 103 provided even stronger grade evidence. Study 301 was considered a failed study, but interestingly the medical review stated, "*there is also some consistency between the studies [301 and 302] and the results of Study 301 are not a direct contradiction of the positive results in Study 302"* and *"The results of these analyses suggest that the results of the primary endpoint in Study 301 do not meaningfully detract from the persuasiveness of Study 302."* We believe the residual uncertainty pushing the decision down the accelerated approval path and not actual full approval was due to the negative stats review, even despite a negative AdCom meeting.

**Pharmacology review team used evidence from other anti-amyloid monoclonal antibody trials to support a relationship between plaque reduction and CDR-SB improvements supporting aducanumab approval.**
The pharmacology review team performed Aβ-PET SUVR and CDR-SB correlation analysis for seven anti-Aβ IgG antibody drug candidates (including aducanumab). All drugs (aducanumab, BAN2401, donanemab, bapineuzumab, gantenerumab, crenezumab, and solanezumab) examined were in Phase II and/or III studies in patients with AD for at least 12 months of treatment and used CDR-SB either as a primary or a secondary efficacy endpoint. The majority of studies used a composite SUVR score to represent changes in amyloid plaque level; however, the recent Trailblazer-ALZ study of donanemab conducted by Eli Lilly used the centiloid scale, which ranges from 0 for high certainty of Aβ negative subjects to 100 or higher for typical Alzheimer's patients, with a value of 25 considered normal. Based on this correlative analysis (exhibit 1), the review panel concluded, "*there is a clear relationship between reduction of Aβ plaque burden in brain and preserving of clinical function in the aducanumab program, which is consistent across all 6 other available programs of anti-Aβ antibodies under development over the past decade.*"

We note that while there does appear to be a trend between amyloid reduction and CDR-SB improvement, the trends are both trial and drug-specific. Obviously the high aducanumab dose group in Study 301 is a major outlier given worsening of CDR-SB relative to placebo despite a high level of PET-SUVr reduction (<-0.2 pts vs. placebo). Donanemab achieves the greatest level of amyloid reduction on the centiloid scale but not the greatest improvement in CDR-SB compared to 10 mg/kg aducanumab treatment in Study 103. Solanezumab did not impact Aβ plaques but improved CDR-SB in the range of low dose aducanumab and BAN2401. These observations have the caveats of the use of cross-trial comparisons and differences in treatment duration.

**Exhibit 1**
**Biogen Inc.**
**Correlation Between Plaque Reduction and Cogntive Benefit Across Amyloid Antibody Trials**







Source: FDA Clinical Pharmacology and Biopharmaceutical Review Documents for Aduhelm

**Biogen applied for and was denied breakthrough therapy designation (BTD) twice for aducanumab off the basis of Study 103 findings prior to receiving fast track designation in August 2016.**
The regulators appear to be much more receptive to breakthrough therapy designations for anti-amyloid monoclonal antibodies (BAN2401 [lecanemab] and donanemab) that have demonstrated substantial amyloid reduction and preliminary cognitive benefit since the accelerated approval of aducanumab. The Office of Clinical Pharmacology review uses analysis of correlation between CDR-SB and amyloid PET SUVR for both BAN2401 and donanemab as supportive evidence for aducanumab's amyloid reduction supporting probable cognitive benefit. The office stated it used "publicly accessible

resources" to perform the analysis but we believe the agency may have had the BAN2401 and donanemab BTD filings on hand, and thus was in a position to grant BTD quickly after aducanumab's accelerated approval announcement. In addition, we believe these criteria (amyloid reduction and pro-cognitive signals) will likely form the efficacy thresholds for BTD applications of future anti-amyloid agents.

**Medical review team commentary may have supported broader than expected prescribing label.**
The relatively unrestricted FDA prescribing label for Aduhelm was a surprise from the agency, in our view. We previously believed that if approved, Aduhelm would receive a label restricting use to patient populations enrolled in the clinical trials: amyloid PET positive *mild* AD patients with possible requirements to determine ApoE ε4 genotype status. The following comment from the medical review team would imply arguing for the broad label awarded to Aduhelm: "*Although the population in Studies 103, 301, and 302 did not include patients at either end of the Alzheimer's disease continuum, it is plausible that patients across the continuum may benefit from aducanumab, especially in the early course of disease.*" Although implying that treating earlier in the disease course would likely result in clinical benefit (aligned with the amyloid hypothesis), the comment clearly implies benefit across the full range of disease (including moderate, severe, and end stage patients who were not evaluated in clinical trials). We believe commentary like this may have influenced granting a broad prescribing label but will likely receive both payer and prescribing clinician pushback given the subset of patients aducanumab was actually evaluated in.

***Office of Biostatistics review***

**Overall, the statistical review largely mirrored the discussion points brought up in the briefing documents ahead of the advisory committee meeting.**
The statistical analysis conducted by the FDA focused on the numerous discrepancies between the two trials and the lack of statistical rigor in placing increased reliance on the successful Study 302 while minimizing the failed Study 301. The review continually highlighted the significant amount of missing data given the trials were stopped at futility, the poor correlation within the trial between amyloid reduction and CDR-SB changes, and the invalid argument that increased exposure to aducanumab was driving the benefit observed in Study 302.

**Biostatistics review believes the difference in outcomes for patients enrolled before or after protocol four was likely driven by geographical mix and variation in placebo**.
Statistical analysis of patients enrolled before or after protocol amendment 4 (when APOE positive patients were increased to 10 mg/kg) did not show improved outcomes for patients at high dose, but yet worsened outcomes for placebo patients in Study 302. In Study 301, APOE positive patients did perform better post amendment 4 than prior to the amendment, but placebo patients also did worse. Based on multiple variable analysis, the statisticians propose this could have been driven by changes in enrollment geography and baseline characteristics over time. We note this analysis was proposed in the briefing documents, yet again highlight the contradictions with Biogen's arguments for the drug's effectiveness.

**Despite the medical review citing a correlation between amyloid plaque reduction and cognitive benefit across multiple different drug trials, the PET substudy analysis does not provide a convincing trend.**
As shown in exhibit 1, the medical review team relied on an association between amyloid plaque reduction and cognitive benefit, taken across multiple clinical trials with different investigational drugs, to suggest this could be a surrogate marker supportive of accelerated approval. However, the results of the PET substudy in the aducanumab Phase III trials suggest there is no such correlation. The statistical review specifically highlighted the patient with the largest decrease in SUVR had a 3-point worsening in CDR-SB from baseline (exhibit 2).

**Exhibit 2**
**Biogen Inc.**
**Correlation of Amyloid PET and CDR-SB in High Dose at Week 78**




Source: FDA Statistical Review Documents for Aduhelm

***Highlights from Office of Neurology Memorandum***

**Exploratory analyses were conducted to investigate the discordance between the 301 and 302 studies but were inconclusive.**
Differing outcomes between the two Phase III studies, with one study (301) being negative but the second (302) being positive for the high dose, has been the main source of controversy. Multiple post-hoc analyses were conducted to determine what factors may have led to the different outcomes. A review of the demographics and baseline data suggests that the minor differences were unlikely to result in the observed trial differences. Another possibility is that due to fairly frequent incidence in ARIA, differences in occurrence rates across trials and subsequent clinical management may have led to an outsized functional unblinding in one study versus the other. However, it was found that the incidence and radiographic severity of ARIA were generally similar between Study 301 and Study 302, and additional analysis of an ITT population after removing the ARIA patients also could not explain the difference in study results. Differences in placebo progression have also been proposed as contributing factors, as the placebo decline for CDR-SB was numerically greater in Study 302 (1.74) than Study 301 (1.56). However, both rates of decline were within the range of that used for the power calculation (decline of 2 points), and also within the range of prior studies. In addition, placebo decline was lower for MMSE in Study 302 compared to Study 301, and placebo decline was similar for ADAS-Cog 13 between the two studies. Positive outcomes were observed across endpoints in Study 302, not just ones with a greater placebo decline.

The two factors that appear to have the greatest influence according to Biogen and the study reviewers are the uneven influence of rapid progressors and a change in dosing regimen (PV4). The high dose group in Study 301 had twice as many patients defined as “rapid progressors” who showed an 8-unit increase in the CDR-SB during the 78 weeks of evaluation (9 patients versus 4 or 5, depending on the study arm). When these patients were removed, the results for CDR-SB went from a 2% increase relative to placebo to a -6% decrease, and similar observations were seen in secondary measures. However, further investigation did not reveal individual-level factors that may have contributed to the rapid decline in patients defined as rapid progressors, and we note that the removal of exceptionally nonresponsive patients from study analysis based only on the lack of response is generally not an acceptable practice. In addition, two protocol amendments were made that increased the dose or allowed patients to continue dosing in response to ARIA. The timing of the studies and pace of enrollment was such that Study 302 was more likely to benefit from changes to the protocol than Study 301, as it resulted in a greater number of patients receiving the 10 mg/kg dose for a longer period, potentially resulting in increased drug exposure over time. A subset analysis examining percent weighted mean treatment effects for CDR-SB only in patients who received the max 10 mg/kg dose for the max number of doses was similar in Studies 301 and 302 (exhibit 3). This would suggest that prolonged exposure to high dose Aduhelm is important for clinical response. However, we note that neither mean or median cumulative dose appear to correlate to a greater percent difference versus placebo and that there is considerable variation in subgroup responses.

**Exhibit 3**
**Biogen Inc.**
**Subgroup Analysis of Patients Receiving Max Number of 10mg/kg dose**




Source: Office of Neurology Memorandum of Aduhelm FDA Approval Package

**Factors related to and monitoring and management of ARIA suggest patient genotyping and routine MRI may be beneficial to determine appropriate risk/benefit analysis.**

In the placebo-controlled portion of pooled Studies 301 and 302, ARIA (-E and/or -H) was observed in 41% of patients treated with aducanumab 10 mg/kg, compared to 10% of patients on placebo. ARIA-E alone was observed in 35% of patients treated with a planned dose of aducanumab 10 mg/kg, compared to 3% of patients on placebo. Among patients treated with aducanumab 10 mg/kg who had ARIA-E, the maximum radiographic severity was mild in 30%, moderate in 58%, and severe in 13% of patients. Because of this, routine MRI monitoring for ARIA was instituted in clinical studies prior to the fifth dose of aducanumab. In addition, the incidence of ARIA-E was higher in ApoE ε4 carriers than in ApoE ε4 non-carriers (42% and 20%, respectively). While discussion around patient access has largely centered on identification of plaque burden, the data suggest additional analysis of patient genotype (not typically assessed during diagnosis) and follow-up MRI (further increasing treatment cost and limiting access) could be useful in assessing patients at increased risk for potentially serious events (and

efficacy). While these safety restrictions are not explicitly required in the label, the FDA has requested "enhanced clinical vigilance" for safety monitoring and this is in line with AdCom discussions.

**Valuation**
Biogen shares are trading at $347.64 at the time of writing with a market cap of $52.3 billion. Shares are trading at 19.7 times our updated 2021 EPS estimate of $17.68. The approval of Aduhelm fundamentally transforms the outlook for Biogen, and although the launch may face difficulties from payer pushback, we believe the blockbuster potential rerates the company and justifies a premium multiple. Beyond the launch of aducanumab, the company could have success with additional pipeline assets, most notably zuranolone in MDD (albeit the positive WATERFALL data is up for debate), but also assets in neuropathic pain, stroke, or ALS, and we expect it to be active on the business development front. Given the recent Aduhelm approval, we see limited downside from these clinical readouts and therefore continue to rate shares Outperform.

**Risks**
Biogen faces many of the same clinical, regulatory, and commercial risks as its peers. Biogen is launching the first potentially disease-modifying drug for Alzheimer's after a contentious development and review process, which could hinder utilization. In addition, Biogen is heavily reliant on sales of drugs to treat MS, a highly competitive disease space. Newly launched or anticipated drugs from competitors have the potential to take market share from Biogen's therapies, reducing growth potential, and recent litigation rulings create additional uncertainty on the company's MS franchise revenues. Although the Spinraza franchise rapidly became a blockbuster franchise, revenues have stagnated somewhat this year, and recent approvals for additional therapies will likely create additional pressure in 2021 and beyond.

**ESG Considerations**
From an environmental perspective, the biopharma industry is a resource-intensive field, generating hazardous waste and disposables from the manufacturing, preclinical testing, and clinical testing of therapies. However, we commend Biogen on achieving carbon neutrality in 2015 and recently pledging $250 million to eliminate fossil fuels across the company's operations by 2040, becoming the first *Fortune* 500 company to commit to a fossil-free future. Biogen is a member of the Rx-360 International Pharmaceutical Supply Chain Consortium and uses dual sourcing or risk-based inventory of raw materials to assure consistent supply. The company has also been ranked as the No. 1 biotech on the Dow Jones Sustainability World Index five times. Socially, Biogen strives to develop breakthrough therapies to improve the lives of patients suffering from devastating neuromuscular diseases. While this is an important endeavor, we note that the company has been involved in investigations and lawsuits regarding marketing and sales practices and has come under scrutiny for the price of marketed medicines for MS and SMA. This will almost certainly be an issue with the announced $56,000-per-year pricing for Aduhelm receiving accelerated approval for Alzheimer's disease, well above the ICER recommendations of $2,500-$8,300 per year, with no other potentially disease-modifying therapies available. Biogen recently launched multiple biosimilars in a collaboration with Samsung Bioepis that the company estimates have contributed over €2.4 billion of healthcare savings across Europe in 2020 and have treated over 200,000 patients. The company prioritizes diversity and inclusion, with recent figures showing 48% women in the workforce, 46% of director-level and above roles held by women, and 28% of U.S. director-level and above roles held by people of diverse ethnic backgrounds. Lastly, on governance, recent turnover in the executive team may have implications for current disclosure practices, which we have viewed as inadequate.

William Blair

**Biogen, Inc.**
Company Rating: Outperform
7/1/2021

# Income Statement

(dollars in millions except EPS and shares in millions)

| | 2020A | Q1A | Q2E | Q3E | Q4E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| **Multiple Sclerosis** | | | | | | | | | |
| Tecfidera | 3,840 | 479 | 418 | 405 | 380 | 1,683 | 1,482 | 1,457 | 1,438 |
| Vumerity | 65 | 74 | 88 | 104 | 114 | 379 | 519 | 610 | 703 |
| Avonex | 1,492 | 311 | 324 | 323 | 322 | 1,280 | 1,279 | 1,272 | 1,310 |
| Plegridy | 385 | 89 | 92 | 86 | 94 | 361 | 390 | 395 | 414 |
| Tysabri | 1,946 | 503 | 471 | 443 | 430 | 1,847 | 1,635 | 1,597 | 1,661 |
| Fampyra | 103 | 27 | 22 | 22 | 22 | 93 | 88 | 88 | 88 |
| **Other Product Revenues** | | | | | | | | | |
| Spinraza | 2,052 | 521 | 460 | 459 | 464 | 1,903 | 1,754 | 1,549 | 1,352 |
| Aduhelm | 0 | 0 | 1 | 17 | 40 | 58 | 604 | 1,553 | 2,544 |
| BIIB067 | 0 | 0 | 0 | 1 | 2 | 3 | 18 | 37 | 39 |
| BIIB078 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fumaderm | 12 | 3 | 3 | 3 | 3 | 12 | 13 | 13 | 13 |
| Benepali JV | 482 | 122 | 125 | 127 | 130 | 504 | 520 | 520 | 520 |
| Flixabi JV | 98 | 26 | 27 | 30 | 30 | 113 | 128 | 138 | 138 |
| Imraldi JV | 216 | 58 | 64 | 68 | 70 | 260 | 330 | 410 | 410 |
| BIIB111 (NSR-REP1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BIIB112 (NSR-NGRP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Zuranolone | 0 | 0 | 0 | 0 | 0 | 0 | 62 | 269 | 532 |
| **Product Revenue** | 10,692 | 2,212 | 2,096 | 2,088 | 2,100 | 8,495 | 8,823 | 9,907 | 11,162 |
| Rituxan/Gazyva Revenue | 1,133 | 180 | 174 | 175 | 174 | 703 | 649 | 617 | 617 |
| Ocrevus Royalties | 858 | 209 | 251 | 251 | 251 | 999 | 1,030 | 1,086 | 1,086 |
| Other Revenues | 775 | 93 | 120 | 110 | 135 | 458 | 475 | 475 | 475 |
| **Total revenues** | **13,458** | **2,694** | **2,641** | **2,624** | **2,660** | **10,650** | **10,977** | **12,085** | **13,340** |
| **Costs and expenses** | | | | | | | | | |
| Cost of goods sold | 1,805 | 478 | 451 | 449 | 451 | 1,829 | 1,366 | 1,546 | 1,778 |
| Research and development | 2,097 | 514 | 589 | 614 | 654 | 2,371 | 2,466 | 2,396 | 2,396 |
| Selling, general and administrative | 2,505 | 594.9 | 699 | 724 | 749 | 2,766 | 2,793 | 2,821 | 2,849 |
| **Total costs and expenses** | **6,478** | **1,639** | **1,811** | **1,866** | **1,940** | **7,256** | **7,084** | **7,492** | **7,979** |
| Other income (expense), net | (197) | (71) | (15) | (15) | (15) | (116) | (56) | (56) | (56) |
| **Earnings before income taxes** | **$6,770** | **$984** | **$814** | **$743** | **$705** | **$3,247** | **$3,837** | **$4,537** | **$5,305** |
| Provisions for income taxes | 1,280 | 153.4 | 140 | 133 | 126 | 553 | 717 | 843 | 982 |
| **Tax rate** | **18.9%** | **15.6%** | **17.2%** | **18.0%** | **17.8%** | **17.0%** | **18.7%** | **18.6%** | **18.5%** |
| **Net income attributable to BIIB** | **5,436** | **812.8** | **674** | **608** | **575** | **2,670** | **3,059** | **3,538** | **4,069** |
| **Net income per share** | | | | | | | | | |
| **EPS Diluted** | **$33.69** | **$5.34** | **$4.45** | **$4.04** | **$3.84** | **$17.68** | **$21.14** | **$25.42** | **$30.10** |
| Shares diluted | 161 | 152 | 152 | 151 | 150 | 151 | 145 | 139 | 135 |

| **Margin Analysis** | 2020A | Q1A | Q2E | Q3E | Q4E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| Product Gross Margin | 86.5% | 82.3% | 82.9% | 82.9% | 83.0% | 82.5% | 87.6% | 87.2% | 86.7% |
| Operating Margin | 50.3% | 36.5% | 30.8% | 28.3% | 26.5% | 30.5% | 35.0% | 37.5% | 39.8% |
| Net Income Margin | 40.4% | 30.2% | 25.5% | 23.2% | 21.6% | 25.1% | 27.9% | 29.3% | 30.5% |
| R&D (% of total revenue) | 15.6% | 19.1% | 22.3% | 23.4% | 24.6% | 22.3% | 22.5% | 19.8% | 18.0% |
| SG&A (% of total revenue) | 18.6% | 22.1% | 26.5% | 27.6% | 28.2% | 26.0% | 25.4% | 23.3% | 21.4% |

| **Company Growth Metrics** | 2020A | Q1A | Q2E | Q3E | Q4E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Tecfidera Sales** | | | | | | | | | |
| Q/Q Growth | (13.4%) | (21.2%) | (12.7%) | (3.2%) | (6.3%) | (10.8%) | (0.4%) | (0.4%) | (1.9%) |
| Y/Y Growth | (13.4%) | (56.4%) | (64.6%) | (57.5%) | (37.5%) | (56.2%) | (11.9%) | (1.7%) | (1.3%) |
| **Total Revenues** | | | | | | | | | |
| Q/Q Growth | (5.8%) | (5.6%) | (2.0%) | (0.6%) | 1.3% | (1.7%) | 2.1% | 2.1% | 2.3% |
| Y/Y Growth | (6.4%) | (23.8%) | (28.3%) | (22.3%) | (6.8%) | (20.8%) | 3.0% | 10.1% | 10.4% |
| **EPS** | | | | | | | | | |
| Q/Q Growth | (9.5%) | 16.5% | (16.6%) | (9.3%) | (4.8%) | (3.6%) | 9.6% | 4.6% | 4.8% |
| Y/Y Growth | 0.4% | (41.6%) | (59.3%) | (54.3%) | (16.1%) | (47.5%) | 19.6% | 20.2% | 18.4% |

Sources: Biogen reports. and William Blair estimates

Please consult the following link for disclosures: https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySyn

BIIB

Matt Phipps, (312) 364-8602

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Biogen Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Biogen Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Biogen Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Myles R. Minter and Matt Phipps attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34633.50
S&P 500: 4319.94
NASDAQ: 14522.40




Additional information is available upon request.

**Current Rating Distribution (as of July 2, 2021):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 76 | Outperform (Buy) | 29 |
| Market Perform (Hold) | 23 | Market Perform (Hold) | 11 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

“William Blair” and “R*Docs” are registered trademarks of William Blair & Company, L.L.C. Copyright 2021, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

William Blair

# Equity Research Directory

**John F. O'Toole, Partner  Manager and Director of Research  +1 312 364 8612**
**Kyle Harris, CFA, Partner  Operations Manager  +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner  +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner  +1 312 364 8697**
*Consumer Products*

**Dylan Carden  +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin  +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA  +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner  +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner  +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA  +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt  +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner  +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D.  +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.  +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D.  +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D.  +1 312 364 8469**
*Biotechnology*

### Healthcare Technology and Services

**Ryan Daniels, CFA, Partner  +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner  +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Margaret Kaczor, CFA, Partner  +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner  +1 312 364 8170**
Group Head–Life Sciences
*Diagnostics, Life Science Tools, Medical Technology*

**Matt Larew  +1 312 364 8242**
*Healthcare Delivery, Life Science Tools*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann  +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA  +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA  +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner  +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA  +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney  +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA  +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner  +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner  +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA  +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA  +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner  +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA  +1 212 237 2714**
*Software*

**Maggie Nolan, CPA  +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA  +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner  +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA  +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler  +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi  +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA  +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA  +1 312 364 8540**
**Audrey Majors, Editor and SA  +1 312 364 8992**
**Beth Pekol Porto, Editor and SA  +1 312 364 8924**
**Lisa Zurcher, Editor and SA  +44 20 7868 4549**