*Exhibit 42*

*Bernstein, "Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HC a priority; mid-year price increases; VTRS-Teva trial," July 6, 2021*

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021


BERNSTEIN

6 July 2021

## U.S. Biopharmaceuticals

# Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HC a priority; mid-year price increases; VTRS-Teva trial

**Aaron (Ronny) Gal, Ph.D.**
+1-212-756-4208
ronny.gal@bernstein.com

Ben Weissman, Ph.D.
+1-212-969-6361
ben.weissman@bernstein.com

Amy Xiong
+1-212-969-1437
amy.xiong@bernstein.com

This weekly report is intended for healthcare specialists. It is detail-oriented, and its intention is to allow busy analysts to keep up with news in our coverage.

The note includes (i) news which may have missed the headlines and brief commentary on events; (ii) initiations, completions, and changes to clinical trials; (iii) updates from court cases; (iv) interesting IMS scripts.

As this note covers sector news, we occasionally discuss products sold by companies outside our coverage. As a reminder, Wimal Kapadia covers EU pharma, Lee Hambright covers US medical devices, and Nithya Balasubramanian covers the Indian generics.

Please contact the team with questions / comments; we are here to support you. Company model links: ABBV, AMGN, BIIB, BMY, GILD, JAZZ, LLY, MRK, REGN, PFE, TEVA, VTRS.

**In case you missed it – recent Bernstein Biopharma notes:**

2 July 2021 US Biopharma: Outlook for the upcoming COVID delta wave; Case-a-demic rather than epidemic?

1 July 2021 Biosimilars (June update): Market growth moderating as pricing offsets unit growth and innovators compete

30 Jun 2021 Quick Take: Merck puts a chip on the CD28 field, collaborating with Alpine

30 Jun 2021 US Biopharma 2Q21 PreQ: Partial recovery with immunology but oncology weakness; REGN most likely to beat

29 Jun 2021 AbbVie: Rinvoq shows strong efficacy, no new safety question in its 52-week study

24 Jun 2021 US Biopharma: Updating our Alzheimer's model for earlier donanemab submission; review of key assumptions

18 Jun 2021 US Biopharma: 3Q21 ASP data - Eylea dominating share; biosimilar discounts accelerate; PD-1 prices still increase

15 Jun 2021 Regeneron: CD28 bispecific is a real effort; it has the potential to be REGN's third franchise. A deep dive

15 Jun 2021 JAZZ: Epidiolex update and primer; we see the long-term potential, but would expect near-term lower growth

11 Jun 2021 Biogen: Aduhelm upside potential too much to ignore; upgrading to Outperform

8 Jun 2021 Biogen: A few useful numbers on Aduhelm's likely payer dynamics



**See Disclosure Appendix of this report for important disclosures and analyst certifications** **www.bernsteinresearch.com**

Published 06-Jul-2021 03:45 UTC

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021




## BERNSTEIN TICKER TABLE

| Ticker | Rating | | 2 Jul 2021 Closing Price | Target Price | TTM Rel. Perf. | | EPS Adjusted 2020A | 2021E | 2022E | P/E Adjusted 2020A | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMGN | M | USD | 248.70 | 250.00 | (42.7)% | USD | 16.60 | 16.45 | 18.14 | 14.98 | 15.12 | 13.71 |
| BIIB | O | USD | 348.72 | 500.00 | (7.5)% | USD | 33.60 | 17.87 | 23.45 | 10.38 | 19.51 | 14.87 |
| GILD | O | USD | 69.30 | 80.00 | (48.3)% | USD | 7.10 | 7.23 | 6.50 | 9.76 | 9.59 | 10.67 |
| REGN | O | USD | 583.64 | 575.00 | (45.3)% | USD | 31.65 | 54.05 | 41.52 | 18.44 | 10.80 | 14.06 |
| JAZZ | O | USD | 181.50 | 200.00 | 26.3% | USD | 12.50 | 13.68 | 15.51 | 14.53 | 13.27 | 11.70 |
| TEVA | M | USD | 9.83 | 14.00 | (52.4)% | USD | 2.57 | 2.55 | 2.64 | 3.82 | 3.85 | 3.72 |
| ABBV | O | USD | 115.17 | 135.00 | (22.6)% | USD | 10.54 | 12.97 | 14.57 | 10.92 | 8.88 | 7.90 |
| BMY | M | USD | 66.95 | 72.00 | (25.8)% | USD | 6.44 | 7.59 | 8.02 | 10.39 | 8.82 | 8.35 |
| LLY | M | USD | 233.96 | 250.00 | 3.7% | USD | 6.67 | 7.98 | 8.43 | 35.06 | 29.30 | 27.77 |
| MRK | O | USD | 78.60 | 90.00 | (34.4)% | USD | 5.79 | 5.69 | 6.51 | 13.58 | 13.82 | 12.08 |
| PFE | M | USD | 39.73 | 44.00 | (17.6)% | USD | 2.74 | 4.07 | 3.43 | 14.51 | 9.76 | 11.59 |
| VTRS | M | USD | 14.71 | 21.00 | (46.7)% | USD | 3.97 | 3.50 | 3.50 | 3.71 | 4.20 | 4.20 |
| SPX | | | 4,352.34 | | | | 135.98 | 175.17 | 200.23 | 32.01 | 24.85 | 21.74 |

O - Outperform, M - Market-Perform, U - Underperform, N – Not Rated

## INVESTMENT IMPLICATIONS

We rate ABBV, MRK, JAZZ, REGN, GILD, and BIIB Outperform with PTs of $135, $90, $200, $575, $80, and $500, respectively. We rate AMGN, TEVA, BMY, LLY, PFE, and VTRS Market-Perform, with PTs of $250, $14, $72, $250, $44, and $21, respectively.

## DETAILS

### News and views

+ **Vaccine protects less from ability to carry the delta variant**. On Sunday, Israel's health ministry put out a PR (link) stating that the observed protection from infection dropped to 64% from June 6th to July 3rd (it was 94% May 2nd to June 5th) In contrast, the reduction in the efficacy against hospitalization dropped from 98.3% to 93% over the same periods. Per media reports, Israel is now considering providing a booster injection to the immunocompromised and elderly, as well as mild distancing measures. **BERN**:
  + We suspect the full data will be available sometimes this week, but this was official MoH communication and discussed in Israel's cabinet meeting. We have no reason to doubt it is correct.
  + The biology of the virus and immune reaction suggested all along that 'sterile immunity' is probably unrealistic long term. The news here is simply around the timing, i.e. within under six months, we are seeing the ability to carry the new variant. In our review of the status of the delta wave Friday (link) we noted additional 12% of the US needs to be infected for the US to reach herd immunity against the delta virus. However, if significant proportion of the immunized can carry the virus and infect others, these estimates would be a substantial under-estimate.
  + The response will not be return to lock-downs as vaccination is the logical alternative and there will be enhanced vaccination drive. However, we do expect slow-down of reopening measures (by corporates and individuals, if not governments), as some concern is bound to sip in ('e.g. my spouse is on Humira for her psoriasis'). Last, we likely see more boosting, despite questionable benefit for the vaccinated individual and increase in the use of Regeneron's covid cocktail in the immunocompromised.
+ **FTC priorities do include pharma**. On 7/1/2021, the FTC passed a series of decisions sponsored by the new FTC chairwoman Khan to streamline investigations. The FTC announcement stated that "priority targets include repeat offenders; technology companies and digital platforms; and healthcare businesses such as pharmaceutical companies,

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021




pharmacy benefits managers, and hospitals". There were no details given beyond that. ***BERN***: So, it's basically tech and health care. This would reasonably include both merger scrutiny, which now extends to future markets and *industry practices*. There are several obvious practices that we can see being targeted from formulary deals to patent thickets. A few of those are mentioned in the Viatris-Teva lawsuit discussed below. More broadly, with the gridlock in Congress, it would likely be the agencies and the states where we may see more *action* on regulating biopharma in the next 18 months.

+ **Biogen: coverage with 'continued evidence development' (CED) would not be bad.** Such policy was suggested for Aduhelm by Tafts group of former CMS/FDA folks in Health Affairs (link). The idea is that CMS will establish (with Biogen) a real-life registry for Adu, to demonstrate its efficacy and based on this real-world data will select the right patient group long term. ***BERN***: Although it was billed in some circles as a negative, we think it would be a pretty ideal study for Aducanumab. Biogen needs this data anyway to compete with the other Aβ compounds and to complete the FDA follow-on requirements. If they can design a trial structure that would satisfy the needs two-three of these constituents, it will simplify development quite a bit. Further, such a CED policy means CMS will cover Aduhelm in the first few years. The risk is that Aduhelm will be found to be ineffective. Well – this would come out anyway (in the trials of the other Aβ compounds, payer registries)…

+ **LLY ADA event: arguing for the runway**. There was not much to learn on the efficacy/safety of tirzepatide. The company stressed the consistency of efficacy across datapoints and deflected concerns on safety. Our three top takes are all related to future program **(i)** the tirzepatide obesity pivotal program will read out in 2023. **(ii)** LLY believe they have a better oral GLP-1 which binds its receptor differentially. It is in p1, with data available in early 2022 (and p2 start around YE21). They also noted Pfizer's oral GLP2, where p2 data is expected in 3Q21, has a short half-life, which makes controlling side effects more challenging. **(iii)** The triple mechanism (GGG) has encouraging data of higher weight loss from single injection vs. existing therapies. ***BERN*:** Basically, the argument is that LLY has a couple of decades in metabolic treatment ahead of it. Tirzepatide in T2DM now, then in obesity, with two additional waves of medications to come….

+ **Regeneron heading into obesity with discovery of GPR75 protective mutation** which was published in *Science*, link. The observation from sequencing of ~650K individuals is that rare (1:3,000) protein-truncating variants in *GPR75* were associated with 1.8 $kg/m^2$ lower BMI, ~12lb lower bodyweight, and 54% lower chance of obesity. These findings were validated in mice engineered to lack *GPR75*, showing resistance to weight gain (in an allele-dependent manner) when fed a high-fat diet. ***BERN***: (i) REGN noted they are "pursuing multiple therapeutic approaches to target GPR75, including through antibodies, small molecules and gene silencing". Given the recent NTLA collaboration result, this seems like a likely approach. (ii) Regeneron's credentials as being a first-in-class innovator (as opposed to a rapid follower) are gradually being enhanced. This is another publicized lead agent from REGN genomic screening – the first being NASH in 2018 (link). Beyond that, we would point to REGEN-CoV & CD28 as internally developed science.

+ **Jazz' Rylaze approval: more than meets the eye**? The new formulation is broadly viewed as a simple replacement for its former partner Porton Biopharma's Erwinase that would take over the market given supply interruption and (as Jazz will eventually pull the BLA and Porton reapplies). However, few key details for the approval. (1) Jazz's initial approval is for IM formulation vs. Erwinaze' IV. Jazz is required to submit the IV formulation for approval by YE2022 and also required to complete immunogenicity work, so this is not *done* (link). We suspect Jazz chose to test the IM formulation first as it would easier to use. (2) Rylaze is approved for lymphoblastic lymphoma (LBL) in addition to ALL, which Erwinaze does not, which should expand the on-label market by about a third (ALL is 5,700 patients, LBL ~1,600) although we expect most of those are treated already. (3) The FDA announcement suggests Jazz received some sort of voucher (link) but its approval letter specifically denies the rare pediatric priority review voucher. ***BERN***: This is a mid-size driver for Jazz, with consensus around ~$200M but with upside that is 50% larger.

+ **Small points: *(i)* Submission of lenacapavir de-risks Gilead's HIV outlook.** Gilead submitted their capsid inhibitor for heavily treatment experienced (HTE) patients failing on other ART (link). The indication itself is tiny (~$500M globally) but getting a label and vetting the drug's tolerability de-risks the PrEP and 1L treatments.

## Drug pricing

+ **WAC increases:** Several mid-year pricing hikes this week, all effective July 1, 2021. Not an overwhelming list but more than was seen in mid-2020. These are almost all physician-administered drugs where one larger increase at start of the year is not possible. That said, a much larger share of price increases is retained by the drug companies.

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021




- **Roche** increased price of Ocrevus by 1.8%, following a 3% increase in Jan 2021. Hmmm… odd for Roche to be the highest on the annual price increase list…
- **Lilly** increased price of Alimta and Cyramza by 2% each (both saw a 2% increase in Jan 2021).
- **Pfizer** instituted a 1.2% increase in WAC of Panzyga (*third* such increase in 2021). This is immune globulin solution.
- **AbbVie** raised Botox WAC by 3.5% (first increase since 2017). Given the consumer-paid, competitive market aspect of the aesthetic toxin market, we see the price increase as more reflective of the alleviation of the pressure which allows AbbVie to price higher (strong demand for aesthetics, Evolus challenges).
- **Bristol** raised WAC by 1.5% for several drugs: Opdivo, Yervoy, Reblozyl, and Empliciti, all of which had a 1.5% increase in Jan 2021.
- **Viatris** increased Yupelri WAC by 2.5%, following similar 2.5% increase in Jan 2021. This increase is higher than the rest, but note this is a pharmacy-dispensed increase, where more of the price increase goes to the PBM.

## Regulatory, IP, and litigation

- **Viatris sues Teva for unfair competition on Copaxone.** The lawsuit relies in significant part on the Congress report on this topic (link) and represents a serious effort to collect damages/force change in behavior. Further, the content and timing of the lawsuit *may enhance Teva candidacy to be an early target of enforcement action by the Democratic FTC* (per above). Here are points from the litigation which captured our attention (write team for copy):
  - **Cumulative effect of using government processes to delay competition**. Those include citizen petitions, formulation change, secondary patent applications, lawsuits and seeking change in regulatory classification of Copaxone. ***BERN***: There is already some argument that broad usage of government processes to delay competition is illegal (e.g. patent thicket). Seeking to challenge Teva behavior on these grounds may be especially attractive to FTC, as a win would provide the agency with precent to broadly challenge companies on these grounds.
  - **Misleading speech**. Teva convinced physicians to write 'dispensed as written' prescriptions. As evidence it notes DAW TRx rose from "*13% in the years before Mylan's 40mg GA launched to at least **77%** just four months after Mylan's entry*". ***BERN***: (i) This is incredibly high and something we have not previously appreciated. Teva was exceedingly effective here. (ii) FCT/FDA has a joint initiative to combat misleading innovator statements on biosimilars (link). It seems VTRS is building on this. We note, most of the statements alleged argue Teva disparaged VTRS patient support system rather than its AB equivalence.
  - **Aggressive PBM and specialty pharmacy tactics**. "*all-or-nothing rebates across both Copaxone dosages and a "special contract" with specialty pharmacies tied to PBMs to replace any would-be generic with Copaxone, even if the prescription specifically called for generic GA*". Internal Teva memos are used to show the point. ***BERN***: Aggressive commercial tactics are not as unusual as that (e.g. Mylan itself was sued on using aggressive tactic with EpiPen). They do, however, result in the absurd situation where expensive products (both to the system and patient) are preferred over cheaper ones. However, again this fits into a potential FTC interest as it relates to PBM.
- **New Tecfidera patents offer glimmer of hope for reestablishing control of the franchise**. As we wait for the appeal decision on '514, USPTO recently granted new patents on Tecfidera which expire in 2035 (link) and covers methods to improve safety /monitoring for progressive multifocal leukoencephalopathy (PML) (US10959972B2, US11007166B2, US11007167B2). This family has a broader and potentially more material set of claims as safety language is tough to carve out on label. However, the patents have been filed for the OB on 05/28/2021 and Biogen is yet to challenge the generic over the IP (and one would expect a rather expeditious effort to remove them from the market). Further, on the 2Q call, the company did not preclude the possibility it has settlements that restrict its ability to enforce such IP on the generics. Thus, we are unsure if there a path forward here.
- **First IPR on Eylea cancelled**. There are two sets of IPR challenges to Regeneron's late expiring patent on Eylea. The first set was filed 1/7/2021 by Chengdu Kanghong covering patents 10,464,992 (formulation, expiry 6/14/2027) and 10,828,345 (dosing regimen, expiry 2032). Thus, one would expect the institution decision this week. However, on June 23'rd Chengdu moved to terminate the IPR, which was granted last week. So, no clarity on the outlook for the two patents. The next step would be the IPR institution decision on the VTRS challenges on 9,254,338 (5/22/2032) and 9,669,069

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021




(1/11/2032); both patents cover dosing regimen. The IPR were filed 05/05/2021 and thus institution decision is expected early November.

+ **Revance IPR's Botox patent, exposing a risk.** The two petitions address the 9,480,731 patent which covers use of animal-protein-free botulinum toxin which provides, per the patent, longer duration of therapy than formulation containing animal product (primarily bovine serum albumin, used as stabilizer). Revance's DaxibotulinumtoxinA is a BSA-free formulation (link). ***BERN***: The approval of Daxi is expected near-term (link), so why wait so late to challenge the patent? We speculate that AbbVie raised the patent recently as potential violation of Daxi and in response, Revance chose to challenge the IP. Revance have not highlighted the IPR so we suspect they consider it a tail risk (non-material).

## Clinical trials

+ **Amgen starts recruiting for AMG 757 study in neuroendocrine prostate cancer (NEPC).** The 60-patient dose escalation p1 trial (NCT04702737) is testing AMG 757, a half-life extended BiTE CD3xDLL3 in metastatic de novo or treatment-emergent NEPC. NEPC may arise de novo, but the large majority of cases occur in patients with CRPC that have been treated with hormonal therapy and/or taxane-based chemo. These extremely aggressive tumors have molecular similarities to SCLC and >75% of castration-resistant small-cell NEPCs (CRPC-NE) express DLL3 (link). ***BERN:*** AMG 757 has been mostly tested in SCLC to date with early signs of activity (link). Given the DLL3 expression patterns and similarities with SCLC, NEPC is a natural follow-on indication for the compound. This is a very rare tumor (incidence 0.5/million, link)

+ **BMS moves MK2 inhibitor into p2 for ankylosing spondylitis.** This is a randomized, PBO-controlled dose finding study in 256 patients with 12-week endpoint (NCT04947579). The compound is a MAPKAPK2 (MK2) inhibitor, a regulatory pathway for TNF-α and IL-6 (link). MK2 knockout mice are protected from inflammation including inflammatory arthritis (link). ***BERN:*** This is the first patient study following several p1 safety/DDI studies in healthy volunteers (NCT03554993). AS makes sense given the demonstrated MK2 role in arthritis models and could be a testing ground for larger indications.

+ **BMS posts new trial of TGF-β therapy for solid tumors.** The p1 trial (NCT04943900) will test BMS-986416 as monotherapy and in combo with Opdivo in 134 participants. TGF-β is an increasingly competitive next-generation target (link). Pfizer is currently recruiting for a trial of its small molecule inhibitor of TGFBR1 in advanced solid tumors (NCT03685591). BMS got this drug from Forbius (link) for an undisclosed sum in August 2020. Per Forbius, this is an isoform-specific inhibitor of TGF-beta 1 and -beta 3 with picomolar potency.

+ **Merck completes enrollment of pembro combo in epithelial ovarian cancer (EOC).** The 1284 patient p3 (NCT03740165) is testing a single 3-week cycle of chemo (carboplatin/paclitaxel) plus pembro followed by pembro alone or pembro + olarapib in 1L setting BRCA non-mutated advanced EOC. ***BERN:*** Pembro shows little activity in advanced ovarian cancer with 8.5% ORR and 2.1 months PFS (KEYNOTE-100, link). In general, single-agent IO results are not very exciting in ovarian cancer with ORR ranging between 10-15%. Here, the hope is that pembro plus olaparib (a PARPi already used as maintenance therapy in advanced EOC) could provide have synergic effects. Further, DNA-damaging agents (such as PARPi) have the potential to enhance the response to immunotherapy by promoting neoantigen release (link).

+ **Merck's Molnupiravir for COVID prophylaxis starts p3.** Merck posted the p3 (NCT04939428) in high-risk of exposure prophylaxis (household contracts of a COVID-positive person) – a common setting for such trials. As a reminder, interim analysis from the same agent did not show sufficient benefit in advanced patients (hospitalized or outpatient, link) and the advisory committee recommended moving the trial to earlier settings. This trial seems to be part of the same logic. ***BERN***: Presumably the opportunity here would shift to immunocompromised and for those whose immunity may have waned. This will compete with REGEN-CoV

+ **Merck GLP-1/glucagon agonist into NASH.** Merck posted a p2 study (NCT04944992) investigating efinopegdutide compared to Ozempic in NAFLD. As a reminder, this is the molecule acquired from Hanmi, which was previously being developed for Janssen for T2D and obesity. Note the distinction between Lilly's tirzepatide, which is a GLP-1/*GIP* dual-agonist and Lilly's GGG tri-agonist. It's an interesting mechanism because glucagon agonism improves lipid metabolism (good for fatty liver disease) but can also increase blood glucose which is counterproductive for T2D treatment. In two prior p2 studies the drug showed no lowering of A1C, but modest weight loss and significant increase in β-hydroxybutyrate (a market of lipid oxidation) – worth nothing that GI tolerability looked significantly worse than approved GLP-1s or tirzepatide although could conceivably be moderated with a different titration regimen.

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021




+ **Regeneron enrolls birch allergy pivotal trial.** The 353-patient p3 (NCT04709575) is assessing the reduction of allergic symptoms during birch pollen season after a single dose of REGN5713-5714-5715 (anti-Bet v 1) versus placebo. ***BERN:*** REGN's allergy technology is simple but has broad applicability: IgG mAb antibody cocktail against allergic antigens to compete with IgE antibodies in the body. Birch allergy is one of several targets across this platform and the most near-term event (readout expected late August). Birch allergy affects roughly 10% of the US adult population

+ **In brief:** *(i)* **AbbVie's first Calico asset in neuro.** AbbVie posted a new p1 study (NCT04948645) investigating ABBV-CLS-7262 (mechanism of action undisclosed) in patients with ALS. The prior two Calico assets have been in oncology, so good to see the neuro portion of the collaboration begin to bear fruit. *(ii)* **Regeneron's pozelimab (subQ anti-C5) p3 enrolled in paroxysmal nocturnal hemoglobinuria (PNH).** The 24-patient trial (NCT04162470) is looking at effect on intravascular hemolysis in PNH after showing LDH reduction in p2 (link). The challenge is that the SoC may have moved passed Soliris which Pozelimab vs designed against.

## Script trends

+ **Austedo still running low, but...** We noted in our pre-quarterly earnings report that Austedo appears to be flattening, based on monthly prescription (see front page link). As we go went through June, we are seeing a bit better growth, with what seems to be 5%-unit growth vs. 1Q21. This should be enough to push the drug to $190-$200M in 2Q (Exhibit 1) and $778M for the year. Consensus is $850, so we are a bit low for now…

+ **Changing biosimilar dynamics is observed in the Avastin market** where after Amgen captured material share early on, now at ~50% of the market, it is letting second entrant Pfizer take share from the innovator, keeping its own share at 50%. ***BERN***: This has not been the early experience with biosimilars where it was very much a 'winner take all' type markets. However, it is very much in line with the generic experience where the early entrant usually chooses to protect price and once it gets material share, lets late entrants take their 'fair share' (so much so in the generic market, that a few AG and the DoJ had a few words to say about that). Regardless, we think this may end up being the strategy with the early entrants as long as they think they can protect their pre-existing customers with more moderate price declines (Exhibit 2).

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021


Aaron (Ronny) Gal, Ph.D. +1-212-756-4208 ronny.gal@bernstein.com 6 July 2021

EXHIBIT 1: **Austedo weekly TRx: a bit stronger in June**




Source: IQVIA, Bernstein analysis

EXHIBIT 2: **Pfizer gaining share in the Avastin market**




Source: IQVIA, Bernstein analysis

DISCLOSURE APPENDIX

## VALUATION METHODOLOGY

### U.S. Biopharmaceuticals

We value based on a blend of DCF and multiple-based approaches (PEG and EV/EBITDA).

## RISKS

### U.S. Biopharmaceuticals

Risks to the pharmaceutical industry include, but are not limited to: (i) the failure of late-stage pipeline products to make it to market, (ii) the possibility that key patent cases are lost because of patent challenges or greater / faster than expected erosion of sales post loss of exclusivity, (iii) greater than anticipated pricing pressure in markets both inside and outside of the US, (iv) softening of demand, including that due to changing physician guidelines that negatively impact upon utilization and

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021



competition from existing or key pipeline products, (v) major disruptions to manufacturing / supply (e.g. product recalls, FDA warnings on manufacturing facilities), (vi) issues relating to marketed product safety and (v) the long-term financial impact from US healthcare reform..

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021


# REQUIRED REGULATORY DISCLOSURES

- Separate branding is maintained for "Bernstein" and "Autonomous" research products. Each brand operates as a separate business unit within the regulated entities referenced herein namely: Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 and Bernstein Autonomous LLP. For information relating to "Autonomous" branded products (including certain Sales materials) please visit: www.autonomous.com. For information relating to Bernstein branded products please visit: www.bernsteinresearch.com. Recommendations contained within one type of research product may differ from recommendations contained within other types of research products, whether as a result of differing time horizons, methodologies or otherwise. Furthermore, views or recommendations within a research product issued under any particular brand may differ from views or recommendations under the same type of research product issued under another brand. The Research Ratings System for the Autonomous brand and the Bernstein brand and other information related to those Rating Systems are below.
- On and as of April 1, 2019, AllianceBernstein L.P. acquired Autonomous Research. As a result of the acquisition, the research activities formerly conducted by Autonomous Research US LP were assumed by Sanford C. Bernstein & Co., LLC, which continues to publish research under the Autonomous Research US brand and the research activities formerly conducted by Autonomous Research Asia Limited were assumed by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which continues to publish research under the Autonomous Research Asia brand.
- On and after close of business on December 31, 2020, as part of an internal reorganisation of the corporate group, Sanford C. Bernstein Limited transferred its business to its affiliate Autonomous Research LLP. Subsequent to this transfer, Autonomous Research LLP changed its name to Bernstein Autonomous LLP. As a result of the reorganisation, the research activities formerly conducted by Sanford C. Bernstein Limited were assumed by Bernstein Autonomous LLP, which is authorised and regulated by the Financial Conduct Authority (FRN 500498) and now publishes research under the Bernstein Research Brand.
- Please note that all price targets, recommendations and historical price charts are unaffected by the transfer of the business from Sanford C. Bernstein Limited and have been carried forward unchanged to Bernstein Autonomous LLP. You can continue to find this information on the Bernstein website at www.bernsteinresearch.com.
- References to "Bernstein" or the "Firm" in these disclosures relate to the following entities: Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP, Sanford C. Bernstein Limited (for dates prior to January, 1, 2021), Autonomous Research LLP (for dates between April 1, 2019 and December 31, 2020), Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (India) Private Limited (SEBI registration no. INH000006378) and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C.
- Analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.
- The Bernstein brand rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Europe Index (MSDLE15) for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, versus the MSCI Japan (MXJP) for stocks listed on the Japanese exchanges, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. The Bernstein brand has three categories of ratings:

  Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

  Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

  Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

  Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.
- For purposes of the Market Abuse Regulation (MAR) and the FINRA Rule 2241, 'Outperform' is classified as a Buy, 'Market-Perform' is classified as a Hold, and 'Underperform' is classified as a Sell
- As of 07/05/2021, Bernstein branded ratings were distributed as follows: 309 Outperform - 54.8% (0.0% banking clients) ; 197 Market-Perform - 34.9% (0.0% banking clients); 58 Underperform - 10.3% (0.0% banking clients); 0 Not Rated - 0.0% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services. All figures are updated quarterly and represent the cumulative ratings over the previous 12 months. These ratings relate solely to the investment research ratings for companies covered under the Bernstein brand and do not include the investment research ratings for companies covered under the Autonomous brand. This information is provided in order to comply with Article 6 of the Commission Delegated Regulation (EU) 2016/958.
- Accounts over which Bernstein and/or their affiliates exercise investment discretion own more than 1% of the outstanding common stock of the following companies REGN / Regeneron Pharmaceuticals Inc.
- This research publication covers six or more companies. For price chart disclosures, please visit www.bernsteinresearch.com/go/disclosures, you can also write to either: Sanford C. Bernstein & Co. LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105 or Bernstein

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021


Autonomous LLP, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom; or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, 39th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, One Raffles Quay, #27-11 South Tower, Singapore 048583.

**12-Month Bernstein Rating History as of 07/04/2021**

| Ticker | Rating Changes | |
|---|---|---|
| ABBV | O (IC) 11/09/20 | M (DC) 07/14/18 |
| AMGN | M (RC) 10/09/20 | O (IC) 10/11/19 |
| BIIB | O (RC) 06/11/21 | M (RC) 06/09/20 |
| BMY | M (IC) 11/09/20 | M (DC) 07/14/18 |
| GILD | O (RC) 04/01/21 | M (RC) 02/06/20 |
| JAZZ | O (RC) 03/11/20 | |
| LLY | M (IC) 11/09/20 | O (DC) 07/14/18 |
| MRK | O (IC) 11/09/20 | O (DC) 07/14/18 |
| PFE | M (IC) 11/09/20 | O (DC) 07/14/18 |
| REGN | O (RC) 02/25/20 | |
| TEVA | M (IC) 10/11/19 | |
| VTRS | M (IC) 12/14/20 | |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated
Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change

## OTHER IMPORTANT DISCLOSURES

The Firm produces a number of different types of research products including, among others, fundamental analysis, quantitative analysis and analytics. Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and Bernstein Autonomous LLP, each issue research products under the "Autonomous" publishing brand independently of the "Bernstein" and "Alphalytics" publishing brands. Recommendations contained within one type of research product may differ from recommendations contained within other types of research products, whether as a result of differing time horizons, methodologies or otherwise. Furthermore, views or recommendations within a research product issued under any particular brand may differ from views or recommendations under the same type of research product issued under another brand.

Where this material contains an analysis of debt product(s), such material is intended only for institutional investors and is not subject to the independence and disclosure standards applicable to debt research prepared for retail investors.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC, a broker-dealer registered with the U.S. Securities and Exchange Commission ("SEC") and a member of the U.S. Financial Industry Regulatory Authority, Inc. ("FINRA") is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC. Where this report has been prepared by research analyst(s) employed by a non-US affiliate (such analyst(s), "Non-US Analyst(s)") of Sanford C. Bernstein & Co., LLC, such Non-US Analyst(s) is/are (unless otherwise expressly noted) not registered as associated persons of Sanford C. Bernstein & Co., LLC or any other SEC-registered broker-dealer and are not licensed or qualified as research analysts with FINRA or any other US regulatory authority. Accordingly, reports prepared by Non-US Analyst(s) are not prepared in compliance with FINRA's restrictions regarding (among other things) communications by research analysts with a subject company, interactions between research analysts and investment banking personnel, participation by research analysts in solicitation and marketing activities relating to investment banking transactions, public appearances by research analysts, and trading securities held by a research analyst account.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Bernstein Autonomous LLP, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021


**To our readers in Ireland and the member states of the EEA:** This publication is being distributed by Sanford C. Bernstein Ireland Limited, which is authorised and regulated by the Central Bank of Ireland.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

For the institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa"), your access to this document should not be construed as meaning that Bernstein is providing you with investment advice for any purposes. Whilst Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Bernstein has neither any contractual relationship with you nor any obligations towards you

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;
- dealing in a financial product;
- making a market for a financial product; and
- providing a custodial or depository service.

**To our readers in Canada:** If this publication is pertaining to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication is pertaining to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the SEC and FINRA into Canada under the International Dealers Exemption. This publication may not be passed onto any person in Canada unless that person qualifies as a "Permitted Client" as defined in Section 1.1 of NI 31-103.

**To our readers in India:** This publication is being distributed in India by Sanford C. Bernstein (India) Private Limited (SCB India) which is licensed and regulated by Securities and Exchange Board of India ("SEBI") as a research analyst entity under the SEBI (Research Analyst) Regulations, 2014, having registration no. INH000006378 and as a stock broker having registration no. INZ000213537. SCB India is currently engaged in the business of providing research and stock broking services.

SCB India is a private limited company incorporated under the Companies Act, 2013, on April 12, 2017 bearing corporate identification number U65999MH2017FTC293762, and registered office at Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051 , Maharashtra, India (Phone No: +91-22-68421401).

SCB India does not have any disciplinary history as on the date of this report.

The associates of SCB India or their relatives may have financial interest(s) in the subject company.

SCB India or its associates do not have actual/beneficial ownership of one percent or more securities of the subject company. SCB India is not engaged in any investment banking activities, as such, SCB India has not managed or co-managed a public offering in the past twelve months. In addition, neither SCB India nor any of its associates have received any compensation for investment banking services or merchant banking services from the subject company in the past 12 months.

SCB India or its associates may have received compensation for brokerage services from the subject company in the past twelve months.

SCB India or its associates may have received compensation for products or services other than investment banking or merchant banking or brokerage services from the subject company in the past twelve months.

For the exclusive use of MICHAEL HENCKE at BIOGEN INC on 06-Jul-2021


SCB India and its associates have not received any compensation or other benefits from the subject company or third party in connection with the research report.

The principal research analysts who prepared this report, a member of his or her team, are not (nor are any members of their household) an officer, director, employee or advisory board member of the companies covered in the report.

SCB India and its associate company(ies) may act as a market maker in the financial instruments of the companies covered in the report.

Sanford C. Bernstein & Co., LLC., Bernstein Autonomous LLP, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited and AllianceBernstein (Singapore) Ltd., Sanford C. Bernstein (India) Private Limited are regulated, respectively, by the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Investment Industry Regulatory Organization of Canada, by the Monetary Authority of Singapore under Singapore laws, and Securities and Exchange Board of India, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

The Firm or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

All Bernstein branded research publications are disseminated to our clients through posting on the firm's password protected website, www.bernsteinresearch.com. Certain, but not all, Bernstein branded research publications are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Bernstein branded research publications, please contact your sales representative or go to http://www.bernsteinresearch.com

The Firm and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that the Firm and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with the Firm's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Bernstein Autonomous LLP, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, 39th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, One Raffles Quay, #27-11 South Tower, Singapore 048583, or Sanford C. Bernstein (India) Private Limited, Chief Compliance Officer, Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051. Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

This report has been produced by an independent analyst as defined in Article 3 (1)(34)(i) of EU 296/2014 Market Abuse Regulation ("MAR").

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

## CERTIFICATIONS

- Each research analyst named on the front page of this research report certifies that all of the views expressed in this publication accurately reflect his/her personal views about any and all of the subject securities or issuers and that no part of his/her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

*Approved By: SU*

Copyright 2021, Sanford C. Bernstein & Co., LLC, Bernstein Autonomous LLP, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400. All rights reserved.