*Exhibit 46*

*Centers for Medicare & Medicaid Services, "CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease," July 12, 2021*

**Press Releases**

# CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease

Jul 12, 2021 Coverage

Share

Today, the Centers for Medicare & Medicaid Services (CMS) is opening a National Coverage Determination (NCD) analysis, a process that will allow the agency to carefully review and determine whether Medicare will establish a national Medicare coverage policy for monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease. NCDs are program instructions developed by CMS to describe the nationwide conditions for Medicare coverage for a specific item or service. This NCD analysis will be applicable to national coverage considerations for aducanumab, which was recently approved by the Food and Drug Administration (FDA), as well as any future monoclonal antibodies that target amyloid for the treatment of Alzheimer's disease. As part of the NCD process, a 30-day public comment period will begin today. CMS will also host two public listening sessions in July to provide an opportunity for public input.

"Alzheimer's is a devastating illness that has touched the lives of millions of American families and as CMS opens our National Coverage Determination analysis, we invite interested stakeholders to participate," said CMS Administrator Chiquita Brooks-LaSure. "We want to consider Medicare coverage of new treatments very carefully

in light of the evidence available. That's why our process will include opportunities to hear from many stakeholders, including patient advocacy groups, medical experts, states, issuers, industry professionals, and family members and caregivers of those living with this disease."

Currently, coverage determinations for aducanumab are being made at the local level by Medicare Administrative Contractors who represent 12 jurisdictions across the country. CMS's coverage decisions are based on careful analysis of the evidence and benefits a given therapy provides to Medicare beneficiaries. To determine whether a national policy is appropriate, CMS will follow a standard process that includes multiple opportunities for the public to participate and present comments through both listening sessions and the CMS Coverage website. The analysis will determine whether the evidence meets the Medicare law's requirements that items or services be "reasonable and necessary for the diagnosis or treatment of illness or injury…". To make this determination, CMS uses a formal process established by statute. The process includes an assessment of the clinical evidence such as published clinical studies, professional society guidelines, and public comments to determine coverage.

Following this analysis, CMS will post a *proposed* national coverage determination, which will be open to a second 30-day public comment period. After reviewing all comments received on a proposed determination, CMS will announce its *final* decision for a national policy which could range from Medicare coverage of this product type, coverage with evidence development, non-coverage, or deference to the Medicare Administrative Contractors. A proposed decision is expected to be posted within 6 months and a final within 9 months.

NCDs are posted on the CMS Medicare Coverage Center website and provide stakeholders with the Medicare coverage criteria, a summary of the evidence considered, and CMS's rationale for the decision.

For additional information about the NCD process, please visit: https://www.cms.gov/Center/Special-Topic/Medicare-Coverage-Center#skipNavTarget

To submit or view public comments, please visit: https://www.cms.gov/medicare-coverage-database/details/nca-

tracking-sheet.aspx?NCAId=305

To register for the listening sessions: July 22 from 9:00 to 11:00 AM (EDT) or July 27 from 2:00 to 4:00 PM (EDT)

###

Get CMS news at cms.gov/newsroom, sign up for CMS news via email and follow CMS on Twitter @CMSgov.

← Previous Newsroom article

Next Newsroom article →

**Related Releases**

Biden-Harris Administration Releases Data Showing Historic Gains in Health Care Coverage in Minority Communities

Jun 07, 2024

Biden-Harris Administration Finalizes Policies to Increase Access to Health Coverage for DACA Recipients

May 03, 2024

CMS Statement on Proposed Local Coverage Determination (LCD) for Skin Substitute Grafts/Cellular and Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers

Apr 25, 2024

Biden-Harris Administration Protects Consumers from Low-Quality Coverage by Limiting "Junk" Health Plans

Mar 28, 2024

CMS Statement on Current Status of Blood Tests for Organ Transplant Rejection

Feb 29, 2024

**Contact us**

CMS News and Media Group
Catherine Howden, Director

Media Inquiries Form
202-690-6145

## Get email updates

Sign up to get the latest information about your choice of CMS topics in your inbox. Also, you can decide how often you want to get updates.

SIGN UP

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244