*Exhibit 47*

*Sarah Karlin, social media post regarding NCD process announcement, July 12, 2021*



**Sarah Karlin-Smith**
@SarahKarlin

and there it is...Centers for Medicare and Medicaid offically say they will open a national coverage determination on $BIIB's Adhuhelm - the first step that could lead to restricted coverage of the $56K/year drug for Alzheimer's.

4:38 PM · Jul 12, 2021