*Exhibit 48*

*Rachel Cohrs Zhang, social media post regarding NCD process announcement, July 12, 2021*



**Rachel Cohrs Zhang**
@rachelcohrs

CMS just announced it's kicking off a process to decide how to cover Biogen's controversial new Alzheimer's drug Aduhelm. National Coverage Determinations aren't used often, and the debates around how CMS should structure the coverage are already raging
cms.gov/newsroom/press...

4:44 PM · Jul 12, 2021