*Exhibit 50*

*Baird, "CMS NCD Analysis Gets Underway, Timeline Appears Accelerated," July 12, 2021*

# Biogen (BIIB)

## CMS NCD Analysis Gets Underway, Timeline Appears Accelerated

BAIRD

**No change to outlook on CMS announcement.** CMS announced that it is opening an National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer's disease. We expect this analysis will be closely watched, as the outcome of this coverage decision will likely have a significant impact on the uptake of Aduhelm. In anticipation of the announcement, we already hosted a KOL call with an expert in this space, and note that a MEDCAC panel may be the next key catalyst.

- **CMS announces the opening of NCD analysis.** This afternoon, the Centers for Medicare & Medicaid Services (CMS) announced that they are opening a National Coverage Determination (NCD) analysis for amyloid-targeted mAbs. This analysis will carefully review the data surrounding Aduhelm and aim to determine whether Medicare will establish a national Medicare coverage policy for monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease. In anticipation of this review, we hosted a KOL call with an expert in Medicare reimbursement to gain additional perspective on this process and the potential outcomes (see our note here).
- **Potential for a MEDCAC to serve as next crucial catalyst.** Moving forward, we anticipate CMS could potentially call a Medicare Evidence Development & Coverage Advisory Committee (MEDCAC) meeting to discuss the merits of Aduhelm reimbursement. Based on our understanding, these panels are akin to the FDA's Advisory Committee meetings, in that the MEDCAC involves an outside group of experts discussing the medical necessity of the treatment. The crucial distinction here is that the FDA review is aimed at determining "reasonable assurance of safety and effectiveness for the drug or biologic," while the key question as it relates to reimbursement will focus on determining whether treatment with Aduhlem falls under the umbrella of "reasonable and necessary." Though there is no guarantee that a MEDCAC will be held (as CMS is granted a similar flexibility to the FDA in determining when, and when not to hold a MEDCAC), we do expect it is more likely than not a panel will be summoned this fall given the significant public interest in this treatment. Finally, we would also note that CMS plans to hold public listening sessions on July 22 from 9:00 to 11:00 AM (EDT) and/or July 27 from 2:00 to 4:00 PM (EDT) to discuss the treatment, which we expect could provide early signals with regard to the tone of this review.
- **Timeline for NCD appears to be accelerated.** In the press release, it appears that CMS officials plan to propose an NCD within the next 6 months, and that they expect a final decision within nine months. We believe this timeline represents a bit of an acceleration, as compared to the typical 1-2 year review period.

**RESEARCH UPDATE**

**1-Year Price Chart**




**Stock Data**

| | |
|---|---|
| Rating: | Neutral |
| Suitability: | Speculative Risk |
| Price Target: | $382 |
| Price (7/12/21): | $349.04 |
| Market Cap (mil): | $66,422 |
| Shares Out (mil): | 190.3 |
| Average Daily Vol (mil): | 1.94 |
| Dividend Yield: | 0.0% |

**Estimates**

| FY Dec | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 9.03 A | 5.34 A | 5.60 E |
| Q2 | 11.04 A | 4.99 E | 5.97 E |
| Q3 | 8.84 A | 4.25 E | 6.29 E |
| Q4 | 4.58 A | 3.68 E | 6.61 E |
| **Fiscal EPS** | **33.70 A** | **18.33 E** | **24.46 E** |
| Fiscal P/E | 10.4x | 19.0x | 14.3x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

**Please refer to Appendix - Important Disclosures and Analyst Certification**

**Biogen is a large-cap biotechnology company headquartered in Cambridge, MA. BIIB's key marketed products include Aduhelm, Spinraza, Tysabri, and Tecfidera.**

**Brian P. Skorney, CFA**
Sr. Research Analyst
bskorney@rwbaird.com
646.557.3204

**Jack K. Allen**
Research Associate
jkallen@rwbaird.com
646.557.3205

**Luke P. Herrmann**
Research Analyst
lherrmann@rwbaird.com
414.298.7544

This report is intended for michael.hencke@biogen.com. Unauthorized distribution prohibited.

# Investment Thesis

- **Wait and see for Aduhelm uptake.** Although we are still skeptical surrounding the data which was used to justify the Aduhelm accelerated approval, the commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inhibitors are unlikely to provide clinical benefit to AD patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake.
- **Spinraza, a great drug, though competition is building.** Spinraza is one of the most effective drugs we have ever seen. Unfortunately for Biogen, so are Zolgensma and risdiplam. While progressive, fatal, ultra orphan diseases have often provided blockbuster opportunities for many individual products, the emergence of three highly effective treatments in such rapid succession should likely continue to lead to pressure on the first. We think investors will continue to watch the rate at which oral risdiplam can materially penetrate Biogen's share of the market.
- **Tecfidera regaining exclusivity is low probability, but an area to watch.** With $4B+ in annual sales having dissolved after two court cases deemed the patent protecting Tecfidera exclusivity to be invalid, leading to generic entrants and price erosion, we think a reversal of fortune is unlikely here. However, in the very low probability event that these decisions are successfully appealed by Biogen, and if Biogen is able to regain exclusivity or receive meaningful damages from generic-makers, we do think there is some potential upside to shares.
- **M&A could go either way for Biogen.** While concerns over maturing franchises plague all the large caps, we believe Biogen would have the easiest time solving questions on revenue shortfalls with an acquisition. Compared to peers Amgen, Celgene, and Gilead, it would only need a $1-2B product to move the needle for investors. There are a number of assets it could buy in the CNS space which meet the hurdle.
- **Valuation.** We place a Neutral rating with Speculative Risk suitability on BIIB shares. We arrive at our $382 target price using a discounted cash flow model. We use an 8% weighted-average cost of capital as a discount factor based on CAPM, which we also use for the other large-cap biotech companies in our coverage. We model cash flows out to 2030 and assuming a 60% haircut to cash flow to derive terminal value gives us our valuation.



This report is intended for michael.hencke@biogen.com. Unauthorized distribution prohibited.

# Risks & Caveats

- **Aduhelm launch signals should be a key driver.** Given the broad label for all Alzheimer's patients, Aduhelm has the potential to see strong uptake. However, it is yet to be seen how payers will regulate use. As such, we think launch signals in either direction should be a key driver for the value of shares.
- **Biogen's MS durability will be a key area to watch**. Biogen still has solid MS business with Tysabri, Avonex, and Plegridy all contributing to meaningful profitability. Investors broadly see this as a mature franchise, and hence the expectation is that this segment of the business will remain relatively stable. However, if that is not the case Biogen shares could be impacted significantly in either direction.
- **Potential reversal of Tecfidera LOE a major question.** Biogen currently has a number of challenges to the decisions which led to loss of exclusivity of the U.S. patent position around Tecfidera. If Biogen can successfully litigate these challenges, or otherwise make them go away, and regain commercial exclusivity in the U.S., we expect the stock to yield significant upside. However, should Biogen lose these appeals shares could see a bit of downward pressure.
- **Pipeline success.** Biogen has a number of pipeline programs in various stages of development. Currently, the shares reflect low probabilities these will be commercially successful, but a few successes could change sentiment to the upside.

# Company Description

Biogen (BIIB) is one of the world's largest biotechnology companies. Commercially, BIIB retains Aduhelm for Alzheimer's disease, Avonex, Plegridy, and Tysabri for multiple sclerosis (MS), and Spinraza for SMA. We expect investors will be focused on the launch of Aduhelm in Alzheimer's disease, as well as IP uncertainty surrounding the Tecfidera franchise.



This report is intended for michael.hencke@biogen.com. Unauthorized distribution prohibited.

# Appendix - Important Disclosures and Analyst Certification

Approved on 12 July 2021 19:06EDT/ Published on 12 July 2021 19:11EDT.




1 Robert W. Baird & Co. Incorporated makes a market in the securities of BIIB.

**Appendix – Important Disclosures and Analyst Certification**

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of June 30, 2021, Baird U.S. Equity Research covered 730 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 16% of Outperform/Buy-rated and 6% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is



This report is intended for michael.hencke@biogen.com. Unauthorized distribution prohibited.

derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to,



This report is intended for michael.hencke@biogen.com. Unauthorized distribution prohibited.

and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2021 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question Click here to unsubscribe



This report is intended for michael.hencke@biogen.com. Unauthorized distribution prohibited.