*Exhibit 53*

*Truist, "Biogen Inc. (BIIB) - NCD Analysis begins - stat of relief for BIIB in our view," July 12, 2021*

Please don't forward - Exclusive use: michael.hencke@biogen.com

# Biogen Inc. (BIIB)

**Buy**

**Price Target: $647.00**

**Price: $349.04**

## NCD Analysis begins - start of relief for BIIB, in our view.

- CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer's Association. This starts the clock - 6 mo preliminary, 9 mo final note the hearings
- See link here - https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease
- As a reminder, NCD makes it necessary for Medicare Advantage to follow.
- If CMS did not have an NCD, it would make people more nervous because then Medicare Advantage would not have to reimburse.
- We note that 85% patients are covered by Government, of which 45-50% are covered by Medicare Advantage.
- If the NCD is instituted, MA will have to cover - they could potentially do value based contracting, according to our KOL, but they would have to cover.
- Medicare Part B is expected to be least restrictive, with MA being next least restricted.
- **Separately from this, MACs (regional) can have their own coverage decisions. This could help BIIB get reimbursed while the NCD decisions are made**
- Our KOLs have noted that CMS and MACs communicate a lot, with CMS typcially wanting to
- In our view, this is a good thing for BIIB. A lot of investors have been concerned about opportunity in AD despite approval and we believe that the opening of the NCD is an important step towards reimursement for Aduhelm.

**Robyn Karnauskas, Ph.D.**
212-319-5578
Robyn.Karnauskas@truist.com

**Nicole Germino, MPH**
212-590-0952
Nicole.Germino@truist.com

**Srikripa Devarakonda**, Ph.D.
212-303-4173
Srikripa.Devarakonda@truist.com

**SEE PAGE 2 FOR REQUIRED DISCLOSURE INFORMATION**

## Valuation and Risks

Our price target of $647 is derived by DCF and assumes MS sales decline from $7.7B to $4.8B by 2031E, Spinraza peak sales of $2.1B by 2021E, and Aduhelm for Alzheimer's Disease sales of ~$12B by 2031E. We model BIIB on a DCF with terminal growth rate of 2.0%, discount rate of 9.0% instead of 8.5% for mature biotech companies to account for potential commercial execution of AD and terminal value out in 2029E to arrive at a PT of $647/sh.

Risks to our rating and price target include FDA removal from market of Aduhelm in AD, competition in SMA, and pipeline visibility.

## Analyst Certification

I, Robyn Karnauskas , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. makes a market in the following company: BIIB-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.




## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock’s total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock’s total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 07/12/2021):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 521 | 70.41% | Buy | 161 | 30.90% |
| Hold | 212 | 28.65% | Hold | 70 | 33.02% |
| Sell | 7 | 0.95% | Sell | 2 | 28.57% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2021. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070