*Exhibit 57*

*Baird, "Weekly Recap - Who's Down with OIG?" August 6, 2021*

# Biotechnology

## Weekly Recap - Who's Down with OIG?

**Another earnings week in the books.** Earnings continued this week without too many attention-grabbing headlines, though AMGN's tax snafu and SRPT's pivotal timeline announcement were particularly notable. A sizeable number of companies in our biotech coverage universe did report, with commercial and pipeline progress generally on track and advancing. Beyond financial updates, we continue to monitor the ever-developing landscape around the Aduhelm approval, with the US OIG announcing its review of the Accelerated Approval pathway on Wednesday.

- **HHS OIG's review of AA pathway set in motion.** A potential review of the Aduhelm approval by the US Department of Health and Human Services (HHS) Office of Inspector General (OIG) has been a very reasonable possibility since Dr. Janet Woodcock's July 9 letter calling for the agency to conduct an independent investigation of the review, as well as the interactions that took place therein (see our note). While we initially thought Dr. Woodcock's letter might have been somewhat performative due to the FDA's incredible flexibility with Biogen throughout the process, the OIG has taken this idea and run, this Wednesday announcing it would not only be reviewing the Aduhelm approval, but also the Accelerated Approval Pathway more broadly. The review will include a sample of AA-approved drugs and will focus on interactions between the FDA and outside parties, how the decision is made to utilize the AA process, and scientific disputes that can occur. Though the review will not specifically assess the scientific appropriateness of any review, and is unlikely to provide a major near-term headwind to the Aduhelm launch (the expected issue date is 2023), we do see other reason for concern here. Notably, with Center for Medicare and Medicaid Services (CMS) conducting the ongoing National Coverage Determination (NCD) of Aduhelm, we think the mere existence of the OIG review could further empower CMS to significantly restrict coverage, potentially with the Coverage with Evidence Development (CED) designation (see note), something Biogen management hasn't ruled out. Regardless of the outcome of the OIG review though, we wouldn't want to be the next company pushing the boundaries of the AA pathway, as this review will probably give regulators some pause when evaluating drugs with questionable surrogates and/or marginal gains.
- **Earnings keeps rolling along.** Within our coverage, ARWR's liver-targeted agents continue to lead robust pipeline (note), VIR's sotroximab continues to impress against variants (note), RARE provided an update on its progress in Angelman (note), and the IDMC endorsement that EDIT received for '101 signals promising safety with initial clinical data planned for RD2021 (note). Additionally, looking to next week, we anticipate a slower earnings week for covered companies, including APLS, ARCT, RETA, SNDX (all Monday), MRNS (Tuesday), and some surprises, probably.
- **Laundry list of earnings notes this week (chronological):** RARE, AMGN, NBIX, EDIT, SRPT, NTLA, JNCE, ALBO, ABUS, ENTA, SURF, ASMB, MIRM, KPTI, REGN, AVEO, ARWR, EIGR, VIR, CLLS

**Baird Biotech Research**
BairdBiotech@rwbaird.com

**Brian P. Skorney, Sr. Research Analyst**
bskorney@rwbaird.com
646.557.3204

**Joel L. Beatty, Sr. Research Analyst**
jbeatty@rwbaird.com
646.557.2731

**Colleen M. Kusy, Research Associate**
ckusy@rwbaird.com
646.557.3223

**Jack K. Allen, Research Associate**
jkallen@rwbaird.com
646.557.3205

**Benjamin E. Paluch, Research Associate**
bpaluch@rwbaird.com
646.557.2322

**Luke P. Herrmann, Research Analyst**
lherrmann@rwbaird.com
414.298.7544

**Please refer to Appendix - Important Disclosures and Analyst Certification**

## Key Catalyst Tracker

Below is a list of important catalysts for our coverage list expected through the end of 2021. Multiple data readouts and PDUFA dates set up for an eventful 5 months.

### Figure 1: Key Catalysts for Covered Companies Through the End of 2021

| Timing | Ticker | Drug | Event | Stock Impact | Our Call |
|---|---|---|---|---|---|
| 1H21 | BPMC | Gavreto | Obtain regulatory approval and launch in Europe for RET fusion-positive NSCLC | + | |
| Mid-21 | ABUS | AB-729 | Initial data from 90mg mulitdose cohort | + | |
| Mid-21 | CUE | CUE-101 | Select Phase 2 recommended dose | ++ | |
| ? | ARWR | ARO-ENaC | Report interim results from first-in-human study | ++ | |
| Sep 16-21, 2021 | LPTX | DKN-01 | Initial 1L data from Phase 2a DisTinGuish in gastric cancer | +++ | |
| Sep 29, 2021 | MIRM | Maralixibat | PDUFA for Alagille syndrome (ALGS) | +++ | Approval |
| Sep 2021 | APLS | Pegcetacoplan | Top-line data for Phase 3 DERBY/OAKS studies in GA | +++ | |
| By 3Q21 | APLT | AT-007 | File NDA in galactosemia | ++ | |
| 3Q21 | MRNS | Ganaxolone | Data from Phase 2 study in TSC | ++ | |
| 3Q21 | TBPH | Izencitinib | Data from RHEA study in UC | +++ | |
| 3Q21 | TBPH | Ampreloxetine | Data from Sequoia Phase 3 in symptomatic nOH | ++ | |
| Nov 20, 2021 | BMRN | Voxzogo | PDUFA date for achondroplasia | + | |
| Dec 17, 2021 | ARGX | Efgartigimod | PDUFA date in gMG | + | Approval |
| Dec 11 - 14, 2021 | CLLS | UCART22 | Updated data at ASH | + | |
| Dec 11 - 14, 2021 | CLLS | Various | Updated data from Allogene programs at ASH | ++ | |
| 2H21 | BPMC | Ayvakit | EMA approval decision for advanced SM | + | |
| 2H21 | GILD | Trodelvy | Data from the TROPiCS-02 trial in 3L+ HR+/HER2 mBC | ++ | |
| 2H21 | HARP | HPN328 | Present updated data at a medical meeting | ++ | Positive |
| 2H21 | HARP | HPN217 | Present updated data at a medical meeting | ++ | Positive |
| 2H21 | IGMS | IGM-8444 | Initial Phase 1 data in solid tumors | ++ | |
| 2H21 | IOVA | Lifileucel | Meet with FDA to discuss potency assay | +++ | |
| 2H21 | JNCE | JTX-8064 | Establish recommended Phase 2 dose in solid tumors | ++ | |
| 2H21 | MRSN | UpRi/XMT-1592 | Interim data in lung cancer, update on development path | +++ | |
| 2H21 | ORIC | ORIC-101 | Phase 1b data for ORIC-101 plus enzalutamide in prostate | +++ | Positive |
| 2H21 | SIOX | AXO-AAV-GM1 | 12-month data from low-dose cohort | + | |
| 2H21 | IDYA | Darovasertib (IDE196) | Regulatory guidance for monotherapy | + | |
| 2H21 | NTLA | NTLA-2001 | Additional data from Phase 1 study | ++ | |
| 2H21 | VIR | Sotrovimab | Topline results from Phase 2 COMET-PEAK (testing IM administration) | + | |
| 2H21 | VIR | Sotrovimab | Topline results from Phase 3 COMET-TAIL (testing IM administration) | + | |
| 2H21 | VIR | VIR-1111 | Topline data from Phase 1 | + | |
| 2H21 | VIR | VIR-7832 | Topline data from Phase 1b/2a trial | + | |
| 2H21 | VIR | VIR-3434 | Additional Phase 1 clinical data | + | |
| 2H21 | VIR | VIR-2218 + PEG-IFN-alpha | Additional Phase 2 clinical data | + | |
| September 28 - October 2 | EDIT | EDIT-101 | Present initial clinical data from first two cohorts in LCA10 | ++ | |
| 2021 | AVEO | Ficlatuzumab | Go/no-go decision on Phase 3 study | ++ | Go-forward |
| 2021 | SRPT | N/A | Meet with FDA to discuss pivotal studies in DMD and LGMD | + | |
| 2021 | FIXX | HMI-102 | Additional placebo-controlled data | ++ | |
| 2021 | IGMS | IGM-2323 | Determine recommended Phase 2 dose and share additional data | ++ | |
| 2021 | CLLS | ALLO-501A | Initiation of a pivotal study by Allogene | ++ | |
| 2021 | RETA | Bardoxolone | Bardoxolone regulatory review | +++ | Positive |
| 2021 | VRTX | VX-147 | Initial data in APOL1-mediated CKD | + | |
| YE21 | ARCT | ARCT-021 | Data and potential emergency use authorization for COVID-19 | +++ | |
| YE21 | KPTI | Selinexor | Top-line data from SIENDO study in endometrial cancer | ++ | |
| YE21 | NRIX | NX-2127 | Initial dose escalation data in B cell malignancies | +++ | |
| YE21 | RARE | GTX-102 | Updated Phase 1/2 data in some patients with Angelman syndrome | ++ | |
| 4Q21/Early 1Q22 | TBPH | Izencitinib | Data from DIONE study in Crohn's disease | +++ | |
| 4Q21/1Q22 | LPTX | DKN-01 | Initial phase 1b DKN-01 + docetaxel in prostate cancer data | ++ | |
| Late 4Q21/1Q22 | GNCA | GEN-011 | Initial data from neoantigen cell therapy GEN-011 | +++ | |

*Source: Company Reports, Baird Research*

## Weekly Equity Offerings

Since our most recently published weekly report on July 30, FactSet reported one IPO that raised $7M, and no follow-ons

**Figure 2: Biotech Equity Offerings Since our Last Report**

| Company Name | Ticker | Offer Type | Offer Date | Gross Proceeds* ($M) | Total Shares* (M) | Return from Offering |
|---|---|---|---|---|---|---|
| American BriVision | ABVC | IPO | 8/3/2021 | $6.9 | 1.1 | -49% |

*Source: FactSet, Baird Research; Data are pulled for biotechnology and pharmaceutical companies listed in US exchanges as reported by FactSet; Returns are calculated as of market close on Thursday.*

## Relative Year-To-Month U.S. Biotech/Pharma Offering Activity

As of the end of July 2021, FactSet has reported 79 IPOs, 93% more than as of July 2020, and there have been 4% less follow-on deals (Figure 3). The total amount raised was up 17% from IPOs and down 41% from follow-on deals through the end of the same period in 2020 (Figure 4). On average through July, IPOs raised 39% less per deal and follow-on offerings raised 38% less per deal than the same period last year (Figure 5).

**Figure 3: Cumulative Number of Deals as of the End of July (2011-2021)**




*Source: FactSet, Baird Research*

**Figure 4: Cumulative Amount Raised as of the End of July (2011-2021)**




*Source: FactSet, Baird Research*

**Figure 5: Raise/Deal as of the End of July (2011-2021)**




*Source: FactSet, Baird Research*

**Figure 6: Biotech/Pharma Equity Offerings 2011-2020 vs YTD 2021 (as of August 6, 2021)**

| Total Deal Recap | # of Deals | Amount Raised ($M) | Raise/Deal ($M) |
|---|---|---|---|
| 2011 | 54 | $4,179 | $77 |
| 2012 | 100 | $7,171 | $72 |
| 2013 | 161 | $16,210 | $101 |
| 2014 | 205 | $19,092 | $93 |
| 2015 | 252 | $39,349 | $156 |
| 2016 | 163 | $17,690 | $109 |
| 2017 | 236 | $24,109 | $102 |
| 2018 | 291 | $30,796 | $106 |
| 2019 | 278 | $29,700 | $107 |
| 2020 | 375 | $62,921 | $168 |
| 2021 | 243 | $30,004 | $123 |

| IPO Recap | # of Deals | Amount Raised ($M) | Raise/Deal ($M) |
|---|---|---|---|
| 2011 | 1 | $139 | $139 |
| 2012 | 9 | $636 | $71 |
| 2013 | 48 | $6,266 | $131 |
| 2014 | 83 | $7,216 | $87 |
| 2015 | 61 | $5,557 | $91 |
| 2016 | 34 | $3,015 | $89 |
| 2017 | 40 | $3,826 | $96 |
| 2018 | 70 | $7,289 | $104 |
| 2019 | 54 | $6,901 | $128 |
| 2020 | 94 | $17,047 | $181 |
| 2021 | 80 | $11,618 | $145 |

| Follow-On Recap | # of Deals | Amount Raised ($M) | Raise/Deal ($M) |
|---|---|---|---|
| 2011 | 53 | $4,040 | $76 |
| 2012 | 91 | $6,535 | $72 |
| 2013 | 113 | $9,944 | $88 |
| 2014 | 122 | $11,876 | $97 |
| 2015 | 191 | $33,793 | $177 |
| 2016 | 129 | $14,676 | $114 |
| 2017 | 196 | $20,283 | $103 |
| 2018 | 221 | $23,507 | $106 |
| 2019 | 224 | $22,799 | $102 |
| 2020 | 281 | $45,874 | $163 |
| 2021 | 163 | $18,386 | $113 |

*Source: FactSet, Baird Research. Due to variability in sector categorization in FactSet, the 2020 deal count numbers from this week may not tie directly to last week*

## Biotech Risks

Biotech companies face a number of different risks that may limit future sales projections including: 1) clinical trials may fail, 2) regulatory agencies may not approve their drugs, 3) the commercial opportunity or the pricing potential may be weaker than anticipated, and 4) competition may be high. Additionally, some companies without adequate cash flow may need to raise additional capital, diluting shareholders' future earnings.

# Valuation & Risks

## Albireo Pharma, Inc. (ALBO)

**Valuation**

Our target price is derived by a combination of valuation methodologies, all using our standard 10% WACC for development-stage biotechs. Using an average of the DCF (LT growth 3%, Terminal Haircut 75%), projected EPS multiple (16x), and SOP valuations, we arrive at a $72 price target.

**Risks**

Risks include clinical, regulatory, and commercial risk.

## Amgen Inc. (AMGN)

**Valuation**

Since AMGN is a more mature company, we use a DCF for 2020 through 2030 with an 8% WACC, 3% terminal growth rate, and 30% haircut to terminal cash flow, to arrive at our target price of $185 per share.

**Risks**

Key risks for AMGN include outperformance of the established franchises, new brands such as Repatha and Aimovig gaining commercial traction, and pipeline successes.

## Apellis Pharmaceuticals, Inc. (APLS)

**Valuation**

Our $80 price target is derived using a sum-of-the-parts NPV analysis, which includes risk-adjusted revenues for pegcetacoplan in PNH (100% probability of success) and geographic atrophy (35% POS) plus net cash. We apply an 8% WACC, which we believe is reflective of the risk of nearing clinical-stage biotechs.

**Risks**

Risks include clinical, regulatory, manufacturing, commercial, financing, and market volatility risks.

## Arcturus Therapeutics Holdings Inc. (ARCT)

**Valuation**

Our ARCT $31 price target is based on a sum-of-the-parts (SOTP) valuation, including applying a multiple to risk-adjusted peak sales for its lead asset, ARCT-810. We attribute $18 to ARCT-810 (25% probability of success, 3x sales multiple, and a 7% discount rate) and $13 for ~FY1 cash.

**Risks**

As an early-stage clinical biotech, risks for upside or downside include clinical, regulatory, commercialization, financing, and market volatility risks.

## Arrowhead Pharmaceuticals (ARWR)

**Valuation**

Our $79 price target is based on a sum-of-the-parts valuation, including a sales multiple on peak risk-adjusted sales and a 7% WACC. This includes attributing $11/share to ARO-APOC3 and $10/share to ARO-ANG3.

**Risks**

ARWR is an early-stage pharmaceutical company that faces positive/negative clinical, regulatory, commercialization, and financing risks.

## Assembly Biosciences, Inc. (ASMB)

**Valuation**

Our target price of $15 is derived using a sum of parts analysis in which we assign a potential HBV cure regimen $10.88/share and cash $4.28/share.

**Risks**

Risks include clinical, third-party, regulatory, and commercial risk.

## AVEO Pharmaceuticals, Inc. (AVEO)

**Valuation**

Our $24 price target is derived using a sum-of-the-parts NPV, including sales for Fotivda in r/r RCC in the US and net cash. We conservatively do not include terminal value, and we apply a 10% WACC, reflective of the risk of early commercial-stage biotech companies.

**Risks**

Risks include clinical trial failure, regulatory failure, competitive pressure, financing overhangs, and market volatility.

## Cellectis S.A. (CLLS)

**Valuation**

Our $39 price target is an average of three valuation methods: DCF (discount factor of 10% with a 50% haircut to terminal value), EPS multiple (industry standard 14x multiple), sum-of-the-parts (we value UCART22, UCARTCS1, UCART123 and Cellectis' potential royalties from ALLO-501A and ALLO-715).

**Risks**

Risks include clinical trial failure/success, regulatory failure/success, competitive pressure/failure, and financing overhangs/partnership cash.

## Editas Medicine Inc. (EDIT)

**Valuation**

Our $44 price target is based on a sum-of-the-parts valuation, including applying a sales multiple on risk-adjusted peak sales and a standard 7% WACC. We attribute $23 to EDIT-101, $10 to EDIT-301, $4 to platform and $7 to ~FY1 cash.

**Risks**

Risks include clinical, regulatory, and commercial risks. Potential catalysts that could drive the stock higher include positive data from the ongoing study of EDIT-101, and progress with respect to initiating studies of EDIT-301.

## Eiger BioPharmaceuticals Inc (EIGR)

**Valuation**

Using a combination of three valuation methods, including DCF analysis (LT Growth 3%, Terminal Haircut 75%), sum of parts analysis (Lonafarnib, Lambda, Cash), and discounted EPS multiples through 2035 (16x), we reach our $29 price target. We note these models are highly sensitive to probabilities of success.

**Risks**

Risks include potential clinical trial failure for the HDV programs and avexitide in PBH, regulatory failure for lonafarnib in progeria, and potential competition across the firm's pipeline.

## Enanta Pharmaceuticals, Inc. (ENTA)

**Valuation**

Our price target of $71 is based on a sum-of-parts analysis looking at the discounted cash flow analysis on expected Mavyret sales assuming an 8% WACC, our valuation for the pipeline, using a discounted revenue multiple on 2030 sales, and the company's cash.

**Risks**

Risks include clinical, third-party, regulatory, and commercial risk.

## Genocea Biosciences, Inc. (GNCA)

**Valuation**

We derive our $8 price target by using a sum-of-the-parts NPV, including GEN-009 sales in multiple tumor types risk-adjusted by 20%, and we apply a development-stage biotech-standard 10% discount rate.

**Risks**

Key risks for GNCA include clinical risk, regulatory risk, commercial risk, and financing risk.

## Jounce Therapeutics, Inc. (JNCE)

**Valuation**

Our $15 price target is based on a sum-of-the-parts NPV analysis, including risk-adjusted (25% probability of success) for JTX-8064 in two indications, as well as modest pipeline value and net cash. We apply a 10% WACC, reflective of risk for clinical-stage biotechs.

**Risks**

Pipeline candidates may fail to demonstrate efficacy/safety in clinical studies and may not be approved. Jounce may not get a meaningful share of the competitive immuno-oncology market and may have to raise additional capital.

## Karyopharm Therapeutics, Inc. (KPTI)

**Valuation**

Our price target of $17 is based on a sum-of-the-parts NPV analysis, including Xpovio sales in multiple myeloma and DLBCL out to 2030. We apply a biotech industry-standard 8% discount rate.

**Risks**

Risks include clinical trial failure, an inability to gain regulatory approval, commercial challenges, and potential dilution of shareholder interests from financing.

## Mirum Pharmaceuticals, Inc. (MIRM)

### Valuation

Our target price is derived by a combination of valuation methodologies, all using our standard 10% WACC for development-stage biotechs. Using an average of the DCF (75% terminal haircut, 3% LT growth), projected EPS multiple (16x), and SOP valuations, we arrive at a $30 price target.

### Risks

Risks include clinical, regulatory, and commercial risk.

## Marinus Pharmaceuticals, Inc. (MRNS)

### Valuation

Price target of $32 is based on the average of our full-company DCF, a sum-of-the-parts analysis, and a full-company EPS multiple (14x). For our DCF analysis we assume a discount factor of 10%, 50% haircut to terminal value, and long-term growth rate of 3%.

### Risks

Risks include clinical, third-party, regulatory, and commercial risk.

## Neurocrine Biosciences, Inc. (NBIX)

### Valuation

Our $117 price target is based on a DCF analysis that analyzes cash flows out to 2030 and assumes a 8% WACC, 75% terminal value haircut, and 3% long-term growth rate.

### Risks

Risks include clinical, third-party, regulatory, and commercial risk.

## Intellia Therapeutics, Inc. (NTLA)

### Valuation

Our target price of $146 on NTLA shares is derived by a combination of valuation methodologies: based on average of DCF (25% terminal hairut, 3% LT growth), projected EPS multiple (16x), and sum-of-the-parts valuations. For all these methodologies we use our standard 10% WACC for development-stage biotechs.

### Risks

Intellia is an early stage pharmaceutical company that faces positive/negative clinical efficacy, regulatory, financing, and patent risks, all of which may affect commercialization and profit.

## Regeneron Pharmaceuticals (REGN)

### Valuation

Our $570 price target is derived by a DCF which uses a 8% WACC, 3% terminal growth rate, and 25% haircut to terminal value.

### Risks

Risks to our Outperform rating include potential for competitive risks to Eylea to not materialize or be worse than expected, and potential for Dupixent and Praluent sales to exceed/underperform expectations.

## Reata Pharmaceuticals, Inc. (RETA)

**Valuation**

Our $212 price target is derived from an average of our full company DCF, a sum-of-the-parts analysis, and a full company EPS multiple (12x). Our DCF analysis discounts the full company's P&L with a 10% WACC, a 3% terminal growth rate, and a 90% haircut to terminal value.

**Risks**

Risks include clinical, third-party, regulatory, and commercial risk.

## Syndax Pharmaceuticals, Inc. (SNDX)

**Valuation**

Our $31 price target is based on a sum-of-the-parts valuation, applying a 3x sales multiple to risk-adjusted peak sales, discounted by a 7% WACC. We attribute $23 for SNDX-5613 in NPM1c and MLLr leukemias, $4 for axatilimab in cGVHD, and $4 in ~FY1 cash.

**Risks**

Risks include clinical trial failure, regulatory failure, competitive pressure, financing overhangs, and market volatility.

## Sarepta Therapeutics (SRPT)

**Valuation**

Our price target of $110 is based on a combination of risk-adjusted valuation models including discounted cash flows, sum of the parts, and EPS multiples (10-25x) based on revenue potential from its DMD and gene therapy franchises. We discount cash flows at 10%.

**Risks**

SRPT valuation is driven by the potential for its gene therapy candidates, and to a lesser extent by its commercial PMO portfolio. If its gene therapy programs became impaired shares could see meaningful declines.

## Surface Oncology, Inc. (SURF)

**Valuation**

Our $14 price target is derived through a sum-of-the-parts NPV analysis, including risk-adjusted (20%) sales for SRF617 in pancreatic, gastric, and prostate cancers and SRF388 in RCC and HCC plus net cash. We apply a 10% WACC that is appropriate for clinical-stage biotech companies.

**Risks**

Surface’s clinical trials may not be successful (clinical risk), its drugs might not get approved (regulatory risk), the launches may not be successful (commercial risk), and they may have to raise capital (financing risk).

## Vir Biotechnology, Inc. (VIR)

**Valuation**

Our $45 price target is based on a sum-of-the-parts valuation, including applying a sales multiple on risk-adjusted peak sales and a standard 7% WACC. We attribute $14 to VIR-7831, $17 to VIR-2218, $2 to VIR-3434, $8 to the rest of the pipeline, and $4 to ~FY1 cash.

**Risks**

Risks include potential clinical trial success for firm's various clinical programs in COVID-19, HBV and other infectious diseases, failure of potential competition across the firm's pipeline, and non-dilutive financing arrangements.

## Ultragenyx Pharmaceutical, Inc. (RARE)

**Valuation**

Our $109 price target is based on a sum-of-the-parts valuation, including applying a sales multiple on risk-adjusted peak sales and a standard 7% WACC. We attribute $27 to DTX301, $25 to Crysvita, $23 to DTX401, $18 to Dojolvi, $7 to additional assets/partnership, and $9 to FY1 cash.

**Risks**

Risks include clinical trial failures, an inability to gain regulatory approvals, and commercial challenges.

## Biogen (BIIB)

**Valuation**

We arrive at our $382 target price using a DCF based on our P&L projections out to 2030 with a 60% haircut to terminal value, a 3% terminal growth rate, and an 8% WACC based on the CAPM.

**Risks**

Key risks for BIIB include regulatory and commercial risk surrounding the uptake of Aduhelm, as well as clinical risk with regard to Biogen's pipeline assets.

## Arbutus Biopharma Corporation (ABUS)

**Valuation**

Our target price of $4 on ABUS shares is derived by a combination of valuation methodologies: based on average of DCF (75% terminal haircut, 3% LT growth), projected EPS multiple of 14, and sum-of-the-parts valuations. For all these methodologies, we use our standard 10% WACC for development-stage biotechs.

**Risks**

Arbutus is an early stage pharmaceutical company that faces clinical efficacy, regulatory, financing, and patent risks, all of which may affect commercialization and profit.

# Appendix - Important Disclosures and Analyst Certification

Approved on 06 August 2021 16:35EDT/ Published on 06 August 2021 16:40EDT.

**Covered Companies Mentioned**

All stock prices below are the 8/5/2021 closing price.

AVEO Pharmaceuticals, Inc. (AVEO - $5.50 - Outperform)
Albireo Pharma, Inc. (ALBO - $30.02 - Outperform)
Amgen Inc. (AMGN - $233.99 - Underperform)
Apellis Pharmaceuticals, Inc. (APLS - $64.62 - Outperform)
Arbutus Biopharma Corporation (ABUS - $3.04 - Neutral)
Arcturus Therapeutics Holdings Inc. (ARCT - $53.93 - Neutral)
Arrowhead Pharmaceuticals (ARWR - $68.05 - Neutral)
Assembly Biosciences, Inc. (ASMB - $3.65 - Outperform)
Biogen (BIIB - $336.59 - Neutral)
Cellectis S.A. (CLLS - $14.09 - Outperform)
Editas Medicine Inc. (EDIT - $54.51 - Outperform)
Eiger BioPharmaceuticals Inc (EIGR - $8.23 - Outperform)
Enanta Pharmaceuticals, Inc. (ENTA - $46.25 - Outperform)
Genocea Biosciences, Inc. (GNCA - $2.00 - Outperform)
Intellia Therapeutics, Inc. (NTLA - $165.16 - Neutral)
Jounce Therapeutics, Inc. (JNCE - $5.20 - Outperform)
Karyopharm Therapeutics, Inc. (KPTI - $5.93 - Outperform)
Marinus Pharmaceuticals, Inc. (MRNS - $13.27 - Outperform)
Mirum Pharmaceuticals, Inc. (MIRM - $14.54 - Outperform)
Neurocrine Biosciences, Inc. (NBIX - $92.69 - Outperform)
Reata Pharmaceuticals, Inc. (RETA - $129.56 - Outperform)
Regeneron Pharmaceuticals (REGN - $602.47 - Neutral)
Sarepta Therapeutics (SRPT - $78.54 - Outperform)
Surface Oncology, Inc. (SURF - $5.61 - Outperform)
Syndax Pharmaceuticals, Inc. (SNDX - $14.20 - Outperform)
Ultragenyx Pharmaceutical, Inc. (RARE - $90.31 - Neutral)
Vir Biotechnology, Inc. (VIR - $37.71 - Neutral)
(See recent research reports for more information)

**Appendix – Important Disclosures and Analyst Certification**

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of July 30, 2021, Baird U.S. Equity Research covered 737 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 17% of Outperform/Buy-rated and 5% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our

standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK.

For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research

analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2021 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question    Click here to unsubscribe