*Exhibit 58*

*Morgan Stanley, "Key Catalyst for 2H21 and into Early 2022," September 7, 2021*

Case 1:22-cv-10200-WGY Document 88-58 Filed 06/21/24 Page 2 of 31

Morgan Stanley | RESEARCH

UPDATE

September 7, 2021 04:04 AM GMT

## BioPharma | North America

# Key Catalysts for 2H21 and into Early 2022

### Views on key catalysts: ABBV, ADAG, ADGI, AVIR, ALEC, ALLK, ALVR, AMGN, ARGX, ASND, AXSM, BIIB, BMRN, BOLT, CABA, CNTA, EDIT, EVLO, FRLN, FULC, GBT, GILD, GMAB, IGMS, IMRA, INCY, INSM, IONS, KOD, KPTI, LEGN, LLY, MGNX, MRK, MRNA, MRTX, PFE, RGNX, RUBY, SAGE, SGEN, SGTX, SNDX, SRPT, TSHA, VACC, VRTX

**2H21 is catalyst rich:** We see a significant number of major stock moving events for 2H and into early 2022. The catalyst span both Large and SMID names. We summarize key catalysts with an event description, anticipated timing, and potential stock movement in the table below. See inside for key details on each event.

**Exhibit 1:** Key Catalysts Anticipated by YE21.

| Company | Drug | Therapeutic Area | Catalyst | Timing | Potential move |
|---|---|---|---|---|---|
| AbbVie | Rinvoq | AD, PsA, AS | FDA regulatory decision | Sept/Oct | +6-8%/+0-2%/-5% |
| Adagene | ADG106 (41BB) | Oncology | Ph 1b combination therapy readout and Phase 2 biomarker driven cohort readout | 2H | +10-15% / -15-20%+ |
| Adagene | ADG116 (CTLA4) | Oncology | Phase 1 safety and efficacy readout | 2H | +30%+ / -20%+ |
| Adagene | ADG126 (CTLA4) | Oncology | Phase 1 safety and efficacy readout | 2H | +30%+ / -20%+ |
| Adagio/Atea | ADG20 | COVID | Phase 2/3 readouts from oral antivirals – Pfizer, Merck/Ridgeback, Atea | 2H | -20%+ / +10%+ |
| Alector | AL003 | Alzheimer's | Phase 1b readout | 2H | +10-20% / -5-10% |
| Allakos | Lirentelimab | EG/EOD | Ph 3 ENIGMA-2 data | 4Q21 | +40-50%/-80-90% |
| AlloVir | ALVR105 | Multi virus prevention | PhII POC Data | 4Q21 | +30-40% / -15-25% |
| AlloVir | ALVR105 | BK viremia | PhII POC Data | 4Q21 | +5-10% / -10-15% |
| Amgen/Mirati | Lumakras | NSCLC | PhI/II updated NSCLC data | Sept/Oct | AMGN: -2% to -4% / +2-4% / +3-7%<br>MRTI: +0-10% / -9-14% / -15-20% |
| Argenx | Efgartigimod | gMG | PDUFA | 17-Dec | +3-5% / -20%+ |
| Ascendis | TransCon CNP | Achondroplasia | Phase 2 proof-of-concept data | 4Q21 | +10-20/-20-30% |
| Ascendis | TransCon PTH | Hypoparathyroidism | 84-week Phase 2 open-label extension data | 4Q21 | +10%/-20% |
| Atea | AT-527 | COVID | Ph II / Ph III readouts | 2H | +30-50%+ / +20-40%+ / -50%+ |
| Atea | AT-527 | COVID | Competitor Pfizer / Merck readouts | 2H | 20-50%+ |
| Axsome | AXS-05 | MDD | Regulatory decision | 2H21 (Potential) | +50% - 100% / -25-50% |
| Biogen | Aduhelm | Alzheimer's | NCD payor coverage analysis | Jan '22 | +10-20% / +10% / -20-30% |
| Biogen | Tecfidera | MS | Appeal decision outcome | 3Q21 | +8-10% / -2-5% |
| Biomarin | Voxzogo | Achondroplasia | PDUFA | 20-Nov | +5-10% / -10-20% |
| Bolt | BDC-1001 | Solid tumors | Ph1 dose escalation data | SABCS/late 2021 | +10-30% / -10-20% |
| Cabaletta | DSG3-CAART | mPV | Biologic Activity/ Safety Data | 4Q21 | +30-40%/-20-30% |
| Centessa | Apcintex | Hemophilia | PhIIa data | 3Q21 | +15-25%+ / -10-20% |
| Centessa | ZF874 | AATD | PhI data | 4Q21 | +20-30%+ / -20-30%+ |
| Centessa | lixivaptan | ADPKD | Safety data from ALERT | 4Q21 | +5-10%+ / -10-20%+ |
| Editas | EDIT-101 | LCA10 | PhI data | Sept/Oct | +20-30%+ / -20-50%+ |
| Eli Lilly | Donanemab | Alzheimer's | FDA filling acceptance | Dec '21 / Jan '22 | +5-8% / -10-15% |
| Eli Lilly | Zagotenemab | Alzheimer's | Phase 2 data | 2H21 | +7-10% / ~0% |
| Evelo | EDP1815 | Psoriasis | PhII data | 3Q21 | +50%-75%+ / -25%-50%+ |
| Freeline | FLT190 | Fabry | Progress dose escalation in Part I of Phase 1/2 dose-finding clinical trial and share data | 2H | +200-300%/-25-50% |
| Fulcrum | Losmapimod | FSHD | Regulatory update on clin dev | 2H21 | +100%+ / -5%+ |
| Genmab | Gen1042 (DuoBody-CD40x4-1BB) | Solid tumors | Data update | SITC | +3-5% / -2-3% |
| Genmab | Gen1046 (DuoBody-PD-L1x4-1BB) | Solid tumors | Data update | SITC | +5% / -10-15% |
| Genmab | Darzalex | Multiple Myeloma | Arbitration with J&J | 2H21 | +2-3% / -10% |
| Gilead | Magrolimab | MDS | Phase 1b data and early submission | 2H21 | +5-8% / +3-5% / -3-5% |
| Gilead | Trodelvy | Breast cancer | Phase 3 data | 2H21 | +10-20% / -5-15% |
| Global Blood Therapeutics | GBT-601 | SCD | PhI | 4Q21 (ASH conf) | +15-30% / -0-10% |
| IGM Biosciences | IGM-2323 | BCL | Updated Ph 1 data | 2H21 | +30-50%/-70% |
| IGM Biosciences | IGM-8444 | Solid/Liquid Tumors | Initial Ph1 data | 2H21 | +5-10% |
| Imara | IMR-687 | SCD | PhIIb data | 2H21 | +up to 500-1000%+ / -30-50%+ |
| Incyte | Ruxolitinib Cream | Atopic Dermatitis | PDUFA | 9/21/2021 | +5%+ / - <5% |
| Insmed | TPIP | PAH | PIIa data in PAH | 2H21 | +5-15% / -5-10% |
| Ionis | Tofersen | SOD1-ALS | Phase 3 data | 2H21 | +/-10% |
| Ionis | Vupanorsen | Dyslipidemia | Phase 2 data | 2H21 | +/-5% |
| Ionis | GHR-LRx | Acromegaly | Phase 2 data | 2H21 | +10-15%/-5-10% |
| Karyopharm | Xpovio | Endometrial Cancer | Topline Phase 3 data | 2H21 | +15-20%/-5-10% |
| Kodiak | KSI-301 | AMD, DME | DAZZLE wAMD pivotal data | early 2021 | +10-20% / -50% |
| Legend | Cilta-cel | Multiple myeloma | PDUFA | 29-Nov | +5-10% / -50%+ |
| MacroGenics | Margenza | Gastric Cancer | Interim Phase 2/3 combo therapy data | 3Q21 | +10%/-5% |
| MacroGenics | MGC018 | Solid tumors | Incremental Phase 1 data | 3Q21 | +/-10% |
| Merck | molnupiravir | COVID antiviral | Phase 3 data | Sept/Oct | +5-8%/<-2% |
| Moderna | mRNA-3927 | PA | PhI initial data | late 2021 / 1H22 | +10%+ / -10-20%+ |
| Moderna | AZD8601 | CABG | PhII data | 2H21? | +5% / -3-5%+ |
| Pfizer | PF-06882961 (oral GLP-1) | Diabetes | Phase 2 data | 3Q21 | +2-4% / <-2% |
| REGENXBIO | RGX-314 | wet AMD (Suprachoroidal) | PhII data (Cohort 1) | 10/1/2021 | + 10%-20% / -5%-10% |
| Rubius | RTX-240 | Solid tumors | Expansion cohorts for solid tumors | YE21 / 1Q22 | +10-20% / -20-30% |
| Rubius | RTX-240 | AML | Initial AML data | YE21 / 1Q22 | +10%+ / - <10% |
| Sage | Zuranolone | MDD | PhIII data | Late 2021 | +/- 10%-30% |
| Sarepta | SRP-9001 | DMD | 1- and 2-year functional data from Study-102 | 1Q22 | <+25%+/ - 15-20% |
| Seagen | Abritration with Diachii | n/a | arbitration | Near-term | +7-15% / -0-5% |
| Sigilon | SIG-001 | hemophilia A | Up to 9-month follow-up Phase 1/2 data (3 patients) and completion of the clinical hold investigation | 2H | +100%+ / -50%+ |
| Syndax | SNDX-5613 | ALL/AML | Phase 1 acute leukemia data stratified by subtype and dose | 4Q21 | +/-20% |
| Taysha | TSHA-120 | GAN | Ph I/II data (high dose cohort) | 2H21 | +5-10% / -10-15% |
| Taysha | TSHA-101 | GM2 gangliosidosis | Ph I/II Data (safety & biomarker) | 2H21 | +10-15% / -10-15% |
| Vaccitech | VTP-300 | Chronic HBV Infection | PhI data | 4Q21 | +/- 10%-20% |
| Vertex | VX-147 | FSGS | PhII data | 2H21 | +5-10%+ / -2-4% |
| Vertex/AbbVie | CF combo by Abbvie | CF | Read through from competitive PhII data | 4Q21/1Q22 | VRTX: +5-10% / -0-40%+<br>ABBV: +6-8% / ~0% |

Source: Morgan Stanley Research.

MORGAN STANLEY & CO. LLC

Matthew Harrison
EQUITY ANALYST
Matthew.Harrison@morganstanley.com +1 212 761-8055

David N Lebowitz, CFA, MPH
EQUITY ANALYST
David.Lebowitz@morganstanley.com +1 212 761-0324

Jeffrey Hung
EQUITY ANALYST
Jeff.Hung@morganstanley.com +1 212 761-3209

Vikram Purohit
EQUITY ANALYST
Vikram.Purohit@morganstanley.com +1 212 761-3804

Kostas Biliouris, Ph.D.
RESEARCH ASSOCIATE
Kostas.Biliouris@morganstanley.com +1 +1-212-761-1648

Charlie Yang, Ph.D.
RESEARCH ASSOCIATE
Charlie.Yang@morganstanley.com +1 212 761-7068

Thomas Chiu, M.D.
RESEARCH ASSOCIATE
Thomas.Chiu@morganstanley.com +1 212 761-3688

Avatar Jones
RESEARCH ASSOCIATE
Avatar.Jones@morganstanley.com +1 212 761-4838

Melina J Santoro
RESEARCH ASSOCIATE
Melina.Santoro@morganstanley.com +1 212 761-1639

**Biotechnology**

**North America**
**IndustryView** **In-Line**

**Major Pharmaceuticals**

**North America**
**IndustryView** **Attractive**

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

# Key Catalysts

**AbbVie**

- **Final JAK labels for RA and FDA's decision on Rinvoq supplemental indications, focusing on atopic dermatitis (AD) approval (Sept/Oct)**. ABBV shares traded down ~7% following FDA's decision on additional warnings to JAK labels and restrict use to certain patients post-TNF setting. We believe negative outcome is now priced in and see two paths to upside: **1) A more limited post-TNF restriction** give it's unclear the extent of restriction in RA based on the FDA's communication at this time, which suggests that it remains an upside possibility that the post-TNF restriction may only apply to a certain more limited group of patients as opposed to a blanket restriction. **2) Better-than-expected AD approval**. we believe investors have now priced in a label which, if approved, would be post Dupixent. As such, a better-than-expected approval (high dose and/or not restricted to post-Dupi) provides an upside optionality. On final label update, we see ABBV up 2-4% post-TNF use is only limits to higher-risk RA patients and trade flat on post-TNF use for all RA patients. On AD approval, we see ABBV up 6-8% without post-Dupixent restriction and flat to +2% with post-Dupixent restriction. If a less likely scenario of AD filing rejection, we see ABBV down ~5%.

**Adagene**

- **ADG106 (41BB) Phase Ib combination therapy readout and Phase 2 biomarker driven cohort readout in 2H**: ADG106 is an anti-CD137 / 4-1BB NEObody candidate targeting a unique conserved epitope. NEObody is a technology that aids in designing species cross-reactive antibodies targeting the conserved epitopes of divergent antigens. ADG106 is being evaluated as monotherapy and in combination with anti-PD-1, anti-VEGF, or anti-CD20 in advanced solid tumors and relapsed/refractory non-Hodgkin lymphoma. Further data which supports the biomarkers strategy could drive ADAG up 10-15%+ while disappointing safety or additional efficacy data could drive ADAG down 15-20%+.

- **ADG116 (CTLA4 ) Phase I safety and efficacy readout in 2H**: ADG116 is a fully human anti-CTLA-4 NEObody. Its dynamic engagement on a unique epitope of CTLA-4 triggers a novel MOA by softer ligand blocking and stronger regulatory T-cell depletion via strong ADCC. It is currently in a Phase I solid tumor trial. Clear efficacy with an improved safety profile versus existing CTLA-4s could drive ADAG up 30%+. Disappointing data could drive ADAG down 20%+.

- **ADG126 (CTLA4) Phase I safety and efficacy readout in 2H**: ADG126 a fully human anti-CTLA-4 SAFEbody designed to address the safety concerns associated with existing CTLA-4 therapies. SAFEbody technology enables the design of antibodies that selectively activate in the tumor microenvironment to improve safety and tolerability while maintaining efficacy. ADG126 is currently in Phase I. Clear efficacy with an improved safety profile versus existing CTLA-4s could drive ADAG up 30%+. Disappointing data could drive ADAG down 20%+.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

**Adagio**

- **ADG20 competitor readout implications**: Adagio is developing ADG20 for the treatment and prophylaxis of COVID-19. ADG20 is a potentially best-in-class antibody that is administered as an intramuscular injection. The oral antivirals currently in development from Pfizer, Merck, and Atea add some uncertainty to ADG20's commercial outlook. We assume that at least one of the oral drug succeed, but the competitive profile versus ADG20 is TBD and the drugs may ultimately target different patient segments. Assuming a competitive profile the oral antivirals could compete with ADG20 directly in the treatment space and indirectly in the prophylaxis space. We would expect ADGI down 20%+ if orals have a similar profile to antibodies and up slightly if orals have a worse profile compared to antibodies. If orals fail, ADGI could be up 10%+.

**Alector / AbbVie**

- **AL003 Phase Ib Alzheimer's readout in 2H**: AL003 is a monoclonal antibody that blocks SIGLEC 3, which is an inhibitory receptor expressed on microglia. Mutations of SIGLEC 3 is associated with risk of Alzheimer's disease. Blocking SIGLEC 3 would theoretically allow the immune system (microglia) to function at full capacity (similar to a PD-1 inhibitor). Alector successfully completed Phase !a in 42 healthy volunteers that demonstrated target engagement with a blood-based biomarker. Phase Ib (INTERCEPT trial) will assess multiple doses in 12 patients with mild to moderate Alzheimer's disease. Primary endpoints are safety and tolerability and the secondary endpoints are pharmacokinetics (PK), pharmacodynamics (PD), target engagement and target-specific biomarker changes related to AL003 in plasma and in cerebrospinal fluid (CSF). POC could drive ALEC up 10-20% while lack of an effect could drive ALEC down 5-10%.

**Allakos**

- **PhIII ENIGMA 2 data for Lirentelimab in EG/EOD (4Q21)**: Lirentelimab is an antibody that targets Siglec-8 (depletes eosinophils and inhibits mast cells) being developed for inflammatory diseases and the lead indication is eosinophilic gastrointestinal diseases (EGID: EG/EOD/EOE). In a randomized PhII trial, lirentelimab demonstrated statistically significant improvements in both histology (eosinophil % change: -95% vs +10% placebo; p<0.0001) and symptoms (TSS-8 % change: -53% vs. -24% placebo; p=0.0012). Data from the **randomized, double-blind, placebo-controlled PhIII ENIGMA 2 study are expected in 4Q21**. Based on recommendation by the FDA, the PhIII study includes a novel co-primary endpoint consisting of a histological response (proportion of responders: Stomach ≤4 eos/hpf in 5 hpfs and or Duodenum ≤15 eos/hpf in 3 hpfs) combined with a symptom score (absolute change in TSS-6), which introduces a modest level of clinical risk, in our view. A review of the data and notable changes in PhIII can be found in our recent initiation note here. We expect ALLK to be up +40-50% if the co-primary endpoint is met with statistical significance and down 80-90% if lirentelimab fails to meet the co-primary endpoint.

**AlloVir**

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

- **PhII POC ALVR105 data in Multi-virus prevention (4Q21)**: Allovir is currently evaluating its lead virus specific T cell (VST) candidate, ALVR-105 (or Viralym-M), in a PhII proof-of-concept (POC) study for multi-virus prevention in pediatric and adult patients following allo-HSCT. Recall, Viralym-M is a multi-targeted VST targeting six common viruses: BKV, CMV, AdV, EBV, HHV-6, and JCV; and is in development for the treatment and prevention of viral infections that arise in patients post-stem cell or organ transplant. **We expect mgt. to present initial data from the open-label portion of the PhII prevention study in 4Q21**. As a reminder, PhII CHARMS data in patients with single and multi-virus infections were encouraging, with 93% of patients achieving clinical response. We see Viralym-M's potential as a prophylactic as a key component of ALVR's strategic development plan. We see Allovir up 20-30% if Viralym-M demonstrates a meaningful reduction in viral infections and a safety profile in-line with prior data. On the other hand, we see AlloVir down 20-40% on inconsistent efficacy data or new safety signals (CRS, increased GVHD).

- **PhII POC ALVR-105 data in BK viremia (4Q21)**: AlloVir is also evaluating Viralym-M for the preemptive treatment of BK viremia in kidney transplant recipients. The Ph II POC trial in BKV viremia is ongoing; and **we expect mgt. to provide initial data in 4Q21**. Recall, AlloVir's VST's are designed to treat / prevent viral diseases while a patient's immune system recovers following stem cell or organ transplant; and while the initial focus is on allo-HSCT, solid organ transplants represents a major opportunity for expansion. We see positive data as potentially de-risking Viralym-M's potential in the solid-organ transplant settings. We believe positive data, wherein Viralym-M demonstrates clear reductions in BK viremia and safety is in-line with prior data, can drive 10-20% upside in ALVR. However, emerging safety concerns or inconclusive benefits on VK viremia would drive 20-40% downside.

**Amgen/Mirati**

- **Mirati's KRAS G12C adagrasib updated data in NSCLC (2H21)**. We plan to compare Mirati's adagraib updated data to Amgen's Lumakras' Phase 2 results. Lumakras (sotorasib) and adagrasib both target the KRAS G12C mutation, an oncogenic driver mutation. Mirati is expected to present updated data of the adagrasib monotherapy arm from the Phase 1/2 KRYSTAL-1 trial, with ~115 patients in the data set. Based on the data presented to date, adagrasib is viewed to have a slight edge in efficacy (ORR: 45%) compared to Lumakras (ORR: 37%), which is offset by less favorable tolerability (more GI toxicity and QT prolongation) and dosing frequency (twice-daily for adagrasib vs. once-daily for Lumakras). The main investor focus of the cross-trial comparison is the objective response rate (ORR), the primary endpoint. On safety/tolerability profile, we do not expect any surprises that would affect how adagrasib is currently viewed relative to Lumakras, but we note that investors will pay attention to any changes in QT prolongation for adagrasib. If adagrasib ORR >~40%, we see AMGN down 2-4% with modest retracing and Mirati up 0-10% with upside toward the higher end of the range driven by ORR above 45%. If ORR 35-40%, wee see AMGN up 2-4% and Mirati down 9-14%. If ORR <~30%, we see AMGN up 3-7% and Mirati down 15-20%.

**Argenx**

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

- **PDUFA for Efgartigimob in gMG (Dec 17th);** Recall that Efgartigimod is an FcRn inhibitor that is currently being evaluated in 6 indications across different therapeutic areas. We believe that recently presented PhIII Efgartigimod data (our note here) in generalized myasthenia gravis (gMG) positions efgartigimod as a leading treatment for the $5-10B gMG market, wherein Alexion's Soliris is currently the only branded treatment and has already garnered significant market share in the most severe patients. Efgartigimod PDUFA in gMG is on Dec 17th and mgt. commented that mid-cycle interactions with FDA went well. We believe that a positive outcome on Efgartigimod PDUFA in Dec. is largely reflected in the stock and, therefore, an approval could drive ARGX 3-5% up. On the other hand, a CRL could drive a 20%+ downside in ARGX.

**Ascendis**

- **PhII proof-of-concept data for TransCon CNP in Achondroplasia (4Q21):** Topline data from a PhII study evaluating once weekly TransCon CNP for Anchondroplasia is expected in 4Q21. In Phase I results in healthy subjects (here), TransCon CNP was generally well tolerated at doses up to 150 μg/kg and mean resting blood pressure and heart rate were unchanged. The PhII study will assess safety and annual growth velocity, offering the first look at the drug's clinical benefit. Investors would like to compare data for TransCon CNP to Biomarin's Voxzogo (achieved 5.69cm and 5.61cm growth in Year 1 and Year 2); however, it remains unclear whether initial data will provide data on a level to conduct such analysis. We note that TransCon showed greater tibia length growth versus placebo than vosorotide in separate preclinical studies. We expect that investors will view efficacy in the context of what dose levels are presented at this point. Also, investors would give consideration on data evaluating engagement. Given that safety is a focus for investors for TransCon CNP versus vosoritide, investors will closely examine data with respect to any cardiac risk. Given the lack of clarity on what we might see and likely limitations in comparing to vosorotide, assessing stock impact is challenging. If there is safety noise, especially relating to cardiac issues, the stock would be negatively impacted, potentially down up to 10-20%. If limited data is provided that shows target engagement or even some efficacy at lower doses with a clean safety profile, the stock could be up 10-20%. If data were to show enough that investors might view TransCon CNP, the stock could be up 20-30%, if not more.

- **PhII 84-week open-label data for TransCon PTH in Hypoparathyroidism (4Q21):** Additional PhII open-label extension data from TransCon PTH in hypoparathyroidism is anticipated in 4Q21. In addition to safety and efficacy, mgt. has indicated the update will include bone mineral density (BMD) data and bone turnover biomarkers. The company released robust 58-week data in May (see note). However, the update did not offer insight on the drug's long-term impact on bone mineral density, a lingering question for some investors. We believe the PhII data suggests TransCon PTH normalizes bone metabolism over the long term and think BMD data consistent with recent bone turnover data should address all concerns. We do believe that the biomarker data has helped mitigate some concern for investors. However, clean bone mineral density data will put the issue to rest. We expect this is a likely event and would lead to a ~10% upside post the announcement. One the flip side, if bone mineral density drops too low, investor concerns would ratchet upward and the stock would drop 20%-plus.



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

**Atea**

- **AT-527 Phase II and III readouts in 2H21**: Atea is developing AT-527 as an oral treatment for COVID-19. AT-527 is a direct acting antiviral (DAA) that targets RNA polymerase. In a Phase 2 trial, AT-527 showed rapid and sustained viral load decreases in patients hospitalized with moderate COVID. Phase II and Phase III trials in ambulatory patients with mild–moderate COVID are expected to have readouts in 2H21. Phase II MOONSONG (N=220) is expected to have interim virology data (primary endpoint is change in viral RNA at day 7). Phase III MORNINGSKY (N=1,386) has primary endpoint of improvement of COVID-19 symptoms up to 29 days. Data that is similar to antibodies could drive AVIR up 30-50%+. Meeting the primary endpoint with a strong profile could drive AVIR up 20-40%. A failure would likely drive AVIR down 50%+.

- **Competitors' Phase III readouts in 2H21**: Pfizer and Merck/RIdgeback are expected to have Phase III readouts for their oral antivirals in 2H. Pfizer is evaluating PF-07321332 in combination with ritonavir (N=2,260) vs. placebo in high-risk ambulatory patients. Merck / Ridgeback is comparing molnupiravir vs. placebo in non-hospitalized patients with COVID; data could be available in September/October. The primary endpoint of both trials is hospitalization or death up to 29 days. Superior data by competitors could drive AVIR down 20-50% depending on the specific profile.

**Axsome Therapeutics**

- **Regulatory decision for AXS-05 in MDD:** Recall that on 8/09, Axsome announced that the FDA had notified the company of deficiencies with the NDA for AXS-05 in major depressive disorder (MDD). The FDA subsequently noted to the company that the review for the NDA would not be completed by the previously established 8/22/21 PDUFA date. See a summary of these news events & our views in our prior notes here and here. As AXS-05 is Axsome's lead pipeline program, we believe the verdict on the NDA will be a major event for AXSM. We see three distinct scenarios possible for AXSM. If AXS-05 were to be approved by YE21 without a request for any additional information from Axsome, we believe AXSM could rise 50-100% from current levels to approach the ~$50/share range shares were trading in prior to the announcement of the deficiency letter from the FDA. If AXS-05 were to receive a CRL, we believe that AXSM could face further significant pressure (25-50%), with the magnitude of downside potential to be determined by the specific issues cited in the CRL. Alternatively, if Axsome were to receive a request for further information from the FDA, we believe the impact to AXSM would be dictated by the nature of the information request, whether the company would have to generate additional data to satisfy the request, and the level of clarity available regarding the time line to resolution. Overall, however, we would expect AXSM to likely face pressure if the company were to receive an information request that delays timing to potential approval into 2022+.

**Biogen**

- **Aduhelm NCD analysis proposed decision memo (Jan '22)**: CMS is undergoing a National Coverage Decision (NCD) analysis for "monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease." It set a timetable of a proposed

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

decision memo for Jan-12 2022 and a final decision by Apr-12 2022. The public comment period will last until Aug-11 2021. The NCD analysis can results in five different outcomes including a no-coverage decision (has not happened in the last 15 yrs), coverage to indications (label), coverage with restrictions, coverage with evidence development and MACs discretion. We note that the NCD will overrule any regional or Medicare Advantage plan decision. Right now we would assume coverage with restriction or coverage with evidence development are the most likely outcomes. The proposed decision memo will provide an insight into likely final decision outcome on potential coverage restriction. We see BIIB up 10-20% on an NCD recommendation without restrictions, up 10%+ on an NCD recommendation with a PET restriction and down 20-30% on a no-coverage decision.

- **Tecfidera appeal decision (3Q21)**: We expect the Federal Circuit to issue decisions on the appeal of the IPR decision (which found that Mylan failed to prove that Biogen's patent claims are invalid for being obvious) and the West Virginia district court decision (which found that Mylan did prove that Biogen's patent claims were invalid for lack of written description). From the oral arguments, we think that the IPR decision is likely to be upheld. But we think that the outcome of the district court appeal is less certain. After the oral arguments, we thought that the appeals court could reverse the district court and thus find Biogen's patent not invalid. This scenario would be highly significant for Biogen: it could help Biogen (1) recover a large percentage of lost Tecfidera revenues compensation and (2) remove generics from the market. We look at this scenario and other scenarios below. We see BIIB down 1-3% if Biogen loses Appeal Court decision, up 8-10% if Biogen wins, and -2 to +5% to if the Federal Circuits remands the case back to the district court for further proceedings.

**Biomarin**

- **PDUFA for Voxzogo in Achondroplasia (Nov 20th):** Mgt. has developed Vosoritide (Voxzogo), a modified C-type natriuretic peptide for the treatment of Achondroplasia. Vosoritide has recently been approved by EMA in EU, and its PDUFA date for US approval is on Nov 20th. Despite the positive data demonstrating Vosoritide's durable clinical effect, whether or not Vosoritide can be approved in US is a debate among investors as during the NDA filing FDA commented that data from 2-year controlled trials is typically required for approvals in this type of indications, but mgt. submitted data from 1-year controlled trial with extensive follow-up. Mgt. believes that the totality of data, including a 2+ year follow-up, will suffice for approval. Overall, we believe that Vosoritide approval can drive BMRN 5-10% up, as it can unlock $1B+ billion peak sales potential for Biomarin. On the other hand, we expect a CRL letter to lead to 10-20% downside in BMRN. As a reference, our model assumes ~70% implied PoS and ~$850M in risk-adjusted peak sales.

**Bolt**

- **Initial dose escalation data of BDC-1001:** BOLT is conducting Ph1 dose-escalation study on its lead product BDC-1001, a Boltbody™ ISAC that targets HER2-expressing solid tumors and subsets of HER2-low tumors. BDC-1001 is comprised of trastuzumab conjugated to TLR7/8 agonists to recruit the patient's immune

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

system. The PhI dose escalation readout will include a similar number of patients as the first readout, but at much higher doses. We see BOLT up 10-30% on 2-3 additional PRs and down 10%+ on a lack of any additional PRs. Note that BOLT's competitor, Silverback, will provide an update on 9/16 about the dose-escalation result of their HER2-targeting SBT6050, which uses similar technology with different TLR agonists.

**Cabaletta**

- **PhI DSG3-CAART Biological Activity / Safety Data (4Q21)**: Cabaletta is developing lead candidate DSG3-CAART, a B-cell targeting CAAR-T, for the treatment of mucosal pemphigus vulgaris (mPV). The PhI study continues to progress, and **mgt. expects to present biological activity data from dose cohorts 1 (20M cells) and 2 (100M cells), as well as safety data from dose cohort 3 (500M cells), in 4Q21**. Recall, mgt. recently disclosed cohort 2 safety data with no dose limiting toxicities or relevant AEs 28 days post infusion and DSG3-CAART cells detected in all dosed patients (see note). Mgt. indicated a 20%+ DSG3 Ab titer reduction would reflect target engagement and biological activity. Given DSG3-CAART is Cabaletta's lead asset, we believe the PhI outcome could have implications for the overall functionality of CABA's CAAR-T platform. We see CABA up 50-100% on data which demonstrates meaningful DSG3 reduction and a safety profile consistent with prior dose cohorts. On the other hand, we see CABA down 30%+ on limited target engagement and/or unexpected safety signals.

**Centessa**

- **Apcintex (SerpinPC) PhIIa data for Hemophillia A/B (3Q21):** In 3Q21, mgt plans to announce data from the ongoing 24-week PhIIa repeated dosing trial with SerpinPC in Hem patients (N=20+). Recall that in PhI SerpinPC achieved 55% reduction in all bleeds and 72% reduction in spontaneous bleeds (see our initiation here). Given that PhIIa patients have severe Hem with advanced joint disease and only been poorly treated prior to SerpinPC, observing the full effect of SerpinPC in PhIIa may require a time window that is significantly longer than this study's 24-week duration. That said, the main focus of the PhIIa readout in 3Q21 will be on (i) SerpinPC safety and tolerability, assessment of D-dimer increase and thrombosis; (ii) Joint bleed reduction, wherein a 70%+ median decrease is considered competitive; and (iii) Improvement of patients condition over time. Importantly, mgt. commentary suggests that the focus here will likely be on HemB, wherein treatments are largely administered as IV and SerpinPC' subQ formulation can be competitive, while in HemA Hemlibra (subQ) has set a high efficacy bar. Following the completion of PhIIa trial, mgt plans to engage with regulators to receive advice on subsequent trials. We believe that replicating the PhI data, specifically achieving 70%+ joint bleeding reduction combined with a clean safety profile, will be considered promising for SerpinPC potential as a Hem treatment and can drive CNTA 15-25%+ up. Mixed data or lack of efficacy signal could drive CNTA down 10-20%.

- **Z Factor (ZF874) PhI data for AATD (4Q21/1Q22):** In 4Q21/1Q22, mgt. plans to announce PhI data for patients (N=14) with at least one Z allele (PiSZ or PiMZ), and mgt. expects the majority of patients (N=10-12) to have only one Z allele. Therefore, the focus on data readout will be: **(1)** *Levels of Z-AAT at day 28 vs baseline*; Note

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

that AATD patients with only one Z allele have a (very) low risk of liver disease or emphysema and their AAT levels can be >11uM. Therefore, rather than focusing on whether or not ZF874 can achieve the protective threshold of 11uM, we will be focusing on the improvement in Z-AAT levels at day 28 vs baseline; **(2)** *Translatability between PiXZ/PiZZ;* Note that AATD patients with two Z alleles would be expected to produce 2x the amount of Z-AAT compared to patients with one Z allele. As such, one could translate the ZF874 efficacy in PiXZ into PiZZ by multiplying the Z-AAT increase in PiXZ by two. However, this approach holds true only if patient response to ZF874 is not dependent on the severity of the disease and the administered ZF874 dose can correct the double Z-AAT amount in PiZZ with the same efficiency as PiXZ. Overall, we expect that clean safety coupled with >11uM AAT levels in PiZZ and considerable AAT increase in PiXZ can drive CNTA 20-30%+ up. On the other hand, safety signals and/or poor increases in AAT levels in PiZZ (<11uM) and PiXZ can drive CNTA 20-30%+ lower.

- **Lixivaptan safety PhIII (Alert study) data for ADPKPD (4Q21):** In 4Q21, mgt. plans to present 52-week PhIII safety data for Lixivaptan (vasopressin 2 receptor antagonist) that is being evaluated for ADPKD treatment and may address the liver toxicity risk related with the approved therapy tolvaptan. This PhIII study is not registrational and intends to determine the efficacy and safety (both hepatic and non-hepatic) of lixivaptan in patients (N=50) who were previously treated with tolvaptan (approved in ADPKD) and were discontinued due to abnormal liver chemistry test results. The primary endpoint is the proportion of patients who develop significantly elevated ALT levels. Recall that PhII Lixivaptan data (N=31) did not show any signs of liver toxicity, while tolvaptan clinical data showed >3x ALT elevation vs normal in 4.4-5.6% of patients. In Lixivaptan PhIII trial, we believe that sig ALT elevation (>3x vs normal) in <4% of patients would indicate superior safety profile vs tolvaptan and can drive CNTA 5-10%+ up. On the other hand, sig ALT elevation in >6% of pts would reflect inferior safety vs tolvaptan, and consequently limited commercial opportunity, and can drive CNTA 10-20%+ down.

**Editas**

- **EDIT-101 PhI data for LCA10 (Sept/Oct, Symposium on Retinal Degeneration):** Editas is currently evaluating its lead gene editing therapy, EDIT-101, in a PhI/II study with LCA10 patients and mgt. will be presenting the first clinical data in Sept/Oct. The data will focus on EDIT-101 safety and biological activity, with the latter being reflected through persistent changes in biomarkers (e.g., retinal response to light) and clinical endpoints (e.g., BCVA and ability to maneuver around objects under different illumination levels). The data will include patients from cohorts 1 (low dose) and 2 (mid dose); recall that all of the cohort 1 patients and 1 patient in cohort 2 only have light perception. Importantly, the 1st/2nd patient in cohort 2 was dosed in Jan/Jun 2021 and, therefore, the follow-up duration may be limited. We note the following: *(1)* It takes 3+ months post-dosing for the biomarkers/endpoints changes to occur, and only changes that are durable over time (rather than one-off) would be indicative of successful editing and clinical activity; *(2)* We expect high variability in the data given the low N; and *(3)* The low dose has been selected to achieve efficacy that is slightly higher than the therapeutic threshold, suggesting that mgt. expects to see only a slight efficacy signal, if any, in the low dose cohorts. Given that EDIT-101 is Editas' lead program, and its outcome could have implications for the overall functionality of Editas' gene editing platform, we believe that positive data (clean safety profile and slight

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

efficacy signal) can drive EDIT up 20-30%+ while negative data (safety signal and no efficacy signal) can lead to 20-50%+ downside in EDIT. Importantly, an inconclusive signal (which is the most likely outcome) should have a limited impact on EDIT.

**Eli Lilly**

- **FDA's decision on accepting donanemab submission package for Alzheimer's (Dec '21/ Jan '22)**. On the 2Q earnings call, mgt. stated that based on their discussion with the FDA, they are "even more confident now" than prior conversations, and they should have an adequate package to support complete submission by the end of 2021, including having enough safety data to support full evaluation of the benefit/risk of donanemab. The submission package will be based upon the completed Phase 1 and Phase 2(TRAILBLAZER-ALZ) as well as early safety data from the ongoing Phase 3 TRAILBLAZER-ALZ 2. Mgt. noted that they don't plan to and don't see the need to use interim data from the Phase 3 trial to support the submission given they have "adequate efficacy data supporting the plaque lowering, which would be the basis of submission and approval under accelerated approval. We see LLY up 5-8% on the announcement of filing acceptance and down 10-15% on filing rejection.

- **Zagotenemab Phase 2 early Alzheimer's trial readout (2H21)**. Investors assume very low odds of success given historical failure of anti-tau candidates, including Roche/AC Immune's semorinemab and AbbVie's ABBV-8E12, and Biogen's gosuranemab. However, zagotenemab is mechanistically differs from other tau antibodies, so hypothetically it could succeed even though others have failed. Zagotenemab is designed specifically to bind aggregated tau, which is different from other tau antibodies, including semorinemab, that bind to monomeric tau. Lilly believes that there is a significant amount of soluble tau that is monomeric and probably not involved in the pathogenesis of Alzheimer's disease that can soak up antibody and reduce the effective amount of antibody available to get the pathological tau. Lilly designed zagotenemab to avoid binding the soluble non-aggregate tau and instead bind the tau aggregates. We see LLY up 7-10% on positive data readout and trade flat on negative results/discontinued program update.

**Evelo**

- **Data readout for EDP1815 in psoriasis (3Q21):** PhIIb data for EDP1815 in psoriasis is expected in 3Q21. We believe EDP1815 in psoriasis represents the key program of investor focus for establishing proof-of-concept for Evelo's platform. As a result, we expect the data set to be a major catalyst for EVLO shares. The PhII study is evaluating three dose levels of the enteric capsule formulation of EDP1815 vs. placebo in 225 patients with mild-to-moderate psoriasis. Mgt. has noted that the data will be released concurrently late in the quarter with data from PhIb studies evaluating a higher concentration of EDP1815 in tablet & capsule form. Data from both sets of studies is intended to inform dose selection for a PhIII program. We expect the PhIIb readout to be a larger focus for investors, and would expect the market to look for clean safety coupled with efficacy in-line with Otezla, which mgt. has noted to be the benchmark for EDP1815. Based on the PhIII ADVANCE data released by Amgen for Otezla in mild-to-moderate psoriasis (company release

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

here), we believe the investor hurdle for EDP1815 on percentage of patients with a PGA response will be 15-20%+ placebo-adjusted at 16 weeks. Additionally, based on data from the PhIV UNVEIL study evaluating Otezla in chronic moderate plaque psoriasis (study here), we would expect investors to look for a mean % change in PASI over 16 weeks of ~30%+ and PASI-75 response of ~10%+ (both placebo-adjusted). We believe an evaluation of baseline characteristics will also be important for framing the clinical relevance of the EDP1815 data. Based on Evelo's 2Q21 net cash balance and share count, we estimate current cash value/share of $1-2/share, which implies $7-8/share in pipeline value currently embedded within EVLO. We believe that an EDP1815 readout that presents concerning safety signals and/or significantly misses the efficacy thresholds outlined above could result in 25-50%+ pressure as investors remove significant platform value from EVLO. However, we believe a readout presenting clean safety & efficacy in-line with or greater than the above thresholds could drive 50-75%+ upside for EVLO.

**Freeline**

- **FLT190 Phase I / II dose finding data in 2H21**: FLT190 is a liver-directed AAV gene therapy being developed to treat Fabry disease, a rare inherited disorder of glycosphingolipid (fat) metabolism resulting from the absent or markedly deficient activity of the lysosomal enzyme, α-galactosidase A (α-Gal A). FLT190 demonstrated increased GLA expression and reduction in pathologic substrate in key tissues in Fabry mouse model. The Phase I / II MARVEL-1 trial (N=15) has two parts. Part 1 (dose escalation) is enrolling previously treated patients and Part 2 (dose expansion) is enrolling untreated patients. Four dose levels are being evaluated—low (7.5e11 vg/kg), mid (1.5e12 vg/kg), higher (4.5e12 vg/kg), and highest (1.5e13 vg/kg) and patients will be monitored for nine months after dosing. Management expects to share Part 1 data in 2H. Positive data could drive FRLN up 2-3x.

**Fulcrum**

- **Regulatory update on FSHD program with losmapimod (2H21):** Mgt. is developing losmapimod, a small molecule that inhibits p38 aiming to treat Facioscapulohumeral muscular dystrophy (our initiation here). Despite the strongly supportive preclinical evidence that losmapimod can reduce DUX4 which, in turn, eliminates FSHD symptoms, losmapimod missed the primary endpoint of reducing DUX4 significantly compared to placebo in a PhIIb study (our note here). On the other hand, losmapimod achieved interesting trends in secondary clinical endpoints in PhIIb whose clinical benefit, however, is not definitive. Mgt. will engage with regulators in 2H21 to determine the regulatory pathway for losmapimod in FSHD, and mgt. commented that an accelerated approval is likely based on the clinical effect observed in PhIIb. We believe that the PhIIb clinical data does not provide sufficient evidence for an accelerated approval and anticipate FDA/EMA to request additional studies before losmapimod is considered for approval. Under this scenario, we expect a ~5%+ downside in FULC. On the other hand, in the unlikely scenario of an accelerated approval we would expect 100%+ upside in FULC.

**Genmab**

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

- **GEN1042 (DuoBody-CD40x4-1BB) dose escalation data readout in solid tumors (Nov 10th-14th, SITC):**
  Mgt. and its partner BioNTech are co-developing GEN1042, a potentially first-in-class bispecific antibody targeting CD40 and 4-1BB aiming at enhancing dendritic-cell and T-cell activation for cancer treatment (preclinical data here). Mgt. will be presenting dose escalation data across various tumor types at SITC, and mgt. commented that they have seen a signal in many types of tumors. We expect mgt. to present data on safety, disease control, and pharmacologic activity. Based on this data, mgt. will select the dose that will move forward with in the dose expansion arm. We expect positive safety/efficacy data to drive a 3-5% upside in GMAB, while we don't expect disappointing data to have a large impact on GMAB.

- **GEN1046 (DuoBody-PD-L1x4-1BB) dose expansion data readout in solid tumors (Nov 10th-14th, SITC):** Mgt. and its partner BioNTech are co-developing GEN1046, a potentially "first-on-class" bispecific antibody targeting CD-40 and PD-L1 that has demonstrated encouraging activity in clinic (our note here). Mgt. will be presenting data at SITC in Nov, wherein there are up to 10 cohorts, and an GEN1046/Taxotere (docetaxel) arm in NSCLC. Bulls believe the company could file for accelerated approval in NSCLC on the strength of the data in these cohorts, but we are more cautious. We believe management will focus on key biomarkers of response and patients subsets, which could be used to enrich a population for a PhII approval study. We expect investors to continue comparing GEN1046 against competitive PD-L1 data, and see superior GEN1046 data against competitors driving GMAB ~5% up; disappointing data including a lack of an accelerated filing strategy could drive GMAB down 10-15%.

- **Darzalex arbitration with J&J (2H21):** Binding arbitration of two matters with Darzalex partner Janssen (J&J) began on September 22, 2020. Management expects a potential update in 2021. In our view, the key matter relates to when Janssen's royalty obligation stops — either at the expiration of Genmab patents in the late 2020s/early 2030s or Janssen patents in mid-2030s. We model 2030e Darzalex royalty revenues of 12.2bn DKK ($1.9bn at current FX), approximately 40% of total 2030e revenues. We believe that a negative outcome on the length of the royalty could lower GMAB valuation by ~10%. The second issue (how the royalty stack to partner Halozyme on the subcutaneous formulation is shared with J&J) is of limited single digit % impact on GMAB.

**Gilead**

- **Magrolimab Phase 1b MDS readout and BLA submission for accelerated approval (2H21)**. Depending on the Phase 1b results , Gilead could seek accelerated approval from regulators and then full approval based on the results of the ongoing Phase 3 study. If magrolimab Phase 1b data achieves an ORR percentage in the 30s, mgt. may be able to meet the bar for accelerated approval given such a result would be substantially above standard of care which is around 10%. We see GILD up 5-8% on ORR > 30%, up 3-5% on ORR 20-30%, and down 3-5% if ORR <15%.

- **Trodelvy Phase 3 TROPiCs-02 PFS readout in 3L HR+/HER2- mBC (2H21)**. Gilead estimates that there are ~17,000 patients in the US in this setting, representing blockbuster opportunity. Mgt. stated that they've taken a conservative approach on

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

trial design and believe the trial is powered hit both statistical and clinical significance. We think that getting approval for this indication has a high probability of success (75%) based on encouraging efficacy data in a small group (N=54) treatment-refractory cohort from the Phase I/II trial, which showed an overall response rate of 31%, and median progression-free survival (PFS) of 6.8 months, and overall survival of 12 months. The PFS data compares favorably to single-agent chemotherapy, ranging from 2.9-5.6 months. Data have also shown a manageable safety profile with the observed adverse events of neutropenia and diarrhea, but no cases of severe neuropathy, interstitial lung disease or rash have been observed. We see GILD up 10-20%+ on positive PFS data and down 5-15% on negative results.

**Global Blood Therapeutics**

- **GBT601 PhI data for SCD (4Q21, likely at ASH):** Mgt. is developing GBT601, a small molecule for the treatment of SCD that has the same MoA but potentially improved potency/half-life compared Oxbryta. Improved potency may allow for achieving higher efficacy with lower doses without impacting safety (in case of off-target AEs). Preclinical '601 data in SCD mice (here) demonstrates that a 150mg/kg dose (highest dose tested in clinic) leads to an average of 29% Hb occupancy/modification (vs ~26% for commercial Oxbryta dose), with 50% of mice (N=3) achieving ~30%+ occupancy. Based on literature (link), ~30% Hb occupancy could have a similar polymerization delay effect as the effect achieved by 30% HbF levels . In PhI, mgt. expects '601 to potentially lead to 30-35% Hb occupancy which, in turn, mgt. believes can drive a similar clinical effect as producing 30-35% HbF (e.g. see CTX001 as an example) or 30-35% of anti-sickling Hb (e.g. see Lentiglobin as an example). 14-week HV data as well as data from 6 SCD pts are expected at ASH, wherein the primary endpoint is safety while key secondary endpoints include hemolysis markers and Hb levels. Overall, investors are focused on the Oxbryta/'601 difference on Hb modification in clinic, and how this difference translates into further improvement in Hb levels and clinical effect. We believe that achieving 30%+ Hb modification with '601, coupled with higher Hb elevation vs Oxbryta (~1g/dL) and lower AE rate, can drive GBT 15-30%+ up as this can potentially translate to a meaningfully improved clinical effect vs Oxbryta strengthening global blood's competitiveness in the crowded SCD space. On the other hand, if '601 delivers non-superior safety/efficacy to Oxbryta, or higher AE rate, we would expected limited downside (0-10%).

**IGM Biosciences**

- **Updated PhI data for IGM-2323 in BCL (2H21)**: IGM-2323 (CD20xCD3) is a differentiated, bispecific T cell engager, created using IGM's proprietary IgM based platform, in development for B cell lymphomas (BCL). Initial PhI data has indicated promising signs of activity (including CRs), in heavily pretreated patients, at suboptimal doses (up to 100mg) and a differentiated safety profile compared to other, more advanced competitors in development (rate of CRS: 25% vs. 28-64%). Dose escalation has continued into the optimal range (50/100mg, 50/300mg, 50/600mg and 50/1,000mg) and mgt. indicated the highest dose has been cleared with no DLTs. A detailed review of the data and recetn updates can be found in our recent initiation note here. Additionally, **mgt. has guided to providing an update from the PhI study in 2H21, which we expect to consists of a top-line data release, including announcement of the RP2D followed by detailed data presentation later**

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

**at ASH (December 11-14, 2021)**. We expect IGMS to be up 30-50% on confirmation of a differentiated safety profile and CR rates within the range of competitors. However, we expect IGMS to be down 70%+ on lack of differentiation on safety and CR rates that fall below competitors.

- **Initial PhI data for IGM-8444 (2H21)**: IGM-8444 is a receptor cross-linking agonist, targeting death receptor 5 (DR5), developed using IGM's propriety IgM based platform. A PhI dose escalation study (0.3mg/kg, 1.0mg/kg, 3.0mg/kg and 10mg/kg) is currently ongoing in solid/liquid tumors and **mgt. expects to provide initial data during 2H21**. In preclinical studies, IGM-8444 demonstrated potent activity as a monotherapy and promising activity in combinations (FOLFIRI, bevacizumab, venotoclax and birinapant), while mgt. recently indicated dosing is now ongoing at the highest dose and previously indicted no liver toxicity was observed through the first two doses. We expect IGMS to be up 5-10% on confirmation of a tolerable safety profile without liver toxicity, with limited downside as IGM-8444 is not reflected in the current valuation, given the challenging history of targeting DR5.

**Imara**

- **IMR-687 PhIIb data for SCD (4Q21):** Imara is developing IMR-687, a small molecule for the treatment of hemoglobinopathies (our initiation here). IMR-687 SCD data from PhIIa demonstrated an increase of 1.7% in HbF and ~18% elevation in F-cells (our note here), and mgt. has implemented three amendments in PhIIb that can potentially improve the outcome: (1) Weight-based dosing; (2) Higher dose amounts (up to 400mg vs 200mg in PhIIa); and (3) Longer treatment period (12 months vs 6 months in PhIIa). Note that FDA commented that if IMR-687 demonstrated a 3%+ rise in HbF in PhIIb, it could be considered for accelerated approval. Mgt. will be presenting PhIIb IA data (N≈100) in 4Q21, wherein the primary endpoint is 3%+ increase in HbF in 35% of pts at week 24, while a key secondary endpoint is annual VOC rate. We note that in an ongoing OLE study (small n and not controlled), IMR-687 has achieved 3%+ rise in HbF, coupled with ~48% reduction in annual VOC rate which is similar to approved drugs for VOC reduction (our note here), supporting the potential of IMR-687 to achieve a 3%+ in HbF in PhIIb. If IMR-687 meets the primary endpoint, we believe it could be up as much as 5x; if it achieves the secondary endpoint in a competitive fashion, it could be up 10x or greater. On the other hand, if IMR-687 does not meet the primary endpoint, we anticipate a 30-50%+ downside.

**Incyte**

- **Regulatory decision for ruxolitinib cream (9/21/21):** The PDUFA target action date for rux. cream in atopic dermatitis (AD) is 9/21. The key investor debate heading into this decision is whether rux. cream will be approved with JAK class labeling and/or a monitoring requirement. The FDA recently issued a Drug Safety Communication regarding their review of Xeljanz (tofacitinib) safety data. While the agency's notice calls for an updated label for JAK inhibitors Xeljanz, Olumiant, and Rinvoq, we saw limited read through to rux. cream (see our note on the news here). While investor views regarding an eventual rux. cream label appear mixed, we suspect that the majority of investors currently anticipate some form of restrictive labeling. Additionally, based on our SOTP analysis we estimate that INCY currently implies little-to-no pipeline value. As a result, we believe the risk/reward heading into the



Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

9/21 PDUFA date is skewed positively. If rux. cream were to be approved with JAK class labeling, we would anticipate low single digit % pressure on INCY, with a greater magnitude of pressure possible if the label includes a monitoring requirement in addition to a black box warning. If rux. cream were to be approved with a clean label without a black box or a monitoring requirement, we believe INCY could rise 5%+ as investors begin to increase dermatology sales contribution from AD & vitiligo into their INCY valuation models.

**Insmed**

- **TPIP Phase 2a initial data in PAH (2H21):** Insmed is developing treprostinil palmitil inhalation powder (TPIP) for pulmonary arterial hypertension (PAH). Clinical use of prostanoids have been challenging due to rapid metabolism and dose-limiting tolerability issues, and mgt. believes TPIP could address shortcomings with prolonged localized pulmonary vasodilation, improved tolerability that could result in disease-modifying impact as a result of higher dosing, and simpler once daily dosing. The company plans to report early data from the first Phase II study in a small number of patients with PAH in 2H, focusing on duration of pulmonary vascular resistance (PVR) following administration of 1 dose of TPIP. We see 5-15% upside with promising PVR reduction that lasts more than the 1.5 hour seen with Tyvaso, but 5-10% downside given that the Street does not ascribe value to this program.

**Ionis**

- **PhIII data for Tofersen in SOD1-ALS (2H21):** Ionis' partner Biogen is slated to deliver data from Tofersen's PhIII VALOR trial in amyotrophic lateral sclerosis (ALS) caused by a Superoxide Dismutase 1 (SOD-1) Mutation in Fall 2021. The PhIII portion of the 3-part study includes 108 patients and assesses Tofersen versus placebo on ALS Functional Rating Scale Revised (ALSFRS-R) as a primary efficacy endpoint. Secondary endpoints include SOD1 protein reduction, muscle strength, time to death, and respiratory function. Based on PhII results (here), we view the risk-reward on the trial as positive. However, considering the small patient numbers in SOD1-ALS, we expect Tofersen royalties to Ionis will not be significant. This being said, considering the multitude of ALS programs in the pipeline, we expect investors will view this data as a potential read through on this overall effort. As such, we could see a +/- 10% move on the data.

- **PhII data for Vupanorsen in Dyslipidemia (2H21):** Ionis' partner Pfizer will present data from Vupanorsen's PhIIb TRANSLATE-TIMI 70 trial in dyslipidemia by end of year. The study is evaluating Vupanorsen on LDL-C lowering capabilities over 24 weeks in patients with elevated LDL-C and triglycerides currently receiving a statin. In a slightly different population (patients with hypertriglyceridemia, type 2 diabetes, and non-alcoholic fatty liver disease), a Phase II trial (here) showed dose-dependent reductions in triglycerides, ANGPTL3, LDL-C (18%), HDL-C (24%) without showing adverse platelet count changes. We expect that the trial is likely to demonstrate dose dependent reductions in non-high density lipoprotein cholesterol at 24-weeks. Investors will play close attention to the tolerability profile on the therapy. We believe shares will move +/- 5% post the readout.

- **PhII data for GHR-LRx in Uncontrolled Acromegaly (2H21):** Data from Ionis' two

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

PhII acromegaly studies assessing GHR-LRx's (antisense targeting growth hormone receptor expression) ability to reduce serum IGF-1 levels is expected by end of year. The open-label trial (here) will evaluate GHR-LRx as a monotherapy up to 73 weeks and the placebo-controlled trial (here) will evaluate the drug in patients with uncontrolled acromegaly for 16 weeks. With all patients on a somatostatin receptor ligand (SRL) background therapy, the placebo-controlled trial serves as proof-of-concept on whether the addition of antisense therapy to a somatostatin analogue provides synergistic effects. Current strategies to treat SRL-resistant acromegaly include addition of Cabergoline (dopamine agonist) or Pegvisomant (GH-receptor antagonist). We believe current data for these approaches provides a benchmark for Ionis and would view efficacy comparable to current regimens as a successful outcome. A meta-analysis showed IGF-1 normalization is achieved in half of patients when Cabergoline is added to first-generation SRLs (here), while the addition of Pegvisomant led to the normalization of IGF-1 values in 58% of patients after 28 weeks (here). We believe positive data from this study would lead shares to trade up 10-15% as investors would increasingly incorporate this indication into their numbers. However, if the drug falls short or has an undesirable tolerability profile, the stock could decline 5-10%.

**Karyopharm**

- **Topline PhIII SIENDO data for Xpovio in endometrial cancer (2H21):** Topline PhIII SIENDO data in 2H21 offers an opportunity for KPTI shares to begin receiving credit for an Xpovio (selinexor) expansion opportunity in endometrial cancer (EC), as investors focus on the drug's sales ramp in R/R multiple myeloma. The trial is evaluating once weekly selinexor versus placebo on progression-free survival (PFS) as a maintenance therapy after initial response to chemotherapy. The PFS for monotherapy selinexor in PhII was 2.6 months (see here) in heavily pretreated EC patients. Mgt. expects a PFS of 7-8 months with combination therapy in the frontline maintenance setting. Mgt. estimates 4K patients are eligible for maintenance therapy in EC. While the patient population is not particularly sizable, investors likely view this trial as providing a window into the drug's potential in solid tumors. At this point, given where the stock is trading investors are not figuring solid tumor potential into the Karyopharm, investment equation. As such, we view this event as having an attractive risk-reward with capped downside of ~10% and upside that would 15-20% if not higher.

**Kodiak**

- **KSI-301 DAZZLE wAMD pivotal data in early 2022**: KSI-301 is an anti-VEGF antibody biopolymer conjugate (ABC) being developed for wet AMD, DME, and RVO that could be more durable (fewer injections) than Eylea (every two months) and Lucentis (every month). In a Phase Ib wAMD trial (N=50), it improved BCVA by 5.7 letters and decreased OCT (optical coherence tomography) CST (central subfield thickness) by 105 microns at one year from baseline. The mean number of injections was five (three monthly loading doses first two months and two injections over next 10 months). The pivotal trial DAZZLE is evaluating individualized KSI-301 dosing of every 12, 16, or 20 weeks vs. Eylea every two months (after three monthly loading doses). Primary endpoint is BCVA at one year. Positive data that meets the primary endpoint with a 16 or 20 week interval could drive KOD up 20-40%. A 12 week interval could drive KOD up 10-20%. Failure

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

would likely drive KOD down 50%+.

**Legend**

- **PDUFA for cilta-cel in late line Multiple Myeloma (Nov 20th):** Mgt. is developing cilta-cel, an anti-BCMA CART therapy for the treatment of Multiple Myeloma. PhII data with cilta-cel as a late-line treatment demonstrate a 12-month PFS of 77%, rendering cilta-cel a best-in-class treatment (our note here). Mgt. has filed a BLA in the US and the PDUFA is on Nov 29th. Although cilta-cel is largely expected to be approved given the strength of the data, some investors are concerned about the possibility of a CRL given the regulatory headwinds that a similar therapy has recently faced due to manufacturing-related aspects. Overall, we expect an approval to drive a 5-10% upside in LEGN. On the other hand, we anticipate a potential CRL response by FDA to lead to a 50%+ downside in LEGN, given that a high portion of LEGN valuation is driven by the penetration in the late-line therapies market and a CRL can have implications for the early lines as well.

**MacroGenics**

- **Interim Phase II/III data for frontline Margenza plus anti-PD1 combo in gastric cancer (3Q21):** Interim data from Module A of Margenza's Phase II/III MAHOGANY study in advanced HER2+/PD-L1+ gastric and gastroesophageal junction (GEJ) cancer will be presented this month at ESMO. Gastric/GEJ cancer offers a potential follow on indication for Margenza beyond breast cancer. The update will look at ORR and tolerability in ~40 patients treated in combination with PD-1 inhibitor retifanlimab and inform the decision to enroll additional patients (up to 110). In the frontline setting, Herceptin plus chemo provides a benchmark (47% ORR, 13 month OS, 6.7 month PFS, and 68% Grade 3 TRAEs). We note Margenza plus PD-1 inhibitor Keytruda generated data in the 2L setting (44% ORR, 20.5 month OS, 4.8 month PFS, 20% Grade 3 TRAEs). Positive data from this study could potentially benefit shares; although, we note HER2+ gastric cancer has plenty of moving parts with recent advances with respect to the target. Positive data could allow shares to trade up 10%. Borderline data is likely to lead to modest weakness, trading down 5%.

- **Update PhI data for MGC018 in solid tumors (3Q21):** An update from MGC018's Phase I cohort study in mCRPC, melanoma, NSCLC, SCCHN, and triple negative breast cancer is expected at ESMO at 3Q21. Published data to date has shown antitumor activity in prostate cancer and melanoma (see notes - here and here), but raised questions regarding tolerability (hand foot syndrome and pleural effusion). Mgt. has indicated plans to update prostate cancer data on reductions in prostate-specific antigen levels. Stock impact would be dependent upon the nature of the data shown. Investors will be interested to see the impact of dosing adjustments on both efficacy and safety. If the data is sufficient to show that efficacy is maintained despite modifications in dosing, shares would react positively, possibly appreciating 20%-plus. However, we could see a 10-20% decline is safety does not sufficiently improve or if efficacy is overly effected. However, if data is not yet sufficient to show investors how dosing adjustments impact efficacy & safety, we would expect the impact on shares would be muted with shares trading +/-10%.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

**Merck**

- **COVID oral antiviral molnupiravir Phase 3 readout in non-hospitalized COVID patients (Sep/Oct)**. Expectations are low for molnupiravir because development in hospitalized patients was discontinued after interim analysis of the Phase 2/3 trial MOVe-IN was determined to be unlikely to show clinical benefit and Merck elected to test only the highest dose (800 mg BID) in MOVe-OUT. However, it should be noted that molnupiravir theoretically would be most effective when given early in the disease process and hospitalized patients typically would have had symptoms for many days already. Additionally, Merck updated the MOVe-OUT protocol to focus on patients early in the course of disease and those considered at high risk for poor outcomes, which could help the drug show a benefit. Last but not least, due to its mechanism of action, molnupiravir is considered to have mutagenic risk, unlike other oral antivirals that target viral enzymes such as polymerases. The therapy will be short duration (five days), but it is unclear how Merck could alleviate these safety concerns. We see MRK up 5-8% on positive readout without concerning safety signal and down up to~2% on negative results or concerning safety signals that would prevent it from proceeding for EUA.

**Moderna**

- **mRNA-3927 PhI initial data for propionic acidemia (late 2021/1H22):** Mgt. is evaluating mRNA-3927 in a PhI/II trial (Paramount) with patients affected by PA, a rare genetic disease in the liver characterized by deficiency of an enzyme (propionyl-CoA carboxylase) involved in protein breakdown. Recall that mRNA-3927 is Moderna's first intracellular modality in the clinic and is implementing the same proprietary LNP formulation as the chikungunya Ab program which has demonstrated that can safely be administered repeatedly while also exhibiting a dose-response relationship. The primary endpoint of the PhI/II study is safety while key secondary endpoints include PK parameters and 2MC (at week 36), a toxic metabolite that is accumulated due to propionyl-CoA carboxylase deficiency. Note that repeated mRNA-3927 dosing in mice achieved significant and durable 2MC reduction vs control for 25 weeks. Given that this is a dose-optimization study, mgt. mentioned that multiple doses will be tested. Overall, we believe that dose-dependent reductions in toxic metabolites, coupled with a safety profile, would suggest potential therapeutic effect for '3927 and partially derisk Moderna's intracellular modality platform; therefore, it can drive MRNA ~10%+ up. On the other hand, we would anticipate safety signals that would limit '3927 potential, or low reductions in toxic metabolites under all doses, to drive MRNA 10-20%+ down.

- **AZD8601 PhII data for coronary artery bypass grafting (CABG) (2H21):** Mgt. and its collaborator AstraZeneca (covered by Mark Purcell) are developing '8601, a VEGF-A under a saline formulation that is acting locally targeting patients with ischemic heart disease undergoing CABG surgery with moderately impaired systolic function. Moderna mgt. has commented that PhII data (N=11) could be available in 2H21, wherein the primary outcome is safety and changes in cardiac biomarkers (e.g. ECG, LVEF, blood pressure etc). Recall that commercial rights of AZD8601 are licensed to AstraZeneca and AZD8601 has previously met its PhIa/b primary endpoint on safety and demonstrated dose-dependent protein production and significant pharmacological effects (blood flow modification) vs placebo in diabetics. We believe that a clean safety profile with dose-dependent, stat significant increases in biomarkers would drive MRNA ~5% up, while any safety

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

signals and/or insignificant increases in biomarkers can drive MRNA 3-5% down .

**Pfizer**

- **Danuglipron/PF-06882961 (oral GLP-1R) Phase 2 diabetes readout and decision to proceed to Phase 3 trial (3Q21)**. Pfizer presented Phase 1 data at ADA 2020, which showed placebo-adjusted weight loss of up to 6kg (or 12lb) and up to 0.8% HbA1c lowering after 28 days at the highest dose level of 120mg. Safety and tolerability profile appears to be in-line with the GLP-1 mechanism of action and was generally well-tolerated. Investors are focusing on the Phase 2 data to determine whether danuglipron will have the best-in-class weight loss profile. Competitor Novo's oral GLP-1 Rybelsus for diabetes launch has been less than desirable while newly launched injectable GLP-1 Wegovy for obesity has been impressive. Investors will look to compare data cross-trial to competitors including LLY's tirzepatide, Novo's Rybelsus/ Ozempic to determine whether danuglipron could be the next potential blockbuster drug in diabetes and obesity. We see PFE up 2-4% on encouraging positive Phase 2 data and flat to down <2% on negative results.

**REGENXBIO**

- **Data readout for RGX-314 in wet AMD (10/1):** REGENXBIO is conducting the PhII study AAVIATE to evaluate suprachoroidal delivery of RGX-314 in wet AMD. Recall that suprachoroidal delivery is a distinct approach from subretinal injection, with the former potentially allowing for in-office administration and the latter requiring an operating room for administration. Interim data from cohort 1 of AAVIATE will be presented on 10/01 during the Retina Society Annual Meeting, from 2:47PM-2:51PM. The dose level for RGX-314 evaluated in Cohort 1 of AAVIATE contained 2.5 x $10^{11}$ genome copies (GC)/eye, in-line with the dose evaluated in cohort 5 of the PhI/II subretinal study for RGX-314, and mgt. has indicated that the data presentation will include 6 months of follow-up along with a readout on functional outcomes. We suspect that investors are likely to look for clean safety without notable AEs coupled with mean change in best corrected visual acuity (BCVA), impact on central retinal thickness (CRT), and change in need for supplemental anti-VEGF therapy through 6 months that approaches or is in-line with the trends observed for cohort 5 in the PhI/II subretinal RGX-314 study. We would expect a concerning safety signal or efficacy significantly lower than the bar above to drive 5-10% downside for RGNX, whereas a readout with efficacy in-line with or above this threshold & clean safety could result in 10-20% upside for RGNX.

**Rubius**

- **RTX-240 Phase 1 updated data in solid tumors (YE21/1Q22):** Rubius is developing RTX-240 for solid tumors. The company continues to enroll patients in the two additional cohorts that were added earlier this year to explore a more frequent schedule of administration in the Phase 1 single-agent arm. As a reminder, the initial data from the Phase 1 indicated clinical activity (2 partial responses and 4 stable disease out of 15 patients) and a favorable safety profile with no dose-limiting toxicities or Grade 3/4 adverse events. If mgt. can add a few more PRs, we would expect RUBY up 10-20%. However, if there are no/limited new responses, we would

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

expect significant pressure on RUBY (20-30%).

- **RTX-240 Phase 1 initial data in relapsed/refractory AML (YE21/1Q22):** Rubius is also developing RTX-240 for acute myeloid leukemia (AML). RTX-240 is designed to induce NK cell proliferation and activation, leading to the killing of AML cells. Preclinically, RTX-240 induced proliferation and activation of NK cells in vitro, which were effective in killing the K562 myeloid leukemia cell line. The company is currently enrolling patients in the Phase 1 dose escalation. The initial data will focus on safety/tolerability, MTD, RP2D, and dosing interval. We see ~10%+ upside with promising data, but <10% downside given that many investors do not ascribe value to this indication.

**SAGE Therapeutics**

- **Data readout for zuranolone in MDD (late 2021):** Top-line data from the PhIII CORAL study evaluating zuranolone in combination with an antidepressant (vs. placebo + an antidepressant) in patients with major depressive disorder (MDD) is expected in late 2021. Recall that CORAL is evaluating patients in a distinct setting from WATERFALL, in which patients were administered either zuranolone or placebo (with ~30% of patients taking antidepressants at baseline in each arm). Mgt. has indicated that complete efficacy data from CORAL may not be required for a filing for zuranolone in MDD, and that a "blinded snapshot" of safety data from CORAL may be sufficient for inclusion in a regulatory filing. We await mgt. commentary on the regulatory path for MDD, but regardless believe the CORAL data will be a focus for investors, as the CORAL data may eventually impact commercial prospects for zuranolone even if it is not included in the initial filing. We believe that investors will look for a stat. sig. separation between zuranolone + antidepressant vs. the placebo + antidepressant arm at early time points through day 15 on HAM-D, in-line with the separations observed on days 3, 8, 12, and 15 of the WATERFALL study. Additionally, we would also expect investors to look for a durability of response through a sustained significant separation from placebo through 42 days. We believe the data from CORAL could impact SAGE +/- 10-30%, with the magnitude of impact potentially determined by the filing strategy laid out by mgt.

**Sarepta**

- **SRP-9001 1- and 2-year functional data from Study 102 in 1Q22**: SRP-9001 is an investigational gene transfer therapy intended to deliver the micro-dystrophin-encoding gene to muscle tissue for the targeted production of the micro-dystrophin protein for the treatment of Duchenne muscular dystrophy (DMD). Study SRP-9001-102 (Study 102) is a double-blind, 1:1 randomized, placebo-controlled clinical trial of SRP-9001 in 41 participants with DMD between the ages of 4-7. Study 102 has two primary endpoints: micro-dystrophin expression at 12 weeks and change in NSAA total score at 48 weeks compared to placebo. In Part 1, results from the treatment and placebo groups are compared through 48 weeks following treatment. In Part 2, the study remains blinded while all participants in the placebo group cross over to active treatment and all participants are followed for another 48 weeks. On Jan. 7, 2021 Sarepta announced Study 102 met the primary endpoint of micro-dystrophin protein expression at 12 weeks post-treatment, but failed on the primary functional endpoint of NSAA. Data from the crossover Phase will be

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

available in 1Q22. We believe investors will focus on if there are similar trends (by age and baseline) for the crossover group compared to the original group. Investors will also focus on the durability of effect out to 2 years. With strong data we believe SRPT could move up to 25%+. Data that add additional questions could drive SRPT down to 15-20%.

**Seagen**

- **Arbitration with Daiichi Sankyo:** Seagen is alleging that ADC products in Daiichi's pipeline, such as Enhertu, U3-1402, DS-1062, and DS-7300, infringe Seagen's ADC-related patents. The hearing began on June 14, and final ruling would be within weeks from the hearing. If winning the arbitration, Seagen might get ownership of Daiichi's patents, monetary damages for past IP usage, and some running royalty on sales of Enhertu. A 5-10% royalty on worldwide Enhertu sales would represent $11-23 in equity value/share to Seagen (based on ~$12.4B in peak worldwide Enhertu sales by 2030E), representing a 7-15% upside to SGEN's most recent closing price. On a failure, we see SGEN flat or down in the low single digit percentage range. More details and scenario analysis please see note.

**Sigilon**

- **SIG-001 Phase I / II hemophilia A follow-up and completion of the clinical hold investigation in 2H**: Sigilon is developing functional cures for chronic disease using its Shielded Living Therapeutics (SLTx) platform, which is designed to overcome significant limitations of cell and gene therapies and drawbacks of current biologic-based therapies. Engineered human cells that produce a deficient molecule are encapsulated in a sphere which is delivered via an intraperitoneal port. SIG-001 is a buffered suspension of 1.5 mm alginate spheres encapsulating hFVIII-expressing human cells for the treatment o hemophilia A. On July 9, 2021 the company announced the FDA had placed the Phase I / II trial on clinical hold after the third dosed patient (who received the highest dose) developed inhibitors to FVIII. The completion of the investigation into a causal relationship and follow-up of the three patients (up to nine months) is expected in 2H21. Removal of the hold and having the program back on track could drive SGTX up as much as 100%. Cancellation of the program or a clinical hold that continues could drive SGTX down 50%+.

**Syndax**

- **PhI SNDX-5613 data stratified by leukemia type and dose (4Q21):** PhI data from Syndax's menin inhibitor SNDX-5613 being evaluated in acute leukemias driven by MLL1 and NMP1 gene mutations will be presented at an undisclosed medical conference later this year. The update is expected to detail efficacy/safety stratified by dose and leukemia type (MLLr-ALL, MLLr-AML, NPM1-AML). Initial data has shown clinical activity and arrhythmia manageable with dose reductions and electrolyte supplementation. Given the presence of dose-dependent efficacy, we remain cautious on the potential loss of optimal anti-tumor activity with dose reductions. More granular data will help investors characterize the potential clinical profile of SNDX-5613 and likely have an impact on the stock. We see shares appreciating 20%-plus, if robust efficacy is demonstrated across all three

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

leukemias. Alternatively, we think shares will trade down 20%+, if QT prolongation is seen to be more of an issue in a larger sample of patients.

**Taysha**

- **Ph I/II TSHA-120 data in GAN (2H21)**: Taysha is currently developing TSHA-120 which is an intrathecally dosed AAV9 gene therapy for the treatment of giant axonal neuropathy (GAN). As a reminder, the asset was originally developed by Dr. Steven Gray of UT Southwestern and mgt. acquired exclusive worldwide rights to the program in April, 2021. Initial clinical data from the first 3 dose cohorts (3.5 x $10^{13}$ total vg, 1.2 x $10^{14}$ total vg, 1.8 x $10^{14}$ total vg) of the ongoing PhI study were positive, partially de-risking the program (see note). **Mgt expects to present data from the highest dose cohort (3.5x $10^{14}$ total vg) in 2H21; and plans provide a regulatory update by year-end (post data disclosure)**. Recall, the 1.8 x $10^{14}$ vg dose cohort stopped disease progression as measured by the Motor Function Measure 32 (MFM32), compared to an expected decline of ~8-points annually, while mgt. has highlighted a 4-point change in MFM32 is considered clinically meaningful. If positive, we expect this early clinical data to drive additional platform de-risking and see TSHA up 5-10% on data which demonstrates significant slowing of disease progression and a dose dependent response. On the other hand, data wherein the safety and efficacy are materially inferior to that of the earlier dose cohorts can lead to a 10-15% downside in TSHA.

- **Ph I/II TSHA-101 Safety & Biomarker data in GM2 Gangliosidosis (2H21)**: TSHA-101 is a bicistronic HEXBP2A-HEXA transgene packaged into a single AAV9 vector, and is being developed for the treatment of GM2 gangliosidosis. The Ph I/II Queens University study (n=4; single 5x$10^{14}$ vg dose) is currently ongoing and **we expect mgt. to present preliminary safety and biomarker data in 2H21**. On efficacy, the key focus of the readout is HEXA activity in CSF and blood, and mgt. indicated a ~5% increase in HEXA activity would be clinically meaningful, considering infants with the disease have <0.1% HEXA activity, while in adult forms of the disease activity ranges from 2% to 3%. Similar to the GAN readout, we expect positive data to further de-risk Taysha's platform. We see Taysha up 10-15% if TSHA-101 demonstrates meaningful increase in HEXA activity and a clean safety profile, paving the way for an IND submission and initiation of a US-based Ph I/II study in 2H21. However, we see Taysha down 10-15% if TSHA-101 exhibits a safety signal and/or lack of biomarker signal.

**Vaccitech**

- **Data readout for VTP-300 in HBV infection (4Q21):** Safety & immunogenicity data from the PhI study of Vaccitech's vaccine candidate VTP-300 in healthy volunteers & patients with chronic HBV infection is expected in 4Q21. This study is evaluating VTP-300 in patients whose infection has been suppressed with oral antiviral therapies. While we believe the PhI/IIa interim efficacy data expected for VTP-300 in 1Q22 represents the key initial de-risking milestone for the program, we expect the PhI data to be informative, particularly with regards to establishing clean safety and observing reductions in HBsAg levels in patients. We would expect this initial data set to impact VACC shares by +/- 10-20%.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

**Vertex**

- **VX-147 PhII data for FSGS (2H21):** Mgt. is developing VX-147, a small molecule that inhibits APOL-1 aiming to treat APOL-1 mediated focal segmental glomerulosclerosis (FSGS). Recall that baseline proteinuria is a major predictor of FSGS, as proteinuria levels are correlated with time to end-stage renal disease and glomerular filtration levels, and mgt. commented that regulators are open to potentially using proteinuria as a regulatory enabling endpoint. The ongoing PhII PoC study with VX-147 is enrolling pts with two APOL alleles who have high baseline of proteinuria and evaluating the safety and reduction of proteinuria over 13 weeks. Mgt. commented that a double-digit percent reduction in proteinuria would be clinically meaningful. We highlight that previous FSGS studies consider that in adults proteinuria values ≤0.3g/d translate to complete remission, <3.5g/d (combined with >50% reduction from baseline) to partial response, while levels of ≥3.5 g/d after remission indicate relapse (link). That said, we believe that a double-digit percent reduction in proteinuria, coupled with a clean safety profile, can drive VRTX 5-10%+ up. On the other hand, limited reduction in proteinuria and/or safety signals are not expected to have a significant impact on VRTX. Note that we currently don't include VX-147 in our VRTX model.

- **Competitive Cystic Fibrosis PhII data by Abbvie (2H21 & 1Q22):** Abbvie is currently conducting two PhII clinical trials in CF: **(1)** The first trial is evaluating a drug combination (Corrector1+Potentiator), for which the data readout could come as early as YE21 (trial details here): The primary endpoint of the trial is the absolute change (baseline to day 29) in percent predicted forced expiratory volume in 1 sec (ppFEV1), while a key secondary endpoint includes the absolute change (baseline to day 29) in sweat chloride among others. The drugs include the potentiator ABBV-3067 and the corrector ABBV-2222 (Galicaftor, type I corrector similar to VX-809 mechanism); **(2)** The second trial is evaluating a triple combination (Corrector1/Corrector2/Potentiator), for which data readout expected in 1Q22 (trial details here); The corrector1 is ABBV-2222 (Galicaftor, best-in-class), the Corrector2 is ABBV-119, and the potentiator is Navocaftor. Galicaftor, and Navocaftor will be given once daily and ABBV-119 twice a day. Although the extent of ABBV-2222 clinical effect is unclear (improved ppFEV1/sweat chloride only in certain but not all studies), and data for the potentiator used in Abbvie's trial is not available, we believe that investors will be comparing the data from these two studies against Trikafta and Vertex's investigational triplet (see our note here). Overall, we see competitive triplet data from Abbvie could drive VRTX 20%+ down, while superior Abbvie data could drive VRTX 40%+ down. We would expect ABBV up 6-8% on positive data and down a limited amount on negative data.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Matthew Harrison; Jeffrey Hung; David N Lebowitz, CFA, MPH; Vikram Purohit.

.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of August 31, 2021, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Abbvie Inc., Adagene Inc., Alector Inc, Alnylam Pharmaceuticals Inc, Amgen Inc., Aprea Therapeutics Inc, argenx SE, Axsome Therapeutics, Biogen Inc, Bristol Myers Squibb Co, Cytokinetics Inc, Editas Medicine, Eli Lilly & Co., Epizyme Inc, Esperion Therapeutics Inc, Fate Therapeutics Inc, Foghorn Therapeutics, Galapagos NV, Gilead Sciences Inc., Imara Inc, Innoviva Inc, Insmed Inc, Ironwood Pharmaceuticals, Inc., Johnson & Johnson, Karyopharm Therapeutics Inc, Merck & Co., Inc., Moderna Inc, Neurocrine Biosciences Inc, Pfizer Inc, Radius Health Inc, Schrodinger Inc., Sigilon Therapeutics Inc, Theravance Biopharma Inc, Unity Biotechnology Inc., Voyager Therapeutics Inc.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Adagene Inc., Adagio Therapeutics, Inc, ADC Therapeutics SA, Amgen Inc., Arcutis Biotherapeutics, Inc., argenx SE, Atea Pharmaceuticals Inc, AVROBIO Inc, Bolt Biotherapeutics, Inc., Bristol Myers Squibb Co, Centessa Pharmaceuticals, Inc, Certara Inc, Cullinan Oncology Inc, Cyteir Therapeutics, Inc., Cytokinetics Inc, Editas Medicine, Erasca, Inc., Esperion Therapeutics Inc, Evelo Biosciences Inc, Evofem Biosciences Inc, Foghorn Therapeutics, Gilead Sciences Inc., Graphite Bio, Inc., Hookipa Pharma Inc, Imara Inc, Immuneering Corporation, Insmed Inc, Instil Bio, Kaleido Biosciences Inc., Kodiak Sciences Inc, Kymera Therapeutics Inc, Lyell Immunopharma, Inc., Pfizer Inc, Pharvaris N.V., Prelude Therapeutics Inc, Regenxbio Inc, Rhythm Pharmaceuticals Inc, Sana Biotechnology, Inc, Sigilon Therapeutics Inc, Talaris Therapeutics, Taysha Gene Therapies Inc., Tenaya Therapeutics Inc, Tscan Therapeutics Inc, Vaccitech Plc, Y-mABs Therapeutics Inc., Zentalis Pharmaceuticals Inc.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Abbvie Inc., Adagene Inc., Adagio Therapeutics, Inc, ADC Therapeutics SA, Amgen Inc., Arcutis Biotherapeutics, Inc., argenx SE, Ascendis Pharma A/S, Atea Pharmaceuticals Inc, AVROBIO Inc, Bolt Biotherapeutics, Inc., Bristol Myers Squibb Co, Centessa Pharmaceuticals, Inc, Certara Inc, Cullinan Oncology Inc, Cyteir Therapeutics, Inc., Cytokinetics Inc, Editas Medicine, Eli Lilly & Co., Erasca, Inc., Esperion Therapeutics Inc, Evelo Biosciences Inc, Evofem Biosciences Inc, Foghorn Therapeutics, Freeline Therapeutics Holdings plc, Gilead Sciences Inc., Graphite Bio, Inc., Hookipa Pharma Inc, Horizon Therapeutics Plc, Imara Inc, Immuneering Corporation, Incyte Corp, Insmed Inc, Instil Bio, Kaleido Biosciences Inc., Kodiak Sciences Inc, Kymera Therapeutics Inc, Lyell Immunopharma, Inc., Merck & Co., Inc., Pfizer Inc, Pharvaris N.V., Prelude Therapeutics Inc, Regenxbio Inc, Rhythm Pharmaceuticals Inc, Sana Biotechnology, Inc, Schrodinger Inc., Sigilon Therapeutics Inc, Talaris Therapeutics, Taysha Gene Therapies Inc., Tenaya Therapeutics Inc, Tscan Therapeutics Inc, Vaccitech Plc, Y-mABs Therapeutics Inc., Zentalis Pharmaceuticals Inc.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Abbvie Inc., Acadia Pharmaceuticals Inc, Acceleron Pharma Inc, Adagene Inc., Adagio Therapeutics, Inc, ADC Therapeutics SA, Akebia Therapeutics Inc, Akero Therapeutics Inc, Alector Inc, AlloVir Inc, Alnylam Pharmaceuticals Inc, Amgen Inc., Aprea Therapeutics Inc, Arcutis Biotherapeutics, Inc., argenx SE, Ascendis Pharma A/S, Atea Pharmaceuticals Inc, AVROBIO Inc, BeiGene Ltd, Biogen Inc, Biomarin Pharmaceutical Inc, Blueprint Medicines Corporation, Bolt Biotherapeutics, Inc., Bristol Myers Squibb Co, Cabaletta Bio Inc, Centessa Pharmaceuticals, Inc, Cerevel Therapeutics Holdings Inc, Certara Inc, Cyteir Therapeutics, Inc., Cytokinetics Inc, Denali Therapeutics Inc, Editas Medicine, Eli Lilly & Co., Erasca, Inc., Esperion Therapeutics Inc, Evelo Biosciences Inc, Evofem Biosciences Inc, Exelixis Inc., Foghorn Therapeutics, Freeline Therapeutics Holdings plc, Fulcrum Therapeutics Inc, Fusion Pharmaceuticals Inc, Galapagos NV, Genmab A/S, Gilead Sciences Inc., Global Blood Therapeutics Inc, Graphite Bio, Inc., Hookipa Pharma Inc, Horizon Therapeutics Plc, Imara Inc, Immuneering Corporation, Incyte Corp, Innoviva Inc, Insmed Inc, Instil Bio, Ionis Pharmaceuticals Inc, Ironwood Pharmaceuticals, Inc., Johnson & Johnson, Kaleido Biosciences Inc., Kodiak Sciences Inc, Kymera Therapeutics Inc, Legend Biotech Corp, Lyell Immunopharma, Inc., Merck & Co., Inc., Moderna Inc, Neurocrine Biosciences Inc, NextCure Inc., Pfizer Inc, Pharvaris N.V., Prelude Therapeutics Inc, Regeneron Pharmaceuticals Inc., Regenxbio Inc, Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Sana Biotechnology, Inc, Sarepta Therapeutics Inc, Schrodinger Inc., Seagen Inc, Sigilon Therapeutics Inc, Syndax Pharmaceuticals Inc, Talaris Therapeutics, Taysha Gene Therapies Inc., Tenaya Therapeutics Inc, Theravance Biopharma Inc, Tscan Therapeutics Inc, Ultragenyx Pharmaceutical Inc, Vaccitech Plc, Vertex Pharmaceuticals, Y-mABs Therapeutics Inc., Zealand Pharma A/S, Zentalis Pharmaceuticals Inc.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Abbvie Inc., Amgen Inc., Biogen Inc, Bristol Myers Squibb Co, Eli Lilly & Co., Gilead Sciences Inc., Johnson & Johnson, Merck & Co., Inc., Moderna Inc, Pfizer Inc.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Abbvie Inc., Acadia Pharmaceuticals Inc, Acceleron Pharma Inc, Adagene Inc., Adagio Therapeutics, Inc, ADC Therapeutics SA, Akebia Therapeutics Inc, Akero Therapeutics Inc, Alector Inc, AlloVir Inc, Alnylam Pharmaceuticals Inc, Amgen Inc., Aprea Therapeutics Inc, Arcutis Biotherapeutics, Inc., argenx SE, Ascendis Pharma A/S, Atea Pharmaceuticals Inc, AVROBIO Inc, BeiGene Ltd, Biogen Inc, Biomarin Pharmaceutical Inc, Blueprint Medicines Corporation, Bolt Biotherapeutics, Inc., Bristol Myers Squibb Co, Cabaletta Bio Inc, Centessa Pharmaceuticals, Inc, Cerevel Therapeutics Holdings Inc, Certara Inc, Cullinan Oncology Inc, Cyteir Therapeutics, Inc., Cytokinetics Inc, Denali Therapeutics Inc, Editas Medicine, Eli Lilly & Co., Erasca, Inc., Esperion Therapeutics Inc, Evelo Biosciences Inc, Evofem Biosciences Inc, Exelixis Inc., Foghorn Therapeutics, Freeline Therapeutics Holdings plc, Fulcrum Therapeutics Inc, Fusion Pharmaceuticals Inc, Galapagos NV, Genmab A/S, Gilead Sciences Inc., Global Blood Therapeutics Inc, Graphite Bio, Inc., Hookipa Pharma Inc, Horizon Therapeutics Plc, Imara Inc, Immuneering Corporation, Incyte Corp, Innoviva Inc, Insmed Inc, Instil Bio, Ionis Pharmaceuticals Inc, Ironwood Pharmaceuticals, Inc., Johnson & Johnson, Kaleido Biosciences Inc., Kodiak Sciences Inc, Kymera Therapeutics Inc, Legend Biotech Corp, Lyell Immunopharma, Inc., Merck & Co., Inc., Moderna Inc, Neurocrine Biosciences Inc, NextCure Inc., Pfizer Inc, Pharvaris N.V., Prelude Therapeutics Inc,

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

Regeneron Pharmaceuticals Inc., Regenxbio Inc, Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Sana Biotechnology, Inc, Sarepta Therapeutics Inc, Schrodinger Inc., Seagen Inc, Sigilon Therapeutics Inc, Syndax Pharmaceuticals Inc, Talaris Therapeutics, Taysha Gene Therapies Inc., Tenaya Therapeutics Inc, Theravance Biopharma Inc, Tscan Therapeutics Inc, Ultragenyx Pharmaceutical Inc, Vaccitech Plc, Vertex Pharmaceuticals, Y-mABs Therapeutics Inc., Zealand Pharma A/S, Zentalis Pharmaceuticals Inc.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Abbvie Inc., Amgen Inc., BeiGene Ltd, Biogen Inc, Biomarin Pharmaceutical Inc, Bristol Myers Squibb Co, Cytokinetics Inc, Eli Lilly & Co., Esperion Therapeutics Inc, Genmab A/S, Gilead Sciences Inc., Johnson & Johnson, Merck & Co., Inc., Moderna Inc, Pfizer Inc, Regeneron Pharmaceuticals Inc., Vertex Pharmaceuticals.

An employee, director or consultant of Morgan Stanley is a director of Merck & Co., Inc.. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of Abbvie Inc., Acadia Pharmaceuticals Inc, Acceleron Pharma Inc, Adagio Therapeutics, Inc, ADC Therapeutics SA, Akebia Therapeutics Inc, Alector Inc, AlloVir Inc, Alnylam Pharmaceuticals Inc, Amgen Inc., AVROBIO Inc, Biogen Inc, Biohaven Pharmaceutical Holding Company, Biomarin Pharmaceutical Inc, Bluebird Bio Inc, Blueprint Medicines Corporation, Bolt Biotherapeutics, Inc., Bristol Myers Squibb Co, Cabaletta Bio Inc, Centessa Pharmaceuticals, Inc, Certara Inc, Cullinan Oncology Inc, Cytokinetics Inc, Eli Lilly & Co., Epizyme Inc, Evelo Biosciences Inc, Exelixis Inc., Foghorn Therapeutics, Fulcrum Therapeutics Inc, Fusion Pharmaceuticals Inc, Gilead Sciences Inc., Global Blood Therapeutics Inc, Graphite Bio, Inc., Horizon Therapeutics Plc, Imara Inc, Immuneering Corporation, Incyte Corp, Innoviva Inc, Insmed Inc, Instil Bio, Ionis Pharmaceuticals Inc, Ironwood Pharmaceuticals, Inc., Johnson & Johnson, Karyopharm Therapeutics Inc, Kodiak Sciences Inc, Kymera Therapeutics Inc, Legend Biotech Corp, MacroGenics Inc, Merck & Co., Inc., Mirati Therapeutics, Moderna Inc, Neurocrine Biosciences Inc, NextCure Inc., Pfizer Inc, Pharvaris N.V., Prelude Therapeutics Inc, Radius Health Inc, Regeneron Pharmaceuticals Inc., Regenxbio Inc, Repare Therapeutics Inc, Rhythm Pharmaceuticals Inc, Schrodinger Inc., Seagen Inc, Sigilon Therapeutics Inc, Talaris Therapeutics, Tenaya Therapeutics Inc, Theravance Biopharma Inc, Tscan Therapeutics Inc, Ultragenyx Pharmaceutical Inc, Vaccitech Plc, Vertex Pharmaceuticals, Zealand Pharma A/S, Zentalis Pharmaceuticals Inc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of August 31, 2021)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| STOCK RATING CATEGORY | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| **Overweight/Buy** | **1500** | **43%** | **414** | **48%** | **28%** | **666** | **44%** |
| **Equal-weight/Hold** | **1492** | **43%** | **376** | **43%** | **25%** | **670** | **44%** |
| **Not-Rated/Hold** | **1** | **0%** | **0** | **0%** | **0%** | **0** | **0%** |
| **Underweight/Sell** | **513** | **15%** | **80** | **9%** | **16%** | **191** | **13%** |
| **TOTAL** | **3,506** | | **870** | | | **1527** | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe,

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

on a risk-adjusted basis, over the next 12-18 months.
Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.
In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.
Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.
Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.
Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Abbvie Inc., Amgen Inc., Biogen Inc, Biomarin Pharmaceutical Inc, Bristol Myers Squibb Co, Cytokinetics Inc, Eli Lilly & Co., Esperion Therapeutics Inc, Gilead Sciences Inc., Incyte Corp, Insmed Inc, Johnson & Johnson, Merck & Co., Inc., Pfizer Inc, Sarepta Therapeutics Inc, Theravance Biopharma Inc.
Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.
Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.
Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.
Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.
Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).
If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.
Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.
The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.
The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.
With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

areas, including investment banking personnel.
Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.
Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.
To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.
Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.
Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.
The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.
The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.
As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.
The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.
Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.
Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

**INDUSTRY COVERAGE: Biotechnology**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (09/03/2021) |
|---|---|---|
| **David N Lebowitz, CFA, MPH** | | |

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

| | | |
|---|---|---|
| Akebia Therapeutics Inc (AKBA.O) | E (09/07/2018) | $3.03 |
| Alnylam Pharmaceuticals Inc (ALNY.O) | O (03/05/2019) | $197.46 |
| Arcutis Biotherapeutics, Inc. (ARQT.O) | O (05/27/2021) | $21.65 |
| Ascendis Pharma A/S (ASND.O) | O (10/11/2019) | $167.00 |
| AVROBIO Inc (AVRO.O) | O (07/16/2018) | $6.27 |
| Blueprint Medicines Corporation (BPMC.O) | E (10/30/2020) | $97.81 |
| Epizyme Inc (EPZM.O) | U (08/09/2021) | $5.55 |
| Immuneering Corporation (IMRX.O) | E (08/24/2021) | $28.31 |
| Ionis Pharmaceuticals Inc (IONS.O) | U (11/07/2019) | $39.52 |
| Ironwood Pharmaceuticals, Inc. (IRWD.O) | E (03/27/2019) | $12.75 |
| Karyopharm Therapeutics Inc (KPTI.O) | O (07/01/2020) | $5.70 |
| MacroGenics Inc (MGNX.O) | U (11/21/2019) | $22.50 |
| Rhythm Pharmaceuticals Inc (RYTM.O) | O (09/07/2018) | $12.95 |
| Schrodinger Inc. (SDGR.O) | O (09/01/2021) | $65.25 |
| Syndax Pharmaceuticals Inc (SNDX.O) | E (10/29/2018) | $17.85 |
| Y-mABs Therapeutics Inc. (YMAB.O) | E (04/29/2020) | $32.33 |
| Zealand Pharma A/S (ZEAL.O) | O (09/12/2018) | $32.75 |

**Jeffrey Hung**

| | | |
|---|---|---|
| Acadia Pharmaceuticals Inc (ACAD.O) | O (08/20/2020) | $16.78 |
| Acceleron Pharma Inc (XLRN.O) | O (02/03/2020) | $131.32 |
| Aprea Therapeutics Inc (APRE.O) | U (08/12/2021) | $4.69 |
| Cullinan Oncology Inc (CGEM.O) | O (04/27/2021) | $28.95 |
| Cyteir Therapeutics, Inc. (CYT.O) | O (07/13/2021) | $20.53 |
| Cytokinetics Inc (CYTK.O) | O (04/09/2020) | $32.46 |
| Erasca, Inc. (ERAS.O) | E (08/10/2021) | $23.85 |
| Esperion Therapeutics Inc (ESPR.O) | E (03/11/2021) | $12.55 |
| Evofem Biosciences Inc (EVFM.O) | E (08/20/2020) | $0.87 |
| Exelixis Inc. (EXEL.O) | E (03/18/2019) | $19.77 |
| Graphite Bio, Inc. (GRPH.O) | O (07/20/2021) | $20.43 |
| Neurocrine Biosciences Inc (NBIX.O) | O (09/10/2018) | $95.87 |
| NextCure Inc. (NXTC.O) | E (07/13/2020) | $7.74 |
| Prelude Therapeutics Inc (PRLD.O) | E (10/20/2020) | $37.38 |
| Repare Therapeutics Inc (RPTX.O) | O (07/14/2020) | $33.75 |
| Ultragenyx Pharmaceutical Inc (RARE.O) | O (03/27/2019) | $102.40 |
| Voyager Therapeutics Inc (VYGR.O) | E (09/10/2018) | $3.33 |

**Matthew Harrison**

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

| | | |
|---|---|---|
| Adagene Inc. (ADAG.O) | O (03/07/2021) | $16.77 |
| Adagio Therapeutics, Inc (ADGI.O) | E (08/31/2021) | $42.39 |
| ADC Therapeutics SA (ADCT.N) | O (06/09/2020) | $27.95 |
| Akero Therapeutics Inc (AKRO.O) | O (09/10/2020) | $23.71 |
| Alector Inc (ALEC.O) | O (03/04/2019) | $26.64 |
| AlloVir Inc (ALVR.O) | O (08/24/2020) | $20.21 |
| Amgen Inc. (AMGN.O) | O (12/17/2019) | $226.37 |
| argenx SE (ARGX.O) | O (01/04/2019) | $350.58 |
| Atea Pharmaceuticals Inc (AVIR.O) | O (11/24/2020) | $28.91 |
| BeiGene Ltd (6160.HK) | O (01/17/2020) | HK$213.40 |
| BeiGene Ltd (BGNE.O) | O (01/17/2020) | $336.32 |
| Biogen Inc (BIIB.O) | O (07/27/2020) | $333.60 |
| Biohaven Pharmaceutical Holding Company (BHVN.N) | E (04/09/2019) | $136.30 |
| Biomarin Pharmaceutical Inc (BMRN.O) | E (07/08/2020) | $84.95 |
| Bluebird Bio Inc (BLUE.O) | E (11/03/2017) | $18.00 |
| Bolt Biotherapeutics, Inc. (BOLT.O) | O (03/02/2021) | $18.60 |
| Cabaletta Bio Inc (CABA.O) | O (11/19/2019) | $11.06 |
| Centessa Pharmaceuticals, Inc (CNTA.O) | O (06/22/2021) | $23.11 |
| Cerevel Therapeutics Holdings Inc (CERE.O) | O (06/18/2021) | $35.19 |
| Denali Therapeutics Inc (DNLI.O) | O (01/02/2018) | $54.53 |
| Editas Medicine (EDIT.O) | U (01/19/2021) | $68.25 |
| Evelo Biosciences Inc (EVLO.O) | E (05/21/2020) | $9.12 |
| Freeline Therapeutics Holdings plc (FRLN.O) | O (09/01/2020) | $3.93 |
| Fulcrum Therapeutics Inc (FULC.O) | O (08/11/2021) | $28.07 |
| Fusion Pharmaceuticals Inc (FUSN.O) | O (07/21/2020) | $9.05 |
| Galapagos NV (GLPG.O) | O (01/19/2021) | $60.22 |
| Genmab A/S (GMAB.CO) | E (01/19/2021) | DKr 3,100.00 |
| Genmab A/S (GMAB.O) | E (01/19/2021) | $48.72 |
| Gilead Sciences Inc. (GILD.O) | O (01/19/2021) | $71.96 |
| Global Blood Therapeutics Inc (GBT.O) | E (03/21/2018) | $30.17 |
| Imara Inc (IMRA.O) | E (08/11/2021) | $5.03 |
| Innoviva Inc (INVA.O) | U (08/14/2014) | $15.36 |
| Insmed Inc (INSM.O) | O (03/21/2018) | $28.51 |
| Kaleido Biosciences Inc. (KLDO.O) | E (05/21/2020) | $6.36 |
| Kodiak Sciences Inc (KOD.O) | E (11/16/2020) | $91.93 |
| Legend Biotech Corp (LEGN.O) | O (06/30/2020) | $38.94 |
| Lyell Immunopharma, Inc. (LYEL.O) | O (07/12/2021) | $16.48 |
| Moderna Inc (MRNA.O) | E (12/16/2020) | $416.70 |
| Pharvaris N.V. (PHVS.O) | O (03/02/2021) | $19.01 |
| Regeneron Pharmaceuticals Inc. (REGN.O) | E (10/01/2015) | $679.57 |
| Regenxbio Inc (RGNX.O) | O (11/09/2017) | $34.98 |
| Rubius Therapeutics Inc. (RUBY.O) | E (03/13/2020) | $22.33 |
| SAGE Therapeutics Inc (SAGE.O) | E (11/16/2020) | $46.48 |
| Sana Biotechnology, Inc (SANA.O) | O (03/01/2021) | $24.74 |
| Sarepta Therapeutics Inc (SRPT.O) | E (01/08/2021) | $80.51 |
| Seagen Inc (SGEN.O) | E (12/10/2019) | $152.22 |
| Sigilon Therapeutics Inc (SGTX.O) | E (12/29/2020) | $5.56 |
| Taysha Gene Therapies Inc. (TSHA.O) | O (10/19/2020) | $19.60 |
| Tenaya Therapeutics Inc (TNYA.O) | O (08/24/2021) | $24.64 |
| Unity Biotechnology Inc. (UBX.O) | E (08/18/2020) | $3.29 |
| Vaccitech Plc (VACC.O) | O (05/25/2021) | $14.96 |
| Vertex Pharmaceuticals (VRTX.O) | E (07/08/2020) | $198.05 |
| Zentalis Pharmaceuticals Inc (ZNTL.O) | O (04/28/2020) | $66.34 |

**Michael E Ulz**

| | | |
|---|---|---|
| Allakos Inc (ALLK.O) | E (08/26/2021) | $97.09 |
| Fate Therapeutics Inc (FATE.O) | E (08/26/2021) | $72.98 |
| Horizon Therapeutics Plc (HZNP.O) | O (03/22/2021) | $110.01 |
| IGM Biosciences Inc (IGMS.O) | O (08/26/2021) | $71.09 |
| Mirati Therapeutics (MRTX.O) | E (08/26/2021) | $172.75 |

**Vikram Purohit**

| | | |
|---|---|---|
| Axsome Therapeutics (AXSM.O) | E (08/10/2021) | $26.69 |
| Certara Inc (CERT.O) | E (01/05/2021) | $37.77 |
| Foghorn Therapeutics (FHTX.O) | O (11/17/2020) | $13.68 |
| Hookipa Pharma Inc (HOOK.O) | O (04/08/2021) | $6.77 |
| Incyte Corp (INCY.O) | E (04/29/2020) | $76.09 |
| Instil Bio (TIL.O) | E (04/13/2021) | $21.48 |
| Kymera Therapeutics Inc (KYMR.O) | E (09/15/2020) | $60.04 |
| Radius Health Inc (RDUS.O) | E (05/13/2020) | $13.45 |
| Talaris Therapeutics (TALS.O) | O (06/01/2021) | $13.72 |
| Theravance Biopharma Inc (TBPH.O) | U (08/24/2021) | $8.47 |
| Tscan Therapeutics Inc (TCRX.O) | O (08/10/2021) | $8.52 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.

**INDUSTRY COVERAGE: Major Pharmaceuticals**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (09/03/2021) |
|---|---|---|
| **Matthew Harrison** | | |
| Abbvie Inc. (ABBV.N) | O (05/11/2020) | $111.62 |
| Bristol Myers Squibb Co (BMY.N) | E (04/30/2021) | $65.61 |
| Eli Lilly & Co. (LLY.N) | O (09/03/2020) | $259.53 |
| Johnson & Johnson (JNJ.N) | O (12/17/2019) | $175.04 |
| Merck & Co., Inc. (MRK.N) | O (04/17/2018) | $77.26 |
| Pfizer Inc (PFE.N) | E (07/30/2019) | $46.84 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2021 Morgan Stanley

Provided for the exclusive use of Mike Hencke at Biogen Inc. on 12-Sep-2021 09:17 AM.