*Exhibit 59*

*Stifel, "Aduhelm Deep Dive: Vetting the NCD, Surveying Physicians, and Handicapping the 2022/2023 Abeta Readouts," October 14, 2021*

STIFEL

# Biogen Inc.

**BIIB – NASDAQ**

**October 14, 2021**

Biotechnology

**BUY**

**COMPANY UPDATE**

**Financial Summary**

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Buy |
| Target Price | $430.00 | $344.00 |
| FY21E Revenue | $10.79B | $10.75B |
| FY22E Revenue | $10.86B | $10.10B |
| FY21E EPS | $18.63 | $18.56 |
| FY22E EPS | $21.31 | $20.01 |

| | |
|---|---|
| Price ( 10/14/21 ): | $285.26 |
| 52-Week Range: | $469 - $223 |
| Market Cap.(mm): | 42,789.0 |
| Shr.O/S-Diluted (mm): | 150.0 |
| Avg Daily Vol (3 Mo): | 999,727 |
| Dividend / Yield: | $0.00 / 0.0% |
| FYE | Dec |

| EPS | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | $9.14 | $5.34A | $NE |
| Q2 | $9.85 | $5.68A | $NE |
| Q3 | $8.84 | $3.87 | $NE |
| Q4 | $4.58 | $3.66 | $NE |
| | $32.62A | $18.56 | $20.01 |
| P/E | 8.7x | 15.4x | 14.3x |

*EPS may not sum to full year due to differences in share count*

| Revenue | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | $3.53B | $2.69BA | $NE |
| Q2 | $3.68B | $2.77BA | $NE |
| Q3 | $3.38B | $2.66B | $NE |
| Q4 | $2.85B | $2.62B | $NE |
| | $13.45B | $10.75B | $10.10B |

**Price Performance**




## Aduhelm Deep Dive: Vetting the NCD, Surveying Physicians, and Handicapping the 2022/2023 Abeta Readouts

## Summary

**Biogen has pulled in 35%-40% off highs, some of which we believe is deserved. The Aduhelm NCD review has become a binary event, and with so much negative media coverage and approval backlash, it's reasonable to worry that the Aduhelm brand could be permanently harmed. Can we put a probability-of-success on Medicare reimbursement? If reimbursed, will Aduhelm still be a blockbuster drug? The other variable is the three other 2022/2023 amyloid readouts--Gantanerumab, BAN2401, Donanemab--which could impact Aduhelm in a variety of ways, good or bad, notwithstanding Biogen's economic upside in BAN2401. With these issues on our mind, we recently spoke with 4 payor consultants, surveyed 58 neurologists, and combed through abeta antibody data for competitors, seeking to arrive at an Aduhelm sales forecast that balances many moving parts/risks. Our US peak sales go to ~$5B from $10B+, though with a new target price of $344, we're remaining Buy on BIIB.**

## Key Points

**Is the NCD process vettable? Can one realistically put a probability-of-success on different Medicare coverage outcomes?** From our work it seems like the answer is yes, to an extent. While various payor consultants we spoke with had varying opinions of the Aduhelm controversy, all agreed that (1) full reimbursement per FDA label is unlikely but (2) outright NCD rejection also seems improbable. It might seem that "coverage with evidence determination [CED]" represents a path of least resistance, but multiple payor specialists highlighted that this is almost unprecedented for a drug, and could be really complicated to actually implement. In turn, the prevailing view is that the NCD will cover Aduhelm but with additional restrictions, possibly related to certain ENGAGE/EMERGE exclusion criteria. What this would look like could come in many forms. But in most iterations, while it would narrow the eligible population (we're reducing numbers to reflect this), it'd probably represent a win for the stock after expectations have re-set substantially.

**After a rocky summer to say the least, where do physicians stand on Aduhelm today vs 3-4 months ago?** The most surprising finding from our survey: physician views of Aduhelm are, for the most part, unchanged. This is not to say views are broadly positive: dating back to CTAD 2019, Aduhelm remains a very polarizing drug. Interestingly though, survey respondents also haven't observed a material change in the frequency with which patients ask about/for aducanumab. We discuss more data within, but the lack of broad "souring" on Adu, in light of so much controversy, does make us cautiously optimistic that there's still room for meaningful utilization if reimbursement comes through. To this point, if Medicare coverage comes through, ~90% of physicians expect to prescribe: ~45% a meaningful amount, ~55% on a limited basis/upon patient request, even many who are negative on the data.

**2022/2023 brings three more major abeta readouts: gantanerumab, BAN2401 and donanemab. What should Biogen investors be rooting for?** As we consider all the post-Aducanumab approval FDA backlash, and the fact that the Medicare NCD review is for the abeta antibody class, we think 2022/2023 readouts from Roche, Eisai/Biogen, and Lilly will have a major impact on BIIB beyond the obvious (i.e. more/less competition, Biogen's economics in BAN2401). More broadly, even if it means additional drugs on the market, we believe positive data from all trials (or BAN2401 + donanemab) would be the best case: it could embolden physician prescribing, and at least one clear success would mitigate the risk of a worst case outcome where negative results invalidate PET as a surrogate and invigorate pressures to rescind Aducanumab accelerated approval. That said, we think the most likely outcome is that 1-2 of these drugs succeed: donanemab has the best chance (say 65%), BAN2401 is probably ~50/50, whereas gantanerumb is hardest to handicap. But Gant/BAN2401 come first, so while the BAN2401 ph3 is an underrated potential upside lever for BIIB, we do worry about the risk that if these trials aren't positive they could re-fuel the abeta controversy in 2022.

**Paul Matteis** | (617) 488-4485 | matteisp@stifel.com
**Alex Thompson**, PhD | (617) 488-4406 | thompsona@stifel.com
**Kathryn Smith** | (617) 848-2765 | smithkath@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 68 - 70 of this report.**

**Distilling this all into our model: reduced peak sales, and we assume that the Aduhelm ramp doesn't majorly pick up until 2H22.**

### *Investment Thesis*

***We rate BIIB shares Buy.*** *Biogen is a large, diversified biopharmaceutical company that is focused on the development and commercialization of novel medicines for the treatment of neurological diseases. We believe the stock is likely to trade during the next 12 months on two key variables: reimbursement and the launch of Aducanumab for the treatment of Alzheimer's Disease and the Tecfidera appeal outcome. Near term, the narrative on the stock will be dominated by the launch of Aducanumab, where, even though we see multiple logistical challenges to access (PET scans, MRIs, reimbursement etc), we do believe that there will ultimately be restricted coverage that still allows for meaningful utilization. Meanwhile, outside of Alzheimer's, we are conservative when valuing the company's pipeline, given its so-so track record, though we are enthusiastic about its re-upped collaboration with Ionis and the recent deal with SAGE, the latter of which we think is underappreciated in the stock.*

### Target Price Methodology/Risks

**We derive a $344 target price for BIIB shares using a DCF analysis.** We use an 8% cost of capital, which reflects Biogen's profitability, diversified revenue stream, access to capital and mature stage. We use a 2% terminal growth rate, now at the mid-to-high end of our large cap biotech coverage universe, to reflect competitive risk to the base business, but also the US approval of aducanumab and the commercial potential of SAGE-217.

Risks to our valuation include commercial risks (competition, pressure from insurance companies), clinical risk (impacts all pipeline assets), regulatory risks, the risk of a dilutive acquisition, and/or financing risks. We believe any of these have the potential to impact the stock and our target price significantly.

### Company Description

Biogen, Inc. is a large, diversified biopharmaceutical company that is focused on the commercialization and development of medicines for the treatment of neurological diseases. Biogen holds a dominant position in the approximately $20 billion Multiple Sclerosis marketplace, though like other major players, increased payor pressure remains a key point of focus. Concurrently, Biogen's most high profile pipeline candidate is aducanumab, a monoclonal antibody that targets beta-amyloid, a potentially pathogenic protein that builds up in the brain of Alzheimer's patients. The success or failure of aducanumab in its imminent BLA regulatory filing to the FDA is now a primary focus of the Biogen investment debate, as the mixed efficacy signals presented by ENGAGE and EMERGE (the two Alzheimer's ph3 trials) reduce clarity and investor confidence in a potential outcome. Biogen's developmental pipeline is full of high risk/high reward assets, though the company's recently broadened CNS collaboration with Ionis has been most fruitful with the approval of Spinraza, which is annualizing at over $2 billion in sales.

# Aduhelm NCD & Launch Outlook

## Stifel Biotechnology Equity Research

**Paul Matteis**
Managing Director, Senior Biotech Analyst
(617) 488-4485
matteisp@stifel.com

**Alex Thompson, PhD**
Associate
(617) 488-4406
thompsona@stifel.com

**Kathryn Smith**
Associate
(617) 848-2765
smithkath@stifel.com

# We Conducted a Deep Dive Into Aducanumab's Prospects From Three Angles

| | |
|---|---|
| **1 The NCD** | • *Is the NCD process vettable? Can we put a probability on different outcomes?*<br>• *We spoke with a handful of payor consultants who offered varying perspectives, but generally do expect Aducanumab to get coverage in some (restricted) fashion* |
| **2 Physician (And Patient) Perceptions** | • *The amount of negative coverage surrounding Aducanumab, since approval, has been overwhelming. Has this changed physician and patient enthusiasm? In other words, if Aducanumab does garner Medicare coverage, will the drug be as big as investors had hoped in June?* |
| **3 Evolving Abeta Landscape** | • *In 2022 and 2023, we'll get pivotal data from three major abeta trials. What permutation of outcomes should Biogen investors be "rooting" for? Are more clinical successes (and more competition) a good thing? How does BAN2401 fit in?*<br>• *In our view, Aducanumab's sales trajectory mid-to-long term, or even its ability to stay on the market, could plausibly hinge on other trial outcomes that pose a read-through onto the predictive validity of PET-SUVr changes in Alzheimer's Disease, and/or influence skeptical physicians' view of the abeta removal strategy* |

Source: Stifel Research.

# Handicapping the NCD With Confidence Isn't Doable As There's No Relevant Precedent…But, Payor Specialists Do Think Coverage in Some Form is Likely

| | |
|---|---|
| **What Exactly Is An NCD?** | *An NCD entails a determination by the Secretary of the Department of Health and Human Services with respect to whether or not a particular item or service is covered nationally—it's ultimately CMS's job to determine an item or service is **reasonable and necessary** for the diagnosis or treatment of illness or injury* |
| **Will They Use Their Own "Adcomm"?** | *It's possible that CMS will use an external adcomm-like meeting—external tech assessment or a MEDCAC—though at this point, given no guidance has been publicly stated and we are approaching the Jan 12, 2022 initial proposed decision deadline, we think that is unlikely (and our payor checks largely agree)* |
| **What's The Timeline?** | *Current timelines guide for an initial proposed decision on Jan 12, 2022, with a final decision made by 90 days later on April 12\, 2022* |
| **What Are The Possible Outcomes?** | *There are really five potential outcomes: (1) denial of coverage; (2) left to MAC's discretion; (3) coverage with evidence development (CED); (4) coverage with restrictions beyond the label; and (5) full coverage to the label* |
| **What Do We Think Is Going To Happen?** | *We see complete denial of coverage or full coverage to the label as unlikely—there hasn't been an FDA-approved drug in the last 15+ years that has not received coverage to some degree and our payor consultants agree these are improbable* |
| | *CED, while it may seem like a path of least resistance, would be almost unprecedented for a drug, and, as is the case with many CEDs, is likely very difficult to actually implement. Bottom line: it would basically involve organizing and overseeing a confirmatory study* |
| | *Ultimately the prevailing view is that CMS will cover Aduhelm but with some additional restrictions beyond the label, potentially leveraging some inclusion/exclusion criteria from ENGAGE/EMERGE—this could take many forms but is likely to narrow the eligible patient population; however, though that may be the case, we still think coverage to any extent will be a win for the stock given the re-setting of expectations as of late* |

Source: Stifel Research.

# We Surveyed 58 Physicians and Expected Adu Sentiment to Have Become Much More Negative…We Were Very Surprised That This Wasn't the Case

| | |
|---|---|
| **Physician Perception of Aduhelm** | *We were surprised to find that it appears most docs have opinions that remain unchanged. Certainly this is still a polarizing drug—there is a real contingent of docs who do not (and probably always have not) liked Adu, and a small group of believers, but the majority of doctors seem to lie somewhere in the middle with more neutral opinions* |
| | *But given that Aduhelm has been embroiled in negativity since approval, we view it positively for BIIB that docs' perceptions have not been swayed considerably in the last few months* |
| **Patient Demand** | *Importantly, docs highlighted that though there is some downtick in terms of patient asks, it has largely remained unchanged since around time of approval—another encouraging sign* |
| **Future Outlook** | *Among docs who are waiting to infuse patients, reimbursement is the chief rate-limiting factor, while those who have not prescribed yet have a more skeptical view of Adu's clinical profile, though interestingly, even among those with an "unfavorable" view of Adu, nearly half said they do have expectations of prescribing in the future* |
| | *While this was good to hear from BIIB, it's not all roses—many of these docs who have yet to prescribe would like to see further real world data codifying efficacy, safety, patient stratifications, etc., and even then may only prescribe in a very limited pt pool* |

***Bottom Line*: The survey was mixed – Adu is still clearly a polarizing drug with which people have a wide range of opinions on. But we were surprised to see that sentiment among physicians and patients has not completely soured, and even among those with skeptical views of adu, there is an openness to potential future use. Though Street expectations have rightfully tempered, we remain cautiously optimistic there's still room for meaningful adu utilization**

Source: Stifel Research.

# The One More Complicated Variable to Handicap: How Will Other Abeta Trial Readouts Impact Views of Adu? Readthrough Onto Uptake? Maintaining Approval?

| | |
|---|---|
| **The Setup** | *The Abeta story is going to rapidly evolve in 2022/2023, with three major readouts, possible re-tests of amyloid PET as a surrogate, and a lot of questions—how will these data compare to Adu? What is best case for BIIB? If they all fail, could Adu be pulled from the market?* |
| **What's Likely To Happen With These mAbs?** | *Donanemab: We think donanemab has the best chance at success going into these readouts—we put a 65% PoS on it. In their ph2 they demonstrated clear stat sig efficacy on PET but also on clinical benefit on iADRS. This is the same endpoint of their ph3 which we will get in 1H23. Before then however, we do expect that donanemab will receive accelerated approval and likely launch in 2022, increasing competition* |
| | *BAN2401: We think BAN2401 has the next best shot at ph3 success—we put PoS at ~50%. BAN2401 showed compelling ph2 on both PET reduction and clinical benefit, hitting on 2 of 3 clinical outcome scales; however, there's debate around the utility of one (ADCOMS). '2401 has repeated its success in an ongoing OLE as well. We discount slightly to LLY because the ph3 endpoint is CDR-SB—the one clinical benefit scale it didn't hit significance on in ph2 (though there was a trend). We'll get data 3Q22* |
| | *Gantenerumab: Gant has the least compelling case to us—they currently have 3 years of OLE data showing reduction in PET, but just 30 pts have three years of follow-up data and it's in a very uncontrolled population. Further, they have no clear demonstration of clinical benefit to date, which confounds our ability to have confidence ahead of the ph3 readouts in 2H22* |
| **What's Our Base Case?** | *Our base case assumes don success, with both BAN2401 and gant being equivocal. We believe a BAN2401 success would be meaningful upside for BIIB given they have 50% economics in the drug* |
| | *At least one success is key for BIIB—three failures could reinvigorate pressure on amyloid as a surrogate and potentially even lead to adu being pulled from the market. The two readouts in 2H22—BAN2401 and gant—are the first two major tests Biogen investors should be cheering for one to work* |

Source: Stifel Research.

# Bottom Line: We've Reduced Our Aducanumab Peak Sales Projection to ~$5B, But We're Remaining Buy on the Stock Given the Negativity Priced-In

| | *Stifel View* |
|---|---|
| **The NCD** | *The NCD process is vettable to some degree—through our payor checks and looking at historical NCDs, we feel mostly optimistic the most likely outcome is coverage with some restriction beyond the label. Though this will certainly narrow the eligible patient population, all things considered in the last ~4 months, we think any coverage is a win in most iterations for BIIB* |
| **Physician Perception** | *While adu is still clearly a very polarizing drug with a wide swath of opinions—this definitely came through in our survey—we view the relatively stable opinions of physicians and patient ask volume as a (cautiously) optimistic indicator that perception is not completely soured and there's still room for meaningful utilization of adu* |
| **Evolving Abeta Landscape** | *2022/2023 are lining up to be pivotal years for the Abeta space, including BIIB/adu. Ultimately we think positive data from these trials is a good thing for BIIB in that it may reinforce amyloid PET as a surrogate, facilitate reimbursement, and embolden physician utilization—conversely, if all fail, amyloid PET could be called into question and could reinvigorate calls for Adu to be pulled from the market*<br><br>*Though we think positive data is good for BIIB, naturally this leads to more competition. We expect don will get accelerated approval and likely launch in 2H22, putting considerable pressure on the already slowed Adu launch—we also think it has the best shot at hitting its ph3 trial in 1H23. A positive readout from BAN2401 in 3Q22 we see as upside for BIIB, given their 50% economics in the drug* |
| **Distilling This Into The Model** | ***Distilling this down into the model, peak sales go to ~$5B**. This is driven by delaying adu's ramp inflection to 2H22 and cutting peak penetration (putting it at parity with dona, but lower for all) to reflect the likely narrowing of the eligible pt pop through the NCD, the evolving Abeta competitive landscape, and the general perception that the Abeta's will remain polarizing (and may never be "easy" to use)* |

Source: Stifel Research.

# Given The Evolving Abeta Story, We've Updated Our Market Shares—We've Reduced Peak Penetration Considerably and Put Adu At Parity With Dona

***In both prodromal and mild AD, we have adjusted peak penetrations to 6% for Aduhelm, down from 12% previously—this now puts Adu at parity with donanemab***

| Alzheimer's Disease Market Model | 2023E | 2024E | 2025E | | | | | |
|---|---|---|---|---|---|---|---|---|
| Penetration of disease modifying drugs | | | | | | | | |
| Aβ targeting drugs - Prodromal | | | | | | | | |
| Aducanumab penetration, % | 2.5% | 3.5% | 4.5% | 5.5% | 6.0% | 6.0% | 6.0% | 6.0% |
| Crenezumab penetration, % | - | - | - | - | - | - | - | - |
| Gantenerumab penetration, % | - | - | - | - | - | - | - | - |
| BAN2401 penetration % | - | 0.5% | 1.5% | 3.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| Donanemab penetration % | 2.0% | 3.5% | 4.5% | 5.5% | 6.0% | 6.0% | 6.0% | 6.0% |
| TOTAL | 4.5% | 7.5% | 10.5% | 14.0% | 16.0% | 16.0% | 16.0% | 16.0% |
| Aβ targeting drugs - Mild | | | | | | | | |
| Aducanumab penetration, % | 2.5% | 3.5% | 4.5% | 5.5% | 6.0% | 6.0% | 6.0% | 6.0% |
| Crenezumab penetration, % | - | - | - | - | - | - | - | - |
| Gantenerumab penetration, % | - | - | - | - | - | - | - | - |
| BAN2401 penetration % | - | 0.5% | 1.5% | 3.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| Donanemab penetration % | 2.0% | 3.5% | 4.5% | 5.5% | 6.0% | 6.0% | 6.0% | 6.0% |
| TOTAL | 4.5% | 7.5% | 10.5% | 14.0% | 16.0% | 16.0% | 16.0% | 16.0% |

***Note: though we model penetration for BAN2401, we currently do not credit BIIB any revenue from it***

Source: Stifel Research.

# Distilling Abeta Competition, The NCD, And The Tumultulous Ride Since Approval In The Model—Peak Revenues Drop To ~$5B, Down From $10B+

## Forecasted Peak US Revenues For Aduhelm—Then And Now

*Previously*




*Now*




Source: Stifel Research.

# CMS National Coverage Determination—What Is It? What Are The Steps Involved?

| | |
|---|---|
| **What is a NCD?** | *An NCD entails a determination by the Secretary of the Department of Health and Human Services with respect to whether or not a particular item or service is covered nationally* |
| **How Does This Differ From The FDA?** | *The FDA is charged with regulating whether devices or pharmaceuticals are safe and effective for their intended use by consumers*<br><br>*Both CMS and FDA review scientific evidence and will likely review some of the same evidence to meet each agency's mission. Like FDA, CMS reviews clinical evidence to determine, among other things, **whether the item or service is <u>reasonable and necessary</u> for the diagnosis of treatment of illness or injury** or to improve the functioning of a malformed body member for the affected Medicare beneficiary population* |
| **Does CMS Have Their Own "Adcomm"? When?** | *During the NCD process, CMS may determine need for assistance—that may come in the form of an external technology assessment or a MEDCAC. A MEDCAC is a more comprehensive, more involved assessment than an external TA*<br><br>*There are many reasons CMS may use an external body. Among the most relevant here are: (1) "there is significant controversy among experts"; (2) "the existing published studies contain potentially significant methodological flaws such as flawed design, inappropriate data analysis, or small sample size"; (3) "use of the technology is the subject of controversy among the general public"; and (4) "CMS determines that the NCD process would be better informed by deliberation that incorporates the viewpoint of patient advocates as well as a broad societal perspective of factors not directly related to the scientific review of the evidence but nevertheless relevant to the decision"* |
| **What Is The Timeline on The NCD?** | *Statutory timeframes for completing NCDs are 6 months from initial request to proposed decision, unless an external TA or MEDCAC is required in which this timeline is 9 months. Following a proposed decision, there will be a second public comment period (30 days; there is also a 30-day public comment period at the start of the NCD which has already occurred for Aduhelm)—a final NCD is then made 90 days after the proposed decision* |

Source: CMS, Stifel Research.

# What Is The Timeline for This NCD? Will There Be a MEDCAC or External TA? One Would Think There Should Be, But for Now It Appears Not…

***To date, we have not heard anything regarding a MEDCAC and the current timelines CMS is messaging suggest they are not planning one. If CMS does decide to do one, it could delay the timeline on the initial proposed decision of Jan 12, 2022 but we don't expect that to happen…***

***Formal request accepted and review initiated*** — ***July 12, 2021***

***Proposed Decision Memo Due Date*** — ***Jan 12, 2022***

***Expected NCA Completion Date*** — ***April 12, 2022***

*CMS is messaging that January 12th, or 6 months after acceptance of review, will be the date of a proposed decision—that follows the timeline of no external "adcomm", which as described on the previous slide, extends the prosed decision deadline to 9 months. CMS has also not yet publicly stated they will be doing a MEDCAC or external TA…*

*"I'd be shocked if they didn't do a MEDCAC…I think they have to." – Payor Consultant*

*"When they start a MEDCAC, they announce it and there are public hearings. They haven't done any of that—**my guess, they don't want to look the way the FDA did with their adcomm."** – Payor Consultant*

*"The MEDCAC…**it is a really long process, if they were going to do that I think they would've started already**. And they haven't made a noise one way or the other." – Payor Consultant*

Source: CMS, Stifel Research.



STIFEL

# Does CMS Typically Stick To These Timelines? Could This Process Get Delayed (Outside of Them Adding a MEDCAC)?

***CMS seems to follow these timelines in practice, though interestingly there is a delay from final decision date to "NCD Implementation" meaning the final date all contractors have systems/software in place for reimbursing drug. Though probably not drastic, as pts are covered starting the effective date of the policy, this could serve as a bit of a headwind if there is a coverage decision, if people/practices need to jump through extra hoops to actually get the drug paid for.***

**2020 Implemented NCDs**

| | NCA type/result | Proposed DM[2] | Final DM[3] | NCD implemented[4] |
|---|---|---|---|---|
| **Decisions initiated in FY 2018 and implemented in FY 2020** | | | | |
| Transcatheter Aortic Valve Replacement (TAVR) | 1st Reconsideration coverage with CED | 8.9 | 87 | 357 |
| Vagus Nerve Stimulation (VNS) for Treatment Resistant Depression (TRD) | 2nd Reconsideration, covered | 5.7 | 88 | 523 |
| **Decisions initiated in FY 2019 and implemented in FY 2020** | | | | |
| Acupuncture for Chronic Low Back Pain | New, covered | 5.9 | 190 | 155 |
| Ambulatory Blood Pressure Monitoring (ABPM) | 2nd Reconsideration, covered | 6 | 84 | 350 |
| AVERAGE | | 6.63 | 112.3 | 346 |

*In the last 2 years, timelines for proposed and final NCD decisions seem to be following timing guidelines.* ***Though interestingly, it's taking ~350+ days for the NCD to be implemented***

**2019 Implemented NCDs**

| | NCA type/result | Proposed DM[2] | Final DM[3] | NCD implemented[4] |
|---|---|---|---|---|
| **Decisions initiated in FY 2018 and implemented in FY 2019** | | | | |
| Implantable Cardioverter Defibrillators | 4th Reconsideration, Contractor Discretion | 5.7 | 87 | 404 |
| Next Generation Sequencing (NGS) for Medicare Beneficiaries with Advanced Cancer | New, covered | 0.0[5] | 106 | 388 |
| AVERAGE | | 2.85 | 96.5 | 396 |

*"Implemented" refers to the date indicating the last day contractors have to complete all required system edits—in other words, the time to build in the infrastructure (i.e., computer systems) to get drug reimbursed. Importantly though, beneficiaries are protected starting on the policy effective date (i.e., the final decision date).* ***This is important because if there are logistical hurdles/extra hoops people have to jump through initially to get adu actually reimbursed, that could serve as a headwind for adu launch and may temper some initial use***

Source: CMS, Stifel Research.

# What Data Does CMS Analyze As Part Of This Process? Just the Aduhelm Data? Or Other Clinical Results too (i.e. Donanemab)?

***Like most things Aduhelm, it's hard to get a clear read here. There are suggestions on both sides that others (i.e., LLY) are and arenot being considered in the NCD analysis. In the end, we don't think it changes the story considerably—perhaps it's an incremental positive for BIIB to have additional, supportive data showing amyloid PET reduction and a clinical benefit if LLY (and maybe others) are included.***

## CMS Documents And Commentary Suggest They Only Consider FDA-Approved Data

*"…CMS has initiated an NCD analysis to examine whether Medicare will establish a national coverage policy for Aduhlem.* ***This NCD analysis will also include any feature monoclonal antibodies with an indication in use for treating Alzheimer's disease. Aduhlem is currently the only monoclonal antibody directed against amyloid-beta approved by the FDA for the treatment of Alzheimer's disease****…" – Tamara Syrek Jensen, CMS, Public Stakeholder Meeting, 7/22/21*

*"…**generally we will not accept a coverage request for a device or pharmaceutical that has not been approved or cleared for marketing by the FDA for at least one indication**; one exception is Category B Investigational Device Exemption (IDE)." – CMS, HHS Revised Process for Making National Coverage Determinations*

*This sounds like CMS will only be considering approved data—some of our payor checks also believed this was the case, that CMS only considers FDA approved drugs*

## Though CMS Also Notes They Have Met with LLY Regarding This NCD

Alzheimer's Association
American Academy of Neurology
American Geriatrics Society
Biogen
C2N Diagnostics
Duke University, Margolis Center for Health Policy
Eli Lilly
Johns Hopkins University
Society of Nuclear Medicine & Molecular Imaging

*"Given the broad naming of this NCD, I think that opens the door to others.* ***If you look on their website CMS has held meetings with LLY—so they are definitely including them in the mix****." – Payor Consultant*

*CMS notes they have met with LLY regarding mAbs directed against amyloid for tx of AD. We don't know the details of the meeting but some other payors we have spoken to think this suggests that they are considering additional data*

Source: CMS, Stifel Research.

# Is Price Considered In The Decision? CMS Says No, But We Think The Controversy with Aduhelm's Sticker Price is Hard to Ignore

***While it'd be bullish for BIIB if it were the case, we just simply think (and our payor checks largely agree) it'll be really hard for CMS to be completely price agonistic in this NCD decision. However, we don't think this is a nail in the coffin for BIIB – there could always be further discussion and Biogen could try to even change price after the preliminary January decision. If we were Biogen, given all of the fervor and bad press, we would proactively lower the price now, but this seems extremely unlikely to happen***

## By Law, CMS Does Not Consider Cost of Treatment In The Analysis

CMS is initiating a national coverage determination (NCD) analysis for Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease. When making NCDs under section 1862(a)(1)(A) of the Social Security Act, Medicare does not consider the cost of the treatment in the analysis.

*On the NCD tracking sheet for mAbs directed against amyloid for tx of AD, CMS explicitly states they do not consider cost of tx in the analysis*

*Tunis et al also emphasize in their discussion of the NCD process surrounding Provenge, which was priced at $31K/tx with a course of three tx—one of the most expensive cancer txs on the market then—that "**as is customary in NCDs, CMS did not consider the increased program costs as part of its evidence review.**"*

## But Do We Really Think CMS Can Be Completely Price Agnostic Here Given The Controversy? We Think No, And Most of Our Payor Checks Agree

*"**It is impossible for them to not think about price.** They are not doing a formal cost-effectiveness analysis, but their determination is 'reasonable and necessary'. **As part of 'reasonable', they will have to think about the resources, there's no way they can be completely agnostic**."– Payor Consultant*

*"**They have a fiduciary responsibility**, they have to think about the health economics. And with all the headlines, it would be impossible for someone to not have biases."– Payor Consultant*

Source: Tunis 2011 Urban Institute, CMS, Stifel Research.

# So What Are The Possible Outcomes Here? 5 Possibilities, 2 of Which Could be Good for Biogen, 3 of Which Would be Negative

***There are really 5 potential outcomes for this NCD—we think the chances CMS provides no coverage are improbable; we also think it's unlikely they'd reimburse the drug to label without additional restrictions. We discuss these potential outcomes in greater detail in subsequent slides…***

| | *No Coverage* | *Left To The MAC's Discretion* | *Coverage With Evidence Development* | *Coverage With Restrictions* | *Full Coverage To The Label* |
|---|---|---|---|---|---|
| **What Does It Mean?** | *No Medicare coverage for the drug period* | *Left to MAC's (Medicare Administrative Contractor) to make local coverage decisions* | *Provide conditional coverage for a new technology while it collects additional evidence* | *Provide coverage for a more restricted population than just the FDA label* | *Provide coverage for any patient who meets the FDA label criteria* |
| **How Likely Is It?** | *Very unlikely—in the last 15 years there have been no FDA-approved drugs fully denied coverage. More details within* | *Unlikely—we think CMS will want to have an NCD rather than leaving it to MACs where there could be varying coverage policies by geography* | *Unlikely—typically for devices/ procedures; Historically difficult to implement, and likely even more so for drugs. More details within* | *Most likely outcome in our view—likely will add restrictions around inclusion/ exclusion criteria from the trial; would narrow prescribing population* | *Unlikely—we'd be surprised if CMS reimburses to label, which is also the feedback we got from our payor specialist checks* |

Source: CMS, Stifel Research.

# There Are No Recent Incidents of Denial of An FDA-Approved Drug—Our Payor Checks Also Believe This Is An Unlikely Outcome




*A study of NCDs from 1999-2011 found that, with FDA approved drugs, **there was never a no coverage decision.** No coverage decisions were much more common for medical devices*

*Biogen also is confident a no coverage decision is unlikely—from their 2Q21 Earnings: **"…in the last 15 years, there are no examples of FDA-approved drugs not being covered**."*

*"I think the likelihood of a complete no coverage decision is low—it's an FDA approved drug…I also don't think they are going to want to take the heat from patients and advocacy groups." – Payor Consultant*

Source: Chambers 2013 Health Affairs, CMS, Stifel Research.

# Coverage With Evidence Determination—Used In A Few Cases Over The Years For Devices/Procedures, But Extremely Rare for Drugs

## CMS Has Used CEDs Intermittently, Predominately For Devices/Procedures

**NCDs with CED**

| | |
|---|---|
| *Allogenic Hematopoietic SCT for MDS* | *NaF-18 PET for Bone Mets* |
| *Allogenic Hematopoietic SCT for MM* | *Off-Label Use of CRC Drugs* |
| *Allogenic Hematopoietic SCT for Myelofibrosis* | *Pharmacogenomic Testing for Warfarin Response* |
| *Allogenic Hematopoietic SCT for SCD* | *Percutaneous LAAC* |
| *Amyloid PET* | *TENS for Chronic Low Back Pain* |
| *Autologous Platelet-Rich Plasma* | *VNS for TRD* |
| *Cochlear Implantation* | *Transcatheter Edge-to-Edge Repair* |
| *CPAP for Obstructive Sleep Apnea* | *Leadless Pacemakers* |
| *Extracorporeal Photopheresis for Bronchiolitis Obliterans Syndrome Following Lung Transplant* | *Percutaneous Image-Guided Lumbar Decompression for Lumbar Spinal Stenosis* |
| *FDG PET and Other Neuroimaging Devices for Dementia* | *Transcatheter Aortic Valve Replacement* |
| *Home Oxygen for COPD* | |

*The only NCD with a CED listed on CMS' website that pertains to true therapeutics is for the use of off-label chemo agents*

## Studies Have Found CEDs Are Challenging and Expensive to Implement—Payors Think This Would Be Exacerbated in A Drug trial

*Tunis et al note, **"Even when launched, many CED studies have had significant design flaws; received insufficient funding, lacked adequate data collection systems; or, for other reasons, have not produced scientifically rigorous data needed to formulate sound coverage policy**."*

*Also according to Tunis et al, between the late 1990s-2011, more than a dozen CEDs had been issued—of which **only 2 studies have been used for policy. And in many other cases, appropriate studies were never designed, funded or implemented***

*"**A CED would be almost unprecedented, I think CMS will avoid that.** You can't just do an observational trial, you have to do PET scans, cog behavior questions, etc. and how do you prove a patient is better without a control arm? Run a CED for 9 years? I don't think you want that, it's not useful." – Payor Consultant*

Source: Tunis 2011 Urban Institute, CMS, Stifel Research.

# Though We Think It's Unlikely, If "CED" Is The Outcome, What Does That Mean For Biogen? Very Ambiguous, But Potentially Very Negative Commercially

***It's a bit ambiguous what payment would look like in the case of a CED, though payor checks note that in their experience with medical devices (where NCDs and CEDs are more common), payment is a modest amount above manufacturing cost. Also, payment is restricted to the actual patients in the study for evidence determination. This means that Aduhelm could be commercially negligible for Biogen under CED if the study looks like ENGAGE or EMERGE. Really, the only decent outcome for BIIB under CED would be if the evidence determination study is a large open-label real world trial with no cap on patients***

Under CED, routine costs of an approved clinical trial in both the treatment arm and the control (standard of care or placebo) arm are paid. Routine costs include all items and services that are otherwise generally available to Medicare beneficiaries (i.e., there exists a benefit category, coverage is not statutorily excluded, and there is not a national non-coverage decision) that are provided in either the experimental or the control arms of a clinical trial.

*CMS notes in their guidance on CEDs, that "routine costs" of both the treatment and control arm are paid. It is a bit opaque as to what is paid and how much—do they pay drug at cost? More? The full price (i.e., $56,000)? Given the unprecedented nature of these developments its hard to know, though payor checks note that in their experience with device CEDs, payment is not significantly more than the cost to manufacture the drug*

***"They would pay manufacturing cost plus a small amount. In my experience with devices, the paid amount under CED is not as much as expected if it was being reimbursed without a CED.*** *The manufacturer doesn't have a say on price—they agree to it or not and have to provide the info on manufacturing costs to CMS." – Payor Consultant*

Source: CMS, Stifel Research.

# But Most Often NCDs Result in Coverage…The Question Is How CMS Restricts Beyond This

**EXHIBIT 2**

**Restrictiveness Of Medicare Coverage And Food And Drug Administration (FDA) Approval For Covered Products, 1999–2011**




*For drugs with NCDs from 1999-2011, 60% of the time CMS covered to the label (green bar). Just over 20% of the time, CMS was more restrictive (blue bar). And interestingly, just over 15% of the time (red bar), CMS was actually less restrictive*

*__Case Study__: Provenge, an autologous cellular immunotherapy for prostate cancer went through an NCD and at the time was a very expensive therapy--$31K/tx with course of 3 treatments. CMS convened a MEDCAC and ultimately made a final decision in June 2011, determining **there was sufficient evidence to support benefit of its on-label use**. Other recent examples include CAR-T therapies*

*“**I think it’s very unlikely that there will be full coverage to the label**, I think they will have to put limitations on it somehow beyond just the label.**”** – Payor Consultant*

***__Bottom Line__: Though data points the majority of the time CMS just covering to the FDA label, we think with Aduhelm (and our payor consultants agree) that CMS will most likely put additional restrictions beyond the label, stemming from the controversy around the drug and the massive budgetary impact Aduhelm could have for Medicare. How restrictive will CMS be? ENGAGE/EMERGE criteria do offer CMS options…***

Source: Chambers 2013 Health Affairs, CMS, Stifel Research.

# If CMS Does Move Forward With Adding Restrictions Beyond The Label, What Could They Look Like? Trial Criteria Offers Lots of Options

## Aduhelm's Label and How CMS May Attempt To Restrict The Population

**INDICATIONS AND USAGE**

ADUHELM is an amyloid beta-directed antibody indicated for the treatment of Alzheimer's disease. Treatment with ADUHELM should be initiated in patients with mild cognitive impairment or mild dementia stage of disease, the population in which treatment was initiated in clinical trials. There are no safety or effectiveness data on initiating treatment at earlier or later stages of the disease than were studied. This indication is approved under accelerated approval based on reduction in amyloid beta plaques observed in patients treated with ADUHELM. Continued approval for this indication may be contingent upon verification of clinical benefit in confirmatory trial(s). (1)

*After first being approved with a label only stating "for the treatment of Alzheimer's disease", the label was updated to include "in patients with mild cognitive impairment or mild dementia stage of disease". But noticeably, for example, it doesn't specify amyloid positive PET pts…*

Key Exclusion Criteria:

- Any medical or neurological condition (other than Alzheimer's Disease) that might be a contributing cause of the subject's cognitive impairment
- Have had a stroke or Transient Ischemic Attack (TIA) or unexplained loss of consciousness in the past 1 year
- Clinically significant unstable psychiatric illness in past 6 months
- History of unstable angina, myocardial infarction, advanced chronic heart failure, or clinically significant conduction abnormalities within 1 year prior to Screening
- Indication of impaired renal or liver function
- Have human immunodeficiency virus (HIV) infection
- Have a significant systematic illness or infection in past 30 days
- Relevant brain hemorrhage, bleeding disorder and cerebrovascular abnormalities
- Any contraindications to brain magnetic resonance imaging (MRI) or PET scans
- Alcohol or substance abuse in past 1 year
- Taking blood thinners (except for aspirin at a prophylactic dose or less)

NOTE: Other protocol defined Inclusion/Exclusion criteria may apply

*CMS could use key inclusion/exclusion criteria to further restrict the patient population—depending on which and how many criteria they use, the eligible pt pop could drop considerably (e.g., require amyloid positive PET, or other even use other criteria related to psychiatric illness of cardiovascular disease)*

*<u>Other key levers CMS could pull</u>: limiting who can prescribe this medicine, though due to complex AE profile, Adu likely would be only used by specialists anyway, so this would have limited overall impact. Other examples we heard from payors include requirements like check-ins to assess efficacy for continued use*

***<u>Bottom Line</u>: Ultimately, one can't say that restricted Aduhelm coverage is unequivocally good for Biogen until we know the details, but given the negativity we believe is priced into the stock, this in most realistic iterations would probably be a win for BIIB***

Source: FDA, ClinicalTrials.gov, CMS, Stifel Research.

# One Other Key Component Here Is Amyloid PET Had An NCD in 2013 That Resulted In A CED—What Does That Mean For Adu? How Will It Be Covered?

| | |
|---|---|
| ***Beta-Amyloid PET NCD*** | • *In 2013, CMS issued a final decision on an NCD for amyloid PET, ultimately resulting in a CED*<br>• *CMS determined "that the evidence is insufficient to conclude that the use of PET amyloid-beta imaging is reasonable and necessary…." but there was sufficient evidence for use in two situations, resulting in covering through a CED:*<br>  • *(1) To exclude AD in narrowly defined and clinically difficult differential diagnosis, such as AD vs. FTD*<br>  • *(2) To enrich clinical trials seeking better treatments or prevention strategies for AD, by allowing for selection of patients on the basis of biological as well a clinical and epi factors*<br>• *This leaves an open ended question—how, if at all, will it be covered and reimbursed?* |
| ***Where We Are At Today*** | • *A non-coverage reconsideration request for amyloid PET was submitted last September to CMS—at the July 22, 2021 public stakeholder meeting held by CMS, lobbyists and medical groups stated their desire to open this non-coverage reconsideration and cover amyloid PET to ensure access to Aduhelm, assuming approval:*<br>  • *"…we urge CMS immediately to open the non-coverage reconsideration request for amyloid PET that was submitted last September to prevent a delay and eliminate the barrier to access…"*<br>• *According to the Medicare physician fee schedule proposed rule for 2022, tau PET imaging may soon be covered by CMS—stakeholders latched onto this as well to make the case for removing the NCD/CED on amyloid PET imaging*<br>• *Stakeholders also highlight that without amyloid PET imaging, the only thing available to determine if a patient has amyloid plaque are CSF tests that, though BIIB is paying for so they are free, require lumbar punctures, which limits patients eligible (and they are very invasive)* |
| ***Stifel View*** | • *Ultimately, if Aduhelm is reimbursed, we think CMS will come to a resolution regarding amyloid PET and that ultimately it won't be a major barrier limiting access to drug—particularly since it's such an obvious level for CMS to add coverage restrictions like the need for positive amyloid PET to receive drug*<br>• *This may just make the process take more time to really get the launch up and running* |

Source: CMS, Stifel Research.

# Bottom Line: We See The Base Case Is Coverage W/Additional Restrictions—Even If Eligible Pts Are Narrowed, We Still See It As A Probable Win For The Stock

| Bear | Base | Bull |
| --- | --- | --- |
| *Either no coverage whatsoever, a CED, or any scenario that results in a long drawn out process of negotiating and requiring more trial data* | *Coverage with additional restrictions beyond just the label. Ultimately we don't think CMS will use the full inclusion/exclusion criteria of the ENGAGE/EMERGE trials, but something like requiring amyloid PET positivity with a few other variables that confine use, seems realistic* | *Full coverage to the FDA label—though we don't think this is very likely, it would be a welcomed surprise* |
| *In this instance, we see peak sales for Aduhelm drop considerably from perhaps a multi-billion dollar opportunity to a several hundred million dollar opportunity, the upside for which may be heavily levered towards Biogen's confirmatory trial and other abeta study outcomes* | *Further criteria beyond PET are likely, though even if the population is narrowed more than expected, as we read the exclusion criteria we still think there would probably be a good deal of physician discretion on how to prescribe Aduhelm to early/mild AD patients* | *Even though the eligible patient population may not be considerably bigger depending on how few (or many) restrictions CMS places on Adu in the base case, full coverage to the label will go a long way to quell investor, and physician, worries around uncertain reimbursement.* |

Source: Stifel Research.

# To Our Surprise, Over A Third of Surveyed Docs Have Infused A Patient Outside of A Trial And There's A Pretty Balanced View of Adu's Profile

## Aduhelm Prescription Patterns

*N=58*




*Surprisingly, nearly ~35% have prescribed and infused Aduhelm, outside of a clinical trial setting.*

## View of Aduhelm Clinical Profile

*N=58*




*There's a pretty balanced view of Adu's clinical profile among surveyed docs. Based on the public discussion of the drug in the news, one may be slightly surprised to see these results*

Source: Stifel Research

# Who Are The Ones Prescribing and Infusing Aduhelm Today? Unsurprisingly, The Ones With More Favorable Views of Its Clinical Profile

## Respondent's Perception of Aduhelm's Clinical Profile And Their Prescribing Patterns

*N=58*




Source: Stifel Research.

# How Have Perceptions of Aduhelm Overall Changed, If At All? Has The Onslaught of Bad Press Soured Perceptions? It Looks Like Not Significantly…

***There's a slight shift towards a more neutral/negative view today, but it's not considerable—it seems like overall, the majority of respondents' views remain unchanged.***

## Overall Perception of Aduhlem—At Time of Approval and Today

*N=58*




*"We are very pleased with the effectiveness we see as we use the drug in our patients." – Neurologist, Prescriber and Infuser*

*"Still regard it highly." – Neurologist, Not Yet Prescriber*

*"I was able to analyze the data and got the impression it had benefit." – Neurologist, Prescriber and Infuser*

*"The efficacy data and controversy regarding its approval are more negative now." – Neurologist, Prescriber and Infuser*

*"I am not seeing improved memory and this drug is particularly expensive." – Neurologist, Prescriber and Infuser*

Source: Stifel Research

# How About Patient Demand? Are Docs Seeing Less Asks/Demand Aduhelm Because of The Controversy?

***There is a downtick in patients asking for/about Aduhlem, but it is not drastic, with >50% respondents noting the some, if not most patients ask about Aduhlem—it appears overall that the negative attention has not completely deterred patient interest***

## Patient Demand—At Time of Approval and Today

*N=58*




Source: Stifel Research

# Looking Ahead, Docs W/Favorable Adu Views Largely Remain Unharmed By The Last Few Mos of Controversy, In Fact The Change They Foresee Is Positive for Adu

***Overall the majority of docs have not had their opinions change in terms of future expectations. Interestingly though, breaking down by how docs view adus clinical profile, those with favorable views are predominately the ones whose expectations have changed—but not for the worse because of the negative headlines, but rather for the better as infrastructure continues to get built and reimbursement is facilitated. It is unsurprising to see docs with unfavorable views of adu not having their expectations change—as one respondent noted, nothing in the last ~3 months would give them a reason to change their view***

## Have Expectations For Future Prescribing Changed In The Last 3-or-So Months?

*N=58*




Source: Stifel Research.



STIFEL

# Of Those That Have Infused Patients In The Real World, The Majority Have Had A Neutral or Favorable Experience, Few Have Had An Unfavorable Experience

## Experience With Aduhelm in Those Who Have Infused Pts

*N=21*




*Encouragingly, of those who have prescribed and infused Aduhelm, the vast majority have had a neutral or positive experience—few have had a negative experience. No respondent classified their experience as "Very Unfavorable"*

Source: Stifel Research

# For The Docs Infusing Patients, How Is Drug Being Paid For? Is It All OOP? Is Getting Coverage Difficult?

***Many P&T reviews are ongoing, with roughly a quarter of institutions already having done a formal review. Unsurprisingly, docs highlight issues with obtaining reimbursement, with ~50% stating they have some level of coverage challenges. However, for most docs, the majority of patients who are getting infused are not paying for the drug OOP, suggesting they are eventually able to get the drug covered.***

## Status of Institution P&T Review

*N=21*




## Ease of Obtaining Reimbursement

*N=21*




## Proportion of Infused Pts Paying OOP for Adu

*N=21*




Source: Stifel Research.



STIFEL

# Looking Ahead—The Majority of Docs Who Have Infused Patients Expect Their Use To Stay The Same or Increase

## Expectations For Future Use of Aduhlem in Those Who Have Infused Pts

*N=21*




*75% of infusers today expect to use adu the same or more in the next 6-12 months. This suggests that those who are using it today are finding some utility in it. Of course, current use is so limited, one would really hope that things will increase. But the reality we understand is that while it's important to ask this question, it's also a tough place to put physicians in since no one knows how the NCD will play out*

Source: Stifel Research.



STIFEL

# For Docs Who Have Prescribed But Not Yet Infused A Patient, What Is The Primary Hold-Up? Reimbursement, Followed By Scheduling and Infrastructure

***Unsurprisingly, reimbursement challenges are the biggest hold up for those that have prescribed but not yet infused a patient—the majority of their institutions have not yet finished their P&T review. An encouraging sign for BIIB is that >25% of this group noted scheduling is the reason for not yet infusing, but they expect to be able to soon.***

## Reason For Not Yet Infusing Patients

*N=11*




## Status of Institution P&T Review

*N=11*




Source: Stifel Research



STIFEL

# The Majority Of These Docs Expect To Infuse A Patient Within ~6 Mos—Docs Reiterated Coverage/Reimbursement Is The Main Rate-Limiting Factor Here

## Time To Expected Infusion

*N=11*




## What Needs To Happen In Order For Docs to Prescribe?

*"**Payors need to pay**, though leaders need to pave the way"*

***"Hospital approval and less reimbursement restrictions"***

***"Approval by our P&T committee"***

***"Formulary approval"***

*"Full protocols and **reimbursement assured**"*

*"**Insurance coverage** and other related challenges need to be resolved"*

Source: Stifel Research.

# For Docs That Have Not Yet Prescribed Aduhelm, What Are The Primay Reasons? Reimbursement An Issue, But So Is Adu's Clinical Profile

***We're not all that surprised to see physicians who have not yet prescribed Aduhlem call out its clinical profile among chief reasons for not prescribing. Recall earlier we highlighted the association between those that have infused patients with their favorable impression of adu's clinical profile. There has always been a contingent of people who do not believe in adu, and naturally those folks are not going to be rushing to prescribe…***

## Reasons For Not Prescribing Aduhelm Yet

*N=26 Respondents*




Source: Stifel Research

# But Even Though Docs Called Out Adu's Clinical Profile As A Reason For Not Prescribing Yet, Overall ~50% Say They Have Intentions of Prescribing

***Overall docs who have not prescribed yet were split 50/50 on if they ever would prescribe Adu. Unsurprisingly, those with a favorable view of adu's profile all intend to prescribe. Perhaps most encouraging for BIIB is even among those with an unfavorable view of adu's profile, nearly 45% have intentions to prescribe adu—they are the ones that fall into a desire for seeing more real world evidence and will be more inclined as infrastructure and reimbursement are sorted out.***

## Intention To Prescribe Aduhelm In The Future Among Docs Not Yet Prescribing




*N=26*

*"Not at the present time- not until we can develop medications that can target the disease process at its origin- not the end result- accumulation of amyloid"*

*"No efficacy"*

*"Realistically a hassle to use and monitor for very limited benefit"*

*"I don't see the point"*

*"Don't believe efficacy justifies risk/cost"*

*"Assuming there are changing reimbursement strategies and availability of PET and amyloid scanning, I'd be more inclined."*

*"When I am able to extrapolate which patients would benefit."*

*"Yes, for eligible patients who understand the risks, uncertainty of clinical benefit, have coverage or can afford it, and want to try it, pending institutional approval."*

*"With the right patient and right insurance I might be able to find a patient but I will await post marketing data"*

Source: Stifel Research



STIFEL

# How Will Medicare's NCD for Abeta mAbs Impact Prescriptions? Coverage Will Unlock Many Scripts For Some Docs, Others Will Still Use On Limited Basis

***While we don't view this feedback as terribly bullish for Aduhelm, it's not entirely surprising. Nearly 40% of respondents said they would use it in a third of their early AD patients, if not more (i.e., 50%+); however, 50% did say they would use it in only select cases or at pt request. We have always known reimbursement, though a large piece of it, is not the only factor—institutional decisions, infrastructure, etc. are all also at play. Further, we have never assumed BIIB/adu needs to capture a significant portion of the market to be a large opportunity.***

## Impact If Medicare Awards Coverage For Aduhelm

*N=58*




Source: Stifel Research



STIFEL

# Another Question We Posed—There Was Some Wonder If All Adu Reported Revenue Was Based On Inventory Sales vs. Infusions…

***There was some wondering if initial Aduhlem reported revenue as all inventory revenue, versus drug actually being infused into patients. Based on the data we got back, it would suggest that is not the case and that reported Adu revenues reflect infused drug—the vast majority of respondents (>95%+) noted their institutions typically don't keep drug inventory or order drugs until they know it's reimbursed.***

**Stocking of Aduhelm By Docs Who Have Infused Patients**
*N=21*

**Stocking of Aduhelm By Docs Who Have Prescribed But Not Infused**
*N=11*




Source: Stifel Research.



STIFEL

# We Also Asked Respondents About Donanemab—Perception Skewed More Favorably Than Adu, Though The Majority Had A Generally Neutral Opinion

## Perception of Donanemab's Clinical Profile

*N=58*




*"Well designed study when compared to Biogen ADUHELM. Furthermore, they have already published the results in the NEJM. We have no comparison study from Biogen published."*

*"Publicly available information seems very promising with expected efficacy."*

*"This is as compelling as Biogen's early aducanumab data but without the confusing phase 3 data to muddy the waters."*

*"Appears on par with Aduhelm—underwhelming."*

*"Same as Aduhelm, maybe a little safer."*

*"Similar to Aduhelm. Likely will end up like prior trials."*

Source: Stifel Research.



STIFEL

# We Proposed An Open Question on Advice For BIIB—Feedback Centered Around Pricing, Physician Education, Real World Studies, And more

***Among other things, three key themes came through in the open ended responses for advice for BIIB to improve the launch—address pricing/reimbursement, generate and publish more data, and educate physicians.***

## Pricing/ Reimbursement

*"Better transparency about data and approval process controversy. Also pricing is not reasonable for large scale use."*

*"Get it paid—lower price to $20K."*

*"Get the cost down for patients."*

*"Provide financial back up for institutions to take the risk of ordering aducanumab before knowing about reimbursement issues, can use block grants or something like that will also need to supplement the cost of amyloid PET"*

## Physician Education

*"To provide more education and logistic support for treating neurologists."*

*"Improve clinician familiarity with the data."*

*"Help infusion centers be prepared for it."*

*"Have dinners and speaker programs for docs to learn more about the drug"*

## Data Generation

*"Get real world data in."*

*"They need to publish the EMERGE/ENGAGE data ASAP."*

*"Physicians are very discriminating consumers of data underlying the medications they administer. This is going to be even more the case with a new agent that has significant obstacles regarding its delivery (repeated neuroimaging, monthly visits to infusion center). Unless the data supporting drug use is bullet-proof, they are probably better off postponing until they have data at hand that will convince the profession that they have a breakthrough drug."*

## Misc.

*"Be transparent!"*

*"Patience is a virtue"*

*"Be honest and admit that the benefit is limited, but the drug may be helpful in selected patients as part of a comprehensive treatment plan."*

Source: Stifel Research

# Bottom Line: Though Certainly Not All Great For BIIB, We View The Survey Results As Positive In Light of a Big Stock Pullback

## Evolution of Physician Perception Since Approval

| Bear | Base | Bull |
|---|---|---|
| *The onslaught of negative media attention has dampened physician enthusiasm for adu—even if they think the data are fine and there's unmet need, they are not emboldened to create this as a SoC option (i.e., work and push institution to build infrastructure, take extra steps to secure and fight for reimbursement)* | *There's the contingent of people out there who always have and always will be negative on adu, but overall, the negative headlines have not significantly deterred patient or physician enthusiasm—there are still a meaningful portion of physicians "in the middle" or even favorable on adu, and patients are still asking about it*<br><br>*Certainly expectations in terms of physician willingness to adopt and champion adu have lessened from time of approval, but adu still has runway/momentum to achieve blockbuster status* | *Physician and patient perceptions have remained largely unchanged, and those with negative views eventually will come around—the controversy around adu is predominately noise and outside of the few noisey KOLs, neurologists have a much more tempered view of the whole thing. BIIB/adu still has room to reach mega-blockbuster status ($10B+)* |

***We think the results of our survey put BIIB/adu squarely in the base case, which, all things considered the last ~4 months, we believe is a win for BIIB***

Source: Stifel Research.

# The Abeta Story in AD Is Going To Rapidly Evolve In The Next ~12-18 Months—Three Major Readouts And Possible Re-Tests of Amyloid PET As A Surrogate




## Key Questions To Answer Ahead of These Readouts

**How Do These Stack Up To Aduhlem?**

*It's no secret the Aduhlem launch has not gone according to plan—there are reports of few commercial patients on drug, there's a looming CMS coverage decision, and a delaying of the infrastructure build out needed to efficiently administer the drug—Adu's head start is narrowing. What can we expect to see from these drugs? And what does that mean for BIIB? We try to answer within*

**What Happens If One or All Of These Trials Fail?**

*If these trials fail, what does that mean for the abeta space? What does that mean for Aduhlem? If some or all fail on clinical outcome data, what does that mean for PET as a surrogate marker? Could Aduhlem be pulled from the market if all studies fail? We think these are major binary events for the class, and external data could have a major impact on physician uptake, reimbursement if a NCD were to be re-opened, or even maintaining adu regulatory approval in a highly negative scenario*

Source: Company Materials, Stifel Research.

# LLY's Next Generation Antibody, Donanemab, Exhibited Positive Phase 2 Data in TRAILBLAZER-ALZ, Notably Using the iARDS Endpoint

***TRAILBLAZER dosed patients with MMSE 20 – 28 with dose escalation to 1,400mg monthly of donanemab over 76 weeks***

## Amyloid Impact




*This is in different units than adu*

*Donanemab was potent against amyloid PET, where 40% of donanemab-treated patients were amyloid negative by 24 weeks. At 1 year this was 60% and after 18 months, 70%*

## Clinical Outcomes




*On iARDS, donanemab slowed disease progression by ~32% relative to placebo at 18 months*

**Stifel Perspective**

*While the study was relatively small by the standards of pivotal studies in the AD space (N=257), the data look clearly positive and on the heels of the accelerated approval for aducanumab, Lilly received breakthrough designation and is going to apply for accelerated approval based on the plaque lowering seen in this study.* ***While we aren't surprised FDA likes the efficacy data, we were surprised that the safety database might be big enough for approval, though LLY will leverage interim safety from ph3***

Source: LLY Materials; Mintun. NEJM. 2021; Stifel Research.

# iARDS Is A LLY-Engineered Endpoint That Leverages Learnings from Prior Trials, An Endpoint LLY Believes Is More Reliable/Repeatable

***LLY's iARDS is engineered via learnings from prior trials—notably with solanezumab, as illustrated below, had it been used, it likely would've been approved. So far, it appears to be a sensitive endpoint for donanemab. LLY believes this is a more reliable/repeatable endpoint compared to other traditional endpoints (i.e., CDR-SB) where data was not replicated despite identically designed trials***

Table 1. Placebo-solanezumab group differences (change from baseline to endpoint) across the Phase 3 trials based on findings from various scales (mild AD dementia population only)

| | EXPEDITION (N=675 ) | | EXPEDITION2 (N=647) | | EXPEDITION3 (N=2129) | |
|---|---|---|---|---|---|---|
| | Effect Size* | p Value† | Effect Size | p Value | Effect Size | p Value |
| ADAS-Cog13 | -0.255 | 0.003 | -0.164 | 0.059 | -0.080 | 0.087 |
| ADCS-iADL | 0.077 | 0.319 | 0.156 | 0.029 | 0.104 | 0.019 |
| MMSE | 0.212 | 0.002 | 0.114 | 0.099 | 0.106 | 0.014 |
| CDR-SB | 0.006 | 0.949 | 0.110 | 0.123 | 0.109 | 0.004 |
| iADRS | 0.193 | 0.024 | 0.200 | 0.021 | 0.112 | 0.015 |

**Stifel Perspective**

*LLY's engineering of a novel endpoint, iARDS, was able to preserve the p-value in the EXPEDITION trials by integrating ADAS-Cog14 and ADCS-iADL, the result is that had LLY used iARDS in the EXPEDITION trials, solanezumab would possibly be approved*

Source: Wessels. J Prev Alz Dis. 2015; Wessels. J Prev Alz Dis. 2018; Stifel Research.

# LLY Also Recently Presented Additional Donanemab Exploratory Analyses At AAIC, Highlighting Further Biomarker And Modelling Data

## Plaque Reduction and Clinical Benefit




*Modelling shows a highly significant relationship between degree of plaque reduction and slowing of cognitive decline—important for supporting don's plaque reduction as a surrogate*

## Impact on Tau Pathology




*Don decreased regional brain tau accumulation, most significantly in those with complete plaque clearance by 24 weeks*

## Impact on Plasma P-Tau217




*Don treatment delivered early reduction of plasma P-Tau217—this decrease was associated with amyloid plaque clearance at 76 wks. LLY also found there was a highly stat sig correlation between slowing of cognitive decline and plasma P-Tau217, further supporting don's MOA and impact on clinical outcomes*




Source: Lilly Materials, Stifel Research.



STIFEL

# LLY Is Currently Running A Ph3 Study—Efficacy Results Expected in 1H23; Some Safety Data Will Help Support The Ph2 Regulatory Package for AA

***LLY is hoping to replicate donanemab's ph2 data in an ongoing ph3—TRAILBLAZER-ALZ 2—that is nearing dosing of the final patient. It's an 18-month study in 1,500 pts with iADRS as primary endpoint. Initial safety data will help support LLY's ph2 data package for accelerated approval filing.***

## TRAILBLAZER-ALZ2 Study—Replicating The First TRAILBLAZER Study

*Initially initiated as a ph2 in Oct 2020, but since has been expanded to a ph3 registration study*

***4-month dose escalation up to 1,400mg monthly***

***N=1,500 but the primary efficacy will be determined in the 1,000 people with intermediate Tau** (study original enrolled patients with high Tau >1.46 SUVR; high Tau patients have additional specified analyses)*

***Primary endpoint is iADRS at week 76**; effectiveness will also be judged using a disease progression model, rather than solely change at the final time point*

***Results expected 1H2023***

## Trial Nearly Enrolled—Data in 1H23 But Early Safety Will Support Ph2 Data Package

*"…TRAILBLAZER 2 conclude screening of patients already. **And we are expecting to have the last patient dosed…by the end of this month, so by end of Q3**." – Lilly, 9/9/21 Investor Conference*

*"…we intend to submit donanemab for regulatory approval to the FDA by the end of the year. That hasn't changed. That is still our intent and we believe the data we have from the first TRAILBLAZER study **coupled with safety data from the TRAILBLAZER 2 study should be sufficient for that submission**." – Lilly, 9/9/21 Investor Conference*

Source: LLY Materials, ClinicalTrials.gov, Stifel Research.

# Post-Aduhelm Approval, LLY Began Messaging Their Intent To File for AA—Now, They Are Messaging They're in Launch Preparations for 2H22

***Prior to Aduhelm approval, Lilly had no intention of submitting for AA, but since, they have made it clear they expect a level-playing field and are filing. Recently, LLY has messaged they are beginning launch preparations for an expected donanemab launch in 2H2022…***

*"…**we currently do not see a path forward for near-term submission and approval based on the first TRAILBLAZER-ALZ study**…" –1Q21 Earnings, 4/27/21*

*"It's funny, right? If we had this meeting a month ago, we'd be talking about iADRS and is it acceptable or not. **Well, now it turns out that the clinical efficacy appears not to be the bar at all. It's just plaque lowering and safety. So if that's the case, we're in good shape**." **–** Investor Conf., 6/18/21*

"[On safety for accelerated approval], *I do think, though, that it probably is drug specific. Donanemab, for example, is a limited treatment duration. So, it's not a drug you take for the rest of your life. You take it until your plaques are cleared and you're done. **That should sort of logically, therefore, have a lower burden on safety than a drug like adu that you'll be taking for the rest of your life**." **–** Investor Conf., 6/18/21*

*"In terms of readouts and major events coming…well, **it starts with donanemab…we are hoping to launch next year.**" **–** Investor Conf., 9/28/21*

## *Evolution of Lilly's Messaging on Donanemab Following Aduhelm Approval*

### *Adu Approval*

*"…we believe that the path forward for approval is this – **the two well-controlled studies and that's the path forward**…"*
***–** Investor Conf. 5/27/21*

***"The path for accelerated approval shouldn't be present there just for one drug. That should be a new regulatory standard. And, of course, even before this decision we've been, I would say, robust in our discussions with the FDA about our expectations around a level-playing field here for all sponsors.**" **–** Investor Conf., 6/18/21*

"[We] *certainly do have opportunities, I should say, for safety reviews as TRAILBLAZER 2 is ongoing…**at any point, that can be shared with the FDA and facilitate a review.**" **–** Investor Conf., 6/18/21*

### *LLY Announces Plans to File for AA*

*"…**we are gearing up for launch**…**we're now doing everything that we need to do to prepare for a lunch potentially in—sometime in the second half of next year** for marketing, commercialization, sales, thinking about how we shape that environment and prepare for the launch of donanemab**.**" **–** Investor Conf., 9/9/21*

Source: Company Materials, Stifel Research.



STIFEL

# What's Next For Donanemab? LLY Plans To File This Year And May Launch in 2022—We Do Think their Ph3 Will Probably Replicate the Ph2 (Good for BIIB)

## Key Questions To Help Us Think About What To Expect With Donanemab

| | |
|---|---|
| **Will Donanemab Received Accelerated Approval?** | *We think yes—with the precedent set for amyloid reduction as a surrogate (FDA now officially lists it as a surrogate marker), we think donanemab has a strong case with a highly stat sig (p=.001) reduction from placebo at 18 months. Moreover, the apparent clinical benefit makes approval more justifiable. The size of the trial is a bit small from a safety perspective, but by leveraging some interim safety data from the ongoing ph3 TRAILBLAZER-2 study, LLY is confident they will have a sufficient data package to move forward with* |
| **If Approved, What Does That Mean for Aduhelm?** | *Donanemab serves as the nearest-term threat for Aduhelm—if approved, LLY has already messaged they plan to launch next year; in our updated model we also consider that Biogen's lead has largely diminished* |
| | *Given the NCD decision timeline, likely slowing of infrastructure build out, and all around slow launch, Aduhlem's first-mover advantage is narrowing. If approved, donanemab will likely be a fast follower and benefit from Aduhelm paving the way with reimbursement and infrastructure build out, while avoiding the controversy. Consequently, we think donanemab is a considerable commercial threat and will dampen Aduhelm's already delayed launch; Lilly might not even need their own NCD* |
| **Do We Think The Ph3 Readout in 1H23 will Recapitulate Efficacy?** | *On amyloid PET reduction, yes we expect donanemab will repeat its prior performance, though clinical outcomes are more of an unknown* |
| | *On iARDS in the ph2, separation from placebo was stat sig but not highly so (p=.04). However, LLYs endpoint iARDS is more repeatable, in their view. Interestingly, when LLY applied iARDS retrospectively to the solanezumab EXPEDITION trials, which saw varying effect sizes and p-values across typical endpoints (e.g., ADAS-Cog13, CDR-SB), iARDS had a consistent effect size with preserved p-value. This would suggest that donanemab has a good shot at recapitulating the stat sig effect size on iARDS—though hard to put a number on it, we think odds are better than 50/50 at ~65%* |

***Bottom Line: We think donanemab will receive accelerated approval, and likely will launch in 2022, dampening Aduhlem's already delayed launch (model/ramp updates discussed within)—we also think donanemab has the best shot (~65%) at demonstrating clinical benefit given their clean, stat sig effect size with the same endpoint in their ph2 trial (iADRS)***

Source: Stifel Research.



STIFEL

# But for BIIB in 2022, The Bigger Question is How Two Riskier Pivotal Trials Play Out—BAN2401 and Gantanerumab

***Ultimately, Donanemab succeeding in its confirmatory trial in 1H23 would very likely insulate Aducanumab from getting its accelerated approval revoked. However, if Gant and '2401 look decently good on PET but fail in 2022, FDA pressures could very well re-emerge (interesting to think about this with the LLY review too). We view BAN2401 as having the better shot of the two, but each of these trials are riskier than the Lilly confirmatory study for a number of reasons. However, separately, one upside angle for Biogen: they have economic upside in '2401, and don't get much stock credit for this today.***

| | |
|---|---|
| ***BAN2401*** | • *Demonstrated robust PET impact, with some evidence of clinical efficacy in ph2*<br>• *BAN2401 had a stat sig impact on ADCOMS and ADAS-Cog, though it only had a p-value "trend" on the more validated endpoint, CDR-SB*<br>• *BAN2401's ongoing ph3 study is slated to readout in 3Q22—they changed the primary endpoint for this study from ADCOMS (their ph2) to CDR-SB, which they didn't hit on*<br>• *BIIB has 50% economics in BAN2401, which will be a big win for BIIB if it reads out positive, though the changing of the primary endpoints for the ph3 study, to one they didn't hit on in ph2, makes this study closer to a coin flip optimistically speaking, in our view* |
| ***Gant*** | • *Prior gantanerumab studies failed but they increased the dose substantially for their 2 ph3's*<br>• *Gant has shown PET reduction in an open-label extension at these higher doses, though at 3 yrs they only have 30 pts worth of data—clinical data are uninterpretable*<br>• *The GRADUATE program (2 ph3 trials, n>1,000 each) slated to readout in 2H22 and will be a large comprehensive data set, though given the limited data we have in an uncontrolled population, it's hard to have confidence in a positive readout* |

Source: Stifel Research.

# BAN2401 is Biogen/Eisai's Second Shot on Goal for an Abeta mAb; Ph2 Showed Some Evidence of Clinical Efficacy and a Robust PET Impact

***Study 201 dosed 854 patients (MMSE 2–28) with 5 different dosing regimens of lecanemab (BAN2401) for 18 months. The study met its primary endpoint "ADCOMS", but CDR-SB is being leveraged in ph3 – this measure showed separation, but with a p-value "trend". The question is whether a larger ph3 can hit on CDR going fwd.***

## Amyloid Impact




*Both doses showed stat-sig reductions in PET SUVr;* ***at 18 mos, 81% of pts were amyloid negative in the 10mg/kg biweekly group, with overall amyloid reduction of 93%. If these PET data are replicated, we think the ph3 readout will pose a readthrough onto the perception of amyloid as a surrogate***

## Clinical Outcomes




*Clinical outcomes trended positively for the highest dose group with statistically-significant separation in 2/3 of the scales. Patients measured at 18 months for these endpoints are 79-84 for 10mg/kg biweekly; 146-149 for bimonthly; 158-161 for placebo*

**Stifel Perspective**

*The above data look promising and seem to reflect some activity, though the utility of the "ADCOMS" has been debated; CDR-SB, a more validated endpoint, showed signs of benefit, albeit with a statistical trend*

Source: Biogen/Eisai Materials, Swanson et al. Alzheimer's Research & Therapy. 2021 13:80; Stifel Research.



STIFEL

# An OLE is Enrolling Patients From The 201 Study—BAN2401 Was Able To Show Rapid PET Reduction In Previously Treated Placebo Pts

***Additional data from ~180 pts in BAN2401's ph2 OLE data is supportive of its effect—with 80% of treatment naïve patients (i.e., those on placebo during the trial) achieving amyloid negativity within 1 year. ADCOMS data, though there's debate on its utility, looked favorable relative to natural history data at 18 months—all in, these data continue to add support for BAN2401 heading into the ph3 readout next year.***

## OLE Amyloid PET Reduction at 1 Yr




## OLE ADCOMS Data at 18 Mos




*Patients who went on drug in the OLE following placebo saw a rapid reduction in amyloid PET, **with 80% of patients being amyloid negative after 1 year into the OLE. There were a total of 180 patients enrolled in this OLE. This additional data point, though open-label, recapitulates BAN2401's performance in the "core" study***

*Eisai also presented additional ADCOMS data that suggests BAN2401 has a clinical benefit (in both those who previously had and had not received drug) relative to natural history data (ADNI)—**though given the debate around the ADCOMS endpoint and a comparison to natural history, it's hard to give too much credit here. These 18-mo data are from 62 patients (20 of which were previously on placebo)***

Source: Biogen/Eisai Materials, Stifel Research.

**Biogen Inc.**
**BIIB – NASDAQ**
Biotechnology

# BAN2401 Biomarker Data Presented At AAIC Correlates With PET/Clinical Outcomes—Also Supportive of Chronic Dosing vs. Fixed (LLY)

***Additional biomarker data recently presented at AAIC is interesting in that it correlates with PET data and could serve as a potential plasma marker to monitor drug effect.***




*In the OLE, AB42/40 again increased most significantly in treatment-naïve patients; this also follows PET trend*

*Increase in plasma AB42/40 ratio correlated with PET and clinical outcomes with BAN2401 treatment*

*Following discontinuation of treatment, AB42/40 starts to decrease—an early indicator of brain AB accumulation and associated with the clinical decline observed during this period. This suggest chronic treatment may be beneficial to early AD pts*

Source: Biogen/Eisai Materials, Stifel Research.



STIFEL

# A Ph3 Pivotal Trial (Clarity AD) Is Ongoing—Recruitment Is Complete And Data is Expected 3Q22




*The study has completed enrollment (last patient in in March 2021) and has actually overenrolled—**a total of 1,795 subjects have been enrolled***

*Notably, the primary outcome of the study is CDR-SB (unlike ADCOMS in the ph2b)*

***Also note, BIIB/Eisai are running an additional ph3 study (AHEAD3-45) in pre-clinical AD in pts with elevated amyloid—this study is expected to run until 2027. They are also developing a subcutaneous version of BAN2401 which is expected to begin ph1 studies by year end***

Source: Biogen/Eisai Materials, Stifel Research.

# Eisai/BIIB Have Already Initiated A Rolling BLA Seeking Accelerated Approval For BAN2401 After Receiving Breakthrough Earlier This Summer

## EISAI and Biogen Inc. Announce U.S. FDA Grants Breakthrough Therapy Designation for LECANEMAB (BAN2401), an Anti-Amyloid Beta Protofibril Antibody for the Treatment of Alzheimer's Disease

JUNE 23, 2021 • INVESTOR RELATIONS

TOKYO and CAMBRIDGE, Mass, – Eisai Co., Ltd. (Headquarters: Tokyo, CEO: Haruo Naito, "Eisai") and Biogen Inc. (Nasdaq: BIIB, Corporate headquarters: Cambridge, Massachusetts, CEO: Michel Vounatsos, "Biogen") today announced that the U.S. Food and Drug Administration (FDA) has granted Breakthrough Therapy designation for lecanemab (BAN2401), an investigational anti-amyloid beta (Aβ) protofibril antibody for the treatment of Alzheimer's disease (AD).

Breakthrough Therapy designation is an FDA program
threatening conditions. The benefits of a Breakthroug
as well as eligibility for rolling review and potentially p

The FDA's Breakthrough Therapy designation for leca
856 patients with mild cognitive impairment (MCI) du
Study 201 explored the impact of treatment with leca
analysis showed consistent reduction of clinical declin
In March 2021 Eisai and Biogen completed enrollmen
expected to be completed by the end of September 20
individuals with preclinical AD, meaning they are clini
extension data from Study 201 confirmed time-depen
the 2021 Alzheimer's Disease and Parkinson's Disease

*It's unclear to us if BAN2401 could or would be approved with confirmatory data coming potentially a few months after a PDUFA. Ultimately it's probably irrelevant because the confirmatory trial would seemingly dictate maintaining that approval, and also use/reimbursement*

## Eisai Initiates Rolling Submission to the U.S. FDA for Biologics License Application of Lecanemab (BAN2401) for Early Alzheimer's Disease Under the Accelerated Approval Pathway

SEPTEMBER 27, 2021 • INVESTOR RELATIONS

# One Side Note: While BAN2401's Implications on Aducanumab May Be Significant, Biogen Retains Additional Economic Upside if the Drug Works

***Given the messiness of the aducanumab situation, and given some of the controversy surrounding the BAN2401 ph2 data (initial hype on top-line, subsequent questions), we don't think there's much BAN2401 priced into the stock. That said, Biogen retains ownership of 50% of BAN2401 profits. Because of its dosing schedule (Q2W IV), BAN2401 might be in an inferior position to Adu/Dona; that said, clear cut ph3 data on its own could be differentiating, and Eisai is also working on a SubCu.***

## BIIB Owns Meaningful Economics (50%) in BAN2401

Eisai Biogen

*"Eisai serves as the global operational and regulatory lead for lecanemab and all costs, including research, development, sales and marketing expense, are shared equally between us and Eisai.* ***If lecanemab receives marketing approval, we and Eisai will co-promote lecanemab and share profits equally****." – BIIB 2Q21 10Q*

## BIIB/Eisai Working On A SubCu Formulation

**Clinical study for subcutaneous formulation is under preparation**

- SC formulation should increase convenience for the patients
- IND to be amended for development of subcutaneous formulation in Q2 with initiation of Phase I study to evaluate its pharmacodynamics and bioavailability in 2021
- Device for subcutaneous formulation is concurrently under development

*Initiation of ph1 study expected in 2021*

Source: Stifel Research.

# We'll Get Ph3 Data in 3Q22—What Can We Expect To See? The Data Package Looks Good So Far; We'd Say Decent Shot (Close to 50%) At Positive Ph3

## Key Questions To Help Us Think About What To Expect With BAN2401

**Do We Think The Ph3 Readout in 3Q22 will Recapitulate Efficacy?**

*On amyloid PET reduction, yes we expect BAN2401 will repeat its prior performance, having shown significant plaque reduction in the "core" study, as well as in the OLE extension*

*On clinical outcomes, BAN2401 did show a stat sig benefit on ADCOMS and ADAS-Cog in the ph2 study, though it didn't achieve stat sig benefit on CDR-SB, the more validated endpoint. The OLE data also shows benefit on ADCOMS compared to natural history data, though again there's debate around the utility of ADCOMS and comparing it to natural history data limits the credit we can apply here. For the ph3, CDR-SB is the primary endpoint, and though it wasn't stat sig in the ph2, it at least had a favorable statistical trend and the pivotal trial is better powered. Ultimately, we do think BAN2401 has a decent show at working and we put our PoS at ~50/50, slightly less than LLY/Don whose data are cleaner.*

**If Approved, What Does That Mean for Aduhelm? And BIIB—What Are The Economics?**

*BIIB is splitting profits 50/50 with Eisai for BAN2401, which in the context of the potential market opportunity, is attractive for BIIB, given the little credit in the stock*

*If approved, BAN2401, like donanemab, may benefit from Aduhelm leading the charge on reimbursement and infrastructure and likely cannibalize some share; however, depending on the data, many physicians/patients may prefer the once monthly tx duration of Aduhelm (or donanemab) compared to the bi-weekly dosing on BAN2401. BIIB/Eisai are in the erly stages of developing a SC version of BAN2401 which could shift things. **But more broadly, the BAN2401 readout could serve as a referendum on whether Adu should/shouldn't have been approved on PET-SUVr***

***Bottom Line: Ultimately we think BAN2401 has a decent shot to show clinical benefit in the ph3 readout coming in 3Q22 (~50%), given it showed stat sig benefit on 2/3 clinical outcomes scales in the ph2, with a statistical trend on the third. We think the '2401 readout will set up as another test of the amyloid hypothesis, assuming the PET data are again strong.***

Source: Stifel Research.

# Gantenerumab, Roche's Subq Abeta mAb, Stopped Initial Ph3 Studies Due To A Lack of Efficacy In Futility Analyses

***Scarlet RoAD and Marguerite RoAD dosed patients with 105 and 225 mg subcue gantenerumab every four weeks for up to 2 years prior to the OLE—published data ultimately showed a lack of separation from placebo on the primary endpoint (CDR-SB).***

## Scarlet RoAD

*Expanded to Ph2/3 in 2012; n=799; 105 or 225mg; Subq*

*Co-primary endpoints: CDR-SOB, Amyloid measured by PET*

*On Dec 19, 2104, Roche stopped dosing in SCarletRoAD based on interim futility analysis—in* ***July 2015, reported no efficacy on primary or secondary endpoints, but a trend towards benefit in the fastest progressors***

*Patients who entered the OLE were titrated up to 1,200mg*

## Marguerite RoAD

*Initiated Ph3 in March 2014; n=1,000; 105 or 225mg*

*Co-primary endpoints: ADAS-cog, ADCD-ADL*

*On October 10, 2016, CT.gov was updated to reflect that this trial had stopped enrolling at 389 patients;* ***Roche later reported that it failed an interim futility analysis***

*It was switched to an OLE, with participants titrated up to 1,200mg*

## Clinical Outcomes




*Published data from Scarlet RoAD after the futility analysis showed the lack of separation from placebo on the primary endpoint CDR-SB*

Source: Klein et al. 2019 Alzheimer's Research & Therapy, Stifel Research.



STIFEL

**Biogen Inc.**
**BIIB – NASDAQ**
Biotechnology

Company Update
**October 14, 2021**

# Data From The OLE With Titration Up To A Higher Dose of 1,200mg Show Brain Amyloid Reduction on PET Out To 3 Yrs—But Just in 30 Patients…

***In the RoAD's OLE, pts are titrated up to 1,200mg every 4 wks—gantenerumab has now shown continued amyloid reduction on PET out at 3 years with 80% of completers now below amyloid positivity threshold. Importantly though, just 30 pts have completed 3 yrs (>50% have dropped out since start). That confounds things, but it does suggest that higher dosing should have a better chance at showing something in ph3***

## In 2018 Roche Presented 2-Year Data Showing High Dose Lowered Brain Amyloid




*OLE data from the Scarlet RoAD and Marguerite RoAD phase 3 trials out past 2 years showed continued reductions after titration up to 1,200mg*

## 3-Yr Data Continues To Corroborate Amyloid Reduction w/High Dose Gant




*Importantly though—**just 30 patients have data out to three years**, with >50% of patients dropping out since the beginning of the OLE (68 pts at Month 0)*

*At 3 years, amyloid continues to be reduce following titration up to 1,200mg—**80% of completers are below amyloid positivity threshold***

Source: Klein et al. 2021 Journal of Prevention of Alzheimer's Disease, Klein et al. 2019 Alzheimer's Research & Therapy, Roche Materials, Stifel Research.



STIFEL

# Gantenerumab Has Reduced Levels of Downstream Biomarkers in Familial AD In The DIAN-TU Study, Though It Failed On Cognition…

***In 52 patients carrying a familial AD mutation, gantenerumab reduced both tau and Nfl levels though it ultimately failed to slow cognition—researchers note that due to patients not receiving high-dose gant until later in the study as one reason it failed to demonstrate clinical benefit.***

## CSF Phospho-Tau Levels Over 4 Years




*Gant dropped total tau and p-tau 181 in CSF*

## CSF Nfl Levels Over 4 Years




*Gant slowed the rise of the neurodegenerative marker Nfl*

*Ultimately though, this study failed to slow cognitive decline in people who carried a familial Alzheimer's mutation (solanezumab was also studied as part of this trial). Speculation as to why it may have failed on clinical benefit despite biomarker improvements include that (1) the study included both asymptomatic pts and those already declining cognitively--~60% of pts were considered asymptomatic which confounded powering, and (2) patients were not on high dose gant until later in the study. Or, it's also possible that Gantanerumab just doesn't work…*

Source: Roche Materials, Stifel Research.

# Roche Is Still Giving It A Shot Though—Two Ph3 Studies in Prodromal or Mild, Amyloid-Confirmed AD Ongoing; Readouts Expected in 2H22

## Global, Randomized, Double-Blind, Placebo-Controlled Ph3 Trial (GRADUATE I/II) Evaluating Much Higher Doses than the Failed Scarlet RoAD study




***Key details for both trials*: N>1,000; 27 months long; titrated to 1,020mg over ~9 months; primary endpoint CDR-SB**

*"…we have **two well-powered parallel studies with about 1,000 participants each. We have extended trial duration, the longest duration out there of 27 months. We have optimized titration in the single dose, and we have demonstrated plaque reduction, particularly in our OLE, where 80% of patients were below amyloid positivity at three years**. And importantly, we will be the first and only subcutaneous treatment for Alzheimer's." – Roche, 9/14/21 Analyst Day*

*"…**what we are predicting is actually roughly a 25% to 30% reduction in amyloid after two years** which is very comparable to say other drugs out there." – Roche, 9/14/21 Analyst Day*

Source: Roche Materials, Stifel Research.

# On Regulatory Strategy, Roche Acknowledges They're Considering All Options for Gant, Though They've Largely Dismissed The Idea of Accelerated Approval

*"I mean, it's also a bit difficult to comment on those things at the moment as we didn't have any contact with the FDA since the approval of the aducanumab data…**we would advise the market, let's say, to just go for the full line of a readout. At this point in time, that would be, let's say, the prudent thing to."** – Paulo Fontoura, Global Head-Neuro Clin Dev 6/18 Medical Conf.*

**UPDATE: Roche dismisses early filing chatter for its Alzheimer's drug as speculation, remains focused on phase 3 trial**

by Nick Paul Taylor | Jul 1, 2021 8:00am

*"**An analyst report stating that Roche will seek early FDA approval for its Alzheimer's disease candidate gantenerumab appears to have jumped the gun**, according to comments from the Swiss pharma giant…**Roche told Fierce Biotech they would not 'comment on speculations.' Instead, the company is continuing with a phase 3 clinical trial for gantenerumab** and more details will be shared when they are available. Discussions with the FDA and other regulatory authorities are being done 'when appropriate.'"*

*"**And that is, [seeking full approval], still our base plan, by the way. That's still what we're doing. But we are looking at all the other options too." –** Paulo Fontoura, Global Head-Neuro Clin Dev 6/18 Medical Conf.*

*October 8th—gantenerumab receives BTD*

***Evolution of Roche's Messaging on Gantenerumab Following Aduhelm Approval***

*"…our graduate program with gantenerumab, two Phase 3 studies,* [is] *fairly far along**. At the moment, we don't have any specific plans to change the timeframe of the readout. Certainly, we continue to be bullish, especially in light of the FDA action yesterday." –** Levi Garraway, CMO 6/8 Medical Conf.*

*"…at the end of the day, **we want to deliver medicines to patients that have a comprehensive dataset with a robust safety and efficacy profile…that's why we're waiting for the readout of the gantenerumab trials late next year. Anything else is a matter right now for speculation, I'd say**." – Paulo Fontoura,, Global Head-Neuro Clin Dev, 9/14/21 Analyst Day*

*"I really think what the Alzheimer's community is looking for is a benefit on what matters to patients in their life and that's not imaging, and I don't think that I've heard from regulators, including the FDA that they're content to approve drugs based solely on biomarker data. I don't believe that's the case and certainly that's not what we're aiming for. And I'm not going to make any sort of definitive statements about what we would or wouldn't do, I mean, obviously we have to look at the entirety of the data, but we're very optimistic that we've designed a study that if this MoA and if this medicine is delivering a clinical benefit that we should see it with our study." – Bill Anderson, CEO 7/22 Earnings Call*

Source: Fierce Biotech, Company Materials, Stifel Research.

# What Can We Expect To See? We Think Gantenerumb Has a Chance But Really The Least Compelling Case of The Looming Abeta Antibodies

## Key Questions To Help Us Think About What To Expect With Gant

| | |
|---|---|
| **How Much Credit Can We Give The OLE PET Data?** | *The OLE RoAD study shows reduction in amyloid on PET with 80% of pts with 3yr follow-up being amyloid negative. However,* ***just 30 patients have 3 yr data, which represents <50% of starting pts starting the OLE. That coupled with the open-label nature make it harder to have confidence compared to say LLY's don data (~180 patients, pbo-controlled)*** |
| **Are there Clinical Outcomes Data?** | *Roche notes that on cognitive outcomes from the OLE data trend in favor of gant, but even they acknowledge* ***"this is a very uncontrolled heterogeneous population…we're talking about a very, very uncontrolled small dataset****" (from Roche's Sept Investor Day)—again, compared others (i.e., Don, BAN2401) that do have clinical outcome data, it's hard to give any credit here* |
| **What Are The Implications of Subq Dosing?** | *In the OLE, Roche dosed subq 1,200mg every 4 wks—at 3 yrs, 80% were amyloid negative. For sake of comparison, LLY's don is dosed up to 1,400mg IV every 4 wks—at 18 mos, 70% were amyloid negative*<br><br>*Key questions for us are: (1) Is subq delivery suboptimal from a PK/PD perspective? (2) Though cross trial comparisons always come with caveats, Roche's 1,200mg subq dose appears to have slower pharmacodynamics than LLY's 1,400mg IV and the ph3 GRADUATE dose is actually 1,020mg (less than the OLE)—will PET reduction be less rapid or robust for gant? (3) They are running a longer trial (27 mos vs. 18 for others)—they do have a longer titration period (9 mos vs. 4 for LLY), but are they preparing for a slower onset of amyloid reduction? Could that lead to comparatively a less dramatic effect?* ***These questions are hard to vet, but do murky the picture some, in our view*** |
| **And The GRADUATE Trials?** | *The GRADUATE program includes two parallel, large studies (N>1,000)—this will lead to a large, comprehensive dataset next year, larger than either BAN2401 or donanemab* |

***Bottom Line: We think gant has a less compelling case compared to BAN2401 and donanemab who have showed amyloid reduction data in larger, controlled studies, along with hints of clinical benefit—gants data in a small, uncontrolled population limits our ability to have confidence. Beyond that, we wonder if subq dosing could limit or at least slow gant's effect***

Source: Stifel Research.

# In Summary, Looking Across All The Abetas, We Think Dona, Followed By BAN2401 Have The Most Compelling Data; On Gant, We Have Less Confidence

| | Donanemab | BAN2401 | Gantenerumab |
|---|---|---|---|
| **ROA** | *IV infusion* | *IV infusion* | *Subcutaneous injection* |
| **Dosing** | *Titration up to 1,400mg at 4 months; infusion every 4 weeks* | *10mg/kg bi-weekly; no titration* | *Titrated up to 1,020mg at 9 months; SC every 4 weeks* |
| **PET Data** | *70% of patients amyloid negative at 18 months; pbo-controlled, ~180 patients* | *81% of patients amyloid negative at 18 months; pbo-controlled, ~125 patients* | *80% of pts who completed 3 years of follow-up in the OLE are amyloid negative; just 30 pts have 3 yr data* |
| **Key Clinical Benefit Data** | *Stat-sig slowing on iARDS of 32% at 18 months (p=.04); pbo-controlled, ~180 patients* | *Stat-sig benefit on ADCOMS and ADAS-Cog (30% and 47% less decline with p-values of .034 and .017, respectively); 27% less decline on CDR-SB, with a statistical trend; pbo-controlled, ~240 pts* | *No clinical benefit shown beyond failure on CDR-SB from initial low dose studies; open label data hard to interpret* |
| **What's Next?** | *Filing for AA by year end, prepping for launch in 2H22; ph3 confirmatory trial in 1H23* | *Initiated rolling BLA for AA; topline data from ph3 expected 2Q22* | *Data from ph3 GRADUATE program (2 ph3 trials) expected 2H22* |
| **What Do We Think Will Happen?** | *We expect they will get AA and launch in 2022; we think it is more likely than not (~65%) that the confirmatory trial readouts positively in 1H23* | *BAN2401 should be approved through the AA, and it's possible they'd try to launch prior to the 3Q22 ph3 readout. We think a ~50% PoS on BAN2401 is reasonable, though the asset isn't in our model today* | *We have the least confidence with gantenerumab given its only limited amyloid data in a small, uncontrolled population—we think a negative readout is more likely than not for their GRADUATE program next year* |

Source: Stifel Research.

# So What Are The Implications For Adu? At Least 1/3 (Preferably Dona) Is Key for Aducanumab Regulatory-Wise; 2/3 (Preferably Dona + BAN2401) Best Case

***Setup: We expect all three drugs will demonstrate effect on amyloid PET—the real test going into these readouts is what will we see on clinical outcomes? And what does that mean for amyloid PET as surrogate and Adu's market outlook?***

## How We Think Things Have Changed And What The Outlooks Could Be

| Bear | Base | Mini-Bull | Bull |
|---|---|---|---|
| *Assumes all three drugs fail—in this case we expect the utility of Abeta as a surrogate to be reevaluated. Aduhlem's fate on the market becomes uncertain and faces the possibility of being pulled* | *Donanemab receives accelerated approval and has a positive confirmatory readout in 1H23; BAN2401 and gantenerumab readouts are equivocal* | *Donanemab receives accelerated approval and has a positive confirmatory readout in 1H23 and gantenerumab GRADUATE program reads out positively* | *Donanemab and BAN2401 positive—big win for BIIB who has meaningful economics in BAN2401 (50%). BIIB would have 2 of 3 Abeta drugs on the market* |
| *Peak sales drop substantially, on both lower penetration and a murky regulatory outlook* | *Aduhlem ramp slows considerably due to narrowing of first mover advantage* | *Though there'll be more competition, 2 trials supporting the abeta hypothesis will help bolster the overall class with donanemab and Aduhelm still taking the lions share of the market* | *-BAN2401 credit added to the model, could be very meaningful depending on how good the data are.<br>-Reimbursement dynamics likely improve with more data, and physicians more incentivized to scale up treatment capacity<br>-even if it's 3/3 and gant works too, still great for BIIB* |
| | *Assumes the Abetas do get some reimbursement, though overall pt population is nicher and net price lower than previously expected* | *BAN2401 failure would be negative but we don't think BIIB gets much credit for this asset* | |
| | *Peak sales at ~$5B* | | |

Source: Stifel Research.

Case 1:22-cv-10200-WGY Document 88-59 Filed 06/21/24 Page 66 of 71



| Biogen Inc. (BIIB) - Income Statement<br>Data in $MM, except EPS | 2016 | 2017 | 2018 | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP Income Statement** | | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | | |
| **Product revenues, net** | **9,818** | **10,355** | **10,887** | **11,379** | **2,905** | **2,796** | **2,690** | **2,302** | **10,692** | **2,212** | **2,236** | **2,184** | **2,155** | **8,787** | **8,490** | **9,675** |
| Revenues from anti-CD20 therapies | 1,315 | 1,559 | 1,980 | 2,290 | 520 | 478 | 560 | 419 | 1,978 | 389 | 440 | 450 | 441 | 1,720 | 1,607 | 1,583 |
| Other | 316 | 360 | 585 | 708 | 109 | 408 | 126 | 132 | 775 | 93 | 99 | 25 | 25 | 242 | - | - |
| **Total revenues (GAAP)** | **$11,449** | **$12,274** | **$13,453** | **$14,377** | **$3,534** | **$3,682** | **$3,376** | **$2,853** | **$13,445** | **$2,694** | **$2,775** | **$2,660** | **$2,621** | **$10,749** | **$10,097** | **$11,258** |
| | *6%* | *7%* | *10%* | *7%* | *1%* | *2%* | *(6%)* | *(22%)* | *(6%)* | *(24%)* | *(25%)* | *(21%)* | *(8%)* | *(20%)* | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| COGS | (1,479) | (1,630) | (1,816) | (1,955) | (454) | (411) | (449) | (491) | (1,805) | (478) | (460) | (505) | (498) | (1,941) | (1,616) | (1,689) |
| y/y change (%) | *19%* | *10%* | *11%* | *8%* | *(25%)* | *(14%)* | *4%* | *10%* | *(8%)* | *5%* | *12%* | *13%* | *1%* | *8%* | *(17%)* | *5%* |
| R&D | (1,973) | (2,254) | (2,597) | (2,281) | (476) | (648) | (1,141) | (1,726) | (3,991) | (514) | (585) | (612) | (629) | (2,340) | (2,221) | (2,252) |
| y/y change (%) | *(2%)* | *14%* | *15%* | *(12%)* | *(16%)* | *34%* | *111%* | *150%* | *75%* | *8%* | *(10%)* | *(46%)* | *(64%)* | *(41%)* | *(5%)* | *1%* |
| SG&A | (1,948) | (1,936) | (2,106) | (2,375) | (570) | (555) | (573) | (806) | (2,505) | (595) | (637) | (665) | (655) | (2,552) | (2,423) | (2,646) |
| y/y change (%) | *(8%)* | *(1%)* | *9%* | *13%* | *0%* | *(6%)* | *3%* | *21%* | *5%* | *4%* | *15%* | *16%* | *(19%)* | *2%* | *(5%)* | *9%* |
| Amortization of acquired intangible assets | (386) | (815) | (747) | (490) | (72) | (62) | (83) | (249) | (465) | (98) | (604) | (55) | (55) | (812) | (762) | (712) |
| Acquired in-process R&D | - | (120) | (113) | - | (75) | - | - | - | (75) | - | (18) | - | - | (18) | - | - |
| Collaboration profit (loss) sharing | (10) | (112) | (185) | (242) | (72) | (22) | (73) | (66) | (233) | (69) | 15 | (89) | (89) | (231) | (310) | (661) |
| Loss (gain) on fair value remeasurements of contingent consideration | (15) | (63) | 12 | 64 | 5 | (10) | 29 | 63 | 86 | 34 | (0) | - | - | 34 | - | - |
| Restructuring charges | (33) | (1) | (12) | (2) | - | - | - | - | - | - | - | - | - | - | - | - |
| TECFIDERA litigation settlement charge | (455) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loss on assets and liabilities held for sale | - | - | - | (55) | - | - | - | 93 | 93 | - | - | - | - | - | - | - |
| **Total costs and expenses (GAAP)** | **($6,298)** | **($6,930)** | **($7,564)** | **($7,335)** | **($1,714)** | **($1,707)** | **($2,290)** | **($3,183)** | **($8,894)** | **($1,720)** | **($2,289)** | **($1,926)** | **($1,926)** | **($7,861)** | **($7,333)** | **($7,959)** |
| y/y change (%) | *7%* | *10%* | *9%* | *(3%)* | *(14%)* | *3%* | *28%* | *68%* | *21%* | *0%* | *34%* | *(16%)* | *(39%)* | *(12%)* | *(7%)* | *9%* |
| **Income (loss) from operations** | **$5,150** | **$5,344** | **$5,888** | **$7,042** | **$1,820** | **$1,975** | **$1,086** | **($331)** | **$4,550** | **$974** | **$486** | **$734** | **$695** | **$2,888** | **$2,764** | **$3,299** |
| Other Income (expense), net | (217) | (215) | 11 | 83 | (121) | 63 | (129) | 684 | 497 | (507) | 96 | - | - | (411) | - | - |
| **Income (loss) before taxes** | **4,933** | **5,129** | **5,899** | **7,125** | **1,699** | **2,038** | **958** | **353** | **5,048** | **467** | **582** | **734** | **695** | **2,477** | **2,764** | **3,299** |
| Provision for / benefit from income taxes | (1,237) | (2,459) | (1,426) | (1,158) | (292) | (446) | (241) | (13) | (992) | (44) | 409 | (147) | (139) | 79 | (369) | (440) |
| Equity in loss of investee, net of tax | - | - | | (79) | (15) | 15 | (13) | 18 | 5 | (18) | 34 | - | - | 16 | | |
| Deferred tax asset, net | 582 | 473 | | | | | | | | | | | | | | |
| **Net loss / income (GAAP)** | **$3,696** | **$2,670** | **$4,474** | **$5,889** | **$1,393** | **$1,607** | **$704** | **$358** | **$4,061** | **$405** | **$1,026** | **$587** | **$556** | **$2,573** | **$2,396** | **$2,859** |
| y/y change (%) | *3%* | *(28%)* | *68%* | *32%* | *(1%)* | *8%* | *(54%)* | *(75%)* | *(31%)* | *(71%)* | *(36%)* | *(17%)* | *55%* | *(37%)* | *(7%)* | *19%* |
| (Income) loss attributable to noncontrolling interest (GAAP) | 7 | (131) | (43) | - | 6.5 | (64) | (2) | 0 | (60.0) | 5.6 | (577) | - | - | (571) | (32) | (257) |
| **Net income (loss) attributable to BIIB (GAAP)** | **$3,703** | **$2,539** | **$4,430** | **$5,889** | **$1,399** | **$1,542** | **$702** | **$358** | **$4,001** | **$410** | **$449** | **$587** | **$556** | **$2,001** | **$2,364** | **$2,603** |
| y/y change (%) | *4%* | *(31%)* | *74%* | *33%* | *(1%)* | *3%* | *(55%)* | *(75%)* | *(32%)* | *(71%)* | *(71%)* | *(16%)* | *55%* | *(50%)* | *18%* | *10%* |
| **Basic EPS (GAAP)** | **$16.95** | **$11.94** | **$21.62** | **$31.46** | **$8.10** | **$9.60** | **$4.47** | **$2.33** | **$24.86** | **$2.70** | **$3.00** | **$3.91** | **$3.70** | **$13.30** | **$15.66** | **$17.19** |
| **Diluted EPS (GAAP)** | **$16.93** | **$11.92** | **$21.58** | **$31.41** | **$8.08** | **$9.59** | **$4.46** | **$2.32** | **$24.80** | **$2.69** | **$2.99** | **$3.91** | **$3.70** | **$13.29** | **$15.64** | **$17.16** |
| **Diluted EPS (Non-GAAP)** | **$20.22** | **$21.81** | **$26.20** | **$33.56** | **$9.14** | **$9.85** | **$8.84** | **$4.58** | **$32.62** | **$5.34** | **$5.68** | **$3.87** | **$3.66** | **$18.56** | **$20.01** | **$21.23** |
| Basic shares outstanding (MM) (GAAP) | 218 | 213 | 205 | 187 | 173 | 161 | 157 | 154 | 161 | 152 | 150 | 150 | 150 | 150 | 151 | 151 |
| Diluted shares outstanding (MM) (GAAP) | 219 | 213 | 205 | 187 | 173 | 161 | 157 | 154 | 161 | 152 | 150 | 150 | 150 | 151 | 151 | 152 |

*Source: Company reports and Stifel estimates*

| CF & BS | 2016 | 2017 | 2018 | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash** | **1,207** | **814** | **(1,685)** | **(1,385)** | **(1,132)** | **(2,173)** | **(2,835)** | **(4,044)** | **(3,887)** | **(3,908)** | **(3,303)** | **(3,102)** | **(2,441)** | **(2,441)** | **(341)** | **1,750** |
| Cash & Marketable Securities | 7,725 | 6,747 | 4,263 | 5,884 | 4,830 | 5,251 | 4,590 | 3,382 | 3,382 | 3,360 | 3,966 | 4,167 | 4,828 | 4,828 | 6,928 | 9,019 |
| Debt | 6,517 | 5,933 | 5,949 | 7,269 | 5,962 | 7,424 | 7,425 | 7,426 | 7,269 | 7,267 | 7,269 | 7,269 | 7,269 | 7,269 | 7,269 | 7,269 |
| **Cash Flow from Operations** | **4,588** | **4,551** | **6,188** | **7,079** | **1,467** | **1,949** | **1,181** | **(367)** | **4,230** | **769** | **1,207** | **307** | **810** | **3,093** | **3,259** | **3,575** |
| Net Income | 3,696 | 2,670 | 4,474 | 5,889 | 1,393 | 1,607 | 704 | 358 | 4,061 | 405 | 1,026 | 587 | 556 | 2,573 | 2,396 | 2,859 |
| SOE | 155 | 128 | 158 | 182 | 68 | 48 | 34 | 49 | 198 | 70 | 0 | 55 | 55 | 180 | 177 | 184 |
| Depreciation | 683 | 1,081 | 1,017 | 681 | 120 | 113 | 134 | 90 | 457 | 147 | 150 | 150 | 150 | 597 | 597 | 597 |
| Other | 54 | 672 | 540 | 327 | (113) | 181 | 310 | (864) | (486) | 148 | 31 | (485) | 49 | (257) | 90 | (65) |
| **Cash Flow from Investing** | **(2,485)** | **(2,963)** | **(2,046)** | **471** | **443** | **(833)** | **(52)** | **(166)** | **(609)** | **(65)** | **(150)** | **(150)** | **(150)** | **(515)** | **(1,100)** | **(1,200)** |
| Capital Expenditures | (616) | (867) | (771) | (515) | (150) | (105) | (84) | (86) | (425) | (93) | (100) | (100) | (100) | (393) | (900) | (1,000) |
| Other | (1,869) | (2,096) | (1,276) | 985 | 593 | (728) | 32 | (80) | (184) | 28 | (50) | (50) | (50) | (122) | (200) | (200) |
| **Cash Flow from Financing** | **(1,053)** | **(2,380)** | **(4,472)** | **(5,860)** | **(2,245)** | **(1,313)** | **(1,313)** | **(401)** | **(5,273)** | **(785)** | **(450)** | **-** | **-** | **(1,235)** | **(59)** | **(284)** |
| Proceeds (payments) related to common stock offering | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds (payments) on debt | (3) | (561) | (3) | - | - | 1,467 | - | 0 | 1,467 | (169) | - | - | - | (169) | - | - |
| Other | (1,050) | (1,819) | (4,469) | (5,860) | (2,245) | (2,781) | (1,313) | (401) | (6,740) | (616) | (450) | - | - | (1,066) | (59) | (284) |
| Fx | (31) | 39 | (19) | 0 | 13 | (9) | 24 | 41 | 69 | (33) | | | | (33) | - | - |

*Source: Company data, Stifel estimates*

| **Product Revenue to BIIB (Risk-Adjusted)** *Data in $MM* | 2016 | 2017 | 2018 | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Multiple Sclerosis** | 8,820 | 8,977 | 8,595 | 8,529 | 2,118 | 2,127 | 1,985 | 1,603 | 7,832 | 1,483 | 1,529 | 1,434 | 1,384 | 5,831 | 5,271 | 5,056 |
| **TECFIDERA** | 3,968 | 4,214 | 4,274 | 4,433 | 1,099 | 1,182 | 953 | 608 | 3,841 | 479 | 488 | 435 | 389 | 1,790 | 1,396 | 1,177 |
| *growth rate, %* | *9.1%* | *291.8%* | *284.9%* | *3.7%* | *10.0%* | *2.7%* | *(15.1%)* | *(47.7%)* | *(13.3%)* | *(56.4%)* | *(58.7%)* | *(54.4%)* | *(36.1%)* | *(53.4%)* | *(22.0%)* | *(15.7%)* |
| **VUMERITY** | - | - | - | 6 | 2 | 9 | 15 | 39 | 64 | 74 | 91 | 100 | 111 | 376 | 500 | 488 |
| *growth rate, %* | *(100.0%)* | - | - | - | - | - | - | *607.3%* | *1069.1%* | *3580.0%* | *933.0%* | *588.2%* | *185.3%* | *484.7%* | *32.9%* | *(2.2%)* |
| **Interferon** | 2,795 | 2,646 | 2,363 | 2,102 | 466 | 481 | 474 | 456 | 1,878 | 401 | 400 | 417 | 417 | 1,635 | 1,480 | 1,461 |
| *growth rate, %* | *(5.8%)* | *(5.3%)* | *(10.7%)* | *(11.1%)* | *(7.0%)* | *(13.2%)* | *(10.5%)* | *(11.7%)* | *(10.7%)* | *(14.1%)* | *(16.8%)* | *(12.1%)* | *(8.5%)* | *(12.9%)* | *(9.5%)* | *(1.2%)* |
| **TYSABRI** | 1,964 | 1,973 | 1,864 | 1,892 | 522 | 432 | 517 | 475 | 1,946 | 503 | 524 | 457 | 443 | 1,927 | 1,794 | 1,827 |
| *growth rate, %* | *4.1%* | *0.5%* | *(5.5%)* | *1.5%* | *13.5%* | *(9.1%)* | *6.8%* | *0.5%* | *2.8%* | *(3.7%)* | *21.3%* | *(11.4%)* | *(6.9%)* | *(1.0%)* | *(6.9%)* | *1.8%* |
| **FAMPYRA** | 85 | 92 | 93 | 97 | 28 | 23 | 27 | 25 | 103 | 27 | 26 | 25 | 25 | 103 | 103 | 103 |
| *growth rate, %* | *(5.4%)* | *7.9%* | *1.1%* | *4.9%* | *23.6%* | *(4.6%)* | *10.7%* | *(3.1%)* | *6.3%* | *(6.0%)* | *13.5%* | *(6.7%)* | *(0.4%)* | *(0.5%)* | - | - |
| **ZINBRYTA** | 8 | 53 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *growth rate, %* | - | *575.6%* | *(97.3%)* | *(100.0%)* | | | | | - | | | | | - | - | - |
| **Spinal Muscular Atrophy, SPINRAZA** | 5 | 884 | 1,725 | 2,096 | 565 | 495 | 494 | 498 | 2,052 | 521 | 500 | 494 | 487 | 2,001 | 1,997 | 1,849 |
| **Hemophilia** | 847 | 74 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-MS Product Revenue** | 147 | 420 | 567 | 754 | 222 | 174 | 211 | 201 | 808 | 208 | 207 | 256 | 284 | 955 | 1,222 | 2,770 |
| **Biosimilars** | 101 | 380 | 545 | 738 | 219 | 172 | 208 | 197 | 795 | 205 | 202 | 250 | 275 | 933 | 979 | 1,028 |
| **FUMADERM** | 46 | 40 | 22 | 15 | 3 | 3 | 3 | 3 | 13 | 3 | 3 | 3 | 3 | 12 | 12 | 12 |
| **Aducanumab** | - | - | - | - | | | | | - | - | 2 | 3 | 5 | 10 | 163 | 1,096 |
| **SAGE-217** | | | | | | | | | | - | - | - | - | - | 67 | 633 |
| **DNL-151** | | | | | | | | | | - | - | - | - | - | - | - |
| Other | | | | | | | | | | | | | | | | |
| **Total Product Revenue ($MM)** | $9,818 | $10,355 | $10,887 | $11,379 | $2,905 | $2,796 | $2,690 | $2,302 | $10,692 | $2,212 | $2,236 | $2,184 | $2,155 | $8,787 | $8,490 | $9,675 |
| Total US Product Revenues ($MM) | | | | | 1,583 | 1,722 | 1,498 | 1,097 | | 900 | 977 | 925 | 870 | | | |
| Total ROW Product Revenues ($MM) | | | | | 1,321 | 1,074 | 1,192 | 1,205 | | 1,312 | 1,259 | 1,259 | 1,284 | | | |

| **Royalties to BIIB (Risk-Adjusted)** | 2016 | 2017 | 2018 | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Multiple Sclerosis** | 1,315 | 1,559 | 1,980 | 2,290 | 520 | 478 | 560 | 419 | 1,978 | 389 | 440 | 450 | 441 | 1,720 | 1,607 | 1,583 |
| OCREVUS | - | 159 | 479 | 689 | 162 | 208 | 272 | 202 | 845 | 209 | 257 | 300 | 301 | 1,067 | 987 | 994 |
| RITUXAN/GAZYVA | 1,315 | 1,400 | 1,501 | 1,602 | 358 | 270 | 288 | 217 | 1,133 | 180 | 183 | 150 | 140 | 653 | 620 | 589 |
| | *(1.8%)* | *6.5%* | *7.2%* | *6.7%* | *(11.6%)* | *(31.4%)* | *(29.4%)* | *(45.2%)* | *(29.3%)* | *(49.8%)* | *(32.2%)* | *(47.9%)* | *(35.3%)* | *(42.4%)* | *(5.0%)* | *(5.0%)* |
| **Other** | 316 | 360 | 586 | 708 | 109 | 408 | 126 | 132 | 775 | 93 | 99 | 25 | 25 | 242 | - | - |
| **Total Royalties & Other Revenue ($MM)** | $1,631 | $1,919 | $2,566 | $2,998 | $630 | $886 | $686 | $551 | $2,752 | $482 | $539 | $475 | $466 | $1,962 | $1,607 | $1,583 |
| **Total Product-Related Revenue ($MM)** | $11,449 | $12,274 | $13,453 | $14,377 | $3,534 | $3,682 | $3,376 | $2,853 | $13,445 | $2,694 | $2,775 | $2,660 | $2,621 | $10,749 | $10,097 | $11,258 |

*Source: Stifel estimates and Company filings*

| Biogen Inc. (BIIB) - DCF - $MM | 2019 | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | TV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CFO, net of noncontrolling interests | 7,083 | 4,159 | 3,899 | 3,228 | 3,318 | 3,586 | 4,250 | 4,522 | 4,771 | 4,905 | |
| CFI | 471 | (609) | (515) | (1,100) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | |
| Net Borrowing | - | 1,467 | (169) | - | - | - | - | - | - | - | |
| Free Cash Flow to Equity | 7,553 | 5,018 | 3,215 | 2,128 | 2,118 | 2,386 | 3,050 | 3,322 | 3,571 | 3,705 | 62,979 |
| Discount Periods | - | - | - | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 | 6.50 | 6.50 |
| NPV FCFE ($MM) | - | - | 1,607 | 2,047 | 1,887 | 1,968 | 2,330 | 2,350 | 2,339 | 2,246 | 38,189 |

| | |
|---|---|
| Total NPV ($MM) | 54,965 |
| Net Cash ($MM) 2Q21 | (3,303) |
| Implied Market Cap ($MM) | 51,662 |
| Fully Diluted Shares (MM) 2Q21 | 150 |
| **Value per share ($)** | **$344** |

| Key Assumptions | |
|---|---|
| Discount rate | *8.0%* |
| Terminal growth rate | *2.0%* |

*Source: Stifel estimates*

## Important Disclosures and Certifications

**I, Paul Matteis, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Paul Matteis, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.**

**Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportandDisclosures.**




*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for BIIB go to http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=BIIB**

Prior to August 6, 2018, a different Stifel research analyst provided research coverage of Biogen Inc. and its securities. Biogen Inc.'s price chart for the period prior to August 6, 2018 reflects the rating and price target history of the former Stifel research analyst for such issuer and its securities.

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Biogen Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Biogen Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

## Investment Rating System

Our investment rating system is defined as follows:

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy**[1] **-** We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 55% are rated Buy, 1% are rated Speculative Buy, 26% are rated Hold, 2% are rated Sell and 16% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 17%, 18%, 12% and 22% of the companies whose shares are rated Buy (includes Speculative Buy), Hold, Sell and Suspended respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 40%, 64%, 19%, 29% and 16% of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell and Suspended respectively.

**Additional Disclosures**

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to "**Stifel**" (collectively "Stifel") refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "**Stifel GMP**" and/or "**Stifel FirstEnergy**"; (iv) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); and (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.

**European Economic Area (EEA)**: This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 14 October 2021 17:06EDT and disseminated at 14 October 2021 17:06EDT.

**Additional Information Is Available Upon Request**

© 2021 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.