*Exhibit 61*

*Raymond James, "Assume Coverage At Market Perform: Aduhelm Expectations Waning, But Estimates Still Too High," December 9, 2021*

RAYMOND JAMES

US RESEARCH | PUBLISHED BY RAYMOND JAMES & ASSOCIATES

## BIOGEN INC. (BIIB-NASDAQ)

Biotechnology

**Danielle Brill, PharmD** | (212) 885-1891 | danielle.brill@raymondjames.com

DECEMBER 9, 2021 | 4:05 PM EST
COMPANY COMMENT

# Assume Coverage At Market Perform: Aduhelm Expectations Waning, But Estimates Still Too High

### RECOMMENDATION

**We are assuming coverage of Biogen (BIIB) at a Market Perform rating.** Expectations for Aduhelm revenues have come-in significantly, but consensus is still projecting >$3B by 2024. Considering the large TAM, and premium price tag, ~$3B may still be within reach if the ongoing national coverage determination (NCD) ultimately results in some form of Medicare coverage for the drug. That said, after an abysmal first quarter of launch, it's evident that BIIB has little-to-no support from the medical community, and we expect this trend to continue until reimbursement is established (April 2022).

Also, significant competitive headwinds are approaching. Eli Lilly has started its rolling BLA submission for donanemab AND announced plans to conduct a head-to-head trial to assess superiority of AB plaque clearance vs. Aduhelm (results expected in 2H22, around the same time approval/launch are anticipated). And, Roche's SubQ anti-AB mAb (gantenerumab) has pivotal 27-months cognition data reading out in 2H22. Regardless of the outcome, it looks like a lose-lose for BIIB. If Roche's Phase 3 cognition data are positive, it will be impossible for Aduhelm to compete. If Roche's Phase 3 cognition data are negative, it could be the final nail in the coffin for the beta-amyloid thesis.

**Development pipeline unlikely to offset declining base business revenues anytime soon.** BIIB continues to lose market share to competitors and faces patent cliffs for key multiple sclerosis (MS) drugs (Tysabri 2027; Tecfidera IP lost at YE20). The MS franchise peaked in 2019 at ~$10.8B (including Ocrevus royalties) and we expect MS revenues to continue to decline by an estimated -50% in 2030 vs. 2021. Spinraza sales are also declining due to competition from Roche's Evrysdi and Novartis' Zolgensma. We believe Spinraza sales in 2030 will be down at least -40% vs. 2021. BIIB's biosimilars business is modestly growing, but margins are lower and overall opportunity is not large enough to offset loses from the declining MS franchise. Outside Aduhelm, we see no assets in BIIB's development pipeline that could even potentially come close to filling the void. Phase 3 assets in the pipeline include (1) zuranalone (partnered with Sage) for MDD (more on our view of that commercial opportunity here); (2) toferson for SOD-1 ALS (recently failed Phase 3 and tiny commercial opportunity); and (3) BIIB093 (IV glibenclamide) for large hemispheric brain infarctions. Given the development risk associated with therapeutics for stroke, our expectations for a successful outcome are very low. Even if successful, we'd guess the opportunity is modest (t-PA market ~$2B and has a larger TAM).

**Valuation.** Our 10-year DCF (8% DR; 0% TG) generates a share value of $225. On a relative basis, BIIB's peer group is trading at ~12-12.5x 2022 earnings. EPS is growing more than peers only due to share-buybacks, and we think the Street is overestimating BIIB's revenue growth. Furthermore, BIIB's operating margins look much worse than the group. In our view, the stock should be trading in-line/ at a slight discount to its peers (based on our estimates, 12-12.5x FY22 EPS implies a fair value of ~$210-220/per share).

**Market Perform 3**
**Target Price NM**

| | |
|---|---|
| Suitability | A/ACC |

### MARKET DATA

| | |
|---|---|
| Current Price (Dec-8-21) | $234.72 |
| Market Cap (mln) | $34,879 |
| Current Net Debt (mln) | $7,271 |
| Enterprise Value (mln) | $42,150 |
| Shares Outstanding (mln) | 148.6 |
| 30-Day Avg. Daily Value (mln) | $312.7 |
| Dividend | $0.00 |
| Dividend Yield | 0.0% |
| 52-Week Range | $221.72 - $468.55 |

### KEY FINANCIAL METRICS

| | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | | |
| 2020A | 9.14 | 10.92 | 8.84 | 4.58 |
| 2021E | 5.34 | 5.68 | 4.77 | 3.47 |
| **new** | **5.34 A** | **5.68 A** | **4.78 A** | **3.35** |
| 2022E | 5.79 | 5.45 | 5.23 | 5.23 |
| **new** | **4.06** | **4.48** | **4.50** | **4.61** |

| | 2020A | 2021E | 2022E |
|---|---|---|---|
| Non-GAAP EPS ($, Dec FY) | | | |
| old | 33.70 | 19.30 | 21.72 |
| **new** | **33.70** | **19.19** | **17.64** |
| P/E (Non-GAAP) | | | |
| | 7.0x | 12.2x | 13.3x |
| Revenue (mln) ($, Dec FY) | | | |
| old | 13,445 | 10,899 | 9,887 |
| **new** | **13,445** | **10,890** | **10,549** |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.*
*Non-GAAP EPS before stock comp, one-time charges.*

**Please read domestic and foreign disclosure/risk information beginning on page 20 and Analyst Certification on page 21.**

In our view, fair value of BIIB without Aduhelm is ~$195-205 (~10-15% downside from current levels). While BIIB is trading at 52-week lows, we think negative headlines and headwinds related to competition will continue to weigh on the stock, especially considering BIIB's base business (MS, SMA) continues to decline, and there are no meaningful near-term value driving opportunities from their development pipeline. Given our concerns about Biogen's fundamentals, we rate the stock at Market Perform.

**(Highly optimistic) base-case scenario still suggests stock is fairly valued.** Our base case optimistically assumes the U.S. anti-mAβ market gains traction (without confirmatory cognition data) and reaches >$11B by 2030. We still think BIIB's market share will be small (~15%) because in our view, Lilly and Roche's assets are differentiated from Aduhelm and are poised for better success in the market, if approved. For example, Lilly owns the companion PET ligand that is required for diagnosis/evaluation of treatment efficacy and can easily achieve pricing power by bundling the two together. Furthermore, Lilly may have head-to-head data showing more robust Aβ plaque reduction with donanemab than Aduhelm. Roche's clear advantage is that gantenerumab is SubQ vs Aduhelm/ donanemab which are IV. Ex-U.S. opportunity still remains upside to our model since Aduhelm is no longer expected to gain marketing authorization by the EMA. *While we think it is highly unlikely that the anti-Aβ-mAbs generate >$10B without positive cognition data, our base case assumes as much simply to highlight that even in this scenario, Aduhelm still loses to the competition.*

**(Even more improbable) bull-case scenario assumes equal share for all three anti-Aβ-mAbs, and points to just ~15% upside for BIIB.** If we assume cognition data are positive for the class (and lecanumab ultimately replaces Aduhelm), we think the total global opportunity could exceed $19B by 2030. If split evenly, Aduhelm would generate ~$6.5B by 2030. In our DCF, this translates to a share value of ~$265-285 (+15-25%). Considering the clear differentiating features of Lilly's and Roche's drugs, we do not think Biogen will capture an equal portion of the market as their competitors. More importantly, we are extremely doubtful that the AB thesis will be validated with positive Phase 3 cognition data. However, in the most optimistic scenario we can fathom, upside for Aduhelm still appears capped at ~25%.

**There are still multiple bear-case scenarios that could play out including: (1) gantenerumb/donanemab generate positive cognition data (while lecanumab does not) and (2) all anti-Aβs fail to show cognitive benefits in Phase 3.** In either case, we think Aduhelm is essentially a zero. Without Aduhelm, we think BIIB shares are worth ~$200.

# Biogen (BIIB) and Investment Thesis Overview

**Biogen (BIIB) Overview:**

- Biogen is a neurology and CNS focused biotech company whose legacy commercial business includes: (1) a portfolio of medicines for multiple sclerosis (MS); (2) Spinraza for spinal muscular atrophy (SMA); and (3) biosimilar medications of various anti-inflammatory biologics (i.e. anti-ATNF).
- Biogen's Aduhelm (aducanumab) is a monoclonal antibody (mAb) which eliminates beta-amyloid (Aβ) plaques in the brain, and hallmark pathogenic feature of Alzheimer's Disease (AD). The FDA's approval of Aduhelm in June 2021 was highly controversial and has resulted in significant pushback from the medical community, lawmakers, and payers.

**Investment Thesis Summary:**

- We assign BIIB a Market Perform rating. Reasons we would avoid buying the stock: (1) Aduhelm sales unlikely to offset declining legacy business; (2) no other meaningful/ de-risked near-term value driving pipeline opportunities; and (3) neuro/CNS focus is high-risk and development/regulatory outcomes more unpredictable than other therapeutic areas.

**We'd become more constructive if:** (1) Leadership hires are made that promise to invoke meaningful change; (2) BIIB acquires late-stage accretive asset; and/or (3) stock no longer pricing in any value for Alzheimer's.

# Risks

- Commercial risk:
  - Aduhelm has failed live up to launch expectations, and may continue to underperform, contributing to loss of projected revenue already driven by the decline of legacy revenue.
  - Competitors will follow precedence established by Aduhelm and achieve surrogate biomarker-based approval, will likely undercut Aduhelm's lofty price tag, and capture significant Alzheimer's market share despite Biogen's first-to-market advantage.
- Clinical risk:
  - Biogen's late-stage pipeline candidates are indicated for smaller markets and would not replace revenue missed by Aduhelm. Potential blockbuster candidates, like BIIB080, are early-stage and susceptible to failures in efficacy and/or safety issues.
  - Loss of projected Aduhelm revenue will put pressure on Biogen to pursue in-licensing of developmental assets, as seen with higher risk acquisitions of Zuranolone (Major Depressive Disorder; SAGE) and DNL151 (Parkinson's Disease; DNLI)
- Regulatory risk:
  - The FDA, EMA, or other regulatory bodies may have a different view on the benefit-risk balance demonstrated in clinical testing than the company seeking approval.

# Biogen's Big Picture Problems

## EPS, revenues and operating margin all down substantially

**Biogen (BIIB)**

*$, millions, except per share amounts*

| Non-GAAP Income Statement | 2016A | 2017A | 2018A | 2019A | 2020A | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | **11,448.8** | **12,273.9** | **13,452.9** | **14,377.9** | **13,444.6** | **10,890.5** | **10,549.5** | **10,531.9** | **10,717.7** | **10,819.7** |
| | | *7%* | *10%* | *7%* | *(6%)* | *(19%)* | *(3%)* | *(0.2%)* | *2%* | *1%* |
| Non-GAAP Operating Income | 6,098.9 | 6,380.2 | 6,930.9 | 7,583.1 | 6,827 | 3,694.7 | 3,242.0 | 3,303.6 | 3,508.9 | 3,790.7 |
| % operating margin | *53%* | *52%* | *52%* | *53%* | *51%* | *34%* | *31%* | *31%* | *33%* | *35%* |
| **Non-GAAP EPS (diluted)** | **$ 20.21** | **$ 21.81** | **$ 26.19** | **$ 33.57** | **$ 33.70** | **$ 19.19** | **$ 17.64** | **$ 18.00** | **$ 18.66** | **$ 20.49** |
| % sequential growth | | *8%* | *20%* | *28%* | *0%* | *(43%)* | *(8%)* | *2%* | *4%* | *10%* |
| Shares outstanding (diluted) | 218.8 | 213.0 | 205.3 | 187.4 | 161.3 | 149.2 | 141.0 | 138.9 | 138.9 | 138.9 |

BIIB's high margin legacy MS and SMA businesses are rapidly declining (FY21 revenues down ~20% y/y). The Street had expected Aduhelm to fill the growing void, but it is becoming increasingly evident that the asset will not be able to sufficiently replace the lost revenues.

Key issues include: (1) controversy/negative sentiment from target prescribers; (2) differentiated competition potentially entering market in next ~12-18 months; and (3) significantly lower margin business vs. MS/SMA.

*Source: Raymond James Research*

# BIIB's high margin blockbuster MS franchise is on the decline

- Biogen's MS franchise (Tysabri, Tecfidera, Avonex/Plegridy) and the broader MS market peaked in 2019 generating $9.3B and ~$22.2B, respectively.
- Key growth driver had been Tecfidera (high-margin oral pill) which generated $4.4B in 2019 and has since been impacted by generic entrants into market in late 2020; BIIB lost patent IPR appeal on Nov 30, 2021.
- Tysabri is still modestly growing, Ocrevus (Roche) continues to gain market share but both face patent cliffs and potential biosimilar competition by 2027-2028.
  - Sandoz working on a biosimilar for Tysabri (IV) (SubQ formulation not yet approved in U.S.).
  - BIIB entitled to tiered royalties on Ocrevus sales in the U.S. (13.5% to 24%) and a flat 3% on ex-U.S. sales; U.S. royalty cut by 50% if biosimilar approved.




*Source: Company reports; RJ estimates*

**Significant contraction expected over the next several years due to (1) increased competition and (2) patent term expirations. BIIB already lost a ~$4B high margin drug that it needs to replace and could face another ~$2B in lost revenues by 2028 ($1B+ from Tysabri biosimilars and ~$1B (pure margin) loss from Ocrevus.**

# MS treatment landscape

| Product | Company | Indication | MOA; administration | Comparative Efficacy | Comparative Safety | Generic Available? |
|---|---|---|---|---|---|---|
| **Tysabri (natalizumab)** | **Biogen** | **RRMS, SPMS** | **mAb (a4-integrin); IV** | **+++** | **++** | **No** |
| **Ocrevus (ocrelizumab)** | **Roche** | **RRMS, SPMS, PPMS** | **mAb (CD20); IV** | **+++** | **++** | **No** |
| Kesimpta (Ofatumumab) | Novartis | RRMS, SPMS | mAb CD20 SubQ | +++ | ++ | No |
| Lemtrada (alemtuzumab) | Sanofi | RRMS, SPMS | mAb (CD52); IV | +++ | + | No |
| **Tecfidera/ Vumerity** | **Biogen** | **RRMS, SPMS** | **Fumarate; oral** | **++** | **+++** | **Yes** |
| Bafiertam (mono-methyl fumarate) | Banner | RRMS, SPMS | Fumarate; oral | ++ | +++ | |
| Aubagio (terflunomide) | Sanofi | RRMS, SPMS | S1P modulator; oral | + | +++ | No, 10/30/24 |
| Gilenya (fingolimod) | Novartis | RRMS (adults/ peds), SPMS | S1P modulator; oral | ++ | +++ | No, 2027 |
| Mavenclad (cladribine) | EMD Serono | RRMS, SPMS | S1P modulator; oral | ++/+ | + | No |
| Mayzent (siponimod) | Novartis | RRMS, SPMS | S1P modulator; oral | ++ | +++ | No |
| Zeposia (ozanimod) | BMS | RRMS, SPMS | S1P modulator; oral | ++ | +++ | No |
| Povory (ponesimod) | JNJ | RRMS, SPMS | S1P modulator; oral | | | |
| **Avonex/ Plegridy (INF-beta-1a)** | **Biogen** | **RRMS, SPMS** | **Interferon; (IM/SubQ)** | **+** | **+++** | |
| Rebif (INF-beta-1a) | EMD Serono | RRMS, SPMS | Interferon (SubQ) | + | +++ | |
| Betaseron/ Betaferon (INF-beta-1b) | Bayer | RRMS, SPMS | Interferon (SubQ/ IV) | + | +++ | |
| Extavia (INF-beta-1b) | Novartis | RRMS, SPMS | Interferon | + | +++ | |
| Copaxone (glatiramer acetate) | Teva | RRMS, SPMS | Injectable SubQ | + | +++ | Yes (US) |

*Source: Company reports; Uptodate.com;* ***Bold*** *= BIIB products; Collects royalty on Ocrevus*

# MS Outlook Summary

## Significant market contraction expected to continue

- **Biogen's key MS products include:**
  - Tecfidera/Vumerity (less GI tox than Tecfidera, same MOA),
  - Tysabri,
  - Avonex/Plegridy, and
  - Ocrevus (royalties from Roche)
- **Tecfidera was BIIB's largest seller (~$4.4B in 2019). Sales have been impacted by generic entrants coming to market in late 2020 (on-track for ~$2B in 2021)**
  - Biogen lost IPR appeal November 30, 2021
- **Tysabri (still growing, on-track to surpass $2B in 2021)**
  - IV IP expires in 2027 and Sandoz working on a biosimilar
  - SubQ formulation approved in EU (not yet approved in U.S.)
- **Avonex/ Plegridy (on-track for ~$1.6B in 2021; -16.5% y/y)**
  - Older interferons which continue to lose share to more efficacious/convenient oral treatment options
- **Ocrevus sales continue to grow (biosimilar likely to enter market by 2027-2028, will cut Biogen royalty rate by 50%).**
  - Generated $3.8B in 2019 →$4.8B in 2020 ( +26%y/y) → on-track to grow +13-15% y/y in 2021

# Spinraza Outlook

## SMA drug rapidly losing share to competition

- We think the SMA market will reach ~$6B by 2025. However, we believe Spinraza will continue to lose share to Roche's Evrysdi and NVS' Zolgensma.
- Given Evrysdi's comparable efficacy and convenient oral pill formulation, we expect Roche to capture the majority of SMA Type 2/3 patients (~75% of prevalent population).
- Zolgensma is currently a niche product for Type 1 SMA infants, but a Phase 3 study for Type 2 is expected to launch this year.
- While BIIB is evaluating Spinraza for use post gene therapy and in older (Type 3) SMA patients, we think use will largely remain limited to Type 1/2 SMA.
- We have already begun to see Spinraza's decline with Roche's launch in the U.S. last year; we expect this dynamic to play out in the EU as well as Evrysdi's ex-U.S. launch ramps over the next several quarters.

**SMA Market Projection ($ Billions USD)**




| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|
| Evrysdi | 0.9 | 1.7 | 2.4 | 3.3 | 3.7 | 4.2 | 4.3 | 4.4 | 4.5 | 4.7 |
| Zolgensma | 1.3 | 1.3 | 1.3 | 1.1 | 0.8 | 0.8 | 0.8 | 0.4 | 0.4 | 0.2 |
| Spinraza | 2.0 | 1.8 | 1.7 | 1.6 | 1.5 | 1.4 | 1.4 | 1.3 | 1.2 | 1.2 |

**Bottom line:** Spinraza was a key growth driver for Biogen (generated ~$2B in 2019 after just 3 years on the market). Given the availability of more convenient and more efficacious treatment options, we believe Spinraza's decline will ultimately result in another ~$1B+ in topline revenue loss.

*Source: Company reports; RJ estimates*

# Other Current Business Dynamics

*Biosimilars/ CD20 Royalties: Not Key Drivers*

## Biosimilars

- License agreement with Samsung Bioepis to commercialize biosimilars outside of the U.S. (50% profit share; revenues booked by BIIB)
- Currently marketing:
  - Benepail (Enbrel)
  - Imraldi (Humira)
  - Flixabi (Remicade)

Agreement expires 2028; option to acquire exclusive China rights

- Exclusive license for commercialization in U.S., Canada, EU, Japan, Australia
  - SB11 (Lucentis); potential launch by 4Q21
  - SB15 Eyelea; under review by FDA/EMA; patent until ~2023-2024 (US)/ 2025 (EU)

Bioepis responsible for development and supply; BIIB may pay up to ~$195M in milestones

***Expect growth from Imraldi launch in EU/ potential launch of SB11/SB15***

## CD20 Collaboration with Roche

- Biogen receives:
  - 35% pretax profit on first $50M of U.S. operating profits each year
  - 39% when U.S. gross sales for preceding 12-months exceed $150M
  - 37.5% when U.S. sales are between $150M and $500M
  - 35% when U.S. sales exceed $500M
- Rituxan/ Rituxan Hycela: now generic
  - ~$2.8B in FY20; continues to decline
- Gazvya (CLL and FL)
  - ~$420M FY20 growing to ~$1B by 2026
- Ocrevus
  - $4.8B FY20 growing to ~$7.7B by 2026

***Expect continuation of modest decline in CD20+ revs from Rituxan/Gazvya, which will be offset by Ocrevus growth. Net result: CD20 revenues relatively stable through 2028***

# Biogen needs to replace ~$6B of a high margin business…already seeing that Aduhelm is not the answer

With just $300K in 3Q21 sales, there doesn't seem to be much left to debate – however, for those who think current headwinds are temporary and Aduhelm may still be the growth driver BIIB needs, we note the following:

1. **Aduhelm's operating margin is much lower than Tecfidera, and Spinraza—meaning it needs to generate ~$10B+ to sufficiently fill the void…**
   – Operating margin was >50%; whereas Aduhelm profits shared with Eisai **and** a royalty is owed to Neurimmune = 30%s net operating margin
2. **Only 8 drugs have achieved annual sales surpassing $10B; all were backed by the medical and scientific community**
   – In contrast, Aduhelm's approval resulted in (1) the resignation of 3 advisory committee panel members; (2) multiple investigations into FDA/Biogen; and (3) de-minimus adoption to-date

**Drugs that generated $10B+ in annual worldwide sales as of 2021 ($B)**




3. **Aβ thesis expected to finally be validated/ dismissed with competitor Phase 3 data in 2022 – either way, outcome is a lose-lose for BIIB**
   – Thesis validated = differentiated competition with cognitive data will dominate market
   – Thesis invalidated = negative sentiment cemented and Aduhelm never gains traction
4. **Finally, it appears even BIIB is throwing the towel in on Aduhelm, with layoff rumors circulating (reported plans to cut ~1,000 employees early next year to save ~$500-750M)**

*Source: Raymond James Research*

# Payer coverage for Aduhelm currently non-existent; reimbursement expected by April 2022 (likely to be highly restricted by Medicare)

**CMS national coverage determination (NCD) for Aduhelm is ongoing**

- Nine-month process set to complete by no later than April 12, 2022

**Potential outcomes:**

1. No national coverage provided → decision left up to regional Medicare Administrative Contractors (MACs) (who will have no incentive to cover); *unprecedented for approved drugs*
2. Coverage with evidence (CED) determination → covered only for patients enrolled in future planned clinical trials; rarely used–however, may be most appropriate option (considering lacking evidence of benefit and significant underrepresentation of key demographics in BIIB's studies [i.e. Black / Latinx])
    - ICER recommends a rigorous CED program requiring patients be enrolled in a RCT or a trial using a 'wait list" design
3. National coverage provided → likely restricted by age, disease severity, disease biomarkers, who can prescribe the treatment, etc.

**Current coverage situation:**

- Mostly being denied by regional MACs (according to NCD public hearing on July 22, 2021); VA indicated it will not cover (insures ~6% of U.S. population aged 65+)
- Biogen is providing free drug for patients during the NCD process
- Lack of support clearly evident in dismal 3Q21 sales (just $300K)

**Bottom line:** Revenues are expected to be immaterial and no meaningful reimbursement is anticipated until after the NCD process is finalized (expected in April 2022). Beyond that, we expect coverage to be highly restricted by Medicare.

# Overview of anti-Aβ mAbs in late-stage development

## Other assets have generated comparable data to Aduhelm

| Company | | Biogen/Eisai/Neurimmune | | Lilly | Roche | | | Biogen/ Eisai |
|---|---|---|---|---|---|---|---|---|
| Drug | | Aduhelm (aducanumab) | | Donanemab | Gantenerumab | | | BAN2401 (lecanumab) |
| Drug Description | | IgG1 human N-terminal | | IgG1 humanized N-terminal | IgG1 human N-terminal and central | | | IgG1 humanized N-terminal |
| MOA details | | plaques, fibrils >> oligomers | | plaques, fibrils | Plaque, fibrils, and oligomers (Fcr mediated plaque phagocytosis) | | | Large oligomers >protofibrils> > plaques |
| Trial | | Ph 3 EMERGE (302) | Ph 3 ENGAGE (301) | Ph 2 TRAILBLAZER | Ph 3 Scarlet RoAD | Scarlet RoAD OLE | Marguerite RoAD OLE | Ph 2 |
| Baseline Disease Stage | | MCI and mild AD | | Early symptomatic | MCI AD | | Mild AD | MCI and Mild AD |
| Number enrolled | | 1095 | 1100 | 272 | 797 (n=260 gan; n=266 pbo) | 19 | 48 | 825 (n=152 10mg/kg (BAN); n=238 (pbo)) |
| Dose | | 29% titrated to 10mg/kg x 14 doses | 22% titrated to 10mg/kg x 14 doses | 1400mg q 4-wks | 225mg q mo | up to 1200mg q mo (reached in 6-10 mo) | upto 1200mg q mo (reached in 2-6 mo) | Dose ranging, high dose: 10mg/kg q 2wk |
| Administration | | IV | | IV | SubQ | SubQ | SubQ | IV |
| Duration | | 18-mo | | 18-mo | 24-mo | 36-mo | 36-mo | 18-mo |
| **Baseline Characteristics** | | | | | | | | |
| MMSE | | 26.4 (adu); 26.3 (pbo) | 26.4 (adu/ pbo) | 23.6 (dona); 23.7 (pbo) | 25.7 (gan/pbo) | 19.58 (24-mo) | 21.55 (DBA); 22.31 (DBP) (24-mo) | 25.6 (BAN); 26 (pbo) |
| CDR-SB | | 2.51 (adu); 2.47 (pbo) | 2.4 (adu/pbo) | 3.6 (dona); 3.4 (pbo) | 2 (gan); 2.1 (pbo) | 5.25 | 4.36 (DBA); 4.28 (DBP) | 3.0 (BAN); 2.9 (pbo) |
| ADAS-Cog | | 22.7 (adu); 21.9 (pbo) | 22.4 (adu); 22.5 (pbo) | 27.6 (dona); 27.5 (pbo) | 23 (gan); 23.5 (pbo) | 21.5* | 19.18 (DBA)*; 20.88 (DBP)* | 22.1 (BAN); 22.6 (pbo) |
| % ApoE4 carrier | | 67% (adu/pbo) | 68% (adu); 69% (pbo) | 72.5% (dona); 74.2% (pbo) | 12.5% (gan); 12.9% (pbo) | 89% | 52% (DBA); 67% (DBP) | 30% (BAN); 71% (pbo) |
| Baseline AB plaques | | 83 (adu); 80 (pbo) | 89.6 (adu); 83 (pbo) | 107.6 (dona); 101.1 (pbo) | ~64.6 (gan); 75.6 | 51.7 | 79.6 (DBA); 91.1 (DBP) | 80.82 (BAN); 87.4 (pbo) |
| **Results** | | | | | | | | |
| Amyloid % Δ vs baseline | | ~75% | ~57% | ~82% | ~5% | >100% | 94%-99% | ~83% |
| Amyloid plaque reduction (centiloid) | Drug | − 60 (p<0.0001) | −52.5 (p<0.0001) | − 85 (p<0.001) | -3.1 | 24-mo -34.7; 36-mo -56.4 | DBA 24-mo: -61; DBP 24-mo: -71; DBA 36-mo: -74.9 DBP 36-mo: -90.3 | -67.46 |
| | PBO | 2 | -1.1 | ~1 | 0.8 | | | 0.88 |
| CDR-SB (Δ vs baseline) | Drug | 1.35 (p=0.012) | 1.58 (p=0.83) | 1.23 (NS) | 1.73 (p=0.45) | 24-mo: 3.04 | DBA 24-mo: 3.55 DBP 24-mo: 2.78 | 0.935 |
| | PBO | 1.74 | 1.55 | 1.6 | 1.6 | | | 1.248 |
| MMSE (Δ vs baseline) | Drug | −2.7 (p=0.049) | 3.6 (p=0.8) | 2.37 (NS) | −2.73 (p=0.45) | − 2.25 | DBA 24-mo: -4.73 DBP 24-mo:-2.93 | |
| | PBO | -3.3 | 3.5 | 3 | -2.93 | | | |
| ADAS-Cog (Δ vs baseline) | Drug | 3.8 (p=0.0097) | 4.55 (p=0.24) | 2.928 (p=0.04) | 5.54 (p=0.79) | 7.87 (8.28) | DBA 24-mo: 11.85 DBP 24-mo: 8.17 | 1.611 |
| | PBO | 5.2 | 5.14 | 4.8 | 5.77 | | | 3.632 |
| ARIA-E Rate | Drug | 34.0% | 35.5% | 27.5% | 13.5% | 36.84% | DBA 24-mo: 38.1% DBP 24-mo: 48.2% | 10% |
| | PBO | 2.2% | 3.0% | 0.8% | 0.8% | | | 1% |
| ARIA-H Rate | Drug | 32.9% | 33.8% | 30.5% | 16.2% | | | 7% |
| | PBO | 9.6% | 8.4% | 7.2% | 13.2% | | | 5% |
| SAEs | Drug | 12.1% | 12.7% | 17.6% | 17.7% | | | 16% |
| | PBO | 14.1% | 12.8% | 17.6% | 20.7% | | | 18% |

**Bottom line:** Competition is hot on BIIB's heels. Three other Phase 3 assets (donanemab (LLY), gantenerumab (Roche), and lecanumab (Eisai/BIIB) have generated comparable Aβ plaque reduction and safety data to Aduhelm. Prothena and Abbvie also have anti-Aβ mAbs advancing to the clinic.

*Source: Raymond James Research*

# Competition from Lilly and Roche expected in the next ~12-24 months

Both products pose a significant threat to Aduhelm adoption

**Lilly's donanemab is the most advanced with filing for accelerated approval (AA) expected by YE21**

- **Key advantage: Manufactures one of 3 FDA approved beta-amyloid PET tracers (Amyvid)**
- Most robust Aβ plaque reduction; nearly all plaques eliminated with 18-mos of treatment (40% amyloid negative by 24-wks)
  - *Plans to run head-to-head trial vs Aduhelm on Aβ plaque reduction ability*
- Slightly lower ARIA-E/H rates but a high rate of immunogenicity (~90%)
- Risks: More limited (long-term) safety data (n=277 in TRAILBLAZER Phase 2)

- **Roche's gantenerumab is being evaluated in two Phase 3 trials (GRADUATE 1&2) which are expected to readout in 2H22**
  - **Key advantage of SubQ dosing**
  - OLE data from prior failed studies, at 4x the dose show complete elimination of beta amyloid plaques
  - Reported ARIA safety data appears in-line with aducanumab
  - Will have most comprehensive data package (~10-yrs of data)

**Bottom line:** We think donanemab and gantenerumab's profiles are supportive of accelerated approval given the FDA's recognition of Aβ plaque reduction as a biomarker of clinical benefit.

Given the controversy around Biogen and differentiated features of donanemab (fixed 18-mos dose, Amyvid (companion PET diagnostic)) and gantenerumab (SubQ dosing), we expect these two drugs to ultimately capture the majority of the anti-Aβ mAb market share. That view stands even if lecanumab (Eisai/BIIB; 50/50 profit split) is successful in its Phase 3 program in 2H22, as we do not think the product is differentiated from Aduhelm.

It's also important to note that Roche has not committed to pursuing AA as they believe positive Phase 3 cognition data are essential to unlocking the market.

# Anti-Aβ-Antibody U.S. Market Model

| US Alzheimers Disease Market Model | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Addressable US AD Population ('000s)** | **1928** | **1975** | **2023** | **2072** | **2122** | **2174** | **2227** | **2281** | **2337** | **2394** |
| BIIB | 0.00% | 0.16% | 0.75% | 0.80% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% | 1.00% |
| LLY | | 0.15% | 1.55% | 1.80% | 2.10% | 2.30% | 2.50% | 2.50% | 2.50% | 3.00% |
| Roche | | | 0.25% | 0.75% | 1.00% | 1.50% | 2.00% | 2.50% | 3.00% | 3.25% |
| Total AD new starts (%) | 0.02% | 0.31% | 2.55% | 3.35% | 4.10% | 4.80% | 5.50% | 6.00% | 6.50% | 7.25% |
| **New AD Starts** | 0.4 | 6.2 | 51.6 | 69.40 | 87.00 | 104.33 | 122.46 | 136.85 | 151.89 | 173.56 |
| Discontinuation rate | 42.50% | 8.75% | 15% | 20% | 25% | 25% | 25% | 25% | 25% | 25% |
| **Total % on drug** | **0.00%** | **0.1%** | **1.5%** | **5.1%** | **7.9%** | **10.5%** | **13.2%** | **15.7%** | **18.0%** | **20.4%** |
| Total patients on drug | 0.09 | 1.98 | 29.62 | 106.14 | 166.60 | 229.29 | 294.43 | 357.67 | 420.14 | 488.67 |
| Gross monthly price | $4,312 | $4,312 | $4,312 | $4,312 | $4,312 | $4,312 | $4,312 | $4,312 | $4,312 | $4,312 |
| % change | | | | | | | | | | |
| Gross-to-net discount | 3% | 15% | 28% | 30% | 30% | 30% | 30% | 30% | 30% | 30% |
| Net monthly price | $4,168 | $3,725 | $3,126 | $3,018 | $3,018 | $3,018 | $3,018 | $3,018 | $3,018 | $3,018 |
| Compliance | 80% | 83% | 80% | 75% | 70% | 65% | 65% | 65% | 65% | 65% |
| Mean number of infusions per patient per period | 4.2 | 7.5 | 7.8 | 7.7 | 7.7 | 7.4 | 7.5 | 7.5 | 7.5 | 7.5 |
| **Total AD US Sales** | **$2.9** | **$52.2** | **$734.2** | **$2,464.3** | **$3,856.5** | **$5,146.3** | **$6,636.1** | **$8,090.4** | **$9,524.8** | **$11,085.8** |

| AD P&L | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Aduhelm US Sales ($MM)** | 1.3 | 28.0 | 208.8 | 588.5 | 940.6 | 1,072.1 | 1,206.6 | 1,348.4 | 1,465.4 | 1,529.1 |
| Neurimmune royalties | | 9% | 9% | 10% | 10% | 10% | 10% | 10% | 10% | 12% |
| Total Cost of sales % | 16573% | 1578% | 229% | 88% | 59% | 53% | 48% | 44% | 41% | 42% |
| **Aduhelm net US sales** | **(210.3)** | **(414.5)** | **(270.0)** | **69.6** | **386.6** | **504.9** | **625.9** | **753.6** | **858.8** | **885.6** |
| % proft to BIIB | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
| BIIB'S share of US profit | (115.6) | (228.0) | (148.5) | 38.3 | 212.6 | 277.7 | 344.2 | 414.5 | 472.4 | 487.1 |
| Eisai's share of US profit | (94.6) | (186.5) | (121.5) | 31.3 | 173.9 | 227.2 | 281.7 | 339.1 | 386.5 | 398.5 |

**Though we are skeptical that the market will ever be a commercial success, our model reflects a bullish outlook for anti-Aβ mabs, with $11B in U.S. sales across the class by 2030. Even if anti-Aβs gain traction in the market, we think Lilly/Roche will dominate and believe Aduhelm will only capture a modest share (~14%). This translates to $1.5B in Aduhelm sales in 2030 (BIIB's share ~$487M).**

*Source: Raymond James Research*

# Other near-term pipeline catalysts are immaterial

## BIIB continues to buy back shares vs. material M&A

**Key near-term catalysts:**

- Zuranolone Phase 3 data in MDD early 2022 (partnership with Sage)

**Unlikely to drive meaningful growth**

- Zuranolone likely a niche drug for MDD/PPD, modeling ~$1.25B in 2034 U.S. (50/50 profit split); ex-U.S. opportunity significantly smaller ~$250M)

**Apparent unwillingness by board to do large immediately accretive deals**

- M.O. = share buybacks > bigger M&A, discovery stage assets/ platforms, and co-commercialization deals
- Recent STAT article indicated BIIB was interested in acquiring NBIX, GWPH, SRPT, VYGR, and ALDR – all were shot down by the board, according to the article. BIIB has not commented.

**Potentially interesting future value driver: BIIB080 (anti-tau ASO)**

- IgG mAbs targeting extracellular Tau protein unlikely to confer significant benefits. ASO approach could be differentiated but very high risk

| Product | Catalyst | Timing |
|---|---|---|
| **Alzheimers** | | |
| Aduhelm | NCD CMS decision | April 12, 2022 (latest) |
| | EMA approval decision | 4Q21<br>(MAA accepted 10/30/20) |
| | Japan approval decision | 4Q21<br>(JNA submitted 12/20) |
| BAN2401 (AB-mAb) | Topline Ph 3 data (Eisai) | ~Sept 2022 |
| BIIB076 (tau-IgG1-mAb) | Ph 1 Data | TBD |
| BIIB080 (anti-tau ASO) | Initiate Ph 2 | ~2021 |
| Donanemab (LLY) | Submit BLA for AA | YE21 |
| | FDA approval decision (AA) | ~Aug 2022 |
| Gantenerumab (Roche) | Ph 3 GRADUATE 1 &2 topline data | 2H22 |
| | Potential BLA filing | 1H23 |
| | Potential FDA approval decision | late 23/ early 24 |
| **Multiple Sclerosis** | | |
| BIIB061 (oral remyelination) | Ph 2 study initiation | In progress |
| BIIB0891 (BTK inhibitor) | Ph 2 study | Ongoing |
| Orelabrutinib | Ph 2b study | Ongoing |
| **Neuropsychiatry (SAGE partnership)** | | |
| Zuranolone (BIIB125) | Ph 3 CORAL data (RRT MDD +SoC) | Early 2022 |
| | Ph 3 SKYLARK data (PPD) | Early 2022 |
| SAGE-324 (BIIB124) | Initiate Ph 2 dose ranging ET) | YE21 |
| **ALS** | | |
| Tofersen (BIIB067)<br>(IONIS-SOD-1Rx) | Topline Ph 3 Data | Announced in Oct 2021 |
| | Ph 3 (asymptomatic ALS) | Ongoing |
| BIIB078 (C9orf72 ASO) | Ph 1 data | Late 2021 |
| BIIB105 (ataxin-2 ASO) | Initiate Ph 1 | Done |
| BIIB100 (XPO inhibitor) | Initiate Ph 1 | Done |

*Source: Company reports; STAT news, Raymond James research*

# Valuation: DCF yields a $225 share value

| | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$10,890** | **$10,549** | **$10,532** | **$10,718** | **$10,820** | **$10,687** | **$10,422** | **$9,476** | **$8,525** | **$8,253** |
| *Y/Y Growth %* | | *-3%* | *0%* | *2%* | *1%* | *-1%* | *-2%* | *-9%* | *-10%* | *-3%* |
| *Aduhelm Revenues* | *$ 3* | *$ 28* | *$ 209* | *$ 588* | *$ 941* | *$ 1,072* | *$ 1,207* | *$ 1,348* | *$ 1,465* | *$ 1,529* |
| **Non-GAAP Operating Income** | **$3,694.7** | **$3,242.0** | **$3,303.6** | **$3,508.9** | **$3,790.7** | **$3,992.0** | **$4,137.4** | **$3,679.5** | **$3,304.5** | **$3,218.7** |
| *Y/Y Growth %* | | | *2%* | *6%* | *8%* | *5%* | *4%* | *-11%* | *-10%* | *-3%* |
| Operating Margin | 34% | 31% | 31% | 33% | 35% | 37% | 40% | 39% | 39% | 39% |
| Tax rate | 16% | 18% | 19% | 21% | 21% | 21% | 21% | 21% | 21% | 21% |
| Less: Taxes | ($585.3) | ($583.6) | ($627.7) | ($736.9) | ($796.0) | ($838.3) | ($868.8) | ($772.7) | ($693.9) | ($675.9) |
| EBIAT | $3,109.4 | $2,658.4 | $2,675.9 | $2,772.1 | $2,994.6 | $3,153.7 | $3,268.5 | $2,906.8 | $2,610.6 | $2,542.8 |
| Plus: Stock-based compensation | $238 | $219 | $217 | $288 | $281 | $268 | $251 | $232 | $209 | $201 |
| Plus: Depreciation & amortization | $485 | $648 | $695 | $609 | $544 | $495 | $456 | $424 | $392 | $362 |
| Less: Capital expenditures | ($299) | ($319) | ($319) | ($325) | ($328) | ($324) | ($316) | ($287) | ($258) | ($250) |
| Less: Changes in working capital | $299 | ($174) | ($87) | ($21) | $7 | ($11) | ($5) | ($21) | $51 | $6 |
| Y/Y | | ($2) | ($1) | ($1) | ($1) | ($3) | ($1) | $3 | ($3) | ($1) |
| Less: Neurimmune royalty | ($5) | ($3) | ($19) | ($59) | ($94) | ($107) | ($121) | ($135) | ($147) | ($183) |
| **Unlevered free cash flow** | **$3,827.5** | **$3,029.7** | **$3,162.4** | **$3,265.0** | **$3,404.8** | **$3,474.3** | **$3,534.4** | **$3,119.8** | **$2,858.1** | **$2,678.1** |

| | A | + | B | | | = | C | | |
|---|---|---|---|---|---|---|---|---|---|
| | Discounted | | DTV at a perpetual growth of | | | | Enterprise Value | | |
| Discount rate | Cash Flows | | -1% | 0% | 1% | | -1% | 0% | 1% |
| 6.0% | $23,125 | | $20,838 | $24,557 | $29,762 | | $43,963 | $47,682 | $52,888 |
| 7.0% | $22,093 | | $16,599 | $19,162 | $22,579 | | $38,692 | $41,255 | $44,672 |
| **8.0%** | **$21,129** | | $13,444 | **$15,277** | $17,634 | | $34,573 | **$36,407** | $38,764 |
| 9.0% | $20,229 | | $11,034 | $12,384 | $14,072 | | $31,263 | $32,613 | $34,300 |
| 10.0% | $19,386 | | $9,156 | $10,173 | $11,416 | | $28,542 | $29,559 | $30,802 |

| - | D | = | E | | | | F | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Equity Value | | | | Price per Share | | |
| Discount rate | Net Debt | | -1% | 0% | 1% | | -1% | 0% | 1% |
| 6.0% | $3,488 | | $40,476 | $44,194 | $49,400 | | $277 | $303 | $338 |
| 7.0% | $3,488 | | $35,205 | $37,767 | $41,185 | | $241 | $259 | $282 |
| **8.0%** | **$3,488** | | $31,086 | **$32,919** | $35,276 | | $213 | **$225** | $242 |
| 9.0% | $3,488 | | $27,776 | $29,125 | $30,813 | | $190 | $200 | $211 |
| 10.0% | $3,488 | | $25,054 | $26,072 | $27,315 | | $172 | $179 | $187 |

| **Assumptions:** | |
|---|---|
| Fully diluted shares | 146.0 |
| Debt | $7,271 |
| Cash | $3,784 |

***Our 10-year DCF employs an 8% discount rate (typical for large cap biotech) and a 0% terminal growth rate***

*Source: Raymond James Research*

# P/E Valuation: Street Still Overvaluing Aduhelm

## We project lower revenue, EPS growth, and operating margins vs peers

| Ticker | Company | Price | Market Cap | EPS Growth Rate | 2022E | | 2023 | | 2024 | | 2025 | | Revenue Growth rate | Operating Margin (2024) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | P/E | PEG | P/E | PEG | P/E | PEG | P/E | PEG | | |
| AMGN | Amgen | $211.32 | $119,029 | 5% | 11.7 | 2.3 | 10.9 | 2.1 | 10.4 | 2.0 | 10.1 | 1.9 | 2.6% | 47% |
| BIIB | Biogen | $226.83 | $33,320 | 11% | 11.9 | 1.1 | 10.5 | 1.0 | 9.3 | 0.9 | 8.8 | 0.8 | 6.4% | 36% |
| GILD | Gilead | $69.65 | $87,368 | 4% | 10.2 | 2.7 | 9.9 | 2.6 | 9.2 | 2.4 | 9.1 | 2.4 | 2.5% | 48% |
| REGN | Regeneron | $635.09 | $68,316 | NM | 12.9 | NM | 13.3 | NM | 13.3 | NM | 13.2 | NM | 1.6% | 49% |
| VRTX | Vertex | $205.22 | $52,178 | 7% | 15.2 | 2.2 | 14.2 | 2.1 | 13.4 | 1.9 | 12.4 | 1.8 | 7.6% | 53% |
| Mean | | $269.62 | $72,042.1 | **6.6%** | **12.4** | **2.1** | **11.8** | **1.9** | **11.1** | **1.8** | **10.7** | **1.7** | **4.1%** | **47%** |
| Median | | $211.32 | $68,316.0 | **6.1%** | **11.9** | **2.2** | **10.9** | **2.1** | **10.4** | **2.0** | **10.1** | **1.9** | **2.6%** | **48%** |
| **Our BIIB estimates** | | | | **5.1%** | **12.9** | **2.5** | **12.6** | **2.5** | **12.2** | **2.4** | **11.1** | **2.2** | **0.8%** | **33%** |

- We think Aduhelm opportunity will be much smaller than what consensus is currently modeling given: (1) marginal sales expected until mid-22, (2) differentiated competition expected to enter market within months of reimbursement being established, and (3) EU approval appears off-the-table (Consensus Aduhelm sales 2024: $3.3B vs our $600M)
- **Revenue growth (3-year CAGR 2022 – 2025):** As such, we think BIIB's revenue growth will be lower than its peers; ~1% vs peers ~4%
- **Operating margin:** Significantly lower than peers; 33-36% vs peer s 49%
- **EPS growth (3-year CAGR 2022 – 2025):** Due to share buybacks, we expect BIIB's growth to be moree in-line with the group; ~5.1% for BIIB vs 5.3% peer group

**Bottom line:** BIIB's EPS growth outlook is only slightly better than its large cap peers but revenue growth and operating margins appear significantly worse. As such, we think BIIB should trade at the same (if not a lower) multiple than the industry (~12-12.5x 2022 EPS); **share value using 12-12.5x FY22 ~$210 to $220**

*Source: Raymond James Research*

**Biogen (BIIB)**
*$, millions, except per share amounts*

| Non-GAAP Income Statement | 2016A | 2017A | 2018A | 2019A | 2020A | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | 11,448.8 | 12,273.9 | 13,452.9 | 14,377.9 | 13,444.6 | 10,890.5 | 10,549.5 | 10,531.9 | 10,717.7 | 10,819.7 | 10,687.2 | 10,422.4 | 9,475.9 | 8,524.6 | 8,253.4 |
| % sequential growth | | *7%* | *10%* | *7%* | *(6%)* | *(19%)* | *(3%)* | *(0%)* | *2%* | *1%* | *(1%)* | *(2%)* | *(9%)* | *(10%)* | *(3%)* |
| **Expenses** | | | | | | | | | | | | | | | |
| **COGS** | 1426 | 1630 | 1816.3 | 1955.4 | 1805 | 1925 | 1839.4 | 1,830.4 | 1,730.6 | 1,548.6 | 1,509.3 | 1,444.9 | 1,318.2 | 1,266.7 | 1,221.8 |
| % of revenues | 12% | 13% | 14% | 14% | 13% | 18% | 17% | 17% | 16% | 14% | 14% | 14% | 14% | 15% | 15% |
| Gross profit margin | 88% | 87% | 86% | 86% | 87% | 82% | 83% | 83% | 84% | 86% | 86% | 86% | 86% | 85% | 85% |
| **R&D** | 1970.4 | 2251.2 | 2425.6 | 2272.8 | 2097 | 2462 | 2426.4 | 2,317.0 | 2,250.7 | 2,163.9 | 2,030.6 | 1,876.0 | 1,705.7 | 1,449.2 | 1,320.6 |
| % of revenues | 17% | 18% | 18% | 16% | 16% | 23% | 23% | 22% | 21% | 20% | 19% | 18% | 18% | 17% | 16% |
| % sequential growth | | 14% | 8% | (6%) | (8%) | 17% | (1%) | (5%) | (3%) | (4%) | (6%) | (8%) | (9%) | (15%) | (9%) |
| **Non-GAAP SG&A** | 1931.3 | 1900.2 | 2095.1 | 2325 | 2482 | 2608 | 2558.2 | 2,501.3 | 2,465.1 | 2,380.3 | 2,137.4 | 1,876.0 | 1,610.9 | 1,278.7 | 1,238.0 |
| % of revenues | 17% | 15% | 16% | 16% | 18% | 24% | 24% | 24% | 23% | 22% | 20% | 18% | 17% | 15% | 15% |
| % sequential growth | | (2%) | 10% | 11% | 7% | 5% | (2%) | (2%) | (1%) | (3%) | (10%) | (12%) | (14%) | (21%) | (3%) |
| **Collaboration profit sharing** | 22.2 | 112.3 | 185 | 242 | 233 | 201 | 483.4 | 579.6 | 762.3 | 936.2 | 1017.8 | 1088.1 | 1161.7 | 1225.5 | 1254.3 |
| **Total Operating Expenses** | 5,349.9 | 5,893.7 | 6,522.0 | 6,794.8 | 6617 | 7,195.8 | 7,307.5 | 7,228.3 | 7,208.8 | 7,029.1 | 6,695.2 | 6,285.0 | 5,796.5 | 5,220.1 | 5,034.7 |
| | | *7%* | *10%* | *7%* | *(6%)* | *(19%)* | *(3%)* | *(0.2%)* | *2%* | *1%* | *(1%)* | *(2%)* | *(9%)* | *(10%)* | *(3%)* |
| Non-GAAP Operating Income | 6,098.9 | 6,380.2 | 6,930.9 | 7,583.1 | 6,827 | 3,694.7 | 3,242.0 | 3,303.6 | 3,508.9 | 3,790.7 | 3,992.0 | 4,137.4 | 3,679.5 | 3,304.5 | 3,218.7 |
| % operating margin | *53%* | *52%* | *52%* | *53%* | *51%* | *34%* | *31%* | *31%* | *33%* | *35%* | *37%* | *40%* | *39%* | *39%* | *39%* |
| Other income (expense), net | (221.4) | (217.0) | (117.0) | (111.0) | (186.7) | (261.3) | (205.6) | (193.5) | (154.5) | (69.2) | (37.7) | (6.2) | 23.3 | 51.4 | 104.9 |
| % growth | | *(2%)* | *(46%)* | *(5%)* | *68%* | *40%* | *(21%)* | *(6%)* | *(20%)* | *(55%)* | *(45%)* | *(84%)* | *(475%)* | *120%* | *104%* |
| **Pre-Tax Income** | 5,877.5 | 6,163.2 | 6,813.9 | 7,472.1 | 6,640.5 | 3,433.4 | 3,036.4 | 3,110.1 | 3,354.4 | 3,721.5 | 3,954.3 | 4,131.1 | 3,702.8 | 3,355.9 | 3,323.6 |
| Income tax expense (benefit) | 1,461.1 | 1518 | 1,434.4 | 1180 | 1,190.5 | 543.9 | 546.6 | 590.9 | 704.4 | 781.5 | 830.4 | 867.5 | 777.6 | 704.7 | 698.0 |
| % effective tax rate | 25% | 25% | 21% | 16% | 17.9% | 15.8% | 18.0% | 19% | 21% | 21% | 21% | 21% | 21% | 21% | 21% |
| Non-GAAP Equity (income) loss of investee | - | - | - | 1.0 | (45.0) | 29.7 | - | - | - | - | - | - | - | - | - |
| Non-GAAP Net Income | 4,416.4 | 4,644.9 | 5,379.5 | 6,291.4 | 5,495.0 | 2,859.8 | 2,489.9 | 2,519.2 | 2,650.0 | 2,940.0 | 3,123.9 | 3,263.6 | 2,925.2 | 2,651.2 | 2,625.7 |
| Net Income attributable to non-controlling interests | (6.3) | 0.5 | 1.7 | 0.6 | 59.4 | (4.7) | 2.5 | 18.8 | 58.8 | 94.1 | 107.2 | 120.7 | 134.8 | 146.5 | 183.5 |
| **Non-GAAP Net Income to BIIB** | 4,422.7 | 4,644.4 | 5,377.8 | 6,290.8 | 5,435.6 | 2,864.5 | 2,487.3 | 2,500.4 | 2,591.1 | 2,845.9 | 3,016.6 | 3,142.9 | 2,790.4 | 2,504.7 | 2,442.2 |
| **Non-GAAP EPS (basic)** | $ 20.25 | $ 21.85 | $ 26.25 | $ 33.62 | $ 33.78 | $ 19.26 | $ 17.72 | $ 18.08 | $ 18.46 | $ 20.58 | $ 21.49 | $ 22.73 | $ 19.88 | $ 18.11 | $ 17.40 |
| **Non-GAAP EPS (diluted)** | $ 20.21 | $ 21.81 | $ 26.19 | $ 33.57 | $ 33.70 | $ 19.19 | $ 17.64 | $ 18.00 | $ 18.66 | $ 20.49 | $ 21.72 | $ 22.63 | $ 20.09 | $ 18.03 | $ 17.58 |
| % sequential growth | | *8%* | *20%* | *28%* | *0%* | *(43%)* | *(8%)* | *2%* | *4%* | *10%* | *6%* | *4%* | *(11%)* | *(10%)* | *(2%)* |
| Shares outstanding (diluted) | 218.8 | 213.0 | 205.3 | 187.4 | 161.3 | 149.2 | 141.0 | 138.9 | 138.9 | 138.9 | 138.9 | 138.9 | 138.9 | 138.9 | 138.9 |

## COMPANY DESCRIPTION

Biogen was originally founded in 1978 and become a publicly traded company in 1983, debuting on the NASDAQ. With the approval of Biogen's flagship multiple sclerosis product Avonex in 1996, the company transitioned to commercial stage. The company's core focus has historically been in the discovery and development of therapies for neurodegenerative, hematologic (spun out into Bioverativ in 2017), and autoimmune disorders with a portfolio that now includes Tecfidera, Avonex, Plegridy, Tysabri, Fampyra, Tecfidera, and Spinraza; and biosimilars Benepali, Flixabi, and Imraldi.




**Company Citations**

| Company Name | Ticker | Exchange | Closing Price | RJ Rating | RJ Entity |
|---|---|---|---|---|---|
| Neurocrine Biosciences, Inc. | NBIX | NASDAQ | $84.26 | MO2 | Raymond James & Associates |
| Sarepta Therapeutics, Inc. | SRPT | NASDAQ | $86.02 | MP3 | Raymond James & Associates |
| Voyager Therapeutics, Inc. | VYGR | NASDAQ | $3.10 | MP3 | Raymond James & Associates |

*Prices are as of the most recent close on the indicated exchange. See Disclosure section for rating definitions. Stocks that do not trade on a U.S. national exchange may not be registered for sale in all U.S. states. NC=not covered.*

## IMPORTANT INVESTOR DISCLOSURES

Unless otherwise specified, the term "Raymond James" shall denote, where appropriate, Raymond James & Associates, Inc. (RJA), Raymond James Ltd. (RJL), and their affiliates, subsidiaries and related entities.

### Analyst Information

**Analyst Compensation**: Research analysts and associates at Raymond James are compensated on a salary and bonus system. Several factors enter into the compensation determination for an analyst, including: i) research quality and overall productivity, including success in rating stocks on an absolute basis and relative to the local exchange composite index and/or sector index; ii) recognition from institutional investors; iii) support effectiveness to the institutional and retail sales forces and traders; iv) commissions generated in stocks under coverage that are attributable to the analyst's efforts; v) net revenues of the overall Equity Capital Markets Group; and vi) comparable compensation levels for research analysts at competing peer firms.

**Registration of Non-U.S. Analysts**: The analysts listed on the front of this report who are not employees of, or associated with, RJA are not registered/qualified as research analysts under FINRA rules and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, trading securities held by a research analyst account, and obligations related to identifying and managing conflicts of interest.

This global disclosure considers all entities of Raymond James and its affiliates. The jurisdiction where the analyst(s) is registered will determine what is permitted. For example, if the persons responsible for the content of this report are not licensed as research analysts in accordance with applicable rules promulgated by the regulatory organization(s) where this report is distributed, any client wishing to effect trades in any security should contact their Raymond James representative.

**The analyst Danielle Brill, primarily responsible for the preparation of this research report, attests to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers and (2) that no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views in this research report. In addition, said analyst(s) has not received compensation from any subject company in the last 12 months.**

## Company Specific Disclosures

**Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors, including an assessment of industry size, structure, business trends, and overall attractiveness; management effectiveness; competition; visibility; financial condition; and expected total return, among other factors. Collectively, these factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates Raymond James' target price and rating changes for any subject companies over the past three years.












**Valuation Methodology**

**Biogen Inc.**
Our valuation is based on our discounted cash flow (DCF) analysis.

**Neurocrine Biosciences, Inc.**
Our valuation methodology is a discounted cash flow (DCF) analysis risk-adjusted with a discount rate according to the overall maturity of the company and stage of the pipeline/products.

**Sarepta Therapeutics, Inc.**
Our valuation methodology is a discounted cash flow (DCF) analysis risk-adjusted with a discount rate according to the overall maturity of the company and stage of the pipeline/products.

**Voyager Therapeutics, Inc.**
We value based on 5 year forward EV/sales.

**General Risk Factors**

Following are some general risk factors that pertain to the businesses of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product/service pricing could change and adversely impact expected revenues and earnings; (2) issues relating to major competitors or market shares or new product expectations could change investor attitude toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation.

**Company Specific Risk Factors**

**Biogen Inc.**
**Clinical/Regulatory Risk** As with any developmental stage biotechnology program, there is inherent clinical risk associated with Biogen's development candidates that they could fail to demonstrate meaningful and sufficient efficacy and/or safety data in clinical trials. Even if clinical trials demonstrate statistically meaningful data, regulators may still fail to grant marketing approval for the drug if the data package is deemed incomplete or insufficient.
**Commercialization Risk** Biogen continues to lose market share in its core businesses (multiple sclerosis, SMA) due generic market entrants and increased competition. Biogen has so far failed to execute a successful launch of Aduhelm for Alzheimer's Disease.
**Competitive Risk:** The multiple sclerosis landscape is a fiercely competitive environment with over a dozen marketed agents approved for use in the US. The introduction of newer agents continues to erode Biogen's existing MS products -- Avonex, Tecfidera, Plegridy, and Tysabri. Biogen's Spinraza and SMA market has also been impacted by new market entrants and the company is expected to face competition in the Alzheimer's disease space.
**Suitability.** We assign an **Aggressive Risk** suitability rating given the potentially declining MS franchise, coupled with SMA competition, and the unpredictability and volatility of the biotech space.

**Neurocrine Biosciences, Inc.**
All novel products are currently in early stage clinical trials and susceptible to failures in efficacy and/or safety issues. The company may fail to secure approval for novel pipeline products, including crinecerfont for CAH. The FDA, EMA, or other regulatory bodies may have a different view on the benefit-risk balance demonstrated in clinical testing than the company seeking approval. Ingrezza may fail to gain additional market share for tardive dyskinesia and may face competition in the future. Ongentys may fail to gain traction as an adjunctive therapy for Parkinson's Disease in the U.S. Protection of Ingrezza, crinecerfont, Ongentys and other novel drugs and processes is dependent on issued or pending patents and in-house knowledge. One or more parties often challenge the intellectual property estate of a successful product, claiming priority for other patents or that the patents are invalid or infringe. Significant expense on legal protection could be required in the future, with no guarantee of success.

Our suitability rating reflects the unpredictability and volatility of the biotech space.

**Sarepta Therapeutics, Inc.**
All novel products are currently in early stage clinical trials and susceptible to failures in efficacy and/or safety issues. The company may fail to secure approval for novel pipeline products, including SRP-9001. The FDA, EMA, or other regulatory bodies may have a different view on the benefit-risk balance demonstrated in clinical testing than the company seeking approval. The company will face competition in the future (NS, Pfizer, Audentes/Astellas) and will likely require additional capital to advance development. Sarepta will likely need to raise additional capital in order to advance the development of their proprietary pipeline and the protection of EXONDYS 51 and other novel drugs and processes is dependent on issued or pending patents and in-house knowledge. One or more parties often challenge the intellectual property estate of a successful product, claiming priority for other patents or that the patents are invalid or infringe. Significant expense on legal protection could be required in the future, with no guarantee of success.

Our suitability rating reflects the unpredictability and volatility of the biotech space.

**Voyager Therapeutics, Inc.**
We assign an **Aggressive Risk/Wealth Accumulation (A/ACC)** suitability rating as the company is currently not profitable, and is not anticipated to be profitable for a number of years. As such, if the company is unable to secure financing for its activities, it could cease operations.
Stronger data from competitors to VYGR could reduce our optimism for the program, along with our current commercial sales estimates.
VY-AADC may not be approved by the U.S. FDA, which could significantly alter our revenue forecasts for the company, and endanger expanding their pipeline and collaboration partnerships.

**Relationship Disclosures**

Certain affiliates of Raymond James expect to receive or intend to seek compensation for investment banking services from all companies under research coverage within the next three months. The person(s) responsible for the production of this report declare(s) that, as far as they are aware, there are no relationships or circumstances (including conflicts of interest) that may in any way impair the objectivity of this recommendation directly or indirectly. This statement applies equally to any persons closely associated with him or her. However, it is possible that persons making communications in relation to a security may have a holding in that security and this will be disclosed. As stated, Raymond James has controls in place to manage such risks.

In the event that this is a compendium report (i.e., covers six or more subject companies), Raymond James may choose to provide specific disclosures for the subject companies by reference. To access these disclosures, clients should refer to: raymondjames.bluematrix.com/sellside/Disclosures.action or call toll free at 1.800.237.5643 in the United States or 1.800.667.2899 in Canada. In other jurisdictions, please contact your local Raymond James' representative.

| Company Name | Disclosure |
|---|---|
| Biogen Inc., Neurocrine Biosciences, Inc., Sarepta Therapeutics, Inc. and Voyager Therapeutics, Inc. | Raymond James & Associates, Inc. makes a market in the shares of Biogen Inc., Neurocrine Biosciences, Inc., Sarepta Therapeutics, Inc. and Voyager Therapeutics, Inc.. |

## Investor Disclosures

In the United States (or U.S.), RJA is registered with the Financial Industry Regulatory Authority (FINRA) as a member firm. RJA is responsible for the preparation and distribution of reports created in the United States. RJA is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, Florida 33716 (Raymond James Financial (RJF) Corporate Headquarters), 727.567.1000. Raymond James Financial Services, Inc. (RJFS) is registered with FINRA as a Member Firm. RJFS is located at the RJF Corporate Headquarters.

RJA non-U.S. affiliates, which are not FINRA member firms (with the exception of Raymond James (USA) Ltd.), include the following entities, which are responsible for the creation or distribution of reports in their respective areas:

In Canada, RJL is registered with the Investment Industry Regulatory Organization of Canada (IIROC) as a member firm. RJL is responsible for the preparation and distribution of reports created in Canada. RJL is located at Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2 (RJL Head Office), 604.659.8200. Raymond James (USA) Ltd. (RJLU) is registered with FINRA as a member firm, which is responsible for the distribution of reports created in Canada and the United States to both American clients living in Canada and Canadian clients living in the United States. RJLU is located at the RJL Head Office.

In the United Kingdom, Raymond James Financial International Ltd. (RJFI) and Raymond James Investment Services, Ltd. (RJIS) are authorised and regulated by the Financial Conduct Authority (FCA). RJFI and RJIS are located at Ropemaker Place, 25 Ropemaker Street, London, England, EC2Y 9LY, +44 203 798 5600.

This report is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in a locality, state, province, country, or other jurisdiction where such distribution, publication, availability, or use would be strictly prohibited or contrary to law or regulation. The securities discussed in this report may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It is not investment advice and does not constitute a personal recommendation, nor does it take into account the particular investment objectives, financial situations, or needs of individual clients. Information in this report should not be construed as advice designed to meet the individual objectives of any particular investor. Investors should consider this report as only a single factor in making their investment decision. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realized. Those losses may equal your original investment. Consultation with your Raymond James representative is recommended. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Nothing in this report constitutes investment, legal, accounting or tax advice or is a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you.

The information provided is as of the date above and is subject to change and may or may not be updated. This report should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources Raymond James considers reliable, but Raymond James does not guarantee that such information is accurate or complete. Persons within Raymond James may have information that is not available to the contributors of the information contained in this report. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this report that may not be consistent with the ratings appearing in this report.

With respect to materials prepared by Raymond James, all expressions of opinion reflect the judgment of the Research Departments of Raymond James, or its affiliates, as of the date above and are subject to change. Raymond James may perform investment banking or other services for, or solicit investment banking business from, any company mentioned in this report.

Raymond James reports are disseminated and available to Raymond James clients simultaneously via electronic publication to Raymond James' internal proprietary websites (RJA: RJ Client Access & raymondjames.com; RJL: RJL ECM Client Access, RJL Retail Client Access & raymondjames.ca). Not all reports are directly distributed to clients or third-party aggregators. Certain reports may only be disseminated on Raymond James' internal proprietary websites; however, such reports will not contain estimates or changes to earnings forecasts, target price, valuation, or investment or suitability rating. Individual Raymond James associates may also opt to circulate published reports to one or more clients electronically. This electronic communication distribution is discretionary and is done only after the report has been publically disseminated via RJ's internal proprietary websites. The level and types of communications provided by Raymond James associates to clients may vary depending on various factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications. For reports, models, or other data available on a particular security, please contact your Raymond James representative or financial advisor or visit for RJA: RJ Client Access & raymondjames.com; RJL: RJL ECM Client Access, RJL Retail Client Access & raymondjames.ca.

Raymond James' policy is to update reports as it deems appropriate, based on developments with the subject company, the sector or the market

that may have a material impact on the research views or opinions stated in a report. Raymond James' policy is only to publish reports that are impartial, independent, clear, and fair and not misleading. Any information relating to the tax status of the securities discussed in this report is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Links to third-party websites are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any third-party website or the collection or use of information regarding any website's users and/or members. Raymond James has not reviewed any such third-party websites and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to Raymond James' own website material) is provided solely for your convenience and information, and the content of any such website does not in any way form part of this report. Accessing such website or following such link through this report or Raymond James' website shall be at your own risk. Additional information is available on request.

All right, title, and interest in any Raymond James reports is the exclusive property of Raymond James Financial, Inc. and its affiliates, except as otherwise expressly stated. Raymond James® is the registered trademark of Raymond James Financial, Inc. All trademarks, service marks, slogans, logos, trade dress and other identifiers, third-party data and/or market data ("intellectual property") displayed in the Raymond James reports are the property of Raymond James, or of other parties. The names of other companies and third-party products or services or other intellectual property mentioned in the Raymond James reports may be the copyright, trademarks, or service marks of their respective owners. U.S. and foreign copyright, trademark, common law rights and statutes protect this intellectual property. You are prohibited from using any intellectual property for any purpose including, but not limited to, use on other materials, in presentations, as domain names, or as metatags, without the express written permission of Raymond James or such other party that may own the marks.

**Notice to RJA PCG Financial Advisors** - Non-U.S. securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. securities exchange. This report may not be used to solicit the purchase or sale of a security in any state where such a solicitation would be illegal. By accessing this report, you agree to not solicit the purchase or sale of any security mentioned in the report that is not listed on a U.S. securities exchange, or is not otherwise registered under applicable state Blue Sky laws. Furthermore, you acknowledge that you will be solely responsible for any and all costs associated with the rescission of trades in unregistered securities. Please contact the International Research Liaison with any questions at 727.567.5559.

## Ratings and Definitions

**RJA (U.S.) Definitions: Strong Buy (SB1)** The security is expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months. **Outperform (MO2)** The security is expected to appreciate or outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where Raymond James is comfortable with the relative safety of the dividend and expects a total return modestly exceeding the dividend yield over the next 12-18 months. **Market Perform (MP3)** The security is expected to perform generally in line with the S&P 500 over the next 12 months and could potentially be used as a source of funds for more highly rated securities. **Underperform (MU4)** The security is expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold. **Suspended (S)** The security's rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable or to comply with applicable regulations or firm policies in certain circumstances. When a security's research coverage has been suspended, the previous rating and price target are no longer in effect for this security, and they should not be relied upon.

**RJL (Canada) Definitions: Strong Buy (SB1)** The security is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six to 12 months. **Outperform (MO2)** The security is expected to appreciate and outperform the S&P/TSX Composite Index over the next 12-18 months. **Market Perform (MP3)** The security is expected to perform generally in line with the S&P/TSX composite Index over the next 12 months and could potentially be used as a source of funds for more highly rated securities. **Underperform (MU4)** The security is expected to underperform the S&P/TSX Composite Index or its sector over the next six to 12 months and should be sold. **Suspended (S)** The security's rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable or to comply with applicable regulations or firm policies in certain circumstances or may otherwise have a perceived conflict of interest. When a security's research coverage has been suspended, the previous rating and price target are no longer in effect for this security, and they should not be relied upon.

| | Coverage Universe Rating Distribution* | | | | Investment Banking Relationships | | | |
|---|---|---|---|---|---|---|---|---|
| | RJA | | RJL | | RJA | | RJL | |
| **Strong Buy and Outperform (Buy)** | 593 | 63% | 196 | 79% | 187 | 32% | 70 | 36% |
| **Market Perform (Hold)** | 327 | 35% | 51 | 20% | 48 | 15% | 9 | 18% |
| **Underperform (Sell)** | 24 | 3% | 2 | 1% | 5 | 21% | 0 | 0% |
| **Total Number of Companies** | 944 | 100% | 249 | 100% | 240 | 100% | 79 | 100% |

** Columns may not add to 100% due to rounding.*

** Total does not include companies with a suspended rating.*

**RJA Suitability Ratings (SR)**

**Moderate Risk/Provide Income (M/INC)** Larger capitalization, lower volatility (beta) equities of companies with sound financials, consistent earnings, and dividend yields meaningfully above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital. **Moderate Risk/Wealth Accumulation (M/ACC)** Larger capitalization equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, and often a dividend yield. **Moderately Aggressive Risk/Provide Income (MA/INC)** Generally equities of companies that are structured with a focus on providing a dividend meaningfully above that of the S&P 500. These companies typically feature sound financials, positive earnings, and the potential for long-term price appreciation. **Moderately Aggressive Risk/Wealth Accumulation (MA/ACC)** Generally equities of companies in fast growing and competitive industries with less predictable earnings (or losses), potentially more leveraged balance sheets, rapidly changing market dynamics, and potential risk of principal. **Aggressive Risk/Provide Income (A/INC)** Generally equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and meaningful risk of loss of principal. Securities of companies in this category may have a more volatile income stream from dividends or distributions of capital. **Aggressive Risk/Wealth Accumulation (A/ACC)** Generally equities of companies with a short or unprofitable operating history, limited or less predictable revenues, high risk associated with success, high volatility (beta), potential significant financial or legal issues, and the meaningful risk of loss of principal.

**RJL Suitability Ratings**

RJL has developed a proprietary algorithm for risk rating individual securities. The algorithm utilizes data from multiple vendors, and all data is refreshed at least monthly. Accordingly, suitability ratings are updated monthly. The suitability rating shown on this report is current as of the report's published date. In the event that a suitability rating changes after the published date, the new rating will not be reflected until the analyst publishes a subsequent report.

## International Disclosures

**For clients of RJA:** Any foreign securities discussed in this report are generally not eligible for sale in the United States unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the United States, including ADRs, may entail certain risks.

The securities of non-U.S. issuers may not be registered with, nor be subject to, the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on such securities. Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your RJA financial advisor for additional details and to determine if a particular security is eligible for purchase in your state or jurisdiction.

**For clients of RJFS:** This report was prepared and published by Raymond James and is being provided to you by RJFS solely for informative purposes. Any person receiving this report from RJFS should direct all questions and requests for additional information to their RJFS financial advisor.

**For RJA and RJFS clients in Canada:** In the Canadian provinces of Alberta, British Columbia, New Brunswick, Ontario and Quebec (collectively, the “Canadian Jurisdictions”), both RJA and RJFS are relying on the international dealer exemption (the “IDE”), and RJA is also relying on the international adviser exemption (the “IAE”), pursuant to sections 8.18 and 8.26 of National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations (“NI 31-103”). RJA and RJFS are not registered to make a trade nor is RJA registered to provide advice in the Canadian Jurisdictions. Neither RJA nor RJFS are members of the Investment Industry Regulatory Organization of Canada.

This report is intended solely for residents of the Canadian Jurisdictions who are permitted clients as set forth in NI 31-103. Neither RJA, RJFS nor their representatives are making an offer to sell or soliciting an offer to buy any security issued by an issuer incorporated, formed or created under the laws of Canada (“Canadian issuers”) and discussed in this report. Any trades by permitted clients in any securities of Canadian issuers (whether listed on a U.S., Canadian or other exchange) discussed in this report may not be made through a relationship with RJA or RJFS and shall be directed to RJL for execution. Relationships with clients residing in Canadian Jurisdictions for trading in securities of Canadian issuers

must be established through a Canadian registered firm, such as RJL. For additional information regarding establishing a relationship with RJL, Canadian clients should contact 1-888-545-6624.

**For clients of RJL:** In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements. RJL is a member of the Canadian Investor Protection Fund.

**For clients of RJFI:** This report is prepared for and distributed by RJFI, and any investment to which this report relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations, etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as retail clients.

**For clients of RJIS:** This report is prepared for and distributed by RJIS, and is for the use of professional investment advisers and managers and is not intended for use by retail clients.

For purposes of the FCA requirements, this report is classified as independent with respect to conflict of interest management. RJFI and RJIS are authorised and regulated by the FCA.

**For clients of Raymond James Euro Equities (RJEE):** RJEE is authorised and regulated by the Autorite de Controle Prudentiel et de Resolution and the Autorite des Marches Financiers. As of 30 November, 2020, RJEE is an unaffiliated entity of Raymond James. RJEE is located at SAS, 45 Avenue George V, 75008, Paris, France, +33 1 45 61 64 90. This report is prepared for and distributed by RJEE pursuant to an agreement with Raymond James, and any investment to which this report relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monetaire et Financier" and Reglement General de l'Autorite des Marches Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as retail clients.

**For recipients in Brazil:** This is a strictly privileged and confidential communication between Raymond James & Associates and its selected clients. This communication contains information addressed only to specific individuals in Brazil and is not intended for distribution to, or use by, any person other than the named addressee. This communication (i) is provided for informational purposes only, (ii) should not be construed in any manner as any solicitation or offer to buy or sell any investment opportunities or any related financial instruments, and (iii) should not be construed in any manner as a public offer of any investment opportunities or any related financial instruments. If you are not the named addressee, you should not disseminate, distribute, or copy this communication. Please notify the sender immediately if you have mistakenly received this communication.

The investments analyzed in this report may not be offered or sold to the public in Brazil. Accordingly, the investments in this report have not been and will not be registered with the Brazilian Securities and Exchange Commission (Comissão de Valores Mobiliários, the “CVM”), nor have they been submitted to the foregoing agency for approval. Documents relating to the investments in this report, as well as the information contained therein, may not be: (i) supplied to the public in Brazil, as the offering of investment products is not a public offering of securities in Brazil; nor (ii) used in connection with any offer for subscription or sale of securities to the public in Brazil.

**For clients in Australia:** Despite anything in this report to the contrary, this report is prepared for and distributed in Australia by RJFI with the assistance of RJA, and RJA at times will act on behalf of RJFI. This report is only available in Australia to persons who are “wholesale clients” (within the meaning of the Corporations Act 2001 (Cth)) and is supplied solely for the use of such wholesale clients and shall not be distributed or passed on to any other person. You represent and warrant that if you are in Australia, you are a “wholesale client”. This research is of a general nature only and has been prepared without taking into account the objectives, financial situation, or needs of the individual recipient. RJFI and RJA do not hold an Australian financial services license. RJFI is exempt from the requirement to hold an Australian financial services license under the Corporations Act 2001 (Cth) in respect of financial services provided to Australian wholesale clients under the exemption in ASIC Class Order 03/1099 (as continued by ASIC Corporations (Repeal and Transitional) Instrument 2016/396). RJFI is regulated by the UK FCA under UK laws, which differ from Australian laws. RJA is acting on behalf of RJFI with respect to distribution and communications related to this report.

**For clients in New Zealand:** In New Zealand, this report is prepared for and may only be distributed by RJFI to persons who are wholesale clients pursuant to Section 5C of the New Zealand Financial Advisers Act 2008.

## Proprietary Rights Notice

By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate, or commercially exploit the information contained in this report, in printed, electronic, or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual

property laws (of the United States and other countries). United States law, 17 U.S.C. Sec. 501 et. seq., provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

© 2021 Raymond James Financial, Inc. All rights reserved.

© 2021 Raymond James & Associates, Inc.

© 2021 Raymond James Ltd., Member Canadian Investor Protection Fund