*Exhibit 62*

*BMO Capital Markets, "Evan's Weekly Dose of Targeted Therapy & Video - CMS AD NCD & JPM Preview," January 7, 2022*

January 7, 2022 | 13:07 ET | 13:07 ET~

BioPharma

IN Fact

BMO Capital Markets

# Evan's Weekly Dose of Targeted Therapy & Video - CMS AD NCD & JPM Preview

BioPharma

Evan David Seigerman Analyst
evan.seigerman@bmo.com (212) 444-4328
Legal Entity: BMO Capital Markets Corp.

## Bottom Line:

**We're kicking off 2022 with our first weekly video for the year (link) and summary of all things Biotech and BioPharma from the week and over the holidays.** This week, we published our thoughts around next week's draft decision on covering anti-a-beta drugs for AD (and the impact on BIIB/ LLY), as well as our preview for the next week's big investor conference.

**In important COVID-19-related news, Pfizer announced the US government has contracted for an additional 10M doses of Paxlovid (total 20M) and FDA has authorized boosters for children ages 12-15.** The best performers in our coverage universe (Wednesday to Wednesday), were Merck and Bristol, with the worst performers being Regeneron and Candel. The S&P was down 2%, with Biotech (NBI) and Pharma (DRG) both also down 6% and 3%, respectively.

*Please let us know if you have feedback on our work this week, our weekly, or the video.*

## Key Points

### Highlights from the week:

**CMS Coverage Decision for AD Therapeutics Scenario Overview & Commentary on What Fixes the Biogen Narrative:** Ahead of next week's NCD (national coverage decision) draft from CMS, we outline potential coverage scenarios and the impact to BIIB and LLY shares. Notably, we believe that CMS is likely to grant coverage, but will have a somewhat restrictive coverage with evidence development requirement. We've also updated our Biogen and Lilly models to reflect revised pricing for Aduhelm and donanemab, respectively. **Our new target price for Biogen is $290 (from $315) and $310 for Lilly (from $320), and we maintain our Outperform ratings for both stocks.** We've also reflected the proposed cost savings announced by Biogen in late December 2021. Please see our note here.

**Next Week's Investor Conference Expectations and Question Bank for Management Teams:** *See you next year in San Francisco?* While we would rather run around SF next week, we will be covering the now virtual meeting from the comfort of home. To help prepare, we've outlined presentation expectations and provided questions for management teams across our coverage. With Neurocrine already preannouncing Ingrezza sales below consensus expectations, the most likely pre-announcement we expect on Monday is that Regeneron is likely to pre-announce 4Q21 sales for Eylea and REGN-COV.

Beyond pre-announced metrics we expect investor focus on Biogen and Eli Lilly's management teams' approach to the upcoming (January 12) CMS national coverage determination for A-Beta antibodies. We also expect significant interest in dynamics related to the current Omicron wave for most companies and especially for Pfizer in relation to updates regarding an Omicron-specific vaccine. Please see our note here.

BMO Top 15 List

BMO Top 15 List Member
Pfizer ( PFE ) U.S. Large Cap Stock

Industry Research

Glossary

## CMS Coverage Decision for Anti-Amyloid Beta Therapeutics for AD Scenario Overview & Potential Impact on Biogen and Lilly

**Framing expectations into the draft coverage decision and why it's important:** Following the approval of Biogen's Aduhelm, sales have been anemic at best (with $300k in 3Q21 sales, and our forecast of $2M for FY2021). At the moment, CMS does not cover the drug for Medicare beneficiaries and has opened up a National Coverage Analysis (NCA) process to determine if and how to cover anti-amyloid beta therapies for the treatment of Alzheimer's disease. We explore a range of scenarios from completely open access (which we view as unlikely) to no coverage (also unlikely).

**Our analysis and discussions with experts suggest that CMS will land somewhere in the middle, allowing for access but requiring evidence development.** Essentially CMS would fund a real-world trial to determine efficacy and if the drug is "reasonable and necessary." Our more conservative view of access (CED with location restrictions) is supportive of our revised target prices for Biogen and Lilly. We note that Lilly could have the advantage with pivotal clinical data in 2023 — allowing for potentially expanded access if/when included in the label. This also sets the stage for access and data requirements for other anti-a-beta therapeutics in development.

**Range of CMS access scenarios:** Completely open access could support a BIIB share price of $468, Lilly of $367. A decision of no access would likely result in a BIIB share price of $190 and $266 for Lilly. **Our expected case falls in the middle.**

**Changing the narrative on Biogen:** Beyond the upcoming CMS decision, we take a step back and discuss the broader sentiment issues with the name. As shares are trading below the pre-approval levels, investors seem to have lost confidence in the company to execute on AD and the rest of the portfolio/ pipeline. We would like to see a less combative approach to dealing with stakeholders in the AD community, especially if the NCD allows for some access. On a higher level, it remains challenging for investors to have confidence in the longer-term trajectory. A positive CMS decision, coupled with pipeline success, can help; as would smart BD (we highlight that in 3Q21 of the $763M in FCFs, $750M were used for share repurchases). While not yet there, we are reminded of the souring sentiment around Celgene and the eventual acquisition by Bristol in 2019.

## Next Week's Healthcare Conference Expectations and Preview

See here for our planner and management question bank.

- **Bristol Myers Squibb is presenting on Monday, January 10 at 7:30 a.m**. Similar to previous years, we expect Bristol to focus on execution of their in-line business and launch portfolio.

- **Incyte is presenting on Monday, January 10 at 7:30 a.m.** Incyte is likely to provide updates on the Opzelura launch and might provide updated 2021 guidance for Jakafi sales and may update long-term revenue guidance of >$3B by 2027 (recall they indicated they forecast >$3B in revenues from MPNs and GVHD by 2027).

- **Vertex is presenting on Monday, January 10 at 9:00 a.m.** We expect Vertex will focus on Vertex's leadership in cystic fibrosis and updates regarding the opportunities with CTX001 and APOL1-mediated FSGS.

- **Biogen is presenting on Monday, January 10 at 9:45 a.m.** We expect that Biogen's presentation will be heavily focused on Aduhelm's outlook, especially given the upcoming draft decision from CMS's national coverage determination of A-Beta antibodies.

- **Regeneron is presenting on Monday, January 10 at 10:30 a.m.** We expect that Regeneron will announce preliminary 4Q21 Eylea and REGN-COV sales during the presentation. For 4Q21 we forecast Eylea sales of $1.51B vs. consensus of $1.49B and for REGN-COV we forecast $1.68B vs. $1.69B from consensus. We think the presentation will be focused on Eylea lifecycle management/biosimilar

competition, Dupixent's growth trajectory and drivers, REGN-COV's outlook given the recent Omicron wave, and growth in the oncology portfolio.

- **Gilead is presenting on Monday, January 10 at 11:15 a.m.** We expect that Gilead might provide updated guidance for full-year 2021 if warranted; we do not expect metrics for 4Q21 or guidance for 2022. We think Gilead will also address the recent islatravir setbacks and highlight the readouts in the oncology portfolio for Trodelvy and magrolimab.

- **Neurocrine is presenting on Monday, January 10 at 11:15 a.m. Neurocrine pre-released 4Q and FY Ingrezza numbers of $301M and $1.1B, respectively—below 4Q21 consensus expectation of $304M.** While technically the print is in line with commentary from management on the 3Q21 call (slightly above $300M for 4Q), these results highlight the continued challenges Ingrezza faces—especially with the current spread of Omicron. With 56,400 TRx this implies Ingrezza's net price per TRx is $5,336, a 5.6% decline YoY, and reinforcing our view that contracting pressures are increasing. We also think management will focus on the commercial opportunity in Huntington's Disease and clinical readouts for NBI-827104 in essential tremor and rare pediatric epilepsy.

- **Pfizer is presenting on Monday, January 10 at 3:00 p.m.** Similar to previous years, we expect Pfizer's presentation will be structured as a fireside chat. Given the current Omicron wave, we expect significant focus on expectations for both Paxlovid and Comirnaty, with additional interest in the need for an Omicron-specific vaccine.

- **Merck is presenting Monday, January 10 at 3:00 p.m.** Similar to last year we expect Merck's presentation will be structured more as a fireside chat. We think the conversation will be anchored around Merck's product portfolio diversification strategy from Keytruda, Keytruda lifecycle management, and updates on Lagevrio's EUA and global distribution.

- **Mirati is presenting on Monday, January 10 at 3:00 p.m.** Mirati's presentation is likely to focus on updates regarding the regulatory submission for adagrasib to the FDA for 2L NSCLC with a KRAS G12C mutation (the company had planned on completing the submission by the end of 2021) and adagrasib's commercial opportunity.

- **Amgen is presenting on Tuesday, January 11 at 11:15 a.m.** Amgen's presentation is likely to focus on Lumakras's launch progress, and recent approvals for Tezspire in patients with severe asthma and Otezla for mild to moderate psoriasis. Amgen might also highlight AMG 451's opportunity in atopic dermatitis and bemarituzumab's opportunity in gastric cancer and gastroesophageal junction cancer.

- **Eli Lilly is presenting on Tuesday, January 11 at 4:30 p.m.** Similar to last year, we expect Eli Lilly's presentation to be structured as a fireside chat. We think the key topics will include management's view of the draft decision from CMS' national coverage determination of A-Beta antibodies, donanemab's trial design and competitive profile, and the opportunity for tirzepatide in obesity and NASH.

## Other BioPharma News This Week & Over the Holidays:

- **FDA approves Amgen and AstraZeneca's Tezspire for the add-on maintenance treatment of adult and pediatric patients aged 12 years and older with severe asthma.** Based on results from the PATHFINDER clinical trial, Tezspire, a first-in-class medicine, is the only biologic approved for severe asthma without phenotype or biomarker limitations.

- **FDA approves Amgen's Otezla for the treatment of adult patients with plaque psoriasis, regardless of severity level.** Based on findings from the ADVANCE trial, Otezla is the first and only oral therapy approved across all severities (mild, moderate, and severe) for plaque psoriasis with an estimated prevalence of ~8M in the US. The adverse events observed in the trial were consistent with

the known safety profile of Otezla. The most commonly reported (≥5%) treatment-emergent adverse events with Otezla treatment were diarrhea, headache, nausea, and nasopharyngitis.

- **Gilead and Arcus Biosciences complete closing of option exercises for three programs in Arcus' pipeline, including two anti-TIGIT molecules (domvanalimab and AB308) and etrumadenant and quemliclustat.** Recall, Gilead previously disclosed they wanted to see a clear separation in efficacy between single agent and the doublet with an ORR of over 50% (further adding a separation between the doublet and triplet would be a nice bonus). Upon closing, Gilead will pay Arcus an aggregate of $725M in option fees for its opt-in to co-develop and equally share global development costs and profits/losses in the US.

- **US government in contract with Pfizer for an additional 10M treatment courses of COVID-19 oral therapy Paxlovid, bringing total commitment to 20M treatment courses.** Approximately 10M Paxlovid have been accelerated for delivery by end of June with the remainder to follow by the end of September.

- **Biogen licenses spinal muscular atrophy therapy (BIIB115) from Ionis Pharmaceuticals for $60M.** BIIB115, an antisense oligonucleotide, is scheduled to enter clinical trials to evaluate its safety, tolerability, pharmacokinetics, and efficacy profile.

- **Merck loses clinical research VP to Exelixis.** Vicki Goodman was named chief medical officer and EVP of product development and medical affairs at Exelixis. Ms Goodman had been at Merck since June 2020, prior to which she was a VP at BMS for five years.

- **FDA places hold on Gilead's lenacapavir injectable HIV treatment due to concerns over potential glass contaminants.** Vials made out of borosilicate glass reportedly could lead to the formation of sub-visible glass particulates in the drug solution. Gilead is currently working diligently with FDA to resolve the vial compatibility issue and resume injectable lenacapavir dosing in the affected studies per CEO Merdad Parsey. The dosing of oral formulations remains unaffected and investigators will continue to monitor patients who have already been dosed with injectable formulations.

- **Biogen announces a price reduction for Aduhelm to improve access for patients.** Effective January 1, 2022, the wholesale acquisition cost of Adulhelm 100mg/mL in the US will be reduced by approximately 50% where patients of average weight (74kg) can expect an annual cost at maintenance dosage of approximately $28,200. With insurance coverage, access to diagnostics and specialized centers, Biogen estimates approximately 50K patients could potentially initiate treatment in 2022. In addition to the price reduction, Biogen also announced a series of cost-reduction strategies yielding approximately $500M in annualized savings.

- **Japanese regulators push back against Aduhelm, citing inconsistent Phase 3 data and lack of clinical significance in reduction of amyloid plaques in patients.** That said, the panel offered a second review process once Biogen and partner Eisai are able to line up more data for submission. Biogen's spokesperson noted the companies will continue to actively engage with PMDA in Japan to agree on additional data requirements and remain committed to bringing Aduhelm to patients in Japan.

- **Pfizer's Paxlovid authorized by FDA as the first at-home COVID-19 oral antiviral therapy.** With two of the three currently marketed monoclonal antibodies likely ineffective against the Omicron variant, Paxlovid's approval comes at a crucial moment. The FDA believes Paxlovid should be effective in combating Omicron and is authorized for use in those over 12 years of age, weighing at least 88 pounds, with a positive SARS-CoV-2 test, and who are at high risk for progression to severe COVID. Patients with severe kidney or liver impairment are not recommended to take Paxlovid due to contraindication.

- **Merck's oral antiviral, Lagevrio, authorized by FDA for COVID-19 patients but safety and efficacy concerns remain.** Following Pfizer's Paxlovid authorization, Merck's Lagevrio was authorized by the FDA despite a large delta in efficacy (89% vs. 30%). Although Merck already has sizable supply and

commitment contracts in place with multiple governments, concerns remain on its safety profile and mechanism of action. Lagevrio's AdCom narrowly voted in favor for the pill last month in a 13-10 vote, with those voting no citing unclear efficacy and mutagenicity risks (see our note here).

- **FDA authorized Pfizer booster for 12- to 15-year-olds as Omicron surges throughout the US with skyrocketing new cases.** Additionally, the FDA shortened the wait period between completion of the primary vaccine (2 doses) and a booster shot from 6 months to 5 months. Expansion of the booster's label is based on data from Israel with no new safety signals or cases of myocarditis or pericarditis.

- **Lilly's bamlanivimab/etesevimab and Regeneron's casirivimab/imdevimab COVID-19 monoclonal antibody treatments restart shipments following a short hiatus.** Although previously paused due to their ineffectiveness against the Omicron variant, the HHS has now removed the hold as the Delta variant continues to represent a significant proportion of infections. According to the HHS, only regions with greater than 80% Omicron prevalence will not receive the Lilly and Regeneron antibodies, as some treatment facilities are unable to genotype infections and risk giving Omicron patients ineffective treatments.

- **Theranos founder Elizabeth Holmes convicted on four counts of defrauding investors.** Founded in 2003, Theranos attracted investors with the promise of convenient screening tests using just a few drops of blood. At one point reaching a valuation of over $9B, the company was shuttered in 2018 following whistleblower complaints of fraud. Although each verdict carries a maximum sentence of 20 years, Holmes is expected to serve them concurrently, and it's unlikely that she faces the 20-year maximum given no prior convictions.

- **Amgen and Generate Biomedicines announce multi-target research collaboration across five undisclosed clinical targets.** As part of the agreement, Amgen has agreed to pay $50M in upfront initial funding with a potential transaction value of $1.9B in biobucks upon hitting certain milestones. Generate Biomedicines specializes in using artificial intelligence and machine learning technologies in high-throughput drug discovery.

## Upcoming Catalysts:

- Pfizer/Regeneron/Eli Lilly/Merck: Antiviral/antibody efficacy data against Omicron & Updates on Next-Gen Products (near term)
- Gilead: Trodelvy Phase 3 read-out in HR+/HER2- breast cancer (January/February)
- Pfizer: etrasimod Phase 3 top-line data in UC (1Q22)
- Eli Lilly: Donanemab US rolling submission (1Q22), tirzepatide regulatory approval (mid-2022)
- Vertex: VX-548 Phase 2 top-line data in pain (1Q22)
- Bristol: Mavacamten PDUFA (April 28)

## Upcoming Medical Meetings:

- ASCO Gastrointestinal Cancers Symposium, January 20-22
- American Academy of Allergy Asthma & Immunology (AAAAI) Annual Meeting, February 25-28
- American Association for Cancer Research (AACR) Annual Meeting, April 8-13
- American Society of Clinical Oncology (ASCO) Annual Meeting, June 3-7

- European Hematology Association (EHA) Annual Congress, June 9-12

**Exhibit 1: U.S. BioPharma Weekly & YTD Performance**

| Ticker | Company | Weekly Return | YTD Return |
|---|---|---|---|
| **Legacy US Large Cap Biotech** | | | |
| AMGN | Amgen | -1% | 0% |
| GILD | Gilead | -2% | -1% |
| VRTX | Vertex | -1% | 1% |
| BIIB | Biogen | -7% | 0% |
| REGN | Regeneron | -8% | -6% |
| **Average** | | **-4%** | **-1%** |
| **Median** | | **-2%** | **0%** |
| | | | |
| **Legacy US Major Pharma** | | | |
| PFE | Pfizer | -3% | -6% |
| MRK | Merck | 3% | 3% |
| BMY | Bristol Myers Squibb | 0% | 0% |
| LLY | Lilly | -6% | -6% |
| **Average** | | **-2%** | **-2%** |
| **Median** | | **-2%** | **-3%** |
| | | | |
| **US SMid Cap Biotech** | | | |
| INCY | Incyte | -5% | -4% |
| NBIX | Neurocrine | -1% | -2% |
| MRTX | Mirati | -5% | -6% |
| CADL | Candel | -8% | -9% |
| **Average** | | **-5%** | **-5%** |
| **Median** | | **-5%** | **-5%** |
| | | | |
| **Indices** | | | |
| S&P 500 | | -2% | -1% |
| XBI | | -7% | -6% |
| IBB | | -7% | -7% |
| DRG | | -3% | -2% |
| NBI | | -6% | -6% |
| **Average** | | **-5%** | **-4%** |
| **Median** | | **-6%** | **-6%** |

Source: FactSet

**IMPORTANT DISCLOSURES**

**Analyst's Certification**

I, Evan David Seigerman, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Company Specific Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to https://researchglobal0.bmocapitalmarkets.com/public-disclosure/.

**Distribution of Ratings (January 06, 2022)**

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe~ |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 53.5 % | 28.4 % | 60.4 % | 55.5 % | 60.8 % | 57.7% |
| Hold | Market Perform | 45.2 % | 20.8 % | 37.3 % | 43.2 % | 37.9 % | 37.5% |
| Sell | Underperform | 1.3 % | 42.9 % | 2.2 % | 1.3 % | 1.3 % | 4.8% |

* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

~ As of April 1, 2019.

**Other Important Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to https://researchglobal0.bmocapitalmarkets.com/public-disclosure/ or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

Dissemination of fundamental BMO Capital Markets Equity Research is available via our website https://researchglobal0.bmocapitalmarkets.com/. Institutional clients may also simultaneously receive our fundamental research via email and/or via services such as Refinitiv, Bloomberg, FactSet, Visible Alpha, and S&P Capital IQ.

BMO Capital Markets issues a variety of research products in addition to fundamental research. Institutional clients may request notification when additional research content is made available on our website. BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of model updates.

The analyst(s) named in this report may discuss trading strategies that reference a catalyst or event that may have a near or long term impact on the market price of the equity securities discussed. In some cases, the impact may directionally counter the analyst's published 12 month target price and rating. Any such trading or alternative strategies can be based on differing time horizons, methodologies, or otherwise and are distinct from and do not affect the analysts' fundamental equity rating in the report.

Research coverage of licensed cannabis producers and other cannabis-related companies is made available only to eligible approved North American, Australian, and EU-based BMO Nesbitt Burns Inc., BMO Capital Markets Limited, Bank of Montreal Europe Plc and BMO Capital Markets Corp. clients via email, our website and select third party platforms.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

For recommendations disseminated during the preceding 12-month period, please visit: https://researchglobal0.bmocapitalmarkets.com/public-disclosure/.

**General Disclaimer**

"BMO Capital Markets" is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (member FDIC), Bank of Montreal Europe p.l.c, and Bank of Montreal (China) Co. Ltd, the institutional broker dealer business of BMO Capital Markets Corp. (Member FINRA and SIPC) and the agency broker dealer business of Clearpool Execution Services, LLC (Member FINRA and SIPC) in the U.S., and the institutional broker dealer businesses of BMO Nesbitt Burns Inc. (Member Investment Industry Regulatory Organization of Canada and Member Canadian Investor Protection Fund) in Canada and Asia, Bank of Montreal Europe p.l.c. (authorised and regulated by the Central Bank of Ireland) in Europe and BMO Capital Markets Limited (authorised and regulated by the Financial Conduct Authority) in the UK and Australia. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. Nothing herein constitutes any investment, legal, tax or other advice nor is it to be relied on in any investment or decision. If you are in doubt about any of the contents of this document, the reader should obtain independent professional advice. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

This report is directed only at entities or persons in jurisdictions or countries where access to and use of the information is not contrary to local laws or regulations. Its contents have not been reviewed by any regulatory authority. BMO Capital Markets does not represent that this report may be lawfully distributed or that any financial products may be lawfully offered or dealt with, in compliance with regulatory requirements in other jurisdictions, or pursuant to an exemption available thereunder.

To Australian residents: BMO Capital Markets Limited is exempt from the requirement to hold an Australian financial services licence under the Corporations Act and is regulated by the UK Financial Conduct Authority under UK laws, which differ from Australian laws. This document is only intended for wholesale clients (as defined in the Corporations Act 2001) and Eligible Counterparties or Professional Clients (as defined in Annex II to MiFID II).

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Colin Hamilton, Alexander Pearce or Raj Ray:

This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and distributed by BMO Capital Markets Limited or Bank of Montreal Europe Plc and is subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom and the Central Bank of Ireland (CBI) in Ireland. FCA and CBI regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore each of BMO Capital Markets Limited and Bank of Montreal Europe Plc will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by Bank of Montreal Europe plc which is authorised and regulated in Ireland and operates in the E.U. on a passported basis. This document is only intended for Eligible Counterparties or Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2014/65/EU ("MiFID II").

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion)

Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

To Israeli residents: BMO Capital Markets is not licensed under the Israeli Law for the Regulation of Investment Advice, Investment Marketing and Portfolio Management of 1995 (the "Advice Law") nor does it carry insurance as required thereunder. This document is to be distributed solely to persons that are qualified clients (as defined under the Advice Law) and qualified investors under the Israeli Securities Law of 1968. This document represents the analysis of the analyst but there is no assurance that any assumption or estimation will materialize.

These documents are provided to you on the express understanding that they must be held in complete confidence and not republished, retransmitted, distributed, disclosed, or otherwise made available, in whole or in part, directly or indirectly, in hard or soft copy, through any means, to any person, except with the prior written consent of BMO Capital Markets.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

For assistance with accessible formats of online content, please contact research@bmo.com.

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A. (member FDIC), Bank of Montreal Europe p.l.c, and Bank of Montreal (China) Co. Ltd, the institutional broker dealer business of BMO Capital Markets Corp. (Member FINRA and SIPC) and the agency broker dealer business of Clearpool Execution Services, LLC (Member FINRA and SIPC) in the U.S., and the institutional broker dealer businesses of BMO Nesbitt Burns Inc. (Member Investment Industry Regulatory Organization of Canada and Member Canadian Investor Protection Fund) in Canada and Asia, Bank of Montreal Europe p.l.c. (authorised and regulated by the Central Bank of Ireland) in Europe and BMO Capital Markets Limited (authorised and regulated by the Financial Conduct Authority) in the UK and Australia.

“Nesbitt Burns” is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. “BMO Capital Markets” is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2022 BMO CAPITAL MARKETS CORP.

A member of BMO Financial Group