**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, AND ALISHA ALAIMO,<br><br>Defendants. | Case No. 22-cv-10200-WGY |

**LEAD PLAINTIFF'S MOTION TO ALLOW THE PARTIES TO TAKE ADDITIONAL DEPOSITIONS**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System respectfully requests, under Fed. R. Civ. P. 30(a)(2)(A)(i) and Local Rule 26.1(c), that the Court allow the parties to take a total of 20 depositions per side. As set forth in the contemporaneously filed memorandum, each of the Proposed Deponents possess unique first-hand information about Defendants' misleading statements concerning Biogen's own expectations for Medicare coverage of Aduhelm and accordingly leave to take the requested additional depositions is "consistent with Rule 26(b)(1) and (2)" per Fed. R. Civ. P. 30(a)(2).

**LOCAL RULE 7.1 CERTIFICATION**

As set forth in the contemporaneously filed Memorandum, counsel for Lead Plaintiff certifies that they have conferred with Defendants' counsel in good faith and have been unable to resolve or narrow the issues involved in this motion.

Dated: September 5, 2024

Respectfully submitted,

/s/ *Jeffrey C. Block*

**BLOCK & LEVITON LLP**
Jeffrey C. Block (BBO# 600747)
Jacob A. Walker (BBO# 688074)
Michael D. Gaines (BBO# 698769)
Brendan Jarboe (BBO# 691414)
Nathan J. Abelman (BBO# 703152)
Shira T. Kotz (BBO# 713300)
260 Franklin St., Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com
brendan@blockleviton.com
nathan@blockleviton.com
shira@blockleviton.com

*Attorneys for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block