UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, and ALISHA ALAIMO,<br><br>Defendants. | Civil Action<br>No. 22-10200-WGY |

**TRANSMITTAL DECLARATION OF MICHAEL S. HINES, IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION TO FURTHER AMEND THE COMPLAINT**

I, MICHAEL S. HINES, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and a partner of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2. I make this declaration in support of Defendants' Opposition To Lead Plaintiff's Motion To Further Amend The Complaint, filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents:

Exhibit 1: June 7, 2021 letter from Biogen Inc.'s Chief Executive Officer, announcing that the U.S. Food and Drug Administration (FDA) granted accelerated approval for Aduhelm;

Exhibit 2: Transcript of Biogen Inc.'s July 22, 2021 Earnings Call;

Exhibit 3: Biogen Inc.'s Form 10-Q, dated July 22, 2021;

Exhibit 4: Transcript of the UnitedHealth Group Inc. July 15, 2021 Earnings Call;

Exhibit 5: Transcript of Dr. Mark McClellan's remarks during the July 15, 2021 California Technology Assessment Forum Policy Roundtable on

Alzheimer's Disease;

Exhibit 6: Transcript of Michel Vounatsos' June 7, 2021 remarks on CNBC's "Power Lunch" Today; and

Exhibit 7: Transcript of Biogen Inc.'s June 8, 2021 Special Call.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on November 27, 2024.

*/s/ Michael S. Hines*
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.hines@skadden.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos, and*
*Alisha Alaimo*