**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, AND ALISHA ALAIMO<br><br>Defendants. | Case No. 1:22-cv-10200-WGY |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFF'S [PROPOSED] SUPPLEMENTAL MEMORANDUM PROVIDING ADDITIONAL EVIDENTIARY SUPPORT FOR MOTION FOR LEAVE TO AMEND**

I, Jeffrey C. Block, declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am a partner of Block & Leviton LLP and Lead Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("OKFPRS") in the above-captioned action. I make this declaration in support of the Supplemental Memorandum Providing Additional Evidentiary Support for Motion for Leave to Amend. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are the following exhibits:

a. Exhibit 1: a true and correct copy of an excerpt of the transcript of the deposition of Michel Vounatsos, taken on the 10th of January 2025.

b. Exhibit 2: a true and correct copy of an excerpt of the transcript of the deposition of Chirfi Guindo, taken on the 7th of January 2025.

c. Exhibit 3: a true and correct copy of an excerpt of the transcript of the deposition of Natacha Gassenbach, taken on the 5th of November 2024.

d. Exhibit 4: a true and correct copy of an excerpt of the transcript of the deposition of Brendan Manquin, taken on the 12th of November 2024.

e. Exhibit 5: a true and correct copy of an excerpt of the transcript of the deposition of Michael Yee, taken on the 19th of December 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January 2025.

/s/ *Jeffrey C. Block*
JEFFREY C. BLOCK