**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,

Plaintiff,

v.

BIOGEN INC., MICHEL VOUNATSOS, AND ALISHA ALAIMO

Defendants.

Case No. 1:22-cv-10200-WGY

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFF'S RENEWED MOTION TO AMEND THE COMPLAINT IN LIGHT OF EVIDENCE PRODUCED IN DISCOVERY**

I, Jeffrey C. Block, declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am a partner of Block & Leviton LLP and Lead Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("OKFPRS") in the above-captioned action. I make this declaration in support of the Motion for Leave to Amend the Complaint In Light of Evidence Produced in Discovery. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. OKFPRS served its First Requests for Document Production on Defendants Biogen, Inc., Michel Vounatsos, and Alisha Alaimo (collectively, "Defendants") on March 29, 2024.

3. The Parties have met and conferred on various dates on the subject of discovery, including depositions and document productions. On August 20, 2024, counsel for Defendants represented that Defendants' ongoing review of documents in response to OKFPRS's requests involved "multiple tens of thousands" of remaining documents which would be produced by the second week of September, 2024, the time-frame Defendants targeted for the substantial completion of their document productions.

4. In fact, Defendants produced 30,898 documents (53% of their document productions to date), totaling 347,127 pages, on October 11, 2024, one month after their targeted time-frame and just over three weeks before the scheduled date of the first fact deposition.

5. In total, OKFPRS has received eight (8) productions of documents from Defendants to date:

a. A first production on May 29, 2024, bearing Bates numbers BIOGEN_OKFPRS-00000001 to BIOGEN_OKFPRS-00663544 (24,230

documents totaling 663,544 pages), and consisting entirely of a subset documents Biogen produced to the U.S. House of Representatives Committee on Oversight and Reform and Energy and Commerce in connection with the investigation of the commercial rollout of Aduhelm;

b. A second production on July 11, 2024, bearing Bates numbers BIOGEN_OKFPRS-00663545 to BIOGEN_OKFPRS-00670161 (398 documents totaling 6,616 pages);

c. A third production on July 15, 2024, bearing Bates numbers BIOGEN_OKFPRS-00670162 to BIOGEN_OKFPRS-00671537 (89 documents totaling 1,375 pages);

d. A fourth production on July 29, 2024, bearing Bates numbers BIOGEN_OKFPRS-00671538 to BIOGEN_OKFPRS-00677905 (365 documents totaling 6,367 pages);

e. A fifth production on August 7, 2024, bearing Bates numbers BIOGEN_OKFPRS-00677906 to BIOGEN_OKFPRS-00681341 (370 documents totaling 3,435 pages);

f. A sixth production on August 23, 2024, bearing Bates numbers BIOGEN_OKFPRS-00681342 to BIOGEN_OKFPRS-00685800 (540 documents totaling 4,458 pages);

g. A seventh production on September 9, 2024, bearing Bates numbers BIOGEN_OKFPRS-00685801 to BIOGEN_OKFPRS-00704361 (1,108 documents totaling 18,560 pages);

h. An eighth production on October 11, 2024, bearing Bates numbers BIOGEN_OKFPRS-00704362 to BIOGEN_OKFPRS-01051489 (30,898 documents totaling 347,127 pages).

6. OKFPRS, through its counsel, has deposed 15 fact witnesses to date. On November 5, 2024, OKFPRS deposed Natacha Gassenbach, Biogen’s Chief Communications Officer. On November 12, 2024, OKFPRS deposed Brendan Manquin, Biogen’s Senior Vice President of U.S. Market Access and Reimbursement. On November 19, 2024, OKFPRS deposed Alisha Alaimo, President of Biogen U.S. On December 19, 2024, OKFPRS deposed Michael Yee, an analyst at Jeffries LLC. On January 7, 2025, OKFPRS deposed Chirfi Guindo, Biogen’s Executive Vice President of Global Product Strategy & Commercialization. On January 10, 2025, OKFPRS deposed Michel

Vounatsos, Biogen's Chief Executive Officer. All witnesses were questioned on documents and facts cited in the proposed revised Third Amended Complaint.

7. On January 21, 2025, Biogen's expert Jennifer Marietta-Westberg, Ph.D. and OKFPRS' expert Professor Steven P. Feinstein, Ph.D., C.F.A. exchanged expert reports on the issues of loss causation and economic damages.

8. Attached hereto is OKFPRS's [Proposed] Revised Third Amended Complaint. Attached thereto are the following exhibits:

a. Exhibit 1: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00412649 to BIOGEN_OKFPRS-00412655. This document evidences an email exchange dated June 4-6, 2021, in which Brendan Manquin objected to stating that Biogen had consulted with payers on Aduhelm's price.

b. Exhibit 2: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00185143 to BIOGEN_OKFPRS-00185191. This document evidences a slide deck dated June 2, 2021.

c. Exhibit 3: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00185142. This document is an internal Biogen email chain dated June 2, 2021, sending the slide deck attached as Exhibit 2 to Defendant Alaimo.

d. Exhibit 4: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00384718 to BIOGEN_OKFPRS-00384723. This document is a May 2020 memorandum from Jim Meyers to Biogen management.

e. Exhibit 5: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00006262 to BIOGEN_OKFPRS-00006263. This document is an internal Biogen email chain dated May 22-25, 2020.

f. Exhibit 6: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00743387 to BIOGEN_OKFPRS-00743389. This

document is an internal Biogen email chain dated August 31-September 5, 2020.

g. Exhibit 7: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00210094 to BIOGEN_OKFPRS-00210099. This document is an internal Biogen memorandum titled "Call with CMS Administrator Seema Verma" and dated September 15, 2020.

h. Exhibit 8: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00657979 to BIOGEN_OKFPRS-00657999. This document is a slide deck for Michel Vounatos' meeting with CMS Administrator Seema Verma dated September 15, 2020.

i. Exhibit 9: a true and correct copy of the document produced to OKFPRS by CMS pursuant to a subpoena on July 8, 2024, bearing the bates numbers CMS000961 to CMS001051. This document is briefing book created by Biogen for CMS on January 4, 2021.

j. Exhibit 10: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00408126 to BIOGEN_OKFPRS-00408156. This document is a slide deck prepared by Brendan Manquin and members of his Market Access and Reimbursement (MA&R) team and presented to Defendant Alaimo on February 15, 2019.

k. Exhibit 11: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00408124 to BIOGEN_OKFPRS-00408125. This document is an internal Biogen email chain dated March 7-9, 2019.

l. Exhibit 12: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00903118 to BIOGEN_OKFPRS-00903122. This document is internal Biogen notes concerning the Aducanumab Public Policy Roundtable dated July 17, 2020.

m. Exhibit 13: a true and correct copy of the Congressional report titled *The High Price of Aduhelm's Approval: An Investigation into FDA's Atypical Review Process and Biogen's Aggressive Launch Plans*, prepared by the Staffs of the Committee on Oversight and Reform and Committee on Energy and Commerce in December 2022.

n. Exhibit 14: true and correct copies of the documents produced by Biogen to the Congressional Committee on Oversight and Reform and Committee on Energy and Commerce in the course of their investigation.

o. Exhibit 15: a true and correct copy of the document produced by OKFPRS by Defendants on May 29, 2024, bearing the bates numbers BIOGEN_OKFPRS-00174484 to BIOGEN_OKFPRS-00174492. This document evidences a slide deck dated November 20, 2020.

p. Exhibit 16: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024, bearing the bates number BIOGEN_OKFPRS-00174418. This document evidences an internal Biogen email sending the slide deck attached as Exhibit 15 on November 20, 2020.

q. Exhibit 17: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00955300 to BIOGEN_OKFPRS-00955338. This document evidences a slide deck dated June 3, 2021.

r. Exhibit 18: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00766048 to BIOGEN_OKFPRS-00766050. This document evidences an email exchange attaching a slide deck prepared for "Michel," sent to Chirfi Guindo on May 10, 2021 and attached as Exhibit 19.

s. Exhibit 19: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00766051 to BIOGEN_OKFPRS-00766066. This document is a slide deck which was attached to the May 10, 2021 email described above and attached as Exhibit 18.

t. Exhibit 20: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00901257 to BIOGEN_OKFPRS-00901258. This document evidences an internal Biogen email chain discussing CMS coverage of Aduhelm on June 24-25, 2021.

u. Exhibit 21: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00708387 to BIOGEN_OKFPRS-00708394. This document evidences an email exchange on July 18, 2021 in which Anabel Chan, Director of Investor Relations for Biogen, summarizes July 15, 2021 analyst coverage of Biogen for Michel Vounatsos and others.

v. Exhibit 22: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024, bearing the bates numbers BIOGEN_OKFPRS-00713029 to BIOGEN_OKFPRS-00713030. This document evidences an email from Brendan Manquin to Defendant Alaimo concerning Medicare coverage of Aduhelm on May 10, 2021.

w. Exhibit 23: a true and correct copy of the document produced to OKFPRS by Defendants on May 29, 2024 bearing the bates numbers

BIOGEN_OKFPRS-00174419 to BIOGEN_OKFPRS-00174483. This document evidences a slide deck for presentation to the Board of Directors of Biogen on November 13, 2020.

x. Exhibit 24: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024 bearing the bates numbers BIOGEN_OKFPRS-00990619 to BIOGEN_OKFPRS-00990621. This document evidences an internal email thread discussing the likelihood of a Coverage with Evidence Determination (CED) for Biogen.

y. Exhibit 25: a true and correct copy of an excerpt of the transcript of the deposition of Michael Yee, taken on the 19th of December 2024.

z. Exhibit 26: a true and correct copy of an excerpt of the transcript of the deposition of Nathalie Natacha Gassenbach, taken on the 5th November 2024.

aa. Exhibit 27: a true and correct copy of an excerpt of the transcript of the deposition of Chirfi Guindo, taken on the 7th of January 2025.

bb. Exhibit 28: a true and correct copy of an excerpt of the transcript of the deposition of Michel Vounatsos, taken on the 10th of January 2025.

cc. Exhibit 29: a true and correct copy of an excerpt of the transcript of the deposition of Brendan Manquin, taken on the 12th of November 2024.

dd. Exhibit 30: a true and correct copy of an excerpt of the transcript of the deposition of Alisha Alaimo, taken on the 19th of November 2024.

ee. Exhibit 31: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024 bearing the bates number BIOGEN_OKFPRS-00705065. This document evidences an email from Brendan Manquin to Alisha Alaimo on October 14, 2020, attaching a slide deck prepared for Alaimo and attached as Exhibit 33.

ff. Exhibit 32: a true and correct copy of the document produced to OKFPRS by Defendants on October 11, 2024 bearing the bates numbers BIOGEN_OKFPRS-00705079 to BIOGEN_OKFPRS-00705089. This document evidences a slide deck dated September 25, 2020 that was attached to the email attached as Exhibit 32.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September 2025, in Boston, Massachusetts.

*/s/ Jeffrey C. Block*
JEFFREY C. BLOCK

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block