UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, and ALISHA ALAIMO,<br><br>Defendants. | Civil Action<br>No. 22-10200-WGY |

**TRANSMITTAL DECLARATION OF MICHAEL S. HINES IN SUPPORT OF DEFENDANTS' MEMORANDA OF LAW IN OPPOSITION TO LEAD PLAINTIFF'S RENEWED MOTIONS TO (i) FURTHER AMEND THE COMPLAINT AND (ii) MODIFY THE CLASS PERIOD**

I, MICHAEL S. HINES, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and a partner of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2. I make this declaration in support of Defendants' (i) Memorandum Of Law In Opposition to Lead Plaintiff's Renewed Motion To Further Amend The Complaint and (ii) Defendants' Memorandum Of Law In Opposition to Lead Plaintiff's Renewed Motion To Modify The Class Period, filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents:

Exhibit 1: Excerpts from the Final Transcript of Michael Yee's December 19, 2024 Deposition;

Exhibit 2: Exhibit 2 from Michael Yee's December 19, 2024 Deposition, "Biogen Special Call Transcript June 8, 2021";

Exhibit 3: Exhibit 3 from Michael Yee's December 19, 2024 Deposition, "June 8, 2021, Jeffries Analyst Report";

Exhibit 4: Excerpts from the Final Transcript of Brendan Manquin's November 12, 2024 Deposition;

Exhibit 5: June 7, 2021 Biogen CEO Letter;

Exhibit 6: Transcript of Biogen Inc.'s July 22, 2021 Earnings Call;

Exhibit 7: Excerpts From Biogen Inc.'s Form 10-Q, dated July 22, 2021;

Exhibit 8: Biogen Inc. at Morgan Stanley Global Healthcare Conference Transcript, dated September 9, 2021;

Exhibit 9: Excerpts from the Final Transcript of Alisha Alaimo's November 19, 2024 Deposition;

Exhibit 10: Exhibit 27 from Alisha Alaimo's November 19, 2024 Deposition, "Aducanumab U.S. Launch Update";

Exhibit 11: September 9, 2021 UBS Analyst Report;

Exhibit 12: September 9, 2021 RBC Analyst Report;

Exhibit 13: September 9, 2021, Jefferies Analyst Report"; and

Exhibit 14: September 9, 2021 Guggenheim Analyst Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on October 6, 2025.

*/s/ Michael S. Hines*
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.hines@skadden.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos, and*
*Alisha Alaimo*