UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM,

              Plaintiff,

    v.

BIOGEN INC., MICHEL VOUNATSOS, and
ALISHA ALAIMO,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 22-10200-WGY

**ORAL ARGUMENT REQUESTED**

### DEFENDANTS' MOTION TO EXCLUDE, IN PART, THE OPINIONS AND TESTIMONY OF PROFESSOR STEVEN P. FEINSTEIN

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants Biogen Inc. ("Biogen"), Michel Vounatsos, and Alisha Alaimo, (collectively, "Defendants") hereby move this Court to exclude, for all purposes, the opinions and testimony of Professor Steven P. Feinstein concerning the cause of any share price decline in Biogen stock between June 8, 2021 through July 12, 2021, offered by Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff"). The grounds for this Motion are set forth in Defendants' memorandum of law, and related filings, which are submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this Motion.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Defendants hereby certify that they have conferred with counsel for Plaintiff, who have advised that Plaintiff opposes the relief requested.

2

Dated: February 2, 2026
      Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
Michael S. Hines (BBO #653943)
Maya P. Florence (BBO #661628)
Yaw A. Anim (BBO #569512)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com
maya.florence@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos, and*
*Alisha Alaimo*

2