UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OKLAHOMA FIREFIGHTERS PENSION     :
AND RETIREMENT SYSTEM,     :
    :
          Plaintiff,     :   Civil Action
    :   No. 22-10200-WGY
    v.     :
    :   **ORAL ARGUMENT REQUESTED**
BIOGEN INC., MICHEL VOUNATSOS, and   :
ALISHA ALAIMO,     :
    :
          Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Defendants Biogen Inc. ("Biogen"), Michel Vounatsos, and Alisha Alaimo, (collectively, "Defendants") hereby move for summary judgment in their favor on all counts of the Second Class Action Complaint For Violation Of The Federal Securities Laws (ECF No. 75) filed by Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") on the basis that the undisputed facts show that Defendants are entitled to judgment thereon as a matter of law.

The grounds for this Motion are set forth in the accompanying memorandum of law. This Motion also is supported by (1) Defendants' Local Rule 56.1 Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried and (2) the Transmittal Declaration of Michael S. Hines in Support of Defendants' (i) Motion to Exclude, In Part, The Opinions of Professor Steven P. Feinstein And (ii) Motion for Summary Judgment, and the exhibits thereto, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this Motion.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Defendants hereby certify that they have conferred with counsel for Plaintiff, who have advised that Plaintiff opposes the relief requested.

Dated: February 2, 2026
      Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
Michael S. Hines (BBO #653943)
Maya P. Florence (BBO #661628)
Yaw A. Anim (BBO #569512)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com
maya.florence@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos, and*
*Alisha Alaimo*

2