UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, and ALISHA ALAIMO,<br><br>Defendants. | Civil Action No. 22-10200-WGY |

**TRANSMITTAL DECLARATION OF MICHAEL S. HINES IN SUPPORT OF DEFENDANTS' (i) MOTION TO EXCLUDE, IN PART, THE OPINIONS OF PROFESSOR STEVEN P. FEINSTEIN AND (ii) MOTION FOR SUMMARY JUDGMENT**

I, MICHAEL S. HINES, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and a partner of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2. I make this declaration in support of Defendants' (i) Motion To Exclude, In Part, The Opinions Of Professor Steven P. Feinstein and (ii) Motion For Summary Judgment, filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents:

Exhibit 1: Report On Loss Causation And Damages by Prof. Steven P. Feinstein, dated January 21, 2025;

Exhibit 2: Reply Report of Prof. Steven P. Feinstein, dated February 12, 2025;

Exhibit 3: Excerpts from Transcript of the Deposition of Prof. Steven P. Feinstein, dated April 22, 2025;

Exhibit 4: Guggenheim Analyst Report, "BIIB – Our Proprietary Physician Survey Suggests High Awareness for Amyloid-Beta Therapies; KOLs Have a Positive View on LLY's Donanemab," dated June 29, 2021;

Exhibit 5: *Boston Globe* Article, "State's Second-Largest Health Insurer Slams Biogen For Costly Alzheimer's Drug," dated June 23, 2021;

Exhibit 6: Letter from United States Senators Elizabeth Warren and Bill Cassidy, M.D., dated June 23, 2021;

Exhibit 7: *STAT+* Article, "Bipartisan Pair of Senators Calls on Congress to Examine Expensive New Alzheimer's Drug," dated June 23, 2021;

Exhibit 8: Biogen Press Release, dated December 19, 2016;

Exhibit 9: Biogen Press Release, dated November 10, 2022;

Exhibit 10: Transcript of Special Call, dated June 8, 2021;

Exhibit 11: Eli Lilly Press Release, "Lilly's Donanemab Receives U.S. FDA's Breakthrough Therapy Designation For Treatment of Alzheimer's Disease," dated June 24, 2021;

Exhibit 12: CNBC's Transcript of Power Lunch Interview, "Biogen CEO Michel Vounatsos On Approval Of Alzheimer's Drug," dated June 7, 2021; and

Exhibit 13: Expert Report of Dr. Jennifer Marietta-Westberg, dated January 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on February 2, 2026.

*/s/ Michael S. Hines*
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.hines@skadden.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos, and*
*Alisha Alaimo*