# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, AND ALISHA ALAIMO,<br><br>Defendants. | Civil Action No. 1:22-cv-10200-WGY |

REPORT ON LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

January 21, 2025

# TABLE OF CONTENTS

I. PREVIOUS WORK CONDUCTED IN THIS CASE ........ 1

II. SCOPE OF PROJECT AND REPORT ........ 2

III. CONCLUSIONS ........ 3

IV. FACTUAL BACKGROUND ........ 6

A. About the Company ........ 6

B. About Biogen Stock ........ 9

C. Relevant Events and Timeline ........ 10

1. Pre-Class Period ........ 10

2. 7 June 2021: FDA Approves Aduhelm ........ 13

3. 8 June 2021: Biogen Holds Aduhelm Approval Conference Call ........ 16

4. 10 June 2021: *KFF* Recognizes Aduhelm Will Be Covered by Medicare and Notes That CMS May Limit Medicare Coverage for Aduhelm ........ 21

5. 12 June 2021: The Alzheimer's Association States That Aduhelm's Price Is "Simply Unacceptable" ........ 23

6. 21 June 2021: *The New York Times* Reports That Certain Alzheimer's Experts Say Use of Aduhelm Should Be Sharply Limited ........ 24

7. 22 June 2021: Biogen Executives Deny That the Price of Aduhelm Could Overwhelm the Medicare System ........ 24

8. 23 June 2021: Biogen Says It Will Work with Payers on Aduhelm Pricing; Senator Bernie Sanders Criticizes Aduhelm's Pricing ........ 26

9. 23 June 2021, After the Close: Point32Health Threatens Noncoverage; Senators Call for Hearing on Aduhelm Price ........ 28

10. 24 June 2021: Eli Lilly's Alzheimer's Drug Receives Breakthrough Therapy Designation; Senators' Letter Made Public; and Secretary Becerra Discusses Medicare Coverage of Aduhelm ........ 31

11. 25 June 2021: U.S. House of Representatives Committees Announce Investigation of the Approval and Pricing of Aduhelm ........ 34

12. 28 June 2021: *The Wall Street Journal* Recognizes Aduhelm Will Be Covered by Medicare and Notes That CMS May Limit Medicare Coverage for Aduhelm ........ 35

13. 29 June 2021: *The Wall Street Journal* Reports That Aduhelm Is "A Likely Blockbuster" ........ 37

14. 8 July 2021: FDA Issues Updated Label for Aduhelm ........ 38

15. 9 July 2021: FDA Commissioner Janet Woodcock Requests Independent Review of Aduhelm Approval Process ....40

16. 12 July 2021: Some Blue Cross Blue Shield Plans Will Not Cover Aduhelm; CMS Announces NCD Process ....40

17. 13 July 2021: Market Participants Anticipate That Coverage with Evidence Development Is a Likely Outcome of the NCD....42

18. 14 July 2021: Cleveland Clinic and Mount Sinai Will Not Administer Aduhelm to Patients....46

19. 15 July 2021: UnitedHealth Announces It will Not Cover Aduhelm Pending a CMS Ruling ....47

20. 15 July 2021 After the Close: CTAF Forum Indicates Limited Aduhelm Use Until NCD Completion....49

21. 22 July 2021: Biogen Q2 2021 Earnings Announcement and Conference Call with Investors....50

22. 11 August 2021: Veterans Affairs Declines to Cover Aduhelm....53

23. 12 August 2021: *The Wall Street Journal* Echoes Biogen's Representations....53

24. 27 August 2021: *The Wall Street Journal* Again Reports on Insurer Resistance ....54

25. 9 September 2021: Biogen Presents at Morgan Stanley Global Healthcare Conference....54

26. Post-Class Period Event: CMS Announces Proposed NCD....58

27. Timeline Summary....58

V. SUMMARY OF LEAD PLAINTIFF'S ALLEGATIONS....59

VI. LOSS CAUSATION....65

A. Analytical Methodology ....65

1. Establishing Economic Materiality....65

2. Empirical Analysis....66

B. Executing the Loss Causation Analysis for Biogen Stock....67

1. Financial Principles Establish that the Alleged Misrepresentations and Omissions Were Economically Material ....68

a. The Economic Materiality of Revenue, Earnings, and Cash Flow ....68

b. The Economic Materiality of Product Development and Commercial Viability in the Biopharmaceuticals Sector....71

c. The Commercial Success of Aduhelm was Highly Economically Material for Biogen....74

2. Company Statements Compel a Conclusion of Loss Causation ................74

3. Market Commentary Underscores the Economic Materiality of the Alleged Misrepresentations and Omissions ............................................76

4. Event Study ..........................................................................................79

a. Significant Corrective Disclosure Events ....................................80

b. Isolating the Impact of Company-Specific Information ................83

5. Event Study Results and Analysis ........................................................86

a. 24 June 2021 ..................................................................................86

b. 15 July 2021 ....................................................................................86

c. 9 September 2021 ..........................................................................87

VII. DAMAGES ...........................................................................................................87

A. Quantifying Losses Precipitated by Corrective Disclosures in Order to Construct the Inflation Ribbon ..................................................................89

1. Losses Precipitated By Corrective Disclosures Is Dissipation of Artificial Inflation ..................................................................................89

2. Per Share Decline Caused by the 24 June 2021 Disclosure......................90

3. Per Share Decline Following the 15 July 2021 Corrective Disclosure ...........................................................................................92

4. Per Share Decline Caused by the 9 September 2021 Corrective Disclosure .........................................................................................100

B. Artificial Inflation During the Class Period ................................................102

C. Per Share Damages .....................................................................................103

VIII. LIMITING FACTORS AND OTHER ASSUMPTIONS ...........................................104

## I. PREVIOUS WORK CONDUCTED IN THIS CASE

1. In my expert report dated 10 May 2024 (the "Feinstein Report" or "Feinstein Market Efficiency Report"), I examined factors that are generally accepted as indicative of the efficiency of the market in which a stock trades.[1] Based on my analysis of those factors, I concluded that Biogen stock traded in an efficient market throughout the period from 7 June 2021 through 11 January 2022, inclusive.[2]

2. In the Feinstein Report, I showed that each of the *Cammer* and *Krogman* factors supports a finding that Biogen stock traded in an efficient market throughout the period from 7 June 2021 through 11 January 2022.[3] As part of that analysis, I demonstrated – with event studies – that Biogen stock reacted promptly to new, Company-specific information as that information entered the market.[4] Reacting promptly to new, economically material information is the hallmark of an efficient market.

3. In the Feinstein Report, I also explained that Section 10(b) damages for all Class members could be computed using a common methodology, the out-of-pocket damages methodology that is used in virtually all Section 10(b) class action securities cases.[5]

4. Following the Feinstein Report, I submitted a reply report dated 18 July 2024 (the "Feinstein Reply Report"; together with the Feinstein Report, the "Feinstein Reports"). The Feinstein Reply Report addressed the arguments in the Expert Report of Jennifer Marietta-Westberg, Ph.D., dated 21 June 2024 (the "Marietta-Westberg Report"), submitted by Defendants in this matter. The Marietta-Westberg Report focused on whether

---

[1] Unless otherwise indicated, capitalized terms used herein have the same definitions and meanings ascribed to them in the Feinstein Report.

[2] Feinstein Report, ¶¶17-20. This period is the defined class period according to Lead Plaintiff's Second Class Action Complaint for Violation of the Federal Securities Laws filed 10 April 2024, which I relied upon for the Feinstein Reports. It is also the defined class period according to Lead Plaintiff's Proposed Third Amended Action Complaint for Violation of the Federal Securities Laws, which I understand was submitted to the Court on 13 November 2024. I understand that the Court's 5 September 2024 Electronic Order certified a class for investors who purchased Biogen stock during the period from 8 June 2021 through 12 July 2021, as clarified by the Court's Electronic Order on 18 September 2024.

[3] Feinstein Report, ¶¶53-164.

[4] Feinstein Report, ¶¶100-159.

[5] Feinstein Report, ¶¶165-177.

the alleged misrepresentations impacted Biogen's stock price and whether the damages methodology presented in the Feinstein Report can be used to measure class-wide damages in this matter.[6] In the Feinstein Reply Report, I identified critical flaws and inappropriate assumptions in Dr. Marietta-Westberg's analyses that rendered her conclusions erroneous. I maintain that Dr. Marietta-Westberg's conclusions about price impact and the damages methodology are erroneous.

## II. SCOPE OF PROJECT AND REPORT

5. Block & Leviton LLP, Class Counsel and Counsel for Lead Plaintiff and Class Representative, Oklahoma Firefighters Pension and Retirement System, asked me to determine whether Class members suffered losses as a result of the alleged misrepresentations and omissions described in the Proposed Third Amended Action Complaint for Violation of the Federal Securities Laws, dated 13 November 2024 (the "Proposed Complaint"). Counsel also asked me to quantify damages, if any, suffered by Class members from their investments in Biogen common stock during the period from 7 June 2021 through 8 September 2021, inclusive (the "Class Period"). Specifically, I was asked to estimate per share damages on stock investments suffered by the Class members in connection with their claims under Section 10(b) of the Exchange Act of 1934 and U.S. SEC Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

6. This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share damages.

7. My conclusions are based on the information presently available to me. I reviewed and relied upon all of the data and documents cited and listed in the Feinstein Reports. Additional data and documents considered are listed in Exhibit-1 of this report. For the loss causation and damages analyses, I assumed Lead Plaintiff will be able to prove their factual allegations as presented in the Proposed Complaint.[7]

---

[6] Marietta-Westberg Report, ¶11.

[7] Assuming the factual allegations is a generally accepted practice in loss causation and damages analyses. *See*, *e.g.*, "Reference Guide on Estimation of Economic Damages," by Mark Allen et al., *Reference Manual on Scientific Evidence*, 3rd Edition, 2011, p. 432 ("In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful").

8. I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, analyses, or factual or legal determinations that bear on my work in this matter, including in the event that the Court does not accept the Proposed Complaint.

9. My credentials and compensation are presented in the Feinstein Report, as is a list of testimony I provided during the four years preceding that report. The Feinstein Reply Report lists testimony I provided between the time I submitted the Feinstein Report and the time I submitted the Feinstein Reply Report. Testimony I provided subsequent to the submission of the Feinstein Reply Report is presented in Exhibit-2 of this report. My curriculum vitae is attached as Exhibit-3.

## III. CONCLUSIONS

10. The alleged misrepresentations and omissions caused the price of Biogen stock to be artificially inflated over the course of the Class Period. When events ultimately informed investors and the public that they had been misled, and provided to them the truth that had previously been concealed by the alleged misrepresentations and omissions, the artificial inflation dissipated, causing the Biogen stock price to decline, thereby causing investors to sustain losses. The misrepresentations and omissions thus caused investors to suffer damages.

11. Lead Plaintiff alleges that misrepresentations and omissions deceived investors regarding the commercial launch of the Company's Alzheimer's drug Aduhelm. The Company's representation that it had consulted and engaged extensively with medical community stakeholders when determining the price of Aduhelm was allegedly false and misleading, and served to misinform analysts and investors that Aduhelm would be well received by medical community stakeholders. The alleged misrepresentations and omissions also misled analysts and investors to expect that Medicare coverage for Aduhelm could be automatically presumed, and consequently also misled them about the coverage that would be provided by private payers. Alleged misrepresentations and omissions misled the market about the coverage that Medicare Administrative Contractors ("MACs"), Medicare Advantage plans, and commercial payers would provide for Aduhelm during the pendency of the NCD. As payer coverage for Aduhelm was a necessary requirement for the

commercial launch of Aduhelm to succeed, ultimately, the alleged misrepresentations and omissions caused investors to greatly overestimate the success of the Aduhelm launch.

12. The corrective disclosure announcements and events informed investors that the Aduhelm launch was beset by problems – problems that the Company was allegedly well aware of at the start of the Class Period. The corrective disclosure events informed the market that it had been unduly optimistic about the success of the Aduhelm launch. The adverse announcements and events that constituted the corrective disclosures, or substantially similar announcements and events, would have been anticipated by analysts and investors, rather than surprising to the market, if there had been full, honest, and timely disclosures instead of alleged misrepresentations and omissions. In the but-for scenario of timely full disclosure, Biogen stock would have been priced lower throughout the entire Class Period to reflect unlikely success, and the revelatory announcements and events would not have elicited additional stock price declines when they occurred.

13. Given that Biogen stock traded in an efficient market, it follows that had the adverse facts that were concealed from the public been alternatively timely disclosed, the price of Biogen stock would not have been artificially inflated, but rather would have been priced significantly lower in the market during the Class Period.

14. My analysis compels the conclusion that the alleged misrepresentations and omissions artificially inflated the Biogen stock price. Corrective disclosures dissipated the artificial inflation, sending down the stock price. For investors who bought Biogen stock when the stock was artificially inflated, and held onto the stock until after at least one corrective disclosure that dissipated inflation, the alleged misrepresentations and omissions caused losses. This loss causation conclusion is based on fundamental principles of finance and valuation, Company statements, news articles, analyst reports, and event study analysis. Event study analysis, which considered potentially confounding information, proves to a reasonable degree of certainty that the alleged misrepresentations and omissions caused the price of Biogen stock to be artificially inflated, and that the corrective disclosures caused the price declines and investor losses.

15. Quantifying damages, the 23-24 June 2021 corrective disclosures caused the Biogen stock price to fall $16.93 per share. The 9 September 2021 corrective disclosure caused the Biogen stock price to fall $5.66 per share. Both of these declines were dissipation of artificial inflation produced or maintained by the alleged misrepresentations and omissions.

16. Damages suffered by investors precipitated by these two corrective disclosures sum to $22.59 per share. It is noteworthy that from the start of the Class Period until the close of trading on 9 September 2021 the decline in Biogen's stock price was $95.70 per share, of which I attribute $22.59 per share, or 23.6% of the total loss, to the dissipation of allegation-related artificial inflation, and therefore damages. Some of the rest of the total loss may also have been caused by corrective disclosures and is therefore attributable to the alleged misrepresentations and omissions, but as those losses either occurred on days when the stock price declines were not statistically significant, or on days when inextricably intertwined non-allegation disclosures simultaneously occurred, I conservatively do not include those additional losses in my estimate of damages proved to be caused by the alleged fraud.

17. A protracted sequence of adverse events, including the two corrective disclosures identified herein, informed the market that it had been misled by the alleged misrepresentations and omissions. Nonetheless, my quantification of damages focuses exclusively on the individual disclosure events that elicited statistically significant declines. Because the steady stream of losses sustained on other days when the market gradually learned the concealed truth are also damages caused by the alleged misrepresentations and omissions, my quantification of damages is conservative. Other Biogen stock price declines that were reasonably caused by corrective disclosures but which fell below the threshold for statistical significance were excluded from the measure of damages.

18. Based on my conservative quantification, artificial inflation in the Biogen stock price was at least $22.59 per share at the beginning of the Class Period, remaining at that level until 24 June 2021, when it decreased to $5.66 per share with the first identified and quantified corrective disclosure. On 9 September 2021, the date of the final identified and quantified corrective disclosure, artificial inflation fell the remaining $5.66 per share, to zero.

19. Any investor who purchased shares of Biogen stock during the Class Period when the stock was artificially inflated and held those shares beyond a corrective disclosure that dissipated inflation suffered a loss that was caused by the misrepresentations and omissions. Per share damages range up to $22.59 per share, depending on the timing of the stock purchase and sale.

## IV. FACTUAL BACKGROUND

### A. About the Company

20. Biogen is a biopharmaceutical company that develops therapies for neurological and neurodegenerative diseases.[8] During the Class Period, Biogen's portfolio included medicines to treat multiple sclerosis, spinal muscular atrophy, and Alzheimer's disease.[9] Among the Company's products was aducanumab (commercially branded as Aduhelm) – the therapy at issue in the instant matter.[10]

21. Aduhelm is a treatment for Alzheimer's disease.[11] Biogen began developing Aduhelm in 2007.[12] The FDA granted Aduhelm Fast Track designation in 2016 to facilitate an expedited review of the therapy.[13] On 21 March 2019, however, Biogen suspended its Phase III efficacy trials for Aduhelm after an independent data monitoring committee determined that Biogen's study was unlikely to meet its primary goal.[14] Despite initially abandoning Aduhelm, on 22 October 2019, the Company reversed course and announced its plan to pursue FDA approval for Aduhelm following "new analysis" examining the

---

[8] Biogen Inc., Form 10-K for the fiscal year ended 31 December 2021, filed 3 February 2022, p. 1.

[9] Biogen Inc., Form 10-K for the fiscal year ended 31 December 2021, filed 3 February 2022, p. 1.

[10] Biogen Inc., Form 10-K for the fiscal year ended 31 December 2021, filed 3 February 2022, p. 2.

[11] Biogen Inc., Form 10-K for the fiscal year ended 31 December 2021, filed 3 February 2022, p. 1.

[12] "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, p. 5.

[13] Biogen Inc., Form 10-K for the fiscal year ended 31 December 2016, filed 2 February 2017, p. 3.

[14] "Biogen and Eisai to Discontinue Phase 3 ENGAGE and EMERGE Trials of Aducanumab in Alzheimer's Disease," *GlobeNewswire*, 21 March 2019 7:00 AM.

results of the Phase III trials.[15] On 7 June 2021, the FDA approved Aduhelm through its Accelerated Approval process.[16]

22. In the months leading up to (and following) Aduhelm's approval, market participants and the Company itself stated that the commercial success of Aduhelm (aducanumab) was vital to Biogen's financial health, valuation, and prospects in 2021 and beyond. For example:

> "With the extension, the FDA is slated to make a decision on the potential blockbuster drug, aducanumab, on June 7. The stakes are high for Biogen: If aducanumab is approved, the Cambridge, Mass., company could have one of the bestselling drugs in the world, fueling revenue and profit growth for years to come. If it is rejected, Biogen is left primarily with a stable of aging multiple-sclerosis drugs with declining revenue."
> **"FDA Extends Review of Biogen, Eisai's Alzheimer's Drug," by Dave Sebastian, *The Wall Street Journal*, 29 January 2021 10:50 AM.**

> "'Although we expect a financial reset in 2021 primarily due to the entry of TECFIDERA generics, we believe that 2021 has the potential to be a transformative year for our pipeline with an anticipated regulatory decision in the U.S. on aducanumab for Alzheimer's disease in June as well as pivotal trial readouts in postpartum depression, major depressive disorder, ALS, and choroideremia,' Vounatsos said."
> **"Biogen Reports Fourth Quarter and Full Year 2020 Results," Company press release, 3 February 2021, p. 1.**

> "The drug is a potential blockbuster for its maker Biogen Inc. (BIIB, US) Its approval comes at a critical time for the biotech, which is coping with declining sales and the loss of patent protection for its biggest-selling drug, Tecfidera, a pill for multiple sclerosis."
> **"FDA Approves Biogen's Alzheimer's Drug, the First to Slow the Disease; Biogen Drug Approved After Facing Doubts Over Whether It Slows Progression of Memory-Robbing Disease," by Joseph Walker, *The Wall Street Journal*, 7 June 2021 7:59 AM.**

[15] "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," *GlobeNewswire*, 22 October 2019 6:30 AM.

[16] "FDA Grants Accelerated Approval for ADUHELM™ as the First and Only Alzheimer's Disease Treatment to Address a Defining Pathology of the Disease," *GlobeNewswire*, 7 June 2021 1:00 PM.

"The FDA's decision is an unusual, extraordinary binary event. In a note out Thursday, Jefferies analyst Michael Yee wrote that Biogen shares could climb to $400 if aducanumab were approved, or drop to between $175 and $200 if it were rejected. Biogen closed at $286.14 on Friday. It's rare that FDA decisions draw the level of attention that this one has. But it is also unusual that an FDA decision is so controversial, and its potential implications so significant. The decision, which will likely come in the next few hours, will be meaningful for patients, for Biogen and Eisai, and for the biopharmaceutical sector in general. If aducanumab is approved, the debate will continue. Pricing of the drug is likely to be contentious, and doctors and insurance companies will need to be convinced."
**"Biogen Stock Gains Before Anticipated FDA Decision -- Barrons.com," by Josh Nathan-Kazis, *Dow Jones Institutional News*, 7 June 2021 7:43 AM.**

"Centers for Medicare and Medicaid Services (CMS) released a proposed National Coverage Determination (NCD) covering people with Medicare only if they are enrolled in qualifying clinical trials, potentially significantly limiting sales prospects for Biogen's new Alzheimer's treatment, Aduhelm. – Meanwhile, declines of Biogen's key products due to competitive pressures, have caused its cash flow to decline and leverage to rise. We project sales to stabilize eventually, but with elevated leverage and limited growth prospects, we lowered all ratings, including the issuer credit rating on the company, to 'BBB+' from 'A-'. – The outlook is stable."
**"*S&PGR Downgrades Biogen to 'BBB+' From 'A-', Outlook Stable," *Dow Jones Institutional News*, 13 January 2022 4:43 PM.**

"This action follows the draft coverage decision published by the US Centers for Medicare and Medicaid Services (CMS) related to reimbursement for Aduhelm, Biogen's approved Alzheimer's disease drug. According to the draft decision, Medicare coverage for Aduhelm will be strictly limited to patients in clinical trials. The draft decision is not final, and Moody's anticipates greater clarity following a public comment period and final decision in April 2022. However, unless the Aduhelm launch rapidly and materially accelerates, Biogen's financial performance and credit profile will continue to be negatively affected by declines in core products, prompting the rating review."
**"Moody's Reviews Biogen's Baa1 Ratings for Downgrade," *Moody's Investors Service*, press release, 14 January 2022.**

"Wall Street analysts once projected Aduhelm to become a blockbuster, achieving billions of dollars in annual sales from some of the estimated six million people in the U.S. living with Alzheimer's, the progressive neurological disease that gradually robs patients of their memories and self-sufficiency. … Biogen said Aduhelm sales were $2.8 million in the first quarter, representing 0.1% of the company's product sales. The sales were

> far from initial forecasts. Some analysts had expected Aduhelm would help transform Biogen, diversifying its product suite beyond its traditional strength in multiple sclerosis and compensate for declining sales of older drugs, including Tecfidera and Avonex."
> **"Biogen CEO Michel Vounatsos to Step Aside After Alzheimer's Drug Struggles – Update," by Joseph Walker, *Dow Jones Institutional News*, 3 May 2022 8:51 AM.**

23. Biogen reported declining total revenue for fiscal year ("FY") 2020, FY 2021, and FY 2022 of $13.44 billion, $10.98 billion, and $10.17 billion, respectively. For FYs 2020, 2021, and 2022, the Company reported net income of $4.06 billion, $1.73 billion, and $2.96 billion, respectively.[17]

### B. About Biogen Stock

24. Throughout the Class Period, Biogen's stock traded on the Nasdaq under the ticker symbol "BIIB."[18]

25. Biogen's stock price as of the close of trading on 4 June 2021, the trading day before the start of the Class Period, stood at $286.14 per share. As of the close of trading on 7 June 2021, the first day of the Class Period, the Biogen stock price had risen to $395.85 per share. Biogen's stock price peaked during the Class Period at $414.71 per share on 10 June 2021. By the close of trading on 9 September 2021, the first trading day following the end of the Class Period, Biogen's stock price had fallen to $300.15 per share, down $95.70, or 24.2% since the start of the Class Period. Biogen stock prices during the Class Period are presented in Exhibit-4.

26. Biogen's market capitalization (the aggregate value of all outstanding shares) was $43.08 billion on 4 June 2021, just before the start of the Class Period. One trading day later, at the close of trading on the first day of the Class Period, the market capitalization was $59.60 billion. At its Class Period peak on 10 June 2021, Biogen's market capitalization was $62.44 billion. By the close of trading on 9 September 2021, the first trading day following the end of the Class Period, the Company's market capitalization had fallen to $44.73 billion, representing a decline of $17.70 billion or 28.4% from the Class Period peak.

---

[17] Biogen Inc., Form 10-K for the fiscal year ended 31 December 2022, filed 15 February 2023, p. F-2.

[18] Biogen Inc., Form 10-K for the fiscal year ended 31 December 2021, filed 3 February 2022, p. 54.

### C. Relevant Events and Timeline

27. A review of the following events provides context for understanding Lead Plaintiff's allegations and the Company's experience prior to and during the Class Period.

#### 1. <u>Pre-Class Period</u>

28. Internal Company communications and presentations in the months leading up to the start of the Class Period contradict representations the Company made to the public. These contradictions between public statements and internal communications indicate that the Company was well aware of but concealed conditions and problems that would hamper the launch of Aduhelm. These contradictions support Lead Plaintiff's allegation that the Company knowingly made misrepresentations and omissions that misled the market. For example:

> "[Brendan Manquin, Biogen:] I don't think we can say 'We have consulted extensively with […] insurers and other payers about ADUHELM'S price.'
> …
> I don't think we can substantiate [that statement]. If they ask us who we consulted with we will have no answer.
> …
> ***We never discussed price with them***."
> **"RE: CEO Letter FYI," internal Company emails, 4 June 2021, [BIIB_HCOR_EC_0660282-88, at 87-88] (emphasis added).**

> "[Chris Leibman, Biogen:] We don't want to imply payers support or defend our price."
> **"FW: CEO Letter FYI," internal Company email, 6 June 2021, [BIIB_HCOR_EC_0660282-88, at 84].**

> "Coverage denials: Like CAR T, ***we believe MAC or MA plans will request NC if label is broader than trial population***. At this point, an NCD takes a year to finalize. ***It is likely that MACs will hold claims to try and determine how to ID the patients most likely to benefit from treatment. This sets up an immediate barrier to treatment and provider payment***."
> **"Call with CMS Administrator Seema Verma," 15 September 2020, [BIIB_HCOR_EC_0341397-402, at 401-402] (emphasis added).**

> "It is atypical for a coverage decision to be issued but ***we know with a broader label and complexities of a diagnostic coverage decision, we can expect MACs to employ 'utilization review' methods to slow coverage/payment***."
> **"ICER Assessment of Aducanumab Support for Board of Directors Discussion," 10 May 2021, [BIOGEN_OKFPRS-00766051-66, at 63] (emphasis added).**

> "Although I don't consider CED to be the most likely outcome, a label that left significant uncertainty around the clinical benefit and/or the relevant patient set, would certainly increase the risk. A robust post-approval data generation plan could address potential CMS concerns around data and 'head off' a CED."
> **"CONFIDENTIAL: Background on CED," internal Company email, 10 May 2021, [BIOGEN_OKFPRS-00713029-30, at 30].**

29. The excerpts from Company slide decks presented below also show that the Company knew of substantial problems that would arise if the FDA approved a broad label for Aduhelm. Adverse developments that ultimately did occur were expected by the Company. The Company knew that if Aduhelm was granted a broad label, "payers will request NCD" with "Coverage with Evidence Development" as a result.[19] That is, the Company knew that Medicare coverage would not be guaranteed if Aduhelm was approved for Alzheimer's patients broadly, and a resulting NCD could severely limit the population for which the cost of Aduhelm would be covered. These documents also indicate that MAC coverage would come "potentially with slow claims processing."[20]

---

[19] "Post Launch Medicare Scenarios," 19 May 2021, [BIOGEN_OKFPRS- 00844488-500, at 492].

[20] "Post Launch Medicare Scenarios," 19 May 2021, [BIOGEN_OKFPRS- 00844488-500, at 492]; and "Aducanumab U.S. Launch Update," 3 June 2021, [BIOGEN_OKFPRS-00955300-38, at 24].




**Source: "Post Launch Medicare Scenarios," 19 May 2021, [BIOGEN_OKFPRS-00844488-500, at 492].**




**Source: "Aducanumab U.S. Launch Update," 3 June 2021, [BIOGEN_OKFPRS-00955300-38, at 24].**

30. During his deposition, Biogen's Chief Executive Officer Michel Vounatsos ("CEO Vounatsos") testified that "patients were challenged to access a product by some MACs … Some [MACs] were making things difficult."[21]

> "[Question:] And after the FDA approved Aduhelm, did you come to understand or learn what a MAC was?
>
> [CEO Vounatsos:] Yes, down the road when I saw that Alisha was basically battling in the positive terms, was worrying about the activity of MACs. I asked questions and I was –
>
> [Question:] When you say she was battling the MACs, what do you mean by that she was battling them?
>
> [CEO Vounatsos:] No. What I meant in the positive terms is that she was – patients were challenged to access a product by some MACs, and then I was a bit better educated on what a MAC was. Remember, our focus was FDA thorough evaluation and approval. We were very far away from, you know, a MAC in a region prior to approval.
>
> [Question:] So after the FDA approved Aduhelm, did you come to learn that MACs were limiting access to reimbursement for Aduhelm?
>
> [CEO Vounatsos:] This was a spectrum where some MACs were allowing; some were not allowing. Some were making things difficult.
>
> [Question:] And did you come to learn on what authority some of the MACs would limit coverage?
>
> [CEO Vounatsos:] No."
> **Videotaped Deposition of Michael Vounatsos, 10 January 2025, pp. 111-112.**

### 2. <u>7 June 2021: FDA Approves Aduhelm</u>

31. On 7 June 2021, the FDA approved Biogen's Aduhelm as the first and only Alzheimer's therapy to treat a defining pathology of the disease – amyloid beta plaque.[22] The FDA's approved label for Aduhelm included the broad indication: "ADUHELM is indicated for

[21] Videotaped Deposition of Michael Vounatsos, 10 January 2025, pp. 111-112.

[22] "FDA Grants Accelerated Approval for ADUHELM™ as the First and Only Alzheimer's Disease Treatment to Address a Defining Pathology of the Disease," *GlobeNewswire*, Company press release, 7 June 2021 1:00 PM.

the treatment of Alzheimer's disease."[23] In the press release announcing the approval, Biogen shared that continuation of the FDA's approval for Aduhelm was dependent upon confirmatory trials verifying Aduhelm's clinical benefit.[24]

32. In a second press release the same day, Biogen announced that the listed price of Aduhelm would be $56,000 per year, with the out-of-pocket cost for a patient depending on that patient's insurance coverage.[25] Biogen estimated that 1-2 million U.S. patients diagnosed with mild cognitive impairment or mild dementia due to Alzheimer's would test positive for amyloid beta pathology – and this patient population would therefore be the target market for Aduhelm.[26]

33. Later that day, following the approval announcement, *Dow Jones* reported that Biogen's focus had turned to securing insurance coverage for Aduhelm, in particular for the ~80% of patients covered by Medicare.

> "Now that Biogen's Alzheimer's drug, Aduhelm, is approved, the company's focus turns to securing insurance coverage for the drug, including the roughly 80% of patients covered by Medicare, CEO Michel Vounatsos tells Dow Jones in an interview. 'Access is very important and this is where we are focusing, now, all our attention,' Vounatsos says. Biogen shares surge 40%."
> **"Biogen Focus Turns to Insurer Coverage for Alzheimer's Drug – Market Talk," by Joseph Walker, *Dow Jones Institutional News*, 7 June 2021 3:18 PM.**

34. In an interview with *CNBC* conducted the same day, CEO Vounatsos was asked what the cost per patient per year would be. CEO Vounatsos answered that after "lengthy engagement" with "private and public payers," the price was set at $56,000 per year.

[23] "FDA Grants Accelerated Approval for ADUHELM™ as the First and Only Alzheimer's Disease Treatment to Address a Defining Pathology of the Disease," *GlobeNewswire*, Company press release, 7 June 2021 1:00 PM.

[24] "FDA Grants Accelerated Approval for ADUHELM™ as the First and Only Alzheimer's Disease Treatment to Address a Defining Pathology of the Disease," *GlobeNewswire*, Company press release, 7 June 2021 1:00 PM.

[25] "Biogen and Eisai Launch Multiple Initiatives to Help Patients with Alzheimer's Disease Access ADUHELM™," *GlobeNewswire*, Company press release, 7 June 2021 1:01 PM.

[26] "Biogen and Eisai Launch Multiple Initiatives to Help Patients with Alzheimer's Disease Access ADUHELM™," *GlobeNewswire*, Company press release, 7 June 2021 1:01 PM; *See also*, "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, pp. 7 and 13.

> "[Tyler Mathisen, CNBC:] Number two, what is the cost per patient per year or what do you think it is likely to be?
> …
> [CEO Vounatsos:] The price is set at $56,000 a year, during the normal year after ***lengthy engagement*** obviously this is important ***with*** scientific leaders, pharmaco-economists, ***payers, private and public payers***. These are in line with our pricing principle."
> **"First on CNBC: CNBC Transcript: Biogen CEO Michel Vounatsos Speaks with CNBC's 'Power Lunch' Today," *CNBC*, published 7 June 2021, 3:45 PM (emphasis added).**

35. During the interview, when asked if the Company was expecting any "pushback from payers," CEO Vounatsos stated that the Company was "engaging with Medicare and we're engaging with the private payers since quite a long time."[27]

36. According to *Bloomberg News*, CEO Vounatsos also stated that millions of vials of the drug were already produced and would reach the market within 10-14 days, that over 900 U.S. infusion sites were ready to administer the treatment, and the FDA's broad label would allow physicians to decide which Alzheimer's patients would benefit most from the drug and therefore should receive the therapy. The treatment was not limited to early-stage patients, the type of patients studied in trials.[28]

37. Analysts viewed the announcements positively and dramatically raised their price targets for Biogen stock. Analyst commentary reflected their expectations for Aduhelm pricing and coverage.

> "Today we are incorporating Aduhelm estimates into our model and price target. We assume penetration of the 1.5MM mild Alzheimer's patients will grow to 8% by 2025, yielding $7B in revenue. Our 2025 Non-GAAP EPS estimate has increased from $21.40 to $37.05, and our DCF-based price target has increased from $225 to $450. We are upgrading shares from Market Perform to Outperform."
> **"Upgrade: Aduhelm Approval Likely to Return Biogen to Growth," by Phil Nadeau and Ernesto Rodriguez-Dumont, Cowen, analyst report, 7 June 2021, p. 1.**

---

[27] "First on CNBC: CNBC Transcript: Biogen CEO Michel Vounatsos Speaks with CNBC's 'Power Lunch' Today," *CNBC*, published 7 June 2021, 3:45 PM.

[28] "Biogen Alzheimer's Drug Approved in Disease Landmark (7)," *Bloomberg News,* 7 June 2021 3:35 PM.

> "We estimate peak sales of $8.2B in 2028 WW and we think that this will be a very big launch long-term. We assume sales of $6.4B in the US in 2028. Currently, 6 million Americans are living with Alzheimer's so this is clearly a big market. … Our BIIB DCF is $382 if we assume 100% success which is ~35% upside."
> **"BIIB – for the Win – Aducanumab Is Here," by Alethia Young et al., Cantor Fitzgerald, analyst report, 7 June 2021, p. 1.**

> "From a payer perspective, we are intrigued by what confirmatory trials and/or testing periods/hurdles for amyloid plaque levels might show to ensure continued access to adu. Without relying on such objective data, we believe it would be difficult for the system to somehow actively restrict access to an approved adu."
> **"No More Waiting for Adu as FDA Approves Product; Reiterate BUY as BIIB Can Play More Offense Now," by Sumant Kulkarni, Canaccord, analyst report, 7 June 2021, p. 1.**

> "[O]verall coverage is likely to get implemented and payors will have 'rebating' benefits in effect to handle all the coverage."
> **"3 Things Interesting for Launch…New Growth Story and Other Tidbits – PT $500," by Michael Yee et al., Jefferies, analyst report, 7 June 2021, p. 1.**

### 3. <u>8 June 2021: Biogen Holds Aduhelm Approval Conference Call</u>

38. On 8 June 2021, Biogen held a conference call with analysts and investors to discuss the FDA's approval of Aduhelm.[29] During the conference call, CEO Vounatsos reiterated that the Company had engaged with various stakeholders, including payers, to determine the price of Aduhelm. The Company represented that the $56,000 annual price was arrived at based on these discussions.

> "[CEO Vounatsos:] ***In determining the price, we engaged with stakeholders***, including clinical experts, health economics, policymakers and ***payers on ADUHELM***; and we remain true to Biogen's pricing principles. ***With this consideration in mind***, we have priced ADUHELM at WAC of approximately $56,000 per year for an average patient of 74 kilogram at the full maintenance dose."
> **"Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, p. 4 (emphasis added).**

[29] "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM.

39. During the question-and-answer session, Evercore analyst Umer Raffat asked about the "thought process behind the price point."[30] CEO Vounatsos referred to Biogen Executive Vice President of Global Product Strategy & Commercialization, Chirfi Guindo ("EVP Guindo") to "***tell [you] a bit more about our work and price setting.***"[31] EVP Guindo explained that the Company had been working on this for months, and that it had "***consulted extensively*** with experts, health economists, clinicians, policy and ***payer leaders***."[32]

40. During the conference call, CEO Vounatsos stated that securing payer coverage of Aduhelm, Medicare coverage in particular, was a critical near-term priority.[33] CEO Vounatsos then represented (allegedly misleadingly) to analysts and investors that one could presume Aduhelm would receive full Medicare coverage based on the fact that the treatment received FDA approval. As discussed below, Lead Plaintiff alleges that this representation was far from the truth, and together with omissions, concealed a much more pessimistic prognosis for the commercial viability of Aduhelm.

> "[CEO Vounatsos:] One critical near-term priority for the launch will be securing payer coverage. The vast majority of Alzheimer's patients in the U.S. are 65 or older. And as a result, most of our patients are expected to be covered by Medicare, either through fee-for-service or Medicare Advantage. ***For Medicare fee-for-service, coverage is automatically presumed with FDA approval. We expect most Medicare Advantage plans to define their medical policies within the first several months after launch.*** Biogen is committed to an equitable launch with a goal of maximizing access for all patients with early-stage Alzheimer's disease, including the underserved population which can be disproportionately impacted."
> **"Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, p. 4 (emphasis added).**

[30] "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021, 8:00 AM, p. 9.

[31] "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021, 8:00 AM, p. 9.

[32] "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021, 8:00 AM, p. 9.

[33] "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, p. 4.

41. President of Biogen U.S., Alisha Alaimo ("President Alaimo"), similarly represented (allegedly misleadingly) to analysts and investors that Medicare coverage of Aduhelm could be "automatically" presumed on account of the treatment receiving FDA approval. President Alaimo also represented that the positive pricing and coverage outlook derived from the Company's extensive prior deliberations with commercial and government payers.

> "[President Alaimo:] Prior to launch, ***our teams have been working closely with both commercial and government payers.*** And what I can tell you is that our commercial teams will be discussing patients consistent with those studied in ADUHELM's clinical development program with their customers. Now we've already talked about the majority of patients being on Medicare. ***And for Medicare fee-for-service, coverage is automatically presumed with FDA approval, and we expect most [Medicare] Advantage and commercial plans to define their medical policies, which is in reference to your question, within the first several months after launch***."
> **"Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021, 8:00 AM, p. 14 (emphasis added).**

42. After the conference call, analysts commented on the launch plans, annual wholesale acquisition cost ("WAC") and payer coverage. Analysts generally accepted the Company's representations.

> "We expect Aduhelm to grow to be a multi-$BB product, and to return BIIB to growth. Our DCF-based P.T. is $450. **Our Take: Biogen Is Prepared To Launch; Logistics And Reimbursement Likely Keys To Aduhelm's Commercial Success** We are encouraged by Biogen's readiness to launch and logistical plans as detailed on this morning's call. Given the size of the Alzheimer's market, the dearth of disease modifying treatments, and the faith in the amyloid hypothesis among most Alzheimer's specialists, we anticipate there will be much patient and physician demand for Aduhelm. In our opinion, the key risks to its commercial success are therefore reimbursement access and the logistics of initiating therapy. BIIB provided encouraging data points on both this morning. On the latter point, BIIB noted that there are 900 sites ready to implement Aduhelm. This implies meaningful initial capacity - an average of 25 patients/center (22.5K in total) would equate to approx. $1B in revenue, and we suspect centers can accommodate more than 25 patients. Biogen expects to have the manufacturing capacity near-term to supply 1MM patients, with the potential to ramp production to 2-4MM if necessary, suggesting that supply is unlikely to be limiting. On reimbursement, BIIB expects 80% of patients to be reimbursed via Medicare. Patients with Medicare Fee-For-Service will

be covered at launch, while Medicare Advantage plans are expected to define their medical policies within the first several months. We expect that there will be a sufficient number of patients with Fee-For-Service and supplemental insurance or Medicare Advantage and modest out-of-pocket caps for Aduhelm demand to achieve our estimates."
**"Biogen Discusses Plans for Aduhelm's Launch," by Phil Nadeau and Ernesto Rodriguez-Dumont, Cowen, analyst report, 8 June 2021, p. 1 (emphasis in original).**

"We consider price criticism misguided when incorporating the substantial economic burden of AD, which Aduhelm could substantially alleviate. We conservatively assume uptake only in APOE4 carrier patients with early-AD MCI, (~70% of amyloid positive MCI patients), and peak market penetration of ~25%, driving our peak risk-adjusted sales forecast of ~$8.9B in 2031 for Aduhelm. We understand that the initial launch trajectory will be impacted by titration. Our SOTP analysis values Aduhelm at $200/share, contributing ~45% to our $450 PT."
**"Launch Plans Debunk Misleading Aduhelm Myths," by Jay Olson et al., Oppenheimer, analyst report, 8 June 2021, p. 1.**

"Our sense remains how payers respond - despite BIIB already clearly engaging payers even with PRs today supported by direct quotes from PBM suggesting already deep involvement in the process - may be critical for ultimate uptake and our payer check earlier this morning prior to WAC disclosure had suggested that pricing will be pivotal. Given price set above, we believe, most people's expectations, our early sense is that payers will attempt to confine usage early on given potential impact to NT annual budgets; however, we also note, with a majority of patients likely on Medicare, dynamics may be different than observed with other notable examples such as Sovaldi in HCV. On guidelines, our KOL reminded us that academies such as AAN are compelled to include all FDA approved drugs but that the conundrum may be how the quality of evidence for Aduhelm may be characterized, given the data limitations and controversy; however, regardless, he does not perhaps see this as a major factor in Aduhelm's uptake, at least for highly specialized physicians like himself."
**"'Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use; Tgt To $400 On Broad Approval," by Brian Abrahams et al., RBC, analyst report, 8 June 2021, p. 3.**

"Pricing and Coverage. … The expectation seems to be that the majority of patients will be covered by Medicare (fee-for-service or advantage), specifically, management anticipates that most of the patients under Medicare fee-for-service will also have a secondary coverage, which will limit out-of-pocket coverage. For those with Medicare advantage plans, management expects to be a few months after launch for these plans to establish its medical policies."
**"Aduhelm Call Takeaways: 'Modest Revenue in 2021' and 'Gradual Uptake Over Time,'" by Salim Syed, Mizuho, analyst report, 8 June 2021, p. 1.**

"BIIB addressed a bunch of analyst questions around pricing and reimbursement and launch trajectory. Incrementally new on the call and discussed in our call-back w/ mgmt was: (1) PET scan for Abeta not mandatory per se (although CSF/PET imaging test still likely) and misc-codes and J-codes are due to cover, (2) broad label and FDA allows physician judgment who to treat (BIIB will focus on mild cognitive pts though but docs could treat at their judgment), and (3) guiding to a modest ramp in 2021 and ramp in 2022. We are not overly concerned w/ all the noise around $56k gross pricing ($39k first year due to lower dose) and believe Medicare and payor coverage will fall into place for the core population of MCI pts etc (Cigna has come out saying they're likely to cover for the studied population, etc)."
**"Spoke to Mgmt, 3 Follow-Up Thoughts – Nicely Dampening Expectations," by Michael Yee et al., Jefferies, analyst report, 8 June 2021, p. 1.**

"We now estimate >$11.70B in peak U.S. sales (~20% peak penetration, assuming 1.1M eligible AD patients), with global peak sales (2032E) of $15.50B. Reiterate BUY and increase our PT to $455 (from $325). … Majority of patients are covered by Medicare. BIIB estimates that the majority (~80%) of Alzheimer's patients are covered by Medicare and depending on the specific plan, Aduhelm will come at only limited cost. BIIB notes that patients over 65 who are on a Medicare 'fee for service' plan also have secondary healthcare coverage that limits out-of-pocket exposure, while patients on the 'Medicare Advantage' plan also have maximum out-of-pocket costs that vary by plan. For Medicare fee for service, coverage is automatically presumed with FDA approval."
**"BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455," by Yatin Suneja and Eddie Hickman, Guggenheim, analyst report, 8 June 2021, p. 1.**

"Bottom line: Management held a conference call to discuss the approval and launch plans for Aduhelm. It reviewed its pricing strategy, payer interactions and value-based contracting, manufacturing readiness, and slow and steady sales expectations. Everything we heard supports our positive view for Aduhelm and Biogen, and we maintain our Outperform

rating. … Regarding payer coverage: Management expects the majority of Aduhelm patients to be covered by CMS at launch through miscellaneous coding, with a final J-code expected by early 2022. And it expects Medicare Administrative Contractors (MACs) to support regional access and most of the Medicare Advantage plans to define medical policies within the first several months."
**"Aduhelm Ready to Launch," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 8 June 2021, p. 1.**

43. Following the conference call on 8 June 2021, *Bloomberg* noted that private Medicare plans, commercial health plans, and state Medicaid programs can make their own decisions about covering drugs such as Aduhelm, but those plans often look to CMS for coverage guidance. The *Bloomberg* article quoted a spokesperson for Humana Inc.:

"Medicare can issue a national coverage determination on how to pay for the drug. Private Medicare plans, commercial health plans and state Medicaid programs may make their own decisions, but they often take their lead from the agency. Humana Inc., which covers millions of Medicare members in private plans, will look to CMS 'for guidance to ensure that there is consistent access to this therapy in the Medicare program,' a company spokesman said in an email."
**"Biogen's Costly, Unproven Drug Feared as Health Budget Buster," by John Tozzi, *Bloomberg*, 8 June 2021 11:56 AM.**

#### 4. 10 June 2021: *KFF* Recognizes Aduhelm Will Be Covered by Medicare and Notes That CMS May Limit Medicare Coverage for Aduhelm

44. On 10 June 2021, *KFF* (f/k/a The Kaiser Family Foundation), in line with the Company's public representations (but at odds with what the Company knew but allegedly concealed), concurred that Aduhelm would be covered under Medicare for the broad potential patient population.[34] The article also noted, "attention now turns to decision-makers at the Centers for Medicare & Medicaid Services (CMS) who may opt to undertake a National Coverage

[34] "FDA's Approval of Biogen's New Alzheimer's Drug Has Huge Cost Implications for Medicare and Beneficiaries," by Juliette Cubanski and Tricia Neuman, *KFF*, 10 June 2021, accessed at: https://www.kff.org/medicare/issue-brief/fdas-approval-of-biogens-new-alzheimers-drug-has-huge-cost-implications-for-medicare-and-beneficiaries/.

Determination process that could set some limits on the conditions of Medicare coverage for Aduhelm based on the drug's clinical effectiveness."[35]

> "As an intravenous infused medication administered by physicians, Aduhelm will be covered under Medicare Part B, which generally covers FDA-approved physician-administered medications that are reasonable and necessary for the individual patient. (In contrast, Medicare Part D covers retail prescription drugs.) With FDA approval in hand, attention now turns to decision-makers at the Centers for Medicare & Medicaid Services (CMS) who may opt to undertake a National Coverage Determination process that could set some limits on the conditions of Medicare coverage for Aduhelm based on the drug's clinical effectiveness."
> **"FDA's Approval of Biogen's New Alzheimer's Drug Has Huge Cost Implications for Medicare and Beneficiaries," by Juliette Cubanski and Tricia Neuman, *KFF*, 10 June 2021, accessed at: https://www.kff.org/medicare/issue-brief/fdas-approval-of-biogens-new-alzheimers-drug-has-huge-cost-implications-for-medicare-and-beneficiaries/.**

45. *KFF* estimated that if 500,000 Medicare beneficiaries (one-quarter of the total two million Medicare beneficiaries that used Alzheimer's treatments) were prescribed Aduhelm, Medicare would pay nearly $29 billion per year to cover Aduhelm for those beneficiaries.[36] *KFF* noted that this estimate was significant, because total Medicare spending for all Part B drugs was $37 billion in 2019. *KFF* also estimated that if one million Medicare beneficiaries received Aduhelm, the cost to Medicare would exceed $57 billion in a single year.[37]

---

[35] "FDA's Approval of Biogen's New Alzheimer's Drug Has Huge Cost Implications for Medicare and Beneficiaries," by Juliette Cubanski and Tricia Neuman, *KFF*, 10 June 2021, accessed at: https://www.kff.org/medicare/issue-brief/fdas-approval-of-biogens-new-alzheimers-drug-has-huge-cost-implications-for-medicare-and-beneficiaries/.

[36] "FDA's Approval of Biogen's New Alzheimer's Drug Has Huge Cost Implications for Medicare and Beneficiaries," by Juliette Cubanski and Tricia Neuman, *KFF*, 10 June 2021, accessed at: https://www.kff.org/medicare/issue-brief/fdas-approval-of-biogens-new-alzheimers-drug-has-huge-cost-implications-for-medicare-and-beneficiaries/.

[37] "FDA's Approval of Biogen's New Alzheimer's Drug Has Huge Cost Implications for Medicare and Beneficiaries," by Juliette Cubanski and Tricia Neuman, *KFF*, 10 June 2021, accessed at: https://www.kff.org/medicare/issue-brief/fdas-approval-of-biogens-new-alzheimers-drug-has-huge-cost-implications-for-medicare-and-beneficiaries/.

46. After the close of trading on 10 June 2021, *STAT+* reported that a third member of an FDA expert committee had resigned in response to the FDA's decision to approve Aduhelm.[38] Two other members had left the FDA expert committee on 7 June 2021 and 9 June 2021 in response to the FDA's decision to approve Aduhelm.[39]

47. Analysts continued to increase their price targets citing expectation of a "highly supportive" Aduhelm launch.

> "Aduhelm is a >$10B+ product driving valuation to ~$500. We view the circumstances of the Aduhelm launch as highly supportive in the intermediate term (2-3 years). The patient population is desperate for treatment and a large group of patients is diagnosed each year (~500K) and become candidates for therapy. The drug is targeting the very lightly managed buy-and-bill Medicare market funded by the world's most generous payer (the US gov't). Further, only 15%-20% of the patients have material OOP costs and the high price point is attractive to physicians. Thus, the classic barriers to adoption are not there."
> **"Biogen: Aduhelm Upside Potential Too Much to Ignore; Upgrading to Outperform," by Aaron Gal et al., Bernstein, analyst report, 11 June 2021, p. 1.**

### 5. 12 June 2021: The Alzheimer's Association States That Aduhelm's Price Is "Simply Unacceptable"

48. On 12 June 2021, during market hours, the Alzheimer's Association issued a press release and wrote that Biogen's $56,000 price for Aduhelm was "simply unacceptable."[40] In its press release, the Alzheimer's Association called on Biogen to change the price, noting that the high price will pose barriers to access.

> "Approval is the fundamental first step to access. The first drug in a category invigorates the field, increases investments in new treatments and encourages greater innovation. Following approval, the manufacturer, Biogen, announced their intention to price Aduhelm at $56,000 per year. This price is simply unacceptable. For many, this price will pose an

---

[38] "Third Member of FDA Expert Committee Resigns over Controversial Alzheimer's Therapy Decision," by Andrew Joseph, *STAT+*, 10 June 2021 4:45 PM.

[39] "Member of FDA's Expert Panel Resigns over Controversial Alzheimer's Therapy Approval," by Andrew Joseph, *STAT+*, 8 June 2021 4:35 PM; and "Two Doctors Have Resigned from a Prestigious Panel after the FDA Approved a Controversial Alzheimer's Drug," by Allison DeAngelis, *Business Insider*, 9 June 2021 1:45 PM.

[40] "Alzheimer's Association Statement: Next Steps For New Alzheimer's Treatment," *PR Newswire*, 12 June 2021 1:38 PM.

> insurmountable barrier to access, it complicates and jeopardizes sustainable access to this treatment, and may further deepen issues of health equity. We call on Biogen to change this price. Next, the path to access turns to the Centers for Medicare & Medicaid Services (CMS)."
> **"Alzheimer's Association Statement: Next Steps for New Alzheimer's Treatment," *PR Newswire*, 12 June 2021 1:38 PM.**

### 6. <u>21 June 2021: *The New York Times* Reports That Certain Alzheimer's Experts Say Use of Aduhelm Should Be Sharply Limited</u>

49. In an article published on 21 June 2021, after the close of trading, *The New York Times* reported that several Alzheimer's experts had stated that Aduhelm's label was too broad and that the drug should be given to a narrow population.

> "Even those who supported the F.D.A.'s approval of the controversial new drug said authorizing it for anyone with Alzheimer's disease was much too broad. A new drug for the treatment of Alzheimer's disease should be given to a much narrower group of patients than the federal approval permits, Alzheimer's experts – including those who strongly supported approval of the medication – said on Monday.
> …
> While the only patients who received the drug during clinical trials were those with very mild Alzheimer's or an even milder pre-Alzheimer's impairment, the F.D.A.'s label for Aduhelm says simply that the drug is 'for the treatment of Alzheimer's disease.' Under 'contraindications,' the term for health conditions or other characteristics that should prevent patients from taking a drug, the label says 'None.'"
> **"Many Alzheimer's Experts Say Use of Aduhelm Should Be Sharply Limited," by Pam Belluck, *The New York Times*, 21 June 2021, 10:55 PM.**

### 7. <u>22 June 2021: Biogen Executives Deny That the Price of Aduhelm Could Overwhelm the Medicare System</u>

50. On 22 June 2021, *Forbes* published an article that quoted EVP Guindo, who denied that Aduhelm would strain the Medicare system.[41]

[41] "Biogen Exec Denies That New Alzheimer's Medicine Will Overwhelm Medicare – But Experts Disagree," by Leah Rosenbaum, *Forbes*, 22 June 2021 5:31 PM.

> "Chirfi Guindo, Head of Global Product Strategy and Commercialization at Biogen, denies that the drug will put a strain on the Medicare system. In fact, he says that if all goes according to plan, the drug would save the U.S. money. 'The United States spends $600 billion a year on Alzheimer's care as we speak without having any access to transformative therapy,' he says. (According to the Alzheimer's Association, total U.S. spending on Alzheimer's disease is $305 billion, with Medicare spending $155 billion per year.) 'What the question that I would suggest be asked,' Guindo says, 'is what would happen in the next few years, should a drug like aducanumab be implemented in the system and result in clinical benefits…so that these patients could stay independent for longer.' Guindo says that by slowing the progression of the disease, his company's drug would prevent more burdensome spending. 'This whole notion of cost burden is, is one that really ought to be looked at in a holistic fashion,' he says."
> **"Biogen Exec Denies That New Alzheimer's Medicine Will Overwhelm Medicare – But Experts Disagree," by Leah Rosenbaum, *Forbes*, 22 June 2021 5:31 PM.**

*51.* *Forbes* also wrote about CMS's option to use an NCD to limit the types of patients that could receive Aduhelm with Medicare coverage, which "could potentially save Medicare."[42]

> "There is a path forward that would allow Medicare to cover the cost of treatment without spending billions on billions of dollars: The Centers For Medicare & Medicaid Services could use a National Coverage Determination to put firm limits on the types of patients that can use Aduhelm with Medicare coverage. If, for example, CMS only covered the medication for the same group of people who were in the clinical trial for the drug (patients who had beta-amyloid plaques visible on a scan but only mild disease), that would drastically reduce the number of patients who could get access to the drug, potentially by half. While that might upset patients and patient advocacy groups, it could potentially save Medicare."
> **"Biogen Exec Denies That New Alzheimer's Medicine Will Overwhelm Medicare – But Experts Disagree," by Leah Rosenbaum, *Forbes*, 22 June 2021 5:31 PM.**

52. That same day, Jefferies analyst Michael Yee noted that in the two weeks since the FDA approval, Biogen stock had declined 6% to 10% down, due to "pricing concerns and negative media attention, uncertainty on launch numbers, and CMS NCD/Medcac

[42] "Biogen Exec Denies That New Alzheimer's Medicine Will Overwhelm Medicare – But Experts Disagree," by Leah Rosenbaum, *Forbes*, 22 June 2021 5:31 PM.

worries."[43] The reassurances about how the Company had priced Aduhelm based on "extensive consultation" and "lengthy engagement" with medical community stakeholders, and about how Medicare coverage could be presumed – in sum, how the Company's preparations and plans for the launch justified an optimistic outlook – were being eroded by an observably negative reaction.[44]

#### 8. <u>23 June 2021: Biogen Says It Will Work with Payers on Aduhelm Pricing; Senator Bernie Sanders Criticizes Aduhelm's Pricing</u>

53. On 23 June 2021, Biogen publicly acknowledged resistance to its setting the Aduhelm price at $56,000 per patient per year. Such resistance ran contrary to the Company's prior representations that the pricing was the result of and supported by "extensive consultation" and "lengthy engagement" with payers and policy makers.

54. In the morning, Biogen issued a press release announcing that patient adoption of Aduhelm would progress gradually over several years, that Biogen was actively working to complete the confirmatory trial for Aduhelm ahead of the permitted nine-year timeline, and that the company was willing to collaborate with public and private payers, including CMS, to reduce costs for patients receiving Aduhelm treatment.[45]

> "We have determined the launch price of ADUHELM based on our belief in the impact of treatment as well as the size of the appropriate patient population based on the entry criteria of our clinical trials. In the event that our fundamental assumptions on population size and rate of adoption are significantly different than expected, we stand ready to work with public and private payers to address pricing in order to achieve both patient access and support budget sustainability.

---

[43] "Feedback, Thoughts on Stock..Meanwhile FDA Woodcock Also Comments," by Michael Yee et al., Jefferies, analyst report, 22 June 2021, p. 1.

[44] Michael Yee testified during his deposition that it was his understanding on 22 June 2021 that worry over whether there would be an NCD was "[o]ne of the factors" in the decline in Biogen's share price between 7 June 2021 and 22 June 2021. Michael Yee testified that this understanding was informed by "many discussions with institutional investors, with the management, our own analysis … ." (Remote Videotaped Deposition of Michael Yee, 19 December 2024, p. 99:16-21).

[45] "Biogen and Eisai Update for the Alzheimer's Disease Community," Company press release, 23 June 2021, accessed at: https://investors.biogen.com/news-releases/news-release-details/biogen-and-eisai-update-alzheimers-disease-community; and "Biogen Now Says It Plans to Complete 'Confirmatory' Study for Alzheimer's Drug Earlier than Required -- MarketWatch," by Jaimy Lee, *Dow Jones Institutional News*, 23 June 2021 8:26 AM.

> We have been engaging directly with public and private payers and health systems to ensure coverage policies support access for appropriate patients.
> …
> We stand ready to work with payers, including CMS, to create innovative agreements which could lower patient co-payment shares or out-of-pocket expense for patients treated with ADUHELM. We believe in the need to reform patient insurance benefit structures to reflect innovation."
> **"Biogen and Eisai Update for the Alzheimer's Disease Community," Company press release, 23 June 2021, accessed at: https://investors.biogen.com/news-releases/news-release-details/biogen-and-eisai-update-alzheimers-disease-community.**

55. *Bloomberg* reported on this press release in an article titled, "Biogen Expects Slow Alzheimer's Drug Uptake, May Reset Price."[46] *Bloomberg* wrote that Biogen's statement regarding the potential for an Aduhelm price adjustment was a signal that Biogen wanted to "tamp down the outcry over the treatment's potential costs to the U.S. health-care system."[47]

> "The disclosure in a company statement Wednesday is a signal the drugmaker wants to tamp down the outcry over the treatment's potential costs to the U.S. health-care system. The company said it set the price based on the impact of the treatment and assumptions about how many people would take it. If those turn out to be wrong, 'we stand ready to work with public and private payers to address pricing in order to achieve both patient access and support budget sustainability,' the company said in the statement issued with its partner Eisai Inc."
> **"Biogen Expects Slow Alzheimer's Drug Uptake, May Reset Price (1)," by John Tozzi, *Bloomberg*, 23 June 2021 12:34 PM.**

56. During market hours, Senator Bernie Sanders tweeted objecting to the high price of Aduhelm.

---

[46] "Biogen Expects Slow Alzheimer's Drug Uptake, May Reset Price (1)," by John Tozzi, *Bloomberg*, 23 June 2021 12:34 PM.

[47] "Biogen Expects Slow Alzheimer's Drug Uptake, May Reset Price (1)," by John Tozzi, *Bloomberg*, 23 June 2021 12:34 PM.

> "[@SenSanders:] No. There's absolutely no way Biogen should be allowed to charge patients $56,000 for the new Alzheimer's drug – costing Medicare up to $29 billion a year. We must take on the greed of the pharmaceutical industry."
> **Bernie Sanders, *Twitter*, 23 June 2021 2:24 PM.**

### 9. 23 June 2021, After the Close: Point32Health Threatens Noncoverage; Senators Call for Hearing on Aduhelm Price

57. The outcry and resistance to the $56,000 pricing reached a head after the close of trading on 23 June 2021, when *The Boston Globe* reported that Chief Medical Officer Michael Sherman of Point32Health ("CMO Sherman") declared that Biogen should cut Aduhelm's price by a factor of 10 and threatened noncoverage of Aduhelm given the $56,000 list price of the drug.[48] Ultimately, CMO Sherman stated that Point32Health would follow the guidance of the federal government regarding Aduhelm coverage for patients on Medicare Advantage.[49] *The Boston Globe* also acknowledged that Aduhelm will be covered under Medicare, but noted that CMS may engage in an NCD that could restrict coverage.[50]

> "Michael Sherman, chief medical officer for Point32Health, the insurance company formed by the recent merger of Tufts Health Plan and Harvard Pilgrim Health Care, said Biogen should cut the cost of the drug called Aduhelm by a factor of roughly 10, to $5,400, given the medicine's questionable benefits and potential risks.
>
> If Biogen doesn't lower the price, Sherman said, Point32Health may not cover the drug for 1.1 million customers, most of whom get their insurance through their employers and make up about half of its membership. Or, he said, the insurer will impose restrictions, such as requiring periodic brain-imaging tests to prove patients are benefitting from the drug. The insurer has made no coverage decisions yet."
> **"State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.**

---

[48] "State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.

[49] "State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.

[50] "State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.

> "One of the biggest concerns is the cost of Aduhelm to Medicare. Analysts have predicted that Medicare and its enrollees, who pay a share of their prescription drug costs, will spend anywhere from $5.8 billion to $29 billion on the drug annually, which could be more than what the US government spends on some entire agencies, such as NASA.
>
> The vast majority of people with Alzheimer's are 65 and older and thus covered by the federal Medicare program. With FDA approval, the drug is automatically covered under Part B.
>
> But it's possible some restrictions will be put in place that will slow access to Medicare beneficiaries, industry experts have said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete."
> **"State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.**

> "Sherman said that Point32Health must follow the guidance of the federal government for how the insurance company covers Aduhelm for people on Medicare Advantage, the government-funded program provided by private insurers. But Point32Health, which has about 1.1 million customers who receive government-funded insurance, will have flexibility on whether it covers Aduhelm for its other commercial customers, Sherman said."
> **"State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.**

58. *Becker's Payer*, a media platform that provides information on the payer sector of the healthcare industry, highlighted the backlash that Biogen was receiving for the approval and pricing of Aduhelm.

> "Point32Health may not cover Biogen's new Alzheimer's treatment, Aduhelm, for its commercial members unless the price is reduced. Point32Health CMO Michael Sherman, MD, told The Boston Globe that the drugmaker was favoring 'excessive corporate profits' with the $56,000 price tag over patient interests. Dr. Sherman believes the price of the treatment should be closer to $5,600, 10 percent of the current cost. While no coverage decisions have been made as of yet, Dr. Sherman said Point32Health has explored limiting coverage or tracking drug efficiency with patients should it be used. The insurer, which was formed as a merger between Tufts Health Plan and Harvard Pilgrim Health care, serves 2.2 million members across New England, though 1.1 million are in

> government-funded programs like Medicare Advantage where coverage of the drug will depend on Medicare's determination. Biogen has received widespread backlash over both the approval of Aduhelm and its pricing of the treatment."
> **"Point32Health Challenges Aduhelm, Threatens Coverage for 1.1M Members,"** ***Becker's Payer*****, 24 June 2021, accessed at https://www.beckerspayer.com/payer/point32health-challenges-aduhelm-threatens-coverage-for-1-1m-members.html.**

59. Also after the market close, *STAT+* reported that Senators Elizabeth Warren and Bill Cassidy had written a letter to the Senate Finance Committee asking the Committee to "take a deeper look at how Biogen's controversial and pricey new Alzheimer's drug, Aduhelm, will affect the Medicare program."[51] In the letter, Senators Elizabeth Warren and Bill Cassidy reportedly noted that "the size of the patient population eligible for Aduhelm, coupled with its high price, could lead to potentially catastrophic impacts on Medicare." [52]

60. News media reported on the letter sent by Senators Elizabeth Warren and Bill Cassidy.

> "The Senate Finance Committee should convene a hearing to examine the cost of Biogen's Aduhelm drug, Democratic Senator Elizabeth Warren and Republican Senator Bill Cassidy say in letter to bipartisan committee leaders. 'Approval of the new product has dramatic implications for our health care system that stretch well beyond the scope of FDA's jurisdiction,' senators write in a letter to Senate Finance Committee Chairman Ron Wyden and Ranking Republican Mike Crapo • NOTE: Alzheimer's Drug Price Uproar Grows as U.S. Weighs Coverage"
> **"Warren, Cassidy Urge Hearing on Cost of Biogen Alzheimer's Drug," by Brody Ford,** ***Bloomberg*****, 24 June 2021 9:38 AM.**

> "In a letter to Senate Finance chair Ron Wyden (D-OR) and ranking member Mike Crapo (R-ID), subcommittee chair Elizabeth Warren (D-MA) and Bill Cassidy (R-LA) hinted at making policy changes to enable Medicare to more directly connect prescription drug pricing to clinical effectiveness. They raised questions about the 'dramatic implications for our health care system' from the approval, which they said 'stretch well beyond the scope of FDA's jurisdiction.' … Warren and Cassidy also note that FDA approval does not guarantee Medicare coverage, so the program will need to figure out how to cover this new drug. CMS has 'a number of tools to define the scope of coverage' that may end up refining Aduhelm's

---

[51] "Bipartisan Pair of Senators Calls on Congress to Examine Expensive New Alzheimer's Drug," by Nicholas Florko, *STAT+*, 23 June 2021 5:22 PM.

[52] "Bipartisan Pair of Senators Calls on Congress to Examine Expensive New Alzheimer's Drug," by Nicholas Florko, *STAT+*, 23 June 2021 5:22 PM.

'broad label to limit the types of patients or scenarios in which it may be used."
**"Senators Call for Hearing to Examine How Medicare Will Handle Biogen's new Alzheimer's drug," by Zachary Brennan, *Endpoints News*, 24 June 2021 9:57 AM.**

"Sens. Elizabeth Warren (D-Mass.) and Bill Cassidy (R-La.) want the Senate Finance Committee to examine the challenges facing Medicare that were brought about by the Food and Drug Administration's (FDA) decision to approve Biogen's Aduhelm. 'Notably, FDA approval does not guarantee Medicare coverage, and so the program will need to answer an enormous question: should it cover a new and expensive Alzheimer's medication, and if so, how?' the senators wrote in a letter to committee Chairman Ron Wyden (D-Ore.) and the ranking member Sen. Mike Crapo (R-Idaho).
**"Warren, Cassidy Want Hearing on New Alzheimer's Drug Coverage," by Nathaniel Weixel, *The Hill*, 24 June 2021 10:28 AM.**

61. Separately, in another press release, issued after the close of trading that day, Biogen announced that the FDA had granted Breakthrough Therapy designation for another Biogen therapy, lecanemab – an investigational anti-amyloid beta protofibril antibody for the treatment of Alzheimer's disease.[53]

### 10. 24 June 2021: Eli Lilly's Alzheimer's Drug Receives Breakthrough Therapy Designation; Senators' Letter Made Public; and Secretary Becerra Discusses Medicare Coverage of Aduhelm

62. Before the market's open on 24 June 2021, Eli Lilly announced that the FDA had granted Breakthrough Therapy designation for donanemab – Eli Lilly's antibody therapy for Alzheimer's disease.[54] Eli Lilly stated their intention to submit in 2021 a biologics license application for donanemab under the accelerated approval pathway.[55]

---

[53] "Eisai and Biogen Inc. Announce U.S. FDA Grants Breakthrough Therapy Designation for Lecanemab (BAN2401), an Anti-Amyloid Beta Protofibril Antibody for the Treatment of Alzheimer's Disease," *PR Newswire*, Company press release, 23 June 2021 4:06 PM.

[54] "Lilly's Donanemab Receives U.S. FDA's Breakthrough Therapy Designation for Treatment of Alzheimer's Disease," *PR Newswire*, press release, 24 June 2021 6:45 AM.

[55] "Lilly's Donanemab Receives U.S. FDA's Breakthrough Therapy Designation for Treatment of Alzheimer's Disease," *PR Newswire*, press release, 24 June 2021 6:45 AM.

63. That morning, Senator Bill Cassidy published a press release on his website that contained the letter he and Senator Elizabeth Warren had sent to the Finance Committee the prior night.[56] The letter explicitly stated that "FDA approval does not guarantee Medicare coverage":

> "Notably, FDA approval does not guarantee Medicare coverage, and so the program will need to answer an enormous question: should it cover a new and expensive Alzheimer's medication, and if so, how? Medicare coverage is limited to items and services that are considered 'reasonable and necessary' for the diagnosis or treatment of an illness or injury, fit within the scope of a benefit category, and are not otherwise specifically excluded from coverage. The Centers for Medicare and Medicaid Services (CMS) has a number of tools to define the scope of coverage within those bounds in a manner that might – or might not – refine its broad label to limit the types of patients or scenarios in which it may be used. The agency may grapple with questions about whether and how to identify the patients most likely to benefit from the drug and respond to differing opinions in the scientific community regarding its efficacy. CMS may also need to make decisions about coverage for potential ancillary services like amyloid PET scans. CMS might address these issues under its current authorities through the issuance of a national coverage determination, which could authorize coverage without restriction, limit coverage, or delay full coverage pending collection of more evidence. It might also be prudent for Congress to make policy changes to enable Medicare to move towards value-based payment arrangements, which directly connect prescription drug pricing to clinical effectiveness."
>
> **"Cassidy, Warren Call for Hearing on New Alzheimer's Disease Drug Aduhelm," by Senator Bill Cassidy and Elizabeth Warren, press release, 24 June 2021 9:04 AM, accessed at: https://www.cassidy.senate.gov/newsroom/press-releases/cassidy-warren-call-for-hearing-on-new-alzheimers-disease-drug-aduhelm/.**

64. Also on 24 June 2021, Department of Health and Human Services Secretary Xavier Becerra ("Secretary Becerra") participated in a question-and-answer event livestreamed on *YouTube*.[57] During the event, an individual with *STAT+* asked Secretary Becerra whether he was concerned about the cost of Aduhelm to the Medicare program. In response to the

[56] "Cassidy, Warren Call for Hearing on New Alzheimer's Disease Drug Aduhelm," by Senator Bill Cassidy and Elizabeth Warren, press release, 24 June 2021 9:04 AM, accessed at: https://www.cassidy.senate.gov/newsroom/press-releases/cassidy-warren-call-for-hearing-on-new-alzheimers-disease-drug-aduhelm/.

[57] "Building a Healthier America – Secretary Becerra's First 100 Days," by U.S. Department of Health and Human Services, *YouTube*, 24 June 2021 1:57 PM.

question, Secretary Becerra stated, "Whether or not that drug will be covered by Medicare and Medicaid is an outstanding question, something that HHS will have to deal with. … We're going to be making some pretty heady decisions about how it's treated, if it will be reimbursed, how much, and so forth. So stay tuned."[58]

65. News media and Evercore analysts discussed the statements of Secretary Becerra.

> "[@rachelcohrs:] HHS Secretary @XavierBecerra on CMS coverage decision for Biogen's Alzheimer's drug Aduhelm: 'We're going to be making some pretty heady decisions about how it's treated, how or if it will be reimbursed, how much, and so forth, so stay tuned.'"
> **Rachel Cohrs Zhang, Chief Washington Correspondent @statnews, 24 June 2021 2:54 PM, accessed at https://x.com/rachelcohrs/status/1408137273049337865.**

> "[Mike Newshel, Evercore:] Vague but at least confirms CMS will make decision at national level and not rubber stamp it… HHS Secretary on CMS coverage decision for Biogen's Alzheimer's drug Aduhelm: 'We're going to be making some pretty heady decisions about how it's treated, how or if it will be reimbursed, how much, and so forth, so stay tuned.'"
> **"HHS Secretary Says Aduhelm Coverage Still TBD," Evercore internal email, 24 June 2021, [Eve-Bio-00000502].**

66. Analysts had been aware of competition from Eli Lilly in the Alzheimer's space since even before Aduhelm was approved.[59] Nonetheless, following Eli Lilly's announcement, analysts and the news media observed a large stock price increase in Eli Lilly stock and noted the decrease in Biogen's stock price.

> "Regarding the stocks, they are acting as would be expected with Biogen down ~5% as it's now clear that competition is probably coming earlier than expected (the potential for this outcome has also weighed on the stock somewhat recently), with BioArctic (not rated) up another 5-10% and now up ~25% YTD, and Lilly up another 5-10% after a significant move on the Dona opportunity already (up ~40% YTD)."
> **"Alzheimer's Space Heating Up Faster than Expected," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 24 June 2021, p. 1.**

---

[58] "Building a Healthier America – Secretary Becerra's First 100 Days," by U.S. Department of Health and Human Services, *YouTube*, 24 June 2021 1:57 PM.

[59] *See, e.g.*, "BIIB – Aducanumab Doc Poll #3 and (Previous) Buyside Survey," by Cori Kasimov et al., JPMorgan, analyst report, 7 May 2021; and "Why the Aducanumab FDA Decision Might be Positive," by Thomas Shrader and Kaveri Pohlman, BTIG, analyst report, 1 June 2021.

> "LLY's Alzheimer's candidate, donanemab (d-mab) received FDA Breakthrough Therapy designation, with the company expecting to submit regulatory filings by year end. The BLA submission will be via the accelerated pathway based on the Ph.2 TRAILBLAZER-ALZ data. This is a negative surprise for BIIB given the baseline expectation was that the TRAILBLAZER-ALZ2 trial would be needed to support filings."
> **"Competition Hot on Adu's Heels? D-Mab Gets BTD and Will File by YE – Enough Safety Data?" by Colin Bristow et al., UBS, analyst report, 24 June 2021, p. 1.**

### 11. 25 June 2021: U.S. House of Representatives Committees Announce Investigation of the Approval and Pricing of Aduhelm

67. On 25 June 2021, members from the U.S. House of Representatives Committee on Oversight and Reform and Committee on Energy and Commerce issued a press release to announce that their Committees were investigating Aduhelm's steep price and the process by which the FDA approved Aduhelm.[60] The Committees sought to understand why Aduhelm was approved, how Biogen set its price, and what impact the approval would have on federal health care programs.[61]

> "'Our Committees will be investigating this matter so Congress and the American people can better understand why this drug was approved, how Biogen set its price and what impact this will have on research for future Alzheimer's treatments and federal health care programs.'"
> **"Chairs Maloney and Pallone Announce Investigation of Biogen's Alzheimer's Drug Aduhelm,"** ***Committee on Oversight and Accountability*****, 25 June 2021, accessed at: https://oversightdemocrats.house.gov/news/press-releases/chairs-maloney-and-pallone-announce-investigation-of-biogen-s-alzheimer-s-drug.**

68. Guggenheim analysts related Biogen's representation that Medicare is obligated to cover Aduhelm.

---

[60] "Chairs Maloney and Pallone Announce Investigation of Biogen's Alzheimer's Drug Aduhelm," *Committee on Oversight and Accountability*, 25 June 2021, accessed at: https://oversightdemocrats.house.gov/news/press-releases/chairs-maloney-and-pallone-announce-investigation-of-biogen-s-alzheimer-s-drug.

[61] "Chairs Maloney and Pallone Announce Investigation of Biogen's Alzheimer's Drug Aduhelm," *Committee on Oversight and Accountability*, 25 June 2021, accessed at: https://oversightdemocrats.house.gov/news/press-releases/chairs-maloney-and-pallone-announce-investigation-of-biogen-s-alzheimer-s-drug.

> "[D]espite what our payer expert communicated to us (see HERE), BIIB is confident that regional fee for service Medicare contractors (MACs), which cover ~65% of all Medicare patients, are obligated to cover the drug now that it's been approved (physicians have a way to bill under a miscellaneous code and MACs are legally bound to cover what is 'reasonable and necessary,' which means eligible patients are already starting on the therapy)"
> **"BIIB - We Briefly Caught Up with Mgmt; Adu's Life Cycle Mgmt Is in the Works, A SubQ Formulation Is in the Clinic; New Patients Are Starting on Adu," by Yatin Suneja and Eddie Hickman, Guggenheim, analyst report, 25 June 2021, p. 1.**

### 12. <u>28 June 2021: *The Wall Street Journal* Recognizes Aduhelm Will Be Covered by Medicare and Notes That CMS May Limit Medicare Coverage for Aduhelm</u>

69. On 28 June 2021, *The Wall Street Journal* reported on the controversy and uncertainty about Aduhelm's coverage by Medicare.[62] The article stated that Medicare typically pays for treatments like Aduhelm if they are prescribed by doctors in accordance with an FDA approved indication.

> "Paying for the treatment will largely fall on Medicare, which provides health insurance to people 65 years and older and covers most of the six million Americans with Alzheimer's.
>
> Medicare, through its Part B benefit, typically pays for all infused drugs like Aduhelm administered by doctors who use it as prescribed by the terms of FDA's approval."
> **"Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," by Joseph Walker and Thomas Burton, *The Wall Street Journal*, 28 June 2021 5:30 AM.**

70. *The Wall Street Journal* article discussed what *KFF* and other media outlets had reported earlier: "Medicare normally pays unconditionally for approved medicines. To limit the financial hit from Aduhelm, however, Medicare could restrict access … ."[63] About the known options available to CMS to restrict coverage for an approved medicine, *The Wall Street Journal* wrote:

---

[62] "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," by Joseph Walker and Thomas Burton, *The Wall Street Journal*, 28 June 2021 5:30 AM.

[63] "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," by Joseph Walker and Thomas Burton, *The Wall Street Journal*, 28 June 2021 5:30 AM.

"The Centers for Medicare and Medicaid Services, which oversees Medicare, has a number of options for limiting a drug's use, though it doesn't often use them.

'Medicare has the ability to not cover this drug,' said Peter Bach, director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center who chairs an external committee advising Medicare on payment decisions.

Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach, who supports taking action.

CMS has rarely made such a move for a drug before, though it has for other medical products.

Denial of coverage would likely cause an uproar from patients.

A more likely option is that CMS standardizes the criteria through what it calls a national coverage determination, for which it will pay for Aduhelm across the program's nearly 59 million enrollees, said Anand Shah, a former senior official with Medicare and the FDA who is now a senior adviser to Morgan Stanley.

Aduhelm's cost and the 'absence of consensus among clinicians may tilt the agency towards limiting access only to certain patients,' said Dr. Shah.

Private health insurers that administer the Part B benefit also could place restrictions on Aduhelm's use, which could mean who gets access would vary by region or insurer.

Medicare may insist that patients getting Aduhelm become part of a CMS-ordered study that would seek to evaluate which patients it benefits or harms in the real world, and what the electronic and other evidence is, former agency officials said."
**"Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," by Joseph Walker and Thomas Burton, *The Wall Street Journal*, 28 June 2021 5:30 AM.**

### 13. 29 June 2021: *The Wall Street Journal* Reports That Aduhelm Is "A Likely Blockbuster"

71. On 29 June 2021, *The Wall Street Journal* published an article titled, "Despite Pressure, Biogen's Alzheimer's Drug Still a Likely Blockbuster."[64] The article noted that despite competition and questions about coverage, because of the need for Alzheimer's treatments and the size of the potential patient population, Aduhelm was still likely to be a blockbuster.

> "There are good reasons for skepticism. While Medicare typically pays for all approved drugs, a Biden administration official said that the government 'can't afford to treat this as business as usual.' And the price of Aduhelm is merely one line item in a list of necessary expenses for patients receiving it. Others are brain-imaging tests, infusion costs and a parade of doctor visits to assess disease progression.
>
> What is more, Biogen could face competition sooner than Wall Street had expected. Rival drugmaker Eli Lilly said last week it plans to file for regulatory approval for its own Alzheimer's treatment; that drug could conceivably reach the market as soon as the end of next year. Lilly's donanemab is similar to Aduhelm but potentially more effective.
>
> But the reality is that Alzheimer's is quite possibly the largest unmet medical need in the U.S. As such, there is significant demand among patients, caregivers and even physicians for a drug that has even a small chance of slowing the disease's progression. The imprimatur of the FDA will carry weight with many doctors regardless of any controversy.
>
> Medicare administrators may limit access to certain patients in earlier stages of the disease, but Biogen, and eventually competitors like Lilly, won't have much trouble finding takers. Besides, the rollout for central-nervous-system drugs is usually slow, even for those that are eventual blockbusters. The lengthy patient onboarding process means that Aduhelm won't be an exception, even if Medicare doesn't limit access. Analysts at Truist Securities expect annual sales of Aduhelm to reach about $12 billion at their peak. That won't be until 2031, though."
> **"Despite Pressure, Biogen's Alzheimer's Drug Still a Likely Blockbuster," by Charley Grant, *The Wall Street Journal*, 29 June 2021 7:00 AM.**

---

[64] "Despite Pressure, Biogen's Alzheimer's Drug Still a Likely Blockbuster," by Charley Grant, *The Wall Street Journal*, 29 June 2021 7:00 AM.

### 14. 8 July 2021: FDA Issues Updated Label for Aduhelm

72. On 8 July 2021, Biogen announced that the FDA had approved the Company's request to add language to Aduhelm's label.[65] Following controversies over the approval of the drug and payer coverage for the entire population of Alzheimer's patients, the Company had requested a label modification to "clarify the patient population that was studied across the three ADUHELM clinical trials that supported approval."[66] The revised label specified that "Treatment with ADUHELM should be initiated in patients with mild cognitive impairment or mild dementia stage of disease, the population in which treatment was initiated in clinical trials. There are no safety or effectiveness data on initiating treatment at earlier or later stages of the disease than were studied."[67]

73. Following the announcement, several analysts issued reports stating that the updated label provided no basis for materially altering their valuation models, because the narrowed indication was consistent with both the population that analysts had used in their models previously and the population in which Aduhelm was evaluated.[68]

74. With respect to expectations for payer coverage, UBS wrote, "We continue to expect Medicare to initiate a national coverage determination (NCD) process which, the outcome (likely in next 3-6 months) of which we expect coverage to be restricted to the MCI/mild AD population – now aligned with the label."[69] SVB Leerink stated, "The new label should help narrow the patient population that seeks treatment and make it somewhat easier for

---

[65] "FDA Approves Updated ADUHELM™ Prescribing Information to Emphasize Population Studied in Clinical Trials," *GlobeNewswire*, 8 July 2021 7:30 AM.

[66] "FDA Approves Updated ADUHELM™ Prescribing Information to Emphasize Population Studied in Clinical Trials," *GlobeNewswire*, 8 July 2021 7:30 AM.

[67] "FDA Approves Updated ADUHELM™ Prescribing Information to Emphasize Population Studied in Clinical Trials," *GlobeNewswire*, 8 July 2021 7:30 AM.

[68] *See*, *e.g.*, "Aduhelm Label Update: Narrowed to MCI/Mild AD – the Population We/Street Model Into," by Colin Bristow et al., UBS, analyst report, 8 July 2021; "Quick Takeaways from Narrowed Aduhelm Label," by Carter Gould et al., Barclays, analyst report, 8 July 2021; "New Aduhelm Label Shouldn't Impact Sales," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 8 July 2021; "Aduhelm Label Guides Right Pts for Drug; Street Still Needs Clarity Over Time," by Michael Yee et al., Jefferies, analyst report, 8 July 2021; "Aduhelm Prescribing Information Updated to Emphasize Mild Patients," by Phil Nadeau and Ernesto Rodriquez-Dumont, Cowen, analyst report, 8 July 2021; and "Thoughts on Aduhelm Label Update," by Terence Flynn et al., Goldman Sachs, analyst report, 8 July 2021.

[69] "Aduhelm Label Update: Narrowed to MCI/Mild AD – the Population We/Street Model Into," by Colin Bristow et al., UBS, analyst report, 8 July 2021, p. 1.

physicians to 'say no' to many patients that shouldn't be candidates for usage in the first place. And the new label should help the payers for the same reason."[70] SVB Leerink also noted their expectation that the ultimate reimbursement decision made by payers "was already (appropriately) going to limit the patient population."[71] Jefferies explained that leading into Biogen's Q2 earnings announcement on 22 July 2021, "Investors will be focused more on clarity on the reimbursement progress and whether docs are getting paid (could still be early to determine this), as well as early patient and launch metrics."[72] Cowen stated, "We suspect that Biogen has requested the update in an attempt to defuse some of the backlash that it has received over Aduhelm's price and potential impact on Medicare's budget."[73]

75. Analysts also proclaimed that the Aduhelm label announcement was positive news. For example:

> "We see today's move as a small positive in terms of BIIB making efforts to meet payors in the middle. However, we expect a more meaningful re-rating in the stock to be gated by solid launch execution data and/or reimbursement clarity."
> **"Aduhelm Label Update: Narrowed to MCI/Mild AD – the Population We/Street Model Into," by Colin Bristow et al., UBS, analyst report, 8 July 2021, p. 1.**

> "While the headline might seem neg to narrow a 'hugely broad label,' this is a positive step that reflects engagement w/ docs and stakeholders and aids comfort in prescribing and reimbursement. We think BIIB stock can 'climb the wall of worry' over time after noise settles and launch progresses."
> **"Aduhelm Label Guides Right Pts for Drug; Street Still Needs Clarity Over Time," by Michael Yee et al., Jefferies, analyst report, 8 July 2021, p. 1.**

[70] "New Aduhelm Label Shouldn't Impact Sales," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 8 July 2021, p. 1.

[71] "New Aduhelm Label Shouldn't Impact Sales," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 8 July 2021, p. 1.

[72] "Aduhelm Label Guides Right Pts for Drug; Street Still Needs Clarity Over Time," by Michael Yee et al., Jefferies, analyst report, 8 July 2021, p. 1.

[73] "Aduhelm Prescribing Information Updated to Emphasize Mild Patients," by Phil Nadeau and Ernesto Rodriquez-Dumont, Cowen, analyst report, 8 July 2021, p. 1.

### 15. 9 July 2021: FDA Commissioner Janet Woodcock Requests Independent Review of Aduhelm Approval Process

76. During trading hours on 9 July 2021, FDA Acting Commissioner Janet Woodcock ("Commissioner Woodcock") tweeted that she had asked the Office of Inspector General for the U.S. Department of Health and Services to conduct an independent review of the process by which Aduhelm was approved.[74] The tweet specifically asked the Office of Inspector General to assess the interactions between representatives of the FDA and Biogen during the Aduhelm approval process and to determine whether those interactions were inconsistent with FDA policies and procedures.[75]

### 16. 12 July 2021: Some Blue Cross Blue Shield Plans Will Not Cover Aduhelm; CMS Announces NCD Process

77. During trading hours on 12 July 2021, *Formulary Watch* published an article tallying the Blue Cross Blue Shield plans that had said "no" to covering Aduhelm.[76] The plans included: Blue Cross Blue Shield North Carolina, Independent Blue Cross (Pennsylvania), Blue Cross Blue Shield Michigan, Blue Cross Blue Shield Western New York, and Blue Cross Blue Shield of Kansas.[77] These five plans indicated that Aduhelm was considered "investigational" on account of insufficient evidence of clinical benefit, so Aduhelm would not be covered.[78]

---

[74] "Given the ongoing interest and questions, today I requested that @OIGatHHS conduct an independent review and assessment of interactions between representatives of Biogen and FDA during the process that led to the approval of Aduhelm," by Dr. Janet Woodcock, *Twitter*, 9 July 2021 12:49 PM, accessed at: https://x.com/DrWoodcockFDA /status/1413540801934774283.

[75] "Given the ongoing interest and questions, today I requested that @OIGatHHS conduct an independent review and assessment of interactions between representatives of Biogen and FDA during the process that led to the approval of Aduhelm," by Dr. Janet Woodcock, *Twitter*, 9 July 2021 12:49 PM, accessed at: https://x.com/DrWoodcockFDA /status/1413540801934774283.

[76] "Some Blues Plans Won't Cover New Alzheimer's Therapy Aduhelm," by Denise Myshko, *Formulary Watch – Managed Healthcare Executive*, 12 July 2021 12:42 PM, accessed at: https://www.managedhealthcareexecutive .com/view/some-blues-plans-won-t-cover-new-alzheimer-s-therapy-aduhelm.

[77] "Some Blues Plans Won't Cover New Alzheimer's Therapy Aduhelm," by Denise Myshko, *Formulary Watch – Managed Healthcare Executive*, 12 July 2021 12:42 PM, accessed at: https://www.managedhealthcareexecutive .com/view/some-blues-plans-won-t-cover-new-alzheimer-s-therapy-aduhelm.

[78] "Some Blues Plans Won't Cover New Alzheimer's Therapy Aduhelm," by Denise Myshko, *Formulary Watch – Managed Healthcare Executive*, 12 July 2021 12:42 PM, accessed at: https://www.managedhealthcareexecutive .com/view/some-blues-plans-won-t-cover-new-alzheimer-s-therapy-aduhelm.

78. After the close of trading on 12 July 2021, CMS announced that it would start an NCD analysis for monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease (e.g., Aduhelm).[79] CMS explained that it would assess the clinical evidence and consider stakeholder commentary to determine a national Medicare coverage policy. A proposed coverage decision was expected within six months, and a final coverage decision within nine months, which coverage could range from full Medicare coverage, coverage with evidence development, non-coverage, or deference to the MACs.[80] While CMS undertook the NCD analysis, Aduhelm coverage determinations would be made by local MACs who represent 12 jurisdictions across the U.S.[81]

79. After the close of trading, members from the U.S. House of Representatives Committee on Oversight and Reform and Committee on Energy and Commerce sent a letter to CEO Vounatsos demanding documents about the approval process, marketing, and pricing of Aduhelm.[82]

80. Analysts focused on the announced NCD, noting that the NCD was expected and was a positive development.

---

[79] "CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease," *Centers for Medicare & Medicaid Services*, 12 July 2021, accessed at: https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease; and "HC Policy – CMS Announces National Coverage Decision Process for Aduhelm," by Michael Newshel, Evercore, email, 12 July 2021, [Eve-Bio-00000454-55, at 54].

[80] "CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease," *Centers for Medicare & Medicaid Services*, 12 July 2021, accessed at: https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease.

[81] "CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease," *Centers for Medicare & Medicaid Services*, 12 July 2021, accessed at: https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease.

[82] "*Biogen Asked to Provide Aduhelm Documents to U.S. House Panels," *Bloomberg News*, 12 July 2021 5:00 PM; and "U.S. House of Representatives Committee on Oversight and Government Reform - July 12, 2021: Letter to Mr. Michel Vounatsos, Chief Executive Officer of Biogen Inc.," *PUBT*, 12 July 2021 6:09 PM.

> "CMS formally announced an NCD review of Aduhelm, with a 6-9m review for reimbursement decisions. This was mostly expected and positive in our view as it's already underway so clarity can emerge sooner. We think CMS will ultimately reimburse for the appropriate mild AD population (like the new label), allowing the drug to move forward with greater uptake and progress and BIIB's stock to move higher as these pieces come together and overhangs are removed."
> **"CMS Review – Another Overhang to be Resolved; Climbing Wall of Worry," by Michael Yee et al., Jefferies, analyst report, 12 July 2021, p. 1.**

> "CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer's Association. … In our view, this is a good thing for BIIB. A lot of investors have been concerned about opportunity in AD despite approval and we believe that the opening of the NCD is an important step towards reimbursement for Aduhelm."
> **"NCD Analysis Begins – Start of Relief for BIIB, in Our View," by Robyn Karnauskas et al., Truist, analyst report, 12 July 2021, p. 1.**

> "Nonetheless, there was some debate on whether an NCD will get triggered in this case, and we view today's news as positive from sentiment perspective. … Our KOL expected this process to be triggered in 6-18 months to formalize the requirements for reimbursement across all MAC (regional Medicare) and Medicare Advantage (MA) plans, so today's news is a welcome advancement. The goal of this process is to measure the real world evidence to determine if the drug in question is worth paying for. Net-net, while this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for BIIB as the majority of potential Adu users are covered by Medicare."
> **"BIIB – CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates," by Yatin Suneja and Eddie Hickman, Guggenheim, analyst report, 12 July 2021, p. 1.**

### 17. <u>13 July 2021: Market Participants Anticipate That Coverage with Evidence Development Is a Likely Outcome of the NCD</u>

81. Prior to the start of trading on 13 July 2021, an analyst with *Bloomberg Intelligence* issued a research report stating that, as expected, CMS had initiated an NCD.[83] The analyst also wrote that coverage with evidence development ("CED") was the likely outcome,

[83] "CMS Quick to Begin Formal Review of Biogen's Aduhelm," by Duane Wright, *Bloomberg Intelligence*, 13 July 2021 7:56 AM.

"possibly narrowing eligibility until completion of additional studies."[84] A CED outcome would mean that Medicare would pay for Aduhelm treatment for participants in a CMS-approved clinical trial, study, or registry. The analyst further noted that a non-coverage decision by CMS was "extremely unlikely" because CMS usually covers drugs approved by the FDA.[85]

> "Coverage with Evidence Development is a likely outcome, which will limit initial eligibility for the drug while allowing for further review of its effectiveness in the Medicare population. CED will enable CMS to respond to likely stakeholder pressure to provide uniform, national coverage, but limit Medicare coverage for those participating in a CMS-approved clinical trial, study or registry, aimed at collecting more real-world data to guide broader coverage-approval decisions. Given Aduhelm's label, which is broad and authorized for people in the early stages of disease and more advanced Alzheimer's, CED could limit Aduhelm's availability based on trial site and eligible population."
> **"CMS Quick to Begin Formal Review of Biogen's Aduhelm," by Duane Wright, *Bloomberg Intelligence*, 13 July 2021 7:56 AM.**

82. Other market commentators similarly stated that they too expected the NCD to result in a CED, and that coverage limitation was likely, but complete non-coverage was highly unlikely.

> "An NCD process has been our baseline expectation, supported by payor/DC experts we have spoken with. Per CMS' posted timelines (NCD tracking sheet), a proposed decision is expected by Jan 12, 2022 (in-line with our prior 3-6 mo. est), with the final analysis by Apr 12, 2022. Prior to this, Aduhelm Medicare coverage determinations will be made at the local level by the MACs (Medicare Administrative Contractors). Our payor/DC KOL diligence suggests denial of coverage is highly unlikely, with 'coverage with appropriateness' seeming like the most likely outcome for Aduhelm. This could restrict coverage of Aduhelm to patients with proof of amyloid (via PET or CSF) - our prior assumption of narrowing of the population to MCI/mild AD patients is no longer necessary following last week's FDA label update (link). KOL feedback also suggests an NCD process could pressure BIIB's pricing via a federal investigation into how

[84] "CMS Quick to Begin Formal Review of Biogen's Aduhelm," by Duane Wright, *Bloomberg Intelligence*, 13 July 2021 7:56 AM.

[85] "CMS Quick to Begin Formal Review of Biogen's Aduhelm," by Duane Wright, *Bloomberg Intelligence*, 13 July 2021 7:56 AM.

price was set. Overall this update is in line with our expectations and now sets a timeline for establishing reimbursement."
**"Now we Have a Timeline - CMS Initiates NCD Process for Aduhelm," by Colin Bristow et al., UBS, analyst report, 13 July 2021, p. 1.**

"**Key Message:** Today, we hosted a follow-up conversation with our payer expert to understand the implications of the national coverage determination (NCD) that was recently triggered by the CMS with regard to BIIB's Aduhelm. The key highlights were: **(1)** while our KOL is unclear what triggered the NCD, it came much earlier than we (and the Street) had expected, **(2)** our expert thinks that this NCD is a bit 'unusual' as it is not for a particular drug (Aduhelm in this case) but for the entire beta-amyloid class, **(3)** in **one scenario (which our expert thinks is less likely)**, the final April 2022 decision by the CMS could establish a blank coverage template for all amyloid-targeting antibodies, with no additional clinical study required for Aduhelm, **(4)** in a second, **more likely scenario**, the public comment period could lead to CMS running a real world study (coverage with evidence development, CED, could take ~2 years to conclude) to determine the efficacy of Aduhelm; according to our expert, Adu will just need to show 'some efficacy in some patients' to support a positive final NCD decision - **the bar is low**. Net-net, we believe BIIB can benefit in either scenario. **In our view, Scenario 2 (a CED study) would be the best case scenario for BIIB (as 100% of the cost is covered by CMS, including co-insurance, which could lead to thousands of patients getting access to Aduhelm), given the exclusion of competition (other amyloid antibodies may not be included in CED; CED is drug specific) and the potential to generate amyloid hypothesis-bolstering data**. We continue to have a favorable view on the evolving reimbursement landscape and expect the Aduhelm launch to take off in 2022 when these coverage decisions have been finalized. **We also believe the negative sentiment on BIIB has bottomed and expect the stock to perform well from here onwards**."
**"BIIB – Highlights from Our Payer Call: Expert KOL Outlined Two Possible NCD Scenarios for Adu; Either Way, BIIB Benefits," by Yatin Suneja et al., Guggenheim, analyst report, 13 July 2021, p. 1 (emphasis in original).**

"Medicare will likely agree to cover Biogen Inc.'s expensive new Alzheimer's drug Aduhelm in certain circumstances if patients agree to enroll in studies to bolster evidence of its effectiveness. Health analysts said the administration's decision to open a national coverage assessment of Aduhelm and other Alzheimer's drugs targeting brain plaques linked to the disease is a way to ensure the drug is only going to those who could benefit from it. 'It's highly unlikely that Medicare would issue a non-coverage decision here,' Sean Dickson, director of health policy at the West Health Policy Center, said in an email. Limiting coverage while gathering more evidence about the drug would also 'significantly reduce the risk of a legal

> challenge' against the Department of Health and Human Services, which would most likely be sued if Medicare decided not to cover the drug at all, Dickson said."
> **"Biogen Drug Scrutiny Seen Adding Conditions to Medicare Coverage," by Jacquie Lee and Tony Pugh, *Bloomberg Law*, 13 July 2021 3:18 PM.**

83. Following a discussion with its "Key Opinion Leader" or "KOL," Guggenheim wrote about the role that regional MACs play during the NCD process. Guggenheim explained that until CMS completed the NCD process (expected 12 April 2022), the MACs have discretion on how to cover Aduhelm, which would lead to regional variations in coverage. The goal of the NCD is to establish a national coverage protocol that all MACs are required to follow, thereby eliminating the variability in the local MAC coverage determinations.

> "**What role do the regional MACs play during this NCD process?** Recall that in the absence of an NCD, regional Medicare contractors (MACs) make local coverage determinations (LCDs) on whether and how to cover approved drugs. According to our KOL, in many cases, inconsistencies and discrepancies in these LCDs is what can trigger an NCD to ensure everyone is on the same page, but, based on the timing of this news, this is unlikely to be the case. Nonetheless, we spoke to our expert about how these local decisions will now play out:
>
> - **What happens while the MACs wait for an NCD to play out?** According to our KOL, these decisions are generally based on precedence, and until April 2022 the local MACs will likely have discretion on how to cover Aduhelm, which usually leads to variability. He noted that we may see more formalized local protocols in the next few months, like provisional coverage requirements.

- **If CED trial begins (Scenario 2 above), LCDs are suspended temporarily.** If a CED trial is initiated, local coverage determinations are suspended and all patients will fall under the same NCD umbrella, which would eliminate these regional variations as any patient can enroll in the study to confirm efficacy (but not all will). Our expert noted that this trial is likely to have a restrictive patient inclusion criteria but will cover testing and drug for a significant number of Aduhelm-eligible patients. If there is a binding positive recommendation as part of the NCD (after the CED study), then local MACs must oblige by this decision. The primary goal of an NCD is to tame the 'wild west' in terms of LCD variation. It is still up to local authorities to make up their own coverage protocols, but our KOL does not think plans will have 100% or 0% coverage, and until there is national guidance, plans will likely cover some, but not all, patients."

**"BIIB – Highlights from Our Payer Call: Expert KOL Outlined Two Possible NCD Scenarios for Adu; Either Way, BIIB Benefits," by Yatin Suneja et al., Guggenheim, analyst report, 13 July 2021, pp. 2-3 (emphasis in original).**

84. On 13 July 2021, Mizuho hosted its annual Therapeutics Expert Seminar. The analyst reported that one of their experts who was affiliated with the Cleveland Clinic, highlighted that the Cleveland Clinic's "Pharmacy & Therapeutics (P&T) Committee recently refused to put the drug on its formulary."[86]

### 18. 14 July 2021: Cleveland Clinic and Mount Sinai Will Not Administer Aduhelm to Patients

85. After the close of trading on 14 July 2021, *The New York Times* reported that the Cleveland Clinic and Mount Sinai's health systems would not use Aduhelm.[87]

86. The Cleveland Clinic reportedly stated, "'Based on the current data regarding its safety and efficacy, we have decided not to carry aducanumab at this time.'"[88] As for Mount Sinai's Health System, "'Aduhelm will not be considered for infusion into patients on any of its campuses until and unless' an investigation by the inspector general of the Department of

---

[86] "Alzheimer's Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab," by Vamil Divan et al., Mizuho, analyst report, 13 July 2021 [BIOGEN_OKFPRS-00881379-86 at 79].

[87] "Cleveland Clinic and Mount Sinai Won't Administer Aduhelm to Patients," by Pam Belluck, *The New York Times*, 14 July 2021 10:54 PM.

[88] "Cleveland Clinic and Mount Sinai Won't Administer Aduhelm to Patients," by Pam Belluck, *The New York Times*, 14 July 2021 10:54 PM.

Health and Human Services, 'affirms the integrity of the F.D.A.-Biogen relationship and goes on to reaffirm' the F.D.A.'s basis for approving the drug."[89]

### 19. 15 July 2021: UnitedHealth Announces It will Not Cover Aduhelm Pending a CMS Ruling

87. In the morning of 15 July 2021, UnitedHealth announced during its Q2 2021 earnings announcement conference call that they were holding off on approving coverage for Aduhelm. UnitedHealth is "the largest private insurer offering Medicare Advantage coverage to seniors."[90] UnitedHealth stated that they needed more information, and they were looking for a coverage ruling from CMS in order to inform its own coverage decision.[91]

88. *Bloomberg News* reported, "The U.S. Medicare program is evaluating how it will cover Aduhelm. Commercial success for Biogen hinges on whether doctors will prescribe it and insurers and government programs will reimburse for it."[92] *Bloomberg News* noted that Biogen common stock was down 5% as of 10:26 AM that day, while UnitedHealth shares were down 0.4%.[93]

89. Analysts wrote about UnitedHealth's decision, noting that until CMS had completed the NCD, the extent of payer coverage for Aduhelm was uncertain.

---

89 "Cleveland Clinic and Mount Sinai Won't Administer Aduhelm to Patients," by Pam Belluck, *The New York Times*, 14 July 2021 10:54 PM.

90 "Biogen Alzheimer's Drug Hits Roadblocks with Some Hospitals, Insurers," *Reuters News*, 15 July 2021 2:27 PM.

91 "Q2 2021 UnitedHealth Group Inc Earnings Call," *Refinitiv*, conference call, 15 July 2021 8:45 AM, p. 10.

92 "UnitedHealth Still Developing Policy on Biogen Alzheimer's Drug," by John Tozzi, *Bloomberg News,* 15 July 2021 10:33 AM.

93 "UnitedHealth Still Developing Policy on Biogen Alzheimer's Drug," by John Tozzi, *Bloomberg News,* 15 July 2021 10:33 AM.

"Private payor pushback continues, MACs unlikely to cover until NCD. Following our prior notes regarding several private payors rejecting coverage of Aduhelm including BCBS (Blue Cross Blue Shield) in multiple states, UNH (UnitedHealth) stated it is waiting guidance from CMS to decide on its own coverage policy for Aduhelm, the implication being potentially no coverage until the NCD is determined."
**"Another Bad Week for BIIB/Aduhelm Sentiment – A Lot of Negative Expectation Priced in Here," by Colin Bristow et al., UBS, analyst report, 16 July 2021, pp. 1-2.**

"**Key Message:** Today, on their 2Q21 earnings call, UNH mgmt noted that as they develop clinical policy as well their ultimate position on Aduhelm coverage, the company is: **(1)** 'looking forward to getting the guidance from Medicare,' **(2)** looking at the clinical evidence that comes from the ongoing clinical trials,' and **(3)** most importantly, relying on expert advice from professional organizations and physicians in the space. **Per UNH mgmt., the 'bottom line is that this [policy decision on Aduhelm] has some way to go' and mgmt. is NOT guiding for a very rapid decision-making process on reimbursement. Mgmt emphasized that they need to 'really understand' where CMS stands on all this and 'still a lot of information is needed before making really clear decision.'** This is more or less in-line with our thinking as we believed commercial payers would ultimately follow the guidance/coverage policies established by various Medicare plans. We also note that we expect to get a lot more clarity by April 2022 on the national coverage determination (NCD) process (which is good for all amyloid-targeting drugs) that was recently triggered by the CMS."
**"BIIB – Readthrough from UnitedHealth Earnings Call: UNH Mgmt Is NOT Guiding for a Very Rapid Decision on Aduhelm Reimbursement," by Yatin Suneja et al., Guggenheim, analyst report, 15 July 2021, p. 1 (emphasis in original).**

"On their 2Q earnings call, the CMO of UnitedHealth Group (UNH, Buy, MacDonald) noted that they are developing policy for Aduhelm coverage and await guidance from Medicare. … This is in line with our expectations and our KOL take, indicating that commercial plans are not likely to reimburse until NCD is made by CMS. According to our KOL, the near-term coverage decisions are expected from regional MACs (link to CMS list of MACs HERE). These could potentially be more restrictive, but can make early decisions for coverage ahead of CMS's NCD."
**"Commercial Plans Not Likely to Reimburse Until NCD – Near-Term Focus on MACs," by Robyn Karnauskas et al., Truist, analyst report, 15 July 2021, p. 1.**

### 20. 15 July 2021 After the Close: CTAF Forum Indicates Limited Aduhelm Use Until NCD Completion

90. California Technology Assessment Forum ("CTAF"), an independent appraisal committee of medical experts, held a meeting on 15 July 2021 to review the Evidence Report released by the Institute for Clinical and Economic Review ("ICER"). The Evidence Report assessed the efficacy and value of Aduhelm for treating Alzheimer's disease. After the close of trading that day, a CTAF panelist, Mark McClellan, who is a former FDA Commissioner and CMS Administrator, stated that "access [to Aduhelm] is going to be pretty limited, at least until" the NCD has been issued.[94] Mark McClellan stated also that the MACs had not "gotten any guidance from central CMS yet" about the coverage for Aduhelm, so the MACs were "'saying no'" to covering Aduhelm.[95] Mark McClellan stated that while the NCD was pending Aduhelm was "not going to see very big numbers in the near term."[96]

91. After the close of trading on 15 July 2021, *Pharmalot* reported that a panel at the ICER unanimously voted "no" to the question: "Is the available evidence adequate to demonstrate that the net health benefit of aducanumab plus supportive care is superior to that provided by supportive care alone?"[97]

---

[94] "CTAF Meeting on Alzheimer's Disease: Policy Roundtable," *Institute for Clinical and Economic Review*, 15 July 2021 4:45 PM, at 1:29:21, accessed at: https://www.youtube.com/watch?v=x-Wou1wiCHQ.

[95] "CTAF Meeting on Alzheimer's Disease: Policy Roundtable," *Institute for Clinical and Economic Review*, 15 July 2021 4:45 PM, at 1:35:40, accessed at: https://www.youtube.com/watch?v=x-Wou1wiCHQ.

[96] "CTAF Meeting on Alzheimer's Disease: Policy Roundtable," *Institute for Clinical and Economic Review*, 15 July 2021 4:45 PM, at 1:36:00, accessed at: https://www.youtube.com/watch?v=x-Wou1wiCHQ.

[97] "ICER Panel Vote on Biogen Alzheimer Drug," by Pharmalot, *Twitter*, 15 July 2021 4:05 PM, accessed at: https://x.com/pharmalot/status/1415764496853962758.

### 21. 22 July 2021: Biogen Q2 2021 Earnings Announcement and Conference Call with Investors

92. Prior to the start of trading on 22 July 2021, Biogen reported Q2 2021 results and held a conference call with investors. The Company reported quarterly Aduhelm revenue of $1.6 million and noted that its full year 2021 revenue guidance continued to assume modest Aduhelm revenue in 2021.[98]

93. During the conference call, CEO Vounatsos stated, allegedly misleadingly, that regional MACs and Medicare Advantage plans would cover Aduhelm while the NCD analysis was underway.[99]

> "[CEO Vounatsos:] In terms of reimbursement, it is still the early days, and I'm pleased to say that we have seen the first examples of Medicare Advantage plans approving pre-authorization. We welcome the recent opening of a national coverage determination analysis by CMS for monoclonal antibodies targeting amyloid beta, including ADUHELM. We believe this process will provide additional clarity on coverage for Medicare beneficiaries and drive consistency of access across the country.
>
> ***We expect that regional Medicare administrative contractors and Medicare Advantage plans will provide coverage of our ADUHELM while the NCD analysis is underway.*** We believe that CMS's swift decision to initiate the NCD analysis is a testament to the large unmet need in Alzheimer's disease and the urgency to clarify access for patients."
> **"Q2 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 22 July 2021 8:00 AM, p. 4 (emphasis added).**

94. During the conference call, an analyst at Jefferies asked about dosing site readiness and the reimbursement status for Aduhelm. CEO Vounatsos and President Alaimo responded, stating that the Aduhelm launch was progressing slower than originally anticipated but MACs and Medicare Advantage plans would provide coverage for Aduhelm while the NCD was underway. Lead Plaintiff alleges that the statement about MACs and Medicare Advantage plans providing coverage during the NCD process was false.

---

[98] "Biogen Reports Second Quarter 2021 Results," Company press release, 22 July 2021, pp. 4 and 13, accessed at: https://investors.biogen.com/news-releases/news-release-details/biogen-reports-second-quarter-2021-results; and "Biogen Beats on Earnings, Says It's Also Brought In $2 Million in Sales of Alzheimer's Drug – MarketWatch," by Jaimy Lee, *Dow Jones Institutional News*, 22 July 2021 7:54 AM.

[99] "Q2 2021 Biogen Inc Earnings Call," *Refinitiv*, conference call, 22 July 2021 8:00 AM.

> "[Michael Yee, Jefferies Analyst:] We had a question on early launch dynamics for ADUHELM. Maybe you can comment about the 325 sites. How those are going? Are they ready to dose patients? But more importantly, reimbursement, access. And specifically, whether there's anything you can do with CMS to strike a deal or anything like that. Because I think those are the 2 bottlenecks or dynamics that people are going to get through.
>
> …
>
> [CEO Vounatsos:] The background noise and the controversy are unfortunate and not helpful, mostly for the patients. And they are confusing. Nevertheless, the team is making a lot of progress, and I'm very proud about their hard work. Overall, it's a bit slower than what we assumed, but we are making tremendous progress with some positives and some headwinds.
>
> …
>
> [President Alaimo:] Sites are also trying to gain clarity, as you said, on the reimbursement pathway. The decision by CMS to open an NCD analysis will help provide additional clarity to sites and health care providers. Now while this analysis is underway, coverage decisions will be made by regional Medicare administrative contractors, as you know as the MACs, and the Medicare Advantage Plans. ***Based on precedent, we expect the MACs and Medicare Advantage Plans will provide coverage for ADUHELM.*** Now while NCD for drugs are rare, and the only recent example of a drug NCD analysis, which was CAR-T, both MACs and Medicare Advantage Plans continued to cover these – this product during the NCA process. We can also confirm that some Medicare Advantage Plans have already approved prior authorizations for ADUHELM. For the MACs, due to the miscellaneous coding, it does take them a little bit of time to process the claims, but we are also aware that MACs have received claims already. So during the NCD analysis, we're actively working with sites to support patient access and reimbursement."
>
> **"Q2 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 22 July 2021 8:00 AM, pp. 12-14 (emphasis added).**

95. Also, during the conference call, CEO Vounatsos emphasized: "Biogen stands behind our clinical data from 8 studies with more than 3,000 patients that supported accelerated approval."[100]

[100] "Q2 2021 Biogen Inc Earnings Call," *Refinitiv*, conference call, 22 July 2021 8:00 AM, p. 3.

> "Biogen stands behind our clinical data from 8 studies with more than 3,000 patients that supported accelerated approval. As the FDA's current chief stated publicly earlier this month, ADUHELM was approved appropriately on very solid grounds and represented the right thing to do for the patients. I want to be clear that Biogen stands behind the integrity of the review process."
> **"Q2 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 22 July 2021 8:00 AM, p. 3.**

96. In an analyst report published this day, Stifel highlighted "pricing and reimbursement headwinds," the primary focus of the alleged misrepresentations and omissions, as being the factors hampering Aduhelm's launch and being responsible for the slide in Biogen's stock price. Stifel explained that these issues were not fully accounted for in analysts' earlier valuations of Biogen, which accords with Lead Plaintiff's allegations that analysts' and investors' concerns about these issues were assuaged by Defendants' alleged misrepresentations and omissions. Stifel attributes the slide in Biogen's stock price to events and announcements that now made analysts and investors aware of the problems stemming from these issues. Stifel detailed that uncertainty over coverage hampered all aspects of the Aduhelm launch – including reimbursement, uptake, and inventory – and would do so until the completion of the NCD.

> "It's still early days in the Aducanumab launch; that said, we expect sell side numbers to down-adjust to initial pricing and reimbursement headwinds that have come into focus during the past month. … That said, as we think through the early launch dynamics here, pricing and reimbursement represent key issues which we think were not baked into sell-side numbers (or ours) in the days following approval. Our model now includes a more granular consideration of pricing, assuming an average cost well below the annualized WAC well into next year. But more importantly, we view the buy-and-bill dynamic for physicians/centers to represent probably the largest early barrier to uptake as we await the NCD coverage determination process. More specifically, until there's a coverage determination, some physicians/centers may be hesitant to build inventory considering they won't know if/how they will be reimbursed; there's also

> the risk to a physician that a NCD with say more narrow criteria could expose a center who had been prescribing Adu more broadly to financial liability. We've updated our model to better reflect both the titration pricing and reimbursement dynamics which brings our numbers down some in 2021/2022."
> **"2Q21 Recap: Lowering TP on a Slower Early Adu Ramp; We Do Believe Reimbursement Will Be Worked Out Though, and Remain Buy," by Paul Matteis et al., Stifel, analyst report, 22 July 2021, p. 1.**

### 22. 11 August 2021: Veterans Affairs Declines to Cover Aduhelm

97. On 11 August 2021, *STAT+* reported that the Department of Veterans Affairs had decided against providing coverage for Aduhelm.[101] The Department of Veterans Affairs indicated that it would make coverage exceptions for "'highly selected patients'" that meet certain requirements.[102]

### 23. 12 August 2021: *The Wall Street Journal* Echoes Biogen's Representations

98. On 12 August 2021, following the Department of Veterans Affairs news, *The Wall Street Journal* wrote that health insurers were taking a cautious approach when considering whether to cover Aduhelm. Notably, the article referenced Biogen's representations about coverage for Aduhelm:

> "Disagreements over the drug's approval and concerns about its financial impact on the healthcare system have led health insurers to take a cautious approach to deciding whether to cover the drug. Most eligible patients are covered by Medicare, according to Biogen."
> **"VA Health System Won't Cover Biogen's Alzheimer's Drug," by Joseph Walker, *The Wall Street Journal*, 12 August 2021 5:29 PM.**

---

[101] "Veterans Affairs Declines to Cover Biogen's Alzheimer's Drug over Effectiveness, Safety Concerns," by Ed Silverman and Damian Garde, *STAT+*, 11 August 2021.

[102] "Veterans Affairs Declines to Cover Biogen's Alzheimer's Drug over Effectiveness, Safety Concerns," by Ed Silverman and Damian Garde, *STAT+*, 11 August 2021.

### 24. 27 August 2021: *The Wall Street Journal* Again Reports on Insurer Resistance

99. On 27 August 2021, *The Wall Street Journal* published an article about the state of coverage for Aduhelm.[103] *The Wall Street Journal* reported that many clinics were waiting for CMS to finish the NCD before prescribing Aduhelm.[104] The article also recalled Biogen's representations that the Company expected Medicare to cover Aduhelm.[105]

> "Many Alzheimer's clinics are holding off on prescribing Aduhelm until federal officials decide next year if Medicare will pay for it. … Wider uptake of the drug hinges in large part on whether Medicare will pay for it and for which patients. The Centers for Medicare and Medicaid Services, or CMS launched a payment review in July, and expects to issue a proposed policy by January 2022 and a final policy by April 2022. Biogen has said it expects Medicare, the health insurance program for elderly and disabled people, to cover about 80% of the roughly one million to two million U.S. Alzheimer's patients who could benefit from the drug."
> **"Biogen's New Alzheimer's Drug Beyond Reach for Many Patients," by Joseph Walker, *The Wall Street Journal*, 27 August 2021 11:22 AM.**

### 25. 9 September 2021: Biogen Presents at Morgan Stanley Global Healthcare Conference

100. On 9 September 2021, Biogen presented at the Morgan Stanley Global Healthcare Conference and provided updates on Aduhelm.[106] The Company admitted that the product launch was disappointing, essentially a failure relative to what the market had been led to expect.[107] President Alaimo acknowledged that the launch went poorly, acknowledged that it would continue to progress poorly, and enumerated the factors responsible for the poor

[103] "Biogen's New Alzheimer's Drug Beyond Reach for Many Patients," by Joseph Walker, *The Wall Street Journal*, 27 August 2021 11:22 AM.

[104] "Biogen's New Alzheimer's Drug Beyond Reach for Many Patients," by Joseph Walker, *The Wall Street Journal*, 27 August 2021 11:22 AM.

[105] "Biogen's New Alzheimer's Drug Beyond Reach for Many Patients," by Joseph Walker, *The Wall Street Journal*, 27 August 2021 11:22 AM.

[106] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM.

[107] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, p. 3.

performance, both past and future.[108] The Company admitted that it had encountered resistance and uncertainty regarding reimbursement, which admission ran contrary to the Company's pronouncements at the time Aduhelm was approved, but was consistent with what Lead Plaintiff alleges the Company anticipated from the start.

101. President Alaimo stated that the "majority of sites were waiting for clarity on reimbursement."

> "[President Alaimo:] And lastly, the third main challenge is a higher-than-expected level of uncertainty with respect to reimbursement. This has obviously been compounded by the National Coverage Determination analysis by CMS. We believe the majority of sites are waiting for clarity on reimbursement, including the outcome of the NCD, which could be another 7 months, according to the CMS announcement."
> **"Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv,* conference call, 9 September 2021 9:30 AM, p. 4.**

102. President Alaimo also cited operational issues, and concerns and questions over clinical data and the approval process.[109]

103. Notwithstanding the Company's excuses, it is my understanding that the Lead Plaintiff alleges that the slow uptake in Aduhelm's launch was not a surprise to the Company given the Company's prior understanding of the issues addressed. If so, the disappointing launch, attributable to resistance from payers, policymakers, and clinicians would not have been surprising to the market if there had been full, honest, and timely disclosure to the public about what the Company knew and had been discussing internally.

104. Analysts reported on the adverse developments and challenges Biogen now acknowledged it faced.

> "Biogen provided updates this morning at an industry conference, largely using the venue as an opportunity to reset expectations around the launch, and highlight some of the granular challenges it's facing. The main headlines will focus on the CEO characterizing a 'more gradual than expected' launch that is driving the company to 'revisit its already low [internal] sales target' in the near-term – justifying the move today (-7% vs.

[108] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, pp. 3-4.

[109] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, pp. 3-4.

NBI: +1%). For reference, consensus was ~$70mn for 2021 and ~1bn for 2022, and company commentary would suggest, in our view, an attempt to drive the Street to lower both of these estimates."

**"Resetting of Aduhelm Expectations," by Carter Gould et al., Barclays, analyst report, 9 September 2021, p. 1.**

"The primary takeaway is that the company is experiencing 'near-term challenges' in getting the drug to patients, but remains confident in the mid to long-term opportunity given the size of the Alzheimer's market. To counter the negative press Aduhelm has been receiving, BIIB is focused on three near-term priorities: (1) educating physicians and payers on the scientific and clinical data (Phase III publications planned), (2) building the infrastructure to quickly progress patients from initial inquiry to first infusion, and (3) securing and clarifying the reimbursement pathway to maximize the opportunity for Aduhelm. Due to these challenges, BIIB is 'revisiting' their already low 2021 revenue guidance, noting that much of the momentum will likely come after a national coverage decision has been finalized in April 2022."

**"BIIB - Aduhelm Launch Experiencing Early Challenges, But BIIB Confident in Long-Term Outlook," by Yatin Suneja et al., Guggenheim, analyst report, 9 September 2021, p. 1.**

"Higher than expected challenges on data, site activation, and reimbursement suggest low Aduhelm sales until NCD analysis outcome in April 2022. Mgt. stated that 'we are certainly revisiting our very low sales target that we had already for 2021.'"

**"Aduhelm Uptake Continues to Face Pressure Ahead of NCD Decision," by Matthew Harrison and Charlie Yang, Morgan Stanley, analyst report, 9 September 2021, p. 1.**

"Mgmt painted a pessimistic picture of the drug's launch to date, citing challenges interpreting the drug's data, headwinds with regards to operational infrastructure (screening, scanning, monitoring) causing prolonged time from initial appointment to infusion, and reimbursement uncertainties. They specifically noted that they are aware of 50 sites currently infusing the drug - only a sliver of the 900 centers they expected would be ready to infuse shortly after adu's approval, and a small percentage of the 325 sites they noted in July had positive (or no need for) P&T decisions. This has led the company to revisit their already 'very low' 2021 sales target, which, recall, had been conservative more due to the titration revenue impact rather than patient volume concerns. … BOTTOM LINE: While mgmt acknowledgement of the significant Aduhelm launch hurdles is unlikely to be a major surprise, and the stock is already now starting to reflect much more pessimism about Aduhelm uptake and competitive impact, we do believe it underscores the limited potential for

> meaningful upside drivers between now and the quarters post an NCD decision."
> **"BIIB: 'Here for The Long Run': Mgmt Acknowledges Bleak NT Picture For Adu, Though Believe Most Investors Already Waiting For '22," by Brian Abrahams, RBC, analyst report, 9 September 2021, p. 1.**

> "While none of the above are new/unanticipated, it's clearly a negative hit to sentiment to hear management highlight them and frame them in a manner that is worse than they'd anticipated."
> **"What's Going on with BIIB - Mgmt Commentary on Launch Challenges Pressuring Stock," by Colin Bristow et al., UBS, analyst report, 9 September 2021, p. 1.**

105. *Bloomberg News* stated that Biogen stock had fallen 6.4% during the Morgan Stanley Global Health Conference citing the discussion of "launch and reimbursement issues."[110]

> "Biogen falls 6.4% in Thursday trading as management gives a presentation at a Morgan Stanley Global Healthcare Conference. CEO Michel Vounatsos and other members of management are answering questions about the launch and reimbursement issues with its controversial Alzheimer's disease drug, Aduhelm."
> **"Biogen Sinks to Three-Month Low During Investor Presentation," by Cristin Flanagan, *Bloomberg,* 9 September 2021 9:53 AM.**

106. Jefferies noted that the market would be looking to the outcome of the CMS NCD.

> "BIIB mgmt made public comments on the Aduhelm launch, essentially affirming the launch is modest and there are early challenges around uptake, logistics, etc. This is not a positive but not totally unexpected, and we agree it will take time. With stock down at $300 and sentiment very negative, we think it's an attractive opportunity, though think Street might not pay attention until closer to Jan NCD decision and more time for logistical rollout of drug."
> **"Mgmt Comments on Adu Launch...Need Patience and NCD, Attractive Setup into '22," by Michael Yee et al., Jefferies, analyst report, 9 September 2021, p. 1.**

---

[110] "Biogen Sinks to Three-Month Low During Investor Presentation," by Cristin Flanagan, *Bloomberg*, 9 September 2021 9:53 AM.

### 26. Post-Class Period Event: CMS Announces Proposed NCD

107. On 11 January 2022, CMS announced a proposed NCD memorandum for FDA approved "monoclonal antibodies that target amyloid for the treatment of Alzheimer's disease," such as Aduhelm.[111] According to the memorandum, Medicare would only provide "Coverage with Evidence Development." This determination meant that Medicare would cover only people who were enrolled in CMS-approved clinical trials.[112]

108. CMS explained that the clinical trials would have to be conducted in a hospital-based outpatient setting and only for patients with a "clinical diagnosis of mild cognitive impairment (MCI) due to AD or mild AD dementia; and Evidence of amyloid pathology consistent with AD."[113] These patients would not be eligible for coverage if they were diagnosed with any other medical or neurological condition.[114]

### 27. Timeline Summary

109. It is indisputable that when the FDA announced its approval of Aduhelm, the market reacted with fanfare and high hopes that the treatment would quickly become a blockbuster product for Biogen.

110. It is indisputable that Biogen's launch of Aduhelm was beset by resistance from payers, policymakers, and clinicians, and ultimately failed.

---

[111] "CMS Proposes Medicare Coverage Policy for Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease," *CMS Newsroom*, 11 January 2022, accessed at https://www.cms.gov/newsroom/press-releases/cms-proposes-medicare-coverage-policy-monoclonal-antibodies-directed-against-amyloid-treatment.

[112] "CMS Proposes Medicare Coverage Policy for Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease," *CMS Newsroom*, 11 January 2022, accessed at https://www.cms.gov/newsroom/press-releases/cms-proposes-medicare-coverage-policy-monoclonal-antibodies-directed-against-amyloid-treatment.

[113] "Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease," *CMS*, 11 January 2022, accessed at https://www.cms.gov/medicare-coverage-database/view/ncacal-decision-memo.aspx?proposed=Y&NCAId=305.

[114] "Monoclonal Antibodies Directed Against Amyloid for the Treatment of Alzheimer's Disease," *CMS*, 11 January 2022, accessed at https://www.cms.gov/medicare-coverage-database/view/ncacal-decision-memo.aspx?proposed=Y&NCAId=305.

111. The failure of the launch became apparent to the market via a series of adverse announcements and events. Contrary to what the market had been led to believe would be the case, payers, policymakers, and clinicians (the stakeholders that Biogen represented it consulted and engaged with extensively before the launch) rejected Aduhelm.

112. As discussed next, Lead Plaintiff alleges that the market's undue optimism stemmed from the Company's false and misleading statements and omissions. While the sequence of adverse announcements and events manifesting the medical establishment's rejection of Aduhelm was a surprise to the stock market, it was allegedly not a surprise to the Company. Lead Plaintiff alleges that but for the Company's misrepresentations and omissions, the market too would have expected what ultimately did occur.[115]

## V. SUMMARY OF LEAD PLAINTIFF'S ALLEGATIONS

113. Lead Plaintiff alleges that misrepresentations and omissions deceived investors regarding what the Company knew and expected relating to the commercial launch of the Company's Alzheimer's drug Aduhelm. Concealment of the true information, which was far less positive than what investors were led to believe, caused the stock price to be artificially inflated during the Class Period. When the truth was disclosed, the stock price fell, artificial inflation dissipated, and investors sustained losses.

114. It was well known before the start of the Class Period that Aduhelm treated an indicator of Alzheimer's disease, the buildup of amyloid plaque,[116] but the treatment had not been proven efficacious at treating the cognitive impairment that was the debilitating effect of the disease.[117] That Aduhelm was shown to have limited efficacy was acknowledged by the FDA and well understood by the market too.[118] Despite the known limited efficacy of

---

[115] Complaint, ¶¶188-189.

[116] "FDA Grants Accelerated Approval for ADUHELM™ as the First and Only Alzheimer's Disease Treatment to Address a Defining Pathology of the Disease," *GlobeNewswire*, Company press release, 7 June 2021 1:00 PM.

[117] Complaint, ¶¶67-72.

[118] Complaint, ¶89; and "ICER Draft Report Sees Insufficient Evidence of Adu's Clinical Benefit," by Colin Bristow et al., UBS, analyst report, 6 May 2021; "Mixed ICER Updates Ahead of Aducanumab PDUFA," by Marc Goodman et al., SVB Leerink, analyst report, 6 May 2021; "BIIB: Adu ICER Draft Report - Though Readthroughs Limited - Reminds Again On Key Concerns," by Brian Abrahams, RBC, analyst report, 5 May 2021; "BIIB - The AGS Recommends Against Adu Approval, But We Don't Think The FDA Is Going to Change Its Decision," by Yatin Suneja and Eddie Hickman, Guggenheim, analyst report, 6 June 2021.

Aduhelm, the treatment was nonetheless approved by the FDA, owing at least in part to the fact that there was no other treatment available for Alzheimer's at that time.[119]

115. The FDA approval was for the broad indication of all patients with Alzheimer's, rather than the narrower population on which Aduhelm was tested in clinical studies. Lead Plaintiff alleges, and documentation I have reviewed support, that the Company knew that receiving a broad label for Aduhelm would create problems threatening the success of the Aduhelm launch.

116. Despite the broad label, Biogen estimated that the target market for Aduhelm was the more limited 1-2 million U.S. patients diagnosed with mild cognitive impairment or mild dementia due to Alzheimer's that would test positive for amyloid beta pathology, a population similar to the patient samples in the supporting clinical studies.[120]

117. Following the announcement of FDA approval, Biogen announced that the listed price of Aduhelm would be $56,000 per year, with the out-of-pocket cost for a patient depending on that patient's insurance coverage.[121] CEO Vounatsos explained that the Company set the price after "***lengthy engagement***" with "***private and public payers.***"[122] This statement is alleged by Lead Plaintiff to have been false and misleading. Lead Plaintiff alleges that Biogen neither sought nor received input from payers regarding pricing.[123]

118. Company executives had been warned by internal personnel not to make that allegedly false representation, that the high price was the product of extensive deliberations with stakeholders.[124]

---

[119] "FDA Grants Accelerated Approval for ADUHELM™ as the First and Only Alzheimer's Disease Treatment to Address a Defining Pathology of the Disease," *GlobeNewswire*, Company press release, 7 June 2021 1:00 PM.

[120] "Biogen and Eisai Launch Multiple Initiatives to Help Patients with Alzheimer's Disease Access ADUHELM™," *GlobeNewswire*, Company press release, 7 June 2021 1:01 PM; *See also*, "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, pp. 7 and 13.

[121] "Biogen and Eisai Launch Multiple Initiatives to Help Patients with Alzheimer's Disease Access ADUHELM™," *GlobeNewswire*, Company press release, 7 June 2021 1:01 PM.

[122] "First on CNBC: CNBC Transcript: Biogen CEO Michel Vounatsos Speaks with CNBC's 'Power Lunch' Today," *CNBC*, 7 June 2021 3:45 PM (emphasis added).

[123] Complaint, ¶18.

[124] "RE: CEO Letter FYI," internal Company emails, 4 June 2021, [BIIB_HCOR_EC_0660282-88, at 87-88].

119. The market reacted to the news of FDA approval with fanfare and high hopes that the treatment would quickly become a blockbuster product for Biogen. However, analysts had serious concerns about whether the treatment would be prescribed and paid for.[125] The questions about coverage and prescription, which are interrelated, stemmed from the facts that the treatment had not proved efficacious at providing relief to Alzheimer's sufferers and was priced by the Company at the high price of $56,000 per patient per year. Analysts raised these concerns with the Company and in published analyst reports.[126] The Company responded with alleged misrepresentations and omissions, telling analysts and investors that their pre-launch "extensive consultation" and "lengthy engagement" with payers, policy makers, and clinical experts established that the Company expected that the drug would be prescribed and paid for, notwithstanding the high price and limited proven efficacy. Lead Plaintiff alleges that these representations and alleged omissions were false and misleading, and that the Company knew that it would face significant resistance that would severely hamper the Aduhelm launch.[127]

120. During the conference call with investors on 8 June 2021, CEO Vounatsos explained that a "critical near-term priority for the launch will be securing payer coverage,"[128] and given that most of the "Alzheimer's patients in the U.S. are 65 or older" the Company's "patients are expected to be covered by Medicare, either through fee-for-service or Medicare Advantage."[129] CEO Vounatsos assured the market that "for Medicare fee-for-service, coverage is automatically presumed with FDA approval. We expect most [Medicare]

[125] "Catalyst Comes in BIIB's Favor; Now What?" by Brett Gibson and Matt Bonner, JPMorgan, analyst report, 7 June 2021, p. 1; "3 Things Interesting for Launch…New Growth Story and Other Tidbits – PT $500," by Michael Yee et al., Jefferies, analyst report, 7 June 2021, p. 3; and "Biogen Inc to Discuss the Approval of Aduhelm Call," *Refinitiv*, conference call, 8 June 2021, pp. 12 and 14.

[126] "Catalyst Comes in BIIB's Favor; Now What?" by Brett Gibson and Matt Bonner, JPMorgan, analyst report, 7 June 2021, p. 1; "Key Takeaways from the Aducanumab KOL Pulse Call," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 7 June 2021, p. 1; "Biogen: Will Adhelm be the Next Sovaldi? High Price Could Crash the Market before It Gets Started," by Aaron Gal et al., Bernstein, analyst report, 7 June 2021, p. 1; "Upgrading BIIB to Neutral. What's Next for BIIB and Alzheimer's Space?" by Mohit Bansal, Citi, analyst report, 8 June 2021, p. 1; and "Shifting Alzheimer's Regulatory Standards Presenting New Challenges; Call TODAY," by Geoff Meacham et al., BofA, analyst report, 8 June 2021, p. 1. *See also*, "Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021, pp. 9, 12, and 14.

[127] Complaint ¶116.

[128] "Biogen Inc to Discuss the Approval of ADUHELM Call," Refinitiv, conference call, 8 June 2021 8:00 AM, p. 4.

[129] "Biogen Inc to Discuss the Approval of ADUHELM Call," Refinitiv, conference call, 8 June 2021 8:00 AM, p. 4.

Advantage plans to define their medical policies within the first several months after launch."[130]

121. Lead Plaintiff alleges that the representation about presumed Medicare coverage was false and misleading, as the Company understood how the high price and large patient population would burden Medicare and together with the limited proven efficacy would result in the initiation of an NCD that could severely restrict coverage.[131] Biogen allegedly knew that the FDA granting approval with a broad label would likely trigger CMS to initiate an NCD resulting in a coverage with evidence designation.[132] Lead Plaintiff alleges that this process, typically taking 12 to 18 months, would likely result in significantly narrower Medicare coverage, thereby restricting the potential patient population and limiting the commercial success of Aduhelm.[133] Lead Plaintiff also alleges that Biogen understood that if CMS pursued an NCD, MACs could restrict or deny coverage within their respective regions.[134]

122. At the conference call on 8 June 2021, President Alaimo addressed analysts' reservations by telling them that the positive pricing and coverage outlook (two primary factors impacting whether the launch of the drug would be successful) were derived from the Company's extensive prior deliberations with commercial and government payers.

> "[President Alaimo:] Prior to launch, ***our teams have been working closely with both commercial and government payers.*** And what I can tell you is that our commercial teams will be discussing patients consistent with those studied in ADUHELM's clinical development program with their customers. Now we've already talked about the majority of patients being on Medicare. ***And for Medicare fee-for-service, coverage is automatically presumed with FDA approval, and we expect most Medicare Advantage and commercial plans to define their medical policies, which is in reference to your question, within the first several months after launch***."
> **"Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, p. 14 (emphasis added).**

---

130 "Biogen Inc to Discuss the Approval of ADUHELM Call," Refinitiv, conference call, 8 June 2021 8:00 AM, p. 4.

131 Complaint, ¶¶95, 112, and 118.

132 Complaint, ¶22.

133 Complaint, ¶22.

134 Complaint, ¶23.

123. The Company intimated that based on "extensive consultation" and "lengthy engagement" with payers, policy makers, and clinical experts, and based on the Company's launch preparations, the way was paved for a swift and successful launch. Lead Plaintiff alleges that the positive and reassuring representations were false.[135] Lead Plaintiff alleges that the price and an optimistic anticipation of acceptance were not justified by any such extensive pre-launch consultation and engagement with the medical community stakeholders.

> "Defendants misled investors as to the commercial readiness for its new drug, Aduhelm through three categories of false and misleading statements: (i) statements that Medicare coverage is 'automatically presumed' with FDA approval of a new treatment; (ii) statements that regional Medicare Administrative Contractors (MACs), Medicare Advantage plans, and commercial payers would promptly define their coverage policies for Aduhelm and cover Aduhelm during the pendency of a national coverage analysis by CMS; and (iii) statements that Biogen had engaged with payers on the price for Aduhelm. Defendants' false and misleading statements inflated and maintained inflation in the Company's stock price."
> **Complaint, ¶4.**

124. Lead Plaintiff alleges that on 22 July 2021, during its Q2 2021 earnings call, CEO "Vounatsos misled investors that Biogen expected MACs and Medicare Advantage plans to cover Aduhelm during the pendency of the national coverage analysis."[136]

> "By the end of the Class Period, after the market came to learn that: (1) CMS would heavily scrutinize coverage of Aduhelm; (2) MACs, Medicare Advantage plans, and commercial payers would not cover Aduhelm and would wait for CMS to finalize a National Coverage Determination (NCD); (3) providers were not administering Aduhelm while the NCD was pending because of the uncertainty over payer coverage; and (4) Medicare would only cover patients enrolled in approved clinical trials."
> **Complaint, ¶5.**

125. Lead Plaintiff alleges that had it not been for the alleged misrepresentations and omissions the market would not have expected a successful launch, and the sequence of adverse events and announcements, or substantially similar adverse events and announcements,

[135] Complaint, ¶188.

[136] Complaint, ¶27.

would have been expected.[137] With the sequence of adverse events largely anticipated by the market in the but-for scenario of no misrepresentations and omissions, Biogen stock would have been priced lower throughout the entire Class Period, and the revelatory announcements and events would not have elicited additional stock price declines when they occurred.

> "Taken together, Defendants' misleading statements and omissions of material fact were calculated to convey the sense that Biogen had done the groundwork to ensure that Aduhelm's would be a commercial success following the FDA's approval of the treatment. The statements, articles, and events identified herein at ¶¶139-172 in Section G, the 'The Market Learned that Aduhelm Was Not Being Readily Prescribed' served as corrective disclosures. As investors digested the partial corrective disclosures, the market began to learn that uncertainty over reimbursement for Aduhelm meant there were no near-term prospects for Aduhelm, that the annual $56,000 price for treatment was an obstacle to access and reimbursement rather than an opportunity for blockbuster revenue, and, ultimately, that Medicare coverage of Aduhelm was not 'automatically presumed with FDA approval.'"
> **Complaint, ¶¶188-189.**

126. Thus, Lead Plaintiff contends that Biogen's misrepresentations and omissions served to artificially inflate Biogen's stock price.[138] Lead Plaintiff further contends that the announcements and events that informed the market about the widespread resistance to covering and prescribing Aduhelm were corrective disclosures that dissipated the artificial inflation in the Biogen stock price.[139] As these corrective disclosures elicited the fall in Biogen's stock price, investors suffered losses. According to Lead Plaintiff, the alleged misrepresentations and omissions therefore caused investor losses.[140]

---

[137] Complaint, ¶¶4-5.

[138] Complaint, ¶4.

[139] Complaint, ¶5.

[140] Complaint, ¶5.

# VI. LOSS CAUSATION

## A. Analytical Methodology

### 1. Establishing Economic Materiality

127. One step in assessing if alleged misrepresentations and omissions caused investor losses is to examine financial principles, company statements, and commentary by market participants in order to ascertain if the subject matter of the alleged misrepresentations and omissions constitutes economically material information.[141] If the statements are economically material, it follows that in an efficient market they would impact the market price of the subject stock.

128. A review of financial principles, company statements, and statements by market participants can also establish whether the misrepresentations were decidedly positive in nature, and conversely, if the concealed or omitted truthful information was decidedly negative with respect to the valuation of the subject stock. In an efficient market, positive misrepresentations, and the concealment of negative information, would artificially inflate or maintain inflation in the subject stock's market price. In an efficient market, revealing adverse facts previously unknown to the market, or the materialization of concealed risks, which serves to correct positive misrepresentations with their truthful but negative counterparts, would generally cause a stock price to fall.

129. Investors who overpaid on account of artificial inflation produced or maintained by the alleged misrepresentations and omissions, and who hold the stock when a corrective disclosure dissipates some or all of the artificial inflation, suffer a loss caused by the alleged misrepresentations and omissions. Thus, establishing that the misrepresentations and omissions constituted economically material information that is positive in nature, and that the concealed or omitted truth was economically material and negative, and that all or some of the truth ultimately was revealed is compelling proof of loss causation.

[141] I understand that materiality has a legal definition in matters such as this one. As the term is used in financial analysis and in this report, "economic materiality" means the importance of information, announcements, and/or events to investors and the market, such that these items would affect the valuation of a stock and investors' demand for the stock. Whether specific information is important for valuation purposes is a central focus of financial economics. Therefore, the question of economic materiality, given this definition, is squarely within the realm of financial economics and consequently within my area of expertise and the purview of a finance expert.

### 2. Empirical Analysis

130. In addition to establishing economic materiality based on economic principles and the commentary of market participants, analysis of loss causation also typically comprises empirical analysis to determine whether the revelation of the previously concealed truth or a materialization of a concealed or understated risk did cause a stock price to fall. When misrepresentations and omissions are consistent with investors' prior beliefs, because they accord with the norm for that company or companies in general, there typically will be no observable stock price movement caused by the misrepresentations or omissions when made. However, in such cases, the economic effect of the misrepresentations and omissions can be observed empirically when they are corrected, as the correction will run contrary to investors' prior understanding of the company's condition. Event study and additional financial analyses can therefore be applied to determine whether the alleged misrepresentations and omissions caused investors to suffer losses by testing whether the stock price fell as a result of one or more corrective disclosures.

131. An event study can determine whether revelatory information on a particular disclosure event date was a substantial cause of a stock price decline. An event study controls for the effects of market and sector factors and thereby measures how much a stock price rises or falls in response to new, company-specific information. Essentially, an event study is a controlled experiment that allows one to observe the market's valuation of a stock with and without newly provided information.

132. Prior to a corrective disclosure, the stock is valued in the marketplace without the corrective information. After the event, the stock is valued with the newly disclosed information. An event study can thus determine whether a corrective disclosure caused the stock price to decline, and therefore can also determine whether the alleged misrepresentations and omissions had previously artificially inflated the stock price.

133. Once an event study has established that there was a company-specific stock price reaction on a corrective disclosure date, to establish loss causation one may determine whether the allegation-related information, as opposed to other unrelated company information, was a substantial cause of the stock price change. Financial analysis, including valuation analysis, can account for and remove the effect, if any, of confounding information that is unrelated to the alleged fraud. By controlling for confounding information, if any, one can isolate the

effect of the corrective disclosure and thus determine whether the revelation of the alleged fraudulently concealed facts was a substantial cause of the stock price decline.

134. If the analytical findings indicate that the subject stock traded in an efficient market, that the subject of the alleged misrepresentations and omissions was economically material, that the misrepresentations were positive in nature while the concealed or omitted information was negative, and the market price of the subject stock fell as a result of corrective disclosures, then loss causation is proved.

### B. Executing the Loss Causation Analysis for Biogen Stock

135. As presented above, Lead Plaintiff alleges that with misrepresentations and omissions, Defendants caused analysts and investors to be far more optimistic about the launch of Aduhelm than what the true facts warranted. The alleged misrepresentations and omissions misled investors about the Company's purported pre-launch "extensive consultation" and "lengthy engagement" with medical community stakeholders regarding the determination of the price for Aduhelm and how positively the treatment would be received by payers and policymakers. Defendants allegedly concealed from investors that Defendants expected CMS would open a national coverage analysis concerning coverage for Aduhelm and that there was a high likelihood the resulting NCD would afford only narrow Medicare coverage. The alleged misrepresentations and omissions misled the market about the coverage that MACs, Medicare Advantage plans, and commercial payers would ultimately provide for Aduhelm, and during the pendency of the CMS NCD.

136. In sum, the alleged misrepresentations and omissions caused investors to expect a successful launch of Aduhelm and overestimate the commercial prospects of Aduhelm, while the concealed truth would have informed analysts and investors that they should have expected a slow and ultimately unsuccessful launch.

137. Generally accepted financial principles confirm that the alleged misrepresentations and omissions were economically material and inflationary. Company statements and contemporaneous commentary from market participants further confirm economic materiality and that the misrepresentations and omissions would artificially inflate the price of Biogen stock. Finally, event study analysis focusing on the reaction of Biogen stock to corrective disclosure announcements and events proves loss causation empirically.

Announcements and events that corrected the misrepresentations and omissions caused the price of Biogen stock to decline significantly, precipitating investor losses.

### 1. **Financial Principles Establish that the Alleged Misrepresentations and Omissions Were Economically Material**

#### a. The Economic Materiality of Revenue, Earnings, and Cash Flow

138. If Aduhelm's launch would have been successful, with payers and policymakers embracing the treatment, the Company would have dramatically increased its revenue, earnings, and cash flow. Biogen's revenue, earnings, and cash flow therefore depended on whether the reception of Aduhelm in the marketplace would be as positive as the Company represented it would be based on purported pre-launch analysis and actions, or alternatively as negative as it turned out to be with payers effectively rejecting the therapy.

139. Generally accepted economic principles of valuation dictate that the value of a company, and in turn the value of its stock, are fundamentally related to the revenue, earnings, and cash flow the company is expected to generate. The following quotes from the finance literature speak to the importance of expected revenue to the valuation of a company and its stock.

> "Revenue growth is the most significant driver of shareholder value over the long term. Other drivers are very important, but tend to reach a limit in terms of value creation.
> …
> Recall that a critical aspect for valuation is the expectation of *future* revenue levels."
> ***Performance Dashboards and Analysis for Value Creation*, by Jack Alexander, John Wiley & Sons, Inc., 2007, pp. 79 and 263 (emphasis in original).**

> "In fact, it is hard to imagine performing a valuation without weighing various operating metrics relative to revenue. At the most basic level, revenue is an indication of breadth of the target's customer relationships or product acceptance, which is among the defining element of a successful enterprise."
> ***Distressed Debt Analysis, Strategies for Speculative Investors*, by Stephen Moyer, J. Ross Publishing, 2005, p. 115.**

> "*Forecast revenues for the target company*. The projection of future revenues is, without question, the single most important step in the pro forma process. As this is the starting point, a misestimation at this stage will be compounded into a multitude of other forecasted values.
> …
> Because forecasted revenues are so important to the process of valuing a firm, a review of a target company's revenue recognition policy is an excellent place to begin an analysis of income statement data."
> ***Valuation: Avoiding the Winner's Curse*, by Kenneth Ferris and Barbara Pecherot Petitt, Prentice Hall, 2002, pp. 36 and 145 (emphasis in original).**

> "Revenues are generally the first component to be reviewed by financial analysts. All other things being equal, trends in revenues will translate into trends in profit margins, as well as the Company's ultimate fate. Increases in revenues should lead to higher profitability as the Company's fixed costs are spread over a wider revenue base leading to lower fixed costs per dollar of revenue."
> ***Financial Valuation: Applications and Models*, by James Hitchner, John Wiley & Sons, Inc., 2011, p. 1230.**

> "Understanding a company's potential for growing revenues in the future is critical to valuation and strategy assessment."
> ***Valuation: Measuring and Managing the Value of Companies*, by Tim Koller et al., 5th Edition, John Wiley & Sons, Inc., 2010, p. 97.**

> "The revenues (sales) forecast is, arguably, the most crucial and difficult estimate in the forecasting process. It is a crucial estimate because other income statement and balance sheet accounts derive, either directly or indirectly, from the revenues forecast. As a result, both the income statement and balance sheet grow with increases in revenues. The income statement reflects this growth concurrently."
> ***Financial Statement Analysis & Valuation*, 4th Edition, by Peter Easton et al., Cambridge Business Publishers, 2015, p. 11-5.**

140. The following quotes from the academic literature attest to the central role of earnings in the valuation of a company and its stock:

> "Earning power is a chief driver of investment value, and EPS [earnings per share], the denominator in the P/E ratio, is perhaps the chief focus of security analysts' attention."
> **"Market-Based Valuation: Price and Enterprise Value Multiples," by Jerald Pinto et al., *Equity Asset Valuation CFA Program Curriculum*, Vol. 4, CFA Institute, 2019, p. 383.**

> "The most familiar market value multiple is the *price/earnings (P/E) multiple*."
> ***The Market Approach to Valuing Businesses*, 2nd Edition, by Shannon Pratt, John Wiley & Sons, Inc., 2005, p. 4 (emphasis in original).**

> "Much of the real-world discussion of stock market valuation concentrates on the firm's **price-earnings multiple**, the ratio of price per share to earnings per share, commonly called the P/E ratio."
> ***Investments*, by Zvi Bodie et al., 10th Edition, McGraw-Hill Education, 2014, p. 609 (emphasis in original).**

> "First, a stock's earnings per share over the forthcoming year $E_1$ are estimated, and then the analyst (or someone else) specifies a 'normal' price-earnings ratio for the stock. The product of these two numbers gives the estimated future price $P_1$."
> ***Investments*, by William Sharpe et al., 5th Edition, Prentice Hall, 1995, p. 581.**

141. Similarly, the following quotes from the academic literature attest to the central role of cash flow in valuation:

> "The free cash flow approach is the one [valuation model] used most often in corporate finance. The analyst first estimates the value of the entire firm as the present value of expected future free cash flows to the entire firm and then subtracts the value of all claims other than equity. Alternatively, the free cash flows to equity can be discounted at a discount rate appropriate to the risk of the stock."
> ***Investments*, 10th Edition, by Zvi Bodie et al., McGraw-Hill Education, 2014, p. 624.**

> "In finance, the value of the firm is its ability to generate financial cash flow."
> ***Corporate Finance*, 8th Edition, by Stephen Ross et al., McGraw-Hill Irwin, 2008, p. 29.**

> "One way to think about the question of how much a firm is worth is to calculate the present value of its future cash flows."
> ***Corporate Finance*, 8th Edition, by Stephen Ross et al., McGraw-Hill Irwin, 2008, p. 116.**

> "The discounted-cash-flow (DCF) formula for the present value of a stock is just the same as it is for the present value of any other asset. We just discount the cash flows by the return that can be earned in the capital market on securities of comparable risk."
> ***Principles of Corporate Finance*, 10th Edition, by Richard Brealey et al., McGraw-Hill Irwin, 2011, p. 78.**

142. Because expected revenue, earnings, and cash flow are key determinants of the valuation of a company and its stock, any information that affects the market's forecast of these metrics is also economically material. Therefore, the alleged misrepresentations and omissions were economically material.

b. The Economic Materiality of Product Development and Commercial Viability in the Biopharmaceuticals Sector

143. It is generally understood and noted in the academic and professional business literature that successful product development is especially important for companies in the biopharmaceuticals business. Companies in the biopharmaceuticals business need a pipeline of new products in order to maintain and grow revenue, earnings, and cash flow. Thus, for biopharmaceutical companies such as Biogen, the prospect of successful product development is highly economically material as product development determines expected future revenue, earnings, and cash flow, which in turn determine the valuation of the company and its stock.

144. The following excerpts from the business literature attest to these fundamental principles establishing the economic materiality of product development for biopharmaceutical companies such as Biogen.

> "Many factors are known to influence the stock prices of companies. They include earnings announcements, dividends, corporate actions, the release of new products, etc. For biopharmaceutical companies, apart from these general factors, clinical trial outcomes are critical since they play a major role in determining the future revenue, growth, and valuation of the company sponsoring the trial. For investors in this sector, clinical trial results are the predominant factor determining their return on investment. Therefore, quantifying the impact of clinical trial results on the stock prices of the companies is of great financial significance."
> **"The Reaction of Sponsor Stock Prices to Clinical Trial Outcomes: An Event Study Analysis," by Andrew Lo et al., *PLoS One*, Vol. 17, No. 9, 2022, p. 1 (internal citations omitted).**

> "Phase III clinical trials and regulatory decisions by the US Food and Drug Administration (FDA) are high-profile events that are critical for the financial success of new drugs. These events can also have a substantial impact on the market valuation of the companies that might bring these drugs to market. Therefore, these events attract great interest from investors."
> **"Company Stock Prices Before and After Public Announcements Related to Oncology Drugs," by Jeffrey Rothenstein et al., *Journal of the National Cancer Institute*, 2011, Vol. 103, p. 1507 (internal citations omitted).**

> "Innovative goods and services yield high returns on capital if they are protected by patents, are difficult to copy, or both. Absent these protections, even an innovative product won't do much to generate high returns. Pharmaceutical companies earn high returns because they produce innovative products that, although often easy to copy, are protected by patents for up to 20 years. The business can charge a price premium during the protected period, after which generics will enter the market and drive the price down. Even after the patent expires, the holder may enjoy some price 'stickiness.'"
> ***Valuation: Measuring and Managing the Value of Companies*, by Tim Koller et al., John Wiley & Sons, Inc. / McKinsey & Company, 7th Edition, 2020, p. 136.**

> "Investors' approach to pharmaceutical stocks further confirms their focus on economic fundamentals beyond earnings figures. In the pharmaceutical industry, announcements about products under development can affect share prices far more than quarterly earnings announcements. This makes sense because product and pipeline development are much better indicators of the long-term growth and profitability of pharmaceutical companies than short term earnings. Markets understand this well … prices react strongly to pipeline announcements, even though these herald no impact on current earnings."
> ***Valuation: Measuring and Managing the Value of Companies*, by Tim Koller et al., John Wiley & Sons, Inc. / McKinsey & Company, 5th Edition, 2010, p. 364.**

145. Alleged misrepresentations and omissions specifically addressed payer coverage for Aduhelm. The financial and professional literature state unequivocally that information about payer coverage for a medical therapy is highly economically material for a biopharmaceutical company.

"Insurance coverage for drugs reduces the sensitivity of consumers' demand to price differences and enhances the ability of pharmaceutical companies to set their prices well above the cost of production and distribution, all else being equal. Insurance coverage of drug purchases in the United States increased dramatically during recent decades."
**"The Pharmaceutical Industry – Prices and Progress," by F.M. Scherer, *The New England Journal of Medicine*, Vol. 351, No. 9, 2004, p. 928.**

"However, marketing efforts are shifting toward insurance companies and governments—those who pay the bills. The payers have a list of approved drugs they will pay for, called a formulary list. Therefore, it's critical for a firm to get its drug on the list."
***Fisher Investments on Health Care*, by Michael Kelly and Andrew Teufel, John Wiley & Sons, Inc., 2011, p. 82.**

"Insurers: Health insurers influence demand for Pharmaceuticals in two ways. Some insurers constrain the ability of physicians to prescribe by imposing formularies that restrict reimbursement to a select list of approved drugs. Other health plans have more liberal formularies but impose cost-sharing provisions that will affect patients' demand for health services and medications. Furthermore, most insurers use their bargaining power to negotiate from a position of strength with pharmaceutical manufacturers for price discounts. This same bargaining power can enable some insurers to reduce the cost of other inputs as well, including personnel wages and even the cost of supplies.

…

Inclusion of a drug on a health plan formulary is critical for the drug's success."
**"The Demand for Pharmaceuticals," by Stuart Schweitzer, Chapter 5 in *Pharmaceutical Economics and Policy*, 2nd Edition, Oxford University Press, Inc., 2007, pp. 124 and 128.**

"Most important, insurance drives a wedge between the out-of-pocket prices consumers pay and the prices manufacturers receive, with the difference paid by insurance. Insurance is designed to protect consumers from financial risk and assure access to otherwise unaffordable treatments. But if insurance is paying most of the bill, consumers (and their physician agents) have less incentive to be price sensitive, which in turn creates incentives for manufacturers to charge higher prices than they would if patients were paying in full, unless payers intervene. Although most insurance requires cost sharing, to preserve some patient price sensitivity, on costly services even modest coinsurance undermines financial protection: a 30% coinsurance on a drug costing $40,000 or $12,000 may lead many patients to simply forego the treatment. For such costly services, alternative payer reimbursement and formulary strategies may be a useful

> addition to modest patient cost sharing, to assure prices are commensurate with value."
> **"Drug Pricing and Value in Oncology," by Patricia Danzon and Erin Taylor, *The Oncologist*, Vol. 15, No. S1, 2010, p. 25.**

c. The Commercial Success of Aduhelm was Highly Economically Material for Biogen

146. As noted in §IV above, during the Class Period, Biogen's product development effort was centered on Aduhelm. If Aduhelm were to receive broad Medicare and other payer coverage, Biogen would be able to increase its revenue, earnings, and cash flow significantly, which would in turn have a significant positive impact on Biogen's valuation and stock price. Broad payer coverage for Aduhelm would unlock greater revenue, earnings, and cash flow and establish Aduhelm as a commercial success. Any misrepresentations and omissions that misled the market to believe that payers would cover Aduhelm therefore constituted positive, economically material information.

147. The alleged misrepresentations and omissions produced and maintained the market's anticipation that the launch would be successful and that Aduhelm would be a blockbuster drug. Lead Plaintiff alleges that the true facts known but concealed by Defendants warranted an alternative outlook. As such, the alleged misrepresentations and omissions would inflate expected revenue, earnings, and cash flow, and thereby inflate Biogen's stock price. Consequently, according to generally accepted financial principles, the alleged misrepresentations and omissions were economically material and positive, and ultimately caused investor losses.

### 2. Company Statements Compel a Conclusion of Loss Causation

148. Consistent with the fundamental valuation principles set forth above, Biogen repeatedly made statements that acknowledged and confirmed the economic materiality of the subject matter of the alleged misrepresentations and omissions. As shown in §IV above, this subject matter was a primary focus of Biogen's announcements to the investment community. Below are additional examples:

"[Biogen Chief Financial Officer Michael McDonnell:] As Michel mentioned earlier, ADUHELM is the first and only approved therapy to address a defining pathology of Alzheimer's disease. We believe ADUHELM represents a significant long-term growth driver with modest revenue in 2021, ramping to a multibillion-dollar U.S. sales opportunity over the next several years."
**"Biogen Inc to Discuss the Approval of ADUHELM Call,"** ***Refinitiv*****, conference call, 8 June 2021 8:00 AM, p. 7.**

"[CEO Vounatsos:] We appreciate the concerns about the price, and are committed to ensure sustainability of the system and maximizing access for patients. Without access, every day that passes, we estimate that approximately 1,000 Americans move from the early stage of Alzheimer's to moderate or severe dementia, and therefore, may no longer be appropriate for an any session of treatment with ADUHELM. This is why we are working with a sense of urgency to engage with the community, with payers, with CMS and with policymakers to discuss potential innovative approaches, with the goal of ensuring the price does not represent access issues for patients."
**"Q2 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 22 July 2021 8:00 AM, p. 3.**

"[CEO Vounatsos:] Now with ADUHELM, we have the first approved therapy to address a defining pathology of Alzheimer's disease, which we believe represents a significant value creation opportunity for years to come."
**"Q2 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 22 July 2021 8:00 AM, p. 3.**

"[CFO McDonnell:] So to the extent that we get through a successful NCD, there is still patient titration and dosing levels that need to ramp up. And so the revenue ramp is going to be gradual. But the important takeaway is that over the long term, we continue to believe that it's a very meaningful multibillion dollar opportunity."
**"Q3 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 20 October 2021 8:00 AM, p. 13.**

"[CEO Vounatsos:] We continue to stand behind the data. And we believe the long-term prospects are significant in terms of value creation. We believe the competition will enlarge the market and epidemiology being so large that there is room for 4 actors, and out of the 4, we have 2. And it's a global play also."
**"Q3 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 20 October 2021 8:00 AM, p. 14.**

### 3. Market Commentary Underscores the Economic Materiality of the Alleged Misrepresentations and Omissions

149. Commentary from market participants further confirms the valuation relevance of the alleged misrepresentations and omissions. As shown in §IV above, the subjects the alleged misrepresentations and omissions addressed were a primary focus of investment community commentary. The positive reassurances in the alleged misrepresentations addressed and assuaged concerns analysts and investors expressed, which otherwise would have negatively impacted the valuations of Biogen stock.

150. Below are additional examples:

> "[Marc Goodman, SVB Leerink analyst:] So what will you tell the doctors about how long the patient should stay on the drug? I'm just curious about your interactions with the payers and what the payers are saying about how long they'll pay for the drug.
>
> [CEO Vounatsos:] What an important question and the fascinating part of science that yet did not deliver its full answer. We see benefit in our long-term extension of our Phase I PRIME [B] study 5 years after dosing. And this is certainly an era that we need to continue to investigate. Al will add more color.
>
> [EVP Sandrock:] I agree with you, Michel. We continue to see reduction of amyloid plaque over many years in the extension study. We also heard from patients, many of them testified at the FDA Advisory Committee that when aducanumab was stopped after years of treatment, that they didn't feel quite as good and they felt worse. And then they felt better when they were restarted. We heard that testimony. And so -- and I also agree that this needs further study.
>
> [Marc Goodman, SVB Leerink analyst:] And the payers are not going to limit you to a short period of time, for instance, like the 18 months that were in the studies? The discussions are basically the payers are going to pay for many years?
>
> [EVP Sandrock:] I see no reason to limit it to 18 months based on the data we have at hand."
> **"Biogen Inc to Discuss the Approval of ADUHELM Call," *Refinitiv*, conference call, 8 June 2021 8:00 AM, pp. 9-10.**

"[Cory Kasimov, JPMorgan analyst:] I'll add my congratulations to the team on this pretty momentous approval. Wanted to follow up on pricing. What's your expectation for the out-of-pocket cost for a Medicare patient? And how concerned are you about Medicare budgets and the backlash the industry may face over this price point? And how much did that factor into your consideration of choosing this price?

[CEO Vounatsos:] Thank you for the question. And obviously, as you're well aware, there is a -- the coverage will be fragmented the way it is between commercial, Medicare, Medicaid. And my colleagues will give more details on the budget and the way we engage with CMS and the authorities as good partners, and Alisha will add too on what it means as per the different segments of the Medicare plan. We anticipate that 80% of the lives will be covered by Medicare, approximately. Medicare is also fragmented in terms between Advantage, fee-for-service. Chirfi, on the overall sustainability, critical.

[EVP Guindo:] Yes. So thank you for the question. So we believe that the real budget impact of Alzheimer's in the United States, according to the Alzheimer's Association, is about $600 billion a year. So the real question is, what would happen if you have a treatment that might have a meaningful impact on the total cost? That's kind of how we would like to frame the conversation. Having said that, as we discussed earlier, we believe that with our responsible pricing, our willingness to engage and learn in the coming years, we will be working with CMS, we will be working with the private payers to make sure that there is sustainability in the total budget.

The last thing I'll say before I hand over to Alisha is we do not foresee a kind of a hockey stick effect, which was seen in other areas, other product introductions. This is going to be a gradual increase, as Mike mentioned, because you need infrastructure for care and you need testing and the patient journey that was alluded to. So the budget overall is one that will be predictable, and we will work with the payers to make sure that it is sustainable for the system.

[President Alaimo:] Thank you, Chirfi. And obviously, this is a very important question. I love that you asked it. Because as you know, the cost that's typically in the headlines is always the wholesaler acquisition cost. However, patients really want to know what their out-of-pocket costs will be. Patient out-of-pocket costs are highly dependent on their insurance coverage. Now keep in mind, as Michel has said, the majority of the Alzheimer's patients are going to be over 65 or older, and they're expected to be covered by Medicare either through fee-for-service or Medicare Advantage.

So here's a couple of differences for you. Most Medicare fee-for-service enrollees also have secondary coverage, and this limits their out-of-pocket exposure, which is a good thing. Patients who are covered by Medicare through a Medicare Advantage plan have a maximum annual out-of-pocket cap, and this will also vary by plan that each patient is on. Now for the eligible commercially insured patients, we do have in place co-pay and infusion cost assistance programs that may reduce the out-of-pocket costs to as low as $0. Biogen and Eisai are committed to providing access to ADUHELM for patients across a spectrum of financial situations."
**"Biogen Inc to Discuss the Approval of ADUHELM Call,"** ***Refinitiv*****, conference call, 8 June 2021 8:00 AM, pp. 12-13.**

"Net-net, while this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for BIIB as the majority of potential Adu users are covered by Medicare."
**"BIIB – CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates," by Yatin Suneja and Eddie Hickman, Guggenheim, analyst report, 12 July 2021, p. 1.**

"[Michael Yee, Jefferies analyst:] We had a question on early launch dynamics for ADUHELM. Maybe you can comment about the 325 sites. How those are going? Are they ready to dose patients? But more importantly, reimbursement, access. And specifically, whether there's anything you can do with CMS to strike a deal or anything like that. Because I think those are the 2 bottlenecks or dynamics that people are going to get through."
**"Q2 2021 Biogen Inc Earnings Call,"** ***Refinitiv*****, conference call, 22 July 2021 8:00 AM, p. 12.**

"Medicare coverage is essential to the commercial future of Aduhelm, given that the majority of Alzheimer's patients in the U.S. are on Medicare."
**"Biogen's Alzheimer's Drug Has Another Shot at Success – Barrons.com," by Josh Nathan-Kazis,** ***Dow Jones Institutional News*****, 7 January 2022 3:39 PM.**

"This week, Biogen has a shot at redemption, and a chance to salvage Aduhelm's commercial prospects. The Centers for Medicare and Medicaid Services, which oversees the Medicare program, is set to release a draft ruling by Wednesday on whether Medicare will cover Aduhelm, as well as other drugs that attempt to treat Alzheimer's the same way that are expected to be approved in the future."
**"Biogen's Alzheimer's Drug Has a Shot at Redemption This Week. Will It Be Enough?" by Josh Nathan-Kazis,** ***Barron's*****, 10 January 2022 4:15 AM.**

### 4. Event Study

151. The economic materiality of Biogen's misrepresentations and omissions is also confirmed by empirical event study analysis. Event study analysis proves that announcements and events that informed analysts and investors that the Aduhelm launch would not be as successful as they were led to believe caused the price of Biogen stock to decline.

152. When the market learned that payers were balking at covering the high price of Aduhelm, that commercial insurers and MACs were providing limited or no coverage during the pendency of CMS's NCD, and that the foregoing would impair the commercial viability of Aduhelm, the price of Biogen stock fell significantly.

153. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. MacKinlay [1997] presents a description and examples of the methodology and writes of its general acceptance and wide use in academic research.[142] Gold et al. [2017] explain that the methodology is generally accepted and widely used in forensic applications.[143]

154. An event study investigates whether a stock price reacted to the release of new information. A statistically significant stock price reaction in response to the release of new information indicates that the new information caused the change in price. An event study also measures how much a stock price rises or falls in response to new, company-specific information.

155. One component of an event study is a statistical regression analysis that determines how much of a stock price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a stock price change that cannot be attributed to market or sector factors is called the residual security price movement, or "residual return." The event study isolates and quantifies the residual return and also tests whether the residual return can reasonably be explained as merely a random fluctuation in price.

---

[142] "Event Studies in Economics and Finance," by A. Craig MacKinlay, *Journal of Economic Literature*, Vol. 35, 1997.

[143] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

156. The statistical significance of a stock return on an identified event date indicates that the residual return cannot be attributed to market and sector factors, or to random volatility, but rather was caused by new, company-specific information.

### a. Significant Corrective Disclosure Events

157. Biogen's stock price at the start of the Class Period stood at $395.85 per share. By the close of trading on 9 September 2021, the first trading day following the end of the Class Period, Biogen's stock price had fallen to $300.15 per share, down $95.70, or 24.2% since the start of the Class Period.

158. While a protracted sequence of adverse events served to inform the market that it had been misled by the alleged misrepresentations and omissions, to establish loss causation, it is sufficient to identify that just some of these disclosure events elicited statistically significant single-day stock price declines. For the quantification of damages, however, it is conservative to focus on only the individual disclosure events that elicited statistically significant declines, because the steady stream of losses sustained on other days when the market gradually learned the truth are also damages caused by the alleged misrepresentations and omissions. To be conservative however, both for the loss causation and damages analyses, I focused on disclosure events that prompted statistically significant single-day declines. Thus, declines that were reasonably caused by corrective disclosure events but fell below the threshold for statistical significance were excluded from the measure of damages.

159. The Complaint identifies a number of dates on which events informed the market that the launch of Aduhelm would not be as successful and the Company's misrepresentations and omissions portrayed it would be. I independently analyzed the Company news and announcements that transpired over the course of the Class Period to confirm that certain announcements and events constituted corrective disclosures – that is, informed the market that their original concerns about coverage and prescription were justified and that they had been led to dismiss those reservations by the alleged misrepresentations and omissions.

160. I reviewed a wide variety of information sources, including Company announcements, Company conference call transcripts, news articles, press releases, news media commentary, analyst reports, and SEC filings to determine when information related to the

alleged misrepresentations and omissions was disseminated. Due to all of the facts and circumstances surrounding the FDA's approval of Aduhelm (including that it was the first Alzheimer's drug approved in nearly two decades, the drug carried a $56,000 price tag, and Aduhelm was not proved to have efficacy in reversing or treating the debilitating manifestations of Alzheimer's) the amount of news coverage and controversy in the weeks and months following the approval was mammoth. For example, from 7 June 2021 to 9 September 2021, the last identified corrective disclosure date, there were at least 1,428 news articles published about Biogen, an average of 15 articles per day.[144]

161. While the stock price fell over $95.70 per share over the course of the Class Period, there were statistically significant one-day stock price declines on certain major corrective disclosure dates.

162. I identified the following events and dates when disclosures and events incrementally revealed the previously concealed truths, thereby correcting the alleged misrepresentations and omissions:

i. 24 June 2021

- Following Senator Bernie Sanders' criticism of the Aduhelm pricing, and the Company's announcement that it would work with payers to reduce the cost, after the close of trading on 23 June 2021, *The Boston Globe* reported that CMO Sherman of Point32Health declared that Biogen should cut Aduhelm's price by a factor of 10, threatened noncoverage of Aduhelm given the $56,000 list price of the drug, and looked to CMS for guidance on coverage for patients on Medicare Advantage.[145]
- Resistance and criticism grew louder as also after the market close on 23 June 2021, *STAT+* reported that Senators Elizabeth Warren and Bill Cassidy had written a letter to the Senate Finance Committee asking the Committee to "take a deeper look at how Biogen's controversial and pricey new Alzheimer's drug, Aduhelm, will affect the Medicare program."[146] In the letter, Senators Elizabeth Warren and Bill Cassidy

[144] Factiva news articles from 7 June 2021 to 9 September 2021, downloaded using the following search parameters: All Sources; All Authors; Company: Biogen Inc.; All Subjects; All Industries; All Regions.

[145] "State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.

[146] "Bipartisan Pair of Senators Calls on Congress to Examine Expensive New Alzheimer's Drug," by Nicholas Florko, *STAT+*, 23 June 2021 5:22 PM.

reportedly noted that "the size of the patient population eligible for Aduhelm, coupled with its high price, could lead to potentially catastrophic impacts on Medicare."[147] In the morning on 24 June 2021, Senator Bill Cassidy published the letter on his website, which read in part, "FDA approval does not guarantee Medicare coverage."[148]

- During trading hours on 24 June 2021, Secretary Becerra stated that coverage of Aduhelm by Medicare and Medicaid was "an outstanding question," and decisions were yet to be made regarding "how it's treated, if it will be reimbursed, how much, and so forth."[149]
- These comments undercut the Company's prior representations that i) Aduhelm's price was set after extensive consultation with payers, and ii) Aduhelm's coverage by Medicare could be presumed on the basis of the FDA approval. The events unfolding on the evening of 23 June 2021 and during the next day undercut the Company's positive representations characterizing how the pricing of Aduhelm would likely be received, how Medicare coverage could be presumed, and began to inform the market of the much more negative truth that was allegedly known by the Company but concealed from the public. The market began to learn that Aduhelm's launch was in trouble.

ii. 15 July 2021

- In the morning on 15 July 2021, UnitedHealth, "the largest private insurer offering Medicare Advantage coverage to seniors,"[150] announced that it would not take a position on whether it would cover Aduhelm pending and until at least after CMS issued its own coverage ruling.[151]
- Lead Plaintiff alleges that the UnitedHealth noncoverage announcement was a corrective disclosure, because it ran contrary to the misrepresentations and omissions about payer coverage.[152]

---

[147] "Bipartisan Pair of Senators Calls on Congress to Examine Expensive New Alzheimer's Drug," by Nicholas Florko, *STAT+*, 23 June 2021 5:22 PM.

[148] "Cassidy, Warren Call for Hearing on New Alzheimer's Disease Drug Aduhelm," by Senator Bill Cassidy and Elizabeth Warren, press release, 24 June 2021 9:04 AM, accessed at: https://www.cassidy.senate.gov/newsroom/press-releases/cassidy-warren-call-for-hearing-on-new-alzheimers-disease-drug-aduhelm/.

[149] "Building a Healthier America – Secretary Becerra's First 100 Days," by U.S. Department of Health and Human Services, *YouTube*, 24 June 2021 1:57 PM.

[150] "Biogen Alzheimer's Drug Hits Roadblocks with Some Hospitals, Insurers," *Reuters News*, 15 July 2021 2:27 PM.

[151] "Q2 2021 UnitedHealth Group Inc Earnings Call," *Refinitiv*, conference call, 15 July 2021 8:45 AM, p. 10.

[152] Complaint, ¶¶113 and 139.

iii. 9 September 2021

- On 9 September 2021, at the Morgan Stanley Global Healthcare Conference, Biogen admitted that the product launch was disappointing and traced the reasons for the poor performance to the coverage issue. The Company admitted that it had encountered resistance and uncertainty regarding reimbursement, which admission ran contrary to the Company's alleged misrepresentations and omissions made at the time Aduhelm was approved. President Alaimo stated that the "majority of sites were waiting for clarity on reimbursement."[153] This impediment to uptake and coverage would persist, according to the Company's disclosure, until the release of an NCD ruling. President Alaimo also cited operational issues, and concerns and questions over clinical data and the approval process.[154]
- Lead Plaintiff alleges that the slow uptake in Aduhelm's launch was not a surprise to the Company given the Company's prior understanding of the issues addressed. If so, the disappointing launch would not have been surprising to the market if there had been full, honest, and timely disclosure to the public about what the Company knew and had been discussing internally.

b. Isolating the Impact of Company-Specific Information

163. Event study analysis measures how much of Biogen's stock price movement following each event was driven by Company-specific information as opposed to market and industry sector factors.

164. The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically behaves in relation to the market and its industry sector, and then using the regression model to determine how much of each specific event day's actual return is explained by the market and industry sector factors. The portion of the stock return that is apportioned to market and industry sector factors is called the explained return.

---

[153] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, p. 4.

[154] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, pp. 3-4.

165. The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and industry sector effects.

166. For the loss causation and damages analysis, I executed the same regression analysis that I performed for my prior market efficiency analysis. Specifically, I ran a regression modeling the return of Biogen stock as a function of i) a constant term, ii) the return of the overall stock market, iii) a pharmaceutical sector index return, and iv) a biotechnology sector index return.

167. For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index ("Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

168. For the industry sector factors, I used the same sector indices that Biogen identified as representative of its industry sectors for SEC Regulation S-K disclosure purposes. Regulation S-K requires a public company to identify an index or peer group that is representative of its industry sector.[155] In its annual report, Biogen compared the performance of its shares to two sector indices: the Nasdaq Pharmaceutical Index and the Nasdaq Biotechnology Index.[156]

169. Because Biogen stock was a constituent of the Nasdaq Biotechnology Index, I reconstructed the index to remove Biogen stock to arrive at an adjusted sector index that excludes Biogen (the "Biotechnology Index"). This adjustment is necessary to mitigate the simultaneity of effects, wherein Biogen's stock returns would otherwise both cause as well as be caused by changes in this index. Biogen stock was not a constituent of the Nasdaq Pharmaceutical Index (the "Pharmaceutical Index"; together with the Biotechnology Index, the "Sector Indices"). The Sector Indices appropriately incorporate payment of dividends by the constituent companies.

---

[155] 17 CFR §229.201.

[156] Biogen Inc., Form 10-K for fiscal year ended 31 December 2020, filed 3 February 2021, p. 50; Biogen Inc., Form 10-K for fiscal year ended 31 December 2021, filed 3 February 2022, p. 55; and Biogen Inc., Form 10-K for fiscal year ended 31 December 2022, filed 15 February 2023, p. 45.

170. All returns used in the regression are logarithmic returns – i.e., the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages.

171. Biogen's stock prices, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents the returns of the Market Index and the Sector Indices.

172. I used the same set of dummy variables in the regression model as I did in the Feinstein Report to control for the potentially abnormal returns on earnings announcement dates, the dates of FDA actions with respect to Aduhelm, and the two days with rumors and news regarding a potential acquisition of Biogen by the Samsung Group. Using dummy variables to control for potentially atypical observations in the regression estimation period so that the model parameters more precisely reflect typical stock price dynamics is a widely used and generally accepted methodology.[157]

173. I ran the regression on daily returns covering the full year ending on 11 January 2022 (the "Examination Period") – the same Examination Period utilized in the Feinstein Report. The choice of using data surrounding the event dates for the regression estimation period is a widely used and generally accepted practice in event study analysis.[158]

174. The regression results are presented in Exhibit-6.

175. For each date in the Class Period, I computed the explained portion of Biogen's stock return by adding i) the estimated regression intercept term, ii) the day's Market Index return multiplied by the Market Index regression coefficient, iii) the day's Pharmaceutical Index return multiplied by the Pharmaceutical Index regression coefficient, and iv) the day's Biotechnology Index return multiplied by the Biotechnology Index regression coefficient. I then computed the residual return for each date by subtracting the explained return from the actual return.

---

[157] *See, e.g.,* "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, Vol. 13, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David Larcker et al., *Journal of Financial and Quantitative Analysis*, Vol. 15, No. 2, 1980.

[158] *See*, "Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar, Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 5.

176. The results of the event study focusing on corrective disclosures are presented below and summarized in Exhibit-7. The event study results for all dates during the Class Period are presented in Exhibit-8.

### 5. Event Study Results and Analysis

#### a. 24 June 2021

177. On 24 June 2021, the price of Biogen stock fell 6.31% (on a logarithmic return basis). The Market Index return that day was a positive 0.65%, the Pharmaceutical Index return was 1.25%, and the Biotechnology Index return was 1.60%. Based on the regression model, the explained return on Biogen stock was 0.92%. The difference between the actual return of -6.31% and the explained return of 0.92% is a statistically significant residual return of -7.23%, which is equivalent to a decline of $25.93 per share. This residual return is associated with a *t*-statistic of -4.72, which is statistically significant at the 99% confidence level.

178. This statistical result establishes that Company-specific information caused the residual stock price decline on 24 June 2021. Based on the content of the information disclosed that day, which partially corrected the prior alleged misrepresentations and omissions, based on consideration of potentially confounding information (discussed in detail below), and based on financial valuation principles, analyst commentary, and the statistical significance of the elicited stock price decline on 24 June 2021, I conclude that the alleged misrepresentations and omissions caused investor losses that day.

#### b. 15 July 2021

179. On 15 July 2021, the price of Biogen stock fell 7.03% (on a logarithmic return basis). The Market Index return that day was -0.39%, the Pharmaceutical Index return was -0.54%, and the Biotechnology Index return was 0.30%. Based on the regression model, the explained return on Biogen stock was -0.55%. The difference between the actual return of -7.03% and the explained return of -0.55% is a statistically significant residual return of -6.48%, which is equivalent to a decline of $22.10 per share. This residual return is associated with a *t*-statistic of -4.23, which is statistically significant at the 99% confidence level.

180. This statistical result establishes that Company-specific information, which included information that partially corrected the prior alleged misrepresentations and omissions, caused the residual stock price decline on 15 July 2021.

c. 9 September 2021

181. On 9 September 2021, the price of Biogen stock fell 6.89% (on a logarithmic return basis). The Market Index return that day was -0.29%, the Pharmaceutical Index return was -2.13%, and the Biotechnology Index return was 0.59%. The explained return from the regression model was -1.46%. The difference between the actual return of -6.89% and the explained return of -1.46% is a statistically significant residual return of -5.43%, which is equivalent to a decline of $16.98 per share. This residual return is associated with a *t*-statistic of -3.54, which is statistically significant at the 99% confidence level.

182. Based on the nature of the information disclosed on 9 September 2021, which corrected the prior alleged misrepresentations and omissions, and based on financial valuation principles, analyst commentary, and the statistical significance of the elicited stock price decline on 9 September 2021, I conclude that the alleged misrepresentations and omissions caused investor losses that day.

## VII. DAMAGES

183. The "out-of-pocket" measure of damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price had there been no alleged fraud (the "but-for price"). This difference, the difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud, is "artificial inflation."

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
> **"Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6 (internal citations omitted).**

184. The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how much of that artificial inflation was actually lost by the investor during their holding period. Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.

185. The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides the following further limitation on recoverable damages relating to a 90-day "bounce-back rule:"

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."
> **15 U.S.C. §78u-4(e)(1).**

186. For Class members who sell within the 90-day period referred to in the statute, the PSLRA limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold.[159]

[159] 15 U.S.C. §78u-4(e)(2).

187. The mean per share trading price of Biogen stock during the 90 days beginning on 9 September 2021 is $272.02. Biogen stock closing prices from 9 September 2021 through 7 December 2021 are included in Exhibit-4. The PSLRA 90-day bounce-back rule limitation can be applied formulaically to the calculation of per security damages for all Class members.

### A. Quantifying Losses Precipitated by Corrective Disclosures in Order to Construct the Inflation Ribbon

#### 1. Losses Precipitated By Corrective Disclosures Is Dissipation of Artificial Inflation

188. Section 10(b) damages are a function of how much the alleged misrepresentations and omissions artificially inflated a security price and how much the security price fell in value when the artificial inflation dissipated. To compute damages for all Class members, therefore, one must compute an inflation ribbon, which is the time series of artificial inflation caused by the alleged fraud.

189. The inflation ribbon in this case can be constructed by working chronologically backwards from the market's 9 September 2021 reaction to the final corrective disclosure. When a security price falls on account of a corrective disclosure, inflation dissipates. Inflation prior to a corrective disclosure must be greater than the inflation following the disclosure. The residual price decline elicited by the corrective disclosure (which excludes any decline attributable to confounding information) measures how much artificial inflation dissipated due to the corrective disclosure, and therefore also measures the additional artificial inflation that had been in the security price prior to the disclosure. The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus any inflation remaining afterward.

190. Using the fraud-related price declines elicited by corrective disclosures to measure the amount of inflation that was in a security price is a widely used and generally accepted methodology.[160]

[160] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

191. While the event study established that the price of Biogen stock fell in reaction to Company-specific information on the corrective disclosure dates, to measure the magnitude of the respective declines caused by the corrective disclosures, one must consider whether there was also Company-specific non-allegation-related information simultaneously disseminated on those days. The negative valuation effect of adverse confounding information, if any, should be removed to isolate the valuation effect of the corrective disclosures.

192. If confounding information has a positive valuation effect, such that it countervails against the negative valuation effect of the corrective disclosures, non-removal of the positive confounding information effect produces a conservatively low measure of the decline caused by the corrective disclosures.

193. I understand that Lead Plaintiff will provide the below analysis to a jury from which it may attribute a proportionate amount of the per share losses to Defendants' fraud and a portion of the losses to other factors.

### 2. Per Share Decline Caused by the 24 June 2021 Disclosure

194. As discussed above, announcements and events after the market's close on 23 June 2021 and during the day on 24 June 2021 constituted a partially corrective disclosure, as from these events the market learned some of what the Company had previously allegedly misrepresented and concealed. But for the alleged misrepresentations and omissions, the adverse announcements and events would have been anticipated by the market rather than surprises.

195. According to the event study, the residual return for Biogen stock on 24 June 2021 was a statistically significant -7.23%, or -$25.93 per share. From the high statistical significance of that residual stock return, one may conclude that the 24 June 2021 residual stock price decline was caused by Company-specific information.

196. I examined all Company news that emerged between the close of trading on 23 June 2021 and the close of trading on 24 June 2021 in order to assess whether any other news besides the corrective disclosure could have contributed to the residual stock price decline on 24 June 2021. That is, I searched for confounding information.

197. On 24 June 2021, the FDA granted Breakthrough Therapy designation to Eli Lilly's antibody therapy for Alzheimer's disease.[161] Eli Lilly also stated their intention to submit in 2021 a biologics license application for donanemab under the accelerated approval pathway.[162] Eli Lilly's product would compete with Aduhelm. Analysts expressed that while competition from Eli Lilly was anticipated, they now knew that this competition would come earlier than previously expected.[163]

198. The valuation impact of the Eli Lilly news can be valued, accounted for, and removed from Biogen's residual stock price decline experienced on 24 June 2021. Guggenheim performed a valuation analysis that determined the per-share impact of the Eli Lilly news on Biogen's stock price.[164] Guggenheim reported that it performed a valuation of Biogen stock that was based on market conditions before the 24 June 2021 developments, but was adjusted to incorporate the news of the earlier-than-expected Eli Lilly competition. Based on this valuation, Guggenheim reduced its price target for Biogen stock by $9.00 per share:

> "Valuation: Following the results of this survey and the faster-than-expected entrance of competition, we are decreasing our PT for BIIB to $446 (from $455). Our new PT [price target] is derived from a SOTP [sum of the parts] NPV [net present value] analysis that includes: (1) NPV of current BIIB base business (not including Aduhelm) at a discount rate of 8% (NPV/share = $213), (2) a NPV analysis of Aduhelm that includes peak global revenue at >$15B and peak U.S. revenue at >$11B at 20% penetration into the market (NPV/share = $209, lowered from $217), (3) pipeline value (NPV/share = $50), and (4) net cash (NPV/share =$-26)."
> **"BIIB – Our Proprietary Physician Survey Suggests High Awareness for Amyloid-Beta Therapies; KOLs Have a Positive view on LLY's Donanemab," by Yatin Suneja et al., Guggenheim, analyst report, 29 June 2021, p. 3.**

---

[161] "Lilly's Donanemab Receives U.S. FDA's Breakthrough Therapy Designation for Treatment of Alzheimer's Disease," *PR Newswire*, press release, 24 June 2021 6:45 AM.

[162] "Lilly's Donanemab Receives U.S. FDA's Breakthrough Therapy Designation for Treatment of Alzheimer's Disease," *PR Newswire*, press release, 24 June 2021 6:45 AM.

[163] *See, e.g.*, "BIIB – Aducanumab Doc Poll #3 and (Previous) Buyside Survey," by Cory Kasimov et al., JPMorgan, analyst report, 7 May 2021; "Why the Aducanumab FDA Decision Might be Positive," by Thomas Shrader and Kaveri Pohlman, BTIG, analyst report, 1 June 2021; and "Alzheimer's Space Heating Up Faster than Expected," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 24 June 2021.

[164] "BIIB – Our Proprietary Physician Survey Suggests High Awareness for Amyloid-Beta Therapies; KOLs Have a Positive view on LLY's Donanemab," by Yatin Suneja et al., Guggenheim, analyst report, 29 June 2021.

199. Therefore, Guggenheim determined that the Eli Lilly competition development had at most a negative $9.00 per share impact on Biogen stock. I reviewed and accept Guggenheim's indicated attribution of at most $9.00 per share of negative price impact to the Eli Lilly development.

200. It is noteworthy that Eli Lilly's efforts to advance its competition to Biogen could have been due at least in part to the unfolding resistance to Biogen's product, which would mean that that competition news was not entirely confounding, but rather a consequence of the allegation-related corrective disclosures. As such, less than the $9.00 per share amount attributed to the Eli Lilly news is truly the effect of confounding information. I understand that Lead Plaintiff will present evidence supporting that some of this $9.00 per share decline attributable to the Eli Lilly news constitutes damages caused by the alleged misrepresentations and omissions. However, to provide a conservative measure of damages, in this report I treat all of the $9.00 as stemming from confounding information.

201. Based on statistical analysis, Company information caused the price of Biogen stock to fall $25.93 per share on 24 June 2021. Of this amount, $9.00 is attributable to confounding information determined or assumed to be unrelated to the alleged fraud. The remaining $16.93 per share decline was caused by disclosures partially correcting alleged misrepresentations and omissions. This $16.93 per share decline is the dissipation of artificial inflation caused by the alleged misrepresentations and omissions and constitutes a loss shareholders suffered as a result of the alleged misrepresentations and omissions.

### 3. Per Share Decline Following the 15 July 2021 Corrective Disclosure

202. According to the event study, the residual return for Biogen stock on 15 July 2021 was a statistically significant -6.48%, or -$22.10 per share. From the statistical significance of the stock return, one may conclude that the 15 July 2021 residual stock price decline was caused by Company-specific information.

203. I examined all Company news that emerged between the close of trading on 14 July 2021 and the close of trading on 15 July 2021 in order to assess whether any other news besides the corrective disclosure about UnitedHealth's decision (not to cover Aduhelm until at least

after CMS issued its own coverage ruling)[165] could have contributed to the residual stock price decline on 15 July 2021. That is, I searched for confounding information.

204. After the close of trading on 14 July 2021, *The New York Times* reported that the Cleveland Clinic and Mount Sinai's health systems would not administer Aduhelm to patients.[166]

205. There are good reasons to conclude that while the report about the Cleveland Clinic and Mount Sinai was newsworthy, the report would not have had substantial impact on the Biogen stock price on 15 July 2021. First, the Cleveland Clinic decision was not new news on this date, as it had already been publicized in Mizuho's analyst report published after the close of trading on 13 July 2021. Thus, any impact on the Biogen stock price relating to the Cleveland Clinic's decision would have already occurred on 14 July 2021.[167] Further, Mizuho noted that although the Cleveland Clinic had decided not to administer Aduhelm, Cleveland Clinic patients could still receive Aduhelm as doctors at the Cleveland Clinic were looking to other sites where their patients could receive the treatment.[168] Moreover, Mizuho did not alter its Biogen valuation in light of the Cleveland Clinic news; it maintained its price target for Biogen stock.[169] Biogen's stock price did not fall when Mizuho broke the news about the Cleveland Clinic's decision. The stock price on 14 July 2021 closed at $352.06, increasing from the prior day's close at $351.92.

206. Additionally, the market had known since the start of the Class Period that Aduhelm's efficacy was questionable and would lead to some prescriber resistance during the treatment's launch.[170]

---

165 "Q2 2021 UnitedHealth Group Inc Earnings Call," *Refinitiv*, conference call, 15 July 2021 8:45 AM, p. 10.

166 "Cleveland Clinic and Mount Sinai Won't Administer Aduhelm to Patients," by Pam Belluck, *The New York Times*, 14 July 2021 10:54 PM.

167 "Alzheimer's Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab," by Vamil Divan et al., Mizuho, analyst report, 13 July 2021 [BIOGEN_OKFPRS-00881379-86 at 79].

168 "Alzheimer's Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab," by Vamil Divan et al., Mizuho, analyst report, 13 July 2021 [BIOGEN_OKFPRS-00881379-86 at 79].

169 "Alzheimer's Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab," by Vamil Divan et al., Mizuho, analyst report, 13 July 2021 [BIOGEN_OKFPRS-00881379-86 at 79].

170 "Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," Company press release, 6 November 2020. *See also*, "3 Things Interesting for Launch…New Growth Story and Other Tidbits – PT $500," by Michael Yee et al., Jefferies, analyst report, 7 June 2021, p. 3.

207. Given that i) the Cleveland Clinic is larger than Mount Sinai,[171] ii) the Cleveland Clinic news did not cause Mizuho to alter its valuation of Biogen Stock, and iii) the Cleveland Clinic news was not followed by a decline in Biogen's stock price when it was reported in the 13 July 2021 Mizuho analyst report, it is reasonable that the Mount Sinai news would also not cause Biogen's stock price to decline.

208. The basis for Mount Sinai's decision – an investigation into the Biogen-FDA relationship – was not a new development. During trading hours on 9 July 2021, FDA Commissioner Woodcock announced that she had asked the Office of Inspector General for the U.S. Department of Health and Services to conduct an independent review of the process by which Aduhelm was approved.[172] The tweet specifically asked the Office of Inspector General to assess the interactions between representatives of the FDA and Biogen during the Aduhelm approval process and to determine whether those interactions were inconsistent with FDA policies and procedures.[173] Commissioner Woodcock stated, "I have tremendous confidence in the integrity of the staff and leadership of the Center for Drug Evaluation and Research involved in the aducanumab review and their commitment to unbiased and science-based decision-making. … You have my personal commitment that the Agency will fully cooperate should your office undertake a review."[174]

---

[171] "Facts & Figures," Cleveland Clinic, accessed at: https://my.clevelandclinic.org/about/overview/who-we-are/facts-figures; and "About the Mount Sinai Hospital," Mount Sinai, accessed at: https://www.mountsinai.org/locations/mount-sinai/about.

[172] "Given the ongoing interest and questions, today I requested that @OIGatHHS conduct an independent review and assessment of interactions between representatives of Biogen and FDA during the process that led to the approval of Aduhelm," by Dr. Janet Woodcock, *Twitter*, 9 July 2021 12:49 PM, accessed at: https://x.com/DrWoodcockFDA /status/1413540801934774283.

[173] "Given the ongoing interest and questions, today I requested that @OIGatHHS conduct an independent review and assessment of interactions between representatives of Biogen and FDA during the process that led to the approval of Aduhelm," by Dr. Janet Woodcock, *Twitter*, 9 July 2021 12:49 PM, accessed at: https://x.com/DrWoodcockFDA /status/1413540801934774283.

[174] "Given the ongoing interest and questions, today I requested that @OIGatHHS conduct an independent review and assessment of interactions between representatives of Biogen and FDA during the process that led to the approval of Aduhelm," by Dr. Janet Woodcock, *Twitter*, 9 July 2021 12:49 PM, accessed at: https://x.com/DrWoodcockFDA /status/1413540801934774283.

209. Following Commissioner Woodcock's request that the inspector general of the Department of Health and Services review the FDA-Biogen relationship on 9 July 2021, analysts wrote that it was a positive development and was unlikely to have a tangible impact on Biogen or Aduhelm.

> "Negative 'headline' discussion has concerned the FDA's Janet Woodcock agreeing to have OIG take a look to determine whether an investigation is necessary into the FDA approval. In our view, ***this is positive*** as we would not expect the OIG, or anyone else, to find any major issues, providing final affirmation that FDA had a scientific rationale on which to approve the drug. Critically, Woodcock stated in her letter to the OIG: 'I have tremendous confidence in the integrity of the staff…and the trust of the American public…is the utmost importance to FDA. … we will continue to exercise transparency…' and 'we believe the review…will help ensure continued confidence in the integrity of FDA….' In short, while this is another controversy to deal with, we believe the info should show FDA had full authority to give an accelerated review, allowing markets to move on from this chapter."
> **"Yee Leaves: BIIB, MRNA, PRTA, etc and Thoughts and Notes from My Week," by Michael Yee et al., Jefferies, analyst report, 10 July 2021, p. 1 (emphasis added).**

> "Today's news is somewhat confusing given the magnitude of the controversy and likely outcome were apparent at the time of the AdCom panel (when Woodcock was already in the seat). We view this announcement as FDA defending its credibility by inviting external review, though the rationale for and process followed leading up to approval has already been made public (see docs). We believe it is ***highly unlikely the investigation will lead to a negative outcome for BIIB***, a view supported by our expert diligence (see below). Nevertheless, this serves as more negative headline noise which has been one of the key factors keeping many investors on the sidelines. ***We remain positive on BIIB***, based on the huge demand for Aduhelm, large market opportunity and base case assumption that reimbursement is established for the MCI/mild AD population."
> **"More Barking but Still Don't Expect Biting – FDA Head Calls for Investigation of Approval Process," by Colin Bristow et al., UBS, analyst report, 9 July 2021, p. 1 (emphasis added).**

> "The headline looks awful, though we would argue that Dr. Woodcock's letter appears to be more of a maneuver to alleviate pressure on FDA (she emphasized her confidence in the reviewers), and it centers around the nature of interactions/discussions, not the actual essence of the approval decision. … the actual content of Dr. Woodcock's letter ***doesn't seem to pique questions in a way that would actually impact aducanumab's marketing authorization***. … Ultimately an OIG investigation can create

> more noise for BIIB investors, and frequent media coverage surrounding disagreement/pushback from certain physicians, payers or congresspeople has weighed on the stock since it was >$400 on the day of approval. But again, with the caveat that nothing here since the day of Aducanumab's resurrection has been at all precedented, ***we don't see this development today as impacting Aducanumab's status as an approved drug***. And for the stock, we think once the Aducanumab launch ramps, the stock narrative will shift away from theoretical fears and towards actual fundamental drivers, like patients on therapy and revenues."
> **"Agency's OIG Ask Is More Noise and Stress for BIIB Holders, But Unlikely to Have a Tangible Impact on Aducanumab," by Paul Matteis et al., Stifel, analyst report, 9 July 2021, p. 1 (emphasis added).**

> "Regardless of the outcome, ***we don't think this process will impact Aduhelm approval***, but do believe that it will lead to added scrutiny on new drugs under review, which could provide additional hurdles for BIIB's anti-amyloid competition."
> **"BIIB – Our Take on the Woodcock Letter: Not Likely to Impact Aduhelm Approval, but Unwanted Attention Is Not Good," by Yatin Suneja and Eddie Hickman, Guggenheim, analyst report, 9 July 2021, p. 1 (emphasis added).**

> "Bottom line: Our KOL has seen other Inspector General investigations as well as government investigations into the FDA. That said she notes that this situation is highly unusual. The bottom line from our conversation was that Janet Woodcock is a quality individual, smart, with a great reputation. She has experience testifying in front of the government. In the KOL's mind the FDA investigation is likely meant to ensure FDA reputation is intact. Our KOL is of the view that Woodcock and Biogen will be able to sufficiently argue approval and price and hold their own. And given Woodcock's reputation, it is unlikely she would put it at risk by defending the FDA if she didn't stand behind their decision. ***Our KOL sees little likelihood of impact to Aduhelm*** minimal."
> **"Woodcock Has a Quality Reputation; IG/Gov't Investigations Likely Won't Have Adu Impact," by Robyn Karnauskas et al., Truist, analyst report, 14 July 2021, p. 1 (emphasis added).**

210. That the Cleveland Clinic and Mount Sinai news was not a highly economically material, negative development is supported by analyst commentary. For example:

> "Today's latest: Cleveland Clinic and Mt Sinai won't administer. Minor detail: technically, Cleveland Clinic docs can prescribe Aduhelm and pt would just have to get it elsewhere. I think the bigger theme here is fairly consistent with feedback we've been picking up from channel checks: there is a fairly binary response to Aduhelm. Some docs just don't think it works. Others believe it's an option for patients and no reason to deny it. In other

words, a binary receptivity to Aduhelm … and in that vein, ***Cleveland Clinic news isn't particularly surprising. For the math to 'work' on Aduhelm, the estimated peak penetration in target population basically needs to be ~20% or so. In other words, a fair # of academic centers etc. can stay on sidelines and math may still work.***

Here's what I am seeing on early feedback for launch: Lots of pent up interest from patients. While feedback from docs remains binary, even some of the skeptic docs are basically saying that they won't deny the option to their patients."
**"Tidbits on Commercial Uptake," by Umer Raffat, Evercore, analyst report, 15 July 2021, p. 1 (emphasis added).**

"Despite some medical centers refusing to administer Aduhelm, BIIB is targeting 900+ clinical sites for launch, which are key centers of excellence in large urban areas, which should nonetheless facilitate an accelerated uptake of Aduhelm by AD specialists."
**"Key Considerations Ahead of 2Q Results," by Jay Olson et al., Oppenheimer, analyst report, 18 July 2021, p. 5.**

"We have heard in the press reports that many sites have chosen not to move forward with the product right now, ***which is not unexpected***, while many still wait for the National Coverage Determination (NCD) decision."
**"Base Business Remains Resilient; Stay Tuned for Adu Launch," by Marc Goodman and Rudy Li, SVB Leerink, analyst report, 22 July 2021, pp. 1-2 (emphasis added).**

"Overall, we continue to be positive on BIIB stock and believe Aduhelm early noise, controversy, and debate can be an opportunity for investors, since the stock is down 30% off the peak of initial FDA approval in June (vs XBI -1%), and the market is worried about whether this drug is doomed. ***Yet rather than picking out 1-2 sites that came out publicly against Adu (for now), or talking to the same 3-4 docs that are negative on it (and constantly interviewed in the press), our proprietary survey work (here) and doc calls (here) suggest docs in fact do want to prescribe the drug*** and new commentary today by BIIB suggests things are also ramping up OK (albeit a bit slower than initially expected for a major approval heard around the country)."
**"Aduhelm Early But Demand Is High, Reimbursement Sorting Out…NT vs LT Thinking," by Michael Yee et al., Jefferies, analyst report, 22 July 2021, p. 1 (emphasis added).**

211. Nonetheless, following *The New York Times'* reporting on the Cleveland Clinic and Mount Sinai decisions, Mizuho analyst Salim Syed published another analyst report stating that although the Cleveland Clinic news was stale, and was characterized by investors as a "tidbit," in his view, the street may not have fully appreciated the implications.

> "The NYT is reporting tonight that the Cleveland Clinic won't administer Aduhelm. This is a point that came out yesterday during our Alzheimer's doc panel (note here). Feedback from investors today on this point was that it was an intriguing tidbit. But in my view, the point hasn't been fully digested by the Street on what it could mean."
> **"Cleveland Clinic Won't Administer Aduhelm ==> Risk to the ~$9Bn Peak Sales Consensus?" by Salim Syed, Mizuho, analyst report, 14 July 2021, p. 1.**

212. A number of analysts commented that the Cleveland Clinic and Mount Sinai news contributed to Biogen's stock price decline on 15 July 2021. For example, RBC wrote that negative headlines "continue to drive share weakness" and noted that the Cleveland Clinic and Mount Sinai news may cause other hospitals to make similar determinations.[175] Similarly, UBS stated, "public objections to use at the organization level from healthcare providers are somewhat surprising and are weighing on the stock."[176]

> "As we continue closely following Aduhelm newsflow – and negative headlines continue to drive share weakness - we share our latest thoughts following two major hospital systems reporting no plans to admin Aduhelm yesterday evening and ICER's CTAF public meeting late afternoon today.
> …
> As widely reported, two potentially bellwether clinics announced intent not to currently administer Aduhelm. Yesterday evening, it was reported that Cleveland Clinic and Mount Sinai - two of the largest hospital systems in the U.S. and both participants in aducanumab's pivotal trials - will not be administering Aduhelm. Though just two systems, and Mount Sinai has suggested they are simply waiting for guidance from CMS, we believe a key risk to monitor will be whether these largely publicized positions give other hospitals and systems more reason to follow suit."
> **"Cleveland and Sinai and ICER, Oh My!" by Brian Abrahams et al., RBC, analyst report, 15 July 2021, p. 1.**

---

[175] "Cleveland and Sinai and ICER, Oh My!" by Brian Abrahams et al., RBC, analyst report, 15 July 2021, p. 1.

[176] "Another Bad Week for BIIB/Aduhelm Sentiment – A Lot of Negative Expectation Priced in Here," by Colin Bristow et al., UBS, analyst report, 16 July 2021, p. 1.

> "While divided opinions among individual physicians on Adu is not new news, public objections to use at the organization level from healthcare providers are somewhat surprising and are weighing on the stock. We maintain our view that the fundamental demand will ultimately lead to meaningful sales but see a meaningful re-rating being gated by established reimbursement (NCD process initiated) and launch execution."
> **"Another Bad Week for BIIB/Aduhelm Sentiment – A Lot of Negative Expectation Priced in Here," by Colin Bristow et al., UBS, analyst report, 16 July 2021, p. 1.**

213. As analysts and the Company itself made clear, payer coverage for Aduhelm was a necessary requisite for the therapy's commercial success. Therefore, the announcement by UnitedHealth – "the largest private insurer offering Medicare Advantage coverage to seniors"[177] – that it would refrain from covering Aduhelm pending and until at least after CMS issued a coverage ruling was a highly adverse development that would negatively impact Biogen's stock price. The development was unexpected by investors on account of alleged Company misrepresentations and omissions.

214. The UnitedHealth news was a corrective disclosure event that closely mirrored the alleged misrepresentations and omissions about expected payer coverage and the Company's purported pre-launch efforts and engagement. While abundant evidence indicates that the stock price decline on 15 July 2021 was caused by the UnitedHealth news, and not the article reporting the Cleveland Clinic's and Mount Sinai's decisions, because numerous analysts attributed the stock price decline to the latter rather than the former, I cannot dismiss that the prescriber development did impact the Biogen stock price. As the two pieces of news are interrelated and have inextricable impacts on financial valuation metrics and the valuation of the Company and its stock, I cannot precisely quantify the impact of either piece of information with a reasonable degree of certainty. To provide a conservative and unassailable quantification of damages, therefore, I exclude the entire residual stock price decline on 15 July 2021 from the measurement of allegation-related inflation and damages.

[177] "Biogen Alzheimer's Drug Hits Roadblocks with Some Hospitals, Insurers," *Reuters News*, 15 July 2021 2:27 PM.

### 4. Per Share Decline Caused by the 9 September 2021 Corrective Disclosure

215. As discussed above, Company announcements on the morning of 9 September 2021 constituted corrective disclosure, as the market learned some of what the Company had previously allegedly misrepresented and concealed.

216. The Company admitted that the Aduhelm launch was disappointing, essentially a failure relative to what the market had been led to expect.[178] President Alaimo acknowledged that the launch went poorly, acknowledged that it would continue to progress poorly, and enumerated the factors responsible for the poor performance, both past and future.[179] Specifically, the Company admitted that it had encountered resistance and uncertainty regarding reimbursement, which admission ran contrary to the Company's pronouncements at the time Aduhelm was approved, but was consistent with what Lead Plaintiff alleges the Company anticipated from the start. Thus, these revelations were a corrective disclosure.

217. According to the event study, the residual return for Biogen stock on 9 September 2021 was a statistically significant -5.43%, or -$16.98 per share. From the statistical significance of the stock return, one may conclude that the 9 September 2021 residual stock price decline was caused by Company-specific information.

218. I examined all Company news that emerged between the close of trading on 8 September 2021 and the close of trading on 9 September 2021 in order to assess whether any other news besides the corrective disclosure could have contributed to the residual stock price decline on 9 September 2021. That is, I searched for confounding information.

219. At the Morgan Stanley Global Healthcare Conference on 9 September 2021, Biogen provided updates on Aduhelm.[180] President Alaimo enumerated three factors that caused the Aduhelm launch to fail, or, as she described them, the "3 main challenges that are

---

[178] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, p. 3.

[179] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, pp. 3-4.

[180] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM.

contributing to this gradual launch" of Aduhelm.[181] President Alaimo cited i) clinical data and the approval process, ii) operational issues, and iii) reimbursement issues.[182] The Company informed analysts and investors that revenue from Aduhelm would not be Biogen's focus in the ensuing months, but rather the focus would be on remediating the three factors contributing to the slower-than-expected launch of Aduhelm.[183] The attribution of the launch's failure to reimbursement issues, and the explication of the ramifications of the reimbursement issues going forward constituted corrective disclosure, informing the market of issues and ramifications that Lead Plaintiff alleges were known to the Company since the start of the Class Period and could have been disclosed earlier.

220. While the attribution of the launch's problems, past and future, to "reimbursement issues" was a corrective disclosure, the simultaneous attribution to "clinical data and the approval process," and "operational issues" are not allegation-related and therefore are confounding factors.

221. President Alaimo treated each factor equally, and did not identify as any one of the three as being more important than the others. The factors that President Alaimo highlighted are causally intertwined. For example, if a drug is not paid for by insurance, fewer prescribers will prescribe the drug, and hospitals will not invest in the equipment to administer it. Therefore, the reimbursement issue could reasonably have been given the most weight. However, to provide a conservative estimate of damages, I attribute equal weight to each of the three identified problems. This equal weight is consistent with the Company's weighting, which noted that these issues were the "3 main challenges."[184] As such, I attribute only one-third of the residual stock price decline on 9 September 2021 to damages.

---

[181] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, p. 3.

[182] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, pp. 3-4.

[183] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, p. 3.

[184] "Biogen Inc at Morgan Stanley Global Healthcare Conference (Virtual)," *Refinitiv*, conference call, 9 September 2021 9:30 AM, p. 3.

222. Based on statistical analysis, Company information caused the price of Biogen stock to fall $16.98 per share on 9 September 2021. Of this amount, two-thirds or $11.32 is attributable to confounding information determined or assumed to be unrelated to the alleged fraud. The remaining $5.66 per share decline was caused by disclosures correcting alleged misrepresentations and omissions. This $5.66 per share decline is the dissipation of artificial inflation caused by the alleged misrepresentations and omissions and constitutes a loss shareholders suffered as a result of the alleged misrepresentations and omissions.

223. I understand from Lead Plaintiff that the Company's attribution of a slower-than-expected launch to "operational issues" may have been a counterfactual excuse, and that the purported "operational issues" stem from the same facts or factors known to the Company at the start of the Class Period that were allegedly concealed from the market. That is, I understand that Lead Plaintiff may prove that the "operational issues" do not constitute confounding information, but rather stem from the fraud and are therefore a fraud-related corrective disclosure. If so, then two-thirds of the $16.98 per share residual stock price decline represents investor damages.

**B. Artificial Inflation During the Class Period**

224. From the corrective disclosures, the market learned the truth about the commercial launch of Aduhelm and the factors that contributed to the failed launched. Had analysts and investors been fully and honestly apprised by the Company at the start of the Class Period, rather than misled by the alleged misrepresentations and omissions, the stock price would have been lower at the outset of and throughout the Class Period, just as the stock price fell to a lower price when the truth was learned.

225. The artificial inflation in the price of Biogen's stock at the start of the Class Period was $22.59 per share. Per share artificial inflation fell by $16.93 on 24 June 2021 and $5.66 on 9 September 2021, as the sequence of adverse announcements and events manifesting the medical establishment's rejection of Aduhelm dissipated the artificial inflation, which inflation was due to the Company's misrepresentations and omissions.

226. Exhibit-9 presents the inflation ribbon for Biogen stock.

### C. Per Share Damages

227. Based on the foregoing analysis and statutory formulas, Section 10(b) damages range up to $22.59 per share, excluding prejudgment interest. A particular investor's per share damages depend on when during the Class Period the investor purchased the shares and if and when the investor subsequently sold those shares. Class members who sold their shares prior to the first corrective disclosure suffered no recoverable losses on those shares. Class members whose holding periods spanned no corrective disclosure similarly suffered no recoverable loss. Class members who bought at an artificially inflated price and sustained a loss when a corrective disclosure dissipated all or some of the artificial inflation suffered damages caused by the alleged misrepresentations and omissions.

228. As an example of how per share damages are computed for a particular investor, consider an investor who purchased Biogen stock on 9 June 2021 for $406.94 per share and sold those shares at the close of trading on 9 September 2021 for $300.15 per share. The artificial inflation on 9 June 2021 was $22.59 per share. At the close of trading on 9 September 2021, artificial inflation was zero, as all artificial inflation had been dissipated by the corrective disclosures by then. The reduction in artificial inflation over this investor's holding period is this investor's economic/inflation loss, which equals $22.59 per share. The investor's investment loss is $106.79 per share, equal to the $406.94 per share purchase price minus the $300.15 per share sale price. The recoverable per share damages are the lesser of the $22.59 per share economic/inflation loss and the $106.79 per share investment loss, which is $22.59 per share.

## VIII. LIMITING FACTORS AND OTHER ASSUMPTIONS

229. This report is furnished solely for the purpose of court proceedings in the above-referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of the report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work in this matter.



Steven P. Feinstein, Ph.D., CFA

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

## CASE LEGAL DOCUMENTS

- Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, dated 18 July 2024.
- Electronic Order to Certify Class, dated 5 September 2024.
- Electronic Order, dated 18 September 2024.
- Proposed Third Amended Action Complaint for Violation of the Federal Securities Laws, dated 13 November 2024.
- Remote Videotaped Deposition of Michael Yee, dated 19 December 2024.
- Videotaped Deposition of Michael Vounatsos, dated 10 January 2025.

## NEWS ARTICLES AND PRESS RELEASES

- "FDA Extends Review of Biogen, Eisai's Alzheimer's Drug," by Dave Sebastian, *The Wall Street Journal*, 29 January 2021.
- "Biogen Reports Fourth Quarter and Full Year 2020 Results," Company press release, 3 February 2021, accessed at: https://investors.biogen.com/news-releases/news-release-details/biogen-reports-fourth-quarter-and-full-year-2020-results.
- "FDA Approves Biogen's Alzheimer's Drug, the First to Slow the Disease; Biogen Drug Approved After Facing Doubts Over Whether It Slows Progression of Memory-Robbing Disease," by Joseph Walker, *The Wall Street Journal*, 7 June 2021 7:59 AM.
- "Biogen Alzheimer's Drug Approved in Disease Landmark (7)," *Bloomberg News*, 7 June 2021 3:35 PM.
- "First on CNBC: CNBC Transcript: Biogen CEO Michel Vounatsos Speaks with CNBC's 'Power Lunch' Today," CNBC, published 7 June 2021, 3:45 PM.
- "Biogen's Costly, Unproven Drug Feared as Health Budget Buster," by John Tozzi, *Bloomberg*, 8 June 2021 11:56 AM.
- "Two Doctors Have Resigned from a Prestigious Panel after the FDA Approved a Controversial Alzheimer's Drug," by Allison DeAngelis, *Business Insider*, 9 June 2021 1:15 PM.
- "FDA's Approval of Biogen's New Alzheimer's Drug Has Huge Cost Implications for Medicare and Beneficiaries," by Julliette Cubanski and Tricia Neuman, *KFF*, 10 June 2021 accessed at: https://www.kff.org/medicare/issue-brief/fdas-approval-of-biogens-new-alzheimers-drug-has-huge-cost-implications-for-medicare-and-beneficiaries/.
- "Third Member of FDA Expert Committee Resigns over Controversial Alzheimer's Therapy Decision," by Andrew Joseph, *STAT+*, 10 June 2021 4:45 PM.
- "Many Alzheimer's Experts Say Use of Aduhelm Should Be Sharply Limited," by Pam Belluck, *The New York Times*, 21 June 2021, 10:55 PM.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- "Biogen Exec Denies That New Alzheimer's Medicine Will Overwhelm Medicare – But Experts Disagree," by Leah Rosenbaum, *Forbes*, 22 June 2021 5:31 PM.
- "Biogen and Eisai Update for the Alzheimer's Disease Community," Company press release, 23 June 2021, accessed at: https://investors.biogen.com/news-releases/news-release-details/biogen-and-eisai-update-alzheimers-disease-community.
- "Biogen Expects Slow Alzheimer's Drug Uptake, May Reset Price (1)," by John Tozzi, *Bloomberg*, 23 June 2021 12:34 PM.
- "Bipartisan Pair of Senators Calls on Congress to Examine Expensive New Alzheimer's Drug," by Nicholas Florko, *STAT+*, 23 June 2021 5:22 PM.
- "State's Second-Largest Health Insurer Slams Biogen for Costly Alzheimer's Drug," by Jonathan Saltzman, *The Boston Globe*, 23 June 2021 8:52 PM.
- "Lilly's Donanemab Receives U.S. FDA's Breakthrough Therapy Designation for Treatment of Alzheimer's Disease," *PR Newswire*, press release, 24 June 2021 6:45 AM.
- "Senators Call for Hearing to Examine How Medicare Will Handle Biogen's New Alzheimer's Drug, by Zachary Brennan, Endpoints News, 24 June 2021 9:57 AM.
- "Warren, Cassidy Want Hearing on New Alzheimer's Drug Coverage," by Nathaniel Weixel, *The Hill*, 24 June 2021 10:28 AM.
- "Point32Health Challenges Aduhelm, Threatens Coverage for 1.1M Members," *Becker's Payer*, 24 June 2021, accessed at https://www.beckerspayer.com/payer/point32health-challenges-aduhelm-threatens-coverage-for-1-1m-members.html.
- "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," by Joseph Walker and Thomas Burton, *The Wall Street Journal*, 28 June 2021 5:30 AM.
- "Despite Pressure, Biogen's Alzheimer's Drug Still a Likely Blockbuster," by Charley Grant, *The Wall Street Journal*, 29 June 2021 7:00 AM.
- "FDA Approves Updated ADUHELM(TM) Prescribing Information to Emphasize Population Studied in Clinical Trials," *GlobeNewswire*, 8 July 2021 7:30 AM.
- "Some Blues Plans Won't Cover New Alzheimer's Therapy Aduhelm," by Denise Myshko, *Formulary Watch – Managed Healthcare Executive*, 12 July 2021 12:42 PM, accessed at: https://www.managedhealthcareexecutive.com/ view/some-blues-plans-won-t-cover-new-alzheimer-s-therapy-aduhelm.
- "*Biogen Asked to Provide Aduhelm Documents to U.S. House Panels," *Bloomberg News*, 12 July 2021 5:00 PM.
- "CMS Quick to Begin Formal Review of Biogen's Aduhelm," by Duane Wright, *Bloomberg Intelligence*, 13 July 2021 7:56 AM.
- "Biogen Drug Scrutiny Seen Adding Conditions to Medicare Coverage," by Jacquie Lee and Tony Pugh, *Bloomberg Law*, 13 July 2021 3:18 PM.
- "Cleveland Clinic and Mount Sinai Won't Administer Aduhelm to Patients," by Pam Belluck, *The New York Times*, 14 July 2021 10:54 PM.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- "Veterans Affairs Declines to Cover Biogen's Alzheimer's Drug over Effectiveness, Safety Concerns," by Ed Silverman and Damian Garde, *STAT+*, 11 August 2021.
- "VA Health System Won't Cover Biogen's Alzheimer's Drug," by Joseph Walker, *The Wall Street Journal*, 12 August 2021 5:29 PM.
- "Biogen's New Alzheimer's Drug Beyond Reach for Many Patients," by Joseph Walker, *The Wall Street Journal*, 27 August 2021 11:22 AM.
- "Biogen Sinks to Three-Month Low During Investor Presentation," by Cristin Flanagan, *Bloomberg*, 9 September 2019 9:53 AM.
- "Biogen's Reckoning: How the Aduhelm Debacle Pushed a Troubled Company and Its Fractured Leadership to the Brink," by Adam Feuerstein and Damian Garde, *STAT+*, 8 December 2021.
- "Biogen Announces Reduced Price for ADUHELM® to Improve Access for Patients with Early Alzheimer's Disease," Company Press Release, 20 December 2021, accessed at https://investors.biogen.com/news-releases/news-release-details/biogen-announces-reduced-price-aduhelmr-improve-access-patients.
- "Moody's Reviews Biogen's Baa1 Ratings for Downgrade," *Moody's Investors Service*, 14 January 2022.

**CASE DOCUMENTS**

- BIIB_HCOR_EC_0660282-88.
- BIOGEN_OKFPRS-00881379-86.
- Eve-Bio-00000454-55.

**ANALYST REPORTS**

- RBC, 5 May 2021.
- Leerink, 6 May 2021.
- UBS, 6 May 2021.
- JPMorgan, 7 May 2021.
- JPMorgan, 7 May 2021.
- Barclays, 12 May 2021.
- Jefferies, 12 May 2021.
- Morgan Stanley, 12 May 2021.
- Truist, 12 May 2021.
- Wedbush, 12 May 2021.
- Barclays, 14 May 2021.
- Leerink, 14 May 2021.
- Morgan Stanley, 14 May 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- RBC, 14 May 2021.
- Truist, 14 May 2021.
- UBS, 14 May 2021.
- William Blair, 14 May 2021.
- H.C. Wainwright, 17 May 2021.
- Oppenheimer, 17 May 2021.
- Oppenheimer, 19 May 2021.
- Leerink, 20 May 2021.
- RBC, 25 May 2021.
- Truist, 25 May 2021.
- Truist, 26 May 2021.
- RBC, 27 May 2021.
- Truist, 27 May 2021.
- Truist, 28 May 2021.
- Zacks, 28 May 2021.
- Jefferies, 29 May 2021.
- BTIG, 1 June 2021.
- RBC, 1 June 2021.
- UBS, 2 June 2021.
- Jefferies, 3 June 2021.
- Truist, 4 June 2021.
- UBS, 4 June 2021.
- UBS, 4 June 2021.
- Guggenheim, 6 June 2021.
- Bernstein, 7 June 2021.
- Baird, 7 June 2021.
- Barclays, 7 June 2021.
- Bernstein, 7 June 2021.
- Bernstein, 7 June 2021.
- Bernstein, 7 June 2021.
- BTIG, 7 June 2021.
- Canaccord, 7 June 2021.
- Cantor Fitzgerald, 7 June 2021.
- CFRA, 7 June 2021.
- Cowen, 7 June 2021.
- Credit Suisse, 7 June 2021.
- Credit Suisse, 7 June 2021.
- Evercore, 7 June 2021.
- Evercore, 7 June 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- Goldman Sachs, 7 June 2021.
- Guggenheim, 7 June 2021.
- Guggenheim, 7 June 2021.
- Guggenheim, 7 June 2021.
- Guggenheim, 7 June 2021.
- Jefferies, 7 June 2021.
- Jefferies, 7 June 2021.
- JPMorgan, 7 June 2021.
- JPMorgan, 7 June 2021.
- JPMorgan, 7 June 2021.
- Leerink, 7 June 2021.
- Leerink, 7 June 2021.
- Mizuho, 7 June 2021.
- Mizuho, 7 June 2021.
- Mizuho, 7 June 2021.
- Mizuho, 7 June 2021.
- Morgan Stanley, 7 June 2021.
- Morningstar, 7 June 2021.
- Oppenheimer, 7 June 2021.
- Piper Sandler, 7 June 2021.
- Raymond James, 7 June 2021.
- RBC, 7 June 2021.
- RBC, 7 June 2021.
- RBC, 7 June 2021.
- Stifel, 7 June 2021.
- Cowen, 7 June 2021.
- Truist, 7 June 2021.
- Truist, 7 June 2021.
- UBS (Email), 7 June 2021.
- UBS (Email), 7 June 2021.
- UBS (Email), 7 June 2021.
- Wedbush, 7 June 2021.
- William Blair, 7 June 2021.
- Wolfe, 7 June 2021.
- Barclays, 8 June 2021.
- Bernstein, 8 June 2021.
- BofA, 8 June 2021.
- BofA, 8 June 2021.
- Cantor Fitzgerald, 8 June 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- Cantor Fitzgerald, 8 June 2021.
- CFRA, 8 June 2021.
- Citi, 8 June 2021.
- Cowen, 8 June 2021.
- Guggenheim, 8 June 2021.
- H.C. Wainwright, 8 June 2021.
- Jefferies, 8 June 2021.
- JPMorgan, 8 June 2021.
- Leerink, 8 June 2021.
- Mizuho, 8 June 2021.
- Mizuho, 8 June 2021.
- Mizuho, 8 June 2021.
- Mizuho, 8 June 2021.
- Morgan Stanley, 8 June 2021.
- Oppenheimer, 8 June 2021.
- Piper Sandler, 8 June 2021.
- Piper Sandler, 8 June 2021.
- RBC, 8 June 2021.
- Stifel, 8 June 2021.
- Cowen, 8 June 2021.
- Truist, 8 June 2021.
- Wedbush, 8 June 2021.
- William Blair, 8 June 2021.
- Guggenheim, 9 June 2021.
- Jefferies, 9 June 2021.
- JPMorgan, 10 June 2021.
- Leerink, 10 June 2021.
- Morgan Stanley, 10 June 2021.
- Piper Sandler, 10 June 2021.
- UBS, 10 June 2021.
- UBS, 10 June 2021.
- Bernstein, 11 June 2021.
- Jefferies, 11 June 2021.
- JPMorgan, 11 June 2021.
- JPMorgan, 11 June 2021.
- JPMorgan, 11 June 2021.
- UBS (Email), 11 June 2021.
- Jefferies, 12 June 2021.
- Jefferies, 12 June 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- JPMorgan, 12 June 2021.
- Goldman Sachs, 13 June 2021.
- Goldman Sachs, 13 June 2021.
- Truist, 13 June 2021.
- Barclays, 14 June 2021.
- Bernstein, 14 June 2021.
- Cantor Fitzgerald, 14 June 2021.
- Guggenheim, 14 June 2021.
- Jefferies, 14 June 2021.
- Leerink, 14 June 2021.
- TD Cowen, 14 June 2021.
- Truist, 14 June 2021.
- UBS, 14 June 2021.
- UBS, 14 June 2021.
- Baird, 15 June 2021.
- Barclays, 15 June 2021.
- Bernstein, 15 June 2021.
- Cantor Fitzgerald, 15 June 2021.
- Goldman Sachs, 15 June 2021.
- Guggenheim, 15 June 2021.
- Jefferies, 15 June 2021.
- JPMorgan, 15 June 2021.
- JPMorgan, 15 June 2021.
- JPMorgan, 15 June 2021.
- JPMorgan, 15 June 2021.
- JPMorgan, 15 June 2021.
- RBC, 15 June 2021.
- Stifel, 15 June 2021.
- Stifel, 15 June 2021.
- Cowen, 15 June 2021.
- Truist, 15 June 2021.
- UBS, 15 June 2021.
- Wedbush, 15 June 2021.
- William Blair, 15 June 2021.
- Barclays, 16 June 2021.
- Cantor Fitzgerald (Model), 16 June 2021.
- Cantor Fitzgerald, 16 June 2021.
- Credit Suisse, 16 June 2021.
- Goldman Sachs, 16 June 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- Guggenheim, 16 June 2021.
- Jefferies, 16 June 2021.
- Leerink, 16 June 2021.
- Truist, 16 June 2021.
- UBS, 16 June 2021.
- Guggenheim, 17 June 2021.
- H.C. Wainwright, 17 June 2021.
- JPMorgan, 17 June 2021.
- Morgan Stanley, 17 June 2021.
- Piper Sandler, 17 June 2021.
- UBS, 17 June 2021.
- UBS, 17 June 2021.
- UBS (Email), 17 June 2021.
- Bernstein, 18 June 2021.
- JPMorgan, 18 June 2021.
- JPMorgan, 18 June 2021.
- Morningstar, 18 June 2021.
- Piper Sandler, 18 June 2021.
- UBS, 18 June 2021.
- UBS, 18 June 2021.
- UBS, 18 June 2021.
- UBS (Email), 18 June 2021.
- Jefferies, 19 June 2021.
- Jefferies, 20 June 2021.
- Jefferies, 20 June 2021.
- Truist, 20 June 2021.
- Bernstein, 21 June 2021.
- Jefferies, 21 June 2021.
- Jefferies, 22 June 2021.
- RBC, 22 June 2021.
- Goldman Sachs, 23 June 2021.
- RBC, 23 June 2021.
- RBC, 23 June 2021.
- Truist, 23 June 2021.
- UBS, 23 June 2021.
- Bernstein, 24 June 2021.
- Bernstein, 24 June 2021.
- Cantor Fitzgerald, 24 June 2021.
- Guggenheim, 24 June 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- Jefferies, 24 June 2021.
- JPMorgan, 24 June 2021.
- Leerink, 24 June 2021.
- Piper Sandler, 24 June 2021.
- RBC, 24 June 2021.
- Stifel, 24 June 2021.
- Truist, 24 June 2021.
- UBS, 24 June 2021.
- Wolfe, 24 June 2021.
- Guggenheim, 25 June 2021.
- JPMorgan, 25 June 2021.
- Truist, 25 June 2021.
- UBS, 25 June 2021.
- UBS, 25 June 2021.
- UBS (Email), 25 June 2021.
- Bernstein, 28 June 2021.
- Evercore, 28 June 2021.
- Jefferies, 28 June 2021.
- RBC, 28 June 2021.
- Guggenheim, 29 June 2021.
- Truist, 29 June 2021.
- Bernstein, 30 June 2021.
- Truist, 30 June 2021.
- Piper Sandler, 1 July 2021.
- JPMorgan, 2 July 2021.
- JPMorgan, 2 July 2021.
- UBS, 2 July 2021.
- UBS, 2 July 2021.
- William Blair, 2 July 2021.
- Barclays, 6 July 2021.
- Bernstein, 6 July 2021.
- Guggenheim, 6 July 2021.
- Leerink, 6 July 2021.
- UBS, 6 July 2021.
- UBS, 6 July 2021.
- UBS, 7 July 2021.
- Barclays, 8 July 2021.
- CFRA, 8 July 2021.
- Goldman Sachs, 8 July 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- Guggenheim, 8 July 2021.
- Jefferies, 8 July 2021.
- Leerink, 8 July 2021.
- Morgan Stanley, 8 July 2021.
- Piper Sandler, 8 July 2021.
- RBC, 8 July 2021.
- Cowen, 8 July 2021.
- Truist, 8 July 2021.
- UBS, 8 July 2021.
- UBS, 8 July 2021.
- UBS (Email), 8 July 2021.
- William Blair, 8 July 2021.
- Guggenheim, 9 July 2021.
- Stifel, 9 July 2021.
- Truist, 9 July 2021.
- UBS, 9 July 2021.
- UBS (Email), 9 July 2021.
- Wolfe, 9 July 2021.
- Jefferies, 10 July 2021.
- Baird, 12 July 2021.
- Bernstein, 12 July 2021.
- Citi, 12 July 2021.
- Evercore (Email), 12 July 2021.
- Guggenheim, 12 July 2021.
- Jefferies, 12 July 2021.
- Truist, 12 July 2021.
- Truist, 12 July 2021.
- Truist, 12 July 2021.
- Truist, 12 July 2021.
- Truist, 12 July 2021.
- Truist, 12 July 2021.
- Wedbush, 12 July 2021.
- Goldman Sachs, 13 July 2021.
- Guggenheim, 13 July 2021.
- Guggenheim, 13 July 2021.
- Guggenheim, 13 July 2021.
- Mizuho, 13 July 2021.
- Morgan Stanley, 13 July 2021.
- Morgan Stanley, 13 July 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- RBC, 13 July 2021.
- UBS, 13 July 2021.
- UBS (Email), 13 July 2021.
- Bernstein, 14 July 2021.
- Credit Suisse, 14 July 2021.
- Guggenheim, 14 July 2021.
- Leerink, 14 July 2021.
- Mizuho, 14 July 2021.
- Truist, 14 July 2021.
- Cantor Fitzgerald, 15 July 2021.
- Evercore, 15 July 2021.
- Guggenheim, 15 July 2021.
- Mizuho, 15 July 2021.
- RBC, 15 July 2021.
- RBC, 15 July 2021.
- Truist, 15 July 2021.
- Truist, 15 July 2021.
- UBS, 15 July 2021.
- Morgan Stanley, 16 July 2021.
- UBS, 16 July 2021.
- UBS, 16 July 2021.
- BofA, 18 July 2021.
- Oppenheimer, 18 July 2021.
- Jefferies, 19 July 2021.
- Piper Sandler, 19 July 2021.
- Baird, 20 July 2021.
- Cantor Fitzgerald, 21 July 2021.
- Baird, 22 July 2021.
- Baird, 22 July 2021.
- Barclays, 22 July 2021.
- BTIG, 22 July 2021.
- Cowen, 22 July 2021.
- Goldman Sachs, 22 July 2021.
- Goldman Sachs, 22 July 2021.
- Guggenheim, 22 July 2021.
- Jefferies, 22 July 2021.
- Jefferies, 22 July 2021.
- Mizuho, 22 July 2021.
- Mizuho, 22 July 2021.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- Raymond James, 22 July 2021.
- RBC, 22 July 2021.
- RBC, 22 July 2021.
- Stifel, 22 July 2021.
- Cantor Fitzgerald, 23 July 2021.
- H.C. Wainwright, 23 July 2021.
- Morgan Stanley, 23 July 2021.
- Morningstar, 23 July 2021.
- Wolfe, 23 July 2021.
- Jefferies, 26 July 2021.
- Canaccord, 27 July 2021.
- Canaccord, 27 July 2021.
- Cantor Fitzgerald, 27 July 2021.
- Mizuho, 27 July 2021.
- Evercore, 9 September 2021.
- Guggenheim, 9 September 2021.
- Jefferies, 9 September 2021.
- Morgan Stanley, 9 September 2021.
- RBC, 9 September 2021.
- Barclays, 11 September 2021.
- UBS, 11 September 2021.
- Bernstein, 11 January 2022.
- Baird, 11 January 2022.
- Cantor Fitzgerald, 11 January 2022.
- Cowen, 11 January 2022.
- Evercore, 11 January 2022.
- Guggenheim, 11 January 2022.
- Jefferies, 11 January 2022.
- JPMorgan, 11 January 2022.
- Mizuho, 11 January 2022.
- Needham, 11 January 2022.
- Raymond James, 11 January 2022.
- RBC, 11 January 2022.
- Stifel, 11 January 2022.
- Truist, 11 January 2022.
- UBS, 11 January 2022.
- Wells Fargo, 11 January 2022.
- William Blair, 12 January 2022.
- Guggenheim, 12 January 2022.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

- Piper Sandler, 12 January 2022.
- RBC, 12 January 2022.
- Wedbush, 12 January 2022.
- Bernstein, 13 January 2022.
- BTIG, 13 January 2022.
- Evercore, 13 January 2022.
- Guggenheim, 13 January 2022.
- Jefferies, 13 January 2022.
- Mizuho, 13 January 2022.
- RBC, 13 January 2022.
- Wolfe, 13 January 2022.

## CONFERENCE CALL TRANSCRIPT

- "Q2 2021 UnitedHealth Group Inc Earnings Call," *Refinitiv*, conference call, 15 July 2021.

## ACADEMIC AND PROFESSIONAL LITERATURE


- Allen, Mark, Robert Hall, and Victoria Lazear, "Reference Guide on estimation of Economic Damages," *Reference Manual on Scientific Evidence*, 3rd Edition, 2011.
- Alexander, Jack, *Performance Dashboards and Analysis for Value Creation*, John Wiley & Sons, Inc., 2007.
- Brealey, Richard, Steward Myers, and Fraklin Allen, *Principles of Corporate Finance*, 10th Edition, McGraw-Hill Irwin, 2011.
- Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, 10th Edition, McGraw-Hill Irwin, 2014.
- Danzon, Patricia and Erin Taylor, "Drug Pricing and Value in Oncology," *The Oncologist*, Vol. 15, No. S1, 2010.
- Easton, Peter, Mary McAnally, Greg Sommers, and Xiao-Jun Zhang, *Financial Statement Analysis & Valuation*, 4th Edition, Cambridge Business Publishers, 2015.
- Ferris, Kenneth and Barbara Pecherot Petitt, *Valuation: Avoiding the Winner's Curse*, Prentice Hall, 2002.
- Hitchner, James, *Financial Valuation Applications and Models*, John Wiley & Sons, Inc., 2011.
- Kelly, Michael and Andrew Teufel, *Fisher Investments on Health Care*, John Wiley & Sons, Inc., 2011.
- Koller, Tim, Marc Goedhart, and David Wessels, *Valuation: Measuring and Managing the Value of Companies*, 5th Edition, John Wiley & Sons / McKinsey & Co., Inc., 2010.

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**


- Koller, Tim, Marc Goedhart, and David Wessels, *Valuation: Measuring and Managing the Value of Companies*, 7th Edition, John Wiley & Sons. / McKinsey & Co., 7th Edition, 2010.
- MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, 1997.
- Moyer, Stephen, *Distressed Debt Analysis, Strategies for Speculative Investors*, J. Ross Publishing, 2005.
- Pinto, Jerald, Elaine Henry, and Thomas Robinson, "Market-Based Valuation: Price and Enterprise Value Multiples," in *Equity Valuation*, Association for Investment Management and Research (CFA Institute), 2019.
- Ross, Stephen, Rudolph Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 8th Edition, McGraw-Hill Irwin, 2008.
- Rothenstein, Jeffrey, George Tomlinson, Ian Tannock, and Allan Detsky, "Company Stock Prices Before and After Public Announcements Related to Oncology Drugs," *Journal of the National Cancer Institute*, 19 October 2011.
- Scherer, F.M., "The Pharmaceutical Industry—Prices and Progress," *The New England Journal of Medicine*, Vol. 351, No. 9, 2004.
- Schweitzer, Stuart, "The Demand for Pharmaceuticals," Chapter 5 in *Pharmaceutical Economics and Policy*, Oxford University Press, 2nd Edition, 2007.
- Sharpe, William, *Investments*, 5th Edition, Prentice Hall, 1995.
- Singh, Manish, Roland Rocafort, Cathy Cai, Kien Wei Siah, and Andrew Lo, "The Reaction of Sponsor Stock Prices to Clinical Trial Outcomes: An Event Study Analysis," *PLoS One*, Vol. 17, No. 9, 2022.


**DATA AND DATABASES**

- Bloomberg
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- LSEG Workspace (formerly known as Refinitiv Eikon)
- Nasdaq
- S&P

**LEGAL CASE**

- *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).

**Exhibit-1**
**Documents and Other Information Considered**
**In addition to Those Cited in the Feinstein Reports**

**OTHER**

- "About the Mount Sinai Hospital," Mount Sinai, accessed at: https://www.mountsinai.org/locations/mount-sinai/about.
- "Facts & Figures," Cleveland Clinic, accessed at: https://my.clevelandclinic.org/about/overview/who-we-are/facts-figures.
- "Cassidy, Warren Call for Hearing on New Alzheimer's Disease Drug Aduhelm," by Senator Bill Cassidy and Elizabeth Warren, press release, 24 June 2021 9:04 AM, accessed at: https://www.cassidy.senate.gov/newsroom/press-releases/cassidy-warren-call-for-hearing-on-new-alzheimers-disease-drug-aduhelm/.
- "Building a Healthier America – Secretary Becerra's First 100 Days," by U.S. Department of Health and Human Services, *YouTube*, 24 June 2021 1:57 PM.
- Rachel Cohrs Zhang, Chief Washington Correspondent @statnews, 24 June 2021 2:54 PM, accessed at https://x.com/rachelcohrs/status/1408137273049337865.
- "Chairs Maloney and Pallone Announce Investigation of Biogen's Alzheimer's Drug Aduhelm," *Committee on Oversight and Accountability*, 25 June 2021, accessed at: https://oversightdemocrats.house.gov/news/press-releases/chairs-maloney-and-pallone-announce-investigation-of-biogen-s-alzheimer-s-drug.
- Dr. Janet Woodcock, *Twitter*, 9 July 2021 12:49 PM, accessed at: https://x.com/DrWoodcockFDA /status/1413540801934774283.
- "CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease," *Centers for Medicare & Medicaid Services*, 12 July 2021, accessed at: https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease.
- "CTAF Meeting on Alzheimer's Disease: Policy Roundtable," *Institute for Clinical and Economic Review*, 15 July 2021, accessed at: https://www.youtube.com/watch?v=xWou 1wiCHQ.
- "ICER Panel Vote on Biogen Alzheimer Drug," by Pharmalot, *Twitter*, 15 July 2021 4:05 PM, accessed at: https://x.com/pharmalot/status/1415764496853962758.
- Any other documents cited in the report.

**Exhibit-2**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony Subsequent to the Feinstein Reply Report**

In re Vale S.A. Securities Litigation
Case No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
March 2021
Deposition Testimony
October 2023
Testimony at Evidentiary Hearing
August 2024

Alicia Marshall, et al v. Prestamos CDFI, LLC
Case No. 5:21-ev-04337-JMG
United States District Court
Eastern District of Pennsylvania
Deposition Testimony
August 2024

In Re Cassava Sciences, Inc. Securities Litigation
Master File No. 1:21-cv-00751-DAE
United States District Court
Western District of Texas
Austin Division
Deposition Testimony
June 2024
Deposition Testimony
September 2024

In re Waste Management Securities Litigation
Civil Action No. 1:22-cv-04838-LGS
United States District Court
Southern District of New York
Deposition Testimony
September 2024

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989 YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986 YALE UNIVERSITY
M.Phil. in Economics

1983 YALE UNIVERSITY
M.A. in Economics

1981 POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Center for Investments and Finance (2002-2007)
Assistant Professor (1996-2000)

1990 - 1995 BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

1993 - 1994 WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

## BUSINESS EXPERIENCE

2008 - present CROWNINSHIELD FINANCIAL RESEARCH, INC.
Brookline, MA
President and Senior Expert

1996 - 2008 THE MICHEL-SHAKED GROUP
Boston, MA
Senior Expert (2001 - 2008)
Affiliated Expert (1996 - 2001)

1987 - 1990 FEDERAL RESERVE BANK OF ATLANTA
Economist

## PROFESSIONAL DESIGNATIONS

1998 Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999 Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"The Class Certification of Exchange-Listed Options in Securities Class-Action Litigation," (with Don Chance and Onnig Dombalagian) forthcoming in *University of Pennsylvania Journal of Business Law*, 2024.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Securities Litigation Event Studies in the Covid Volatility Regime," (with Miguel Villanueva) *Journal of Forensic Economics*, vol. 30, no. 1, 2022.

"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked) *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Vol. 47, No. 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*. New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"Proving and Disproving Market Efficiency for Appraisal Hearings," at the NACVA/CTI Business Valuation and Financial Litigation Super Conference, July 2023.

"SPAC Public Warrant Valuation Using Iterative Monte Carlo Simulation," (with Ayussh Ahuja, Achraf Krafssi, and Dukalion Tsapalas) at the Financial Management Association Annual Meeting, October 2021.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility: Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## COURSES TAUGHT

Advanced Derivative Securities (MBA)
Babson College Fund (Undergraduate and MBA)
Capital Markets (MBA)
Continuous-Time Finance (Doctoral)
Corporate Finance (MBA and Executive)
Corporate Financial Strategy (MBA)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Equity Markets (MBA)
Derivatives: Theory and Practice (MBA)
Financial Reporting and Corporate Finance (MBA)
Financial Management (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)
Integrated Management (Undergraduate)
Investments (MBA and Executive)
Mod B: Decision Making and Applications, Finance stream (MBA)
Options and Futures (Undergraduate)
Risk Management (MBA)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Security Valuation (Undergraduate and MBA)

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

## SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

**Exhibit-3**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

**Exhibit-4**

**Biogen Common Stock Prices, Volume, and Returns**

11 January 2021 through 11 January 2022

| Date | Biogen Closing Price | Biogen Trading Volume | Biogen Logarithmic Return |
|---|---|---|---|
| 1/11/2021 | $267.52 | 2,971,186 | |
| 1/12/2021 | $267.39 | 1,092,356 | -0.05% |
| 1/13/2021 | $266.67 | 940,705 | -0.27% |
| 1/14/2021 | $280.29 | 1,513,595 | 4.98% |
| 1/15/2021 | $275.84 | 1,758,596 | -1.60% |
| 1/19/2021 | $273.84 | 1,203,680 | -0.73% |
| 1/20/2021 | $270.28 | 1,284,036 | -1.31% |
| 1/21/2021 | $270.12 | 801,443 | -0.06% |
| 1/22/2021 | $269.44 | 684,879 | -0.25% |
| 1/25/2021 | $275.54 | 797,817 | 2.24% |
| 1/26/2021 | $271.67 | 772,233 | -1.41% |
| 1/27/2021 | $265.15 | 1,098,050 | -2.43% |
| 1/28/2021 | $267.87 | 976,514 | 1.02% |
| 1/29/2021 | $282.61 | 4,769,861 | 5.36% |
| 2/1/2021 | $278.46 | 1,437,166 | -1.48% |
| 2/2/2021 | $277.72 | 1,185,594 | -0.27% |
| 2/3/2021 | $263.25 | 2,512,219 | -5.35% |
| 2/4/2021 | $267.39 | 1,654,614 | 1.56% |
| 2/5/2021 | $265.09 | 1,049,094 | -0.86% |
| 2/8/2021 | $268.93 | 1,040,705 | 1.44% |
| 2/9/2021 | $269.31 | 744,418 | 0.14% |
| 2/10/2021 | $275.00 | 1,347,368 | 2.09% |
| 2/11/2021 | $278.81 | 1,206,180 | 1.38% |
| 2/12/2021 | $278.03 | 1,028,506 | -0.28% |
| 2/16/2021 | $279.32 | 1,294,629 | 0.46% |
| 2/17/2021 | $276.67 | 957,474 | -0.95% |
| 2/18/2021 | $275.90 | 931,274 | -0.28% |
| 2/19/2021 | $278.35 | 1,239,437 | 0.88% |
| 2/22/2021 | $284.63 | 1,389,487 | 2.23% |
| 2/23/2021 | $279.08 | 1,293,084 | -1.97% |
| 2/24/2021 | $282.74 | 883,713 | 1.30% |
| 2/25/2021 | $277.26 | 1,015,603 | -1.96% |
| 2/26/2021 | $272.88 | 1,529,150 | -1.59% |
| 3/1/2021 | $273.24 | 1,052,179 | 0.13% |
| 3/2/2021 | $269.85 | 1,255,875 | -1.25% |
| 3/3/2021 | $266.60 | 1,035,103 | -1.21% |
| 3/4/2021 | $263.57 | 1,285,494 | -1.14% |
| 3/5/2021 | $270.71 | 1,053,703 | 2.67% |
| 3/8/2021 | $270.01 | 1,160,260 | -0.26% |
| 3/9/2021 | $266.49 | 1,766,398 | -1.31% |
| 3/10/2021 | $262.61 | 1,732,778 | -1.47% |
| 3/11/2021 | $267.44 | 1,575,721 | 1.82% |
| 3/12/2021 | $266.13 | 1,029,578 | -0.49% |
| 3/15/2021 | $260.13 | 2,808,466 | -2.28% |

**Exhibit-4**

**Biogen Common Stock Prices, Volume, and Returns**

11 January 2021 through 11 January 2022

| Date | Biogen Closing Price | Biogen Trading Volume | Biogen Logarithmic Return |
|---|---|---|---|
| 3/16/2021 | $259.92 | 1,412,299 | -0.08% |
| 3/17/2021 | $264.15 | 1,088,949 | 1.61% |
| 3/18/2021 | $262.27 | 882,218 | -0.71% |
| 3/19/2021 | $267.07 | 2,109,353 | 1.81% |
| 3/22/2021 | $272.34 | 1,159,542 | 1.95% |
| 3/23/2021 | $267.21 | 884,226 | -1.90% |
| 3/24/2021 | $265.69 | 947,175 | -0.57% |
| 3/25/2021 | $273.97 | 1,679,487 | 3.07% |
| 3/26/2021 | $276.63 | 663,079 | 0.97% |
| 3/29/2021 | $276.08 | 789,202 | -0.20% |
| 3/30/2021 | $276.01 | 878,933 | -0.03% |
| 3/31/2021 | $279.75 | 1,129,364 | 1.35% |
| 4/1/2021 | $278.71 | 989,228 | -0.37% |
| 4/5/2021 | $277.88 | 737,903 | -0.30% |
| 4/6/2021 | $271.76 | 1,002,643 | -2.23% |
| 4/7/2021 | $268.02 | 845,632 | -1.39% |
| 4/8/2021 | $265.73 | 797,399 | -0.86% |
| 4/9/2021 | $268.17 | 871,611 | 0.91% |
| 4/12/2021 | $262.80 | 746,106 | -2.02% |
| 4/13/2021 | $266.19 | 821,754 | 1.28% |
| 4/14/2021 | $265.79 | 692,878 | -0.15% |
| 4/15/2021 | $270.44 | 979,999 | 1.73% |
| 4/16/2021 | $270.31 | 1,012,108 | -0.05% |
| 4/19/2021 | $269.05 | 880,442 | -0.47% |
| 4/20/2021 | $273.20 | 832,672 | 1.53% |
| 4/21/2021 | $269.85 | 1,045,931 | -1.23% |
| 4/22/2021 | $259.00 | 2,384,708 | -4.10% |
| 4/23/2021 | $262.63 | 903,243 | 1.39% |
| 4/26/2021 | $269.46 | 1,107,007 | 2.57% |
| 4/27/2021 | $267.39 | 742,184 | -0.77% |
| 4/28/2021 | $267.60 | 687,311 | 0.08% |
| 4/29/2021 | $265.33 | 528,935 | -0.85% |
| 4/30/2021 | $267.33 | 897,707 | 0.75% |
| 5/3/2021 | $275.31 | 974,245 | 2.94% |
| 5/4/2021 | $271.02 | 952,004 | -1.57% |
| 5/5/2021 | $271.57 | 775,749 | 0.20% |
| 5/6/2021 | $272.11 | 919,330 | 0.20% |
| 5/7/2021 | $274.04 | 930,329 | 0.71% |
| 5/10/2021 | $275.61 | 890,942 | 0.57% |
| 5/11/2021 | $278.39 | 938,687 | 1.00% |
| 5/12/2021 | $274.02 | 920,375 | -1.58% |
| 5/13/2021 | $281.71 | 1,036,604 | 2.77% |
| 5/14/2021 | $280.21 | 985,636 | -0.53% |
| 5/17/2021 | $280.40 | 934,937 | 0.07% |

**Exhibit-4**

**Biogen Common Stock Prices, Volume, and Returns**

11 January 2021 through 11 January 2022

| Date | Biogen Closing Price | Biogen Trading Volume | Biogen Logarithmic Return |
|---|---|---|---|
| 5/18/2021 | $281.01 | 723,030 | 0.22% |
| 5/19/2021 | $281.75 | 716,707 | 0.26% |
| 5/20/2021 | $286.57 | 1,092,606 | 1.70% |
| 5/21/2021 | $283.19 | 936,881 | -1.19% |
| 5/24/2021 | $278.86 | 834,948 | -1.54% |
| 5/25/2021 | $273.45 | 940,188 | -1.96% |
| 5/26/2021 | $267.84 | 1,771,481 | -2.07% |
| 5/27/2021 | $267.37 | 1,781,680 | -0.18% |
| 5/28/2021 | $267.48 | 950,412 | 0.04% |
| 6/1/2021 | $267.15 | 1,318,601 | -0.12% |
| 6/2/2021 | $269.35 | 1,171,739 | 0.82% |
| 6/3/2021 | $272.55 | 1,314,192 | 1.18% |
| 6/4/2021 | $286.14 | 2,946,286 | 4.87% |
| 6/7/2021 | $395.85 | 17,862,308 | 32.46% |
| 6/8/2021 | $395.37 | 12,169,060 | -0.12% |
| 6/9/2021 | $406.94 | 6,177,614 | 2.88% |
| 6/10/2021 | $414.71 | 4,733,936 | 1.89% |
| 6/11/2021 | $396.64 | 4,212,812 | -4.46% |
| 6/14/2021 | $406.14 | 2,085,165 | 2.37% |
| 6/15/2021 | $396.08 | 1,892,544 | -2.51% |
| 6/16/2021 | $391.31 | 1,567,404 | -1.21% |
| 6/17/2021 | $383.52 | 1,821,738 | -2.01% |
| 6/18/2021 | $388.44 | 2,851,800 | 1.27% |
| 6/21/2021 | $380.91 | 1,882,933 | -1.96% |
| 6/22/2021 | $374.40 | 1,764,944 | -1.72% |
| 6/23/2021 | $371.90 | 1,773,002 | -0.67% |
| 6/24/2021 | $349.16 | 4,637,890 | -6.31% |
| 6/25/2021 | $347.93 | 2,246,442 | -0.35% |
| 6/28/2021 | $340.27 | 1,929,531 | -2.23% |
| 6/29/2021 | $345.72 | 1,418,065 | 1.59% |
| 6/30/2021 | $346.27 | 1,061,979 | 0.16% |
| 7/1/2021 | $348.92 | 993,072 | 0.76% |
| 7/2/2021 | $348.72 | 807,563 | -0.06% |
| 7/6/2021 | $344.89 | 1,031,299 | -1.10% |
| 7/7/2021 | $355.33 | 1,371,444 | 2.98% |
| 7/8/2021 | $369.05 | 2,339,045 | 3.79% |
| 7/9/2021 | $358.16 | 2,692,431 | -3.00% |
| 7/12/2021 | $349.04 | 1,174,561 | -2.58% |
| 7/13/2021 | $351.92 | 966,574 | 0.82% |
| 7/14/2021 | $352.06 | 1,229,008 | 0.04% |
| 7/15/2021 | $328.16 | 3,012,117 | -7.03% |
| 7/16/2021 | $324.62 | 1,512,559 | -1.08% |
| 7/19/2021 | $324.16 | 1,020,488 | -0.14% |
| 7/20/2021 | $322.49 | 1,379,983 | -0.52% |

**Exhibit-4**

**Biogen Common Stock Prices, Volume, and Returns**

11 January 2021 through 11 January 2022

| Date | Biogen Closing Price | Biogen Trading Volume | Biogen Logarithmic Return |
|---|---|---|---|
| 7/21/2021 | $322.96 | 1,115,321 | 0.15% |
| 7/22/2021 | $326.36 | 1,471,176 | 1.05% |
| 7/23/2021 | $325.40 | 999,787 | -0.29% |
| 7/26/2021 | $331.93 | 1,253,611 | 1.99% |
| 7/27/2021 | $333.96 | 924,976 | 0.61% |
| 7/28/2021 | $334.18 | 701,174 | 0.07% |
| 7/29/2021 | $329.17 | 647,962 | -1.51% |
| 7/30/2021 | $326.73 | 935,624 | -0.74% |
| 8/2/2021 | $331.70 | 960,128 | 1.51% |
| 8/3/2021 | $338.00 | 1,322,698 | 1.88% |
| 8/4/2021 | $338.10 | 1,207,239 | 0.03% |
| 8/5/2021 | $336.59 | 704,346 | -0.45% |
| 8/6/2021 | $340.00 | 817,781 | 1.01% |
| 8/9/2021 | $340.20 | 1,040,434 | 0.06% |
| 8/10/2021 | $337.22 | 798,523 | -0.88% |
| 8/11/2021 | $339.05 | 779,130 | 0.54% |
| 8/12/2021 | $340.68 | 795,217 | 0.48% |
| 8/13/2021 | $342.25 | 740,865 | 0.46% |
| 8/16/2021 | $343.50 | 835,618 | 0.36% |
| 8/17/2021 | $349.79 | 1,127,340 | 1.81% |
| 8/18/2021 | $341.87 | 664,964 | -2.29% |
| 8/19/2021 | $338.62 | 940,063 | -0.96% |
| 8/20/2021 | $341.74 | 787,693 | 0.92% |
| 8/23/2021 | $346.43 | 806,540 | 1.36% |
| 8/24/2021 | $349.40 | 620,234 | 0.85% |
| 8/25/2021 | $342.75 | 783,768 | -1.92% |
| 8/26/2021 | $342.24 | 714,326 | -0.15% |
| 8/27/2021 | $343.19 | 613,163 | 0.28% |
| 8/30/2021 | $344.42 | 548,810 | 0.36% |
| 8/31/2021 | $338.91 | 976,478 | -1.61% |
| 9/1/2021 | $338.24 | 786,185 | -0.20% |
| 9/2/2021 | $335.57 | 1,215,170 | -0.79% |
| 9/3/2021 | $333.60 | 545,793 | -0.59% |
| 9/7/2021 | $327.24 | 959,123 | -1.92% |
| 9/8/2021 | $321.55 | 1,126,479 | -1.75% |
| 9/9/2021 | $300.15 | 3,515,405 | -6.89% |
| 9/10/2021 | $299.81 | 1,376,625 | -0.11% |
| 9/13/2021 | $301.94 | 785,353 | 0.71% |
| 9/14/2021 | $295.95 | 1,025,290 | -2.00% |
| 9/15/2021 | $299.21 | 1,105,882 | 1.10% |
| 9/16/2021 | $299.69 | 746,648 | 0.16% |
| 9/17/2021 | $300.19 | 1,676,891 | 0.17% |
| 9/20/2021 | $298.49 | 930,332 | -0.57% |
| 9/21/2021 | $295.54 | 733,012 | -0.99% |

**Exhibit-4**

**Biogen Common Stock Prices, Volume, and Returns**

11 January 2021 through 11 January 2022

| Date | Biogen Closing Price | Biogen Trading Volume | Biogen Logarithmic Return |
|---|---|---|---|
| 9/22/2021 | $289.32 | 1,411,660 | -2.13% |
| 9/23/2021 | $293.20 | 958,362 | 1.33% |
| 9/24/2021 | $291.71 | 812,867 | -0.51% |
| 9/27/2021 | $286.62 | 699,270 | -1.76% |
| 9/28/2021 | $284.71 | 782,904 | -0.67% |
| 9/29/2021 | $285.56 | 690,135 | 0.30% |
| 9/30/2021 | $282.99 | 788,927 | -0.90% |
| 10/1/2021 | $283.94 | 919,893 | 0.34% |
| 10/4/2021 | $278.32 | 916,719 | -2.00% |
| 10/5/2021 | $280.44 | 1,000,384 | 0.76% |
| 10/6/2021 | $283.55 | 974,906 | 1.10% |
| 10/7/2021 | $287.77 | 877,814 | 1.48% |
| 10/8/2021 | $285.83 | 625,894 | -0.68% |
| 10/11/2021 | $285.59 | 615,348 | -0.08% |
| 10/12/2021 | $284.79 | 609,575 | -0.28% |
| 10/13/2021 | $283.65 | 513,444 | -0.40% |
| 10/14/2021 | $285.26 | 696,549 | 0.57% |
| 10/15/2021 | $281.19 | 1,289,890 | -1.44% |
| 10/18/2021 | $269.73 | 1,485,054 | -4.16% |
| 10/19/2021 | $268.13 | 1,781,312 | -0.59% |
| 10/20/2021 | $266.57 | 2,119,545 | -0.58% |
| 10/21/2021 | $270.21 | 1,354,622 | 1.36% |
| 10/22/2021 | $264.80 | 865,064 | -2.02% |
| 10/25/2021 | $269.94 | 1,084,768 | 1.92% |
| 10/26/2021 | $271.12 | 1,433,026 | 0.44% |
| 10/27/2021 | $259.95 | 1,268,115 | -4.21% |
| 10/28/2021 | $264.87 | 1,266,582 | 1.87% |
| 10/29/2021 | $266.68 | 939,106 | 0.68% |
| 11/1/2021 | $272.10 | 1,211,282 | 2.01% |
| 11/2/2021 | $272.51 | 1,818,602 | 0.15% |
| 11/3/2021 | $279.59 | 1,025,850 | 2.56% |
| 11/4/2021 | $280.41 | 940,210 | 0.29% |
| 11/5/2021 | $278.68 | 820,902 | -0.62% |
| 11/8/2021 | $272.70 | 1,136,085 | -2.17% |
| 11/9/2021 | $270.03 | 887,188 | -0.98% |
| 11/10/2021 | $266.93 | 700,017 | -1.15% |
| 11/11/2021 | $266.57 | 641,060 | -0.13% |
| 11/12/2021 | $270.43 | 839,691 | 1.44% |
| 11/15/2021 | $271.82 | 752,100 | 0.51% |
| 11/16/2021 | $261.55 | 1,154,742 | -3.85% |
| 11/17/2021 | $258.38 | 1,480,818 | -1.22% |
| 11/18/2021 | $256.79 | 964,000 | -0.62% |
| 11/19/2021 | $257.19 | 888,263 | 0.16% |
| 11/22/2021 | $252.21 | 1,275,872 | -1.96% |

**Exhibit-4**

**Biogen Common Stock Prices, Volume, and Returns**

11 January 2021 through 11 January 2022

| Date | Biogen Closing Price | Biogen Trading Volume | Biogen Logarithmic Return |
|---|---|---|---|
| 11/23/2021 | $254.15 | 791,259 | 0.77% |
| 11/24/2021 | $250.13 | 1,569,408 | -1.59% |
| 11/26/2021 | $242.90 | 1,289,535 | -2.93% |
| 11/29/2021 | $236.11 | 2,206,820 | -2.84% |
| 11/30/2021 | $235.74 | 3,259,797 | -0.16% |
| 12/1/2021 | $229.50 | 1,651,831 | -2.68% |
| 12/2/2021 | $228.52 | 1,265,393 | -0.43% |
| 12/3/2021 | $223.92 | 1,422,537 | -2.03% |
| 12/6/2021 | $224.11 | 1,091,577 | 0.08% |
| 12/7/2021 | $226.83 | 929,863 | 1.21% |
| 12/8/2021 | $234.72 | 1,406,720 | 3.42% |
| 12/9/2021 | $232.43 | 1,347,084 | -0.98% |
| 12/10/2021 | $232.62 | 990,182 | 0.08% |
| 12/13/2021 | $234.50 | 1,225,714 | 0.80% |
| 12/14/2021 | $230.76 | 1,222,490 | -1.61% |
| 12/15/2021 | $235.88 | 1,248,223 | 2.19% |
| 12/16/2021 | $235.52 | 1,236,946 | -0.15% |
| 12/17/2021 | $237.43 | 2,255,506 | 0.81% |
| 12/20/2021 | $236.96 | 1,112,202 | -0.20% |
| 12/21/2021 | $234.65 | 1,019,024 | -0.98% |
| 12/22/2021 | $234.48 | 779,995 | -0.07% |
| 12/23/2021 | $235.41 | 994,655 | 0.40% |
| 12/27/2021 | $234.19 | 1,727,983 | -0.52% |
| 12/28/2021 | $235.99 | 771,996 | 0.77% |
| 12/29/2021 | $258.31 | 6,783,834 | 9.04% |
| 12/30/2021 | $240.00 | 4,395,172 | -7.35% |
| 12/31/2021 | $239.92 | 1,521,654 | -0.03% |
| 1/3/2022 | $244.14 | 1,630,127 | 1.74% |
| 1/4/2022 | $241.73 | 1,262,523 | -0.99% |
| 1/5/2022 | $239.27 | 1,158,247 | -1.02% |
| 1/6/2022 | $237.30 | 1,023,529 | -0.83% |
| 1/7/2022 | $232.60 | 1,384,769 | -2.00% |
| 1/10/2022 | $235.31 | 1,740,979 | 1.16% |
| 1/11/2022 | $241.52 | 1,546,109 | 2.60% |

**Sources:** CRSP and computations performed by Crowninshield Financial Research, Inc.

**Exhibit-5**

**Market and Sector Logarithmic Returns**

12 January 2021 through 11 January 2022

| Date | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return |
|---|---|---|---|
| 1/12/2021 | 0.42% | -1.15% | 0.25% |
| 1/13/2021 | 0.09% | 0.35% | -0.22% |
| 1/14/2021 | 0.00% | 0.53% | 2.32% |
| 1/15/2021 | -0.86% | 0.42% | -0.02% |
| 1/19/2021 | 0.85% | 1.38% | 1.98% |
| 1/20/2021 | 1.20% | 0.05% | 0.30% |
| 1/21/2021 | -0.09% | -0.70% | -1.09% |
| 1/22/2021 | -0.15% | 0.42% | 0.95% |
| 1/25/2021 | 0.24% | 1.15% | 1.69% |
| 1/26/2021 | -0.29% | 0.07% | -1.82% |
| 1/27/2021 | -2.51% | -2.76% | -3.06% |
| 1/28/2021 | 0.92% | 1.32% | 0.33% |
| 1/29/2021 | -1.78% | -1.15% | 0.13% |
| 2/1/2021 | 1.71% | -0.11% | 1.25% |
| 2/2/2021 | 1.39% | -0.67% | 1.10% |
| 2/3/2021 | 0.14% | -0.24% | -0.17% |
| 2/4/2021 | 1.12% | 0.54% | 1.43% |
| 2/5/2021 | 0.61% | 0.93% | 1.74% |
| 2/8/2021 | 0.97% | 0.00% | 2.11% |
| 2/9/2021 | 0.10% | -0.14% | -0.64% |
| 2/10/2021 | -0.03% | 0.05% | -0.94% |
| 2/11/2021 | 0.19% | -0.02% | -0.24% |
| 2/12/2021 | 0.47% | 0.69% | 0.52% |
| 2/16/2021 | -0.11% | -0.76% | -2.26% |
| 2/17/2021 | -0.23% | 0.75% | 0.46% |
| 2/18/2021 | -0.66% | -0.66% | -1.91% |
| 2/19/2021 | 0.27% | -1.23% | 1.04% |
| 2/22/2021 | -0.97% | 0.19% | -2.60% |
| 2/23/2021 | -0.13% | -0.62% | -1.42% |
| 2/24/2021 | 1.12% | 1.24% | 0.85% |
| 2/25/2021 | -2.70% | -0.58% | -2.61% |
| 2/26/2021 | -0.39% | -1.36% | 0.03% |
| 3/1/2021 | 2.45% | 0.80% | 1.66% |
| 3/2/2021 | -0.91% | -0.25% | -2.04% |
| 3/3/2021 | -1.48% | -1.15% | -3.76% |
| 3/4/2021 | -1.68% | -1.65% | -2.51% |
| 3/5/2021 | 1.72% | 1.64% | 1.94% |
| 3/8/2021 | -0.59% | 0.10% | -2.04% |
| 3/9/2021 | 1.67% | 0.42% | 3.07% |
| 3/10/2021 | 0.68% | 0.53% | 0.12% |
| 3/11/2021 | 1.41% | 0.09% | 2.80% |
| 3/12/2021 | 0.15% | 0.34% | -0.61% |
| 3/15/2021 | 0.70% | 0.31% | 1.62% |
| 3/16/2021 | -0.43% | 0.48% | 0.00% |

**Exhibit-5**

**Market and Sector Logarithmic Returns**

12 January 2021 through 11 January 2022

| Date | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return |
|---|---|---|---|
| 3/17/2021 | 0.36% | -0.69% | 0.60% |
| 3/18/2021 | -1.81% | -0.52% | -3.35% |
| 3/19/2021 | 0.18% | 0.24% | 1.72% |
| 3/22/2021 | 0.48% | 0.90% | 1.32% |
| 3/23/2021 | -1.21% | -1.21% | -4.09% |
| 3/24/2021 | -0.91% | -0.53% | -3.05% |
| 3/25/2021 | 0.65% | 0.37% | 1.04% |
| 3/26/2021 | 1.52% | 1.74% | 0.24% |
| 3/29/2021 | -0.53% | 0.60% | -1.43% |
| 3/30/2021 | 0.00% | -0.89% | -0.37% |
| 3/31/2021 | 0.56% | 0.27% | 2.56% |
| 4/1/2021 | 1.27% | -0.18% | 0.87% |
| 4/5/2021 | 1.14% | 0.00% | 0.48% |
| 4/6/2021 | 0.03% | -0.65% | -0.52% |
| 4/7/2021 | -0.15% | -0.08% | -1.80% |
| 4/8/2021 | 0.59% | -0.11% | 0.36% |
| 4/9/2021 | 0.55% | 0.54% | -0.43% |
| 4/12/2021 | -0.07% | 0.11% | -1.42% |
| 4/13/2021 | 0.40% | 0.18% | 1.77% |
| 4/14/2021 | -0.29% | 0.03% | 1.57% |
| 4/15/2021 | 1.00% | 0.95% | 1.24% |
| 4/16/2021 | 0.26% | 1.14% | 0.06% |
| 4/19/2021 | -0.70% | 0.18% | -1.12% |
| 4/20/2021 | -0.91% | 0.46% | -0.03% |
| 4/21/2021 | 1.12% | 0.89% | 2.11% |
| 4/22/2021 | -0.73% | -0.90% | -0.02% |
| 4/23/2021 | 1.20% | 0.27% | 0.43% |
| 4/26/2021 | 0.44% | -0.31% | 2.00% |
| 4/27/2021 | -0.02% | -0.68% | -0.42% |
| 4/28/2021 | 0.01% | -0.10% | -0.75% |
| 4/29/2021 | 0.35% | -0.58% | -1.13% |
| 4/30/2021 | -0.80% | -0.21% | -0.06% |
| 5/3/2021 | 0.20% | 1.60% | -0.12% |
| 5/4/2021 | -0.85% | 0.03% | -3.15% |
| 5/5/2021 | -0.01% | 0.71% | -0.84% |
| 5/6/2021 | 0.48% | -0.15% | -0.38% |
| 5/7/2021 | 0.86% | 0.54% | 0.91% |
| 5/10/2021 | -1.24% | 0.30% | -1.94% |
| 5/11/2021 | -0.66% | -0.68% | 0.51% |
| 5/12/2021 | -2.28% | -0.18% | -0.90% |
| 5/13/2021 | 0.97% | 1.10% | -0.10% |
| 5/14/2021 | 1.74% | 0.26% | 2.31% |
| 5/17/2021 | -0.14% | 0.16% | 0.41% |
| 5/18/2021 | -0.60% | -0.11% | 0.27% |

**Exhibit-5**

**Market and Sector Logarithmic Returns**

12 January 2021 through 11 January 2022

| Date | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return |
|---|---|---|---|
| 5/19/2021 | -0.38% | -0.31% | -1.09% |
| 5/20/2021 | 1.11% | 1.13% | 2.28% |
| 5/21/2021 | -0.03% | -0.35% | -0.67% |
| 5/24/2021 | 0.93% | 0.00% | -0.53% |
| 5/25/2021 | -0.27% | -0.71% | -0.57% |
| 5/26/2021 | 0.45% | -0.44% | 0.72% |
| 5/27/2021 | 0.29% | -0.77% | 0.45% |
| 5/28/2021 | 0.10% | 0.35% | 0.44% |
| 6/1/2021 | 0.17% | -2.08% | -0.69% |
| 6/2/2021 | 0.17% | 0.26% | 0.30% |
| 6/3/2021 | -0.52% | 0.75% | -0.15% |
| 6/4/2021 | 0.84% | 0.14% | 1.10% |
| 6/7/2021 | 0.16% | 0.68% | 2.28% |
| 6/8/2021 | 0.18% | -0.74% | -0.09% |
| 6/9/2021 | -0.29% | 1.74% | 1.32% |
| 6/10/2021 | 0.40% | 1.92% | 1.73% |
| 6/11/2021 | 0.31% | -1.24% | -0.56% |
| 6/14/2021 | 0.13% | 0.06% | -0.20% |
| 6/15/2021 | -0.30% | -0.26% | -1.59% |
| 6/16/2021 | -0.47% | -0.28% | -0.74% |
| 6/17/2021 | -0.14% | 0.41% | 0.80% |
| 6/18/2021 | -1.26% | -1.36% | -0.38% |
| 6/21/2021 | 1.35% | 1.02% | 0.96% |
| 6/22/2021 | 0.49% | -0.27% | 0.30% |
| 6/23/2021 | -0.01% | -0.78% | -0.34% |
| 6/24/2021 | 0.65% | 1.25% | 1.60% |
| 6/25/2021 | 0.32% | 0.29% | 0.84% |
| 6/28/2021 | 0.11% | 0.12% | 0.30% |
| 6/29/2021 | 0.00% | 0.12% | -0.09% |
| 6/30/2021 | 0.04% | 0.19% | 0.36% |
| 7/1/2021 | 0.42% | 0.90% | 1.17% |
| 7/2/2021 | 0.50% | 0.89% | -0.47% |
| 7/6/2021 | -0.30% | -0.25% | -1.52% |
| 7/7/2021 | 0.11% | 0.54% | -1.52% |
| 7/8/2021 | -0.90% | -0.34% | 0.33% |
| 7/9/2021 | 1.28% | 0.36% | 1.02% |
| 7/12/2021 | 0.22% | 0.04% | -0.35% |
| 7/13/2021 | -0.60% | -0.15% | -1.18% |
| 7/14/2021 | -0.24% | 0.29% | -1.32% |
| 7/15/2021 | -0.39% | -0.54% | 0.30% |
| 7/16/2021 | -0.76% | 0.18% | 1.16% |
| 7/19/2021 | -1.47% | -0.59% | 0.81% |
| 7/20/2021 | 1.68% | 0.73% | 1.39% |
| 7/21/2021 | 0.96% | 0.40% | 0.61% |

**Exhibit-5**

**Market and Sector Logarithmic Returns**

12 January 2021 through 11 January 2022

| Date | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return |
|---|---|---|---|
| 7/22/2021 | 0.03% | 0.43% | -0.18% |
| 7/23/2021 | 0.89% | 1.14% | 0.84% |
| 7/26/2021 | 0.16% | -0.43% | -2.20% |
| 7/27/2021 | -0.60% | 0.40% | -1.00% |
| 7/28/2021 | 0.30% | 0.95% | 3.05% |
| 7/29/2021 | 0.45% | -0.29% | -0.81% |
| 7/30/2021 | -0.56% | -0.50% | -0.11% |
| 8/2/2021 | -0.14% | 0.31% | -0.08% |
| 8/3/2021 | 0.68% | 1.63% | 2.18% |
| 8/4/2021 | -0.40% | -0.36% | 1.42% |
| 8/5/2021 | 0.71% | 0.06% | 1.92% |
| 8/6/2021 | 0.08% | -0.29% | -1.62% |
| 8/9/2021 | -0.04% | 0.27% | 2.66% |
| 8/10/2021 | 0.07% | 0.64% | -1.67% |
| 8/11/2021 | 0.24% | -1.06% | -3.19% |
| 8/12/2021 | 0.20% | 1.01% | 0.87% |
| 8/13/2021 | 0.03% | 0.77% | -0.09% |
| 8/16/2021 | -0.08% | 1.15% | -1.46% |
| 8/17/2021 | -0.79% | 1.23% | 1.99% |
| 8/18/2021 | -0.89% | -1.56% | -1.33% |
| 8/19/2021 | -0.23% | 0.47% | -2.64% |
| 8/20/2021 | 0.86% | 0.47% | 1.67% |
| 8/23/2021 | 1.05% | 0.19% | 3.17% |
| 8/24/2021 | 0.42% | -1.03% | -0.40% |
| 8/25/2021 | 0.26% | -0.53% | 0.57% |
| 8/26/2021 | -0.65% | -0.41% | -0.67% |
| 8/27/2021 | 1.09% | -0.45% | 0.33% |
| 8/30/2021 | 0.30% | 0.61% | -0.25% |
| 8/31/2021 | -0.11% | -0.35% | 0.71% |
| 9/1/2021 | 0.20% | -0.72% | 1.07% |
| 9/2/2021 | 0.41% | 0.90% | 1.13% |
| 9/3/2021 | -0.01% | -0.08% | -0.18% |
| 9/7/2021 | -0.42% | -1.27% | -0.20% |
| 9/8/2021 | -0.35% | 0.01% | -1.04% |
| 9/9/2021 | -0.29% | -2.13% | 0.59% |
| 9/10/2021 | -0.73% | -0.38% | -0.53% |
| 9/13/2021 | 0.20% | -0.73% | -1.29% |
| 9/14/2021 | -0.62% | -0.58% | -0.21% |
| 9/15/2021 | 0.85% | 0.45% | 0.94% |
| 9/16/2021 | -0.09% | -0.48% | 0.52% |
| 9/17/2021 | -0.74% | -0.44% | 0.60% |
| 9/20/2021 | -1.84% | -0.46% | -2.28% |
| 9/21/2021 | 0.09% | 0.22% | 1.08% |
| 9/22/2021 | 0.99% | -0.24% | -0.06% |

**Exhibit-5**

**Market and Sector Logarithmic Returns**

12 January 2021 through 11 January 2022

| Date | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return |
|---|---|---|---|
| 9/23/2021 | 1.20% | 0.89% | 1.41% |
| 9/24/2021 | -0.01% | -0.31% | -1.94% |
| 9/27/2021 | -0.10% | -0.73% | -0.74% |
| 9/28/2021 | -2.10% | -0.82% | -3.10% |
| 9/29/2021 | -0.01% | 1.40% | -0.46% |
| 9/30/2021 | -0.95% | -0.86% | 0.24% |
| 10/1/2021 | 1.06% | 0.84% | -1.84% |
| 10/4/2021 | -1.30% | -0.74% | -2.00% |
| 10/5/2021 | 0.95% | 0.29% | 0.14% |
| 10/6/2021 | 0.28% | -0.35% | -1.26% |
| 10/7/2021 | 0.99% | 1.07% | 1.24% |
| 10/8/2021 | -0.25% | -0.55% | -0.52% |
| 10/11/2021 | -0.64% | -0.43% | -0.03% |
| 10/12/2021 | 0.02% | -0.90% | 0.12% |
| 10/13/2021 | 0.48% | 0.23% | 0.45% |
| 10/14/2021 | 1.58% | 0.64% | 1.34% |
| 10/15/2021 | 0.57% | 0.33% | -0.65% |
| 10/18/2021 | 0.33% | -0.99% | -1.18% |
| 10/19/2021 | 0.68% | 1.68% | 1.17% |
| 10/20/2021 | 0.39% | 0.82% | -0.05% |
| 10/21/2021 | 0.29% | -0.06% | 0.70% |
| 10/22/2021 | -0.17% | 0.19% | -0.39% |
| 10/25/2021 | 0.55% | 0.22% | 1.07% |
| 10/26/2021 | -0.01% | 0.67% | -0.03% |
| 10/27/2021 | -0.76% | -1.13% | -1.56% |
| 10/28/2021 | 1.12% | 1.29% | 1.90% |
| 10/29/2021 | 0.10% | 1.06% | -0.38% |
| 11/1/2021 | 0.57% | 0.00% | 1.58% |
| 11/2/2021 | 0.20% | 1.48% | 0.80% |
| 11/3/2021 | 0.73% | 0.65% | 1.68% |
| 11/4/2021 | 0.29% | 0.09% | -1.86% |
| 11/5/2021 | 0.40% | -0.25% | -2.76% |
| 11/8/2021 | 0.20% | -0.30% | 0.15% |
| 11/9/2021 | -0.29% | -0.36% | -1.08% |
| 11/10/2021 | -1.05% | 0.96% | -1.34% |
| 11/11/2021 | 0.24% | -0.06% | -0.21% |
| 11/12/2021 | 0.71% | 0.19% | 0.07% |
| 11/15/2021 | -0.03% | -0.43% | -0.49% |
| 11/16/2021 | 0.40% | -0.14% | 0.22% |
| 11/17/2021 | -0.45% | 0.51% | -0.05% |
| 11/18/2021 | 0.03% | -0.03% | -0.33% |
| 11/19/2021 | -0.29% | -0.57% | 0.53% |
| 11/22/2021 | -0.62% | -0.39% | -0.63% |
| 11/23/2021 | -0.03% | 0.74% | -0.41% |

**Exhibit-5**

**Market and Sector Logarithmic Returns**

12 January 2021 through 11 January 2022

| Date | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return |
|---|---|---|---|
| 11/24/2021 | 0.32% | -0.36% | 0.29% |
| 11/26/2021 | -2.26% | -0.31% | 0.52% |
| 11/29/2021 | 1.00% | -1.20% | 0.57% |
| 11/30/2021 | -1.93% | -1.14% | -0.91% |
| 12/1/2021 | -1.52% | 0.88% | -2.24% |
| 12/2/2021 | 1.53% | -0.39% | 0.44% |
| 12/3/2021 | -1.14% | 0.56% | -2.36% |
| 12/6/2021 | 1.17% | 0.20% | -1.62% |
| 12/7/2021 | 2.13% | 0.28% | 3.90% |
| 12/8/2021 | 0.43% | 0.51% | 1.13% |
| 12/9/2021 | -1.08% | 0.30% | -2.27% |
| 12/10/2021 | 0.61% | 0.08% | -1.31% |
| 12/13/2021 | -0.99% | 1.85% | 1.31% |
| 12/14/2021 | -0.77% | 0.60% | -0.11% |
| 12/15/2021 | 1.49% | 3.07% | 2.23% |
| 12/16/2021 | -1.01% | 1.50% | -1.09% |
| 12/17/2021 | -0.63% | -1.64% | 2.63% |
| 12/20/2021 | -1.24% | 0.38% | -0.92% |
| 12/21/2021 | 1.97% | -0.51% | 0.70% |
| 12/22/2021 | 0.95% | 0.88% | -0.37% |
| 12/23/2021 | 0.68% | 0.30% | 0.91% |
| 12/27/2021 | 1.20% | 0.87% | -1.49% |
| 12/28/2021 | -0.24% | -0.36% | -0.78% |
| 12/29/2021 | 0.06% | 0.38% | 0.15% |
| 12/30/2021 | -0.10% | 0.26% | 0.75% |
| 12/31/2021 | -0.24% | -0.34% | -0.89% |
| 1/3/2022 | 0.61% | -0.80% | 0.66% |
| 1/4/2022 | -0.24% | -1.14% | -2.54% |
| 1/5/2022 | -2.21% | -0.02% | -4.02% |
| 1/6/2022 | 0.02% | -0.45% | -0.02% |
| 1/7/2022 | -0.42% | 0.74% | -0.90% |
| 1/10/2022 | -0.19% | 0.89% | 1.04% |
| 1/11/2022 | 1.08% | 0.18% | 1.10% |

**Sources:** CRSP (Market and Biotechnology Index), Nasdaq (Biotechnology Index), and S&P (Pharmaceutical Index).

**Exhibit-6**

**Biogen Common Stock Regression Results**

12 January 2021 through 11 January 2022

| **Regression Statistics** | |
|---|---|
| R Squared | 0.716 |
| Adjusted R Squared | 0.700 |
| Standard Error | 1.53% |
| Observations | 253 |

| | **Coefficient** | **Standard Error** | ***t*-statistic** |
|---|---|---|---|
| Intercept | -0.22% | 0.10% | -2.17 |
| Market Index | 0.126 | 14.48% | 0.87 |
| Pharmaceutical Index | 0.615 | 13.61% | 4.52 |
| Biotechnology Index | 0.176 | 8.66% | 2.03 |

**Note:** Dummy variables were used to control for potentially abnormal returns following Biogen earnings announcements, on FDA Action Dates, and following the two potential acquisition news events. These dummy dates were 1/29/2021, 2/3/2021, 4/22/2021, 6/7/2021, 6/23/2021, 7/8/2021, 7/9/2021, 7/22/2021, 10/20/2021, 12/29/2021, and 12/30/2021.

**Exhibit-7**

**Biogen Common Stock Event Study Results**

| Date | Biogen Closing Price | Biogen Prior Day Closing Price | Biogen Logarithmic Return | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return | Biogen Explained Return | Biogen Residual Return | *t*-statistic | Biogen Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/24/2021 | $349.16 | $371.90 | -6.31% | 0.65% | 1.25% | 1.60% | 0.92% | -7.23% | -4.72 *** | ($25.93) |
| 7/15/2021 | $328.16 | $352.06 | -7.03% | -0.39% | -0.54% | 0.30% | -0.55% | -6.48% | -4.23 *** | ($22.10) |
| 9/9/2021 | $300.15 | $321.55 | -6.89% | -0.29% | -2.13% | 0.59% | -1.46% | -5.43% | -3.54 *** | ($16.98) |

**Sources:** CRSP, Nasdaq, S&P, and computations performed by Crowninshield Financial Research, Inc.
**Note:** "***" indicates statistical significance at the 99% confidence level.

**Exhibit-8**

**Biogen Common Stock Daily Event Study Results**

7 June 2021 through 9 September 2021

| Date | Biogen Closing Price | Biogen Prior Day Closing Price | Biogen Logarithmic Return | Market Index Return | Pharmaceutical Index Return | Biotechnology Index Return | Biogen Explained Return | Biogen Residual Return | *t*-statistic | Biogen Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/2021 | $395.85 | $286.14 | 32.46% | 0.16% | 0.68% | 2.28% | 0.62% | 31.83% | 20.77 *** | $107.25 |
| 6/8/2021 | $395.37 | $395.85 | -0.12% | 0.18% | -0.74% | -0.09% | -0.67% | 0.55% | 0.36 | $2.16 |
| 6/9/2021 | $406.94 | $395.37 | 2.88% | -0.29% | 1.74% | 1.32% | 1.05% | 1.84% | 1.20 | $7.33 |
| 6/10/2021 | $414.71 | $406.94 | 1.89% | 0.40% | 1.92% | 1.73% | 1.32% | 0.57% | 0.37 | $2.34 |
| 6/11/2021 | $396.64 | $414.71 | -4.46% | 0.31% | -1.24% | -0.56% | -1.04% | -3.42% | -2.23 ** | ($13.93) |
| 6/14/2021 | $406.14 | $396.64 | 2.37% | 0.13% | 0.06% | -0.20% | -0.20% | 2.57% | 1.67 * | $10.31 |
| 6/15/2021 | $396.08 | $406.14 | -2.51% | -0.30% | -0.26% | -1.59% | -0.69% | -1.82% | -1.18 | ($7.31) |
| 6/16/2021 | $391.31 | $396.08 | -1.21% | -0.47% | -0.28% | -0.74% | -0.58% | -0.63% | -0.41 | ($2.51) |
| 6/17/2021 | $383.52 | $391.31 | -2.01% | -0.14% | 0.41% | 0.80% | 0.16% | -2.17% | -1.42 | ($8.40) |
| 6/18/2021 | $388.44 | $383.52 | 1.27% | -1.26% | -1.36% | -0.38% | -1.28% | 2.55% | 1.67 * | $9.92 |
| 6/21/2021 | $380.91 | $388.44 | -1.96% | 1.35% | 1.02% | 0.96% | 0.75% | -2.71% | -1.77 * | ($10.38) |
| 6/22/2021 | $374.40 | $380.91 | -1.72% | 0.49% | -0.27% | 0.30% | -0.27% | -1.45% | -0.95 | ($5.50) |
| 6/23/2021 | $371.90 | $374.40 | -0.67% | -0.01% | -0.78% | -0.34% | -0.76% | 0.09% | 0.06 | $0.34 |
| 6/24/2021 | $349.16 | $371.90 | -6.31% | 0.65% | 1.25% | 1.60% | 0.92% | -7.23% | -4.72 *** | ($25.93) |
| 6/25/2021 | $347.93 | $349.16 | -0.35% | 0.32% | 0.29% | 0.84% | 0.15% | -0.50% | -0.33 | ($1.75) |
| 6/28/2021 | $340.27 | $347.93 | -2.23% | 0.11% | 0.12% | 0.30% | -0.08% | -2.15% | -1.40 | ($7.40) |
| 6/29/2021 | $345.72 | $340.27 | 1.59% | 0.00% | 0.12% | -0.09% | -0.16% | 1.75% | 1.14 | $6.00 |
| 6/30/2021 | $346.27 | $345.72 | 0.16% | 0.04% | 0.19% | 0.36% | -0.03% | 0.19% | 0.13 | $0.67 |
| 7/1/2021 | $348.92 | $346.27 | 0.76% | 0.42% | 0.90% | 1.17% | 0.60% | 0.16% | 0.11 | $0.57 |
| 7/2/2021 | $348.72 | $348.92 | -0.06% | 0.50% | 0.89% | -0.47% | 0.31% | -0.37% | -0.24 | ($1.27) |
| 7/6/2021 | $344.89 | $348.72 | -1.10% | -0.30% | -0.25% | -1.52% | -0.67% | -0.43% | -0.28 | ($1.49) |
| 7/7/2021 | $355.33 | $344.89 | 2.98% | 0.11% | 0.54% | -1.52% | -0.14% | 3.12% | 2.04 ** | $10.94 |
| 7/8/2021 | $369.05 | $355.33 | 3.79% | -0.90% | -0.34% | 0.33% | -0.48% | 4.27% | 2.79 *** | $15.50 |
| 7/9/2021 | $358.16 | $369.05 | -3.00% | 1.28% | 0.36% | 1.02% | 0.34% | -3.34% | -2.18 ** | ($12.12) |
| 7/12/2021 | $349.04 | $358.16 | -2.58% | 0.22% | 0.04% | -0.35% | -0.23% | -2.35% | -1.54 | ($8.33) |
| 7/13/2021 | $351.92 | $349.04 | 0.82% | -0.60% | -0.15% | -1.18% | -0.59% | 1.41% | 0.92 | $4.96 |
| 7/14/2021 | $352.06 | $351.92 | 0.04% | -0.24% | 0.29% | -1.32% | -0.30% | 0.34% | 0.22 | $1.21 |
| 7/15/2021 | $328.16 | $352.06 | -7.03% | -0.39% | -0.54% | 0.30% | -0.55% | -6.48% | -4.23 *** | ($22.10) |
| 7/16/2021 | $324.62 | $328.16 | -1.08% | -0.76% | 0.18% | 1.16% | 0.00% | -1.09% | -0.71 | ($3.55) |
| 7/19/2021 | $324.16 | $324.62 | -0.14% | -1.47% | -0.59% | 0.81% | -0.62% | 0.48% | 0.31 | $1.56 |
| 7/20/2021 | $322.49 | $324.16 | -0.52% | 1.68% | 0.73% | 1.39% | 0.69% | -1.21% | -0.79 | ($3.89) |
| 7/21/2021 | $322.96 | $322.49 | 0.15% | 0.96% | 0.40% | 0.61% | 0.26% | -0.11% | -0.07 | ($0.37) |
| 7/22/2021 | $326.36 | $322.96 | 1.05% | 0.03% | 0.43% | -0.18% | 0.02% | 1.03% | 0.67 | $3.34 |
| 7/23/2021 | $325.40 | $326.36 | -0.29% | 0.89% | 1.14% | 0.84% | 0.75% | -1.04% | -0.68 | ($3.38) |
| 7/26/2021 | $331.93 | $325.40 | 1.99% | 0.16% | -0.43% | -2.20% | -0.85% | 2.84% | 1.85 * | $9.37 |
| 7/27/2021 | $333.96 | $331.93 | 0.61% | -0.60% | 0.40% | -1.00% | -0.22% | 0.83% | 0.54 | $2.77 |
| 7/28/2021 | $334.18 | $333.96 | 0.07% | 0.30% | 0.95% | 3.05% | 0.94% | -0.87% | -0.57 | ($2.91) |
| 7/29/2021 | $329.17 | $334.18 | -1.51% | 0.45% | -0.29% | -0.81% | -0.48% | -1.03% | -0.67 | ($3.43) |
| 7/30/2021 | $326.73 | $329.17 | -0.74% | -0.56% | -0.50% | -0.11% | -0.62% | -0.13% | -0.08 | ($0.41) |
| 8/2/2021 | $331.70 | $326.73 | 1.51% | -0.14% | 0.31% | -0.08% | -0.06% | 1.57% | 1.02 | $5.17 |
| 8/3/2021 | $338.00 | $331.70 | 1.88% | 0.68% | 1.63% | 2.18% | 1.25% | 0.63% | 0.41 | $2.09 |
| 8/4/2021 | $338.10 | $338.00 | 0.03% | -0.40% | -0.36% | 1.42% | -0.24% | 0.27% | 0.17 | $0.90 |
| 8/5/2021 | $336.59 | $338.10 | -0.45% | 0.71% | 0.06% | 1.92% | 0.25% | -0.69% | -0.45 | ($2.34) |
| 8/6/2021 | $340.00 | $336.59 | 1.01% | 0.08% | -0.29% | -1.62% | -0.67% | 1.68% | 1.09 | $5.69 |
| 8/9/2021 | $340.20 | $340.00 | 0.06% | -0.04% | 0.27% | 2.66% | 0.42% | -0.36% | -0.23 | ($1.21) |
| 8/10/2021 | $337.22 | $340.20 | -0.88% | 0.07% | 0.64% | -1.67% | -0.11% | -0.77% | -0.50 | ($2.60) |
| 8/11/2021 | $339.05 | $337.22 | 0.54% | 0.24% | -1.06% | -3.19% | -1.40% | 1.94% | 1.27 | $6.62 |
| 8/12/2021 | $340.68 | $339.05 | 0.48% | 0.20% | 1.01% | 0.87% | 0.58% | -0.10% | -0.07 | ($0.35) |
| 8/13/2021 | $342.25 | $340.68 | 0.46% | 0.03% | 0.77% | -0.09% | 0.25% | 0.21% | 0.14 | $0.72 |
| 8/16/2021 | $343.50 | $342.25 | 0.36% | -0.08% | 1.15% | -1.46% | 0.22% | 0.14% | 0.09 | $0.49 |
| 8/17/2021 | $349.79 | $343.50 | 1.81% | -0.79% | 1.23% | 1.99% | 0.79% | 1.02% | 0.67 | $3.53 |
| 8/18/2021 | $341.87 | $349.79 | -2.29% | -0.89% | -1.56% | -1.33% | -1.53% | -0.77% | -0.50 | ($2.67) |
| 8/19/2021 | $338.62 | $341.87 | -0.96% | -0.23% | 0.47% | -2.64% | -0.42% | -0.53% | -0.35 | ($1.81) |
| 8/20/2021 | $341.74 | $338.62 | 0.92% | 0.86% | 0.47% | 1.67% | 0.48% | 0.44% | 0.29 | $1.50 |
| 8/23/2021 | $346.43 | $341.74 | 1.36% | 1.05% | 0.19% | 3.17% | 0.59% | 0.77% | 0.50 | $2.65 |
| 8/24/2021 | $349.40 | $346.43 | 0.85% | 0.42% | -1.03% | -0.40% | -0.86% | 1.72% | 1.12 | $6.00 |
| 8/25/2021 | $342.75 | $349.40 | -1.92% | 0.26% | -0.53% | 0.57% | -0.41% | -1.51% | -0.99 | ($5.24) |
| 8/26/2021 | $342.24 | $342.75 | -0.15% | -0.65% | -0.41% | -0.67% | -0.67% | 0.52% | 0.34 | $1.78 |
| 8/27/2021 | $343.19 | $342.24 | 0.28% | 1.09% | -0.45% | 0.33% | -0.30% | 0.57% | 0.37 | $1.97 |
| 8/30/2021 | $344.42 | $343.19 | 0.36% | 0.30% | 0.61% | -0.25% | 0.15% | 0.20% | 0.13 | $0.70 |
| 8/31/2021 | $338.91 | $344.42 | -1.61% | -0.11% | -0.35% | 0.71% | -0.32% | -1.29% | -0.84 | ($4.42) |
| 9/1/2021 | $338.24 | $338.91 | -0.20% | 0.20% | -0.72% | 1.07% | -0.45% | 0.25% | 0.16 | $0.84 |
| 9/2/2021 | $335.57 | $338.24 | -0.79% | 0.41% | 0.90% | 1.13% | 0.59% | -1.38% | -0.90 | ($4.64) |
| 9/3/2021 | $333.60 | $335.57 | -0.59% | -0.01% | -0.08% | -0.18% | -0.30% | -0.29% | -0.19 | ($0.98) |
| 9/7/2021 | $327.24 | $333.60 | -1.92% | -0.42% | -1.27% | -0.20% | -1.09% | -0.84% | -0.55 | ($2.79) |
| 9/8/2021 | $321.55 | $327.24 | -1.75% | -0.35% | 0.01% | -1.04% | -0.44% | -1.32% | -0.86 | ($4.28) |
| 9/9/2021 | $300.15 | $321.55 | -6.89% | -0.29% | -2.13% | 0.59% | -1.46% | -5.43% | -3.54 *** | ($16.98) |

**Sources:** CRSP, Nasdaq, S&P, and computations performed by Crowninshield Financial Research, Inc.

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

**Exhibit-9**

**Biogen Common Stock Artificial Inflation Ribbon**

| Date | Inflation |
|---|---|
| 6/7/2021 - 6/23/2021 | $22.59 |
| 6/24/2021 - 9/8/2021 | $5.66 |
| 9/9/2021 - Beyond | $0.00 |

**Source:** Computations performed by Crowninshield Financial Research, Inc.