# EXHIBIT 13

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*
*Civil Action No. 22-10200-WGY*

*Oklahoma Firefighters Pension*
*And Retirement System,*
*Plaintiff,*
*v.*
*Biogen Inc., Michel Vounatsos,*
*And Alisha Alaimo,*
*Defendants*

# Expert Report of Jennifer Marietta-Westberg, Ph.D.

January 21, 2025

# Table of Contents

I. Qualifications ..... 1

II. Case Background ..... 2

III. Assignment ..... 4

IV. Summary of Opinions ..... 5

V. Biogen's Stock Price Movements and Analyst and Market Commentary Indicate That the Alleged Misrepresentations and Alleged Corrective Disclosures Did Not Provide New Value-Relevant Information ..... 6

A. Event Study Analysis of Alleged Misrepresentations and Alleged Corrective Disclosures ..... 6

B. Biogen Did Not Have a Statistically Significant Stock Price Reaction When the Alleged Misrepresentations Were Made, and This Finding Is Consistent with Analyst and Market Commentary ..... 12

1. Biogen's Stock Price Reaction ..... 12

2. Analyst and Market Commentary ..... 13

C. In the Weeks Following the June 8 Conference Call, Analysts Continued to Discuss the Possibility That CMS Would Initiate an NCD Analysis and That Medicare Coverage Might Be Restricted ..... 18

D. Biogen Did Not Have a Statistically Significant Stock Price Reaction When the Alleged Misrepresentations Were Purportedly Corrected, And This Finding Is Consistent with Analyst and Market Commentary ..... 22

1. June 28 ..... 23

2. July 12 ..... 24

VI. The Economic Evidence Is Inconsistent with Plaintiff's Claim That It Incurred Losses When the Alleged Misrepresentations Were Purportedly Corrected ..... 29

A. Overview of Loss Causation from an Economic Perspective ..... 30

B. The Alleged Corrective Disclosure on June 28 Was Not Associated with a Statistically Significant Stock Price Decline ..... 30

C. The Alleged Corrective Disclosure on July 12 Was Not Associated with a Statistically Significant Price Decline ..... 31

VII. The Economic Evidence Is Inconsistent with Plaintiff's Claim That It Suffered Economic Damages as a Result of the Alleged Misrepresentations ..... 32

## I. Qualifications

1. I am a Vice President at Cornerstone Research, an economic and financial consulting firm. At Cornerstone Research, I consult with clients on economic and financial issues arising in litigation and regulatory investigations in financial markets, and I provide economic analyses pertaining to various topics, including equity and bond trading, financial reporting, valuation, market making, asset management, and mergers and acquisitions.

2. I previously served as a member of the U.S. Securities and Exchange Commission ("SEC" or "Commission") Investor Advisory Committee ("IAC"), created under the Dodd-Frank Act. Among other things, the IAC advises the Commission on regulatory priorities, the effectiveness of disclosure, and initiatives to protect investor interests; and it works to promote investor confidence and the integrity of the securities marketplace. As a member of the IAC, I participated in quarterly public meetings with various market participants and submitted analyses and recommendations for consideration by the Commission. In 2021, I completed my four-year tenure on the IAC after serving as Chair of the IAC for one year. I served as a member of the Board of Advisors to the Institute for Law and Economics at the University of Pennsylvania and as a Practitioner Director of the Financial Management Association.

3. Prior to joining Cornerstone Research, I spent ten years at the SEC, including as Deputy Director and Deputy Chief Economist at the Division of Economic and Risk Analysis ("DERA"). As the Deputy Director/Deputy Chief Economist of DERA, my responsibilities included, among others, leading teams of economists conducting economic research and crafting economic analyses for SEC rulemaking in a wide variety of areas, including the regulation of broker-dealers, investment advisers, corporate issuers, and markets and exchanges. In addition, I led international economic initiatives and served, sequentially, as the Vice-Chair and Chair of the International Organization of Securities Commissions' Committee on Emerging Risks.

4. I earned a Ph.D. in Finance from the University of Iowa. For six years, I was an Assistant Professor within the Finance department at Michigan State University. While an Assistant Professor, I conducted economic research on initial public offerings, stock underwriting, divergence of investor opinion, and managerial ownership at investment management firms, among other topics. I also taught the foundational Investments course to

both undergraduates and graduate MBA students. My lectures covered a broad array of investment topics, including portfolio theory and security valuation for equities, bonds, and derivatives, among other topics.

5. My work as an economist routinely involves reviewing, understanding, and applying academic research, formulating and testing hypotheses, performing statistical analyses of data, and drawing economic conclusions. My experience at the SEC and Cornerstone Research includes economic analysis across policy, investigation, and litigation issues. Throughout my career, I have applied my training and expertise to economic and statistical analyses on a wide range of topics and across various markets, both in the U.S. and internationally. My work has been published in peer-reviewed academic journals such as the *Journal of Corporate Finance*, *Journal of Accounting and Economics*, and *European Financial Management*.

6. Cornerstone Research is being compensated at my standard billing rate, which is currently $1,110 per hour. I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction. Neither my compensation nor the compensation of Cornerstone Research staff who assisted me is affected by the outcome of this matter.

7. A copy of my curriculum vitae, which includes a list of prior testimony over the last four years, is attached as **Appendix A** to this report.

## II. Case Background

8. On June 7, 2021, the U.S. Food and Drug Administration ("FDA") approved Biogen Inc.'s ("Biogen") drug, Aduhelm, "to treat patients with Alzheimer's disease using the Accelerated Approval … pathway."[1] The approval was announced during market hours, following which Biogen's stock price increased.[2] Before market open on June 8, Biogen held

---

[1] FDA Press Release, "FDA's Decision to Approve New Treatment for Alzheimer's Disease," June 7, 2021, available at https://www.fda.gov/drugs/our-perspective/fdas-decision-approve-new-treatment-alzheimers-disease, accessed on January 15, 2025.

[2] "U.S. FDA approves Biogen Alzheimer's drug," *Reuters News*, June 7, 2021; "Biogen's Alzheimer's Drug Is a Wall Street Winner, Controversy or Not -- Heard on the Street – Update," *Dow Jones Institutional News*, June 7, 2021.

a conference call with analysts to discuss the approval.[3] Plaintiff alleges that during the call, Biogen executives Mr. Vounatsos and Ms. Alaimo "misrepresented that Medicare coverage was 'automatically presumed' following FDA approval,"[4] despite their purported expectation that the Centers for Medicare and Medicaid Services ("CMS") would engage in a National Coverage Determination ("NCD") analysis lasting several months, likely leading to restricted coverage.[5] Plaintiff claims that Biogen's stock price was inflated due to the alleged misrepresentations until a series of purportedly corrective disclosures culminating in a January 11, 2022 CMS announcement of a proposed decision to restrict Medicare coverage to patients enrolled in qualifying clinical trials.[6]

9. I understand that Plaintiff initially sought certification of a class of "[a]ll persons and entities who purchased or otherwise acquired common stock of Biogen, Inc. between June 8, 2021, and January 11, 2022, inclusive, [(the 'Putative Class Period' or 'PCP'),]" and who were damaged thereby.[7,8] On May 10, 2024, Plaintiff filed an expert report from Prof. Steven P. Feinstein ("May 2024 Plaintiff Expert Report") in which Prof. Feinstein asserted that "Biogen stock traded in an efficient market throughout the [PCP]" and that "Section 10(b) damages in this matter can be computed for all [putative] Class members using a common methodology that is consistent with Lead Plaintiff's theory of liability."[9] I also understand that the Court has granted, in part, Plaintiff's motion for class certification, specifying a Class Period that starts on June 8, 2021 and ends on July 12, 2021 ("the Class Period"). I further understand that Plaintiff alleges that two corrective disclosures about Biogen's actionable

---

[3] Biogen Press Release, "FDA grants accelerated approval for ADUHELM™ as the first and only Alzheimer's disease treatment to address a defining pathology of the disease," June 7, 2021, available at https://investors.biogen.com/node/23521/, accessed on January 15, 2025, p. 2.

[4] Second Class Action Complaint for Violations of the Federal Securities Laws, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, April 10, 2024 ("Complaint"), ¶ 187.

[5] Complaint, ¶ 188.

[6] Complaint, ¶¶ 289, 305.

[7] Lead Plaintiff's Memorandum in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, May 10, 2024, p. 1.

[8] I understand that Plaintiff originally articulated four theories of liability ("original theories"), asserting that Biogen's stock price was inflated during the PCP due to alleged misstatements regarding: "(i) the number of sites ready (meaning 'willing' and 'capable') to administer Aduhelm immediately after approval; (ii) the significance of logistical constraints on identifying treatment-eligible patients by diagnosing amyloid beta pathology; (iii) the likelihood that Medicare coverage of the treatment would follow FDA approval; and (iv) payer feedback over the premium price point chosen for Aduhelm." *See* Complaint, ¶ 4. I understand from counsel that the Court has dismissed claims pertaining to theories (i), (ii), and (iv) ("dismissed theories"), leaving as actionable only claims pertaining to theory (iii).

[9] Expert Report of Professor Steven P. Feinstein, Ph.D., CFA, May 10, 2024, ¶¶ 20–21.

alleged misrepresentations were made within the Class Period: on June 28 and July 12, 2021 ("alleged corrective disclosures").[10]

## III. Assignment

10. During the class certification phase of this matter, I submitted an initial report on June 21, 2024 ("my June 2024 report"), opining that there was no evidence that the alleged misrepresentations had a statistically significant impact on the price of Biogen stock and pointing out several shortcomings in Prof. Feinstein's proposed damages approach. I subsequently submitted a supplemental report on July 22, 2024 ("my July 2024 report"), in which I responded to critiques of my opinions that were made by Prof. Feinstein in his July 18, 2024 report ("July 2024 Plaintiff Expert Report").

11. Counsel has now asked me to opine on whether the economic evidence is consistent with Plaintiff's claim that the June 8, 2021 alleged misrepresentations were value-relevant. I have also been asked to opine on whether the economic evidence supports Plaintiff's claim that the alleged misrepresentations caused Biogen's stock price to be inflated during the Class Period and the purported correction of the alleged misrepresentations caused Plaintiff to incur losses; and if so, the magnitude of any associated economic damages.

12. In formulating the opinions set forth in this report, I have relied on my knowledge, my prior experience, my academic research on relevant topics, and my formal training in economics and finance, all of which have informed the analyses described below. A list of documents, data, and other information that I have considered in forming these opinions is attached hereto as **Appendix B**. I reserve the right to revise my opinions in light of my ongoing review of the materials I have considered, as well as additional materials, including data, documents, and deposition or other testimony that may subsequently come to light, or if I am asked to perform further research or analysis. Further, I reserve the right to address any additional issues that Counsel may ask me to address based on the disposition of currently pending motions in this matter.

---

[10] I understand that Plaintiff also alleges other corrective disclosures pertaining to alleged misrepresentations that the Court has ruled as not actionable. *See* Complaint, ¶¶ 211–215, 219–223.

## IV. Summary of Opinions

13. The opinions I have reached to date are summarized here and discussed in further detail below.

14. Biogen's stock price movements and analyst and market commentary indicate that the alleged misrepresentations (i.e., that "[f]or Medicare fee-for-service, coverage is automatically presumed with FDA approval")[11,12] and their purported correction did not provide new, value-relevant information to the market.

a. In an efficient market, prices react only to new, value-relevant information, and not to stale information.

b. Assuming that Biogen traded in an efficient market throughout the Class Period, one would expect its stock price to react to the alleged misrepresentations and alleged corrective disclosures if they conveyed new, value-relevant information to the market.

c. However, Biogen did not have a statistically significant stock price reaction either following the company's alleged June 8, 2021 misrepresentations or when those alleged misrepresentations were purportedly corrected on June 28 and July 12 of 2021.

d. I reviewed analyst reports and the public press to examine whether there was any potentially confounding information that could have influenced the stock price reaction to the alleged misrepresentations and alleged corrective disclosures. I found no evidence of confounding information.

e. The lack of a statistically significant stock price reaction to the alleged misrepresentations and purported corrective disclosures is consistent with evidence from analyst and market commentary, which indicates that the market already possessed the information that Plaintiff alleges was concealed. Specifically, the likelihood of CMS initiating an NCD analysis and proposing to restrict coverage for Aduhelm was widely discussed in the market both

---

[11] Biogen Conference Call Transcript, "Biogen Inc. to Discuss the Approval of ADUHELM Call - Final," June 8, 2021 ("Biogen Conference Call Transcript, June 8, 2021").

[12] May 2024 Plaintiff Expert Report, ¶ 29, citing Complaint, ¶¶ 187–188.

before the June 8, 2021 conference call and throughout the Class Period. Thus, in an efficient market, one would not expect Biogen to have a statistically significant stock price reaction either to the alleged misrepresentations that Medicare coverage was presumed or to related alleged corrective disclosures.

15. I understand from counsel that Plaintiff alleges that it incurred losses when the alleged misrepresentations were purportedly corrected on June 28 and July 12, 2021.[13] However, the economic evidence is inconsistent with Plaintiff's claim, since Biogen's stock price movements following the alleged corrective disclosures were not statistically significant, i.e., they were not distinguishable from random daily fluctuations in the stock price.

16. Given that the economic evidence is inconsistent with Plaintiff's claim of having suffered economic loss due to Biogen's alleged misrepresentations, it is also inconsistent with Plaintiff's claim that Plaintiff suffered economic damages.

## V. Biogen's Stock Price Movements and Analyst and Market Commentary Indicate That the Alleged Misrepresentations and Alleged Corrective Disclosures Did Not Provide New Value-Relevant Information

17. As described below, I have analyzed Biogen's stock price movements and reviewed analyst and market commentary during the Class Period. Based on that review, I find no evidence that the alleged misrepresentations and corrective disclosures provided new value-relevant information to the market.

### A. Event Study Analysis of Alleged Misrepresentations and Alleged Corrective Disclosures

18. In an efficient market, prices react to new, value-relevant information, but not to stale information.[14] To measure whether information that becomes available to the market is value-relevant, economists frequently use a statistical method known as an "event study."

---

[13] Complaint, ¶¶ 296 and 299.

[14] A market is defined as efficient in the semi-strong sense when "current prices 'fully reflect' all obviously publicly available information." Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417 ("Fama (1970)") at p. 404.

19. Event studies have been widely used in the academic literature to examine the impact of many different types of information on company stock prices. As summarized in a 1997 academic treatise on the topic: "Using financial market data, an event study measures the impact of a specific event on the value of a firm."[15]

20. In the context of securities litigation, economists can potentially use event studies to assess the price impact (if any) of allegations ("price impact analysis"), or to assess losses (if any) that were suffered when allegedly misrepresented information was revealed ("loss causation analysis").[16]

21. The first step in conducting an event study is to identify the event of interest and the period over which the stock price change ("return") will be examined ("event window").[17] In a semi-strong form efficient market, stock prices are expected to react to new, value-relevant public information quickly, and academic researchers often adopt a one-day event window when using daily data on stock returns.[18] The events of interest in this matter are the alleged misrepresentations on June 8 and the alleged corrective disclosures on June 28 and July 12:[19]

- The alleged misrepresentations on June 8 were made before the market opened. Therefore, I examine Biogen's stock price change between market close on June 7 and the market close on June 8.

---

[15] A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Volume 35, no.1, 1997, pp. 13–39 ("MacKinlay (1997)").

[16] John Y. Campbell, et al., *The Econometrics of Financial Markets*, (Princeton, NJ: Princeton University Press, 1997) ("Campbell, et al. (1997)"), p. 149 ("[I]n legal-liability cases event studies are used to assess damages."); Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49, no. 2, 1994, pp. 545–590 ("Mitchell and Netter (1994)") at p. 556 ("An event study is a statistical technique that estimates the stock price impact of occurrences such as mergers, earnings announcements, and so forth.").

[17] Mitchell and Netter (1994), p. 558.

[18] Fama (1970), p. 404. *See also* MacKinlay (1997), p. 13 ("[G]iven rationality in the marketplace, the effects of an event will be reflected immediately in security prices. Thus a measure of the event's economic impact can be constructed using security prices observed over a relatively short time period."); Campbell, et al. (1997), p. 151 ("[I]f one is looking at the information content of an earnings announcement with daily data, the event will be the earnings announcement and the event window might be the one day of the announcement."). Several academic papers also document evidence that the market responds to value-relevant news within an hour. *See, e.g.*, Jeffrey A. Busse and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, 2002, pp. 415–437 at pp. 415–416; Tarun Chordia, et al., "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics* 76, 2005, pp. 271–292 at pp. 271, 273; Jozef Drienko and Stephen J. Sault, "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance* 37, 2013, pp. 4810–4819 at p. 4810.

[19] Unless otherwise specified, all the dates mentioned in this report are for the year 2021.

- The alleged corrective disclosure on Monday, June 28 also occurred before market open, and I therefore examine Biogen's stock price change between market close on Friday, June 25 and market close on Monday, June 28.
- The alleged corrective disclosure on July 12 occurred after market close. I therefore examine Biogen's stock price change between market close on July 12 and market close on July 13.

22. The change in a company's stock price within an event window is called the "raw return." This return includes not only the effect, if any, of the event in question, but also the impacts of broad macroeconomic factors that affect all firms in the market and broad industry factors that affect all firms in the same industry.

23. The second step in an event study is to isolate the portion of the raw return that is company-specific and cannot be attributed to macroeconomic or industry factors.[20] This is typically done by controlling for the returns of appropriately chosen market and industry indices.[21] Here, I control for market-wide factors using total returns on the CRSP NYSE/NYSE Market/NASDAQ/Arca Value-Weighted Market Index (the "Market Index"), an index composed of all stocks that are listed on the NYSE, NYSE American, NASDAQ, and NYSE Arca markets.[22] To capture industry-specific factors pertinent to Biogen, I identified companies that analysts covering Biogen considered to be the company's peers. The seven "peer" companies so identified were: Amgen Inc. ("Amgen"); Bristol-Myers Squibb Company; Eli Lilly and Company ("Eli Lilly"); Gilead Sciences, Inc.; Regeneron Pharmaceuticals, Inc.; Roche Holding AG ("Roche"); and Sage Therapeutics, Inc. ("Sage").[23]

---

[20] Mitchell and Netter (1994), p. 560.

[21] MacKinlay (1997), pp. 15, 18.

[22] "Data Descriptions Guide: CRSP US Stock & US Index Databases," *Center for Research in Security Prices*, modified September 18, 2024, pp. 104, 111, available at https://www.crsp.org/wp-content/uploads/guides/CRSP_US_Stock_&_Indexes_Database_Data_Descriptions_Guide.pdf, accessed on January 15, 2025. Note that NYSE Market became NYSE American on July 24, 2017. *See* NYSE Member Education Bulletin, "NYSE MKT Transition to NYSE American," *NYSE*, July 14, 2017, available at https://www.nyse.com/publicdocs/nyse/markets/nyse-american/rule-interpretations/2017/NYSE%20MKT%20MEB%2017-01%20NYSE%20MKT%20American%20Transition.pdf, accessed on January 21, 2025.

[23] Each of the seven "peer" companies was mentioned as a peer to Biogen by more than half of the 35 contributors in the set of 363 analyst reports on Biogen from June 7, 2021 to July 22, 2021 that I reviewed for the purpose of this report. (*See* **Section V.B.** for details.) I tally an instance of a mention of a company when an analyst report mentions the name/ticker of that company in text, table, graph, or diagram form. I excluded Eisai Co., Ltd. from consideration due to its collaboration with Biogen on the development of Aduhelm. *See, e.g.*, "BRIEF-Biogen and Eisai Launch Multiple Initiatives To Help Patients With Alzheimer's Disease Access ADUHELM," *Reuters News*, June 7, 2021.

I then constructed an industry index based on the stock returns of these companies ("primary industry index").[24] As discussed below, the results of my analyses are robust to alternative methods of peer company selection and industry index construction.

24. After choosing market and industry indices, the economist uses a statistical regression model to estimate the relation between the company's raw stock return and market and industry factor returns. The regression model commonly assumes a stable relationship between the firm's stock return and both market- and industry-wide factors[25] and estimates this relationship over an "estimation period."[26] In this case, I use a rolling estimation period of 252 trading days prior to each day in the Class Period,[27] an estimation period that is consistent with event studies in the academic literature.[28] The estimated regression model allows the economist to calculate the expected stock return conditional on market and industry returns. The difference between the raw stock return and expected stock return is known as the "residual return."[29]

25. The third step in the analysis is to determine whether the residual return on a given day is sufficiently large as to be distinguishable from random movements in the stock price. To evaluate this, the economist tests the residual return for "statistical significance."[30] This test establishes whether the residual return of interest is statistically distinguishable from zero; that is, whether the stock price movement is so large that it is unlikely to be due to random chance. It is common in economics to use a one percent (1%) or five percent (5%)

---

[24] To avoid the possibility of the industry index being dominated by one large company such as Eli Lilly or Amgen, I weight the stock returns of the seven companies equally. As I discuss below, my conclusions remain unchanged when I weight the peers by market capitalization instead of equal weighting.

[25] MacKinlay (1997), pp. 15, 18.

[26] MacKinlay (1997), p. 15.

[27] In other words, to estimate the expected return on a given day in the Class Period, I estimate the relationship between Biogen's stock returns and market and industry index returns over the 252 trading days prior to that day. I include dummy variables to control for Biogen's stock returns on days on which Plaintiff alleges company-specific news was released, including the impact dates for the alleged misrepresentations and alleged corrective disclosures mentioned in the Complaint, dates on which Biogen made earnings announcements ("Earnings Dates") and "FDA Action Dates," as defined in the May 2024 Plaintiff Expert Report. May 2024 Plaintiff Expert Report, ¶ 120.

[28] *See* Mitchell and Netter (1994), p. 568 ("The estimation period for this market model equation typically ranges from 100 to 300 trading days preceding the event under study.").

[29] MacKinlay (1997), p. 15 ("Appraisal of the event's impact requires a measure of the abnormal return. The abnormal return is the actual ex post return of the security over the event window minus the normal return of the firm over the event window."). *See also* Stephen J. Brown and Jerold B. Warner, "Measuring Security Price Performance," *Journal of Financial Economics* 8, no. 3, 1980, pp. 205–258 at p. 205.

[30] Mitchell and Netter (1994), p. 562.

level of significance when making this determination.[31] If the residual return is not statistically significant, the economist cannot reject the hypothesis that the residual return is equal to zero (at the tested significance level). If the residual return *is* statistically significant, the economist *can* reject the hypothesis that the residual return is equal to zero (at the tested significance level).

26. However, a statistically significant residual return does not, by itself, imply a stock price reaction to a particular piece of news. As noted above, in an efficient market, stock prices react only to new, value-relevant information and not to stale information. Thus, if a stock trades in an efficient market and a specific piece of information that was already known to the market was released on a given day, a finding of a significant stock price reaction on that day cannot be taken as evidence that the stock price reacted to that stale information.

27. Finally, given that stock prices react to all new, value-relevant, company-specific information released during the event window in an efficient market, one must isolate the stock price impact attributable solely to the event of interest to be able to draw conclusions regarding a specific event from an event study. The residual return from a regression measures the impact of the total mix of information revealed during the event window. If multiple pieces of company-specific news enter the market during the same event window, the economist must perform additional analysis to parse out the portion of the residual return that is attributable to the impact of the event of interest.

28. The results of my analysis are presented in **Exhibit 1**. As shown, Biogen stock did not have a statistically significant price reaction either following the alleged misrepresentations on June 8 or at the time the alleged misrepresentations were purportedly corrected on June 28 and July 12. As discussed below, the lack of a significant stock price

---

[31] *See* James H. Stock and Mark W. Watson, *Introduction to Econometrics*, 3rd ed., (Hoboken, NJ: Pearson Education, 2011), p. 77 ("What significance level should you use in practice? In many cases, statisticians and econometricians use a 5% significance level."); David H. Kaye, and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence*, 3rd ed., 2011, p. 251 (internal citation omitted) ("In practice, statistical analysts typically use levels of 5% and 1%. The 5% level is the most common in social science, and an analyst who speaks of significant results without specifying the threshold probably is using this figure."); Mitchell and Netter (1994), p. 564 ("For example, researchers apply decision rules to determine whether a given value is significantly different from the mean value. An often used convention is the five percent rule-— values greater than or equal to 1.96 standard deviations from the mean value are considered significantly different from the typical value because there is only a five percent chance that a randomly selected value will be 1.96 or more standard deviations from the true mean.").

reaction is consistent with the prior availability in the market of the allegedly concealed information.

29. I have tested the robustness of my statistical findings to several alternative methods of industry index construction and estimation periods, using a total of 13 alternative regression models. **Exhibit 2** presents a summary of the baseline and alternative regression models.

a. In addition to using a rolling estimation period, I performed robustness checks estimating the regression model using a fixed estimation period of 252 trading days ending on June 4, the trading day before the FDA approval of Aduhelm.

b. I performed robustness tests using versions of my primary industry index excluding Eli Lilly and Roche. Both companies were developing Alzheimer's drugs considered to be similar to Aduhelm during the relevant period, a fact that could potentially have resulted in their stock returns being influenced by news about Biogen and Aduhelm.[32]

c. I performed robustness tests using an alternative industry index comprised only of companies explicitly identified by more than half of analyst contributors as a "peer," "competitor," or "collaborator" to Biogen and/or its products. The companies in the resulting alternative peer index were: Eli Lilly, Roche, and Sage.

d. For all versions of the industry index, I performed robustness tests using value-weighted returns in which each constituent company's return was weighted by its market capitalization.

e. Finally, solely for purposes of comparison with the results presented in the May 2024 Plaintiff Expert Report, I estimated regression models using the

[32] *See, e.g.,* "What are the Broader Implication of FDA's aducanumab approval in AD?" *Citi*, June 8, 2021, p. 1 ("From the perspective of other Alzheimer's Disease (AD) drugs in development, the market has already priced in higher probability of success for other AD drugs following today's [Aduhelm] approval. [Eli Lilly] is now discounting c.$8bn donanemab sales (phase III data 2023). Buy-rated Roche and RPRX have significant near-term upside potential given very conservative consensus gantenerumab forecasts and the proximity of phase III gantenerumab data (first trial reports May 2022).").

Nasdaq Pharmaceutical Index and Nasdaq Biotechnology Index (excluding Biogen) as the industry indices instead of my primary industry index.[33]

The alleged misrepresentations and corrective disclosures were not associated with significant stock price reactions in any of the alternative specifications, as discussed below.

### B. Biogen Did Not Have a Statistically Significant Stock Price Reaction When the Alleged Misrepresentations Were Made, and This Finding Is Consistent with Analyst and Market Commentary

30. Plaintiff alleges that Biogen "misled investors as to the commercial readiness for its new drug, Aduhelm, through … false and misleading statements concerning … the likelihood that Medicare coverage of the treatment would follow FDA approval…."[34] Specifically, Plaintiff claims that Mr. Vounatsos's and Ms. Alaimo's statements during Biogen's conference call with analysts before market open on June 8 that "[f]or Medicare fee-for-service, coverage is automatically presumed with FDA approval," were misleading because they "omitt[ed] to reveal Biogen's expectation that [an NCD analysis] would be initiated" in the event of broad label approval by the FDA, and that the process would lead to "likely narrower [than full]" coverage.[35]

#### 1. Biogen's Stock Price Reaction

31. If the alleged misstatements on June 8 conveyed new, favorable, and value-relevant information to the market regarding the likelihood and extent of Medicare coverage, I would expect a positive and statistically significant stock price reaction on that day. However, I find that Biogen's stock price reaction was not statistically significant on that day. As shown in **Exhibit 1**, Biogen's stock closed at $395.37 on June 8, down $0.48 from its June 7 closing price of $395.85, producing a raw stock return of -0.12%. After adjusting for both market

---

[33] Solely to ensure comparability with Plaintiff's expert's analysis, I removed Biogen from the Nasdaq Biotechnology Index using the same methodology as Prof. Feinstein's in the May 2024 Plaintiff Expert Report. I do not endorse the validity of the methodology. *See* May 2024 Plaintiff Expert Report, ¶ 131.

[34] Complaint, ¶ 4.

[35] Complaint, ¶¶ 187–188, 192–193. The May 2024 Plaintiff Expert Report (¶ 29) also pointed to the June 8 conference call as the source of the alleged misrepresentations: "Lead Plaintiff alleges that Defendants misled investors about the commercial viability of Aduhelm by misrepresenting that broad Medicare coverage was automatically presumed following FDA approval" (citing to Complaint, ¶¶ 187–188).

and industry factors, Biogen's residual return on that day was -0.60%, which was not statistically significant.

32. Since the residual return from a regression measures the impact of the total mix of information revealed during an event window, I checked to see whether any contemporaneous, confounding company-specific news could have affected this result. I found none.

33. The absence of a statistically significant stock price reaction is consistent with analyst and market commentary. As described below, both before and on June 8, several commentators predicted that CMS would initiate an NCD analysis, on which it ultimately would base its coverage decision.

### 2. Analyst and Market Commentary

34. I reviewed analyst reports and public press articles on June 7 and June 8 to examine whether analyst and market commentary was consistent with the lack of a significant stock price reaction on June 8.[36,37] As shown in **Exhibit 3**, contrary to Plaintiff's claim that the market was misled into expecting full Medicare coverage for Aduhelm, even on June 7, the day before the conference call, analysts and public press noted the possibility of Medicare restricting coverage.[38]

---

[36] For the purpose of this report, I reviewed 363 analyst reports from 35 contributors, including (a) all reports covering Biogen that were available on Capital IQ or LSEG Workspace published over the period June 7, 2021 through July 22, 2021, excluding reports by contributors that, in my experience as a financial economist, do not typically provide fundamental analysis of companies, and (b) 113 analyst reports provided to me by Counsel. **Appendix C** contains a summary of relevant analyst and market commentary during the period June 7, 2021 through July 22, 2021.

[37] I reviewed public press that I obtained from *Factiva*, a service that provides access to company press releases, numerous national and regional publications, and general business and industry publications. Publications available through *Factiva* include, for example, *Dow Jones Newswires*, *PR Newswire*, *Barron's*, *Financial Times*, *Forbes*, *Reuters News*, *The New York Times*, and *The Wall Street Journal*. *See* Dow Jones Factiva. I searched *Factiva* for articles from major news sources (i) with Biogen as the indexed company code or containing "Biogen" in the headline or text of the body of the article and (ii) containing the keywords "aduhelm" or "aducanumab" in the headline or text of the body of the article. I reviewed all such articles published between June 7, 2021 and June 11, 2021, between June 25, 2021 and July 1, 2021, and between July 9, 2021 and July 15, 2021. In addition, I also reviewed all such articles published between June 12, 2021 and July 22, 2021 that contained any of the keywords "Medicare," "Centers for Medicare and Medicaid Services," "CMS," "Coverage," "Reimbursement," "National Coverage Determination," "NCD," "Coverage with Evidence Development," and "CED."

[38] *See* **Exhibit 3**.

**Health Affairs (June 7):** "If the FDA approves aducanumab [Aduhelm] … all eyes will turn to CMS to launch a Medicare National Coverage Determination (NCD) process for aducanumab, including an independent assessment and evidentiary review. NCDs are the most powerful coverage tool that Medicare has and have generally been reserved for Medicare services that are costly or may be subject to variable local coverage decisions, or where there is a divide in the scientific community regarding efficacy among Medicare beneficiaries.

Aducanumab meets all three NCD conditions: 1) it is estimated to cost as much as $70,000 per year, but based on the divide of the drug's clinical effectiveness, it would need to be priced between $2,500-$8,300 a year to be cost effective; 2) similarly expensive and controversial therapies have a history of differing local coverage decisions; and 3) the scientific community, as well as FDA's own advisory board, have voiced serious concerns about coverage."[39]

**Reuters News (June 7):** "Cigna Corp., a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease."[40]

**Wolfe Research (June 7):** "As the main payer here will be Medicare, it is very conceivable that CMS may initiate a National Coverage Determination (NCD) process."[41]

[39] "Limiting Coverage Based on Efficacy and Safety: A Path Forward for Medicare Regarding the Alzheimer's Treatment Aducanumab," *Health Affairs*, June 7, 2021. (This article was cited in "Biogen: A Few Useful Numbers on Aduhelm's Likely Payer Dynamics," *Bernstein*, June 8, 2021, which provided a hyperlink to it.)
[40] "EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients?" *Reuters News*, June 7, 2021.
[41] "Alzheimer's Disease: BIIB, LLY, ROG: Aducanumab Approved, BROAD Ramifications – See Our Category Forecasts Here," *Wolfe Research*, June 7, 2021, p. 3.

35. Analyst commentary on June 8 continued to note the possibility that Medicare coverage might be restricted. For example:

> **Bernstein (June 8):** "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions … could be divergent[] – both conditions are clearly met for Aduhelm."[42]

> **Citi (June 8):** "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget [cannot] be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with $800B annual [M]edicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation."[43]

> **William Blair (June 8):** "Risks to our upgrade likely stem from headline risk on the cost of the therapy and the small potential of a negative Medicare national coverage determination (NCD), which we view as unlikely given the unmet medical need and patient advocacy. … It remains to be seen how Medicare plans will handle the price and bolus of patients, and we have therefore kept our penetration rates low ahead of additional details."[44]

---

[42] "Biogen: A Few Useful Numbers on Aduhelm's Likely Payer Dynamics," *Bernstein*, June 8, 2021, p. 2.
[43] "Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's Space?" *Citi*, June 8, 2021, p. 1.
[44] "Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform," *William Blair*, June 8, 2021, pp. 1–2.

The analyst commentary was also reflected in the public press.[45] For example:

> **Dow Jones Institutional News – Barron's (June 8)**: "In the hours after the [pricing] announcement … Citi Research analyst Mohit Bansal issued a similar warning early Tuesday: 'At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on Medicare budget cannot be ignored,' he wrote. 'Medicare may not have much choice but to find a way to restrict use in this situation.'"[46]

36. While some analysts expected that the result of an NCD would be coverage "in line with the FDA label," other analysts expected CMS to impose limits on coverage, including the possibility of Coverage with Evidence Development ("CED"), which was the proposed decision CMS eventually announced following the NCD analysis.[47] For example:

> **Bernstein (June 8):** "[F]or Aduhelm[,] CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive PET. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch."[48]

> **Citi (June 8):** "[O]ur healthcare services analyst … expects CMS to establish a national coverage decision (NCD) shortly…."[49]

> **Cowen (June 8):** "While the Centers for Medicare & Medicaid Services (CMS) may soon open a National Coverage Determination (NCD) on aducanumab, we expect the end result will be coverage in line with the FDA label with perhaps some additional patient and provider requirements. … [P]harmaceuticals are increasingly triggering

---

[45] *See* **Exhibit 3**.
[46] "The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry – Barrons.com," *Dow Jones Institutional News*, June 8, 2021.
[47] "Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos," *Cowen*, June 8, 2021, p. 1. *See also* **Exhibit 3**.
[48] "Biogen: A Few Useful Numbers on Aduhelm's Likely Payer Dynamics," *Bernstein*, June 8, 2021, p. 2.
[49] "Biobits – Why Aducanumab $56K price tag could hurt the Biotech industry?" *Citi*, June 8, 2021, p. 1.

the NCD process as they become more costly and complex, with CAR-T therapy and Dendreon's Provenge being a few recent examples. … Medicare's NCD process itself is a nine-month process that can stretch to 12 months if CMS holds a Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) meeting."[50]

**Piper Sandler (June 8):** "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. … [I]n fact, there is a decent body of precedent where [CMS and FDA] have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD []. Per previous guidance, this could allow CMS to implement a CED [] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely."[51]

37. Analysts expressed differing opinions about the likelihood of Medicare coverage for necessary diagnostic procedures, which further indicated that Medicare coverage might be limited. For example:

**Guggenheim (June 8):** "We spoke with an expert in insurance payer dynamics, and she emphasized that PET scans to confirm or diagnose amyloid pathology are not considered the current standard of care for treating [Alzheimer's disease]. Because the label specifies that the drug activity is meant to reduce amyloid plaques, patients will likely need a confirmatory PET scan to receive a prescription, which will not be

---

[50] "Medicare Likely to Cover Aducanumab, NCD Possible; UPS Chance of Part B Demos," *Cowen*, June 8, 2021, p. 1. Emphasis removed.
[51] "More Commercial Questions Than Answers After Aduhelm Investor Call," *Piper Sandler*, June 8, 2021, p. 1.

> covered by Medicare (as it's not part of normal treatment). [Biogen] noted that patients will likely need either PET or CSF markers (requiring a spinal tap) to become a candidate for the drug, and we believe this might create a bottleneck to getting patients on drug."[52]

> **Jefferies (June 8):** "The [company] confirmed per the FDA label, there's no language regarding mandatory amyloid testing, which isn't typically done and there's no formal reimbursed test (they are advocating to get it covered)."[53]

### C. In the Weeks Following the June 8 Conference Call, Analysts Continued to Discuss the Possibility That CMS Would Initiate an NCD Analysis and That Medicare Coverage Might Be Restricted

38. Analyst and market commentary regarding potential coverage restrictions continued during the weeks leading up to CMS' July 12 announcement of an NCD analysis. During this period, analysts continued to raise the possibility that CMS would initiate an NCD analysis and then possibly decide to restrict Medicare coverage, that specific procedures such as PET scans might not be covered, and that payers might seek other ways to restrict coverage to manage costs (see **Exhibit 4**). For example:

> **Guggenheim (June 9):** "While officially at the discretion of the prescribing physician, we believe (and [Biogen] commentary agrees) that both private and public payers will require the verification of amyloid pathology (via PET or CSF draw) prior to drug administration…. Medicare doesn't reimburse PET scans (our checks suggest they cost ~$4-5[ thousand]) for this purpose and, … this will create a bottleneck to getting patients on drug unless the company can find a way to subsidize the diagnostic costs for patients. At this point, [Biogen] is not able to directly pay for PET. … Medicare fee for service patients … will be eligible for reimbursement right away,

---

[52] "BIIB – With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455," *Guggenheim*, June 8, 2021, pp. 1–2.
[53] "Spoke to Mgmt., 3 Follow-Up Thoughts – Nicely Dampening Expectations," *Jefferies*, June 8, 2021, p. 1.

and Medicare Advantage patients … have out of pocket maximums or dual coverage … with Medicaid to abate drug costs. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug."[54]

**Stifel (June 9):** "[We spoke to a Payor Consultant,] Dr. Pezalla [, who] highlighted what to expect for commercial insurance and Medicare, the latter of which is most important. Ultimately, he anticipates [Aduhelm] to be covered for the ENGAGE/EMERGE population, though in his view, the sheer budget impact for Medicare could lead them to convene a 'MEDCAC' for a National Coverage Decision for discussion (though interestingly, [Biogen] isn't certain there will be a formal NCD). ... Dr. Pezalla does expect out-of-pocket cost to be a factor. He estimates that ~30% of part B beneficiaries have supplemental insurance … which would limit out-of-pocket cost substantially, but for the rest, unless they are dual eligibles ... coinsurance costs could be significant (say ~$10[ thousand]). ... Moreover, he sees supplemental insurance as being phased out over time, albeit slowly."[55]

**Raymond James (June 10):** "The [Medicare Administrative Contractor]'s decisions will likely be variable patient-to-patient and region-to-region. … If CMS opens a NCD quickly, [Medicare Administrative Contractors] could choose not to cover the drug. … National Coverage Decision (NCD) involves [a] process by which anyone can ask CMS to go through a public notice and comment process regarding whether it will cover something on the basis that it is 'reasonable and necessary.' CMS issues NCDs when uncertainty and potentially inconsistent coverage decisions take place. In our view, it is likely that providers will request such decision – both because it may mean that they would not have to cover the drug and that, if they do, it would be paid for by fee for service for at least a year."[56]

---

[54] "BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle," *Guggenheim*, June 9, 2021, p. 1.
[55] "Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs," *Stifel*, June 9, 2021, pp. 1–2.
[56] "CMS Options for Biogen's Aduhelm," *Raymond James*, June 10, 2021, pp. 5–6.

**SVB Leerink (June 10):** "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement."[57]

**Citi (June 17):** "We hosted a CMS expert[] this AM and the most interesting point he made was that Aducanumab may not get reimbursed in a big way by Medicare until there is an NCD (national coverage determination), which could potentially take 9-12 months. This is critical as Medicare makes up for ~85%+ Alzheimer's patient population. This is because prior to NCDs, the local MACs (Medicare administrative contractor) have to take a local coverage determination (LCD) and they may decide to not cover it given[] it is a big decision for a local determination with no prior precedence[ and] the benefit of the drug is controversial. The expert thinks the chances of an NCD rejecting this drug outright are very slim but the process to get there could take time. … The expert thinks an NCD is highly likely [] given the costs involved and the controversial data. … [He] thinks that chances of a blanket approval or blanket denial both are slim. However, he does expect CMS to narrow the eligible patient population via some level of prior auth[orization] requirement."[58]

**RBC Capital Markets (June 23):** "Significant emphasis on working with CMS we believe could further support the potential of an NCD with 'Coverage with Evidence Development' (CED) as we have discussed previously, though how this would be operationalized remains unclear[.]"[59]

**Citi (June 25):** "We spoke with another expert … after our negative public expert call last week. This recent call was more measured indicating that [Medicare Administrative Contractor]s will likely approve Ad[u]canumab in the interim prior to an NCD. However, this expert does not anticipate a blanket local approval either and

---

[57] "Aduhelm Gives Biogen Its Groove Back," *SVB Leerink*, June 10, 2021, p. 1.
[58] "Expert call points to tough road for Aducanumab until an NCD," *Citi*, June 17, 2021, p. 1.
[59] "BIIB – Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical," *RBC Capital Markets*, June 23, 2021, p. 1.

believes it would be on case by case basis. The expert thinks an NCD is highly likely for Aduhelm given controversy surrounding it but given the complexities involved it would take time."[60]

**UBS (June 25):** "[Independent consultant Dr. Ebert's] high level expectations include: (1) private payor[s] stalling coverage decisions especially among Medicare Advantage (MA) ahead of what CMS will decide, (2) accelerated timelines for payor[s] P&T decision making vs. the average 3-6 month review process, (3) rigorous coverage criteria may lead to only 10-20% of addressable patients seeking reimbursement but only 1-2% approved in the near-term, (4) significant public pressure to reduce cost of Aduhelm therapy, and (5) ultimately, the NCD will narrow the eligibility to reflect the Phase 3 trial population ([mild cognitive impairment]/mild [patients], proof of amyloid, no history of stroke or concomitant anticoagulants)…. [He] fully anticipates a national coverage (NCD) process with a high likelihood for expedited timing ... His expectation is Medicare will establish rigorous coverage criteria to avoid the inevitable 'scope creep.'" [61]

39. These analyst observations and concerns were echoed in the public press.[62] For example:

**Los Angeles Times (June 11):** Highlighted the potential cost to Medicare if Aduhelm were fully covered, noting that "Medicare ha[d] not made a determination on covering Aduhelm" as of that date.[63]

**Associated Press Newswires (June 12):** "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how

---

[60] "Mohit's Biobits – Decoding Aduhelm Debate, VRTX Thoughts and Good News From BMRN," *Citi*, June 25, 2021, p. 1.
[61] "Takeaways From Aduhelm Reimbursement Expert Call," *UBS*, June 25, 2021, p. 1.
[62] *See* **Exhibit 4.**
[63] "Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says," *Los Angeles Times*, June 11, 2021.

much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years."[64]

**The Boston Globe (June 24):** "One of the biggest concerns is the cost of Aduhelm to Medicare. … The vast majority of people with Alzheimer's are 65 and older and thus covered by the federal Medicare program. With FDA approval, the drug is automatically covered under Part B. But it's possible some restrictions will be put in place that will slow access to Medicare beneficiaries, industry experts have said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete."[65]

### D. Biogen Did Not Have a Statistically Significant Stock Price Reaction When the Alleged Misrepresentations Were Purportedly Corrected, And This Finding Is Consistent with Analyst and Market Commentary

40. Plaintiff claims that "the market began to learn that … Medicare would not 'automatically' cover the cost of Aduhelm …"[66] through purported corrective disclosures on:

i. June 28 (before market open), when a Wall Street Journal article "reported that Medicare may restrict access to Aduhelm to limit the cost to Medicare;"[67] and

ii. July 12 (after market close), when "CMS announced the beginning of an NCD analysis that would examine whether, and under what circumstances, Medicare would provide coverage for treatments such as Aduhelm."[68]

41. However, as described above, analyst commentary both preceding the alleged June 8 misrepresentations and in the subsequent weeks shows that information that Medicare may not fully cover the costs associated with Aduhelm treatment was already in the market prior

[64] "Georgia families hope Alzheimer's drug helps loved ones," *Associated Press Newswires*, June 12, 2021.
[65] "Insurer to Biogen: Cut cost of new drug," *The Boston Globe*, June 24, 2021.
[66] Complaint, ¶ 291.
[67] Complaint, ¶ 217.
[68] Complaint, ¶ 224.

to June 28. Further, as also discussed above, in an efficient market, stock prices react only to new, value-relevant information and not to stale information. I therefore would not expect Biogen to have a statistically significant stock price reaction to the purported corrective disclosures. Indeed, as shown in **Exhibit 1**, Biogen's stock price did not react significantly following either the June 28 or July 12 alleged corrective disclosures. I reviewed analyst reports and the public press to see whether any contemporaneous, confounding company-specific news could have affected this result. I found none. This result supports the conclusion that these disclosures did not provide new, value-relevant information to the market.

### 1. June 28

42. Plaintiff claims that a *Wall Street Journal* article published before the market open on June 28 "reported that Medicare may restrict access to Aduhelm to limit the cost to Medicare" and that the Biogen stock price declined on that day.[69] The article quoted health policy experts as stating that while "Medicare normally pays unconditionally for approved medicines[,]" "[t]o limit the financial hit from Aduhelm, however, Medicare could restrict access[.]"[70] The article predicted that "[a] more likely option is that CMS standardizes the criteria through what it calls a national coverage determination[.]"

43. As noted above, even before June 28, analysts following Biogen predicted that CMS could initiate an NCD analysis and place potential restrictions on Aduhelm coverage; and their comments were reflected in the public press. Thus, as illustrated in **Exhibits 5A–C**, the *Wall Street Journal* article repeated commentary that was already in the public domain. As such, it did not provide new information to the market regarding the possibility of an NCD and potential coverage restrictions. I would not expect Biogen's stock price to react to stale information; and, in fact, my regression analysis shows that Biogen's stock price reaction on June 28 was not statistically significant.[71]

---

[69] Complaint, ¶ 217.
[70] "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," *The Wall Street Journal*, June 28, 2021.
[71] *See* **Exhibit 1**.

44. Since the residual return from a regression measures the impact of the total mix of information revealed during an event window, I checked to see whether any contemporaneous, confounding company-specific news could have affected this result. I found none.

### 2. July 12

45. Plaintiff notes that "on July 12, CMS announced the beginning of an NCD analysis that would examine whether, and under what circumstances, Medicare would provide coverage for treatments such as Aduhelm[,]"[72] and asserts that Biogen's stock price declined as a result.[73]

46. As discussed above, market commentary through June 28 indicates that there was already information in the market that CMS could initiate an NCD analysis. Analyst commentary between June 28 and July 12 continued to anticipate the possible initiation of an NCD, and even coverage through CED (*see* **Exhibit 4**). For example:

> **Baird (July 1):** "Although CMS is not legally obligated to utilize [the NCD] process, given the high degree of public interest and controversy from outside the typical Medicare ecosystem (such as professional physicians societies), [the key opinion leader] views it as very likely that the NCD process will take place to determine Medicare's coverage status of Aduhelm. ... As such, we think that under the seemingly more probable scenario that a MEDCAC occurs, a highly critical review would also be more likely, potentially creating an environment where labeling restrictions occur."[74]
>
> **William Blair (July 2):** "We see continued CMS coverage debate as Medicare Administrative Contractors (MACs) attempt to set their own coverage decisions ahead

[72] Complaint, ¶ 224.
[73] Complaint, ¶ 226.
[74] "Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics," *Baird*, July 1, 2021, p. 2.

of a National Coverage Determination (NCD), which we expect will be requested by Medicare Advantage providers in the near term."[75]

**Bernstein (July 6): "**[C]overage with 'continued evidence development' (CED) would not be bad. Such policy was suggested for Aduhelm by Tafts group of former CMS/FDA folks in Health Affairs []. The idea is that CMS will establish (with Biogen) a real-life registry for Adu[helm], to demonstrate its efficacy and based on this real-world data will select the right patient group long term. … Although it was billed in some circles as a negative, we think it would be a pretty ideal study for Aducanumab. Biogen needs this data anyway to compete with the other Aβ compounds and to complete the FDA follow-on requirements."[76]

**UBS (July 8):** "We continue to expect Medicare to initiate a national coverage decision (NCD) process which, the outcome (likely in next 3-6 months) of which we expect coverage to be restricted to the [mild cognitive impairment]/mild [Alzheimer's disease] population - now aligned with the label. Additionally we expect payors to require proof of amyloid (still not in label), either via PET scan or CSF."[77]

47. The analyst commentary about the possible initiation of an NCD was also reflected in the public press pre-announcement. For example:

**Dow Jones Institutional News (July 8):** "Doctors and patients are waiting to see **if** the [CMS], the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of

---

[75] "Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed," *William Blair*, July 2, 2021, p. 1.
[76] "Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HC a priority; mid-year price increases; VTRS-Teva trial," *Bernstein*, July 6, 2021, p. 3. Emphasis removed.
[77] "Aduhelm label update: narrowed to MCI/Mild AD- the population we/street model into," *UBS*, July 8, 2021, p. 1.

CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon."[78]

**Reuters (July 12 before CMS announcement):** "Predicting actual costs [of Aduhelm to Medicare] is speculative at this point due to uncertainty about the number of patients Medicare decides should have access to Aduhelm. … Medicare typically covers FDA-approved drugs, but it can conduct its own reviews in order to decide which types of patients should be covered. In the case of Aduhelm, Medicare could limit use to patients in the early stages of Alzheimer's."[79]

48. Reactions to the July 12 CMS announcement confirm that the initiation of an NCD analysis was not unexpected (*see* **Exhibit 6**). For example:

**Baird (July 12):** "No change to outlook on CMS announcement. CMS announced that it is opening [a] National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer's disease. We expect this analysis will be closely watched, as the outcome of this coverage decision will likely have a significant impact on the uptake of Aduhelm."[80]

**Citi (July 12):** "Today CMS announced initiation of national coverage determination analysis for Aduhelm and we note this was expected in our chats with experts... The CMS appears to be asking questions around important endpoints, meaningful degree of benefit, treatment setting, diagnosis and which patients could benefit most from Aduhelm. This is in-line with our expert comments who highlighted potential for

---

[78] "New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm," *Dow Jones Institutional News*, July 8, 2021. Emphasis added.
[79] "New Alzheimer's drug clouds outlook for Medicare premiums next year," *Reuters News*, July 12, 2021, 6:00 AM ET.
[80] "CMS NCD Analysis Gets Underway, Timeline Appears Accelerated," *Baird*, July 12, 2021, pp. 1, 2. Emphasis removed.

CMS narrowing the coverage, though we note that FDA has recently narrowed the label to mild patients, in-line with the clinical trials….”[81]

**Dow Jones Institutional News – The Wall Street Journal (July 12):** “[The NCD was] a widely-anticipated step that would allow the government to place limits on who can receive the medicine.”[82]

**Guggenheim (July 12):** “The [CMS] announced it is ‘initiating a national coverage determination (NCD) analysis….’ Although used infrequently (30-35 instances, according to our KOL), our expert had previously noted that Aduhelm is ‘ripe for an NCD’ due to the controversial clinical and regulatory path that led to accelerated approval last month. … [W]hile this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for [Biogen] as the majority of potential Adu[helm] users are covered by Medicare.”[83]

**Jefferies (July 12):** “CMS formally announced an NCD review of Aduhelm, with a 6-9[ month] review for reimbursement decisions. This was mostly expected and positive in our view as it’s already underway so clarity can emerge sooner.”[84]

**Truist Securities (July 12):** “CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer’s Association. … A lot of investors have been concerned about opportunity in AD despite approval and we believe that the opening of the NCD is an important step towards reimbursement for Aduhelm.”[85]

---

[81] “NCD analysis initiation for Adu in-line with expectations. Timelines also appear quick,” *Citi*, July 12, 2021, p. 1.
[82] “Medicare to Review Coverage for New Alzheimer's Drug Aduhelm,” *Dow Jones Institutional News*, July 12, 2021.
[83] “BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates,” *Guggenheim*, July 12, 2021, p. 1. Emphasis removed.
[84] “CMS Review – Another Overhang to Be Resolved; Climbing Wall of Worry,” *Jefferies*, July 12, 2021, p. 1.
[85] “NCD Analysis Begins – Start of Relief for BIIB, In Our View,” *Truist Securities*, July 12, 2021, p. 1.

49. Plaintiff asserts that "Biogen's stock price fell $9.12 on July 12, to close at $349.04 per share from its closing price of $358.16 per share on July 9."[86] My review of the news on July 12 indicates that the CMS announcement that it was opening an NCD analysis came after market close.[87] Therefore, the appropriate date to consider in evaluating Biogen's stock price reaction is July 13. Biogen's stock price closed at $351.92 on that day (*see* **Exhibit 1**). My regression results show that Biogen's residual return on July 13 was not statistically significant.[88] The absence of a statistically significant stock price reaction is consistent with the widespread anticipation in the market that CMS would initiate an NCD analysis. I examined whether there was confounding news that could potentially provide an alternative explanation for the lack of a significant stock price reaction. The only potentially relevant news I found was an announcement by Biogen after market close on July 12 that it had entered into a licensing deal for the drug, orelabrutinib, with the firm InnoCare Pharma Limited ("InnoCare").[89]

50. I reviewed analyst reports to examine whether this information was discussed by analysts covering the company. Five of the six analysts who issued Biogen reports on July 13 did not mention the licensing agreement in their reports. One analyst, RBC Capital Markets, mentioned the announcement, but expressed ambivalence regarding whether the news was positive or negative, stating: "The in-licensing of orelabrutinib is an important

---

[86] Complaint, ¶ 226.

[87] Today, the […CMS] is opening a […NCD] analysis, a process that will allow the agency to carefully review and determine whether Medicare will establish a national Medicare coverage policy for monoclonal antibodies targeting amyloid for the treatment of Alzheimer's disease." CMS Press Release, "CMS Opens National Coverage Determination Analysis on Treatment for Alzheimer's Disease," July 12, 2021, available at https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease, last accessed on January 15, 2025. The first newswire article mentioning the CMS announcement that I was able to find in my review was timestamped 5:26 PM ET. *See* "U.S. starts review for national Medicare coverage policy for Biogen's Aduhelm," *Reuters News*, July 12, 2021. *See also* the analysts' commentary on the timing of this disclosure in "CMS Opens National Coverage Determination Analysis for Alzheimer's Drug Aduhelm," *Credit Suisse,* July 12, 2021, p. 1 ("On July 12 after the market close, the Centers for Medicare & Medicaid Services (CMS) announced that it is opening a National Coverage Determination (NCD) analysis…"). Evidence I have reviewed from social media posts is consistent with the statement that the CMS announcement came after market close. *See, e.g.,* Sarah Karlin-Smith X Post, July 12, 2021, 4:38 PM ET, available at https://x.com/SarahKarlin/status/1414685589295833088, accessed on January 15, 2025; Rachel Cohrs Zhang X Post, July 12, 2021, 4:44 PM ET, available at https://x.com/rachelcohrs/status/1414687175690555396, accessed on January 15, 2025.

[88] *See* **Exhibit 1**.

[89] Globe Newswire, "Biogen and Innocare Announce License and Collaboration Agreement For Orelabrutinib, an Innovative CNS Penetrant BTK Inhibitor For the Potential Treatment of Multiple Sclerosis," July 12, 2021, available at https://www.globenewswire.com/news-release/2021/07/12/2261563/0/en/Biogen-and-Innocare-Announce-License-and-Collaboration-Agreement-For-Orelabrutinib-an-Innovative-CNS-Penetrant-BTK-Inhibitor-For-the-Potential-Treatment-of-Multiple-Sclerosis.html, accessed on January 15, 2025. The press release is timestamped 7:00 PM ET.

show of commitment by [Biogen] to MS and incrementally closes the gap to market versus lead competitor BTKi programs; however, it also highlights that [Biogen]'s internal '091 BTKi program may not be as viable."[90] The analyst further stated: "Regardless, we expect focus for the stock to be solely on Aduhelm[,] where uncertainties around headline risk, access, and logistical [constraints] of the initial launch rollout continue to keep us on the sidelines."[91] While a Morgan Stanley analyst report on InnoCare commented positively on the benefits of the licensing deal for InnoCare, a Morgan Stanley report on Biogen issued a few hours later did not mention the licensing deal, but focused on the implications of the NCD process for Biogen.[92] Thus, analyst coverage is inconsistent with the proposition that the news of the licensing agreement for orelabrutinib was value-relevant confounding news.

51. The lack of a statistically significant stock price reaction to the June 8 alleged misrepresentations, the June 28 purported corrective disclosure, and the July 12 purported corrective disclosure taken together with the absence of confounding information, is consistent with market commentary indicating that the information Plaintiff alleges Biogen concealed was already publicly available. That is, the evidence contradicts Plaintiff's claim that the alleged misrepresentations provided new, value-relevant information.

## VI. The Economic Evidence Is Inconsistent with Plaintiff's Claim That It Incurred Losses When the Alleged Misrepresentations Were Purportedly Corrected

52. I understand from counsel that Plaintiff alleges that it incurred losses when Biogen's stock price declined following events on June 28 and July 12 that purportedly corrected the alleged misrepresentations. However, given that Biogen's stock price movements following the alleged corrective disclosures were not statistically significant, i.e., they were not

---

[90] "BIIB - Mid-stage Orelabrutinib BTKi Asset In-license Reinforces Commitment to Oral MS Space, but Perhaps Waning Enthusiasm for '091," *RBC Capital Markets*, July 13, 2021. I also reviewed twelve analyst reports published on July 12 for references to the orelabrutinib announcement and found that none of them mentioned this event.

[91] "BIIB - Mid-stage Orelabrutinib BTKi Asset In-license Reinforces Commitment to Oral MS Space, but Perhaps Waning Enthusiasm for '091," *RBC Capital Markets*, July 13, 2021.

[92] "Innocare Pharma Ltd. Major Validation of Orelabrutinib for MS by Big Licensing Deal with Biogen; Raise PT," *Morgan Stanley*, July 13, 2021, 01:24 PM GMT; "Implications Of The NCD Process," Morgan Stanley, July 13, 2021, 09:18PM GMT.

distinguishable from random daily fluctuations in the stock price, the economic evidence is inconsistent with Plaintiff's claim.

### A. Overview of Loss Causation from an Economic Perspective

53. As an economic matter, to establish that the correction of the alleged misrepresentations resulted in stock price declines (and hence caused Plaintiff's alleged loss), one must:

a. Identify the alleged corrective disclosures that revealed to the market (in whole or in part) the purported falsity of the alleged misrepresentations;
b. Show that the company's stock price exhibited a statistically significant decline due to the revelation of the allegedly concealed truth. In performing this analysis, one must account for the effects of any factors (including, but not limited to, unrelated company-specific confounding information) that may have caused the company's stock price to move but are unrelated to the allegations.

### B. The Alleged Corrective Disclosure on June 28 Was Not Associated with a Statistically Significant Stock Price Decline

54. Plaintiff claims: "On the morning of June 28, the Wall Street Journal reported that Medicare may restrict access to Aduhelm to limit the cost to Medicare. Biogen's share price closed at $340.27 on June 28. This decline [from the prior day's closing price of $347.93][93] caused Lead Plaintiff and Class members to suffer loss as the artificial inflation in Biogen's stock price was partially removed."[94]

55. As discussed in **Section V** of this report, I conducted an event study to examine whether the alleged corrective disclosure on June 28 was associated with a statistically significant stock price change. After controlling for market and industry movements, the residual price change in Biogen stock was not statistically significant. The lack of a significant stock price reaction is consistent with the evidence presented in **Section V**

[93] *See* **Exhibit 1.**
[94] Complaint, ¶ 296.

indicating that the allegedly concealed information was already publicly available, with extensive discussion in the market of the possibility that Medicare coverage would be restricted. I did not find any confounding news on this day that could potentially provide an alternative explanation for the insignificant stock price movement.

### C. The Alleged Corrective Disclosure on July 12 Was Not Associated with a Statistically Significant Price Decline

56. Plaintiff asserts that "[o]n July 12, 2021, the combination of the announcement of a Congressional investigation, another major private payor refusing to cover the cost [of] Aduhelm, and the CMS's launch of a NCD, pushed Biogen's stock down 2.55% to $349.04 per share. This decline caused Lead Plaintiff and Class members to suffer loss as the artificial inflation in Biogen's stock price was partially removed."[95]

57. As discussed in **Section V** of this report, I conducted an event study to examine whether the alleged corrective disclosure was associated with a statistically significant stock price change. Since the CMS made its announcement after market close,[96] the appropriate day to consider in evaluating Biogen's stock price reaction to the CMS announcement is July 13. After controlling for market and industry movements, the residual price change on July 13 was not statistically significant. The lack of a significant stock price reaction is consistent with the evidence presented in **Section V** indicating that the possibility that CMS would initiate an NCD analysis, with denial or restriction of Medicare coverage as possible outcomes, was widely discussed in the market prior to July 12. I did not find any confounding news on this day that could potentially provide an alternative explanation for the insignificant stock price movement.

58. Given the lack of statistically significant stock price movement following the alleged corrective disclosures on June 28 and July 12, and the absence of potentially confounding information, I conclude that the economic evidence is inconsistent with Plaintiff's claim that it incurred losses when the alleged misrepresentations were purportedly corrected.

---

[95] Complaint, ¶ 299.
[96] *See* **Section V.D**.

59. As I pointed out in my June 2024 report, Plaintiff alleges that multiple pieces of news were disclosed on July 12, including news pertaining to dismissed theories of liability.[97] Therefore, to the extent that Plaintiff proposes to use Biogen's stock price decline following the July 12 alleged disclosures to measure inflation (despite the fact that the stock price reaction on July 13 was not statistically significant), Plaintiff would need to separate out the portion of the stock price decline attributable to dismissed allegations from the portion related to CMS's announcement that it was opening an NCD analysis. Plaintiff's expert did not articulate an approach capable of doing this in his reports at the class certification stage, as I observed in my June 2024 report.[98]

## VII. The Economic Evidence Is Inconsistent with Plaintiff's Claim That It Suffered Economic Damages as a Result of the Alleged Misrepresentations

60. Plaintiff alleges that Biogen's stock price was inflated during the Class Period because of the alleged misrepresentations on June 8,[99] and that the inflation dissipated when the alleged misrepresentations were purportedly corrected.[100]

61. As discussed above, the economic evidence is inconsistent with the claim that Biogen's alleged misrepresentations provided value-relevant information to investors. In an efficient market, information that is not value-relevant would not be expected to impact the stock price. Thus, the evidence does not support a claim of inflation during the Class Period.

62. As also discussed above, the economic evidence is also inconsistent with Plaintiff's claim that it suffered economic loss when Biogen's alleged misrepresentations were purportedly corrected. Thus, the economic evidence is inconsistent with Plaintiff's claim that it suffered economic damages as a result of the alleged misrepresentations.

63. In the May 2024 Plaintiff Expert Report, Plaintiff's expert Prof. Feinstein claimed to propose a method of estimating damages that was based on measuring inflation as the residual decline in the stock price associated with the alleged corrective disclosures.[101] In my

[97] *See* my June 2024 report, ¶ 60.
[98] June 2024 report, ¶¶ 47–48.
[99] Complaint, ¶¶ 187–188, 192–193, 290.
[100] Complaint, ¶¶ 296, 299.
[101] May 2024 Plaintiff Expert Report, ¶ 175.

June 2024 report, I pointed to numerous flaws in the proposed approach.[102] But even if one were to set those aside for the sake of argument and adopt Prof. Feinstein's approach, damages would be zero. This is because Prof. Feinstein's proposed inflation measure — the residual stock price decline after controlling for market and industry movements — was not statistically significant following either of the alleged corrective disclosures. As I noted in my July 2024 report, "for purposes of drawing inferences in financial economics, an insignificant price movement is indistinguishable from no price movement."[103]

Executed this 21st day of January, 2025

Jennifer Marietta-Westberg, Ph.D.

[102] *See* my June 2024 report, ¶ 48.
[103] *See* my July 2024 report, ¶ 8.

**APPENDIX A**


# Jennifer Marietta-Westberg, Ph.D.
## Vice President

**Cornerstone Research**
2001 K St, N.W., Suite 800
Washington, DC 20006
202.912.8971
JMariettaWestberg@Cornerstone.com


## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2022-Present | **Cornerstone Research**, *Vice President* | Washington, D.C. |
| 2019-2021 | *Principal* | |
| 2016-2018 | *Senior Economist* | |

Provides economic and financial consulting services and analysis in connection with litigation and regulatory investigations involving financial markets. Addresses allegations related to financial reporting, asset management, trading, private equity, and mergers and acquisitions. Assisted respondents in enforcement actions involving the Department of Justice (DOJ) and the Securities and Exchange Commission (SEC). Experienced testifier for cases involving allegations related to Rule 10(b)-5, insider trading, corporate governance, and ERISA.

| | | |
|---|---|---|
| | **U.S. Securities and Exchange Commission** | Washington, D.C. |
| 2013-2016 | *Deputy Chief Economist/Deputy Director (Senior Officer)* | |
| 2014 | *Co-Director and Chief Economist (Acting)* | |
| 2006-2013 | *Assistant Director, Senior Economist, Visiting Scholar* | |

Advised the SEC Chair and Commissioners on economic matters. Led teams of PhD economists developing economic analysis for policy matters affecting corporate issuers, broker-dealers, investment advisors, hedge funds, mutual funds, clearing and settlement, credit rating agencies, proxy voting, and markets and exchanges. Provided economic support to the SEC Divisions of Corporation Finance, Investment Management, Trading and Markets, Enforcement, and the Office of Compliance, Inspections, and Examinations. Served as lead economist on enforcement matters involving alleged Ponzi schemes and participated in on-site exams of broker-dealers. Engaged with Congressional staff and multiple regulatory organizations including the Federal Reserve, the Commodity Futures Trading Commission, and the Department of Labor. Developed analyses for the Financial Stability Oversight Board (FSOC). Provided economic analysis in support of international securities matters and presented findings to the International Organization of Securities Commissions (IOSCO) and the Financial Stability Board.

| | | |
|---|---|---|
| | **Michigan State University** | East Lansing, MI |
| 2000-2006 | *Assistant Professor* | |

Taught Investments (MBA/undergraduate) and Statistical Analysis (MBA).

## ADVISORY BOARDS

| | |
|---|---|
| Finance Dept. Advisory Council, Tippie College of Business, University of Iowa | 2014-Present |
| Board of Advisors, Institute for Law and Economics, University of Pennsylvania | 2020-2024 |
| Practitioner Director, Financial Management Association | 2020-2022 |
| Investor Advisory Committee, U.S. Securities and Exchange Commission | 2018-2021 |
| • Committee Chair | 2020-2021 |

**ACADEMIC BACKGROUND**

2000 **University of Iowa, Tippie College of Business** Iowa City, IA
*Ph.D., Finance*

1993 **Southern Connecticut State University** New Haven, CT
*B.A., Mathematics*

**EXPERT TESTIMONY (PRIOR FOUR YEARS)**

*In re Vaxart, Inc, Securities Litigation,* United States District Court, Northern District of California, Case No. 3:20-cv-05949-VC, Deposition Testimony, September 9, 2024.

*Christina C. Seidner, Jared Mackrory v. Kimberly-Clark Corporation et al,* United States District Court, Northern District of Texas, Case No. 3:21-CV-00867-L, Deposition Testimony, August 2, 2024.

*Shela Camenisch, et al. v. Umpqua Bank,* United States District Court, Northern District of California, Case No. 3:20-cv-5905-RS, Deposition Testimony, July 8, 2024.

*Shela Camenisch, et al. v. Umpqua Bank,* United States District Court, Northern District of California, Case No. 3:20-cv-5905-RS, Deposition Testimony, May 31, 2024.

*Robert Ciarciello v. Bioventus Inc. et al*, United States District Court, Middle District of North Carolina, Case No. 1:23-cv-00032-CCE-JEP, Deposition Testimony, April 29, 2024.

*In re Vaxart, Inc, Securities Litigation,* United States District Court, Northern District of California, Case No. 3:20-cv-05949-VC, Deposition Testimony, February 26, 2024.

*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Trial Testimony, February 13, 2024.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Hearing Testimony, September 21, 2023.

*Edward Anderson, et al. v. Edward D. Jones & Co,* United States District Court, Eastern District of California, Case No. 2:18-cv-00714-JAM-AC, Deposition Testimony, September 15, 2023.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al. v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Trial Testimony, April 27, 2023.

*In re Kirkland Lake Gold Ltd Securities Litigation,* United States District Court, Southern District of New York, Case No. 20-cv-04953, Deposition Testimony, April 24, 2023.

*Halman Aldubi Provident and Pension Funds LTD. v. Teva Pharmaceuticals Industries Limited*, United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM, Deposition Testimony, January 25, 2023.

*In re FirstEnergy Corp. Securities Litigation,* United States District Court, Southern District of Ohio, Case No. 2:20-cv-03785-ALM-KAJ, Deposition Testimony, September 20, 2022.
*Steven A.W. De Jaray, et al. v. Lattice Semiconductor Corporation,* United States District Court, District of Oregon, Case No. 3:19-cv-00086-SI, Deposition Testimony, August 10, 2022.

*Christina Stegemann, on behalf of the Gannett Co, Inc. 401(k) Savings Plan et al. v. Gannett Co., Inc. et al.,* United States District Court for the Eastern District of Virginia Alexandria Division, Civil Action No. 1:18-cv-00325-AJT-JFA, Deposition Testimony, June 17, 2022.

*John Utesch, et al. v. Lannett Company, Inc, et al.,* United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:16-cv-05932-WB, Hearing Testimony, July 27, 2021.

*John Utesch, et al. v. Lannett Company, Inc, et al.,* United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:16-cv-05932-WB, Deposition Testimony, April 21, 2021.

**PUBLICATIONS**

"Going Public Abroad," with Cecilia Caglio and Kathleen Weiss Hanley, 2016, *Journal of Corporate Finance*, Vol. 41, 103-122.

"What Determines the Allocation of Managerial Ownership within Firms? Evidence from Investment Management Firms," with Stephen G. Dimmock and William C. Gerken, 2014, *Journal of Corporate Finance,* Vol. 30, 44-64.

"Economic Effects of SOX Section 404 Compliance: A Corporate Insider Perspective," with Cindy Alexander, Scott Bauguess, Gennaro Bernile, and Yoon-Ho Alex Lee, 2013, *Journal of Accounting and Economics,* Vol. 56, 267-290.

"The Distribution of IPO Holdings across Institutional Mutual Funds," with William C. Johnson, 2009, *Journal of Business Ethics*, Vol. 90, 119-128.

"Universal Banking, Asset Management, and Stock Underwriting," with William C. Johnson, 2009, *European Financial Management*, Vol. 15, 703-732.

"Divergence of Opinion Surrounding Extreme Events," with Tim Loughran, 2005, *European Financial Management*, Vol. 11, 579-601.

"The Timing Ability of Newly Listed NYSE Firms, 1926-1962," with Tim Loughran, 2005, *Journal of Behavioral Finance* Vol. 6, 44-56.

**HONORS AND AWARDS**

*Professor of the Year*, Phi Chi Theta Undergraduate Professional Business Fraternity 2001
*Excellence in Teaching*, Finance Department, Michigan State University 2001

**PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| Elected Position: Chair, IOSCO Committee on Emerging Risk | 2015-2016 |
| Elected Position: Vice Chair, IOSCO Committee on Emerging Risk | 2014-2015 |
| Member: Financial Stability Board's Standing Committee on Assessment of Vulnerabilities (SCAV) | 2015-2016 |
| Awarded a certificate of completion for the Strategic Management of Regulatory and Enforcement Agencies Program, Harvard University, John F. Kennedy School of Government, Executive Education | 2015 |

Speeches

Suffolk University and Merrill Lynch Wealth Management Symposium, Boston, MA, 2017
Coe College, Cedar Rapids, IA, 2015
Network Management Americas, Miami, FL, 2015
IOSCO Annual Stakeholders Meeting, Madrid, 2015
13th Annual Quant Congress, New York, NY, 2015
Security Ops New York Conference, New York, NY, 2015
OTC Derivatives Clearing Summit, New York, NY, 2013
DerivOps Conference, Chicago, IL, 2013
University of Colorado, Burridge Center for Securities Analysis and Valuation Annual Conference, "Dodd-Frank Requirements and Associated Economic Issues", Boulder, CO, 2011

Panelist

Public Company Shareholder Engagement Summit, 2024
Investment Company Institute: Economic Analysis and SEC Rulemaking, 2023
Cornerstone Research: Emerging Issues in Cryptocurrency, 2023
Women in Securities Litigation: Expert Panel, 2023
PLI Expert Witness Panel, 2019-2023
Securities Enforcement Forum, 2020-2021, 2017-2018
REITwise Virtual Law, Accounting & Finance Conference, 2021
The Knowledge Group, Effectively Handling an SEC Enforcement Inquiry, 2019-2021
ICI Securities Law Developments Conference, 2020
SEC Conference on the State of Our Securities Markets, Washington, D.C. 2019
Carnegie Mellon Conference on the Economics of Credit Rating Agencies, Pittsburgh, PA, 2015
Center for Professional Education, New York, NY, 2013, 2015
ICI SEC Rules Committee, Washington, D.C., 2015
SEC Speaks, Washington, D.C., 2012, 2013, 2014, 2015
Financial Stability Board's Assessment Group on Vulnerabilities, Mexico City, 2014
National Organization of Investment Professionals Conference on Equity Market Structure, New York, NY, 2014
Consumer Financial Protection Bureau Conf. on Benefit-Cost Analysis, Washington, D.C., 2014
Southwest Regional Securities Conference, Fort Worth, TX, 2013
NBER Credit Rating Agency Meeting, Boston, MA, 2013
Notre Dame Conference on Dodd Frank and the Future of Finance, Washington, D.C., 2013
Financial Markets Association, Legal and Legislative Issues Conference, Washington, D.C., 2011, 2012
Financial Management Association, Annual Meeting, Dallas, TX, 2010

Discussant

Penn Law ILE Spring Corporate Roundtable, Philadelphia, 2019
FINRA Fixed Income Conference, Washington, DC, 2017
University of Notre Dame Regulatory Conference, South Bend, IN, 2009, 2010, 2011, 2015
University of Indiana, Conference on Financial Economics and Accounting, Bloomington, IN, 2011
Oxford University IPO Symposium, Oxford, UK, 2008
University of Notre Dame Ethics Conference, South Bend, IN, 2008
Washington Area Finance Association, 2008, Washington, D.C., Annual Meeting
European Financial Management Association Annual Meeting, Stockholm, 2006
People and Money Conference, Depaul University, Chicago, IL, 2005
Financial Management Association, 1999, 2002-2005, 2007, 2010 Annual Meetings

# List of Documents Considered

**Academic Articles**

- A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* 35, no. 1, 1997, pp. 13–39
- David H. Kaye and David A. Freedman, "Reference Guide on Statistics," *Reference Manual on Scientific Evidence*, 3rd ed., 2011, pp. 211–302
- Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2, 1970, pp. 383–417
- Jeffrey A. Busse and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics* 65, 2002, pp. 415–437
- Jozef Drienko and Stephen J. Sault, "The Intraday Impact of Company Responses to Exchange Queries," *Journal of Banking & Finance* 37, 2013, pp. 4810–4819
- Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49, no. 2, 1994, pp. 545–590
- Stephen J. Brown and Jerold B. Warner, "Measuring Security Price Performance," *Journal of Financial Economics* 8, no. 3, 1980, pp. 205–258
- Tarun Chordia, et al., "Evidence on the Speed of Convergence to Market Efficiency," *Journal of Financial Economics* 76, 2005, pp. 271–292

**Analyst Reports**

- "Aduhelm Gets Accelerated Approval; Upgrading to Neutral," *Baird*, June 7, 2021
- "US Biopharmaceuticals: Working Through Adu's Approval: Call w/ an Alzheimer's doc, Tues 6/8 @ 10am ET," *Bank of America*, June 7, 2021
- "Aduhelm Approved; Breathes New Life into Biogen," *Barclays*, June 7, 2021
- "AD Approval Changes the Narrative, Likely Not Fundamentals Moving to Neutral," *Bank of America*, June 7, 2021
- "Criticisms Brushed Aside; FDA Defers to Pressure Over Data in Adu Approval," *Bank of America*, June 7, 2021
- "Biogen: Aducanumab approved, now what? A few points on the label and news," *Bernstein*, June 7, 2021
- "Biogen: Will Adhelm be the next Sovaldi? High price could crash the market before it gets started," *Bernstein*, June 7, 2021

- "Biopharma Wkly (06/07/21): ASCO pointers; REGN CoV19 drives big 2Q; BMY CVR lawsuit analysis; Amgen OX40 workup," *Bernstein*, June 7, 2021
- "AduCANumab: FDA Grants Accelerated Approval. A Required Triplet of PET Scans Seems Not Too Bad. Price of $56k May Lead to Negotiations," *BTIG*, June 7, 2021
- "No More Waiting for Adu as FDA Approves Product; Reiterate BUY as BIIB Can Play More Offense Now," *Canaccord Genuity*, June 7, 2021
- "BIIB - For the Win - Aducanumab is Here," *Cantor Fitzgerald*, June 7, 2021
- "Disease-Modifying Therapy for Alz's – End of the Beginning, with Several Cov'g Programs Gaining Traction," *Cantor Fitzgerald*, June 7, 2021
- "Unmet Need Wins Over Science as the FDA Finds a Way to Approve the Drug," *Citi*, June 7, 2021
- "Upgrade: Aduhelm Approval Likely to Return Biogen to Growth," *Cowen*, June 7, 2021
- "Further Perspective on Biogen's Alzheimer's Drug and Its Potential Impact on MCOs," *Credit Suisse*, June 7, 2021
- "Managed Care: FDA Approves Biogen Alzheimer's Drug; No Change to MCO Estimates," *Credit Suisse*, June 7, 2021
- "7 Points on Aducanumab Approval," *Evercore ISI*, June 7, 2021
- "Biogen Inc. (BIIB): FDA approves Aducanumab for Alzheimer's," *Goldman Sachs*, June 7, 2021
- "BIIB - Adu Priced At $56K/Year Vs. Our $50K Est; BIIB Est 1-2MM Addressable Patients With Amyloid Pathology, Implying A $50-100B TAM," *Guggenheim*, June 7, 2021
- "BIIB - Aducanumab (now Aduhelm) Approved Under Accelerated Pathway for Treatment of Alzheimer's Disease," *Guggenheim*, June 7, 2021
- "BIIB - Best-Case Scenario Label For Aduhelm, Broad Label, No Requirement For A New MRI and No REMS," *Guggenheim*, June 7, 2021
- "LLY: BIIB's Broad Aduhelm Label a Positive Surprise for BIIB, and a Potentially Positive Development for LLY and Other Biotechs; PT Raised to $246/shr," *Guggenheim*, June 7, 2021
- "Biogen Gets 'er Dunn...Adu Approved for Alzheimer's in Landmark FDA Decision," *J.P. Morgan*, June 7, 2021

- "3 Things Interesting For Launch...New Growth Story and Other Tidbits - PT $500," *Jefferies*, June 7, 2021
- "Adu – Yahoo! Lots of Potential Upside Consistent w/ Our Positive Thesis; BUY," *Jefferies*, June 7, 2021
- "Biogen: Catalyst Comes in BIIB's Favor; Now What?," *J.P. Morgan*, June 7, 2021
- "$56K WAC Pricing Implies 4-6% US Peak Year Penetration. Plausible? Don't Ignore History," *Mizuho*, June 7, 2021
- "ICER's 'FDA ... has failed' Letter + 7/15 Webinar to Discuss in a Public Forum," *Mizuho*, June 7, 2021
- "Quick Survey Results (n = First 64 Investors) ==> Aducanumab's Approval," *Mizuho*, June 7, 2021
- "Aduhelm Approved With Clean Label," *Morgan Stanley*, June 7, 2021
- "Raising Our Biogen FVE to $401 Following Aduhelm FDA Approval: Business Strategy and Outlook," *Morningstar Equity Research*, June 7, 2021
- "Raising Our Biogen FVE to $401 Following Aduhelm FDA Approval: Business Strategy and Outlook," Update, *Morningstar Equity Research*, June 7, 2021
- "Raising Our Biogen FVE to $401 Following Aduhelm FDA Approval: Analyst Note," *Morningstar Equity Research*, June 7, 2021
- "Raising Our Biogen FVE to $401 Following Aduhelm FDA Approval: 22:50, UTC," *Morningstar Equity Research*, June 7, 2021
- "Introducing Aduhelm," *Oppenheimer*, June 7, 2021
- "Too Late For Sanctimony; Aduhelm Commecial Story Now Comes Into Focus," *Piper Sandler*, June 7, 2021
- "Upgrade to Market Perform; [wide-eyed emoji] Bring on the ~$330B Market Opportunity," *Raymond James*, June 7, 2021
- "BIIB: Daring Price Point for Adu Could Multiply Opportunity, but May Very Well Come Back to Bite BIIB – And Biopharma," *RBC Capital Markets*, June 7, 2021
- "BIIB: FDA Threads Needle, Approving Adu On Conditional Basis But With Broad, Favorable Label, Major Win For BIIB," *RBC Capital Markets*, June 7, 2021
- "Glued to Our Screens Today: Our Latest Views on Time-of-Day of an Aduhelm Announcement, Scenarios," *RBC Capital Markets*, June 7, 2021
- "BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/CNS (Mostly Good But Not Necessarily All Good)," *Stifel*, June 7, 2021

- "Wow! Accelerated Approval of Aducanumab On Amyloid as a Surrogate; An Unexpected But Still Positive Outcome for BIIB," *Stifel*, June 7, 2021
- "Big News with Adu Approval," *SVB Leerink*, June 7, 2021
- "Key Takeaways from the Aducanumab KOL Pulse Call," *SVB Leerink*, June 7, 2021
- "Adu Approved As We Expected; Awaiting Label," *Truist Securities*, June 7, 2021
- "Aduhelm Label Does Not Have Language Restricting to a Subpopulation," *Truist Securities*, June 7, 2021
- "Aducanumab Approved Via Accelerated Pathway with BROAD Label - Near-Best Case Scenario," *UBS*, June 7, 2021
- "Adu-Costly-Mab - BIIB Announces $56k/yr Price Tag, More Than Double Our Estimates," *UBS*, June 7, 2021
- "Adu Decision Day Is Here: Ex-FDA Expert Call #4 Transcript," *UBS*, June 7, 2021
- "So, This Is Actually Happening... Aduhelm (Aducanumab) Approved," *Wedbush Securities*, June 7, 2021
- "FDA Finds a Way; Accelerated Approval of Aducanumab With Broad Label Boosts Biogen's Outlook," *William Blair*, June 7, 2021
- "Alzheimer's Disease: BIIB, LLY, ROG: Aducanumab Approved, BROAD Ramifications – See Our Category Forecasts Here," *Wolfe Research*, June 7, 2021
- "Aduhelm Approved, But LT Risks Remain," *Atlantic Equities*, June 8, 2021
- "Shifting Alzheimer's Regulatory Standards Presenting New Challenges; Call TODAY," *Bank of America*, June 8, 2021
- "Takeaways From Biogen's Aduhelm Call," *Bank of America*, June 8, 2021
- "Takeaways From Our Aduhelm Launch Call; Alzheimer's Doc Strikes Cautious Tone," *Bank of America*, June 8, 2021
- "US Biopharmaceuticals: Reminder: Working Through Adu's Approval: Alzheimer's Doc Call TODAY 6/8 @ 10amET," *Bank of America*, June 8, 2021
- "Aduhelm Approval and New Launch Assumptions; Raising PT to $395 From $265," *Barclays*, June 8, 2021
- "Biogen: A Few Useful Numbers on Aduhelm's Likely Payer Dynamics," *Bernstein*, June 8, 2021
- "Increasing PT But We Think Shares Could Be Range Bound Unless Pipeline Comes Up Big in 2021," *Cantor Fitzgerald*, June 8, 2021

- "Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry?" *Citi*, June 8, 2021
- "Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's Space?" *Citi*, June 8, 2021
- "What Are the Broader Implication of FDA's Aducanumab Approval in AD?" *Citi*, June 8, 2021
- "Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos," *Cowen*, June 8, 2021
- "Biogen Discusses Plans for Aduhelm's Launch," *Cowen*, June 8, 2021
- "Aducanumab Post Approval," *Evercore ISI*, June 8, 2021
- "BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455," *Guggenheim*, June 8, 2021
- "All's Well That Ends Well for Aducanumab; PT to $452," *H.C. Wainwright & Co.*, June 8, 2021
- "Spoke to Mgmt, 3 Follow-Up Thoughts – Nicely Dampening Expectations," *Jefferies*, June 8, 2021
- "Aduhelm Call Takeaways: 'Modest Revenue in 2021' and 'Gradual Uptake Over Time,'" *Mizuho*, June 8, 2021
- "Aduhelm Doc Call Takeaways; Hit Me Up If You Need the Audio Replay," *Mizuho*, June 8, 2021
- "Full Survey Results (n = Final 77 Investors) ==> Aducanumab's Approval," *Mizuho*, June 8, 2021
- "Aduhelm Approval Pushes PT to $455," *Morgan Stanley*, June 8, 2021
- "Update on Ten-Year Roadmap," *Nomura*, June 8, 2021
- "Launch Plans Debunk Misleading Aduhelm Myths," *Oppenheimer*, June 8, 2021
- "More Commercial Questions Than Answers After Aduhelm Investor Call," *Piper Sandler*, June 8, 2021
- "Biotech: Our Thoughts On The Most Meaningful Aducanumab Approval Reverberations In The Sector," *RBC Capital Markets*, June 8, 2021
- "'Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use; Tgt To $400 On Broad Approval," *RBC Capital Markets*, June 8, 2021

- "Target to $446 on Adu Approval; Peak Sales Higher on Pricing, Though Multiple Pivot Points to Consider As We Model Ramp," *Stifel*, June 8, 2021
- "Aduhelm Ready to Launch," *SVB Leerink*, June 8, 2021
- "Pricing $56K/yr But Gross Margins and GTN are Key Questions," *Truist Securities*, June 8, 2021
- "*Truist Securities* Daily Spotlight: June 8, 2021," *Truist Securities*, June 8, 2021
- "Our Updated Thoughts on Testing Oppy Post Aducanumab Approval," *UBS*, June 8, 2021
- "If You Build It, Will They Come? We're Still Skeptical," *Wedbush Securities*, June 8, 2021
- "Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform," *William Blair*, June 8, 2021
- "Perspective on Aduhelm Investor Call," *Wolfe Research*, June 8, 2021
- "Biogen Scores a Big Win for ADUHELM™, But the Path Ahead Isn't Easy!" *Avis Analytics*, June 9, 2021
- "US Biopharmaceuticals: Notable Quotes, Replay and Full Transcript from Our Alzheimer's KOL Aduhelm Call," *Bank of America*, June 9, 2021
- "BIIB - We Briefly Caught Up With Mgmt – Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle," *Guggenheim*, June 9, 2021
- "BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs," *Stifel*, June 9, 2021
- "Aduhelm Approval Changes Risk/Reward; Highlighting Catalysts to Watch," *Morgan Stanley*, June 10, 2021
- "CMS Options for Biogen's Aduhelm," *Raymond James*, June 10, 2021
- "Biotech: Short Interest Dashboard," *RBC Capital Markets*, June 10, 2021
- "Aduhelm Gives Biogen Its Groove Back," *SVB Leerink*, June 10, 2021
- "Like It or Not, Aduhelm is Going to Get Used - Upgrading to Buy Post Doc Checks," *UBS*, June 10, 2021
- "Weekly Recap - Very Ready for This Week to Be Over," *Baird*, June 11, 2021
- "Biogen: Aduhelm Upside Potential Too Much to Ignore; Upgrading to Outperform," *Bernstein*, June 11, 2021

- "Alzheimer's Takes the aduHELM of the Biogen Growth Story...Rebuilding our Model Post Approval," *J.P. Morgan*, June 11, 2021
- "Encouraging New Interim Data for Risdiplam from RAINBOWFISH in Presymptomatic SMA," *Truist Securities*, June 11, 2021
- "Alzheimer's KOL: Sees Plenty of Patient Demand, Logistics Can Be Sorted Out," *Jefferies*, June 12, 2021
- "What You Need to Know," *Jefferies*, June 12, 2021
- "Yee's Breeze: BIIB, VRTX, Thoughts and Debates from My Week," *Jefferies*, June 12, 2021
- "Sizing the Potential for Aduhelm and Looking Ahead to an NCD; Raising Estimates and PT," *Goldman Sachs*, June 13, 2021
- "Updating Model for Higher Aduhelm Pricing, EU Approval Could Add ~$227/sh; PT Goes to $647 from $458," *Truist Securities*, June 13, 2021
- "Another Gene Therapy Miss; Minimal Impact Expected, Peripheral to Current Debates," *Barclays*, June 14, 2021
- "Biopharma Wkly (06/14/21): TRx Pickup Suggest Strong Pharma 2Q; Aduhelm Wrap-Up & LLY Price Update; LNP Myocarditis?" *Bernstein*, June 14, 2021
- "No Gold Star for the BIIB111 STAR Study — Removing Estimates," *Cantor Fitzgerald*, June 14, 2021
- "Phase III Star Study of BIIB111 in Choroideremia Fails, No Change to Estimates," *Cowen*, June 14, 2021
- "BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But Not Clear Who Pays and How Quickly," *Guggenheim*, June 14, 2021
- "Alzheimer's Doc Survey: Plans for BIIB Aduhelm Launch," *Jefferies*, June 14, 2021
- "Pipeline Tracker: What's Changed?" *Morgan Stanley*, June 14, 2021
- "BIIB111 Missed in Choroideremia; No Change to Model," *SVB Leerink*, June 14, 2021
- "Phase 3 Choroideremia Missed on Primary Endpoint, Small Opp'y; Awaiting Depression Data," *Truist Securities*, June 14, 2021
- "BIIB111 Fails in Choroideremia - We Had Low (Zero) Expectations," *UBS*, June 14, 2021
- "DC Perspective on Aduhelm Approval," *UBS*, June 14, 2021

- “Don’t Go Chasing WATERFALLs,” *Baird*, June 15, 2021
- “Zuranolone Hits but Efficacy/Safety Concerns Cloud Opportunity in Depression,” *Bank of America*, June 15, 2021
- “BIIB: WATERFALL Positive, but Questions on Commercial Impact,” *Barclays*, June 15, 2021
- “Biogen: Zuranolone p3 Results as Expected; Effective on Day 15, But Not 42, GABA-Agonist Side Effects; Small Positive for BIIB,” *Bernstein*, June 15, 2021
- “Positive Primary Endpoint but Mixed: Ph 3 Data in WATERFALL Study for Major Depressive Disorder; But Does it Really Matter for BIIB Shares Anyway?” *Cantor Fitzgerald*, June 15, 2021
- “Even WATERFALL Does Not Quench the Pipeline Thirst but Does it Matter Now?” *Citi*, June 15, 2021
- “Zuranolone's Waterfall Study Meets Primary Endpoint, FDA Filing to be Discussed,” *Cowen*, June 15, 2021
- “Biogen Inc. (BIIB): Focus for Zuranolone Will Be on Regulatory Path and Second Ph3 Trial,” *Goldman Sachs*, June 15, 2021
- “Sage Therapeutics Inc. (SAGE): Positive WATERFALL in MDD Clears Way for Regulatory Approval,” *Goldman Sachs*, June 15, 2021
- “BIIB- INVITE - Diving into the Complex Payer Dynamic for Biogen’s Aduhelm; KOL Call Tomorrow At 1PM ET,” *Guggenheim*, June 15, 2021
- “Time to Start Chasing Waterfalls?... Zuranolone Hits in Ph3, But Debate Likely to Continue,” *J.P. Morgan*, June 15, 2021
- “More Growth Added w/ SAGE Depression Data after Alzheimer's Approval,” *Jefferies*, June 15, 2021
- “WATERFALL Data 'Positive', But Zuranolone Does Not Make Much of a Splash,” *Mizuho*, June 15, 2021
- “WATERFALL Falls In-Line With Our Base Case Scenario,” *Morgan Stanley*, June 15, 2021
- “Data Are ‘Fileable’ but not Being Filed, Yet,” *Raymond James*, June 15, 2021
- “SAGE/BIIB: WATERFALL Crosses Finish Line, Though Close Result May Color NT Perception and Raise Questions on Commercial Oppty,” *RBC Capital Markets*, June 15, 2021
- “First Take on Positive WATERFALL Data: Effect Size and the Inevitable Day 42 Debate; Safety Looking Clean,” *Stifel*, June 15, 2021

- "MDD KOL Call Recap: More Pressure On CORAL As Docs Are Split on Excitement for Zuranolone; Still Believers, But Reducing TP," *Stifel*, June 15, 2021
- "SAGE/BIIB: Zuranolone Looks Like an Approvable Drug; Day 15 Debate Misguided at this Price, Durability Debate Understandable But, Probably OK for FDA," *Stifel*, June 15, 2021
- "Why Zuranolone Data is GOOD for BIIB -Remember, it's NOT in Numbers," *Truist Securities*, June 15, 2021
- "Zuranolone Hits HAMD Marginally On Day15 But Misses On Key Day42. AEs Higher On Zuranolone," *Truist Securities*, June 15, 2021
- "WATERFALL Makes It Rain - Small +ve for BIIB but Questions on Approvability/Uptake Remain," *UBS*, June 15, 2021
- "Company Profile: Biogen," *UnivDatos Market Insights*, June 15, 2021
- "Going Over The WATERFALL Results - We Still Think There's A Path Forward," *Wedbush Securities*, June 15, 2021
- "When A WATERFALL Beats A MOUNTAIN," *Wedbush Securities*, June 15, 2021
- "WATERFALL Positive but Maybe Not an MDD Commercial Game Changer; Is It Worth It in Light of Aduhelm Approval?" *William Blair*, June 15, 2021
- "Takeaways From Our KOL Depression Prescriber Call," *Bank of America*, June 16, 2021
- "No-Go on Gosuranemab; Read-throughs to Lilly/AbbVie Tau Assets," *Barclays*, June 16, 2021
- "Daily Research Highlights," *Cantor Fitzgerald*, June 16, 2021
- "Sometimes it Doesn't Take Two to Tango: Gosuranemab (Anti-Tau) Misses Primary Endpoint in Ph 2 TANGO Study for Alzheimer's," *Cantor Fitzgerald*, June 16, 2021
- "Substantial Upside Potential for Eisai, ¥1tn Gap in Increase in Market Cap Compared with Biogen," *Credit Suisse*, June 16, 2021
- "Biogen Inc. (BIIB): Another tau antibody setback," *Goldman Sachs*, June 16, 2021
- "BIIB - Payer Call Starts In 30 Mins - Diving Into the Complex Payer Dynamic for Biogen's Aduhelm," *Guggenheim*, June 16, 2021
- "Tau Alzheimer's Not Relevant For Now, Adu Launch Started Already Today..." *Jefferies*, June 16, 2021
- "Another Tau Disappointment with Gosuranemab," *SVB Leerink*, June 16, 2021

- “Anti-Tau Antibody Miss; Lots of High Risk/Reward Assets in Pipeline,” *Truist Securities*, June 16, 2021
- “Aduhelm EU Reg Expert Call - Expects Similar Outcome and Pathway as in US,” *UBS*, June 16, 2021
- “Prescriber Survey: Payers to Fill Aduhelm Treatment Gaps, Dictating Opportunity,” *Bank of America*, June 17, 2021
- “Expert call points to tough road for Aducanumab until an NCD,” *Citi*, June 17, 2021
- “BIIB - Highlights from Our Payer Call; Expect Swift Adu Uptake as We See a Few Ways for Medicare to Limit Coverage (Incl PET/CSF) to Eligible Patients,” *Guggenheim*, June 17, 2021
- “With Gosuranemab, the Fate of N-terminal Tau Antibodies Could Be Sealed,” *H.C. Wainwright & Co.*, June 17, 2021
- “As Expected, Gosuranemab Fails in PhII,” *Morgan Stanley*, June 17, 2021
- “Cleaning House Post Adu Approval – Gosuranemab Fails, Nothing in Model,” *UBS*, June 17, 2021
- “Physician Call Takeaways – Conservative Neurologist Won't Use But Acknowledges Uptake Will Be Significant,” *UBS*, June 17, 2021
- “Weekly Recap - Does Path to Strong Labor Market Include an FDA Commish?” *Baird*, June 18, 2021
- “US Biopharma: 3Q21 ASP Data - Eylea Dominating Share; Biosimilar Discounts Accelerate; PD-1 Prices Still Increase,” *Bernstein*, June 18, 2021
- “Replay and Transcript for Our Aducanumab Medicare Call,” *Citi*, June 18, 2021
- “Biogen’s Aduhelm Approval Adds Further Support to the Firm’s Wide Moat in Neurology,” *Morningstar Equity Research*, June 18, 2021
- “Biogen’s Aduhelm Approval Adds Further Support to the Firm’s Wide Moat in Neurology: 19:17, UTC,” *Morningstar Equity Research*, June 18, 2021
- “Upgrade to OW; Neurologist Survey, Reimbursement Checks Too Bullish to Ignore,” *Piper Sandler*, June 18, 2021
- “Aduhelm - Deep Dive into Historical NCDs and MEDCAC’s Role,” *Raymond James*, June 18, 2021
- “Aduhelm Bull/Bear Call Series – Launch Insights Expert Call #1 Transcript,” *UBS*, June 18, 2021
- “Aduhelm Bull/Bear Call Series – Launch Insights Expert Call #2 Transcript,” *UBS*, June 18, 2021

- "Aduhelm EU-Reg Expert Call Transcript," *UBS*, June 18, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, June 18, 2021
- "Yee's Breeze: Thoughts and Debates from My Week: BIIB, SAGE, MRNA, and More," *Jefferies*, June 19, 2021
- "*Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch," *Jefferies*, June 20, 2021
- "FDA KOL Thinks Zuranolone will be Approved; Gives Color on Other Psych Drug Controversies," *Truist Securities*, June 20, 2021
- "Notable Quotes, Replay, and Full Transcript From our Call on Topline WATERFALL Data," *Bank of America*, June 21, 2021
- "Biopharma Wkly (06/21/21): A Delta C19 Wave Coming; CMS History & Adu Coverage Jitters; Jazz Resets but Thesis Still There," *Bernstein*, June 21, 2021
- "EU Decision: FGEN Likely This Week and BIIB Around September," *Jefferies*, June 21, 2021
- "Feedback, Thoughts on Stock..Meanwhile FDA Woodcock Also Comments," *Jefferies*, June 22, 2021
- "Wyden Speaks on Drug Pricing," *Raymond James*, June 22, 2021
- "BIIB - FDA Defends Adu Approval In Just-Posted Documents - Though Not Surprising, Could Provide Physicians Incremental Cover to Prescribe," *RBC Capital Markets*, June 22, 2021
- "MEDCAC Member Suggests NT Adu Access Is Likely, Though Commercial Story Still Far From Written," *RBC Capital Markets*, June 22, 2021
- "Americas Healthcare: Pharmaceuticals: FDA Aduhelm Review Docs Reinforce Our View That the Door is Open for Dmab," *Goldman Sachs*, June 23, 2021
- "BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical," *RBC Capital Markets*, June 23, 2021
- "Aduhelm Updates on Pricing Impact to Payers and Patients," *Truist Securities*, June 23, 2021
- "Alzheimer's Competition May Be Earlier Than Expected," *Baird*, June 24, 2021
- "Donanemab Charging Toward Potential Approval; Raising PO to $250," *Bank of America*, June 24, 2021
- "Path to Accelerated Approval After All; Lilly Outlines Regulatory Strategy for Donanemab," *Barclays*, June 24, 2021

- "Lilly, Biogen: Lilly to Submit Donanemab This Year; First Take," *Bernstein*, June 24, 2021
- "US Biopharma: Updating our Alzheimer's Model for Earlier Donanemab Submission; Review of Key Assumptions," *Bernstein*, June 24, 2021
- "One Thing Seems Clear: The FDA's Precedent Post-Aduhelm on Alzheimer's is Seeing Reduction in Amyloid Beta," *Cantor Fitzgerald*, June 24, 2021
- "Americas Healthcare: Pharmaceuticals: Refreshing Alzheimer's Scenario Analysis," *Goldman Sachs*, June 24, 2021
- "Eli Lilly & Co. (LLY): Filing for AA of Dmab on Ph2 Later This Year," *Goldman Sachs*, June 24, 2021
- "Healthcare: Pharmaceuticals: FDA Going All In On A-Beta Antibodies for Alzheimer's?" *Goldman Sachs*, June 24, 2021
- "FDA Opens the Flood Gates in Alzheimer's, Grants BTD to BIIB/Eisai's BAN2401 and LLY's Donanemab; LLY to File for Accelerated Approval by YE21," *Guggenheim*, June 24, 2021
- "LLY Filing: Should Grow the Whole Market, Docs Likely to Prescribe the Drugs," *Jefferies*, June 24, 2021
- "Not So Fast? Some Additional Thoughts on Today's Donanemab News After Speaking to Lilly," *Mizuho*, June 24, 2021
- "BIIB: Everyone Joining The AD Rush, As LLY Announces Plans To File Donanemab - Though Not Surprising, And Not A Sure Thing," *RBC Capital Markets*, June 24, 2021
- "LLY's Plans to File Donanemab Has Multiple Implications for the Space," *Stifel*, June 24, 2021
- "Alzheimer's Space Heating Up Faster than Expected," *SVB Leerink*, June 24, 2021
- "Focus on Reimbursement; Multiple Players are Expected, We Model Competition," *Truist Securities*, June 24, 2021
- "Competition Hot on Adu's Heels? D-Mab Gets BTD and Will File by YE - Enough Safety Data?" *UBS*, June 24, 2021
- "LLY, BIIB, ROG: Donanemab a Market Leading Product Because of Its Differentiation? Coming Early," *Wolfe Research*, June 24, 2021
- "Biopharma: Rising Alzheimer's Disease Competition," *Atlantic Equities*, June 25, 2021

- "Mohit's Biobits – Decoding Aduhelm Debate, VRTX Thoughts and Good News From BMRN," *Citi*, June 25, 2021
- "Healthcare Pulse: Summer Begins... Investor Sentiment; Market Color; Sector Themes; Charts to Watch," *Goldman Sachs*, June 25, 2021
- "BIIB - We Briefly Caught Up With Mgmt; Adu's Life Cycle Mgmt Is In The Works, A SubQ Formulation Is In The Clinic; New Patients Are Starting On Adu," *Guggenheim*, June 25, 2021
- "Govt Aduhelm Approval/Pricing Pushback – Not a Shocker; We Await CMS Coverage Details," *Truist Securities*, June 25, 2021
- "Aduhelm Infusion Center Expert Call Takeaways," *UBS*, June 25, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, June 25, 2021
- "Takeaways From Aduhelm Reimbursement Expert Call," *UBS*, June 25, 2021
- "Yee's Breeze: Thoughts and Debates from My Week," *Jefferies*, June 26, 2021
- "Neuroscience Shines by the Lake – Highlights from our Focus on Brain Health with CLPI," *Oppenheimer*, June 27, 2021
- "BIOT: KOL Believes Donanemab Could be Approved With AA and Aduhelm in EU Approval Likely," *Truist Securities*, June 27, 2021
- "Biopharma Wkly (06/28/21): Plaque Reduction Comps; ACIP High Bar for C19 Boosting; Lumakras Starts 1L NSCLC Trial," *Bernstein*, June 28, 2021
- "HHS Advisory Council Mtg on Adu - Jul 19," *Evercore ISI*, June 28, 2021
- "Aduhelm Approval Could Have Broad Ranging Implications Across Healthcare," *Goldman Sachs*, June 28, 2021
- "HHS Meeting Will Discuss Aduhelm; These Councils Likely Want It Supported," *Jefferies*, June 28, 2021
- "Pipeline Tracker: What's Changed?" *Morgan Stanley*, June 28, 2021
- "Doc Survey Indicates Zuranolone May Be More Viable Than Perceived, But No Longer Stands Out; Tgt to $60," *RBC Capital Markets*, June 28, 2021
- "Model Tweaks As Input On Aduhelm and WATERFALL Continues To Shape Views," *RBC Capital Markets*, June 28, 2021
- "BIIB - Our Proprietary Physician Survey Suggests High Awareness for Amyloid-Beta Therapies; KOLs Have a Positive View on LLY's Donanemab," *Guggenheim*, June 29, 2021

- "KOL Color on Aduhelm Payer Agreements; It'll Be Covered But May Take 6 Mos for Investors to Believe," *Truist Securities*, June 29, 2021
- "Biosimilars Monthly: JUN. 2021 Edition," *Barclays*, June 30, 2021
- "US Biopharma 2Q21 PreQ: Partial Recovery With Immunology but Oncology Weakness; REGN Most Likely to Beat," *Bernstein*, June 30, 2021
- "HHS's Advisory Council on Alzheimer's meeting on Aduhelm Coming Up," *Truist Securities*, June 30, 2021
- "Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics," *Baird*, July 1, 2021
- "Biosimilars (Jun. update): Market Growth Moderating as Pricing Offsets Unit Growth and Innovators Compete," *Bernstein*, July 1, 2021
- "*Cowen*'s Biotech Thermometer," *Cowen*, July 1, 2021
- "Has FDA's Adu Decision Made It Easier For Everyone?" *Evercore ISI*, July 2, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, July 2, 2021
- "Takeaways from Ex-FDA Expert Call on Aduhelm Competitors (Dmab, Gmab)," *UBS*, July 2, 2021
- "Takeaways from Neurologist with Infusion Suite Call," *UBS*, July 2, 2021
- "Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed," *William Blair*, July 2, 2021
- "Yee's Breeze: Thoughts and Debates from My Week: ALLO, FATE, ALGS and more," *Jefferies*, July 3, 2021
- "2Q21 Earnings Preview," *Barclays*, July 6, 2021
- "Biopharma Wkly (07/06/21): Delta in the Vaccinated; FTC Makes HC a Priority; Mid-Year Price Increases; VTRS-Teva Trial," *Bernstein*, July 6, 2021
- "*Guggenheim* Biotech 2Q 2021 Earnings Preview," *Guggenheim*, July 6, 2021
- "Key Takeaways from the *SVB Leerink* CNS Forum," *SVB Leerink*, July 6, 2021
- "Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript," *UBS*, July 6, 2021
- "Takeaways from MDD expert call (BIIB, LIVN, H Lundbeck A/S, SAGE, ABBV etc)," *UBS*, July 7, 2021
- "Aduhelm Label Update Just Another Reflection of Regulatory Absence," *Baird*, July 8, 2021

- "Aduhelm Label Narrowed: More Concessions to Follow?" *Bank of America*, July 8, 2021
- "Quick Takeaways from Narrowed Aduhelm Label," *Barclays*, July 8, 2021
- "Aduhelm Prescribing Information Updated To Emphasize Mild Patients," *Cowen*, July 8, 2021
- "Biogen Inc. (BIIB): Thoughts on Aduhelm Label Update," *Goldman Sachs*, July 8, 2021
- "BIIB - Updated Label for Aduhelm Is Limited to Disease Stages Studied in Clinical Trials; Is In Line With How We Think Docs Will Use It," *Guggenheim*, July 8, 2021
- "Aduhelm Label Guides Right Pts for Drug; Street Still Needs Clarity Over Time," *Jefferies*, July 8, 2021
- "Label Update Is A Good Step," *Morgan Stanley*, July 8, 2021
- "2Q21 Earnings Preview On Select Biotechs," *RBC Capital Markets*, July 8, 2021
- "New Aduhelm Label Shouldn't Impact Sales," *SVB Leerink*, July 8, 2021
- "Updated Aduhelm Label Reflects the Patient Population Studied in Clinical Trials," *Truist Securities*, July 8, 2021
- "Aduhelm Infusion Center Expert Call Transcript," *UBS*, July 8, 2021
- "Aduhelm Label Update: Narrowed to MCI/Mild AD - The Population We/Street Model Into," *UBS*, July 8, 2021
- "Updated Aduhelm Label Clarifies Use in MCI or Mild Patients; Reimbursement Still the Major Pushback on Initial Launch," *William Blair*, July 8, 2021
- "Weekly Recap - Even After The 4th of July There's Still Smoke!" *Baird*, July 9, 2021
- "FDA head calls for Aduhelm investigation, as pushback continues to grow," *Bank of America*, July 9, 2021
- "BIIB - Our Take on the Woodcock Letter: Not Likely to Impact Aduhelm Approval, but Unwanted Attention Is Not Good," *Guggenheim*, July 9, 2021
- "Drug Pricing Quatro – Importation, MFN, Aduhelm, and House Dem Report," *Raymond James*, July 9, 2021
- "Agency's OIG Ask is More Noise and Stress for BIIB Holders, But Unlikely to Have a Tangible Impact on Aducanumab," *Stifel*, July 9, 2021
- "FDA Investigation Not Surprising, But Unlikely to Influence Uptake of Drug, In Our View," *Truist Securities*, July 9, 2021

- "More Barking But Still Don't Expect Biting - FDA Head Calls for Investigation of Approval Process," *UBS*, July 9, 2021
- "BIIB, LLY, ROG: Including Alzheimer's Revenues for the First Time EVER!" *Wolfe Research*, July 9, 2021
- "Yee Leaves: BIIB, MRNA, PRTA, etc and Thoughts and Notes from My Week," *Jefferies*, July 10, 2021
- "CMS NCD Analysis Gets Underway, Timeline Appears Accelerated," *Baird*, July 12, 2021
- "Biopharma Wkly (07/12/21): Vaccines/Infection Now Correlate; Executive Order Tidbits; Gilead PAP in 340B; Lilly KRAS Enters p1," *Bernstein*, July 12, 2021
- "NCD Analysis Initiation for Adu In-Line with Expectations. Timelines Also Appear Quick," *Citi*, July 12, 2021
- "Biden Drug Proposals via EO; Pelosi & Wyden Seek Legislative Approach," *Credit Suisse*, July 12, 2021
- "CMS Opens National Coverage Determination Analysis for Alzheimer's Drug Aduhelm," *Credit Suisse*, July 12, 2021
- "BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates," *Guggenheim*, July 12, 2021
- "CMS Review – Another Overhang to Be Resolved; Climbing Wall of Worry," *Jefferies*, July 12, 2021
- "Pipeline Tracker: What's Changed?" *Morgan Stanley*, July 12, 2021
- "Biogen Inc. (BIIB)," *Truist Securities*, July 12, 2021
- "EMA Approval Likely, According to KOL," *Truist Securities*, July 12, 2021
- "NCD Analysis Begins - Start of Relief for BIIB, In Our View," *Truist Securities*, July 12, 2021
- "2Q21 Commercial Biotech Preview: Time To Shine?" *Wedbush Securities*, July 12, 2021
- "Americas Healthcare: Pharmaceuticals: CMS launches Aduhelm NCD," *Goldman Sachs*, July 13, 2021
- "BIIB - BREAKING - Expert Call Today at 11AM ET to Understand the Implications of the NCD That Was Just Triggered by the CMS," *Guggenheim*, July 13, 2021
- "BIIB - Expert Call Starts In 30mins to Understand the NCD Process That Was Just Triggered by the CMS," *Guggenheim*, July 13, 2021

- “BIIB — Highlights from Our Payer Call: Expert KOL Outlined Two Possible NCD Scenarios for Adu; Either Way, BIIB Benefits,” *Guggenheim*, July 13, 2021
- “Alzheimer’s Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab,” *Mizuho*, July 13, 2021
- “Implications Of The NCD Process,” *Morgan Stanley*, July 13, 2021
- “Major Validation of Orelabrutinib for MS by Big Licensing Deal with Biogen; Raise PT,” *Morgan Stanley*, July 13, 2021
- “BIIB - Mid-Stage Orelabrutinib BTKi Asset In-license Reinforces Commitment to Oral MS Space, but Perhaps Waning Enthusiasm for ’091,” *RBC Capital Markets*, July 13, 2021
- “Now We Have a Timeline - CMS Initiates NCD Process for Aduhelm,” *UBS*, July 13, 2021
- “Biogen: Is CLARITY AD the Real Aduhelm Confirmation Trial? How BAN2401 Compares to the Rest of the Anti-Amyloid Field,” *Bernstein*, July 14, 2021
- “Third Annual Look Under the ESG Hood: Refreshing Our Analysis of Executive Compensation, Insider Ownership, & Diversity,” *Citi*, July 14, 2021
- “Key Takeaways from Our First Expert call on President Biden’s Healthcare Executive Orders,” *Credit Suisse*, July 14, 2021
- “Clarification from BIIB and LLY on Comments Made by Our Expert with Regard to the NCD Process and CED Studies,” *Guggenheim*, July 14, 2021
- “Cleveland Clinic Won’t Administer Aduhelm ==> Risk to the ~$9Bn Peak Sales Consensus?” *Mizuho*, July 14, 2021
- “The Feedback Loop: Earnings and COVID Rebounds Edition,” *RBC Capital Markets*, July 14, 2021
- “AD Survey Suggests Slow but Steady Uptake for Aduhelm Launch,” *SVB Leerink*, July 14, 2021
- “Woodcock Has a Quality Reputation; IG/Gov’t Investigations Likely Won’t Have Adu Impact,” *Truist Securities*, July 14, 2021
- “2Q21 Large Cap Earnings Preview: We Expect Fewer Surprises and a Recovery in Earnings from COVID,” *Cantor Fitzgerald*, July 15, 2021
- “BTK Chemistry vs Multiple Sclerosis,” *Evercore ISI*, July 15, 2021
- “Tidbits on commercial uptake,” *Evercore ISI*, July 15, 2021

- "BIIB — Readthrough from UnitedHealth Earnings Call: UNH Mgmt Is NOT Guiding for a Very Rapid Decision on Aduhelm Reimbursement," *Guggenheim*, July 15, 2021
- "Q2 EPS Preview and Catalysts: AMGN, BIIB, GILD, MRNA, VRTX, and More," *Jefferies*, July 15, 2021
- "McClellan (ex-CMS): Adu Access 'Pretty Limited at Least Until the 9-Month Period Is Over,'" *Mizuho*, July 15, 2021
- "Exploring the Link Between R&D Productivity and Valuation," *Oppenheimer*, July 15, 2021
- "Cleveland and Sinai and ICER, Oh My!" *RBC Capital Markets*, July 15, 2021
- "Commercial Plans Not Likely to reimburse until NCD – near-term Focus on MACs," *Truist Securities*, July 15, 2021
- "2Q21 Preview: Fundamentals + Diminishing Headwinds = Better 2Q/2H Set-Up," *Bank of America*, July 16, 2021
- "Healthcare Pulse: Get, Set, EPS ... Investor Sentiment; Market Color; Sector Themes; Charts to Watch," *Goldman Sachs*, July 16, 2021
- "Quick 2Q21 Preview," *Morgan Stanley*, July 16, 2021
- "Another Bad Week for BIIB/Aduhelm Sentiment – A Lot of Negative Expectation Priced in Here," *UBS*, July 16, 2021
- "Dr. Col's Weekly Dose – The Week Ahead, What We're Hearing and What Happened This Week," *UBS*, July 16, 2021
- "ICER/CTAF Aduhelm Meeting Takeaways – More Negative Views From BIIB's Shrinking Fan Club," *UBS*, July 16, 2021
- "Zuranolone and MDD Expert Call Transcript (BIIB, LIVN, H Lundbeck A/S, SAGE, ABBV etc)," *UBS*, July 16, 2021
- "Yee Leaves: BIIB, MRNA, FGEN, and More; Thoughts & Debates from My Week," *Jefferies*, July 17, 2021
- "Setup for 2Q earnings appears better than 1Q," *Goldman Sachs*, July 18, 2021
- "Key Considerations Ahead of 2Q Results," *Oppenheimer*, July 18, 2021
- "Alzheimer's Survey Highlights Big Potential and Major Risks to Aduhelm," *Baird*, July 19, 2021
- "Biopharma Wkly (07/19/21): Delta is Here; Drug Price Debate in Infrastructure Bill; Into BIIB Q; Vraylar Starts Anxiety Trial," *Bernstein*, July 19, 2021

- “EU Review Very Active; USA HHS Meeting Today Pushed for Ensuring Access,” *Jefferies*, July 19, 2021
- “Pipeline Tracker: What’s Changed?” *Morgan Stanley*, July 19, 2021
- “Headlines Notwithstanding, Docs Continue to Project Robust Aduhelm Uptake,” *Piper Sandler*, July 19, 2021
- “2Q21 Preview; Still Cautious Overall but See Opportunities,” *SVB Leerink*, July 19, 2021
- “Earnings Preview, Focus Remains Squarely on Aducanumab Controversy,” *Baird*, July 20, 2021
- “2Q21 Earnings Preview,” *J.P. Morgan*, July 20, 2021
- “2Q21 EPS Preview - Model Changes & Updated Perspectives,” *Wolfe Research*, July 20, 2021
- “Analyst’s Notes,” Argus Research, July 21, 2021
- “Latest 2Q21 and 2021 Consensus as of Today,” *Bank of America*, July 21, 2021
- “Friday 7/23 @ 11 AM ET: Join Our KOL Call to Discuss New Drugs to Treat Alzheimer's and How They Will Be Reimbursed,” *Cantor Fitzgerald*, July 21, 2021
- “Q2 Earnings Preview: Hoping that Solid Financials are What the Doctor Ordered,” *Cowen*, July 21, 2021
- “Post Approval Aduhelm Physician Survey,” *J.P. Morgan*, July 21, 2021
- “Survey Says: Aduhelm Utilization Remains Difficult to Predict as Controversy Swirls,” *J.P. Morgan*, July 21, 2021
- “Making Some Estimate Tweaks Ahead of Q221 Reporting,” *Piper Sandler*, July 21, 2021
- “Monthly Institutional Prescription Sales -- Jun. 2021,” *Wedbush Securities*, July 21, 2021
- “Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved,” *William Blair*, July 21, 2021
- “Solid Print, but Aduhelm Remains a Lightning Rod for Controversy,” *Baird*, July 22, 2021
- “Data, not Defense, Wins Championships; Thoughts Post the 2Q Call,” *Bank of America*, July 22, 2021
- “Initial Thoughts on 2Q21 Earnings,” *Bank of America*, July 22, 2021
- “After 2Q Print, Focus Now on Launch, Lilly, and Legal,” *Barclays*, July 22, 2021

- "Initial Thoughts on 2Q21 Results," *Barclays*, July 22, 2021
- "2Q 2021 Refreshingly Unapologetic Aducanumab Update. Two Additional Catalysts Expected by YE21," *BTIG*, July 22, 2021
- "Daily Research Highlights," *Cantor Fitzgerald*, July 22, 2021
- "BIIB Reports Q2 Top- and Bottom- Line Beat, 2021 Revenue Guidance Bumped Up," *Cowen*, July 22, 2021
- "Q2 Above Expectations As Aduhelm's Launch Begins," *Cowen*, July 22, 2021
- "BIIB - 2Q21; A Solid Quarter Overall, Focus Remains on Aducanumab Launch and Payer Dynamics," *Guggenheim*, July 22, 2021
- "SAGE - Read-Through From BIIB Call; SKYLARK Data Likely To Be Pushed To 2022," *Guggenheim*, July 22, 2021
- "Aduhelm Early But Demand Is High, Reimbursement Sorting Out...NT vs LT Thinking," *Jefferies*, July 22, 2021
- "Ionis Pharmaceuticals Partner BIIB's 2Q Spinraza: Competitive Pressure Continues," *Jefferies*, July 22, 2021
- "Q2 Good: Aduhelm Early But Progressing With Expectations, Other Add'l Comments," *Jefferies*, July 22, 2021
- "2Q21 Earnings (ABT, BIIB, DGX) — What Mattered for Credit," *J.P. Morgan*, July 22, 2021
- "Biogen: 2Q Snapshot - Quarterly Performance Muted by Aduhelm Noise," *J.P. Morgan*, July 22, 2021
- "First Look at 2Q Results," *J.P. Morgan*, July 22, 2021
- "2Q Slightly Ahead; Aduhelm Launch Remains Key Focus," *Morgan Stanley*, July 22, 2021
- "Biogen Inc.: 2Q Delivers in the Face of Adversity," *Oppenheimer*, July 22, 2021
- "Biogen Inc. (BIIB): Love the Beat/Raise; Aduhelm Uptake Remains Central Issue," *Piper Sandler*, July 22, 2021
- "Biogen Inc. (BIIB): Q221 First Take: Strong Beat/Raise; All Eyes on Aduhelm," *Piper Sandler*, July 22, 2021
- "2Q21 Update - Launch Strategy: Gaslight the Entire Industry," *Raymond James*, July 22, 2021
- "2Q21 First Take: Strong Quarter As Expected; Aduhelm Defense on Display," *RBC Capital Markets*, July 22, 2021

- "2Q21: Base Biz Performing Well, Though Clarity On Adu Outlook Slow To Materialize," *RBC Capital Markets*, July 22, 2021
- "SAGE: BIIB Comments Suggest PPD Ph.III Delayed; Not On Critical Path, But May Highlight Smaller PPD Opportunity and Risks To Floor," *RBC Capital Markets*, July 22, 2021
- "Another Solid Quarter, but All Eyes on Adu," *SVB Leerink*, July 22, 2021
- "Base Business Remains Resilient; Stay Tuned for Adu Launch," *SVB Leerink*, July 22, 2021
- "2Q21 EPS: Lots of Bullish Details on Aduhelm is the Focus," *Truist Securities*, July 22, 2021
- "First Take: 2Q21 Top and Bottom-Line Beat; Focus Remains on Aduhelm Coverage," *Truist Securities*, July 22, 2021
- "Positive Comments on BIIB Earnings Call Regarding Aduhelm," *Truist Securities*, July 22, 2021
- "2Q21 First Take: Aduhelm Arrives As BIIB Reports Beat," *Wedbush Securities*, July 22, 2021
- "Controversy Sells - Or So We'll Soon Find Out," *Wedbush Securities*, July 22, 2021
- "Aduhelm Waiting for NCD Determination; Prelim Public CMS Hearing Focused on Optimizing Access and Against CED," *William Blair*, July 22, 2021
- "Biogen Second-Quarter Quick Take: 35% of Aduhelm Sites Reportedly on Board, Legacy Product Sales Flat Quarter-Over-Quarter," *William Blair*, July 22, 2021
- "2Q21: They said what? Highlights from Conf Call…and Our Impressions," *Wolfe Research*, July 22, 2021

**Books**

- John Y. Campbell, et al., *The Econometrics of Financial Markets*, (Princeton, NJ: Princeton University Press, 1997)
- James H. Stock and Mark W. Watson, *Introduction to Econometrics*, 3rd ed., (Hoboken, NJ: Pearson Education, 2015)

**Conference Call Transcripts**

- Biogen Conference Call Transcript, "Biogen Inc. to Discuss the Approval of ADUHELM Call - Final," June 8, 2021

**Data Manuals**

- "Data Descriptions Guide: CRSP US Stock & US Index Databases," *Center for Research in Security Prices*, modified September 18, 2024, available at https://www.crsp.org/wp-content/uploads/guides/CRSP_US_Stock_&_Indexes_Database_Data_Descriptions_Guide.pdf, accessed on January 15, 2025

**Data Sources**

- Bloomberg
- Capital IQ
- Center for Research in Security Prices (CRSP)
- Dow Jones Factiva
- LSEG Workspace

**Expert Reports**

- Expert Report of Professor Steven P. Feinstein, Ph.D., CFA, May 10, 2024, and Backup Materials
- Expert Report of Jennifer Marietta-Westberg, Ph.D., June 21, 2024
- Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, July 18, 2024
- Supplemental Report of Jennifer Marietta-Westberg, Ph.D., July 22, 2024

**Legal Documents**

- Lead Plaintiff's Memorandum in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, May 10, 2024
- Second Class Action Complaint for Violations of the Federal Securities Laws, *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., Michel Vounatsos, and Alisha Alaimo*, April 10, 2024

**Press Releases**

- NYSE Member Education Bulletin, "NYSE MKT Transition to NYSE American," July 14, 2017, available at https://www.nyse.com/publicdocs/nyse/markets/nyse-american/rule-interpretations/2017/NYSE%20MKT%20MEB%2017-

01%20NYSE%20MKT%20American%20Transition.pdf, accessed on January 21, 2025

- Biogen Press Release, "FDA grants accelerated approval for ADUHELM™ as the first and only Alzheimer's disease treatment to address a defining pathology of the disease," June 7, 2021, available at https://investors.biogen.com/node/23521/pdf, accessed on January 15, 2025
- FDA Press Release, "FDA's Decision to Approve New Treatment for Alzheimer's Disease," June 7, 2021, available at https://www.fda.gov/drugs/our-perspective/fdas-decision-approve-new-treatment-alzheimers-disease, accessed on January 15, 2025
- CMS Press Release, "CMS opens national coverage determination analysis on treatment for Alzheimer's disease," July 12, 2021, available at https://www.cms.gov/newsroom/press-releases/cms-opens-national-coverage-determination-analysis-treatment-alzheimers-disease, accessed on January 15, 2025

**Public Press**

- "FDA approves much-debated Alzheimer's drug panned by experts," *Associated Press Newswires*, June 7, 2021
- "Drug poses a dilemma for the FDA Alzheimer's patients yearn for help, but experts wary of data," *Chicago Tribune*, June 7, 2021
- "ASX Stock Futures Pointing to Uncertain Open -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Focus Turns to Insurer Coverage for Alzheimer's Drug -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Rises, Tellurian Gains, and the Stock Market Isn't Doing Much -- Barrons.com," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Stock Gains Before Anticipated FDA Decision -- Barrons.com," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Stock Jumps on FDA Approval. What Wall Street Is Saying. -- Barrons.com," *Dow Jones Institutional News*, June 7, 2021
- "Biogen Will Market Aduhelm Based on Patients Treated in Studies -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Biogen's Alzheimer's Drug Aducanumab Approved by the FDA," *Dow Jones Institutional News*, June 7, 2021
- "Biogen's Alzheimer's Drug Is a Wall Street Winner, Controversy or Not -- Heard on the Street – Update," *Dow Jones Institutional News*, June 7, 2021

- "Biogen's Alzheimer's Drug Is Approved by the FDA -- Barrons.com," *Dow Jones Institutional News*, June 7, 2021
- "Don't Rule Out an RBA Rate Hike in 2023: St. George -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Financial Services Roundup: Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "First New Alzheimer's Drug in Nearly Two Decades Is Approved by FDA -- 2nd Update," *Dow Jones Institutional News*, June 7, 2021
- "First New Alzheimer's Drug in Nearly Two Decades Is Approved by FDA -- 3rd Update," *Dow Jones Institutional News*, June 7, 2021
- "First New Alzheimer's Drug in Nearly Two Decades Is Approved by FDA -- 4th Update," *Dow Jones Institutional News*, June 7, 2021
- "First New Alzheimer's Drug in Nearly Two Decades Is Approved by FDA – Update," *Dow Jones Institutional News*, June 7, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Longtime Tesla Executive Guillen Departs -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Marvell Expects Revenue Growth to Accelerate in 2H -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Marvell to Break Down Revenue by End Markets Starting in 2Q -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Press Release: Biogen and Eisai launch multiple initiatives to help patients with Alzheimer's disease access ADUHELM(TM)," *Dow Jones Institutional News*, June 7, 2021
- "Press Release: FDA Approval of Aducanumab," *Dow Jones Institutional News*, June 7, 2021
- "Press Release: FDA grants accelerated approval for ADUHELM(TM) as the first and only Alzheimer's disease treatment to address a defining pathology of the disease," *Dow Jones Institutional News*, June 7, 2021
- "Press Release: FDA Grants Accelerated Approval for Alzheimer's Drug," *Dow Jones Institutional News*, June 7, 2021

- "Press Release: Synaptogenix Responds to FDA Approval of Aducanumab," *Dow Jones Institutional News*, June 7, 2021
- "Tech, Media & Telecom Roundup: Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Texas Bans Businesses from Requiring Vaccines -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "Trucker Yellow Logs Quarter-To-Date Gains Compared To 2020 -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "US Stocks Slip -- Market Talk," *Dow Jones Institutional News*, June 7, 2021
- "What Can You Do to Lower Your Risk of Alzheimer's Disease?," *Dow Jones Institutional News*, June 7, 2021
- "Alzheimer's drug from Biogen wins US approval," *Financial Times*, June 7, 2021
- "Alzheimer's sufferers await ruling on potential blockbuster drug," *Financial Times*, June 7, 2021
- "FirstFT: Today's top stories," *Financial Times (FT.Com)*, June 7, 2021
- "Limiting Coverage Based on Efficacy and Safety: A Path Forward for Medicare Regarding the Alzheimer's Treatment Aducanumab," *Health Affairs*, June 7, 2021
- "Biogen Stock Rockets To Record High On Alzheimer's Drug Approval; 5 Things To Know," *Investor's Business Daily*, June 7, 2021
- "Bluebird Bio Pops As FDA Allows In-Human Gene Therapy Testing To Resume," *Investor's Business Daily*, June 7, 2021
- "Dow Extends Losses In Mixed Stock Market; Biogen Soars 50% After FDA Nod," *Investor's Business Daily*, June 7, 2021
- "Dow Jones Falls Mildly As Tech Stocks Lead Upside; These Stocks Score Breakouts," *Investor's Business Daily*, June 7, 2021
- "Dow Jones Futures: Market Rally Mixed, But Biogen Skyrockets On Alzheimer's Drug, 5 Stocks Enter Buy Zones; Marvell Signals Breakout," *Investor's Business Daily*, June 7, 2021
- "Dow Jones Slips As Nasdaq Leads; AMC Rallies Despite Insider Selling; New Leader Explodes," *Investor's Business Daily*, June 7, 2021
- "Dow Jones Today Leads Mixed Open As Biogen Awaits Alzheimer's Decision; G-III Soars On Earnings Beat," *Investor's Business Daily*, June 7, 2021
- "Stock Market Ends Mixed As Nasdaq, Small Caps Lead; Eli Lilly Breaks Out, DocuSign Follows Through," *Investor's Business Daily*, June 7, 2021

- "Alzheimer's Association Statement: Alzheimer's Association Welcomes FDA Approval of Aducanumab," *PR Newswire*, June 7, 2021
- "FDA Approval of Aducanumab," *PR Newswire*, June 7, 2021
- "FDA Approves Aducanumab For Alzheimer's Disease," *PR Newswire*, June 7, 2021
- "FDA Grants Accelerated Approval for Alzheimer's Drug," *PR Newswire*, June 7, 2021
- "Synaptogenix Responds to FDA Approval of Aducanumab," *PR Newswire*, June 7, 2021
- "Big Biogen boost on Alzheimer's news could win back biotech investors," *Reuters News*, June 7, 2021
- "BREAKINGVIEWS-Alzheimer's drug feeds U.S. healthcare cost spiral," *Reuters News*, June 7, 2021
- "BRIEF-Biogen And Eisai Launch Multiple Initiatives To Help Patients With Alzheimer'S Disease Access ADUHELM," *Reuters News*, June 7, 2021
- "BRIEF-FDA Approves Biogen's Aduhelm (Aducanumab) To Treat Patients With Alzheimer's Disease," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-AMC, Carnival, Moderna, ChromaDex, QTS Realty Trust," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Biogen, Macquarie Infrastructure, Ocugen," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Moderna, G-III Apparel, Macquarie Infrastructure, Biogen," *Reuters News*, June 7, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Tesla, U.S. Concrete, Moderna, Chico's FAS, Carnival," *Reuters News*, June 7, 2021
- "EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients?" *Reuters News*, June 7, 2021
- "FACTBOX-U.S. FDA green-lights Biogen Alzheimer's drug: Who else is in the race?," *Reuters News*, June 7, 2021
- "LIVE MARKETS-S&P 500 ends a tad lower as inflation fears linger," *Reuters News*, June 7, 2021
- "Reuters Health News Summary," *Reuters News*, June 7, 2021
- "REUTERS NEWS SCHEDULE AT 10 p.m. GMT/6 a.m. ET," *Reuters News*, June 7, 2021

- "REUTERS NEWS SCHEDULE AT 10:00 p.m. GMT/06:00 a.m. SGT," *Reuters News*, June 7, 2021
- "Reuters News Schedule At 6 A.M. GMT/2 P.M. SGT," *Reuters News*, June 7, 2021
- "S&P closes nominally lower as investors wait for a catalyst," *Reuters News*, June 7, 2021
- "TIMELINE-The long road to approval of controversial Alzheimer's treatment from Biogen," *Reuters News*, June 7, 2021
- "U.S. FDA approves Biogen Alzheimer's drug," *Reuters News*, June 7, 2021
- "U.S. FDA set to rule on controversial Biogen Alzheimer's drug," *Reuters News*, June 7, 2021
- "US STOCKS-S&P 500, Nasdaq futures drop as investors await key inflation data," *Reuters News*, June 7, 2021
- "US STOCKS-S&P closes essentially flat as investors wait for a catalyst," *Reuters News*, June 7, 2021
- "US STOCKS-S&P closes nominally lower as investors wait for a catalyst," *Reuters News*, June 7, 2021
- "US STOCKS-Wall St dips as investors weigh G7 tax deal risk," *Reuters News*, June 7, 2021
- "US STOCKS-Wall St set for muted open as investors await inflation data," *Reuters News*, June 7, 2021
- "US STOCKS-Wall Street flat; tech shares shrug off G7 tax deal," *Reuters News*, June 7, 2021
- "US STOCKS-Wall Street mixed as buyers step to sidelines," *Reuters News*, June 7, 2021
- "Biotech shares soar as Biogen drug approval stokes optimism," *The Boston Globe*, June 7, 2021
- "FDA approves Biogen's Alzheimer's drug, the first new medicine for the disease in 18 years," *The Boston Globe*, June 7, 2021
- "Read the FDA's decision letter on Biogen's Alzheimer's drug," *The Boston Globe*, June 7, 2021
- "What's next for Biogen's newly approved Alzheimer's drug?," *The Boston Globe*, June 7, 2021
- "AP News in Brief at 11:03 p.m. EDT," *Associated Press Newswires*, June 8, 2021

- "Explainer: How Will Insurers Cover a New Alzheimer's Drug?" *Associated Press Newswires*, June 8, 2021
- "Drug for Alzheimer's authorized But advisory panel opposes final OK, citing clinical trials," *Chicago Tribune*, June 8, 2021
- "*Eisai Co. Stock Trading Sees Overwhelming Buy Orders, No Trades Done," *Dow Jones Institutional News*, June 8, 2021
- "*S&PGR Afrms Biogen 'A-' Rating; Outlook Negative," *Dow Jones Institutional News*, June 8, 2021
- "An Outage Hit Major Websites. The Internet's Infrastructure Appears Shaky. -- Barrons.com," *Dow Jones Institutional News*, June 8, 2021
- "Biogen Expects Its $56,000 Alzheimer's Drug To Be Covered By Medicare For 'most' Patients – MarketWatch," *Dow Jones Institutional News*, June 8, 2021
- "Eisai Outlook Rests on Pricing, Uptake of Alzheimer's Drug -- Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "Eli Lilly May Be a Big Winner From the FDA's Alzheimer's Decision -- Barrons.com," *Dow Jones Institutional News*, June 8, 2021
- "EMEA Morning Briefing: Europe to Open Lower After Wall Street Closes Mixed," *Dow Jones Institutional News*, June 8, 2021
- "FDA Approval of New Alzheimer's Drug May Boost Prospects of Other Treatments," *Dow Jones Institutional News*, June 8, 2021
- "FDA Approves First New Alzheimer's Drug in Nearly Two Decades – WSJ," *Dow Jones Institutional News*, June 8, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "Heard on the Street: Biogen's Alzheimer's Drug Is a Wall Street Winner, Controversy or Not – WSJ," *Dow Jones Institutional News*, June 8, 2021
- "News Highlights: Top Company News of the Day," *Dow Jones Institutional News*, June 8, 2021
- "Press Release: Celsion Corporation Appoints Dr. Stacy R. Lindborg to its Board of Directors," *Dow Jones Institutional News*, June 8, 2021
- "Press Release: ProMIS Neurosciences congratulates Biogen on FDA accelerated approval of aducanumab for Alzheimer's disease," *Dow Jones Institutional News*, June 8, 2021

- "Stitch Fix, Coupa Software, Clover Health, Tesla: What to Watch When the Stock Market Opens Today," *Dow Jones Institutional News*, June 8, 2021
- "Syngenta Pesticide Lawsuits Centralized as Litigation Advances -- Market Talk," *Dow Jones Institutional News*, June 8, 2021
- "The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry -- Barrons.com," *Dow Jones Institutional News*, June 8, 2021
- "What Can You Do to Lower Your Risk of Alzheimer's Disease? – WSJ," *Dow Jones Institutional News*, June 8, 2021
- "Alzheimer's breakthrough as Biogen drug wins approval from US regulators," *Financial Times*, June 8, 2021
- "Biogen/Alzheimer's: the high cost of hope," *Financial Times*, June 8, 2021
- "Biogen's $56,000-a-year Alzheimer's drug reignites US debate over costs," *Financial Times*, June 8, 2021
- "How to Make the Most of the Alzheimer's Drug Approval," *Financial Times*, June 8, 2021
- "Biogen Snagged: Will Hefty Price Tag Hinder Alzheimer's Drug Use?" *Investor's Business Daily*, June 8, 2021
- "Dow Jones Futures: Marvell Set To Join Market Rally Breakouts, Tesla China Sales Jump After Biogen Skyrockets On Alzheimer's Drug," *Investor's Business Daily*, June 8, 2021
- "Dow Jones Futures: Tesla China Sales Jump, Marvell Joins New Market Rally Breakouts While Bitcoin Dives," *Investor's Business Daily*, June 8, 2021
- "Drug is approved despite concerns; FDA greenlights Alzheimer's treatment against experts' advice and in spite of lack of clear clinical benefit," *Los Angeles Times*, June 8, 2021
- "Biogen Says It Currently Filed For Aduhelm's Marketing Approval In The Eu, Japan, Brazil, Canada, Switzerland, And Australia - Conf Call," *Reuters News*, June 8, 2021
- "Biogen Says It Expects To Begin Shipping Alzheimer's Drug Aduhelm In About Two Weeks - Conf Call," *Reuters News*, June 8, 2021
- "Biogen Says It Is Working To Leverage Its Overall Capacity Across Its Manufacturing Sites In The U.S. And Switzerland For Aduhelm, Which Could Enable Supply For About 2 Million Patients Per Year - Conf Call," *Reuters News*, June 8, 2021

- "Biogen Says Over 900 Sites Ready To Implement Treatment With Its Newly Approved Alzheimer's Drug Aduhelm - Conf Call," *Reuters News*, June 8, 2021
- "Biogen to start shipping Alzheimer's drug in about two weeks," *Reuters News*, June 8, 2021
- "For runner with Alzheimer's, new drug offers hope of keeping on track," *Reuters News*, June 8, 2021
- "Morning News Call - India, June 8," *Reuters News*, June 8, 2021
- "Reuters Health News Summary," *Reuters News*, June 8, 2021
- "U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients," *Reuters News*, June 8, 2021
- "UPDATE 1-Biogen to start shipping Alzheimer's drug in about two weeks," *Reuters News*, June 8, 2021
- "UPDATE 1-Runner with Alzheimer's Hopes New Drug Will Keep Him on Track," *Reuters News*, June 8, 2021
- "UPDATE 9-U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients," *Reuters News*, June 8, 2021
- "Biogen Alzheimer's drug gets FDA OK," *The Boston Globe*, June 8, 2021
- "Drug could bring record windfall," *The Boston Globe*, June 8, 2021
- "What's next for Biogen's Aduhelm?," *The Boston Globe*, June 8, 2021
- "F.D.A. Approves New Medication For Alzheimer's," *The New York Times*, June 8, 2021
- "An Alzheimer's Breakthrough, At Last," *The Wall Street Journal*, June 8, 2021
- "FDA Backs Alzheimer's Drug Over Advisory Panel's Doubts," *The Wall Street Journal*, June 8, 2021
- "Health & Wellness: How to Lower Alzheimer's Risk --- A top researcher discusses steps you can take and the advances in diagnosis and treatment," *The Wall Street Journal*, June 8, 2021
- "Investors Like Biogen for Alzheimer's," *The Wall Street Journal*, June 8, 2021
- "FDA approves Alzheimer's drug," *The Washington Post*, June 8, 2021
- "Alzheimer's drug gets green light from FDA," *USA Today*, June 8, 2021
- "FDA Approval of New Alzheimer's Drug May Boost Prospects of Other Treatments – WSJ," *Dow Jones Institutional News*, June 9, 2021

- "Biogen draws criticism for $56,000 cost of Alzheimer's treatment," *Financial Times*, June 9, 2021
- "Biogen/Alzheimer's: the high cost of hope," *Financial Times*, June 9, 2021
- "Making the most of the dementia drug approval," *Financial Times*, June 9, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Campbell Soup, Lordstown Motors, Aethlon Medical, United Natural Foods," *Reuters News*, June 9, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Twitter, Biogen, Geo Group, Campbell Soup," *Reuters News*, June 9, 2021
- "Runner with Alzheimer's hopes new drug will keep him on track," *Reuters News*, June 9, 2021
- "Two members of U.S. FDA advisory panel resign over Alzheimer's drug approval," *Reuters News*, June 9, 2021
- "'Right now, it's all we've got,'" *The Boston Globe*, June 9, 2021
- "CEO of CVS says Biogen Alzheimer's drug won't break the bank right away," *The Boston Globe*, June 9, 2021
- "Profit Spigot For Biogen May Be Tap On Medicare," *The New York Times*, June 9, 2021
- "U.S. News: Alzheimer's Drug Opens Path for Others," *The Wall Street Journal*, June 9, 2021
- "New drug for Alzheimer's: Sound science or profit-driven?" *Chicago Tribune*, June 10, 2021
- "Reuters Health News Summary," *Reuters News*, June 10, 2021
- "Third member of U.S. FDA advisory panel resigns over Alzheimer's drug approval," *Reuters News*, June 10, 2021
- "Cost an issue in Alzheimer's drug rollout," *The Boston Globe*, June 10, 2021
- "Harvard expert quits FDA panel as furor over Biogen drug grows," *The Boston Globe*, June 10, 2021
- "What's next for the new Alzheimer's drug? Lots of thorny issues ahead," *The Boston Globe*, June 10, 2021
- "Two FDA panelists quit after drug approval," *The Washington Post*, June 10, 2021
- "Medicare copays for new Alzheimer's drug could reach $11,500," *Associated Press Newswires*, June 11, 2021

- "A Third Expert Quits FDA Panel Over Approval of Biogen Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "Biogen Stock Heads For Biggest Weekly Rally In More Than 2 Decades, UBS Analyst Targets More Gains – MarketWatch," *Dow Jones Institutional News*, June 11, 2021
- "Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "Healthcare Shares Sink as Vaccine News Remains in Focus -- Health Care Roundup," *Dow Jones Institutional News*, June 11, 2021
- "Milking the Newest Meme Stock -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "The S&P 500 Is Hitting New Highs Again. Bad News Doesn't Seem to Matter. -- Barrons.com," *Dow Jones Institutional News*, June 11, 2021
- "Third Member of FDA Advisory Panel Resigns Over Approval of Alzheimer Drug," *Dow Jones Institutional News*, June 11, 2021
- "The Alzheimer's economy: is the new $56,000-a-year drug worth it?" *Financial Times (FT.Com)*, June 11, 2021
- "Dow Jones Slips As These 2 Key Stocks Weigh; Nasdaq Aims For Big Weekly Gain," *Investor's Business Daily*, June 11, 2021
- "Dow Slips, Small Caps Lead Upside, Nasdaq Holds Gain; These Biotech Stocks Make Notable Moves," *Investor's Business Daily*, June 11, 2021
- "S&P 500 Hits Record High; Biogen Alzheimer's Drug, Tesla, Apple, RH, GameStop In Focus: Weekly Review," *Investor's Business Daily*, June 11, 2021
- "Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says," *Los Angeles Times*, June 11, 2021
- "ANALYSIS-U.S. FDA faces mounting criticism over Alzheimer's drug approval," *Reuters News*, June 11, 2021
- "Reuters Health News Summary," *Reuters News*, June 11, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 11, 2021
- "US STOCKS-S&P ekes out gains to close languid week," *Reuters News*, June 11, 2021
- "US STOCKS-Wall Street ekes out gains to close languid week," *Reuters News*, June 11, 2021

- "US STOCKS-Wall Street muted as eyes turn to next week's Fed meeting," *Reuters News*, June 11, 2021
- "Wall Street ekes out gains to close languid week," *Reuters News*, June 11, 2021
- "Harvard expert quits FDA panel as furor over Biogen drug grows," *The Boston Globe*, June 11, 2021
- "What families dealing with Alzheimer's should know about the newly approved drug," *The Boston Globe*, June 11, 2021
- "Three F.D.A. Advisers Resign Over the Approval of an Alzheimer's Drug," *The New York Times*, June 11, 2021
- "U.S. News: U.S. Watch," *The Wall Street Journal*, June 11, 2021
- "Georgia families hope Alzheimer's drug helps loved ones," *Associated Press Newswires*, June 12, 2021
- "Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barron's," *Dow Jones Institutional News*, June 12, 2021
- "Review -- Barron's," *Dow Jones Institutional News*, June 12, 2021
- "Review & Preview: Milking the Newest Meme Stock -- Barron's," *Dow Jones Institutional News*, June 12, 2021
- "The Alzheimer's economy," *Financial Times*, June 12, 2021
- "Alzheimer's Association Statement: Next Steps For New Alzheimer's Treatment," *PR Newswire*, June 12, 2021
- "Biotech Rally Sparked by Alzheimer's Drug Has Staying Power -- Heard on the Street," *Dow Jones Institutional News*, June 13, 2021
- "PERSPECTIVES; Dismay over hasty OK of Alzheimer's drug," *Los Angeles Times*, June 13, 2021
- "The week in Business," *The Boston Globe*, June 13, 2021
- "Door Opens Wide for Alzheimer's Treatments --- Biogen's drug wins FDA approval, and signs look good for Eli Lilly and others with drugs in development. How big can this market get?" *Barron's*, June 14, 2021
- "Heard on the Street: Biotech Rally Sparked by Alzheimer's Drug Has Staying Power – WSJ," *Dow Jones Institutional News*, June 14, 2021
- "New Alzheimer's drug presents challenge to families," *The Boston Globe*, June 14, 2021
- "Biotech Rally Has Staying Power," *The Wall Street Journal*, June 14, 2021

- "Alzheimer's drug could cost Medicare billions, report says," *Chicago Tribune*, June 15, 2021
- "Wall Street," *Financial Times*, June 15, 2021
- "Dow Jones Today Lags In Mixed Trade Ahead Of Fed; Oracle Dives On Guidance; Cleveland Cliffs, Steelmakers Slide," *Investor's Business Daily*, June 16, 2021
- "Alzheimer's Disease Market Set To Witness Spells of Growth in the 7MM By 2030, Foresees DelveInsight," *PR Newswire*, June 16, 2021
- "First patient receives controversial Biogen Alzheimer's drug," *Reuters News*, June 16, 2021
- "First patient set to receive controversial Biogen Alzheimer's drug," *Reuters News*, June 16, 2021
- "Reuters Health News Summary," *Reuters News*, June 16, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 16, 2021
- "UPDATE 1-First patient receives controversial Biogen Alzheimer's drug," *Reuters News*, June 16, 2021
- "R.I. man among first to get controversial Alzheimer's drug since its approval," *The Boston Globe*, June 16, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, June 17, 2021
- "Disputed Alzheimer's drug thrills some," *The Boston Globe*, June 17, 2021
- "Biogen Stock Can Go 'Decisively Higher' on Sales of Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, June 18, 2021
- "Furor grows over FDA's approval of Alzheimer's drug," *The Washington Post*, June 18, 2021
- "Poll shows support for Biogen 's Aduhelm," *The Boston Globe*, June 19, 2021
- "Despite flap over Alzheimer's drug, activist remains optimistic," *The Boston Globe*, June 21, 2021
- "FDA Approved Biogen Alzheimer's Drug Despite Some Staff Concerns -- 2nd Update," *Dow Jones Institutional News*, June 22, 2021
- "FDA Approved Biogen Alzheimer's Drug Despite Some Staff Concerns – Update," *Dow Jones Institutional News*, June 22, 2021
- "FDA Approved Biogen Alzheimer's Drug Despite Some Staff Concerns," *Dow Jones Institutional News*, June 22, 2021

- "Confusion on Alzheimer's drug has MDs scrambling," *The Boston Globe*, June 22, 2021
- "The Attack on an Alzheimer's Drug," *The Wall Street Journal*, June 22, 2021
- "Dissent on Alzheimer's Drug Shown In Memos – WSJ," *Dow Jones Institutional News*, June 23, 2021
- "Biogen working to speed up confirmatory study for approved Alzheimer's drug," *Reuters News*, June 23, 2021
- "Internal documents reveal FDA clash over Biogen's Alzheimer's therapy," *The Boston Globe*, June 23, 2021
- "FDA offers new details on approval of Alzheimer's drug," *The Washington Post*, June 23, 2021
- "More questions than answers," *USA Today*, June 23, 2021
- "The Alzheimer's Drug Floodgates Are Opening. Eli Lilly Has Positive News. -- Barrons.com," *Dow Jones Institutional News*, June 24, 2021
- "Insurer to Biogen: Cut cost of new drug," *The Boston Globe*, June 24, 2021
- "State's second-largest health insurer slams Biogen for costly Alzheimer's drug," *The Boston Globe*, June 24, 2021
- "New Alzheimer's Drug Has a Price Tag to Match The Budget of NASA," *The New York Times*, June 24, 2021
- "Eli Lilly Stock Soared on Alzheimer's Hopes. Now Wall Street Has Doubts. -- Barrons.com," *Dow Jones Institutional News*, June 25, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, June 25, 2021
- "Lilly to Seek Nod for Its Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, June 25, 2021
- "The Market's Not Paying Enough Attention to the Infrastructure Deal -- Barrons.com," *Dow Jones Institutional News*, June 25, 2021
- "BRIEF-House Committee On Oversight And Reform Announce Investigation Of Biogen's Alzheimer's Drug Aduhelm," *Reuters News*, June 25, 2021
- "House Committee On Oversight And Reform Says Have Serious Concerns About The Steep Price Of Biogen's New Alzheimer's Drug Aduhelm," *Reuters News*, June 25, 2021
- "House Committee On Oversight And Reform Says Will Examine The Approval And Pricing Of Biogen's Alzheimer's Drug, Aduhelm," *Reuters News*, June 25, 2021

- "Reuters Science News Summary," *Reuters News*, June 25, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 25, 2021
- "U.S. House panel to examine approval, pricing of Alzheimer's drug from Biogen," *Reuters News*, June 25, 2021
- "Biogen says pricey new Alzheimer's drug reflects treatment's overall value. Critics vehemently disagree," *The Boston Globe*, June 25, 2021
- "Business in brief," *The San Francisco Chronicle*, June 25, 2021
- "Unemployment," *The San Francisco Chronicle*, June 25, 2021
- "U.S. News: Lilly to Seek Nod for Its Alzheimer's Drug," *The Wall Street Journal*, June 25, 2021
- "Reuters Health News Summary," *Reuters News*, June 26, 2021
- "Reuters US Domestic News Summary," *Reuters News*, June 26, 2021
- "UPDATE 3-U.S. lawmakers to investigate approval, pricing of Alzheimer's drug from Biogen," *Reuters News*, June 26, 2021
- "Biogen ups defense of pricey new drug," *The Boston Globe*, June 26, 2021
- "Alzheimer's drug stirs hope for patients, worry for doctors," *Associated Press Newswires*, June 27, 2021
- "Biogen Stock Is Sliding. House Committees Will Investigate Its $56K Alzheimer's Drug. -- Barrons.com," *Dow Jones Institutional News*, June 28, 2021
- "Health Care Up On Defensive Bias -- Health Care Roundup," *Dow Jones Institutional News*, June 28, 2021
- "New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm," *Dow Jones Institutional News*, June 28, 2021
- "The wrong way to tackle the scourge of Alzheimer's disease," *The Boston Globe*, June 28, 2021
- "Costly New Alzheimer's Drug Could Force Medicare to Restrict Access," *The Wall Street Journal*, June 28, 2021
- "Cost Imperils Access To Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, June 29, 2021
- "Despite Pressure, Biogen's Alzheimer's Drug Still a Likely Blockbuster -- Heard on the Street," *Dow Jones Institutional News*, June 29, 2021
- "Press Release: Todos Medical Provides End of Second Quarter 2021 Corporate Update," *Dow Jones Institutional News*, June 29, 2021

- "Your Health: A Guide to the New Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, June 29, 2021
- "MarketBeat Ranks 10 Most Upgraded Stocks by Wall Street Analysts in May 2021," *PR Newswire*, June 29, 2021
- "Biogen, the FDA, and a secret meeting," *The Boston Globe*, June 29, 2021
- "Inside 'Project Onyx': How Biogen used an FDA back channel to win approval of its polarizing Alzheimer's drug," *The Boston Globe*, June 29, 2021
- "Cost Imperils Access To Alzheimer's Drug," *The Wall Street Journal*, June 29, 2021
- "Health & Wellness -- Your Health: A Guide to the New Alzheimer's Drug," *The Wall Street Journal*, June 29, 2021
- "Heard on the Street: Biogen's Alzheimer's Drug Still Likely Hit – WSJ," *Dow Jones Institutional News*, June 30, 2021
- "Lex Letter from London: bet on the wealth megatrend in the Cotswolds — and worldwide," *Financial Times*, June 30, 2021
- "Watchdog group stands behind its negative review of Biogen's now-approved Alzheimer's drug," *The Boston Globe*, June 30, 2021
- "Biogen's Alzheimer's Drug Still Likely Hit," *The Wall Street Journal*, June 30, 2021
- "The FDA's approval process," *The Washington Post*, June 30, 2021
- "AP News Digest 2 p.m.," *Associated Press Newswires*, July 1, 2021
- "AP News Digest 6 p.m.," *Associated Press Newswires*, July 1, 2021
- "Does new Alzheimer's drug work? Answers may miss 2030 target," *Associated Press Newswires*, July 1, 2021
- "Rhode Island and Massachusetts News Digest, 1:30 pm," *Associated Press Newswires*, July 1, 2021
- "Rhode Island and Massachusetts News Digest, 6 pm," *Associated Press Newswires*, July 1, 2021
- "Criticism of Alzheimer's drug reiterated," *The Boston Globe*, July 1, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, July 7, 2021
- "FDA trims use of contentious Alzheimer's drug amid backlash," *Associated Press Newswires*, July 8, 2021
- "FDA Narrows Suggested Uses for New Alzheimer's Drug," *Dow Jones Institutional News*, July 8, 2021

- "New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm," *Dow Jones Institutional News*, July 8, 2021
- "Press Release: FDA Approves Updated ADUHELM(TM) Prescribing Information to Emphasize Population Studied in Clinical Trials," *Dow Jones Institutional News*, July 8, 2021
- "Biogen Stock Just Popped For An Odd Reason — Here's Why," *Investor's Business Daily*, July 8, 2021
- "Biogen Stock Pops Despite New FDA Limits On Alzheimer's Drug Use," *Investor's Business Daily*, July 8, 2021
- "BRIEF-FDA Approves Updated Aduhelm™ Prescribing Information To Emphasize Population Studied In Clinical Trials," *Reuters News*, July 8, 2021
- "FDA narrows recommended use of Biogen Alzheimer's therapy after flood of criticism," *The Boston Globe*, July 8, 2021
- "Why we may never know whether the $56,000 Alzheimer's drug actually works," *The Washington Post*, July 8, 2021
- "FDA head calls for inquiry into Alzheimer's drug review," *Associated Press Newswires*, July 9, 2021
- "Stocks close higher, capping a 3rd straight week of gains," *Associated Press Newswires*, July 9, 2021
- "FDA calls for limits on use of Alzheimer's drug," *Chicago Tribune*, July 9, 2021
- "Biogen Alzheimer's Drug Will Exceed the $56,000 List Price for Many, Analysis Says," *Dow Jones Institutional News*, July 9, 2021
- "Biogen Shares Fall On Report FDA Head Seeking Investigation Of Her Agency's Approval Of Alzheimer's Drug – MarketWatch," *Dow Jones Institutional News*, July 9, 2021
- "Drug Prices Are One Focus of Biden's Push to Boost Competition," *Dow Jones Institutional News*, July 9, 2021
- "Earnings Season Is Coming. It Could Make or Break the Stock Market. -- Barrons.com," *Dow Jones Institutional News*, July 9, 2021
- "FDA Commissioner Asks for Investigation Into Approval Process for Biogen's Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, July 9, 2021
- "FDA Narrows Use Of Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, July 9, 2021

- "FDA Seeks Probe of Talks Between Staff, Biogen on Alzheimer's Drug -- 2nd Update," *Dow Jones Institutional News*, July 9, 2021
- "FDA to Probe Communications Between Staff and Biogen on Alzheimer's Drug," *Dow Jones Institutional News*, July 9, 2021
- "Health Ticks Higher Amid Cyclical Bias -- Health Care Roundup," *Dow Jones Institutional News*, July 9, 2021
- "The FDA Is Under Fire for Approving an Alzheimer's Drug. How It Affects Investors. -- Barrons.com," *Dow Jones Institutional News*, July 9, 2021
- "FDA calls for probe of staff involved in divisive Alzheimer's approval," *Financial Times (FT.Com)*, July 9, 2021
- "Biogen Stock Drags On Alzheimer's Players As FDA Requests Review Of Aduhelm Approval," *Investor's Business Daily*, July 9, 2021
- "FDA seeks probe into its talks with Biogen before Alzheimer's drug approval," *Reuters News*, July 9, 2021
- "PRESS DIGEST-New York Times business news - July 9," *Reuters News*, July 9, 2021
- "Criticized, FDA curbs Biogen drug's use," *The Boston Globe*, July 9, 2021
- "F.D.A. Reversal Will Limit Drug For Alzheimer's," *The New York Times*, July 9, 2021
- "FDA limits new drug for Alzheimer's," *The San Francisco Chronicle*, July 9, 2021
- "FDA Narrows Use Of Alzheimer's Drug," *The Wall Street Journal*, July 9, 2021
- "FDA narrows use of Alzheimer's drug to patients with early-stage disease," *The Washington Post*, July 9, 2021
- "FDA Faces Scrutiny Over Drug Approvals -- Barron's," *Dow Jones Institutional News*, July 10, 2021
- "FDA Seeks Probe of Talks Between Staff and Biogen – WSJ," *Dow Jones Institutional News*, July 10, 2021
- "Steps Laid Out to Cut Drug Prices – WSJ," *Dow Jones Institutional News*, July 10, 2021
- "Alzheimer's drug furor prompts FDA review; Chief calls for inquiry into contacts between agency staff and the maker of Aduhelm," *Los Angeles Times*, July 10, 2021
- "FDA seeks review of its Biogen drug OK," *The Boston Globe*, July 10, 2021
- "New Highs in a Third Week of Gains," *The New York Times*, July 10, 2021

- "U.S. News: FDA Seeks Probe of Talks Between Staff and Biogen --- Agency chief requests review of interactions before recent approval of Alzheimer's drug," *The Wall Street Journal*, July 10, 2021
- "Approval of Alzheimer's drug may get IG scrutiny," *The Washington Post*, July 10, 2021
- "F.D.A. Seeks Investigation of Its Own Controversial Approval of Alzheimer's Drug," *The New York Times*, July 11, 2021
- "FDA head urges probe of agency's dealings with Biogen, maker of controversial new Alzheimer's drug," *The Washington Post*, July 11, 2021
- "Medicare evaluating coverage for $56,000 Alzheimer's drug," *Associated Press Newswires*, July 12, 2021
- "FDA Faces Scrutiny Over Drug Approvals --- The green light for Biogen's drug to treat Alzheimer's disease has sparked fierce criticism of the agency. Why it matters to investors," *Barron's*, July 12, 2021
- "Medicare to Review Coverage for New Alzheimer's Drug Aduhelm," *Dow Jones Institutional News*, July 12, 2021
- "News Highlights: Top Company News of the Day," *Dow Jones Institutional News*, July 12, 2021
- "Wall Street Shrugs Off FDA's Call for Probe of Approval of Biogen Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, July 12, 2021
- "Celldex Therapeutics Stock Rocketed Above A Profit-Taking Zone — Here's Why," *Investor's Business Daily*, July 12, 2021
- "IBD 50 Stock InMode Launches To Record High After Torpedoing Quarterly Forecasts," *Investor's Business Daily*, July 12, 2021
- "CORRECTED-UPDATE 3-U.S. FDA narrows use of Biogen Alzheimer's drug; shares rise (July 8)," *Reuters News*, July 12, 2021
- "New Alzheimer's drug clouds outlook for Medicare premiums next year," *Reuters News*, July 12, 2021
- "Reuters US Domestic News Summary," *Reuters News*, July 12, 2021
- "U.S. starts review for national Medicare coverage policy for Biogen's Aduhelm," *Reuters News*, July 12, 2021
- "UPDATE 1-U.S. starts national Medicare coverage policy review for Biogen's Aduhelm," *Reuters News*, July 12, 2021

- "Biogen and Innocare Announce License and Collaboration Agreement For Orelabrutinib, an Innovative CNS Penetrant BTK Inhibitor For the Potential Treatment of Multiple Sclerosis," *Global Newswire*, July 12, 2021, available at https://www.globenewswire.com/news-release/2021/07/12/2261563/0/en/Biogen-and-Innocare-Announce-License-and-Collaboration-Agreement-For-Orelabrutinib-an-Innovative-CNS-Penetrant-BTK-Inhibitor-For-the-Potential-Treatment-of-Multiple-Sclerosis.html, accessed on January 15, 2025
- "Medicare Is Already Deciding Whether to Cover Biogen's Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, July 13, 2021
- "News Highlights: Top Company News of the Day," *Dow Jones Institutional News*, July 13, 2021
- "North American Morning Briefing: Investors Gear for Inflation Data, Bank Earnings," *Dow Jones Institutional News*, July 13, 2021
- "Social Concerns Surround Biogen 's New Alzheimer's Drug -- ESG Insight," *Dow Jones Institutional News*, July 13, 2021
- "Reuters Health News Summary," *Reuters News*, July 13, 2021
- "Reuters US Domestic News Summary," *Reuters News*, July 13, 2021
- "'This is unprecedented': Several private insurers won't cover Biogen's Alzheimer's drug," *The Boston Globe*, July 13, 2021
- "Biogen Alzheimer's drug spurs lawmakers to demand documents," *The Boston Globe*, July 13, 2021
- "Questions Surround New Alzheimer's Drug," *The New York Times*, July 13, 2021
- "U.S. News: U.S. Watch," *The Wall Street Journal*, July 13, 2021
- "Drug stirs hope for patients, worry for doctors New treatment for Alzheimer's still being evaluated," *Chicago Tribune*, July 14, 2021
- "Apple's New iPhone Production Increase Would Benefit STMicroelectronics -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "BMO Grows More Bullish on Electronic Arts -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Delta 's Used Boeings Come from Indonesia -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Delta CEO: Variants Haven't Deterred Travel -- Market Talk," *Dow Jones Institutional News*, July 14, 2021

- "Delta Recovery a Local Affair -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Fintech Startup Cardless Raises $40M to Expand Credit Card Offerings -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Pinnacle Bidco's Potential Equity Raise Could Be Credit Positive, Help Expansion -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Powell: Housing Price Surge Isn't Driven by Reckless Financing -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Pratt & Whitney Rolls Out Hybrid Work Plan -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Private Equity Hopes for Natural Resources-Fund Revival -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Roche Should Benefit From FDA 's Accommodation to Alzheimer's Drugs -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Roche Stock Could Be an Alzheimer's Winner. It's a Buy, Jefferies Says -- Barrons.com," *Dow Jones Institutional News*, July 14, 2021
- "Top FDA Staffers Defend Approval of Biogen's Alzheimer's Drug in Medical Journal -- Barrons.com," *Dow Jones Institutional News*, July 14, 2021
- "UK Inflation to Trend Upward in Midterm -- Market Talk," *Dow Jones Institutional News*, July 14, 2021
- "Initial Launch Execution Fails to Impress for Biogen's Aduhelm - the First-to-Market Disease-Modifying Therapy for the Treatment of Alzheimer's Disease - as the Controversy Churn Continues, According to Spherix Global Insights," *PR Newswire*, July 14, 2021
- "FDA Acting Commissioner Woodcock Says Process Of Approval Of Biogen's Aduhelm Could Have Potentially Been Handled Differently To Avoid Controversy - Stat Breakthrough Science Summit 2021," *Reuters News*, July 14, 2021
- "Reuters Health News Summary," *Reuters News*, July 14, 2021
- "U.S. review of Biogen Alzheimer's drug could have been handled better -FDA chief," *Reuters News*, July 14, 2021

- "U.S. review of Biogen Alzheimer's drug could have been handled differently -FDA chief," *Reuters News*, July 14, 2021
- "UPDATE 1-U.S. review of Biogen Alzheimer's drug could have been handled better -FDA chief," *Reuters News*, July 14, 2021
- "FDA chief acknowledges potential stumbles in approval process for Biogen's Alzheimer's drug," *The Boston Globe*, July 14, 2021
- "Some insurers won't cover Biogen drug," *The Boston Globe*, July 14, 2021
- "Blue Origin Picks Teenager for First Flight -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Cleveland Clinic, Mount Sinai Won't Give Biogen's New Alzheimer's Drug – Update," *Dow Jones Institutional News*, July 15, 2021
- "Cleveland Clinic, Mount Sinai Won't Give Biogen's New Alzheimer's Drug," *Dow Jones Institutional News*, July 15, 2021
- "Cosco to Buy 10 New Container Ships -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "FibroGen Shares Halted, Awaiting Results of FDA Meeting -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Financial Services Roundup: Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Global Equities Roundup: Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Health Care Down As Biogen Weighs -- Health Care Roundup," *Dow Jones Institutional News*, July 15, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "NYC's Russian Samovar Restaurant Gets Bankruptcy Dismissed -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Powell Says Inflation Data Make Fed Uncomfortable -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Powell: Understanding Postpandemic Labor Market Could Take Years -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Schumer Sets Infrastructure Deadline -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Self-driving Company Aurora In SPAC Deal -- Market Talk," *Dow Jones Institutional News*, July 15, 2021

- "Shortages Likely To Slow Down Manufacturing Rebound -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Summer Travel Could Bring Upside for SeaWorld -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "UnitedHealth Says It Needs More Information to Decide on Aduhelm -- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "UnitedHealth's Profit Declines as Patients Seek Deferred Care -- 2nd Update," *Dow Jones Institutional News*, July 15, 2021
- "Virgin Galactic's 'Standby' Issue-- Market Talk," *Dow Jones Institutional News*, July 15, 2021
- "Biogen Stock And The Aduhelm Drama: Will It Really Treat Alzheimer's?" *Investor's Business Daily*, July 15, 2021
- "Biogen Stock Dives After Cleveland Clinic, Mount Sinai Ban Alzheimer's Drug Aduhelm," *Investor's Business Daily*, July 15, 2021
- "Stock Market Closes Mostly Lower As Techs, Small Caps Drop; Nasdaq At This Critical Level," *Investor's Business Daily*, July 15, 2021
- "Orsini Specialty Pharmacy Selected to Dispense Aduhelm(TM) for the Treatment of Alzheimer's Disease," *PR Newswire*, July 15, 2021
- "Biogen Alzheimer's drug hits roadblocks with some hospitals, insurers," *Reuters News*, July 15, 2021
- "BUZZ-U.S. STOCKS ON THE MOVE-Moderna, Truist Financial, Clover Health, Blackstone Group," *Reuters News*, July 15, 2021
- "Reuters Health News Summary," *Reuters News*, July 15, 2021
- "UnitedHealth CEO Says More Information Needed To Make Clear Decisions On Coverage Of Biogen's Aduhelm - Conf Call," *Reuters News*, July 15, 2021
- "UnitedHealth Says Awaiting Advice From Medicare And Expert Professional Organizations On Biogen Alzheimer's Drug Aduhelm - Conf Call," *Reuters News*, July 15, 2021
- "UnitedHealth says needs more information to decide on coverage policy for Biogen's Alzheimer's drug – CEO," *Reuters News*, July 15, 2021
- "Unitedhealth Says Still Devleoping Policy On Covering Costs Of Biogen Alzheimer's Drug Aduhelm - Conf Call," *Reuters News*, July 15, 2021
- "UnitedHealth seeks more clarity on Biogen's $56,000 Alzheimer's drug coverage," *Reuters News*, July 15, 2021

- "UPDATE 4-UnitedHealth seeks more clarity on Biogen's $56,000 Alzheimer's drug coverage," *Reuters News*, July 15, 2021
- "Biogen's alzheimer drug gains fade after hospitals balk," *The Boston Globe*, July 15, 2021
- "FDA chief defends Biogen drug," *The Boston Globe*, July 15, 2021
- "Mass General Brigham unlikely to recommend Alzheimer's drug to patients on blood thinners," *The Boston Globe*, July 15, 2021
- "Questionable Alzheimer's drug could be with us for a long time," *The Boston Globe*, July 15, 2021
- "Major Clinic Rejects Drug Used to Treat Alzheimer's," *The New York Times*, July 15, 2021
- "Cleveland Clinic, Mount Sinai and Providence Won't Give Biogen's New Alzheimer's Drug -- 2nd Update," *Dow Jones Institutional News*, July 16, 2021
- "Deferred Care Hits UnitedHealth Profit – WSJ," *Dow Jones Institutional News*, July 16, 2021
- "Health Care Roundup: Market Talk," *Dow Jones Institutional News*, July 16, 2021
- "Three Large Hospitals Shun Alzheimer's Drug – WSJ," *Dow Jones Institutional News*, July 16, 2021
- "Biogen Alzheimer's drug hits roadblocks with some hospitals, insurers," *Reuters News*, July 16, 2021
- "Reuters Health News Summary," *Reuters News*, July 16, 2021
- "UPDATE 4-Biogen Alzheimer's drug hits roadblocks with some hospitals, insurers," *Reuters News*, July 16, 2021
- "Business News: Deferred Care Hits UnitedHealth Profit," *The Wall Street Journal*, July 16, 2021
- "Three Large Hospitals Shun Alzheimer's Drug," *The Wall Street Journal*, July 16, 2021
- "Drug prices: Blowing the inheritance," *The Economist*, July 17, 2021
- "Biogen Is Still a Buy Despite Alzheimer's Drug Concerns, Analyst Says -- Barrons.com," *Dow Jones Institutional News*, July 19, 2021
- "Anthem says COVID-19 costs could rise in coming quarters from variants," *Reuters News*, July 21, 2021

- "Anthem still determining coverage policy for Biogen Alzheimer's drug," *Reuters News*, July 21, 2021
- "Reuters Health News Summary," *Reuters News*, July 21, 2021
- "UPDATE 4-Anthem says COVID-19 costs could rise in coming quarters from variants," *Reuters News*, July 21, 2021
- "Biogen Sees Heavy Patient Interest in New Alzheimer's Drug," *Dow Jones Institutional News*, July 22, 2021
- "Biogen Sold $1.6M of Aduhelm in Weeks After Approval. Earnings Were Strong. -- Barrons.com," *Dow Jones Institutional News*, July 22, 2021
- "Biogen Alzheimer's drug slow to take off as U.S. Medicare wrestles with coverage," *Reuters News*, July 22, 2021
- "Biogen CEO Says Seen The First Examples of Medicare Advantage Plans Approving Pre-Authorization for Aduhelm," *Reuters News*, July 22, 2021
- "Biogen says uptake on new Alzheimer's drug slower than expected," *Reuters News*, July 22, 2021
- "BREAKINGVIEWS-Investors too gloomy over Biogen Alzheimer's drug," *Reuters News*, July 22, 2021
- "BRIEF-Biogen Says Welcome Formal Review Into Interactions Between FDA, Biogen On Path To Approval Of Aducanumab," *Reuters News*, July 22, 2021
- "BRIEF-Biogen Sees FY2021 Non-GAAP Diluted EPS $17.50 To $19.00," *Reuters News*, July 22, 2021
- "UPDATE 6-Biogen says uptake on new Alzheimer's drug slower than expected," *Reuters News*, July 22, 2021
- "Biogen defends Aduhelm approval process, says 'misinformation' is fueling controversy," *The Boston Globe*, July 22, 2021

**Social Media**

- "Building a Healthier America – Secretary Becerra's First 100 Days," *X*, June 24, 2021, available at https://x.com/i/broadcasts/1MYxNmmbDNZJw, accessed on January 15, 2025
- Sarah Karlin-Smith X Post, July 12, 2021, 4:38 PM, available at https://x.com/SarahKarlin/status/1414685589295833088, accessed on January 15, 2025

- Rachel Cohrs Zhang X Post, July 12, 2021, 4:44 PM, available at https://x.com/rachelcohrs/status/1414687175690555396, accessed on January 15, 2025

Note: In forming my opinions, I have considered all materials cited: in this list; in my current report and exhibits; and in my prior reports and exhibits in this matter.

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Baird | Aduhelm Gets Accelerated Approval; Upgrading to Neutral | "On the commercial side of things, we think there will be enormous pushback on reimbursement, given the absence of clinical benefit discussed in the label, the negative AdCom, the absence of peer-reviewed publication of the studies and the absence of support for the surrogate as a valid biomarker. We believe payers have increasingly felt the need to take on the role of gatekeeper as the FDA standards for approvability continue to slip and, with this decision, are at an all-time low. We also expect substantial public blowback on this FDA decision to further help payers argue against reimbursement." |
| 6/7/21 | Baird | Aduhelm Gets Accelerated Approval; Upgrading to Neutral | "Although we are still skeptical surrounding the data which was used to justify the Aduhelm accelerated approval, the commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inibitors are unlikely to provide clinical benefit to AD patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." |
| 6/7/21 | Bank of America | AD approval changes the narrative, likely not fundamentals Moving to Neutral | "Our prior view was not correct: the accelerated approval of aducanumab was a surprise to us, not the least of which reflects the generally open label- which does not restrict access to patient subtypes. Our analysis, which had included several KOL calls, revealed substantial negative feedback and skepticism over the potential for approval on this cycle. Looking ahead though, we suspect Aduhelm is likely to disappoint commercially given confusion over the benefit and payer pushback and we suspect the number of treated patients could easily fall short of consensus 2021e-2023e forcasts of 19k, 82k, and 161k individuals respectively (we are 16k, 42k, and 76k. [Provides link for "our take on the challenging treatment dynamics." requires log-in credentials.]" |
| 6/7/21 | Bernstein | Biogen: Will Adhelm be the next Sovaldi? High price could crash the market before it gets started | "There is no organized 'resistance' to the price of Aduhelm. As a reminder, the drug will be essentially all Medicare (96%) so the cost will be borne completely by the US government (60% of Medicare is fee-for-service – higher for Alzheimer's patients); it would be a pass-through in Medicare Advantage for the first two years. Within buy-and-bill Medicare, there is currently no effective way to manage utilization and even if one was to be conceived of, it is very hard to see the government restricting access to elderly with Alzheimer's." |
| 6/7/21 | Canaccord Genuity | No more waiting for adu as FDA approves product; reiterate BUY as BIIB can play more offense now | "From a payer perspective, we are intrigued by what confirmatory trials and/or testing periods/hurdles for amyloid plaque levels might show to ensure continued access to adu. Without relying on such objective data, we believe it would be difficult for the system to somehow actively restrict access to an approved adu." |
| 6/7/21 | Dow Jones Institutional News | Biogen Focus Turns to Insurer Coverage for Alzheimer's Drug -- Market Talk | "Now that Biogen's Alzheimer's drug, Aduhelm, is approved, the company's focus turns to securing insurance coverage for the drug, including the roughly 80% of patients covered by Medicare, CEO Michel Vounatsos tells Dow Jones in an interview. 'Access is very important and this is where we are focusing, now, all our attention,' Vounatsos says." |
| 6/7/21 | Dow Jones Institutional News | Biogen's Alzheimer's Drug Is Approved by the FDA -- Barrons.com | "Questions remain, however, on whether insurers and doctors will be willing to pay for and prescribe the drug, given questions around its efficacy. " |
| 6/7/21 | Dow Jones Institutional News | First New Alzheimer's Drug in Nearly Two Decades Is Approved by FDA -- 4th Update | "Before prescribing it, doctors will want to first make sure their patient's brain has amyloid buildup, which typically requires an imaging scan or spinal tap that usually aren't covered by medical insurance, Dr. Isaacson said. Cigna will likely cover the drug for people who match the patients studied in Biogen's clinical trials -- those with early-stage Alzheimer's and amyloid buildup in their brains -- said Steve Miller, Cigna's chief clinical officer. Most Alzheimer's patients are covered by Medicare, and their out-of-pocket costs could be significant, depending on their coverage, because of so-called coinsurance payments that require patients to cover a percentage of certain health costs, Dr. Miller said. 'The out-of-pocket testing costs could be a real barrier for those patients who lack the financial means,' said Dr. Miller. Cigna estimates that patients with traditional Medicare insurance could be on the hook for more than $10,000 a year in coinsurance and copayments for the drug and amyloid testing, Dr. Miller said. Additional costs for people with supplemental Medigap insurance or commercial coverage through Medicare Advantage could reach up to $4,000 annually." |

# APPENDIX C

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Dow Jones Institutional News | Press Release: FDA grants accelerated approval for ADUHELM(TM) as the first and only Alzheimer's disease treatment to address a defining pathology of the disease | "Today's approval of ADUHELM is a transformational breakthrough in the fight to stop this horrible disease. After years of disappointment and despair, this decision offers new hope for many families and a trigger for future investment and innovation,' said George Vradenburg, Chairman and Co-Founder of UsAgainstAlzheimer's. 'Because ADUHELM was studied in people with early-stage Alzheimer's disease, it will be important for our nation's healthcare system--patients, providers and payers--to be ready for earlier detection, diagnosis and intervention in the treatment of the disease.'" |
| 6/7/21 | Dow Jones Institutional News | Biogen Stock Gains Before Anticipated FDA Decision -- Barrons.com | "Pricing of the drug is likely to be contentious, and doctors and insurance companies will need to be convinced." |
| 6/7/21 | Financial Times (FT.Com) | Alzheimer's drug from Biogen wins US approval | "The drug has been surrounded by controversy for years, with many scientists opposing its approval on the grounds that there is scant evidence it works. 'We are well aware of the attention surrounding this approval,' said Patrizia Cavazzoni, director of the FDA's Center for Drug Evaluation and Research. However, she added the agency had concluded that aducanumab was 'reasonably likely' to help patients and that the overall benefits of the drug outweighed the risk to patients." |
| 6/7/21 | Guggenheim | June 7, BIIB - Adu Priced At $56K/Year Vs. Our $50K Est; BIIB Est 1-2MM Addressable Patients With Amyloic Pathology, Implying A $50-100B TAM | "In a press release from BIIB on the recent approval of Aduhelm (aducanumab) for the treatment of Alzheimer's disease, the company provided additional details on the approval and upcoming launch: …. (3) BIIB has established several programs and initiatives to provide broad and affordable access to the drug, with co-pay and infusion cost assistance programs to reduce out-of-pocket costs to as low as $0 (for private payers) and ensuring that the patients who are covered by Medicare through a Medicare Advantage plan have a maximum annual out-of-pocket cap (Medicaid patients have nominal co-pays)[.]" |
| 6/7/21 | Health Affairs | Limiting Coverage Based on Efficacy and Safety: A Path Forward for Medicare Regarding the Alzheimer's Treatment Aducanumab | "If the FDA approves aducanumab … all eyes will turn to CMS to launch a Medicare National Coverage Determination (NCD) process for aducanumab, including an independent assessment and evidentiary review. NCDs are the most powerful coverage tool that Medicare has and have generally been reserved for Medicare services that are costly or may be subject to variable local coverage decisions, or where there is a divide in the scientific community regarding efficacy among Medicare beneficiaries. ... Aducanumab meets all three NCD conditions: 1) it is estimated to cost as much as $70,000 per year, but based on the divide of the drug's clinical effectiveness, it would need to be priced between $2,500-$8,300 a year to be cost effective; 2) similarly expensive and controversial therapies have a history of differing local coverage decisions; and 3) the scientific community, as well as FDA's own advisory board, have voiced serious concerns about coverage." |
| 6/7/21 | Investor's Business Daily | Biogen Stock Rockets To Record High On Alzheimer's Drug Approval; 5 Things To Know | "Wedbush analyst Laura Chico says the drama likely isn't over for Biogen stock. She sees 'tough decisions ahead' as doctors weigh whether to prescribe Aduhelm and insurance companies weigh whether to reimburse for treatment." |
| 6/7/21 | J.P. Morgan | Biogen: Catalyst Comes in BIIB's Favor; Now What? | "Notably, we highlight the FDA's use of the 'Accelerated Approval' pathway and comments in the label (the drug was approved on various 'surrogate endpoints' given 'there remains some uncertainty about the drug's clinical benefit'), the need for another confirmatory clinical trial ('continued approval for this indication may be contingent upon verification of clinical benefit in confirmatory trial(s)'), as well as the company's plans for pricing ($56k/year compared to the ICER calculated cost-effective basis for price to be $2.5-8.3k/yr; ICER, whose evaluations have been used by insurers to justify which drugs get approved/denied, commented in its draft evidence report in early May that there was not enough evidence to know whether aducanumab's benefits outweigh its harms). We see all of these points as likely to lead to concern from the payer, physician, and patient communities over time which certainly has the potential to complicate the launch and how the credit trades." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Jefferies | Biogen Inc. Adu = Yahoo! Lots of potential upside consistent w/ our positive thesis; BUY | "We also do not know price yet, and this will be another source of debate along [with] payor coverage. We find it unlikely that payors will be extremely rigorous, given the high attention to the drug and widespread impact this has to so many families." |
| 6/7/21 | Jefferies | 3 Things Interesting For Launch...New Growth Story and Other Tidbits - PT $500 | "That said, launch could be impacted by: (1) payer pushback given adu was approved on a surrogate marker endpoint (not clinical endpoint) and managed care has not come out w/ any major commentary though our MCO analyst believes it could impact 2021 a bit but 2022 should be priced into bids already; price is ~$39k/year (gross price) in first titration year and $56k/year maintenance, (2) capacity constraints where neurologists have been inundated by the growing interest. BIIB has noted >600 sites would be ready to treat patients on approval, and (3) amyloid screening either with lumbar puncture or PET scan. There's currently no reimbursement for pre-approval scanning for Medicare Part B and CMS might have to issue a new CPT code to get that reimbursed. Of note - BIIB has mentioned multiple times a blood-based Abeta test from C2N diagnostics that may also help over time." |
| 6/7/21 | Mizuho | $56K WAC Pricing Implies 4-6% US Peak Year Penetration. Plausible? Don't Ignore History | "Where I take greater issue here though and where I believe we need to monitor consensus (which is at ~$10Bn) is we are talking about a massive TAM. This is a lot of pressure on the payor system, and despite this being a clean label, payors can look to the actual data (i.e. the clinical benefit) to make this difficult for doctors and patients alike (e.g. prior authorization, monitoring compliance as super compliance and steady state dosing was needed in patients for the drug to potentially have its intended benefit)." |
| 6/7/21 | Oppenheimer | Introducing Aduhelm | "Although the FDA does not typically weigh in on the economics of drug approvals, the cost burden of Aduhelm approval has been raised as a potential concern. The details of pricing and reimbursement would be largely left up to BIIB and payors." |
| 6/7/21 | RBC | BIIB: Daring Price Point for Adu Could Multiply Opportunity, but May Very Well Come Back to Bite BIIB - And Biopharma | "However, this sales opportunity seems unrealistic in our view, as the much higher than expected pricing could lead to pushback from payers and substantially strain Medicare…." |
| 6/7/21 | RBC | BIIB: FDA Threads Needle, Approving Adu On Conditional Basis But With Broad, Favorable Label, Major Win For BIIB | "We have expected adu reimbursement access to be mixed[], and the nature of the accelerated approval could provide payers some cover to limit coverage." |
| 6/7/21 | RBC | BIIB: Daring Price Point for Adu Could Multiply Opportunity, but May Very Well Come Back to Bite BIIB - And Biopharma | "ultimately, we believe this pricing strategy is likely to generate additional controversy and debate, as well as access hurdles, and the potential strain on the system could also damage FDA's reputation, shifting more of the medication use "gatekeeper" function to payers or even guideline bodies such as the AAN rather than the Agency.... We note BIIB's recent PR suggests value-based contracts are already in negotiation to, notably, provide access to patients "consistent with the population in which ADUHELM was studied", which we believe may perhaps be narrower than the label." |
| 6/7/21 | Reuters News | BREAKINGVIEWS-Alzheimer's drug feeds U.S. healthcare cost spiral | "Drug launches often surprise to the downside, and the uncertainty over whether Biogen's therapy will be widely used is higher than most. The lack of strong efficacy may dissuade doctors from prescribing it, and insurers may try not to reimburse. " |
| 6/7/21 | Reuters News | EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients? | "Cigna Corp, a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease." |

# APPENDIX C

## Relevant Analyst and Market Commentary
6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Reuters News | U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day" for patients | "Still, most insurers are likely to limit their coverage of the drug to the type of patients who participated in the trial, said Steve Miller, chief clinical officer at health insurer Cigna Corp. He estimated that 85% to 90% of U.S. patients eligible for the drug are covered by Medicare. 'I would be very surprised if any payer, including Medicare, made it available for a broader population than the study population,' Miller said." |
| 6/7/21 | Stifel | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/ CNS (Mostly Good But Not Necessarily All Good) | "While our model is under review ahead of the BIIB call tomorrow morning, pricing, even with a great label, points to a more narrow market share than we expected, and probably a more contentious coverage fight with payors, but on balance we still expect Street sales estimates for [Aduhelm] to go much higher.... our one concern here comes around the Aducanumab annual cost, and whether at $56K/year (we were at $10k) the sticker shock could further invigorate scrutiny on drug pricing. ...we assume BIIB did lots of payor work pre-approval...." |
| 6/7/21 | Stifel | Wow! Accelerated Approval of Aducanumab On Amyloid as a Surrogate; An Unexpected But Still Positive Outcome for BIIB | "As we've discussed in depth, this will probably not be an easy drug to use. We haven't seen a label yet, but things like pre-treatment PET scans and MRI monitoring will add complexity and cost. Accelerated approval on a biomarker could also be complicating, and because the budget impact of this drug for insurers could be very significant, this could be used as a tool or excuse to regulate access. Ultimately, we think it will be hard for insurers to simply not pay for this, but the context of approval is just one more complicating factor." |
| 6/7/21 | Stifel | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/ CNS (Mostly Good But Not Necessarily All Good) | "...price far above expectations for a very large patient population. The high price is sure to draw scrutiny from payors (notwithstanding other costs associated with treatment), particularly given Aduhelm's broad label, which could narrow use, though from a revenue perspective even low single-digit shares in the target population here can translate into billions in sales at this cost level. Perhaps in an attempt to get in front of scrutiny, Biogen has announced an intention to enter into a value-based contract with Cigna to ensure that there is a streamlined path to access treatment for patients consistent with the population in which ADUHELM was studied. Biogen also notes that both parties will be tracking performance towards certain outcome metrics for patients suggesting potential claw-backs of revenue if outcomes aren't met, though the implications of this remain unclear. Ultimately the net price will probably come in far lower than $56K, but even still it looks like there's significant upside here vs expectations, and given the very high level of anticipated patient demand, more significant payor hoops, even if a few insurers try to flat out refuse reimbursement, probably don't counterbalance a reality where realized aducanumab sales are greater than what we'd previously modeled (~$5B peak, mostly US)." |
| 6/7/21 | Stifel | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/ CNS (Mostly Good But Not Necessarily All Good) | "Since our initial reaction note on aducanumab/Aduhelm approval (LINK), the FDA label has posted (broad, a win on monitoring requirements) and pricing came in well above expectations. While our model is under review ahead of the BIIB call tomorrow morning, pricing, even with a great label, points to a more narrow market share than we expected, and probably a more contentious coverage fight with payors, but on balance we still expect Street sales estimates for Adu to go much higher.... our one concern here comes around the Aducanumab annual cost, and whether at $56K/year (we were at $10k) the sticker shock could further invigorate scrutiny on drug pricing. ...we assume BIIB did lots of payor work pre-approval....<br><br>For context, while Adu was priced at ~$56K/year for the average patient, our internal estimate was ~$10K, and we think much of the Street was between ~$10-25K. ICER, while not an ultimate authority, said that pricing based on current data would hit cost-effectiveness in the $2.5-8.3K range. " |
| 6/7/21 | SVB Leerink | Key Takeaways from the Aducanumab KOL Pulse Call | "[The KOL] expects payers and physicians will set their own restrictions for a subpopulation of patients and the uptake will be slow and depend on center infusion capacity and payer access...[The KOL] expects reimbursement to be difficult and this may impact the ramp…The high cost of [Aduhelm] combined with lack of guidance surrounding patient types on the label will probably cause payers to set their own restrictions and guidelines to narrow down eligible patients, which may deter physicians from prescribing, depending on how cumbersome the restrictions are to navigate." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | UBS | Biogen Inc Aducanumab Approved via Accelerated Pathway with BROAD Label - Near-Best Case Scenario | “Aduhelms label places zero restrictions on the indicated population, opening up treatment to the ~6mn Alzheimer’s patients in the US (though we expect payers will restrict patients to the population evaluated in the Phase 2 trials (mild [Alzheimer’s Disease] with MMSE 24-30). No PET-scan proof of amyloid is required (was entry criterion in P3).” |
| 6/7/21 | William Blair | FDA Finds a Way; Accelerated Approval of Aducanumab With Broad Label Boosts Biogen's Outlook | “ For Biogen, the questions remaining include … potential restrictions from payers given the broad label (no requirement of amyloid positivity by PET?) [See Other Relevant Commentary for context]” |
| 6/7/21 | Wolfe Research | Alzheimer's Disease: BIIB, LLY, ROG: Aducanumab Approved, BROAD Ramifications – See Our Category Forecasts Here | “As the main payer here will be Medicare, it is very conceivable that CMS may initiate a National Coverage Determination (NCD) process.” |
| 6/8/21 | Associated Press Newswires | EXPLAINER: How will insurers cover a new Alzheimer's drug? | “Federal regulators have approved the first new drug for Alzheimer’s disease in nearly 20 years, leaving patients waiting to see how insurers will handle the pricey new treatment.Health care experts expect broad coverage of the drug, which was approved Monday. But what that means for patients will vary widely depending on their insurance plan. In some cases, that could mean coming up with several thousand dollars to pay for what the insurer didn’t cover.” |
| 6/8/21 | Bank of America | Takeaways from Biogen's Aduhelm call | “Critically however Biogen was more vague on the expected out-of-pocket expense for patients, which could become a barrier for many covered by Medicare. In addition, KOLs (key opinionleaders) we spoke with felt payers would use the hefty $56k/yr price tag (~$41k/yr the first year due to dose titration) to justify major restrictions.” |
| 6/8/21 | Bank of America | Shifting Alzheimer’s regulatory standards presenting new challenges; Call TODAY | “Several [key opinion leaders] were also concerned by the price point ($56k/yr gross), questioning what access would look like with payers now justified [in] restricting access given regulators had, in a sense, conceded there may not be clinical benefit.” |
| 6/8/21 | Bank of America | Shifting Alzheimer’s regulatory standards presenting new challenges; Call TODAY | “We remain puzzled by Food and Drug Administration (FDA)'s decision yesterday to approve Biogen's Alzheimer's treatment Aduhelm with a broad label despite the development/ regulatory uncertainties. The launch is indeed a narrative change at Biogen, which prompted our upgrade to Neutral ($400 PO), and while we recognize the political dynamics supporting approval, we'd argue FDA's new approval criteria is likely to cause commercial and developmentuncertainty. Indeed, as a result of ensuring access, several neurologists we spoke with yesterday expressed confusion over which patients were likely tobenefit given the lack of guidance (e.g., no requirement for a positive amyloid PET scan , a key trial inclusion criteria).<br><br>KOLs we spoke to stressed confusion over which patients are best candidates for the drug-and that payerpushback is likely to be high.<br><br>Ironically confirmatory studies may be required to get more docs onboard.” |
| 6/8/21 | Bank of America | US Biopharmaceuticals: Reminder: Working Through Adu's Approval: Alzheimer’s Doc Call TODAY 6/8 @ 10amET | “We recognize the win for patient advocates with [Aduhelm] now the first approved AD treatment in ~20 years, but we still have concerns over its commercial upside, which beyond the skepticism, includes patient monitoring and active payer management.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Bernstein | Biogen: A few useful numbers on Aduhelm's likely payer dynamics | "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions could be divergent[] – both conditions are clearly met for Aduhelm. … [F]or Aduhelm[,] CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive PET. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch." |
| 6/8/21 | Cantor Fitzgerald | Increasing PT but we think shares could be range bound unless pipeline comes up big in 2021 | "Additionally, [Biogen] will need to get reimbursement from CMS (Medicare), which will be the predominant payer in this population." |
| 6/8/21 | Chicago Tribune | Drug for Alzheimer's authorized But advisory panel opposes final OK, citing clinical trials | "Because Alzheimer's primarily affects older people, most costs are expected to fall to Medicare's Part B program. Medicare has not yet said how it would cover the drug and its associated costs. The insurer Cigna projects that beyond the cost of the medicine, diagnostic and safety monitoring expenses will total about $30,000 per patient in the first year of treatment, plus about half that each subsequent year. It, too, has not yet determined how it will cover the drug." |
| 6/8/21 | Citi | Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's space? | "We can debate the FDA's decision to approval Aducanumab all we want but there is no denying the fact that Biogen is the clear and present beneficiary of this decision which opened up a huge opportunity.<br><br>While the payer puzzle would need some work, we think the unmet need and BIIB sales machine will likely overcome the hurdle and see $17B peak global oppy ($13B in the US) for Aducanumab. We are upgrading BIIB to Neutral with $440/sh PT as this approval gives BIIB much needed growth engine. In 2022-25 time-frame we see BIIB top-line and bottom-line growth at 18% and 21%, respectively. Having said that, we think upside could be capped at current levels as competition is also looming and medicare may find it challenging to incorporate Aducanumab and this keeps us on sidelines." |
| 6/8/21 | Citi | Biobits - Why Aducanumab $56K price tag could hurt the Biotech industry? | "[T]he price-tag does not indicate that payers were given much consideration. Given the [total addressable market] size of ~$85[ billion] in the US alone and >80% of this being [M]edicare, it creates an existential question for the program considering total [M]edicare Part-B spending in 2019 was only ~$37[ billion]. The industry has just started breathing easy from the last drug pricing debate but we suspect the industry could get right back into it again as we expect this debate to only intensify from here. As we have seen before with PCSK9s, payers can effectively create roadblocks if they are determined. ... [O]ur healthcare services analyst … expects CMS to establish a national coverage decision (NCD) shortly…. [He] expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." |
| 6/8/21 | Citi | Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's space? | "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget cannot be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with $800B annual [Medicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation." |
| 6/8/21 | Cowen | Biogen Discusses Plans for Aduhelm's Launch | "[Biogen] estimates 900 sites will be ready to implement Aduhelm shortly, with 80% of the addressable market reimbursed by Medicare. ... In our opinion, the key risks to its commercial success are therefore reimbursement access and the logistics of initiating therapy. ... On reimbursement, BIIB expects 80% of patients to be reimbursed via Medicare. Patients with Medicare Fee-For-Service will be covered at launch, while Medicare Advantage plans are expected to define their medical policies within the first several months." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Cowen | Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos | "While the Centers for Medicare & Medicaid Services (CMS) may soon open a National Coverage Determination (NCD) on aducanumab, we expect the end result will be coverage in line with the FDA label with perhaps some additional patient and provider requirements. ... [P]harmaceuticals are increasingly triggering the NCD process as they become more costly and complex, with CAR-T therapy and Dendreon's Provenge being a few recent examples. ... Medicare's NCD process itself is a nine-month process that can stretch to 12 months if CMS holds a Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) meeting." |
| 6/8/21 | Dow Jones Institutional News | Biogen Expects Its $56,000 Alzheimer's Drug To Be Covered By Medicare For 'most' Patients -- MarketWatch | "Shares [of] Biogen Inc. (BIIB) pulled back 1.4% in afternoon trading Tuesday, in the wake of the company's conference call with analysts following the approval of Aduhelm by the Food and Drug Administration to treat Alzheimer's disease. The decline comes a day after the stock skyrocketed 38.3% on the approval[]. ... Chief Executive Michel Vounatsos said on the call that while wholesale acquisition cost of Aduhelm, with shipping expected to be started in two weeks, was priced at $56,000 per year for an average patient, he expects dose titration to result in an average [wholesale acquisition cost] of about $41,000 for an average patient. Vounatsos also said that since the 'vast majority' of Alzheimer's patients are at least 65 years old, he expects 'most' patients to be covered by Medicare, either through fee for service or Medicare Advantage. BofA Securities analyst Geoff Meacham upgraded Biogen to neutral from underperform, and boosted his price target by 70% to $400, but said he suspects 'Aduhelm is likely to disappoint commercially given confusion over the benefit -- and payer pushback -- and we suspect the number of treated patients could easily fall short' of consensus forecasts. Stifel Nicolaus's Paul Matteis said the 'high price is sure to draw scrutiny from payors,' particularly given Aduhelm's broad label, which could narrow use." |
| 6/8/21 | Dow Jones Institutional News | *S&PGR Afrms Biogen 'A-' Rating; Outlook Negative | "As such, it's uncertain the extent to which doctors will prescribe Aduhelm, payers will constrain coverage for this treatment, and the company will achieve both attractive pricing and broad access." |
| 6/8/21 | Dow Jones Institutional News | The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry -- Barrons.com | "In the hours after the [pricing] announcement … Citi Research analyst Mohit Bansal issued a similar warning early Tuesday: 'At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on Medicare budget cannot be ignored,' he wrote. 'Medicare may not have much choice but to find a way to restrict use in this situation. This could potentially spark the drug pricing debate again in the remainder of the year.'" |
| 6/8/21 | Financial Times (FT.Com) | Biogen/Alzheimer's: the high cost of hope | "Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| 6/8/21 | Guggenheim | BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455 | "We spoke with an expert in insurance payer dynamics, and she emphasized that PET scans to confirm or diagnose amyloid pathology are not considered the current standard of care for treating [Alzheimer's disease]. Because the label specifies that the drug activity is meant to reduce amyloid plaques, patients will likely need a confirmatory PET scan to receive a prescription, which will not be covered by Medicare (as it's not part of normal treatment). [Biogen] noted that patients will likely need either PET or CSF markers (requiring a spinal tap) to become a candidate for the drug, and we believe this might create a bottleneck to getting patients on drug." |
| 6/8/21 | Jefferies | Spoke to mgmt, 3 Follow-Up Thoughts - Nicely Dampening Expectations | "BIIB is also close to a Veterans VA deal contract soon too. This is not a "Sovaldi" like situation and immediate "hockey stick" ramp and payors and MCOs will have it in their bids/numbers in 2022, in our view. We also point to IV Ocrevus MS neurology drug that did $1.4B in its first full year although clearly not a perfect analogy but similar price and smaller market size." |
| 6/8/21 | Jefferies | Spoke to mgmt, 3 Follow-Up Thoughts - Nicely Dampening Expectations | "We are not overly concerned [with] all the noise around $56k gross pricing ($39k first year due to lower dose) and believe Medicare and payor coverage will fall into place for the core population of [mild cognitive impairment patients] etc. ... We expect some appropriate 'public' pushback from payors regarding the broad label but they will reimburse Aduhelm for patients that are similar to the Phase III study population (1-2M [mild cognitive impairment]/mild patients per [Biogen]). … The [company] confirmed per the FDA label, there's no language regarding mandatory amyloid testing, which isn't typically done and there's no formal reimbursed test (they are advocating to get it covered)." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Mizuho | Aduhelm Call Takeaways: "Modest Revenue in 2021" and "Gradual Uptake Over Time" | "The expectation seems to be that the majority of patients will be covered by Medicare (fee-for-service or advantage), specifically, management anticipates that most of the patients under Medicare fee-for-service will also have a secondary coverage, which will limit out-of-pocket coverage. For those with Medicare advantage plans, management expects to be a few months after launch for these plans to establish its medical policies." |
| 6/8/21 | Morgan Stanley | Aduhelm Approval Pushes PT to $455 | "We see the investor debate moving to launch speed (including how payers will respond), .... We have slightly lowered our penetration as we assume more abandonment/payer pushback given the higher-than-expected price. The lower penetration is more than offset by increasing our assumed net price from $20,000 to $35,000 (the wholesale price is $56,000). " |
| 6/8/21 | Oppenheimer | Launch Plans Debunk Misleading Aduhelm Myths | "[Report includes slides from Biogen presentation, which state:] Medicare expected to cover vast majority of ADUHELM patients; CMS coverage at launch through miscellaneous coding; aim for final J-code by early 2022; Engaging MACs to support consistent regional access; Expect most Medicare Advantage plans to define medical policies within the first several months[.]" |
| 6/8/21 | Piper Sandler | More Commercial Questions Than Answers After Aduhelm Investor Call | "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. ... [I]n fact, there is a decent body of precedent where [CMS and FDA] have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD[]. Per previous guidance, this could allow CMS to implement a CED[] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely." |
| 6/8/21 | Piper Sandler | More Commercial Questions Than Answers After Aduhelm Investor Call | "Remain Neutral rated on BIIB shares. ... we think investors who are viewing Aduhelm's broad label, much higher-than-anticipated price and primarily Medicare population as essentially a "blank check" may be overlooking a number of key details. Specifically, we would remind investors that CMS does have levers to limit the use of particular therapies to only those patients who could benefit from it. These include initiating an NCD (internally driven or at the request of a commercial payer) or CED to limit or delay coverage, among other tools. Bottom line: ...we think a lot of blanks still need to be filled in with regard to CMS/payer reaction.... Keeping our numbers as-is, for now. ...With our $8B+ 2025 end-user revenue projection, we think success is more than baked in here. " |
| 6/8/21 | RBC | 'Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use; Tgt To $400 On Broad Approval | "Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use.... Increasing tgt to $400 on broad approval.... Incorporating the higher than expected WAC ($56k/yr per BIIB's ests. for annual maintenance), no price increases for four years, higher GTN on greater than expected discounting given likelihood of value-based agreements and increased NT competition, reduced penetration, and increased PoS in the U.S. to 100% and EU to 65% (from 40%), among other tweaks yields a fair value of $400 for BIIB shares. We now see balanced reward/risk following Aduhelm's approval at current share price and would wait for add'l clarity on launch rollout, payer access, and operational hurdles to further refine projections on the near-term launch trajectory and long-term revenue potential." |
| 6/8/21 | RBC | 'Wild West' - KOL Call Reflects Hope But Also Perplexity on Adu Use; Tgt To $400 On Broad Approval | "We see several key barriers that could temper Aduhelm's launch and ultimate market potential, including but not limited to how payer and access dynamics may unfold, whether institutions across the U.S. can prepare for the high patient throughput demand from potentially hundreds of thousands if not millions of patients, and how the community ultimately continues to find real-world clinical utility in Aduhelm as clinicians gain hands-on experience with its use. A key theme, perhaps unsurprisingly, was… significant uncertainties only exacerbated by broad label language that leaves many questions unanswered. Though a blue-sky opportunity is clearly more possible today, there remain unique launch risks that could still relegate Aduhelm to more limited use once the dust settles.… we believe BIIB and payers will steer the drug towards the milder tested population - CEO Michel Vounatsos was cited in an interview published last evening stating such." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Reuters News | UPDATE 1-Runner with Alzheimer's hopes new drug will keep him on track | "It is not clear yet how much the drug will cost patients, most of whom are expected to be covered by the U.S. government's Medicare program for people aged 65 and older...Patients will likely have some out-of-pocket costs such as for coinsurance and a deductible, but so far Medicare has not made a decision. The McKays are waiting for guidance from their insurance company and Medicare." |
| 6/8/21 | SVB Leerink | Aduhelm Ready to Launch | "Company update: Management expects the majority of Aduhelm patients to be covered by CMS at launch through miscellaneous coding, with a final J-code expected by early 2022. And it expects Medicare Administrative Contractors (MACs) to support regional access and most of the Medicare Advantage plans to define medical policies within the first several months." |
| 6/8/21 | The Boston Globe | Drug could bring record windfall | "The Centers for Medicare and Medicaid Services could step in where the FDA deferred, setting a policy that would restrict which Alzheimer's patients would be eligible for Aduhelm." |
| 6/8/21 | The Washington Post | FDA approves Alzheimer's drug | "Medicare is likely to shoulder much of the cost of the drug, given the age of people with Alzheimer's, but it has not indicated its plans for coverage. Private payers will be under intense pressure to pay for the treatment but may push back on the price. It's not clear yet how much patients on government or private insurance will have to pay in cost-sharing." |
| 6/8/21 | USA Today | Alzheimer's drug gets green light from FDA | "It's going to be months before we know if anybody is going to pay for medication, the infusions, the MRIs, the PET scans that will be needed,' said Dr. Pierre Tariot, director of the director of Banner Alzheimer's Institute in Phoenix. 'Who will be trained to disclose the amyloid information to the patient and the families? There's a lot that has to be done.'" |
| 6/8/21 | Wedbush Securities | If You Build It, Will They Come? We're Still Skeptical | "[T]he $56,000 annual [wholesale acquisition cost] price is consistent with our pre-approval assumption but given the absence of a tangible, clinical benefit, we anticipate payers will become the 'gatekeepers'. ... [Biogen]'s pricing strategy represents a challenge for the space and we foresee more headwinds to come. … Simply put, we cannot envision a launch without payer-level restrictions and await more color on how these unfold." |
| 6/8/21 | William Blair | Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform | "Concurrent with the approval announcement, Biogen announced several patient initiatives to support access, including with the Veterans Health Administration, Cigna Corporation, and a screening initiative with CVS Health beginning in September." |
| 6/8/21 | William Blair | Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform | "Risks to our upgrade likely stem from headline risk on the cost of the therapy and the small potential of a negative Medicare national coverage determination (NCD), which we view as unlikely given the unmet medical need and patient advocacy. … It remains to be seen how Medicare plans will handle the price and bolus of patients, and we have therefore kept our penetration rates low ahead of additional details." |
| 6/8/21 | Wolfe Research | Perspective on Aduhelm investor call | " Q: How might insurance [companies] try to deny access? BIIB says it has been engaging with payers for more than a year really, but says this is a tough question to answer. Says coverage is already presumed with Medicare. Mentions how it is pursuing innovative contracting with Cigna (value-based contracting) and with VA (finalizing a multi-year agreement). ...Q: How will not having a J-code impact uptake, and other impediments in first 12 [months] of launch? BIIB provides high level commentary about working with different stakeholders to address these matters. On the J-code, expect full implementation by early 2022 – ahead of that, will get reimbursed under a miscellaneous code. Has local teams that will prioritize 900 focus accounts to bring them online." |
| 6/9/21 | Avis Analytics | Biogen Scores a Big Win for ADUHELM™, But the Path Ahead Isn't Easy! | "Secondly the drug is likely to cost USD 56,000 annually, which may be prohibitively expensive, even without taking into account the various authorisation and coinsurance requirements that would have to be met for obtaining coverage for aducanumab from Medicare and private players. The cost and the eligibility requirements will significantly bring down the number of patients who would be able to use the drug. In addition, the Centers for Medicare and Medicaid Services (CMS) is likely to pay close heed to the recommendations and objections of the AdCom, which voted 8-1 against the efficacy results from two Phase 3 studies namely EMERGE (NCT02484547) and ENGAGE (NCT02477800), while determining coverage." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/9/21 | Financial Times | Biogen/Alzheimer's: the high cost of hope | "But markets may presume too much. For starters, doctors may hesitate to prescribe the drug until further proof of its effectiveness appears. Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| 6/9/21 | Guggenheim | BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle | "While officially at the discretion of the prescribing physician, we believe (and [Biogen] commentary agrees) that both private and public payers will require the verification of amyloid pathology (via PET or CSF draw) prior to drug administration. … Medicare doesn't reimburse PET scans (our checks suggest they cost ~$4-5K) for this purpose and, … this will create a bottleneck to getting patients on drug unless the company can find a way to subsidize the diagnostic costs for patients. At this point, [Biogen] is not able to directly pay for PET. … Medicare fee for service patients … will be eligible for reimbursement right away, and Medicare Advantage patients ... have out of pocket maximums or dual coverage … with Medicaid to abate drug costs. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug." |
| 6/9/21 | Stifel | BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs | "[We spoke to a Payor Consultant,] Dr. Pezalla [, who] highlighted what to expect for commercial insurance and Medicare, the latter of which is most important. Ultimately, he anticipates [Aduhelm] to be covered for the ENGAGE/EMERGE population, though in his view, the sheer budget impact for Medicare could lead them to convene a 'MEDCAC' for a National Coverage Decision for discussion (though interestingly, [Biogen] isn't certain there will be a formal NCD) ... Dr. Pezalla believes that Medicare will likely cover the drug per trial population (early/mild [Alzheimer's disease], perhaps with a positive PET requirement), though he also noted that they could hold their own version of an Advisory Committee (a 'MEDCAC' ) to discuss coverage and anything[sic] considerations related to it. But there is a pretty small chance in his mind that coverage ends up being rejected; he couldn't think of any relevant/concerning precedent here. ... Dr. Pezalla does expect out-of-pocket cost to be a factor. He estimates that ~30% of part B beneficiaries have supplemental insurance … which would limit out-of-pocket cost substantially, but for the rest, unless they are dual eligibles ... coinsurance costs could be significant (say ~$10[ thousand]). ... Moreover, he sees supplemental insurance as being phased out over time, albeit slowly." |
| 6/9/21 | The Boston Globe | CEO of CVS says Biogen Alzheimer's drug won't break the bank right away | "CVS, which operates one of the largest US health-insurance businesses, is evaluating Aduhelm while it awaits word from the Centers for Medicare and Medicaid Services on how the government agency plans to pay for it, Lynch said at the Goldman Sachs Annual Global Health-Care Conference...Cigna is in talks with Biogen on developing a value-based contract for Aduhelm, the companies said after the drug was approved." |
| 6/9/21 | The New York Times | Profit Spigot For Biogen May Be Tap On Medicare | "Despite scant evidence that it works, the drug, Aduhelm, is predicted to generate billions of dollars in revenue, much of it from Medicare...Those billions of dollars in anticipated costs are likely to be shouldered largely by Medicare...The drug's approval could drive up insurance premiums, according to health care policy experts. And it could add new out-of-pocket costs for some families that are already facing years of staggering costs for caring for loved ones with Alzheimer's...The most important payer will most likely be Medicare's Part B program, which covers drugs that are administered to seniors in doctors' offices and other outpatient settings...A spokesman for the Centers for Medicare and Medicaid Services said on Tuesday that the agency is reviewing the F.D.A.'s decision, which 'provides hope to families, caregivers and the older Americans living with Alzheimer's who rely on Medicare for health coverage.' ...If Medicare covers the drug, it will very likely become the Part B program's most costly medication within a few years. In 2019, the Part B program's biggest drug expenditure, at $2.9 billion, was for Eylea, which treats macular degeneration, followed by $2.7 billion for the cancer drug Keytruda...The program does not generally pay for the PET scans that were used in clinical trials to detect whether patients had amyloid in their brains...Insurers also might balk at paying for some associated costs. Those include regular M.R.I. scans to monitor for potential side effects, like brain swelling or bleeding that occurred in 40 percent of clinical trial participants. These effects, while often mild, can be serious." |
| 6/10/21 | Associated Press Newswires | Medicare copays for new Alzheimer's drug could reach $11,500 | "Medicare has a review process known as a National Coverage Determination to evaluate new treatments that could have far-reaching implications for the program. Officials have not yet said how the program will proceed with Aduhelm. It's possible Medicare could set conditions for covering the drug, based on clinical effectiveness." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/10/21 | Raymond James | CMS Options for Biogen's Aduhelm | "The [Medicare Administrative Contractor]'s decisions will likely be variable patient-to-patient and region-to-region. … If CMS opens a NCD quickly, [Medicare Administrative Contractors] could choose not to cover the drug. ...Local Coverage Decisions can include coverage, denial of coverage, or any numbers of limitations on which patients can be covered and which ones cannot be covered. ... this could prove difficult for Biogen or patient groups to challenge, because it might mean CMS decides not to cover at all. ... We believe LCDs will be hesitant to cover this for the entire patient population and will try to restrict which claims to pay ... National Coverage Decision (NCD) involves process by which anyone can ask CMS to go through a public notice and comment process regarding whether it will cover something on the basis that it is 'reasonable and necessary.' ... CMS issues NCDs when uncertainty and potentially inconsistent coverage decisions take place. In our view, it is likely that providers will request such decision – both because it may mean that they would not have to cover the drug and that, if they do, it would be paid for by fee for-service for at least a year. The [Medicare Administrative Contractor]'s decisions will likely be variable patient-to-patient and region-to-region. … If CMS opens a NCD quickly, [Medicare Administrative Contractor]'s could choose not to cover the drug." |
| 6/10/21 | SVB Leerink | Aduhelm Gives Biogen Its Groove Back | "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement." |
| 6/10/21 | The Boston Globe | What's next for the new Alzheimer's drug? Lots of thorny issues ahead | "But it's possible some restrictions will be put in place that will slow access, industry experts said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete. ...Theoretically, CMS could determine that Aduhelm is not medically necessary. More likely is that the agency would restrict which patients will receive the drug or require that only those willing to participate in research studies receive it[.] ...Barker thinks it's likely that CMS will pursue a National Coverage Determination, and the decisions that result would be copied by private insurers. ...Medicare has no limit on out-of-pocket payments, and will cover only 80 percent of the $56,000 cost, leaving patients with bills in excess of $10,000 a year, Pearson said. While many people have supplemental insurance to pick up some of those copays, that just means further inequities for those who can't afford such coverage, he said. Plus there will be copays on the PET scans and MRIs, he added." |
| 6/10/21 | UBS | Like it or not, Aduhelm is going to get used - Upgrading to Buy post doc checks | "On pricing, we expect headline noise to create volatility and ultimately see coverage likely narrowed to align with the Ph[ase] 3 trial population (mild [Alzheimer's disease patients] with PET/CSF proven amyloid). … As we stated, we expect significant payor pushback - on this front, more restrictive coverage decisions could negatively impact uptake, as could burdensome out of pocket costs." |
| 6/10/21 | UBS | Like it or not, Aduhelm is going to get used - Upgrading to Buy post doc checks | "We expect payor pushback/noise in the near-term and note ICER already announced the convening of a public meeting on [July ]15 to discuss key issues, including insurance coverage." |
| 6/11/21 | Baird | Weekly Recap - Very Ready for This Week to Be Over | "Here we note that the Medicare reimbursement process (a potential MEDCAC meeting, and dynamics surrounding a National Coverage Determination (NCD) and the potential for Coverage with Evidence Development (CED)) ... will all be key factors to watch as we look to get a grasp on what the sales trajectory will look like here for a product with patient demand that could rival the Hep[atitis] C launches." |
| 6/11/21 | Dow Jones Institutional News | Biogen Stock Heads For Biggest Weekly Rally In More Than 2 Decades, UBS Analyst Targets More Gains -- MarketWatch | "We acknowledge there has and will continue to be physician/payor pushback but our doc checks indicate patient-led demand is already extremely high, with even bearish clinicians acknowledging there will be significant use (even if not under their own care),' Bristow wrote in a note to clients. " |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/11/21 | Dow Jones Institutional News | Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/11/21 | Los Angeles Times | Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says. | "Medicare ha[d] not made a determination on covering Aduhelm[.]" |
| 6/11/21 | Reuters News | ANALYSIS-U.S. FDA faces mounting criticism over Alzheimer's drug approval | "Biogen has said that some 1.5 million Americans with early-stage Alzheimer's will be eligible for the drug, priced at an average of $56,000 per year, with the federal Medicare insurance program for seniors likely on the hook for most of the cost." |
| 6/11/21 | The Boston Globe | What families dealing with Alzheimer's should know about the newly approved drug | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |
| 6/11/21 | The New York Times | Three F.D.A. Advisers Resign Over the Approval of an Alzheimer's Drug | "Beyond the steep price tag of the drug, additional costs to screen patients before treatment and for regular MRIs required to monitor their brains for problems could add tens of thousands of dollars to the tab. Medicare is expected to shoulder much of the bill." |
| 6/12/21 | Associated Press Newswires | Georgia families hope Alzheimer's drug helps loved ones | "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years." |
| 6/12/21 | Financial Times | The Alzheimer's economy | "Yet experts believe health insurers are likely to feel obliged to cover the drug now it has been approved by the FDA. In an unexpected twist, the regulator approved it for all patients with the condition rather than just for those with the early stage of the disease, who were studied in the clinical trial. Most US patients will be on Medicare, the public health insurer for the over 65s, which Biogen told investors it expects to cover the 'vast majority' of patients. Some experts predict it will become Medicare's largest expenditure for physician-administered drugs. The potential costs go well beyond just the medicine. The exigencies of administering it look set to challenge established patterns of caring for those with dementia, creating a need for different kinds of staff and expensive equipment not typically associated with treating the disease...However, in the US ready funding for the treatment will spawn its own business models, he suggests. Medicare pays doctors a fee of 6 per cent of the price of the drug, plus infusion and visit fees...Bigger, even, than the question of how the drug is to be delivered is how much health systems and the taxpayers who fund them will be willing to pay for a medicine with modest proven impact." |
| 6/12/21 | Jefferies | Alzheimer's KOL: Sees Plenty of Patient Demand, Logistics Can Be Sorted Out | "Other logistics such as vendor purchasing of drug/PET ligand will need to be worked out. Medicare will likely pay for PET/radioligand which can cost $5000-6000 per patient (co-pay will be in the hundreds), although coverage for younger patients remains uncertain." |
| 6/12/21 | PR Newswire | Alzheimer's Association Statement: Next Steps For New Alzheimer's Treatment | "Next, the path to access turns to the Centers for Medicare & Medicaid Services (CMS). Just as with the FDA, we have the utmost respect for CMS and how they will approach the key decisions ahead. We're committed to working with them -- and with the private payer community -- to expedite access for all of those who would likely benefit based on the successful clinical trial. CMS faces difficult policy decisions on how to best accomplish this within the context of the Medicare program, and we stand ready to fully support CMS and private payers in this work for all communities in need." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/13/21 | Los Angeles Times | PERSPECTIVES; Dismay over hasty OK of Alzheimer's drug | "If 1 million patients receive the treatment, the overall cost could exceed $50 billion. That might be cost-effective if Aduhelm materially improved the outcomes for patients, but the clinical evidence for that result is questionable. Medicare patients pay about 20% of the cost of their drugs, with no cap, so some of the burden of Aduhelm's price will fall on them. It's possible, even likely, that insurers and other payers will try to moderate the financial impact of the drug by excluding some categories of Alzheimer's patients from the treatment." |
| 6/14/21 | Dow Jones Institutional News (Barron's) | Door Opens Wide for Alzheimer's Treatments --- Biogen's drug wins FDA approval, and signs look good for Eli Lilly and others with drugs in development. How big can this market get? | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/14/21 | Bernstein | Biopharma Wkly (06/14/21): TRx pickup suggest strong pharma 20; Aduhelm wrap-up & LLY price update; LNP Myocarditis? | "The NCD process may weigh on the stock but less likely to slow adoption. We upgraded [Biogen] on Friday after[] observing that even if the update of Aduhelm is limited to the 'as tested' population, adoption would justify our target price; and[] eliciting DC contacts' views who believed any policy action restricting the drug's would be delayed until adoption is observed." Emphasis removed. |
| 6/14/21 | Dow Jones Institutional News | Heard on the Street: Biotech Rally Sparked by Alzheimer's Drug Has Staying Power -- WSJ | "What is more, most patients with the disease are eligible for Medicare, meaning taxpayers will be footing a large chunk of the bill." |
| 6/14/21 | Guggenheim | June 14, BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But No Clear Who Pays and How Quickly | "Our key takeaways are: (1) ultimately, our experts agree that Medicare will cover the cost of the drug and Medicare Advantage and commercial payors will follow, (2) the simplest way for this to happen is for CMS to issue a national coverage determination, which would include their guidance on what an eligible patient is - this could take 6-9 months, (3) the key controversy remains the reimbursement for clinical testing (PET scan, CSF) to confirm amyloid pathology (not currently covered by Medicare) which will likely be necessary for reimbursement, (4) our experts are split on whether Medicare will ultimately cover the cost of the PET scan or CSF testing and whether (and how) [Biogen] could pay for it to ensure patients can get on drug (payers pay to diagnostic tests in cancer, so should also pay for [Alzheimer's disease]). ...However, our conversations with multiple experts have had made it clear that pressure will be put on Medicare Advantage to eventually cover Adu[helm] (most part B drugs like Adu[helm] are reimbursed through Medicare Advantage)." Emphasis removed. |
| 6/14/21 | Guggenheim | June 14, BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But No Clear Who Pays and How Quickly | "[T]he key gating factor for broad *use* of the drug (i.e., not prescriptions) will be who (payor, [Biogen], infusion center, patient) can cover the cost of the PET scan/CSF testing to verify amyloid pathology and get patients on drug as fast as possible and if it's Medicare, what other tools do they have to limit use?" |
| 6/14/21 | Jefferies | Alzheimer's Doc Survey: Plans for BIIB Aduhelm Launch | "1/3 of docs expect the biggest issue to be related to payor coverage and price - but our checks indicate this is unlikely to be an issue and will likely be covered by Medicare/MCA." |
| 6/14/21 | SVB Leerink | BIIB111 Missed in Choroideremia; No Change to Model | "Key risks to our investment thesis:<br>• Aducanumab faces significant payer push-back" |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/14/21 | The Boston Globe | New Alzheimer's drug presents challenge to families | “Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all.” |
| 6/14/21 | The Wall Street Journal | Biotech Rally Has Staying Power | “What is more, most patients with the disease are eligible for Medicare, meaning taxpayers will be footing a large chunk of the bill.” |
| 6/14/21 | UBS | DC Perspective on Aduhelm Approval | “Thornhill anticipates a range of possibilities from an NCD (Thornhill characterized as likely and already garnering support) to a potential ‘demo project’ that would include future Alzheimer’s new drug approvals. Thornhill did not rule out the potential for CMS to solicit Congressional involvement given the limitations within the current Part B program to regulate pricing. A formal NCD process (which could take up to a year) would put more ‘burden of proof’ on Aduhelm proving improvement in health outcomes (survival, disease progression, quality of life) over and above what was evaluated in the FDA decision making process. Even within an NCD however, Thornhill acknowledged the process could be open-ended with potential for accompanying registries (as was the draft for CAR-T) and/or approval only within a very specific criteria.” |
| 6/15/21 | Baird | Don't Go Chasing WATERFALLS | “Wait and see for Aduhelm uptake. Although we are still skeptical surrounding the data which was used to justify the Aduhelm accelerated approval, the commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inibitors are unlikely to provide clinical benefit to [Alzheimer’s disease] patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm’s use by payers, limiting uptake.” Emphasis removed. |
| 6/15/21 | Chicago Tribune | Alzheimer's drug could cost Medicare billions, report says | “A new $56,000-a-year Alzheimer's drug would raise Medicare premiums broadly, and some patients who are prescribed the medication could face copayments of about $11,500 annually, according to a recently published research report...The new analysis by the nonpartisan Kaiser Family Foundation estimated that if just 500,000 Medicare recipients are prescribed Aduhelm, it would cost the program nearly $29 billion a year, far more than any other medication...'At this price, the cost of this one drug alone could top all others covered by Medicare, if it is used widely,' said Tricia Neuman, coauthor of the report...Medicare has not made a formal determination on covering the Alzheimer's drug, but cost traditionally does not enter into such considerations...The Kaiser analysis also found that domino effects would include higher 'Part B' premiums for Medicare's outpatient coverage and increases in monthly premiums for millions with supplemental 'Medigap' plans. As an infusion drug that would be administered in a doctor's office, Aduhelm is covered by Medicare's outpatient care benefit. The Part B standard premium, paid by most enrollees, is currently $148.50 a month...Beyond monthly premiums, there would also be impacts on out-of-pocket costs. Many patients taking the medication, including those signed up in Medicare Advantage plans from private insurers, could face thousands of dollars in copayments,. The maximum could reach about $11,500, researchers estimated, well beyond the budget of a typical Medicare enrollee...'Because Aduhelm is not a cure for Alzheimer's disease, patients could incur these annual out-of-pocket costs over multiple years,' the report noted.” |
| 6/15/21 | Citi | Even WATERFALL does not quench the pipeline thirst but does it matter now? | “The company thinks traditional Medicare (fee for service) could be the first adopter of the drug while Medicare advantage could come online at a later stage.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/16/21 | Jefferies | Tau Alzheimer's Not Relevant For Now, Adu Launch Started Already Today... | "This result may have some negative inevitable headlines but obviously this doesn't change the Bull thesis around a focus on what is most important: developments for Aduhelm specifically on[] reimbursement clarity, and[] steady progress on launch. We note media reported at least one patient was treated in the commercial setting today w/ Aduhelm (though [Biogen] had said commercial drug would start shipping in a couple of weeks so this seems quick...) and expectations are for Medicare to reimburse while an NCD review is likely to be requested and progress over the next 9 months. ... Upcoming Aduhelm dynamics to be aware of: (1) EU [Committee for Medicinal Products for Human Use] decision could be coming in coming months, (2) expect a Medicare NCD review to be opened which could take 9 months (small risk of MEDCAC panel called), (3) progress on commercial launch w/ steady rise in patients getting on drug and quarterly sales results." |
| 6/16/21 | Reuters News | First patient receives controversial Biogen Alzheimer's drug | "Cigna Corp Chief Clinical Officer Steve Miller said he expects Cigna, as well as other health insurers and Medicare, will only agree to cover the drug for patients with early Alzheimer's. ...In addition to [Aduhelm] costs, patients must have tests to diagnose Alzheimer's such as a brain scan, which is not covered by Medicare, or tests using spinal fluid." |
| 6/17/21 | Bank of America | Prescriber survey: payers to fill Aduhelm treatment gaps, dictatingopportunity | "…[P]ayer restrictions and out of pocket (OOP) expenses (averaging about $9-11k/ year) will be the biggest barriers to treatment …." |
| 6/17/21 | Citi | Expert call points to tough road for Aducanumab until an NCD | "We hosted a CMS expert[] this AM and the most interesting point he made was that Aducanumab may not get reimbursed in a big way by Medicare until there is an NCD (national coverage determination), which could potentially take 9-12 months. This is critical as Medicare makes up for ~85%+ Alzheimer's patient population. This is because prior to NCDs, the local MACs (Medicare administrative contractor) have to take a local coverage determination (LCD) and they may decide to not cover it given[] it is a big decision for a local determination with no prior precedence[ and] the benefit of the drug is controversial. The expert thinks the chances of an NCD rejecting this drug outright are very slim but the process to get there could take time. … The expert thinks an NCD is highly likely given the costs involved and the controversial data. … [He] thinks that chances of a blanket approval or blanket denial both are slim. However, he does expect CMS to narrow the eligible patient population via some level of prior auth[orization] requirement. … For Medicare Advantage the expert believes until there is a NCD/LCD determination, any decision to cover/not cover the drug falls on each individual plan. If this is the case we would not envision any of the MA insurers covering the drug near-term. … It is hard to digest that CMS could push off Aducanumab coverage for 9-12 months. However, expert raised logical points as this may be a big decision for an LCDs , especially when the benefit of Aducanumab is being debated. This contrasts [Biogen] comments, which suggested that at least for fee-for-service segment of Medicare, reimbursement would not be a big challenge. It would be fascinating to see how this saga unfolds" |
| 6/18/21 | Citi | Replay and Transcript for Our Aducanumab Medicare Call | "Given again the scope and the complexities and the controversies around the FDA approval, I[, Michael Adelberg, payer KOL,] think that this will likely take longer than NCD decisions usually take. ... In general, historically CMS tends to follow the lead of the FDA. It's uncommon when that doesn't happen. So the fact that the FDA has approved in my mind makes it unlikely [that CMS would not cover Aduhelm]. ... In my mind, it's unlikely that CMS would outright deny approval. I do think that there is a scenario there, could they potentially punt? Maybe[.]" |
| 6/18/21 | Dow Jones Institutional News | Biogen Stock Can Go 'Decisively Higher' on Sales of Alzheimer's Drug -- Barrons.com | "The other new data point is conversations with drug reimbursement and access consultants. They told him Raymond that there is little that the Centers for Medicare and Medicaid Services, which operates the Medicare system, will do to limit access to Aduhelm in the short term...But now, he says that conversations with consultants suggest that, even with a National Coverage Determination, the number of people who would still have access to the drug through Medicare would be enormous." |
| 6/18/21 | Morningstar Equity Research | Biogen's Aduhelm Approval Adds Further Support to the Firm's Wide Moat in Neurology | "In our bear-case scenario, we value Biogen at $259 per share. We assume 50% lower Aduhelm sales than in our base case, due to weak commercial uptake and reimbursement ...." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/18/21 | Piper Sandler | Upgrade to OW; Neurologist Survey, Reimbursement Checks Too Bullish to Ignore | “First, we highlight a new neurologist (n=52) survey indicating what should be above-consensus uptake based on patient traffic, physician willingness to prescribe and anticipated payer countermeasures. Second, we checked in with a reimbursement consultant who painted an overwhelmingly positive picture on the access and reimbursement front – even in the event CMS initiates an NCD, uptake is likely to have few governors for some time to come” |
| 6/18/21 | Raymond James | Aduhelm - Deep Dive into Historical NCDs and MEDCAC's Role | “Last week, we discussed how FDA’s controversial approval of Biogen's Aduhelm, a hefty-priced drug intended to treat Alzheimer’s, poses challenging coverage decisions that CMS must navigate in our note, CMS Options for Biogen’s Aduhelm. This week, we outline medical coverage precedents to keep in mind as we watch for a potential national coverage determination by CMS to create a uniform federal approach to reimbursing for the $56K medication.” |
| 6/18/21 | The Washington Post | Furor grows over FDA's approval of Alzheimer's drug | “Much of the [Aduhelm approval] debate centers on the FDA's surprise decision to approve a broad label for the treatment, which theoretically means any of the more than 6 million people with Alzheimer's could receive it. As a practical matter, doctors and insurers will be left to decide whether to restrict the drug to the population studied in the clinical trials - people with mild cognitive impairment and early dementia, both caused by Alzheimer’s. That's a job many physicians and insurers are unhappy to be stuck with, saying more FDA guidance is needed. ...Cigna and many academic medical centers have signaled they are likely to limit the drug to early-stage patients. ...CMS Administrator Chiquita Brooks-LaSure declined to tell reporters recently how the agency will handle the drug. Some health experts are calling for Medicare to develop a national coverage determination - a process that could take months or longer - that would limit coverage to early-stage patients. Such a decision also could avoid a patchwork of policies from local Medicare contractors. ...Another complication is that the PET scans used to detect amyloid clumps - critical to diagnosing Alzheimer’s - can cost thousands of dollars and are not covered by Medicare. Nor are the multiple follow-up scans needed to check for tiny brain bleeds sometimes caused by the drug.” |
| 6/18/21 | UBS | Aduhelm Bull/Bear Call Series - Launch Insights Expert Call #1 Transcript | “I think the insurance company payment and reimbursement issue might be more of a limiting step.” |
| 6/18/21 | UBS | Dr. Col's weekly dose - The week ahead, what we're hearing and what happened this week | “The key issue dominating our investor conversations is that of reimbursement. There seems to be little agreement on what reimbursement will look like ahead of a potential national coverage decision and whether it is possible for the [Medicare Administrative Contractors] to flatly deny coverage ahead of this outcome. Our initial diligence suggests flat out denial is unlikely though measures to restrict the eligible population (limiting eligibility to the population in which [Aduhelm] was studied, excluding prior stroke [patients] those on anticoagulants - also exclusion criteria in EMERGE/ENGAGE) and pushback on price should be expected.” |
| 6/18/21 | UBS | Aduhelm Bull/Bear Call Series – Launch Insights Expert Call #2 Transcript | “Also, back to the Medicare fee for service and Medicare Advantage plans, what type of pushback do you expect to see from them? Traditionally, Medicare fee for service, there’s no management, so there’s very little pushback....It depends. Perhaps they may request to show evidence of abnormal accumulation of these amyloid, as we all should do. These patients should be screened for a baseline. Like this happened, for example, different types of SMA, SMA Type 1 is covered for Spinraza, no other types. So maybe they will try to say, early perhaps, the mild phases, those may benefit more from the treatment. All these things still need to be sorted out as the drug was just approved three days ago.” |
| 6/19/21 | Jefferies | Yee's Breeze: Thoughts and Debates from My Week: BIIB, SAGE, MRNA, and More | “We continue to sense growing hedge fund interest but significant lack of mutual fund interest in [Biogen]. The lack of interest from broader investors is due to price/reimbursement questions and uncertainty (NCD, etc.), and competition from LLY anyway. Aduhelm reimbursement is not clear yet though we are confident centers will be submitting for reimbursement and getting paid back, meanwhile an NCD process is likely to be opened (9m timeline). A MEDCAC is slimmer chance. We note NCDs have been given in the past for drugs like Oxaliplatin (cancer), AICC (hemophilia), and others but are not really direct analogies and Provenge and ESAs had MEDCACs (and CAR-T mtg was cancelled).” |
| 6/19/21 | The Boston Globe | Poll shows support for Biogen's Aduhelm | “At the same time, the approval is raising concern about a financial strain on Medicare and generating harsh criticism of FDA officials over approval standards.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | “Aduhelm [faces] hurdles in reimbursement, PET imaging, and capacity constraints.” |
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | “Aduhelm may go under an NCD review (takes 9 [months]) which no other drugs ever really did but we expect an NCD to cover [patients] who reflect the Phase III [trials].” |
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | “The market remains uncertain on the Aduhelm launch and BIIB has pulled back a bit since FDA approval. Market concerns include the purported high price, reimbursement, and public doctor skepticism” |
| 6/21/21 | Bernstein | Biopharma Wkly (06/21/21): A Delta C19 wave coming; CMS history & Adu coverage jitters; Jazz resets but thesis still there | “What’s notable here [is] that virtually all [LCDs] actually expand coverage beyond the labeled indications. A few provide codification of the documentation process for demonstration of medical necessity, but none limit coverage for drugs beyond the label. It is fair to point that Aduhelm is unique in its size and we do believe that eventually a decision would limit Aducanumab to its trial population, but it is exceedingly hard to see them doing more than that. It seems Medicare contractors legally can restrict access ahead of LCD decision, but it seems unreasonably[sic] that they will do that here.” Emphasis removed. |
| 6/21/21 | The Boston Globe | Despite flap over Alzheimer's drug, activist remains optimistic | “[The CEO of the Alzheimer's Association], like the company’s executives, said that Aduhelm should be prescribed for patients like those who were in the trials: people in the early stages of the disease with amyloid protein plaques. ...It's expected that payers will set policies to limit coverage to those people, as well.” |
| 6/22/21 | Jefferies | Feedback, Thoughts on Stock.Meanwhile FDA Woodcock Also Comments | “Today, the NYT implies "potential peak sales of $26B" or more spending than NASA at $23B or CDC at $8B and 4-5x more than other top individual Medicare drugs (Eliquis, Revlimid, Eylea, Keytruda, etc) that will somehow cause massive new spending when CMS is trying to cut spend.” |
| 6/22/21 | RBC | MEDCAC Member Suggests NT Adu Access Is Likely, Though Commercial Story Still Far From Written | “Perhaps unsurprisingly, we think that a relatively broad NCD, perhaps just with requirements such as PET amyloid screening, is likely. We think investors widely anticipate that an NCD will be issued for Aduhelm, simplifying and standardizing Medicare reimbursement policies nationally across [Medicare Administrative Contractors]. … Though it may be difficult to see coverage tied to enrollment in an approved clinical trial (e.g. why would an [Alzheimer’s disease] patient risk getting placebo?), we could see some flexibility for creativity in delineating criteria for assessing the ‘appropriateness’ of Aduhelm in individual patients, perhaps most easily imagined with EMERGE/ENGAGE inclusion criteria.” |
| 6/22/21 | The Boston Globe | Confusion on Alzheimer's drug has MDs scrambling | “Medicare may deliver more actionable information than the FDA when it decides how to cover not just the drug but PET scans as well. ‘We will need to see if Medicare and other insurers will limit access to this medication or at least reimbursement for these medications in terms of dementia stage,’ Tan [a neurologist and medical director of the Center for Alzheimer's and Memory Disorders at Cedars-Sinai in Los Angeles] said.” |
| 6/22/21 | The Wall Street Journal | The Attack on an Alzheimer's Drug | “Public-health and media critics failed to stop federal approval of Aduhelm, Biogen’s new drug for Alzheimer’s. So now they're mounting an assault on the drug’s cost to stop Medicare from paying for it. Their sudden and rare concern for the federal fisc is illuminating, and not in a good way. ‘It’s unconscionable to ask seniors and taxpayers to pay $56,000 a year for a drug that has yet to be proven effective,’ Oregon Sen. Ron Wyden tweeted after the Food and Drug Administration approved Aduhelm this month. ‘Medicare must be able to negotiate a fair price for prescription drugs.’ He means impose price controls, while others want Medicare to restrict coverage of the drug.” |
| 6/22/21 | Jefferies | Feedback, Thoughts on Stock.Meanwhile FDA Woodcock Also Comments | “[W]e expect ongoing reimbursement to docs (starting to use drug already) through Medicare FFS and Medicare Advantage assuming pts reflect mild pts and until CMS completes a seemingly likely NCD (9mo review) in 2022.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/23/21 | RBC | BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical | "Significant emphasis on working with CMS we believe could further support the potential of an NCD with 'Coverage with Evidence Development' (CED) as we have discussed previously, though how this would be operationalized remains unclear[.]" |
| 6/23/21 | USA Today | More questions than answers' | "CMS and private health insurers could limit eligibility for testing to those most likely to benefit. ...In 2013, CMS chose not to pay for the Alzheimer's diagnostic scans called positron emission tomography, or PET. The test involves injecting a tracer chemical into the bloodstream so a scan can reveal amyloid plaques in the brains of Alzheimer's patients, a hallmark of the disease. ...It's unclear whether the agency will reverse course and pay for these tests, which cost several thousand dollars, now that an amyloid-clearing drug is available. A cheaper though less frequently used test involves a spinal tap to measure cerebrospinal fluid for amyloid beta or tau, another protein that forms tangles in the brains of Alzheimer's patients. ...It is critical to narrow eligibility because the U.S. does not have enough neurologists or geriatricians to screen patients and imaging centers with the expertise to conduct PET scans for all suspected Alzheimer's patients, said Dr. Steve Miller, Cigna's chief clinical officer. ...Miller said the narrow criteria will allow doctors and insurers to more quickly identify those who are likely to benefit from Aduhelm. ...Companies that make the chemicals used in PET scans are waiting to hear more about whether their tests will be covered by Medicare and private insurers. So far, the chemical tracers mainly have been used in clinical trials studying anti-amyloid drugs." |
| 6/24/21 | Jefferies | LLY filing: Should grow the whole market, docs likely to prescribe the drugs | "We believe that, if the company were to post good numbers, that would prove the market is large regardless. Two drugs potentially on the market would further grow the market uptake, in our view, since doctors would be unlikely to deny patients two different FDA-approved drugs. Thus, we believe the market is large (BIIB cites 1M+ mild AD patients) and reimbursement access should play out favorably through Medicare FFS and Medicare Advantage over the next 6-12 months. CMS should complete a 9-month NCD review in 2022. BIIB and partner Eisai estimate 40% of patients will have an annual out-of-pocket exposure of ~$200 or less, and another 50% of patients will have a cap on their out-of-pocket expenses. Thus, we maintain our BUY rating on BIIB." |
| 6/24/21 | The Boston Globe | Insurer to Biogen: Cut cost of new drug | "If Biogen doesn't lower the price, Sherman said, Point32Health may not cover the drug for 1.1 million customers, most of whom get their insurance through their employers and make up about half of its membership. Or, he said, the insurer will impose restrictions, such as requiring periodic brain-imaging tests to prove patients are benefitting from the drug. The insurer has made no coverage decisions yet. ...Point32Health is the first health insurer in Massachusetts that has publicly objected to the price of Aduhelm and could be a bellwether for the industry. ...One of the biggest concerns is the cost of Aduhelm to Medicare. …The vast majority of people with Alzheimer's are 65 and older and thus covered by the federal Medicare program. With FDA approval, the drug is automatically covered under Part B. ...But it's possible some restrictions will be put in place that will slow access to Medicare beneficiaries, industry experts have said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete." |
| 6/24/21 | The New York Times | New Alzheimer's Drug Has a Price Tag to Match The Budget of NASA | "Medicare, which covers 61 million Americans 65 and over, does have some tools to contain costs. It could decide to cover the drug in a way that is more limited than the F.D.A. approval, a break from its normal practice. ...Or it could do something even more unusual: An unexpected alliance of advocates has suggested that Medicare put the drug into a randomized experiment to evaluate how well it works -- paying to cover the drug in some parts of the country, but not others. Such policy experiments were authorized under the Affordable Care Act, but one has never been used to limit coverage of a drug in this way." |
| 6/24/21 | X Interview with Secretary of HHS Javier Becerra (HHS.gov) | Building a Healthier America - A Conversation with Secretary Becerra About His First 100 Days | "We're going to be making some pretty heady decisions about how [Aduhelm is] treated, if it will be reimbursed, how much, and so forth." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/24/21 | Jefferies | LLY filing: Should grow the whole market, docs likely to prescribe the drugs | “Thus, we believe the market is large ([Biogen] cites 1M+ mild [Alzheimer’s disease] patients) and reimbursement access should play out favorably through Medicare [fee-for-service] and Medicare Advantage over the next 6-12 months. CMS should complete a 9-month NCD review in 2022.” |
| 6/25/21 | Citi | Mohit's Biobits - Decoding Aduhelm debate, VRTX thoughts and good news from BMRN | “We spoke with another expert … after our negative public expert call last week. This recent call was more measured indicating that [Medicare Administrative Contractors] will likely approve Adcanumab[sic] in the interim prior to a NCD. However, this expert does not anticipate a blanket local approval either and believes it would be on case by case basis. The expert thinks a NCD is highly likely for Aduhelm given controversy surrounding it but given the complexities involved it would take time.” |
| 6/25/21 | Goldman Sachs | Top of mind themes coming up in our conversations as we now leg into the late June lull: | “At current levels, BIIB shares now appear to be pricing in some competition and/or pricing/reimbursement headwinds at current levels in our view.” |
| 6/25/21 | Guggenheim | June 25, BIIB - We Briefly Caught Up With Mgmt; Adu's Life Cycle Mgmt Is In The Works, A SubQ Formulation In The Clinic; New Patients Are Starting On Adu | “... [D]espite what our payer expert communicated to us[], [Biogen] is confident that regional fee for service Medicare contractors (MACs), which cover ~65% of all Medicare patients, are obligated to cover the drug now that it's been approved. ... [E]ven before local or national coverage determinations are made, regional MACs will be processing claims, but [Biogen] expects this process to be gradual at first and is tempering expectations.” |
| 6/25/21 | Truist Securities | Govt Aduhelm approval/pricing pushback - not a shocker; we await CMS coverage details | “While we are not surprised by this announcement, from a stock perspective, near-term, we expect reimbursement decisions out of CMS to be positive for BIIB.” |
| 6/25/21 | UBS | Aduhelm infusion center expert call takeaways | “... [E]stablishing reimbursement pathways prior to an NCD (national coverage determination) remains the primary unknown factor in the provision of Aduhelm, and[] patient affordability is another consideration as Medicare patients are exposed to 20% out-of-pocket costs ... Reimbursement remains a question (but not a great concern). Our expert noted the undefined reimbursement structure is the primary consideration for providers right now. ... From the patient perspective chronic Aduhelm treatment could create a significant cost burden for the Medicare patient who does not have supplemental/Medigap/secondary coverage ([i.e.] solely responsible for the 20% co-pay).” Emphasis removed. |
| 6/25/21 | UBS | Takeaways From Aduhelm Reimbursement Expert Call | “[Independent consultant Dr. Ebert] fully anticipates a national coverage (NCD) process with a high likelihood for expedited timing. … [His] high level expectations include: []private payor stalling coverage decisions especially among Medicare Advantage (MA) ahead of what CMS will decide, []accelerated timelines for payor P&T decision making vs. the average 3-6 month review process, []rigorous coverage criteria may lead to only 10-20% of addressable patients seeking reimbursement but only 1-2% approved in the near-term, []significant public pressure to reduce cost of Aduhelm therapy, and []ultimately, the NCD will narrow the eligibility to reflect the Phase 3 trial population ([mild cognitive impairment]/mild [patients], proof of amyloid, no history of stroke or concomitant anticoagulants). ... His expectation is Medicare will establish rigorous coverage criteria to avoid the inevitable ‘scope creep.’” |
| 6/26/21 | Jefferies | Yee's Breeze: Thoughts and Debates from My Week | “[Biogen] has been trading down as investors remain nervous on reimbursement and competition and feel no urgency to step up in front of the launch. We know from public statements CMS may announce some agreement with [Biogen] on Medicare reimbursement which could get the whole NCD issue out of the way and move that behind us too. Such that if CMS and LLY are now known and behind us, perhaps the stock will work on actual good demand, patient numbers, and sales numbers this year. We dont think doctors would hold back [Biogen] and LLY drugs from their [patients] in 2022-2023.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/27/21 | Associated Press Newswires | Alzheimer's drug stirs hope for patients, worry for doctors | "While some clinics have already started giving the drug, many providers say it will take weeks or months before they are ready. Insurers — including the biggest bill payer for this drug, Medicare — still need to determine which patients to cover for a treatment that could cost more than $50,000 a year...Monitoring patients on the drug involves regular brain scans. That's on top of a different type of scan to tell if patients have the brain plaque targeted by the drug. Running all those tests could easily approach $10,000 the first year, according to physicians. Insurers will likely require prior approval of those scans, which could delay care. And depending on coverage, patients still might be liable for thousands of dollars annually from the scans and treatments due to deductibles and other out-of-pocket costs." |
| 6/28/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Is Sliding. House Committees Will Investigate Its $56K Alzheimer's Drug. -- Barrons.com | "More material could be upcoming decisions by the Center for Medicare and Medicaid Services, which manages the Medicare program. CMS has some options that could limit access to Aduhelm, though Karnauskas wrote that she expects the decisions 'to be positive for BIIB.'" |
| 6/28/21 | Dow Jones Institutional News | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Wall Street analysts estimate it could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. Medicare normally pays unconditionally for approved medicines. To limit the financial hit from Aduhelm, however, Medicare could restrict access, former U.S. health officials and health-policy experts said. 'Medicare can't afford to treat this as business as usual,' said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach, who supports taking action. CMS has rarely made such a move for a drug before, though it has for other medical products." |
| 6/28/21 | Dow Jones Institutional News (The Wall Street Journal) | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Biogen set the price of the drug at about $56,000 a year, which alarmed many doctors and patients. Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." |
| 6/28/21 | Evercore ISI | HHS advisory council mtg on adu - Jul 19 | "Among many headlines on Biogen's aducanumab of late, here's another one: my colleague Mike Newshel is flagging that HHS has scheduled advisory council mtg on aducanumab. ... However, let me be super clear: this is NOT a MEDCAC meeting (that's going to be the [very] imp[ortan]t one). CMS makes coverage decisions (including National Coverage Decision aka NCD etc.) via a detailed technology assessment including a MEDCAC consultation (Medicare evidence development & coverage adcom)." |
| 6/28/21 | Goldman Sachs | Aduhelm approval could have broad ranging implications across healthcare | "Aduhelm is also unique given it (1) will be used in a population in the US that is predominantly Medicare (80%, much higher than most cancer drugs… Given that Aduhelm will be used in a patient population that is covered predominantly by Medicare (~80%) the next updates that will inform the outlook for the drug will be CMS' guidance/decisions on reimbursement." |
| 6/28/21 | Jefferies | HHS Meeting Will Discuss Aduhelm; These Councils Likely Want It Supported | "An HHS Advisory Council meeting will discuss Aduhelm on July 19 (as part of its quarterly council meetings). Based on our reads, the council is reasonably pro-Alzheimer's and likely to lobby for efforts and plans to increase care and support for AD pts and families and providers. We certainly think they will want to get Aduhelm reimbursed (for the relevant milder pts). We maintain our thesis that CMS will eventually have coverage for Aduhelm in due course....Thus, it seems logical the council will lobby to ensure CMS coverage and help find solutions for Alzheimer's patients (it's a government agency aimed to help Alzheimer's research and care)." |
| 6/28/21 | RBC | Model Tweaks As Input On Aduhelm and WATERFALL Continues To Shape Views | "[Key opinion leader] consult suggesting a 'wild west' for Aduhelm's early launch, consult with a MEDCAC member suggesting an atypical NCD review, FDA review docs revealing the Agency's inner thinking on Aduhelm's ultimate accelerated approval, BIIB/Eisai PR walking back costs and market size while also laying the groundwork for greater CMS/payer engagement" |
| 6/28/21 | The Boston Globe | The wrong way to tackle the scourge of Alzheimer's disease | "The FDA's decision could come at a steep cost to taxpayers. Biogen announced the price of its new drug at a whopping $56,000 a year. If Medicare covers it for the more than million patients who would be eligible to take it, the government program's budget for the drug could exceed the entire budget of NASA. All for a drug not proven to help patients with dementia." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/29/21 | Guggenheim | Biotechnology June BIIB- Our Proprietary Physician Survey Suggests High Awareness for Amyloid- Beta Therapies; KOLS Have a Positive View on LLY's Donanemab | “While the number of patients who have had PET scans or CSF testing to confirm amyloid pathology is expectedly low (~10%; these diagnostics are not part of the AD standard of care), a surprising number were covered by insurance… Our survey results imply that more than 60% of patients already have met this requirement, which should reduce some cost/reimbursement burden.” |
| 6/29/21 | Dow Jones Institutional News | Press Release: Todos Medical Provides End of Second Quarter 2021 Corporate Update | “We believe that payers will require patients to undergo amyloid PET imaging prior to prescribing Aduhelm.” |
| 6/29/21 | Dow Jones Institutional News | Your Health: A Guide to the New Alzheimer's Drug -- WSJ | “Biogen set the price of the drug at about $56,000 a year, which alarmed many doctors and patients. Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA’s decision and will have more information soon.” |
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Cost Imperils Access To Alzheimer's Drug | “The recent approval of a high-price Alzheimer’s drug raises the prospect that the federal Medicare system could threaten to sharply curtail which patients will qualify for a medicine that has limited clinical benefit but is likely to cost billions of dollars in coming years.Biogen Inc. priced the drug Aduhelm at $56,000 a year. Wall Street analysts estimate it could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher... ‘Medicare can’t afford to treat this as business as usual,’ said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. The Centers for Medicare and Medicaid Services, the agency overseeing Medicare, is reviewing Aduhelm’s approval and will have more information soon about its coverage, a spokesman said...Paying for the treatment will largely fall on Medicare, which provides health insurance to people 65 years and older and covers most of the six million Americans with Alzheimer’s...Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center], who supports taking action.” |
| 6/29/21 | The Wall Street Journal | Health & Wellness -- Your Health: A Guide to the New Alzheimer's Drug | “Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA’s decision and will have more information soon.” |
| 6/29/21 | Truist Securities | KOL color on Aduhelm payer agreements; it'll be covered but may take 6 mos for investors to believe | “While we expect NDC decision shortly for CMS coverage of Aduhelm, we spoke with KOL [a key opinion leader]…to understand Aduhelm coverage & reimbursement. However, between [government] headlines, reimbursement uptake and speed, how competition could shift the market, it could take ~6 [months] for investors to get more comfortable with how to model Aduhelm.” |
| 6/29/21 | The Boston Globe | Biogen, the FDA, and a secret meeting | “Members of Congress pounced on Biogen for [Aduhelm]’s $56,000-a-year price, warning that it could bankrupt the Medicare program that administers injected drugs. Two House committees have scheduled investigational hearings, seeking answers from FDA officials about how a drug so disputed came to win approval.” |
| 6/30/21 | Dow Jones Institutional News | Heard on the Street: Biogen's Alzheimer's Drug Still Likely Hit -- WSJ | “Medicare administrators may limit access to certain patients in earlier stages of the disease, but Biogen, and eventually competitors like Lilly, won't have much trouble finding takers.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/30/21 | The Boston Globe | Watchdog group stands behind its negative review of Biogen's now-approved Alzheimer's drug | "Analysts have predicted that Medicare and its enrollees, who pay a share of their prescription drug costs, will spend from $5.8 billion to $29 billion on the drug annually, which could be more than what the federal government spends on some entire agencies. Critics say Medicare won't be able to afford the medicine." |
| 6/30/21 | Truist Securities | HHS's Advisory Council on Alzheimer's meeting on Aduhelm coming up | "From the pipeline catalysts and potential Aduhelm approval in EU/Japan, each of these are risky events including the CMS national coverage determination and yet, it could take some time for investors to get comfortable with all these steps needed for a patient to get on drug. Once they do, we think people could start assigning more value." |
| 7/1/21 | Baird | Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics | "Although CMS is not legally obligated to utilize [the NCD] process, given the high degree of public interest and controversy from outside the typical Medicare ecosystem (such as professional physicians societies), [the KOL] views it as very likely that the NCD process will take place to determine Medicare's coverage status of Aduhelm.... As such, we think that under the seemingly more probable scenario that a MEDCAC occurs, a highly critical review would also be more likely, potentially creating an environment where labeling restrictions occur." |
| 7/2/21 | William Blair | Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed | "We see continued CMS coverage debate as Medicare Administrative Contractors (MACs) attempt to set their own coverage decisions ahead of a National Coverage Determination (NCD), which we expect will be requested by Medicare Advantage providers in the near term." |
| 7/2/21 | UBS | Takeaways from Neurologist with infusion suite call | "Additionally, [a private practice neurologist in the New York City region who owns a clinic with an attached infusion suite] mentioned payers will likely not reimburse amyloid testing, via PET or CSF/lumbar puncture. ... Given the reimbursement infrastructure has yet to be established and to get comfortable with the management of potential toxicities, he will initially dose only a small portion of his patients with Adu[helm] ..." |
| 7/6/21 | UBS | Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript | "Medicare leads the way, and I think the insurance companies, all of them are going to follow the lead of Medicare. And judging from what the FDA did with this expanded label, I think they're going to cover it. I think they're going to cover the cost— not PET—but I assume they're going to cover all MRI imaging and follow-up and monitoring and things like that. ...What we're trying to do and also figure out is how much exposure the insurance companies are going to have to cover the imaging, the punctures, the monitoring, the infusion itself, all of these things that you're talking about. How do you expect reimbursement to work from—where do you think the sources will be? I mean most of this population is Medicare. There's also Medicare Advantage plans that will be covering some of this, but there's also likely to be a carve-out there." |
| 7/6/21 | Bernstein | Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HCa priority; mid-year price increases; VTRS-Teva trial | "[C]overage with 'continued evidence development' (CED) would not be bad. Such policy was suggested for Aduhelm by Tafts group of former CMS/FDA folks in Health Affairs []. The idea is that CMS will establish (with Biogen) a real-life registry for Adu, to demonstrate its efficacy and based on this real-world data will select the right patient group long term. BERN: Although it was billed in some circles as a negative, we think it would be a pretty ideal study for Aducanumab. Biogen needs this data anyway to compete with the other Aβ compounds and to complete the FDA follow-on requirements." Emphasis removed. |
| 7/6/21 | SVB Leerink | Key Takeaways from the SVB Leerink CNS Forum | "Aduhelm could potentially impact healthcare costs for both payers and patients...AD now only accounts for a small fraction of Medicare cost, but Aduhelm may introduce a significant burden to the system...Payers may apply barriers to access to restrict Aduhelm use in a subset of [Alzheimer's disease.]" |

**APPENDIX C**

## Relevant Analyst and Market Commentary
6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/6/21 | UBS | Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript | "I think the insurance companies are going to try to not pay as much as possible, and I think they're going to [overlapping voices] in terms of the pre-diagnosis testing in terms of checking for amyloid. I do not think that they're going to cover PET scans. We don't have experience with them covering PET scans in the past." |
| 7/8/21 | SVB Leerink | New Aduhelm Label Shouldn't Impact Sales | "We don't expect the new Aduhelm label to impact peak sales for this product. Biogen has indicated all along that it will be promoting the use of the product for the population that was part of the clinical studies, i.e., early patients with amyloid. The physicians that we spoke with were only planning on trying the product in these same patients as well. The new label should help narrow the patient population that seeks treatment and make it somewhat easier for physicians to 'say no' to many patients that shouldn't be candidates for usage in the first place. And the new label should help the payers for the same reason." |
| 7/8/21 | Associated Press Newswires | FDA trims use of contentious Alzheimer's drug amid backlash | "Because of its price and broad approval some analysts have worried that Aduhelm could add tens of billions in new expenses to the U.S. health care system, particularly the federal government's Medicare program. Alzheimer's affects about 6 million Americans, the vast majority old enough to qualify for Medicare." |
| 7/8/21 | Baird | Aduhelm Label Update Just Another Reflection of Regulatory Absence | "Biogen announced that FDA approved an updated label for Aduhelm. Notably, the first addition, 'Treatment with ADUHELM should be initiated in patients with mild cognitive impairment or mild dementia stage of disease, the population in which treatment was initiated in clinical trials,' is the key part of the update. Although this offers the appearance of a restriction, we don't think it actually matters. Physicians who abide by evidence-based medicine would likely restrict patients even without this update. Those chasing ASP+6 are likely to prescribe outside of the criteria, even with the updated language. We think any future decision at CMS would likely take into account trial design anyway, and not rely on an FDA label." |
| 7/8/21 | Dow Jones Institutional News | FDA Narrows Suggested Uses for New Alzheimer's Drug | "U.S. health regulators narrowed the prescribing instructions for the first new Alzheimer's drug in nearly two decades, recommending the therapy be given to people with early-stage symptoms of the disease.The change recommends use of the drug, Aduhelm from Biogen Inc., be brought in line with the patients it was studied in. It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it. Biogen disclosed the label change Thursday....Some doctors and health economists criticized the broad approval, warning it could drive up wasteful Medicare spending by prompting sicker patients to take the medicine despite unlikely benefit." |
| 7/8/21 | Dow Jones Institutional News | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Doctors and patients are waiting to see if the [CMS], the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." Emphasis removed. |
| 7/8/21 | Goldman Sachs | Biogen Inc. (BIIB): Thoughts on Aduhelm label update | "Key downside risks: (1) limited reimbursement of Aduhelm, (2) pricing pressure, (3) competition, (4) pipeline setbacks and (5) COVID-19." |
| 7/8/21 | Investor's Business Daily | Biogen Stock Pops Despite New FDA Limits On Alzheimer's Drug Use | "An estimated 6 million Americans have Alzheimer's disease. Many of them are 65 or older, and are covered by the Centers for Medicare and Medicaid Services. At a wholesale acquisition cost of $56,000 for a year of maintenance treatment, critics say Aduhelm could break the health care system. Biogen says it later submitted an update to the FDA-issued label to 'clarify the patient population' that was studied in three tests supporting the approval. That narrows its usage to 1 million to 2 million people. Even if just 1 million Medicare beneficiaries receive Aduhelm, spending on the drug would exceed $57 billion in a single year, the Kaiser Family Foundation said recently. That would top all spending on Part B drugs combined...Further, reimbursement decisions by insurers will weigh on Aduhelm use. " |
| 7/8/21 | SVB Leerink | New Aduhelm Label Shouldn't Impact Sales | "Ultimately, the ramp for this product will be impacted by: (1) the capacity in the system for everything that goes along with using this product (scans, infusion centers, etc.), (2) how fast competition (Lilly's donanemab) gets to market, and (3) the pricing/reimbursement by the payers, which we believe was already (appropriately) going to limit the patient population, and this pricing will also be impacted by this potential competition. " |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/8/21 | The Washington Post | Why we may never know whether the $56,000 Alzheimer's drug actually works | "And the annual $56,000 price tag of the infusion drug, Aduhelm, was decried for potentially adding costs in the tens of billions of dollars to Medicare and Medicaid programs." |
| 7/8/21 | UBS | Aduhelm Infusion Center Expert Call Transcript | "Edie:...And the influx of patients never comes all at once because of just the way the process and everything works, from providers, and reimbursement, and all the delays that you see. So I think that from a staffing standpoint, it seems to be less of a concern than it is as much of a what's the reimbursement going to look like and how because of the type of patient it is and it being an Alzheimer's patient, and knowing that you're likely going to have caregivers involved, just looking more at the care model and the process for some of those things...Kevin: Okay. I have one last one from an investor, and then I'll pass it back to Colin, which is an investor said that he had heard that a consultant had talked about the fact that Medigap Part B drug coverage was being phased out over the next year. Have you heard that, or is that true? [...] Edie: I am not sure if it's true. I have heard that as well. I actually was even looking for something more recently, or last night, actually. I was trying to find more information on that because I had heard that mentioned. I am not sure what is actually going on with that and what the final on that's going to be...[Investor 1]...I wanted to go back and ask around home-based infusion and whether or not the approval of out-of-home puts a little bit more fire under Congress to think more about a permanent Medicare infusion benefit? So anything you're hearing around that would be super helpful. Thank you. [...] Edie: Yes that is a great question. I think it's something that everybody is chomping at the bit for. I wish I had more information to add on that. I'm involved with some of the other organizations and some of the ones who are lobbying specifically, like the National Home Infusion Association, and I know probably about as much as you all know about that. [...] I think if it happens, it will be a game-changer. But until it does, it really does limit what the home infusion providers are going to be able to do just because of losing that reimbursement for the administration piece and the time that it takes for a nurse to be able to go to a home and do all of those things. So not having that reimbursement is going to make it even harder for this to be done in the home setting." |
| 7/8/21 | UBS | Aduhelm label update: narrowed to MCI/Mild AD - the population we/street model into | "We continue to expect Medicare to initiate a national coverage decision (NCD) process which, the outcome (likely in next 3-6 months) of which we expect coverage to be restricted to the MCI/mild AD population - now aligned with the label. Additionally we expect payors to require proof of amyloid (still not in label), either via PET scan or CSF." |
| 7/8/21 | William Blair | Updated Aduhelm Label Clarifies Use in MCI or Mild Patients; Reimbursement Still the Major Pushback on Initial Launch | "The bigger question for investors in the near term is how payers, and ultimately Medicare, will set treatment guidelines, and if the latest label update will allow them to prevent more widespread use (see our note: Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed). Given our low assumptions at this point for penetration into the market opportunity, this update does not change our revenue estimates for Aduhelm at this point. Anecdotal feedback from treating physicians and news stories in the first weeks after approval suggest the initial rollout of Aduhelm is going to be difficult ahead of at least local Medicare coverage decisions, as physicians worry on obtaining reimbursement for both amyloid testing (either CSF or PET scan) and drug costs. " |
| 7/9/21 | Bank of America | FDA head calls for Aduhelm investigation, as pushback continues to grow | "Altogether, these developments suggest to us the agency was likely finding it increasingly difficult to ignore the widespread, vocal, and still ongoing criticism of its decision, which could prompt further concessions by both regulators and the company. Among other major consequences, we could see delays from payers on coverage decisions, including CMS, as they wait for the dust to settle, with potentially greater rationale for restrictive management in the event OIG finds the agency exceeded its bounds. Similarly, OUS regulators could become even more unwilling to follow FDA's lead given the extent of the controversy. " |
| 7/9/21 | Dow Jones Institutional News | Biogen Alzheimer's Drug Will Exceed the $56,000 List Price for Many, Analysis Says | "Biogen Inc.'s new $56,000-a-year Alzheimer's drug could wind up costing thousands of dollars more per patient than the company has said because of quirks in the way the therapy and others like it are packaged and paid for.Medicare and other insurers could wind up paying $61,000 to $62,000 a patient on average depending on the dosages each needs, according to an analysis published online Friday by the journal Health Affairs." |

# APPENDIX C

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/9/21 | Dow Jones Institutional News | FDA Narrows Use Of Alzheimer's Drug -- WSJ | "It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it...The label update could be a positive for Biogen by smoothing the way for Medicare to restrict access to patients matching those in Aduhelm's clinical trials, reducing concerns about too broad of a patient population starting treatment, Morgan Stanley analysts said in a note to clients." |
| 7/9/21 | Dow Jones Institutional News | FDA to Probe Communications Between Staff and Biogen on Alzheimer's Drug | "Analysts project the drug could eventually ring up billions of dollars in yearly sales, largely paid by Medicare, which insures most Alzheimer's patients in the U.S." |
| 7/9/21 | Financial Times (FT.Com) | FDA calls for probe of staff involved in divisive Alzheimer's approval | "[Aduhelm's] steep $56,000-a-year cost has raised questions about its impact on Medicare, the government-funded healthcare programme for seniors that will end up shouldering much of the cost." |
| 7/9/21 | Raymond James | Drug Pricing Quatro – Importation, MFN, Aduhelm, and House Dem Report | "Biogen is taking steps to try to avoid a heavy hand from CMS through coverage with evidence development (CED), but the high price remains a likely source of future battles. … This label change is the result of Biogen filing a supplementary drug application requesting clarification of the treatment population. We believe that this is a strategic move to avoid a CMS NCD decision of coverage with evidence development, which is what we had previously reported as the most likely scenario (see our note here), as this decision could lead to no coverage after the evaluation of real-world data. " |
| 7/9/21 | The Boston Globe | Criticized, FDA curbs Biogen drug's use | "A recent analysis by the news site STAT found that if all 5.8 million Medicare-eligible adults with Alzheimer's took the drug — with a price tag of $56,000 a year for the average patient — it would cost the government $334.5 billion, or nearly half the budget of the entire Department of Defense." |
| 7/9/21 | The San Francisco Chronicle | FDA limits new drug for Alzheimer's | "Medicare and private insurers may use the new label to restrict coverage of the drug, called Aduhelm. That could alleviate the drug's financial burden, particularly on Medicare, which is expected to shoulder the bulk of costs of the treatment, a monthly intravenous infusion. " |
| 7/9/21 | The Washington Post | FDA narrows use of Alzheimer's drug to patients with early-stage disease | "The narrower label means the drug might be offered to 1 million or 2 million Alzheimer's patients, rather than the more than 6 million people with Alzheimer's in the United States, Michael Yee, a biotech analyst for the financial services company Jefferies, said in a note to investors. Yee said the original label led to 'negative attention and confusion on who is best suited to get the drug' and raised questions about whether Medicare and private insurers would reimburse for the medication, which has a list price of $56,000 a patient per year." |
| 7/9/21 | Investor's Business Daily | Biogen Stock Drags on Alzheimer's Players As FDA Requests Review Of Aduhelm Approval | "Further, Biogen is planning to charge $56,000 for a year of maintenance treatment. That cost is well above expectations and could hurt the health care system." |
| 7/10/21 | The Washington Post | Approval of Alzheimer's drug may get IG scrutiny | "The steep price for the drug, which is administered intravenously once a month, has sparked fears that it could jeopardize the financial health of Medicare." |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/12/21 | Baird | CMS NCD Analysis Gets Underway, Timeline Appears Accelerated | "No change to outlook on CMS announcement. CMS announced that it is opening [a] National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer's disease. We expect this analysis will be closely watched, as the outcome of this coverage decision will likely have a significant impact on the uptake of Aduhelm. In anticipation of the announcement, we already hosted a KOL call with an expert in this space, and note that a MEDCAC panel may be the next key catalyst…. [T]he commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inhibitors are unlikely to provide clinical benefit to AD patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." |
| 7/12/21 | Dow Jones Institutional News (Barron's) | FDA Faces Scrutiny Over Drug Approvals --- The green light for Biogen's drug to treat Alzheimer's disease has sparked fierce criticism of the agency. Why it matters to investors | "'In the old days…FDA approval meant the best scientists, the most serious and most concerned about public health, have required the right studies and evaluated them, and it passes muster,' he says. That meant insurers followed the FDA's lead. 'FDA approval rarely was followed by noncoverage.' That has changed for many reasons, including higher prices and a more complicated payer system. In part, though, Bach says it also has to do with the perception of the FDA. He says that now, insurers see approval as the first of several steps. When eteplirsen was approved, insurers balked, and many sought to deny coverage. There is speculation now about whether Medicare will try to do the same with Aduhelm. For investors, that means that approval is no longer an automatic ticket to expected sales. 'There's uncertainty there,' Bach says." |
| 7/12/21 | Bernstein | Biopharma Wkly (07/12/21): Vaccines/infection now correlate; Executive Order tidbits; Gilead PAP in 340B; Lilly KRAS enters p1 | "Aduhelm: the insurers suggest a (favorable) path forward. The industry association (AHIP) letter to CMS suggests: (i) narrowing eligibility to trial population and requiring further trials (coverage with evidence development, CED); (ii) CMS requiring PET/lumber-puncture and MRI and paying for both; (iii) imposing stopping criteria ("e.g., no reduction of amyloid beta plaque, adverse events occur, rapid disease progression"); and (iv) the agency taking on the costs, rather than MA plans, until they can change insurance rates to reflect the added costs (2023). BERN: This seems solidly in line with Biogen's interests. No pricing limitation, covering the testing, and there was never a possibility that patients will be treated forever. The point around narrowing eligibility is already addressed via the label narrowing (write team for AHIP letter)." |
| 7/12/21 | Citi | NCD analysis initiation for Adu in-line with expectations. Timelines also appear quick | "Today CMS announced initiation of national coverage determination analysis for Aduhelm and we note this was expected in our chats with experts.... Along expected lines, the document notes that it would not consider cost of the treatment. Per our experts, cost is always a consideration in the background at CMS but is typically not disclosed publicly. The CMS appears to be asking questions around important endpoints, meaningful degree of benefit, treatment setting, diagnosis and which patients could benefit most from Aduhelm. This is in-line with our expert comments who highlighted potential for CMS narrowing the coverage, though we note that FDA has recently narrowed the label to mild patients, in-line with the clinical trials." |
| 7/12/21 | Credit Suisse | CMS Opens National Coverage Determination Analysis for Alzheimer's Drug Aduhelm | "Per CMS, following the analysis, the agency will post a proposed NCD, which will be open to a second 30-day public comment period. Then, after reviewing all comments received on a proposed determination,<br>CMS will announce its final decision for a national policy – this could range from Medicare coverage of this product type, coverage with evidence development, non-coverage, or deference to the MACs. CMS states that a proposed decision is expected to be posted within six months and a final decision within nine months, implying a proposed decision by mid-January and final decision by mid-April 2022." |
| 7/12/21 | Dow Jones Institutional News | News Highlights: Top Company News of the Day | "Medicare to Review Coverage for New Alzheimer's Drug Aduhelm...The review of Biogen 's drug will include an analysis of published clinical studies and medical society guidelines, as well as two public hearings" |
| 7/12/21 | Dow Jones Institutional News | Medicare to Review Coverage for New Alzheimer's Drug Aduhelm | "Medicare officials are beginning a review of Biogen Inc.'s new Alzheimer's drug to decide whether to standardize coverage of the medicine nationally, a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |

# APPENDIX C

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/12/21 | Guggenheim | July 12, BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates | "The [CMS] announced it is 'initiating a national coverage determination (NCD) analysis….' Although used infrequently (30-35 instances, according to our KOL), our expert had previously noted that Aduhelm is 'ripe for an NCD' due to the controversial clinical and regulatory path that led to accelerated approval last month. …[W]hile this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for [Biogen] as the majority of potential Adu[helm] users are covered by Medicare." |
| 7/12/21 | Jefferies | CMS Review - Another Overhang to Be Resolved; Climbing Wall of Worry | "CMS formally announced an NCD review of Aduhelm, with a 6-9m review for reimbursement decisions. This was mostly expected and positive in our view as it's already underway so clarity can emerge sooner.... Our view is that CMS will reimburse for mild [patients] (or at least through [continued] reimbursement but with CED or coverage [with] evidence development, as data evolves). CMS prev reviewed 'beta amyloid' PET testing and concluded reimbursement OK but w/ CED pending more data (e.g., a new Phase III for PET testing was started by CMS)." |
| 7/12/21 | Reuters News | COLUMN-New Alzheimer's drug clouds outlook for Medicare premiums next year | "Predicting actual costs [of Aduhelm to Medicare] is speculative at this point due to uncertainty about the number of patients Medicare decides should have access to Aduhelm. …Medicare typically covers FDA-approved drugs, but it can conduct its own reviews in order to decide which types of patients should be covered. In the case of Aduhelm, Medicare could limit use to patients in the early stages of Alzheimer's. ...Out-of-pocket costs also would be an issue for enrollees in Medicare Advantage, the privately offered managed care alternative to the traditional program. Most Advantage enrollees are in plans that charge 20% coinsurance for Part B drugs provided in-network, mirroring the traditional program, according to Kaiser - the co-insurance rates can be much higher out of network." |
| 7/12/21 | Reuters News | Reuters US Domestic News Summary | "U.S. starts national Medicare coverage policy review for Biogen's Aduhelm. ...The U.S. government on Monday started a review process for national Medicare coverage of Biogen Inc's Alzheimer's drug, Aduhelm, that was recently approved by the country's health regulator. The Centers for Medicare & Medicaid Services (CMS) expects to give a proposed decision within 6 months and a final decision within 9 months. " |
| 7/12/21 | Reuters News | U.S. starts review for national Medicare coverage policy for Biogen's Aduhelm | "The U.S. government on Monday started a review process for national Medicare coverage of Biogen Inc's Alzheimer's drug, Aduhelm, that was recently approved by the country's health regulator.The Centers for Medicare & Medicaid Services expects to give a proposed decision within 6 months and a final decision within 9 months." |
| 7/12/21 | Reuters News | UPDATE 1-U.S. starts national Medicare coverage policy review for Biogen's Aduhelm | "The Centers for Medicare & Medicaid Services (CMS) expects to give a proposed decision within 6 months and a final decision within 9 months...Aduhelm is priced at $56,000 per year, which could represent significant spending for the government's Medicare program for people aged 65 and older...Currently, coverage for the drug is determined at the local level by Medicare administrative contractors, who represent 12 jurisdictions across the country. CMS' coverage decisions are based on an analysis of the benefits of a given therapy to Medicare beneficiaries." |
| 7/12/21 | Truist Securities | NCD Analysis begins - start of relief for BIIB, in our view. | "CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer's Association. … If CMS did not have an NCD, it would make people more nervous because then Medicare Advantage would not have to reimburse. …A lot of investors have been concerned about opportunity in AD despite approval and we believe that the opening of the NCD is an important step towards reimbursement for Aduhelm." |
| 7/12/21 | Dow Jones Institutional News (The Wall Street Journal) | Medicare to Review Coverage for New Alzheimer's Drug Aduhelm | "[The NCD was] a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/13/21 | Dow Jones Institutional News | Medicare Is Already Deciding Whether to Cover Biogen's Alzheimer's Drug -- Barrons.com | "In one more unusual development in the continuing story of Biogen's newly approved Alzheimer's disease therapy, the federal government has moved surprisingly quickly to consider whether to limit coverage of the drug for Medicaid patients...In a note out late Monday, Jefferies analyst Michael Yee wrote that he expects that CMS will eventually decide to reimburse for coverage of mild Alzheimer's patients, the population for which the drug is now approved." |
| 7/13/21 | Dow Jones Institutional News | North American Morning Briefing: Investors Gear for Inflation Data, Bank Earnings | "Medicare officials are beginning a review of Biogen Inc.'s new Alzheimer's drug to decide whether to standardize coverage of the medicine nationally, a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |
| 7/13/21 | Dow Jones Institutional News | Social Concerns Surround Biogen 's New Alzheimer's Drug -- ESG Insight | "Officials at the federal Medicare system, which would pay for the bulk of the drug's sales in the U.S., are reviewing the drug's approval and its national Medicare and Medicaid coverage." |
| 7/13/21 | Goldman Sachs | Americas Healthcare: Pharmaceuticals: CMS launches Aduhelm NCD | "In our view the details of the scope of the local and national coverage decisions are the next catalysts on the reimbursement front for Aduhelm given ~80% of the target US population is covered by Medicare. …[T]he consultants we previously spoke with discussed that CMS could also require a Coverage with Evidence Development ('CED'), which would be a post-marketing requirement that [Biogen] would need to fulfill in addition to anything required by the FDA (i.e., post-marketing confirmatory trial)." |
| 7/13/21 | Guggenheim | July 13, BIIB Highlights from Our Payer Call: Expert KOL Outlined Two Possible NCD Scenarios for Adu; Eith Way, BIIB Benefits | "[O]ur expert thinks that this NCD is a bit 'unusual' as it is not for a particular drug (Aduhelm in this case) but for the entire beta-amyloid class. [M]ore likely scenario, the public comment period could lead to CMS running a real world study (coverage with evidence development, CED, could take ~2 years to conclude) to determine the efficacy of Aduhelm." |
| 7/13/21 | Mizuho | Alzheimer's Experts Highlight Early Aduhelm Questions, Enthusiasm for Donanemab | "One expert was more supportive of the FDA decision (especially after the label was updated last week) and has ~30 patients ready to begin treatment. However, he was surprised to hear that his institution (Cleveland Clinic) has decided to not add the drug to its formulary. That has left him with trying to find other sites where his patients could potentially receive the drug" |
| 7/13/21 | Morgan Stanley | I Implications Of The NCD Process | "With the generic approach to the NCD, the experts we spoke [to] … thought the most likely outcome is a limiting of the patient population to the clinical trial population. We agree, especially since that seems like the most reasonable outcome if the development of real-world evidence does not occur." |
| 7/13/21 | Reuters News | Reuters Health News Summary | "The U.S. government on Monday started a review process for national Medicare coverage of Biogen Inc's Alzheimer's drug, Aduhelm, that was recently approved by the country's health regulator. The Centers for Medicare & Medicaid Services (CMS) expects to give a proposed decision within 6 months and a final decision within 9 months." |
| 7/13/21 | The Boston Globe | Biogen Alzheimer's drug spurs lawmakers to demand documents | "[T]he Centers for Medicare & Medicaid Services (CMS) said it plans to review whether Medicare will establish a national policy on drugs targeting amyloid for the treatment of Alzheimer's. The review is applicable to Aduhelm, and any future monoclonal antibodies that target amyloid, CMS said in a statement." |
| 7/13/21 | The Boston Globe | This is unprecedented': Several private insurers won't cover Biogen's Alzheimer's drug | "At least half-a-dozen private health insurers in some of the nation's largest states are balking at covering Biogen's controversial drug for Alzheimer's disease, saying it is an experimental and unproven treatment despite being approved by the federal government one month ago." |
| 7/13/21 | The New York Times | Questions Surround New Alzheimer's Drug | "One major unpredictable factor in Aduhelm's future: insurance coverage. Medicare could decide to authorize coverage as 'reasonable and necessary,' to deny or limit it, or to delay a decision...Given the drug's announced price tag, a restrictive Medicare policy could put it beyond reach for most older Americans." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/13/21 | The Wall Street Journal | U.S. News: U.S. Watch | "Medicare officials are beginning a review of Biogen Inc.'s new Alzheimer's drug to decide whether to standardize coverage of the medicine nationally, a widely anticipated step that would allow the government to place limits on who can receive the medicine." |
| 7/13/21 | UBS | Now we have a timeline - CMS initiates NCD process for Aduhelm | "Our payor/DC KOL diligence[sic] suggests denial of coverage is highly unlikely, with 'coverage with appropriateness' seeming like the most likely outcome for Aduhelm. This could restrict coverage of Aduhelm to patients with proof of amyloid (via PET or CSF) - our prior assumption of narrowing of the population to MCI/mild AD patients is no longer necessary following last week's FDA label update." |
| 7/14/21 | SVB Leerink | AD Survey Suggests Slow but Steady Uptake for Aduhelm Launch | "However, the greatest barrier to using Adu in physicians' minds is payer / insurance coverage (due to the drug cost)… Some physicians expressed their concerns about the lack of coverage of PET scans by Medicare as another major barrier to the adoption of Adu in the treatment of AD patients." |
| 7/14/21 | Credit Suisse | Key Takeaways from Our First Expert Call on President Biden's Healthcare Executive Orders | "Regarding the recent approval of Biogen's Alzheimer's drug (Aduhelm), as well as CMS' announcement it is starting a national coverage determination analysis, Mr. Siegal expects a narrowing on Medicare coverage when the decision comes out 9 months from now." |
| 7/14/21 | Guggenheim | Biotechnology July 14, Clarification from BIIB and LLY on Comments Made by Our Expert with Regard to the NCD Process and CED Studies | "Our expert implied that 100% of cost of running of CED trial (a likely scenario as part of the NCD) would be covered by CMS...'It is our belief that CMS does not run CED trials and does notpay for 100% of the cost. Of course, CMS will pay for the drug within the approved CED, but another party (manufacturer, HCP organization, etc.) will fund and run the study. Also, it is our understanding that CMS does not limit NCDs resulting in CED to one study and there is no reason that there could not be multiple CED studies running concurrently under this NCD.' in case of Aduhelm, BIIB or another party will be responsible for the costs of running the CED study, but CMS will still pay for the costs of any required diagnostic testing and drug...This clarification does not change our view that BIIB will benefit from this NCD as Aduhelm costs will be reimbursed for patients willing to enroll in a CED study, which remains a large addressable market." |
| 7/14/21 | Mizuho | Cleveland Clinic Won't Administer Aduhelm ==> Risk to the ~$9Bn Peak Sales Consensus? | "One the questions we had coming out of our panel was why the Cleveland Clinic's P&T committee decided against putting Aduhelm on its formulary, and interestingly the NYT article calls it out pretty clearly that it's based on the data itself (i.e. safety and efficacy), not even financials, which I thought was interesting." |
| 7/14/21 | Mizuho | Cleveland Clinic Won't Administer Aduhelm ==> Risk to the ~$9Bn Peak Sales Consensus? | "The NYT is reporting tonight that the Cleveland Clinic won't administer Aduhelm. This is a point that came out yesterday during our Alzheimer's doc panel (note here). Feedback from investors today on this point was that it was an intriguing tidbit. But in my view, the point hasn't been fully digested by the Street on what it could mean." |
| 7/14/21 | The Boston Globe | Some insurers won't cover Biogen drug | "At least half-a-dozen private health insurers in some of the nation's largest states are balking at covering Biogen's controversial drug for Alzheimer's disease, saying it is an experimental and unproven treatment despite being approved by the federal government one month ago." |
| 7/14/21 | Truist Securities | Woodcock has a quality reputation; IG/Gov't investigations likely won't have Adu impact | "The worst case what can come out of this? The government can weigh into the CMS decision for a National Coverage Decision (NCD) and recommend Medicare NOT pay for the drug." |
| 7/14/21 | SVB Leerink | AD Survey Suggests Slow but Steady Uptake for Aduhelm Launch | "Most physicians don't think Aduhelm should have been approved and plan to restrict its usage primarily to early AD patients with amyloid plaques" |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/15/21 | Guggenheim | July 15, BIIB Readthrough from UnitedHealth Earnings Call: UNH Mgmt Is NOT Guiding for a Very Rapid Decision on Aduhelm Rembursement | "Mgmt emphasized that they need to 'really understand' where CMS stands on all this and 'still a lot of information is needed before making really clear decision.' This is more or less in-line with our thinking as we believed commercial payers would ultimately follow the guidance/coverage policies established by various Medicare plans. We also note that we expect to get a lot more clarity by April 2022 on the national coverage determination (NCD) process (which is good for all amyloid-targeting drugs) that was recently triggered by the CMS." |
| 7/15/21 | RBC | Cleveland and Sinai and ICER, Oh My! | "Near-term Aduhelm access might be 'very limited' per ex-FDA/CMS head... NCD with CED continues to be emphasized, though a useful and realistic design remains challenging, in our view. Recall, we had discussed an NCD with Coverage with Evidence Development (CED) could be a likely path; however, what a CED might look like - and more importantly, what it might mean ultimately for Aduhelm uptake - is currently much more difficult to elucidate." |
| 7/15/21 | Dow Jones Institutional News | UnitedHealth Says It Needs More Information to Decide on Aduhelm -- Market Talk | "UnitedHealth says it needs more information before it can make coverage decisions about Biogen's newly-approved Alzheimer's drug Aduhelm. The company's chief medical officer, Richard Migliori, says it is looking for a coverage ruling from the Medicare agency, and will also focus closely on guidance from medical societies. CEO Andrew Witty says the company has 'a lot more to learn before we can be more definitive.'" |
| 7/15/21 | Guggenheim | July 15, BIIB Readthrough from UnitedHealth Earnings Call: UNH Mgmt Is NOT Guiding for a Very Rapid Decision on Aduhelm Rembursement | "Our expert KOL outlined two possible NCD scenarios for Adu (we expect a coverage with evidence development [CED] study to start in 2H22)and in both cases, we expect BIIB to benefit. " |
| 7/15/21 | Investor's Business Daily | Biogen Stock Dives After Cleveland Clinic, Mount Sinai Ban Alzheimer's Drug Aduhelm | "Biogen stock tumbled Thursday after the Cleveland Clinic and Mount Sinai said they won't administer the company's controversial Alzheimer's drug, Aduhelm...Also this week, the Centers for Medicare and Medicaid Services began the process to determine if it will cover Aduhelm. This process, called a national coverage determination, could limit the number of patients eligible to receive Medicare reimbursement for Aduhelm...Medicare reimbursement will be key. Without it, many patients will be responsible for the drug's $56,000 annual price tag. It's still unclear who will foot the bill for the costly scans to check for beta amyloid in patients' brains. Aduhelm removes the 'sticky' plaque associated with Alzheimer's." |
| 7/15/21 | Jefferies | Q2 EPS Preview and Catalysts: AMGN, BIIB, GILD, MRNA, VRTX, and More | "Ultimately, we think the following will be key for the stock:...commentary and clarity on early sales and scripts actually being reimbursed to docs (but MACs may not have reimbursed much yet through July conf call. The stock needs the OIG and CMS NCD overhangs to pass (no MEDCAC seems likely so far) to help support a strong launch – all possible by Q1:22." |
| 7/15/21 | Mizuho | McClellan (ex-CMS): Adu Access "Pretty Limited at Least Until the 9-Month Period Is Over" | "He noted that Aduhelm access 'is going to be pretty limited at least until the nine-month period is over' and that we are 'not going to see very big numbers in the near term.'… He cited that 'most of the people that could qualify don't have an easy path to this [drug, Aduhelm].' And while local coverage processes are in place right now so that any Medicare administrative contractor can cover, or not, using their own standards, he believes that most local coverage is "saying no" because they themselves are likely waiting for the national decision which is expected to come in April 2022." |
| 7/15/21 | RBC | Cleveland and Sinai and ICER, Oh My! | "Yesterday evening, it was reported that Cleveland Clinic and Mount Sinai - two of the largest hospital systems in the U.S. and both participants in aducanumab's pivotal trials - will not be administering Aduhelm.… we believe a key risk to monitor will be whether these largely publicized positions give other hospitals and systems more reason to follow suit" |

**APPENDIX C**

## Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/15/21 | Reuters News | Biogen Alzheimer's drug hits roadblocks with some hospitals, insurers | "The rollout of Biogen Inc's Alzheimer's drug is hitting new roadblocks as some large hospitals decide not to use it and many health insurers await coverage terms from Medicare, the U.S. health plan for people aged 65 and older, before setting their own policies.Cleveland Clinic, one of the country's best-known health systems, and New York's Mount Sinai Health System on Thursday confirmed they had decided not to carry the new drug, called Aduhelm...Humana, the second largest provider of Medicare Advantage plans, also said it has not finalized coverage for Aduhelm as it awaits guidance from the Centers for Medicare and Medicaid Services (CMS)." |
| 7/15/21 | Reuters News | Reuters Health News Summary | "Biogen Inc's Alzheimer's drug, the first new treatment for the memory-robbing disease in nearly 20 years, hit new barriers on Thursday with some large hospitals declining to use it and health insurers delaying a decision while awaiting coverage terms from Medicare. Cleveland Clinic, one of the country's best-known health systems, and New York's Mount Sinai Health System on Thursday confirmed they had decided not to carry the new drug, called Aduhelm." |
| 7/15/21 | Reuters News | UnitedHealth says needs more information to decide on coverage policy for Biogen's Alzheimer's drug - CEO | "UnitedHealth Group Inc said on Thursday that it is still developing its coverage policy for Biogen Inc.'s Alzheimer's drug Aduhelm, which was recently approved by the U.S. regulator. UnitedHealth said it is awaiting guidance on coverage from the Centers for Medicare and Medicaid Services, which runs the healthcare program for Americans aged over 65. UnitedHealth sells private Medicare Advantage plans...'I think this has some way to go before we get to clarity so I wouldn't guide you to expect very rapid decision making on this,' UNH Chief Executive Officer Andrew Witty said during a conference call with analysts." |
| 7/15/21 | The Boston Globe | Biogen's alzheimer drug gains fade after hospitals balk | "Biogen Inc. shares sank to their lowest in more than a month after two major hospital systems and a group of health insurers said they wouldn't administer its controversial Alzheimer's disease medicine...Investors have yet to hear how Medicare will cover Aduhelm amid concern it's cost could bankrupt the system." |
| 7/15/21 | Truist Securities | Commercial plans not likely to reimburse until NCD — near-term focus on MACs | "Commercial plans not likely to reimburse until NCD – near-term focus on MACs...This is in line with our expectations and our KOL take, indicating that commercial plans are not likely to reimburse until NCD is made by CMS. According to our KOL, the near-term coverage decisions are expected from regional MACs []. These could potentially be more restrictive, but can make early decisions for coverage ahead of CMS's NCD. " |
| 7/16/21 | Dow Jones Institutional News | Health Care Roundup: Market Talk | "UnitedHealth says it needs more information before it can make coverage decisions about Biogen 's newly-approved Alzheimer's drug Aduhelm. The company's chief medical officer, Richard Migliori, says it is looking for a coverage ruling from the Medicare agency, and will also focus closely on guidance from medical societies. CEO Andrew Witty says the company has 'a lot more to learn before we can be more definitive.' The medicine has limited clinical benefit but is likely to cost billions of dollars in coming years, priced at $56,000 a year for each patient." |
| 7/16/21 | Dow Jones Institutional News | Three Large Hospitals Shun Alzheimer's Drug -- WSJ | "The hospitals' moves come as some health insurers also restrict access to the therapy -- unusual pushback against a drug targeting a devastating disease like Alzheimer's that has few effective treatments...'Clinical studies failed to demonstrate the effectiveness of Aduhelm...while documenting significant risks, like brain swelling and bleeding,' said a spokeswoman for Blue Cross and Blue Shield of North Carolina, which won't cover the drug for its commercially insured patients. Federal officials recently began a monthslong review of whether Medicare will cover Aduhelm and under what circumstances. The vast majority of patients expected to get the drug are on Medicare, the federal insurance program for the elderly and disabled." |
| 7/16/21 | Reuters News | Reuters Health News Summary | "Biogen Inc's Alzheimer's drug, the first new treatment for the memory-robbing disease in nearly 20 years, hit new barriers on Thursday with some large hospitals declining to use it and health insurers delaying a decision while awaiting coverage terms from Medicare." |
| 7/16/21 | The Wall Street Journal | Three Large Hospitals Shun Alzheimer's Drug | "Federal officials recently began a monthslong review of whether Medicare will cover Aduhelm and under what circumstances. The vast majority of patients expected to get the drug are on Medicare, the federal insurance program for the elderly and disabled." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/16/21 | UBS | Another bad week for BIIB/Aduhelm sentiment - a lot of negative expectation priced in here | “Additionally, at the ICER/CTAF meeting, Mark McClellan, former FDA Commissioner and CMS administrator, stated he believed most local Medicare Administrative Contractors (MACs) will not reimburse Aduhelm until an NCD has been established. He also stated he believes coverage of Adu will be fairly limited in the next 6-9 [months].” |
| 7/16/21 | UBS | ICER/CTAF Aduhelm meeting takeaways - more negative views from BIIB's shrinking fan club | “Former CMS administrator thinks MACs will balk at covering Adu till NCD. At the policy round table during the ICER/CTAF meeting, former FDA Commissioner and former CMS administrator Mark McClellan noted they expect the local Medicare Administrative Contractors (MACs) will likely push back on covering Aduhelm until an NCD has been issued (see our NCD note). In his opinion, the Medicare coverage of Adu will be 'pretty limited' until the NCD is in place and can instruct local contractors. He also noted new evidence from Aduhelm or the a-beta lowering drugs may emerge during the 6-9 [months] NCD review time.” |
| 7/17/21 | The Economist | Drug prices: Blowing the inheritance | “The cost is high, even for those with health insurance. Patients receive an intravenous infusion every four weeks at about $4,300 each for the average patient, totalling about $56,000 a year. Since dementia tends to hit older people, many patients will qualify for Medicare. The Centres for Medicare and Medicaid Services, the agency in charge of Medicare, has not decided if it will cover Aduhelm nationally yet. A decision is not likely until the spring. Until then, coverage will be determined by each of the 12 local jurisdictions...The high cost of this drug may raise premiums for everyone, says Tricia Neuman of the Kaiser Family Foundation. Ms Neuman and her colleague Juliette Cubanski estimate that if 500,000 Medicare patients receive Aduhelm, that could cost Medicare and its patients $29bn in one year (total Medicare spending for all doctor-administered drugs reached $37bn in 2019). And this estimate is probably conservative. Nearly 2m Medicare patients used an Alzheimer's treatment in 2017, and Biogen, in an investors' presentation, estimated that 1m-2m will use the drug. If 1m patients are treated, the cost could rise to $57bn.” |
| 7/18/21 | Goldman Sachs | Setup for 20 earnings appears better than 10 | “The focus for 2Q will be on updates on reimbursement updates for Aduhelm. Following CMS’ announcement that it will be initiating a process to determine a National Coverage Designation (NCD), we believe that the outcome will be the next key input that shapes the development of the market.” |
| 7/18/21 | Oppenheimer | Key Considerations Ahead of 2Q Results | “We expect BIIB to address several controversies surrounding the Aduhelm launch, including reports of 2 US medical centers refusing to administer Aduhelm, ICER voting unanimously against Aduhelm as a cost-effective treatment, and FDA's selfdirected investigation into the review process.” |
| 7/19/21 | Baird | Alzheimer's Survey Highlights Big Potential and Major Risks to Aduhelm | “Our survey didn't address the payer debate to the same depth as our recent Medicare KOL call, but given the major developments in this realm of late, we think coverage might be the most significant risk factor. Following NCD announcement [], we will be watching closely for news of a potential MEDCAC as a probable negative signal, and major medical centers have announced they won't administer the drug, which we expect gives CMS some support.” |
| 7/19/21 | Jefferies | EU Review Very Active; USA HHS Meeting Today Pushed for Ensuring Access | “At the meeting, the council had some discussion on how an NCD affirm reimbursement would be helpful in reducing variability of region to region reimbursement differences and enable a level playing field to ensure everyone gets appropriate access. This includes a pot[entia]l CED (coverage w/ evidence development) which covers Aduhelm assuming more evidence is still coming (just like how CMS has a CED for PET testing for amyloid beta right now ironically).” |
| 7/19/21 | Baird | Alzheimer's Survey Highlights Big Potential and Major Risks to Aduhelm | “Need for PET/CSF confirmed diagnoses could lead to high out-of-pocket payments. Surveyed physicians noted that only 16% of patients had PET/CSF confirmed diagnoses, and less than a third noted they would prescribe Aduhelm to a patient without confirmed diagnosis. Aduhelm out-of-pocket costs could exceed $10K given Part B coverage, and confirming a diagnosis will pile on additional expenses. Approved PET tracers cost ~$3,000 (not currently Medicare covered due to CED), and the cost of the scan itself is likely an additional ~$1K-2K (scans are $5K-$10K, assuming Part B covered). Given a quarter of Medicare beneficiaries have <$10K in savings, and half have <$85K (page 60), we have a hard time believing many patients will be able to keep up with the cost of Aduhelm.” |

# APPENDIX C

## Relevant Analyst and Market Commentary
6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/19/21 | Bernstein | Biopharma Wkly (07/19/21): Delta is here; drug price debate in infrastructure bill; into BIIB Q; Vraylar starts Anxiety trial | “For Biogen, the question the question is broadening of refusals. We are less concerned about the commercial payers (96% of patients are Medicare) and we would expect MA plans to largely follow the agency's decision. The questions now are (i) how regional CMS contractors will cover Aduhelm until the NCD and (ii) whether the list of providers who do not prescribe Adu materially expands, leading patients to also doubt the drug is worth it. We would watch three providers. First, Wash U, given their importance in the AD community, Kaiser – given their reputation as a public-health-oriented large provider and one of their neurologists was on the ICER panel. Last, Harvard given their broad reputation and home of Kesselheim, who quit the FDA advisory based on this decision.” |
| 7/19/21 | Dow Jones Institutional News | Biogen Is Still a Buy Despite Alzheimer's Drug Concerns, Analyst Says -- Barrons.com | “Despite all the bad news, [Piper Sandler analyst Christopher] Raymond wrote that Aduhelm would stay on the market, and would be 'largely reimbursed' by insurers.” |
| 7/19/21 | Jefferies | EU Review Very Active; USA HHS Meeting Today Pushed for Ensuring Access | “The [Alzheimer's Association] requested BIIB to reduce the price to improve access. We've noted this could be a strategy that could actually be well-received even by investors despite the pot'l reduction in revenue, it might increase visibility and tail - hence positive for the stock - and appease patients, payers, political, etc. It would remove barriers and more importantly relieve the negative press;” |
| 7/19/21 | Piper Sandler | \| Headlines Notwithstanding, Docs Continue to Project Robust Aduhelm Uptake | “While access challenges are likely to continue until CMS’s NCD decision next January provides some degree of clarity, we believe despite the headlines, Aduhelm is setting up to reach blockbuster status next year...Unsurprisingly, physicians’ current view of the Aduhelm market access landscape skews fairly negative at this point as 53% of docs indicate that payers greatly restrict access.” |
| 7/20/21 | Baird | Earnings Preview, Focus Remains Squarely on Aducanumab Controversy | “Notably, immediately following the earnings call, CMS will be hosting the first of two public hearing sessions as part of the National Coverage Determination (NCD) process. We currently anticipate a MEDCAC could be held in early fall, based on the average time from the announcement of NCD to such a panel. If it goes anything like last week's ICER panel, it would have extraordinarily negative implications for sales.” |
| 7/20/21 | Wolfe Research | 2Q21 EPS preview - model changes & updated perspectives | “Aduhelm’s approval has the potential to fundamentally re-shape what BIIB looks like but there are lots of moving parts to this. The near-term controversy with the product, which includes its uptake in the marketplace, is far from settled. The demand is clearly there (at the patient/family level) but will payers and prescribers erect barriers to access? More will be known in the coming weeks/months, but thus far the headlines have not been favorable ones.” |
| 7/21/21 | William Blair | Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved | “CMS has since commenced the National Coverage Determination (NCD) process, with an expected analysis completion date of April 12, 2022, to unify local coverage determinations and set guidelines for requirements on PET scans (which currently are not reimbursed) and disease severity to receive therapy.” |
| 7/21/21 | William Blair | Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved | “Overall, we expect minimal sales for Aduhelm in the second quarter given the approval on June 6 and questions around patient diagnosis and reimbursement, with more focus being placed on the CMS NCD process, number of covered lives, and number of centers currently seeking to treat patients” |
| 7/21/21 | JP Morgan | Post Approval Aduhelm Physician Survey | “Physicians surveyed cited cost & coverage as the most significant barrier to prescribing Aduhelm; a perceived lack of efficacy was also noted. Despite some negative commentary on the safety profile in earlier slides, this was not cited as a significant barrier to access for prescribing Aduhelm (at least relative to the other categories)” |

**APPENDIX C**

## Relevant Analyst and Market Commentary
6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/21/21 | Reuters News | Anthem says COVID-19 costs could rise in coming quarters from variants | "Anthem on Wednesday became the latest large U.S. health insurer after UnitedHealth to say it was still watching out for additional guidance on Biogen Inc's newly approved $56,000 Alzheimer's drug Aduhelm. The U.S. government's Medicare program and private health insurers, which sell Medicare Advantage plans for those over 65 years of age, will be bearing most of the drug's cost and delayed decision on its coverage could slow its uptake by patients." |
| 7/21/21 | Reuters News | Reuters Health News Summary | "U.S. hospitals that were expected to be early adopters of Biogen's Alzheimer's drug have treated only a handful of patients since its early June approval as they wait for the first payments from the government's Medicare program for people aged 65 and older." |
| 7/21/21 | Wedbush Securities | Monthly Institutional Prescription Sales -- June 2021 | "Given the recent publicity on the approval itself and several payers holding off on granting coverage, we continue to anticipate a slower, commercial US ramp." |
| 7/21/21 | William Blair | Second Quarter 2021 Biotechnology Earnings Preview: Sector Trading in Line as Earnings Kicks Off and New Products Approved | "Anecdotal feedback from treating physicians and news stories in the first weeks after approval suggest that the initial rollout of Aduhelm will be difficult ahead of at least local Medicare coverage decisions, as physicians worry about obtaining reimbursement for both amyloid testing (either CSF or PET scan) and drug costs." |
| 7/21/21 | William Blair | Biogen Second-Quarter Quick Take: 35% of Aduhelm Sites Reportedly on Board, Legacy Product Sales Flat Quarter-Over-Quarter | "Ahead of the CMS decision on national coverage determination, a final decision on which is expected to take around nine months, the presentation notes that Biogen expects regional Medicare Advantage Contractors and Medicare Advantage plans to provide coverage, and additional details on utilization during this period will be important. Although only a minority (around 15%) of Alzheimer's patients fall under commercial payer coverage, many state-level Blue Cross Blue Shield plans have labeled the drug as 'experimental' and have denied coverage until further evidence arises and Anthem is continuing to work through an expert review process before announcing a coverage decision, which will likely be heavily guided by local decisions and eventually the NCD decision by CMS." |
| 7/22/21 | Baird | Solid Print, but Aduhelm Remains a Lightning Rod for Controversy | "On their call, Biogen management didn't rule out the potential to receive Coverage with Evidence Development (CED) designation, which would require Medicare patients be enrolled in a clinical trial to secure reimbursement. While management highlighted that the restrictiveness of CED's can vary greatly, ranging from only hundreds of patients in intense studies to broad coverage with additional data collection, we also see other signals that the NCD may end up on the stricter side." |
| 7/22/21 | BTIG | 2Q 2021 Refreshingly Unapologetic Aducanumab Update. Two Additional Catalysts Expected by YE21 | "For reimbursement, CMS recently announced the opening of an NCD analysis to decide if aducanumab will be covered under the universal policy. During the potentially lengthy NCD analysis, some medicare advantage programs have already approved the use of aducanumab." |
| 7/22/21 | Cowen | Q2 Above Expectations As Aduhelm's Launch Begins | "A NCD decision [is] anticipated by April 2022. We expect Medicare to cover Aduhelm with a patient registry and for its launch to return BIIB to growth … The call confirmed our view that Medicare's NCD will be applied to all future monoclonal antibodies for treating Alzheimer's disease. We continue to believe Medicare will provide conditional coverage of Aduhelm in line with the narrowed FDA label with a requirement of a patient registry. ... Payor coverage determinations are ongoing. Though Biogen anticipates that regional Medicares will provide coverage ahead of the NCD, there is a fair amount of confusion as to which patients will be reimbursed, which will likely slow uptake in 2021." |
| 7/22/21 | Dow Jones Institutional News | Biogen Sees Heavy Patient Interest in New Alzheimer's Drug | "Three large hospital systems are refusing to administer Aduhelm, as the agency overseeing Medicare, the insurance program for the elderly and disabled, conducts a review of whether to pay for the drug." |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/22/21 | J.P. Morgan | Biogen: 2Q Snapshot - Quarterly Performance Muted by Aduhelm Noise | “Aduhelm’s national coverage determination (NCD) process is ongoing. Mgmt didn’t provide specifics on timelines other than to say it is being accelerated. What was provided was the 5 potential scenarios that could unfold...1) No coverage decision (however there are no examples of FDA approved drugs having this outcome in the last 15 years); 2) Coverage to indication (i.e. per the approved label); 3) Coverage with restrictions; 4) Coverage with evidence; or 5) leave to the discretion of the [Medicare Administrative Contractor]s.” |
| 7/22/21 | Jefferies | Aduhelm Early But Demand is High, Reimbursement Sorting Out...NT vs LT Thinking | “BIIB had early but helpful incremental commentary around the Aduhelm launch though it won’t change NT views yet. Takeaway is demand is solid although early reimbursement is still working itself out but should be OK ([Medicare Administrative Contractor]s likely paying). This is fine and expected and patients do want the drug, many docs want to offer it, though reimbursement clarity will take time but will come through w[ith] NCD in Jan. Noise around drug doesn’t help but that’s the opportunity.” |
| 7/22/21 | Oppenheimer | Biogen Inc.: 2Q Delivers in the Face of Adversity | “While Aduhelm's 2Q sales of $1.6M are too preliminary to tease out underlying dynamics, a number of questions were raised around current reimbursement at the 325 sites with favorable P&T status and the NCD analysis by CMS. We consider the impact of this process unpredictable based on a wide range of potential scenarios, each having multiple outcomes, and the unprecedented circumstances.” |
| 7/22/21 | Piper Sandler | Biogen Inc. (BIIB): Love the Beat/Raise; Aduhelm Uptake Remains Central Issue | “While we don’t expect the negative headlines to subside anytime soon despite [Biogen]’s arguments today, we continue to expect that Aduhelm will be used and widely reimbursed even ahead of a final CMS NCD decision.” |
| 7/22/21 | RBC Capital Markets | 2Q21: Base Biz Performing Well, Though Clarity On Adu Outlook Slow To Materialize | “We do see potential for relatively broad CMS coverage under a CED that could support an out-year [market opportunity] of $7B in the U.S. (and a low likelihood FDA investigation changes Agency’s defense of approval), though see increasing risks - including reliance on emerging data from other beta-amyloid antibodies, continued center and policymaker backlash, and competitor filings pressuring [market] share assumptions - on the path to getting there.” |
| 7/22/21 | Reuters News | Biogen Alzheimer's drug slow to take off as U.S. Medicare wrestles with coverage | “Other leading institutions, including in Michigan, Florida and Rhode Island, were eager to make the therapy available to patients in the hope it will provide a benefit, but told Reuters this week they are proceeding slowly while Medicare determines how it will cover Aduhelm, initially priced at about $56,000 per year...Tufts and others have called for Medicare to go beyond a national coverage determination and institute a policy known as coverage with evidence development.” |
| 7/22/21 | Reuters News | Biogen says uptake on new Alzheimer's drug slower than expected | “Biogen Inc on Thursday said getting hospitals and clinics to use its new Alzheimer's disease drug Aduhelm and insurers to reimburse it has been slower than it expected, as controversy mounts over the U.S. Food and Drug Administration's approval process for the treatment...Some prominent doctors, hospitals and health insurers have criticized the FDA's approval and said they will not offer the drug, including the Cleveland Clinic and New York's Mount Sinai Health System...Medicare, the government healthcare program for people over age 65, this month launched a nine-month process to formulate standardized national coverage terms for Aduhelm. For now, claims are being handled by Medicare's regional offices. Medicare held its first public hearing on the topic on Thursday. 'The main factor delaying treatment is uncertainty about coverage,' Dr. Stephen Salloway of Brown Medical School and Butler Hospital in Providence, Rhode Island, said during the hearing. 'I'm concerned that patients who may benefit will not have access to treatment during the nine months prior to the NCD (national coverage decision) and may not be eligible for treatment later,' Salloway added.” |
| 7/22/21 | Reuters News | BREAKINGVIEWS-Investors too gloomy over Biogen Alzheimer’s drug | “A few insurers have said they won’t pay. Medicare is studying how to cover the drug and may limit use. ” |
| 7/22/21 | Reuters News | UPDATE 6-Biogen says uptake on new Alzheimer's drug slower than expected | “Biogen Inc on Thursday said getting hospitals and clinics to use its new Alzheimer's disease drug Aduhelm and insurers to reimburse it has been slower than it expected, as controversy mounts over the U.S. Food and Drug Administration's approval process for the treatment.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

## 6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/22/21 | SVB Leerink | Base Business Remains Resilient; Stay Tuned for Adu Launch | “We have heard in the press reports that many sites have chosen not to move forward with the product right now, which is not unexpected, while many still wait for the National Coverage Determination (NCD) decision. However, many regional plans will pay for the drug while they wait for the NCD decision. ... (2) Management expects that Medicare Administrative Contractors (MACs) and Medicare Advantage plans will provide coverage while the NCD analysis by CMS is under way, and it has seen the first cases of Medicare Advantage plans approving pre-authorizations. ... Since the approval of Adu[helm] occurred so recently, management was unable to give additional details on current reimbursement dynamics, additional clarity on P&T reviews, or speculate on the outcome of the NCD process, although it mentioned five possible outcomes for the NCD process: (a) no coverage decision (management asserted that this is more of a theoretical outcome as there are no historical examples of this), (b) coverage to label indication, (c) coverage with restriction (by patient population or limiting ability to write prescriptions to specialists), (d) coverage with evidence development, or (e) coverage at the MACs’ discretion.” |
| 7/22/21 | The Boston Globe | Biogen defends Aduhelm approval process, says 'misinformation' is fueling controversy | “The approval by the US Food and Drug Administration has triggered an extraordinary backlash from some doctors, insurers, and advocates for patients. Aduhelm, which generated conflicting results in two late-stage trials, has a $56,000 annual price tag, and critics have decried the process by which it was approved...Few patients appear to have received the commercial drug, which has generated about $2 million in sales so far. However, the federal Medicare program has only begun its review for coverage of the medicine, which is widely expected to be a blockbuster, defined as sales of $1 billion or more...Nonetheless, many Medicare recipients would rely on secondary private insurance for other costs associated with Aduhelm. Several affiliates of Blue Cross and Blue Shield around the country have said they don't plan to cover the medicine because they consider it 'investigational' or 'experimental' or because 'a clinical benefit has not been established.'” |
| 7/22/21 | Truist Securities | 2Q21 EPS: Lots of Bullish Details on Aduhelm is the Focus | “While we note Medicare Advantage plans are reimbursing, we believe investors need to stay on top of news for NCD coverage for Aduhelm. ... Aduhelm reimbursement commentary from 2Q21 earnings call: BIIB continues to work with payers and patients to ensure access ... On reimbursement - it’s still early days ... ... Coverage decisions will be made by regional [Medicare Administrative Contractor]’s ... On NCD process scenarios: 1. No coverage - no examples of FDA-approved drugs not being covered in last 15 years 2. Coverage to indication or the label 3. Coverage with restrictions - limit prescribing to specific population or specialists 4. Coverage with evidence development 5. [Medicare Administrative Contractor]’s discretion. ... Risks to our rating and price target include FDA removal from market of Aduhelm in [Alzheimer’s Disease].” |
| 7/22/21 | Truist Securities | Positive Comments on BIIB Earnings Call Regarding Aduhelm | “Expect many Medicare Advantage/Commercial plans to reimburse during the NCD.” |
| 7/22/21 | Wedbush Securities | Controversy Sells - Or So We'll Soon Find Out | “Given the breadth of the overall dementia population size, the [NCD] is somewhat anticipated. On the one hand, this will represent an important opportunity to standardize reimbursement coverage as we anticipate commercial payers will likely follow the CMS lead. On the other, we can easily envision the covered indication scope further narrowing versus the recently updated Aduhelm label – one way may be to implement amyloid positivity screening prior to initiation. ... This Coverage with Evidence Development (CED) would allow CMS to collect data directly on how the therapies worked, types of outcomes, etc. and allowed CMS to limit coverage towards patients willing to enter the registry. While this requirement was not ultimately enacted in the final NCD for CAR-T therapies, it would certainly seem applicable to Aduhelm in our view which gained market entry via Accelerated Approval and facilitate getting real-world data on the drug. While controversy keeps the drug front-and-center, we see commercial uptake being constrained as physicians grapple with logistics, reimbursement and access. … While CMS conducts its National Coverage Determination, BIIB anticipates Medicare Administrative Contractors will provide Aduhelm coverage.” |

**APPENDIX C**

# Relevant Analyst and Market Commentary

6/7/21–7/22/21

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/22/21 | William Blair | Aduhelm Waiting for NCD Determination; Prelim Public CMS Hearing Focused on Optimizing Access and Against CED | "Comments during the first of two CMS public listening sessions on NCD, which occurred immediately following the Biogen investor call, were overall positive, in our view.… Biogen does expect the regional Medicare Administrative Contractors (MACs) and Medicare Advantage plans to issue near-term guidance ahead of the NCD, which should reduce physician concerns regarding reimbursement. ... In addition, the vast majority of public speakers indicated serious concerns about CMS granting an NCD under CED since traditionally this has led to concentrating clinical trials around academic hospitals that usually require commercial or MA plan coverage to access and thus could further restrict access to higher socioeconomic groups and away from demographics that have increased risk of AD. Public speakers that were vocally against Aduhelm approval and coverage indicated they would prefer the drug not to receive any coverage then be made widely available to black and Hispanic populations that were poorly represented in the trial and made it clear that "access" and "safe access" were two different terms. Proponents of Aduhelm approval and coverage by CMS for the patient population evaluated in the Aduhelm clinical trials requested a swift decision-making process as access is currently being restricted and patients who may be prime candidates for therapy right now may progress beyond the point of where Aduhelm will be effective if the NCD decision takes longer than anticipated. In the meantime, as local MACs and specific treatment centers continue to make individual determinations including declining to carry the drug at all, equitable access is likely to remain murky, in our view, until the NCD is made." |
| 7/22/21 | Wolfe Research | 2Q21: They Said What? Highlights from Conf Call…and Our Impressions | "Q: NCD process – what are the potential outcomes? BIIB says there are NO examples of FDA-approved drugs not being covered. Can have restrictions that go beyond label. Can also be left up to [Medicare Administrative Contractor]s. When a NCD ruling does finally come, it takes precedence – if it was a negative outcome, BIIB would naturally want to have conversation about that. ... A few centers have indicated will not provide access to Aduhelm (for now?)" |

Source: Analyst Reports; *Factiva*; *X*

**EXHIBIT 1**

# Summary of Event Study Results

## 6/8/21, 6/28/21, and 7/13/21[1]

| Date[2] | Biogen Closing Price | Biogen Prior Day Closing Price | Biogen Return | Market Index Return[3] | Industry Index Return[4] | Biogen Explained Return[5] | Biogen Residual Return[6] | *t*-statistic[7] |
|---|---|---|---|---|---|---|---|---|
| 6/8/21 | $395.37 | $395.85 | -0.12% | 0.18% | 0.28% | 0.48% | -0.60% | -0.21 |
| 6/28/21 | $340.27 | $347.93 | -2.20% | 0.11% | -0.56% | -0.91% | -1.29% | -0.46 |
| 7/13/21 | $351.92 | $349.04 | 0.83% | -0.59% | -0.38% | -0.45% | 1.27% | 0.45 |

Source: *Bloomberg*; *CRSP*; *Capital IQ*; *Factiva*; Complaint; May 2024 Plaintiff Expert Report; Analyst Reports; Earnings and Conference Call Transcripts; Public Press

Note:
[1] Residual returns are generated from a regression model using a rolling estimation window of 252 trading days before each impact date. The model predicts Biogen's stock price return on the impact date based on a regression of Biogen's stock returns on market and industry index returns. Dummy variables are included to control for Biogen's stock returns on the impact dates for alleged misrepresentations, alleged corrective disclosures, and earnings announcements. Dummy variables are also included for "FDA Action Dates," which are defined as "days when it was reported the FDA took action with respect to Aduhelm" in the May 2024 Plaintiff Expert Report. Due to a trading halt for Biogen stock on November 6, 2020, Biogen did not have a closing stock price on November 6, 2020. Therefore, Biogen's stock returns could not be computed for November 6, 2020 and November 9, 2020 (the trading date following November 6, 2020), and those dates are excluded from the estimation window.
[2] The final alleged corrective disclosure occurred after market close on July 12, 2021.
[3] The Market Index is the value-weighted CRSP NYSE/NYSE Market/NASDAQ/Arca Value-Weighted Total Return Market Index.
[4] The Industry Index is an equal-weighted index of companies mentioned as a peer to Biogen by more than half of contributors in reviewed analyst reports from June 7, 2021 to July 22, 2021. These companies are Amgen Inc., Bristol Myers Squibb Company, Eli Lilly and Company, Gilead Sciences, Inc., Regeneron Pharmaceuticals, Inc., Roche Holding AG, and Sage Therapeutics, Inc.
[5] The Biogen Explained Return is the return predicted by the regression model. The impact date is the date of disclosure if the disclosure occurred before market open or during market hours and is the next trading day if the disclosure occurred after market close.
[6] The Biogen Residual Return is equal to the Biogen Return minus the Biogen Explained Return.
[7] None of the residual returns for the three dates presented are statistically significant at the 95% confidence level.

**EXHIBIT 2**

# Event Study Sensitivities

| Model[1] | Control Period: Rolling 252-Trading-Days[2] | Control Period: Fixed 252-Trading-Days Pre-Class[3] | Market Index[4] | Industry Indices: Primary Index[5] | Industry Indices: Primary Index Excl. Eli Lilly and Roche | Industry Indices: Alternative 3-Peer Index[6] | Industry Indices: Nasdaq Biotechnology and Pharmaceutical Indices | Weighting Scheme: Equal-Weighted | Weighting Scheme: Value-Weighted |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | ✔ | | ✔ | ✔ | | | | ✔ | |
| **Alternative Models[1]** | | | | | | | | | |
| 1 | ✔ | | ✔ | | ✔ | | | ✔ | |
| 2 | ✔ | | ✔ | | | ✔ | | ✔ | |
| 3 | ✔ | | ✔ | | | | ✔ | | |
| 4 | ✔ | | ✔ | ✔ | | | | | ✔ |
| 5 | ✔ | | ✔ | | ✔ | | | | ✔ |
| 6 | ✔ | | ✔ | | | ✔ | | | ✔ |
| 7 | | ✔ | ✔ | ✔ | | | | ✔ | |
| 8 | | ✔ | ✔ | | ✔ | | | ✔ | |
| 9 | | ✔ | ✔ | | | ✔ | | ✔ | |
| 10 | | ✔ | ✔ | | | | ✔ | | |
| 11 | | ✔ | ✔ | ✔ | | | | | ✔ |
| 12 | | ✔ | ✔ | | ✔ | | | | ✔ |
| 13 | | ✔ | ✔ | | | ✔ | | | ✔ |

Source: *Bloomberg*; *CRSP*; *Capital IQ*; *Factiva*; Complaint; May 2024 Plaintiff Expert Report; Analyst Reports; Earnings and Conference Call Transcripts; Public Press; SEC Filings

Note:
[1] Dummy variables are included to control for Biogen's stock returns on the impact dates for alleged misrepresentations, alleged corrective disclosures, and earnings announcements. Dummy variables are also included for "FDA Action Dates," which are defined as "days when it was reported the FDA took action with respect to Aduhelm" in the May 2024 Plaintiff Expert Report. Due to a trading halt for Biogen stock on November 6, 2020, Biogen did not have a closing stock price on November 6, 2020. Therefore, Biogen's stock returns could not be computed for November 6, 2020 and November 9, 2020 (the trading date following November 6, 2020), and those dates are excluded from the estimation window.
[2] Regression models are estimated using a rolling estimation period of 252 trading days prior to the impact date.
[3] Regression models are estimated using a fixed estimation period of 252 trading days ending on June 4, 2021, the trading day before the FDA approval of Aduhelm.
[4] All models use the value-weighted CRSP NYSE/NYSE Market/NASDAQ/Arca Value-Weighted Total Return Market Index as the Market Index.
[5] The Primary Index is an index of companies mentioned as a peer to Biogen by more than half of contributors in reviewed analyst reports from June 7, 2021 to July 22, 2021. These companies are Amgen Inc., Bristol Myers Squibb Company, Eli Lilly and Company, Gilead Sciences, Inc., Regeneron Pharmaceuticals, Inc., Roche Holding AG, and Sage Therapeutics, Inc.
[6] The Alternative 3-Peer Index is an index of companies explicitly identified by more than half of analyst contributors as "peers," "competitors," or "collaborators" to Biogen and/or its products in reviewed analyst reports from June 7, 2021 to July 22, 2021. These companies are Eli Lilly and Company, Roche Holding AG, and Sage Therapeutics, Inc.

**EXHIBIT 3**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Baird[1] | Aduhelm Gets Accelerated Approval; Upgrading to Neutral | "On the commercial side of things, we think there will be enormous pushback on reimbursement, given the absence of clinical benefit discussed in the label, the negative [Advisory Committee], the absence of peer-reviewed publication of the studies and the absence of support for the surrogate as a valid biomarker. We believe payers have increasingly felt the need to take on the role of gatekeeper as the FDA standards for approvability continue to slip and, with this decision, are at an all-time low. We also expect substantial public blowback on this FDA decision to further help payers argue against reimbursement." |
| Dow Jones Institutional News (Barron's)[1] | Biogen Stock Gains Before Anticipated FDA Decision -- Barrons.com | "Pricing of the drug is likely to be contentious, and doctors and insurance companies will need to be convinced." |
| Dow Jones Institutional News (Barron's)[1] | Biogen's Alzheimer's Drug Is Approved by the FDA -- Barrons.com | "Questions remain, however, on whether insurers and doctors will be willing to pay for and prescribe the drug, given questions around its efficacy." |
| Health Affairs[1] | Limiting Coverage Based on Efficacy and Safety: A Path Forward for Medicare Regarding the Alzheimer's Treatment Aducanumab | "If the FDA approves aducanumab … all eyes will turn to CMS to launch a Medicare National Coverage Determination (NCD) process for aducanumab, including an independent assessment and evidentiary review. NCDs are the most powerful coverage tool that Medicare has and have generally been reserved for Medicare services that are costly or may be subject to variable local coverage decisions, or where there is a divide in the scientific community regarding efficacy among Medicare beneficiaries. ... Aducanumab meets all three NCD conditions: 1) it is estimated to cost as much as $70,000 per year, but based on the divide of the drug's clinical effectiveness, it would need to be priced between $2,500-$8,300 a year to be cost effective; 2) similarly expensive and controversial therapies have a history of differing local coverage decisions; and 3) the scientific community, as well as FDA's own advisory board, have voiced serious concerns about coverage." |
| Jefferies[1] | 3 Things Interesting For Launch...New Growth Story and Other Tidbits - PT $500 | "That said, launch could be impacted by[] payer pushback given [Aduhelm] was approved on a surrogate marker endpoint (not clinical endpoint) and managed care has not come out [with] any major commentary though our [Managed Care Organization] analyst believes it could impact 2021 a bit but 2022 should be priced into bids already; price is ~$39k/year (gross price) in first titration year and $56k/year maintenance ... and Amyloid screening either with lumbar puncture or [positron emission tomography] scan. There's currently no reimbursement for pre-approval scanning for Medicare Part B and CMS might have to issue a new CPT code to get that reimbursed. Of note - [Biogen] has mentioned multiple times a blood-based Abeta test from C2N diagnostics that may also help over time." Emphasis removed. |
| Jefferies[1] | Adu – Yahoo! Lots of Potential Upside Consistent w/ Our Positive Thesis; BUY | "We also do not know price yet, and this will be another source of debate along [with] payor coverage. We find it unlikely that payors will be extremely rigorous, given the high attention to the drug and widespread impact this has to so many families." |
| Mizuho[1] | $56K WAC Pricing Implies 4-6% US Peak Year Penetration. Plausible? Don't Ignore History | "Where I take greater issue here though and where I believe we need to monitor consensus (which is at ~$10Bn) is we are talking about a massive [total addressable market]. This is a lot of pressure on the payor system, and despite this being a clean label, payors can look to the actual data (i.e. the clinical benefit) to make this difficult for doctors and patients alike (e.g. prior authorization, monitoring compliance as super compliance and steady state dosing was needed in patients for the drug to potentially have its intended benefit)." |

**EXHIBIT 3**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Oppenheimer[1] | Introducing Aduhelm | "Although the FDA does not typically weigh in on the economics of drug approvals, the cost burden of Aduhelm approval has been raised as a potential concern. The details of pricing and reimbursement would be largely left up to [Biogen] and payors[.]" |
| RBC Capital Markets[1] | BIIB: FDA Threads Needle, Approving Adu On Conditional Basis But With Broad, Favorable Label, Major Win For BIIB | "We have expected [Aduhelm] reimbursement access to be mixed[], and the nature of the accelerated approval could provide payers some cover to limit coverage." |
| Reuters News[1] | EXPLAINER-What Does FDA Approval of Biogen's Alzheimer's Drug Mean for Patients? | "Cigna Corp, a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease." |
| Reuters News[1] | U.S. Approval of Biogen Alzheimer's Drug Sends Shares Soaring, Hailed as 'Big Day' for Patients | "Still, most insurers are likely to limit their coverage of the drug to the type of patients who participated in the trial, said Steve Miller, chief clinical officer at health insurer Cigna Corp. He estimated that 85% to 90% of U.S. patients eligible for the drug are covered by Medicare. 'I would be very surprised if any payer, including Medicare, made it available for a broader population than the study population,' Miller said." |
| Stifel[1] | BIIB--More Thoughts on Approval, Label and Pricing, and Implications for the Biotech Sector/CNS (Mostly Good But Not Necessarily All Good) | "While our model is under review ahead of the [Biogen] call tomorrow morning, pricing, even with a great label, points to a more narrow market share than we expected, and probably a more contentious coverage fight with payors, but on balance we still expect [Wall] Street sales estimates for [Aduhelm] to go much higher.... [O]ur one concern here comes around the Aducanumab annual cost, and whether at $56K/year (we were at $10k) the sticker shock could further invigorate scrutiny on drug pricing. ... [W]e assume [Biogen] did lots of payor work pre-approval...." Emphasis removed. |
| SVB Leerink[1] | Key Takeaways from the Aducanumab KOL Pulse Call | "[The key opinion leader] expects payers and physicians will set their own restrictions for a subpopulation of patients and the uptake will be slow and depend on center infusion capacity and payer access ... [The key opinion leader] expects reimbursement to be difficult and this may impact the ramp.[] Regarding payer restrictions: The high cost of [Aduhelm] combined with lack of guidance surrounding patient types on the label will probably cause payers to set their own restrictions and guidelines to narrow down eligible patients, which may deter physicians from prescribing, depending on how cumbersome the restrictions are to navigate." Emphasis removed. |
| UBS[1] | Biogen Inc Aducanumab Approved via Accelerated Pathway with BROAD Label - Near-Best Case Scenario | "Aduhelms label places zero restrictions on the indicated population, opening up treatment to the ~6 [million] Alzheimer's patients in the US (though we expect payers will restrict patients to the population evaluated in the Phase 2 trials (mild [Alzheimer's Disease] with MMSE 24-30). No [positron emission tomography]-scan proof of amyloid is required (was entry criterion in P3)." |
| Wolfe Research[1] | Alzheimer's Disease: BIIB, LLY, ROG: Aducanumab Approved, BROAD Ramifications – See Out Category Forecasts Here | "As the main payer here will be Medicare, it is very conceivable that CMS may initiate a National Coverage Determination (NCD) process." |

**EXHIBIT 3**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Bank of America[2] | Shifting Alzheimer's Regulatory Standards Presenting New Challenges; Call TODAY | "Several [key opinion leaders] were also concerned by the price point ($56k/yr gross), questioning what access would look like with payers now justified [in] restricting access given regulators had, in a sense, conceded there may not be clinical benefit." |
| Citi[2] | Upgrading BIIB to Neutral. What's Next for BIIB and Alzheimer's Space? | "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget cannot be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with $800B annual [M]edicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation." |
| Dow Jones Institutional News (Barron's)[2] | The $56,000 Price of Biogen's Alzheimer's Drug Could Backfire on Industry -- Barrons.com | "In the hours after the [pricing] announcement … Citi Research analyst Mohit Bansal issued a similar warning early Tuesday: 'At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on Medicare budget cannot be ignored,' he wrote. 'Medicare may not have much choice but to find a way to restrict use in this situation. This could potentially spark the drug pricing debate again in the remainder of the year.'" |
| The Boston Globe[3] | Drug Could Bring Record Windfall | "The Centers for Medicare and Medicaid Services could step in where the FDA deferred, setting a policy that would restrict which Alzheimer's patients would be eligible for Aduhelm." |
| William Blair[3] | Impossible to Deny the Market Opportunity for Aduhelm; Upgrading Rating to Outperform | "Risks to our upgrade likely stem from headline risk on the cost of the therapy and the small potential of a negative Medicare national coverage determination (NCD), which we view as unlikely given the unmet medical need and patient advocacy. … It remains to be seen how Medicare plans will handle the price and bolus of patients, and we have therefore kept our penetration rates low ahead of additional details." |
| Bank of America[4] | Takeaways from Biogen's Aduhelm Call | "Critically however Biogen was more vague on the expected out-of-pocket expense for patients, which could become a barrier for many covered by Medicare. In addition, KOLs (key opinion leaders) we spoke with felt payers would use the hefty $56k/yr price tag (~$41k/yr the first year due to dose titration) to justify major restrictions." |
| Bernstein[4] | Biogen: A Few Useful Numbers on Aduhelm's Likely Payer Dynamics | "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions could be divergent[] – both conditions are clearly met for Aduhelm. … [F]or Aduhelm[,] CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive PET. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch." |
| Citi[4] | Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry? | "[T]he price-tag does not indicate that payers were given much consideration. Given the [total addressable market] size of ~$85[ billion] in the US alone and >80% of this being [M]edicare, it creates an existential question for the program considering total [M]edicare Part-B spending in 2019 was only ~$37[ billion]. The industry has just started breathing easy from the last drug pricing debate but we suspect the industry could get right back into it again as we expect this debate to only intensify from here. As we have seen before with PCSK9s, payers can effectively create roadblocks if they are determined. ... [O]ur healthcare services analyst … expects CMS to establish a national coverage decision (NCD) shortly…. [He] expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." Emphasis removed. |

**EXHIBIT 3**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Cowen[4] | Medicare Likely to Cover Aducanumab, NCD Possible; Ups Chance of Part B Demos | "While the Centers for Medicare & Medicaid Services (CMS) may soon open a National Coverage Determination (NCD) on aducanumab, we expect the end result will be coverage in line with the FDA label with perhaps some additional patient and provider requirements. ... [P]harmaceuticals are increasingly triggering the NCD process as they become more costly and complex, with CAR-T therapy and Dendreon's Provenge being a few recent examples. ... Medicare's NCD process itself is a nine-month process that can stretch to 12 months if CMS holds a Medicare Evidence Development and Coverage Advisory Committee (MEDCAC) meeting." Emphasis removed. |
| Cowen[4] | Biogen Discusses Plans for Aduhelm's Launch | "[Biogen] estimates 900 sites will be ready to implement Aduhelm shortly, with 80% of the addressable market reimbursed by Medicare. ... In our opinion, the key risks to its commercial success are therefore reimbursement access and the logistics of initiating therapy. ... On reimbursement, [Biogen] expects 80% of patients to be reimbursed via Medicare. Patients with Medicare Fee-For-Service will be covered at launch, while Medicare Advantage plans are expected to define their medical policies within the first several months." |
| Dow Jones Institutional News (MarketWatch)[4] | Biogen Expects Its $56,000 Alzheimer's Drug To Be Covered By Medicare For 'most' Patients – MarketWatch | "Shares [of] Biogen Inc. (BIIB) pulled back 1.4% in afternoon trading Tuesday, in the wake of the company's conference call with analysts following the approval of Aduhelm by the Food and Drug Administration to treat Alzheimer's disease. The decline comes a day after the stock skyrocketed 38.3% on the approval[]. ... Chief Executive Michel Vounatsos said on the call that while wholesale acquisition cost of Aduhelm, with shipping expected to be started in two weeks, was priced at $56,000 per year for an average patient, he expects dose titration to result in an average [wholesale acquisition cost] of about $41,000 for an average patient. Vounatsos also said that since the 'vast majority' of Alzheimer's patients are at least 65 years old, he expects 'most' patients to be covered by Medicare, either through fee for service or Medicare Advantage. BofA Securities analyst Geoff Meacham upgraded Biogen to neutral from underperform, and boosted his price target by 70% to $400, but said he suspects 'Aduhelm is likely to disappoint commercially given confusion over the benefit -- and payer pushback -- and we suspect the number of treated patients could easily fall short' of consensus forecasts. Stifel Nicolaus's Paul Matteis said the 'high price is sure to draw scrutiny from payors,' particularly given Aduhelm's broad label, which could narrow use." |
| Financial Times (FT.Com)[4] | Biogen/Alzheimer's: The High Cost of Hope | "Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| Guggenheim[4] | BIIB - With Aduhelm Approved Broadly for Alzheimer's, BIIB Looks Poised to Make Billions; Investor Focus Shifting to Launch/Payer Dynamics; PT to $455 | "We spoke with an expert in insurance payer dynamics, and she emphasized that PET scans to confirm or diagnose amyloid pathology are not considered the current standard of care for treating [Alzheimer's disease]. Because the label specifies that the drug activity is meant to reduce amyloid plaques, patients will likely need a confirmatory PET scan to receive a prescription, which will not be covered by Medicare (as it's not part of normal treatment). [Biogen] noted that patients will likely need either PET or CSF markers (requiring a spinal tap) to become a candidate for the drug, and we believe this might create a bottleneck to getting patients on drug." |
| Jefferies[4] | Spoke to Mgmt, 3 Follow-Up Thoughts – Nicely Dampening Expectations | "We are not overly concerned [with] all the noise around $56k gross pricing ($39k first year due to lower dose) and believe Medicare and payor coverage will fall into place for the core population of [mild cognitive impairment patients] etc. ... We expect some appropriate 'public' pushback from payors regarding the broad label but they will reimburse Aduhelm for patients that are similar to the Phase III study population (1-2M [mild cognitive impairment]/mild patients per [Biogen]). … The [company] confirmed per the FDA label, there's no language regarding mandatory amyloid testing, which isn't typically done and there's no formal reimbursed test (they are advocating to get it covered)." |

**EXHIBIT 3**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

6/7/21–6/8/21

| Source | Headline | Commentary |
|---|---|---|
| Piper Sandler[4] | More Commercial Questions Than Answers After Aduhelm Investor Call | "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. ... [I]n fact, there is a decent body of precedent where [CMS and FDA] have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD[]. Per previous guidance, this could allow CMS to implement a CED[] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely." |
| Wedbush Securities[4] | If You Build It, Will They Come? We're Still Skeptical | "[T]he $56,000 annual [wholesale acquisition cost] price is consistent with our pre-approval assumption but given the absence of a tangible, clinical benefit, we anticipate payers will become the 'gatekeepers'. ... [Biogen]'s pricing strategy represents a challenge for the space and we foresee more headwinds to come. … Simply put, we cannot envision a launch without payer-level restrictions and await more color on how these unfold." |

Source: Analyst Reports; *Factiva*

Note:
[1] Report was issued on June 7, 2021.
[2] Report was issued on June 8, 2021, prior to 8:00 AM ET. Timing was determined based on either the timestamps (if available) or the contents of analyst reports and public press articles.
[3] Report was issued on June 8, 2021, but the timing is unknown.
[4] Report was issued on June 8, 2021, after 9:30 AM ET. Timing was determined based on either the timestamps (if available) or the contents of analyst reports and public press articles.

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/9/21 | Financial Times | Biogen/Alzheimer's: the high cost of hope | "But markets may presume too much. For starters, doctors may hesitate to prescribe the drug until further proof of its effectiveness appears. Expect payer pushback on the cost too. The high price point probably will reinvigorate a national debate over drug pricing and even encourage the government to take action." |
| 6/9/21 | Guggenheim | BIIB - We Briefly Caught Up With Mgmt - Payer Dynamics Are Complex, But Verifying Amyloid Pathology (And Paying For It) Creates A Hurdle | "While officially at the discretion of the prescribing physician, we believe (and [Biogen] commentary agrees) that both private and public payers will require the verification of amyloid pathology (via PET or CSF draw) prior to drug administration. … Medicare doesn't reimburse PET scans (our checks suggest they cost ~$4-5[ thousand]) for this purpose and, … this will create a bottleneck to getting patients on drug unless the company can find a way to subsidize the diagnostic costs for patients. At this point, [Biogen] is not able to directly pay for PET. … Medicare fee for service patients … will be eligible for reimbursement right away, and Medicare Advantage patients … have out of pocket maximums or dual coverage … with Medicaid to abate drug costs. The key here is that once CMS comes out with national policy on Aduhelm, others will follow. We note that plans cannot negotiate on the price but have many tools to manage the adoption of the drug." |
| 6/9/21 | Stifel | BIIB Clinician/Payor Call: Thinking Through Aducanumab Demand, Uptake and Reimbursement Logistics With Three KOLs | "[We spoke to a Payor Consultant,] Dr. Pezalla [, who] highlighted what to expect for commercial insurance and Medicare, the latter of which is most important. Ultimately, he anticipates [Aduhelm] to be covered for the ENGAGE/EMERGE population, though in his view, the sheer budget impact for Medicare could lead them to convene a 'MEDCAC' for a National Coverage Decision for discussion (though interestingly, [Biogen] isn't certain there will be a formal NCD) ... Dr. Pezalla believes that Medicare will likely cover the drug per trial population (early/mild [Alzheimer's disease], perhaps with a positive PET requirement), though he also noted that they could hold their own version of an Advisory Committee (a 'MEDCAC' ) to discuss coverage and anything[sic] considerations related to it. But there is a pretty small chance in his mind that coverage ends up being rejected; he couldn't think of any relevant/concerning precedent here. ... Dr. Pezalla does expect out-of-pocket cost to be a factor. He estimates that ~30% of part B beneficiaries have supplemental insurance … which would limit out-of-pocket cost substantially, but for the rest, unless they are dual eligibles ... coinsurance costs could be significant (say ~$10[ thousand]). ... Moreover, he sees supplemental insurance as being phased out over time, albeit slowly." Emphasis removed. |
| 6/10/21 | Associated Press Newswires | Medicare copays for new Alzheimer's drug could reach $11,500 | "Medicare has a review process known as a National Coverage Determination to evaluate new treatments that could have far-reaching implications for the program. Officials have not yet said how the program will proceed with Aduhelm. It's possible Medicare could set conditions for covering the drug, based on clinical effectiveness." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/10/21 | Raymond James | CMS Options for Biogen's Aduhelm | "The [Medicare Administrative Contractor]'s decisions will likely be variable patient-to-patient and region-to-region. … If CMS opens a NCD quickly, [Medicare Administrative Contractors] could choose not to cover the drug. ... Local Coverage Decisions can include coverage, denial of coverage, or any numbers of limitations on which patients can be covered and which ones cannot be covered. ... this could prove difficult for Biogen or patient groups to challenge, because it might mean CMS decides not to cover at all. ... We believe LCDs will be hesitant to cover this for the entire patient population and will try to restrict which claims to pay ... National Coverage Decision (NCD) involves process by which anyone can ask CMS to go through a public notice and comment process regarding whether it will cover something on the basis that it is 'reasonable and necessary.' ... CMS issues NCDs when uncertainty and potentially inconsistent coverage decisions take place. In our view, it is likely that providers will request such decision – both because it may mean that they would not have to cover the drug and that, if they do, it would be paid for by fee for-service for at least a year." |
| 6/10/21 | SVB Leerink | Aduhelm Gives Biogen Its Groove Back | "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement." |
| 6/10/21 | The Boston Globe | What's next for the new Alzheimer's drug? Lots of thorny issues ahead | "But it's possible some restrictions will be put in place that will slow access, industry experts said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete. Theoretically, CMS could determine that Aduhelm is not medically necessary. More likely is that the agency would restrict which patients will receive the drug or require that only those willing to participate in research studies receive it.... [Thomas] Barker[, cochair of the health care practice at the Foley Hoag law firm and former general counsel for CMS,] thinks it's likely that CMS will pursue a National Coverage Determination, and the decisions that result would be copied by private insurers. ... Medicare has no limit on out-of-pocket payments, and will cover only 80 percent of the $56,000 cost, leaving patients with bills in excess of $10,000 a year, [Dr. Steven D.] Pearson[, president of the Institute for Clinical and Economic Review,] said. While many people have supplemental insurance to pick up some of those copays, that just means further inequities for those who can't afford such coverage, he said. Plus there will be copays on the [positron emission tomography] scans and MRIs, he added." |
| 6/10/21 | UBS | Like it or not, Aduhelm is going to get used - Upgrading to Buy post doc checks | "On pricing, we expect headline noise to create volatility and ultimately see coverage likely narrowed to align with the Ph[ase] 3 trial population (mild [Alzheimer's disease patients] with [positron emission tomography/cerebrospinal fluid] proven amyloid). … As we stated, we expect significant payor pushback - on this front, more restrictive coverage decisions could negatively impact uptake, as could burdensome out of pocket costs." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/11/21 | Baird | Weekly Recap - Very Ready for This Week to Be Over | "Here we note that the Medicare reimbursement process (a potential MEDCAC meeting, and dynamics surrounding a National Coverage Determination (NCD) and the potential for Coverage with Evidence Development (CED)) ... will all be key factors to watch as we look to get a grasp on what the sales trajectory will look like here for a product with patient demand that could rival the Hep[atitis] C launches." |
| 6/11/21 | Dow Jones Institutional News (Barron's) | Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/11/21 | Los Angeles Times | Alzheimer's drug would hike costs; Aduhelm, approved by the FDA this week, would raise Medicare premiums, report says. | "Medicare ha[d] not made a determination on covering Aduhelm…." |
| 6/11/21 | The Boston Globe | What families dealing with Alzheimer's should know about the newly approved drug | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |
| 6/12/21 | Associated Press Newswires | Georgia families hope Alzheimer's drug helps loved ones | "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years." |
| 6/12/21 | Jefferies | Alzheimer's KOL: Sees Plenty of Patient Demand, Logistics Can Be Sorted Out | "Other logistics such as vendor purchasing of drug/[positron emission tomography] ligand will need to be worked out. Medicare will likely pay for [positron emission tomography]/radioligand which can cost $5000-6000 per patient (co-pay will be in the hundreds), although coverage for younger patients remains uncertain." |
| 6/13/21 | Los Angeles Times | PERSPECTIVES; Dismay over hasty OK of Alzheimer's drug | "If 1 million patients receive the treatment, the overall cost could exceed $50 billion. That might be cost-effective if Aduhelm materially improved the outcomes for patients, but the clinical evidence for that result is questionable. Medicare patients pay about 20% of the cost of their drugs, with no cap, so some of the burden of Aduhelm's price will fall on them. It's possible, even likely, that insurers and other payers will try to moderate the financial impact of the drug by excluding some categories of Alzheimer's patients from the treatment." |
| 6/14/21 | Dow Jones Institutional News (Barron's) | Door Opens Wide for Alzheimer's Treatments --- Biogen's drug wins FDA approval, and signs look good for Eli Lilly and others with drugs in development. How big can this market get? | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/14/21 | Bernstein | Biopharma Wkly (06/14/21): TRx pickup suggest strong pharma 20; Aduhelm wrap-up & LLY price update; LNP Myocarditis? | "The NCD process may weigh on the stock but less likely to slow adoption. We upgraded [Biogen] on Friday after[] observing that even if the update of Aduhelm is limited to the 'as tested' population, adoption would justify our target price; and[] eliciting DC contacts' views who believed any policy action restricting the drug's would be delayed until adoption is observed." Emphasis removed. |
| 6/14/21 | Guggenheim | June 14, BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But No Clear Who Pays and How Quickly | "Our key takeaways are: (1) ultimately, our experts agree that Medicare will cover the cost of the drug and Medicare Advantage and commercial payors will follow, (2) the simplest way for this to happen is for CMS to issue a national coverage determination, which would include their guidance on what an eligible patient is - this could take 6-9 months, (3) the key controversy remains the reimbursement for clinical testing ([positron emission tomography] scan, [cerebrospinal fluid]) to confirm amyloid pathology (not currently covered by Medicare) which will likely be necessary for reimbursement, (4) our experts are split on whether Medicare will ultimately cover the cost of the [positron emission tomography] scan or [cerebrospinal fluid] testing and whether (and how) [Biogen] could pay for it to ensure patients can get on drug (payers pay to diagnostic tests in cancer, so should also pay for [Alzheimer's disease]). ... However, our conversations with multiple experts have had made it clear that pressure will be put on Medicare Advantage to eventually cover Adu[helm] (most [P]art B drugs like Adu[helm] are reimbursed through Medicare Advantage)." Emphasis removed. |
| 6/14/21 | The Boston Globe | New Alzheimer's drug presents challenge to families | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |
| 6/14/21 | UBS | DC Perspective on Aduhelm Approval | "Thornhill anticipates a range of possibilities from an NCD (Thornhill characterized as likely and already garnering support) to a potential 'demo project' that would include future Alzheimer's new drug approvals. Thornhill did not rule out the potential for CMS to solicit Congressional involvement given the limitations within the current Part B program to regulate pricing. A formal NCD process (which could take up to a year) would put more 'burden of proof' on Aduhelm proving improvement in health outcomes (survival, disease progression, quality of life) over and above what was evaluated in the FDA decision making process. Even within an NCD however, Thornhill acknowledged the process could be open-ended with potential for accompanying registries (as was the draft for CAR-T) and/or approval only within a very specific criteria." |
| 6/15/21 | Baird | Don't Go Chasing WATERFALLS | "Wait and see for Aduhelm uptake. Although we are still skeptical surrounding the data which was used to justify the Aduhelm accelerated approval, the commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inibitors are unlikely to provide clinical benefit to [Alzheimer's disease] patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." Emphasis removed. |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/16/21 | Jefferies | Tau Alzheimer's Not Relevant For Now, Adu Launch Started Already Today... | "This result may have some negative inevitable headlines but obviously this doesn't change the Bull thesis around a focus on what is most important: developments for Aduhelm specifically on[] reimbursement clarity, and[] steady progress on launch. We note media reported at least one patient was treated in the commercial setting today [with] Aduhelm (though [Biogen] had said commercial drug would start shipping in a couple of weeks so this seems quick...) and expectations are for Medicare to reimburse while an NCD review is likely to be requested and progress over the next 9 months. ... Upcoming Aduhelm dynamics to be aware of: (1) EU [Committee for Medicinal Products for Human Use] decision could be coming in coming months, (2) expect a Medicare NCD review to be opened which could take 9 months (small risk of MEDCAC panel called), (3) progress on commercial launch [with] steady rise in patients getting on drug and quarterly sales results." |
| 6/16/21 | Reuters News | First patient receives controversial Biogen Alzheimer's drug | "Cigna Corp Chief Clinical Officer Steve Miller said he expects Cigna, as well as other health insurers and Medicare, will only agree to cover the drug for patients with early Alzheimer's. ... In addition to [Aduhelm] costs, patients must have tests to diagnose Alzheimer's such as a brain scan, which is not covered by Medicare, or tests using spinal fluid." |
| 6/17/21 | Bank of America | Prescriber survey: payers to fill Aduhelm treatment gaps, dictatingopportunity | "…[P]ayer restrictions and out of pocket (OOP) expenses (averaging about $9-11k/ year) will be the biggest barriers to treatment…." |
| 6/17/21 | Citi | Expert call points to tough road for Aducanumab until an NCD | "We hosted a CMS expert[] this AM and the most interesting point he made was that Aducanumab may not get reimbursed in a big way by Medicare until there is an NCD (national coverage determination), which could potentially take 9-12 months. This is critical as Medicare makes up for ~85%+ Alzheimer's patient population. This is because prior to NCDs, the local MACs (Medicare administrative contractor) have to take a local coverage determination (LCD) and they may decide to not cover it given[] it is a big decision for a local determination with no prior precedence[ and] the benefit of the drug is controversial. The expert thinks the chances of an NCD rejecting this drug outright are very slim but the process to get there could take time. … The expert thinks an NCD is highly likely given the costs involved and the controversial data. … [He] thinks that chances of a blanket approval or blanket denial both are slim. However, he does expect CMS to narrow the eligible patient population via some level of prior auth[orization] requirement." |
| 6/18/21 | Citi | Replay and Transcript for Our Aducanumab Medicare Call | "Given again the scope and the complexities and the controversies around the FDA approval, I[, Michael Adelberg, payer key opinion leader,] think that this will likely take longer than NCD decisions usually take. ... In general, historically CMS tends to follow the lead of the FDA. It's uncommon when that doesn't happen. So the fact that the FDA has approved in my mind makes it unlikely [that CMS would not cover Aduhelm]. ... In my mind, it's unlikely that CMS would outright deny approval. I do think that there is a scenario there, could they potentially punt? Maybe[.]" |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/18/21 | Raymond James | Aduhelm - Deep Dive into Historical NCDs and MEDCAC's Role | "Last week, we discussed how FDA's controversial approval of Biogen's Aduhelm, a hefty-priced drug intended to treat Alzheimer's, poses challenging coverage decisions that CMS must navigate in our note, CMS Options for Biogen's Aduhelm. This week, we outline medical coverage precedents to keep in mind as we watch for a potential national coverage determination by CMS to create a uniform federal approach to reimbursing for the $56K medication." |
| 6/18/21 | The Washington Post | Furor grows over FDA's approval of Alzheimer's drug | "Much of the [Aduhelm approval] debate centers on the FDA's surprise decision to approve a broad label for the treatment, which theoretically means any of the more than 6 million people with Alzheimer's could receive it. As a practical matter, doctors and insurers will be left to decide whether to restrict the drug to the population studied in the clinical trials - people with mild cognitive impairment and early dementia, both caused by Alzheimer's. That's a job many physicians and insurers are unhappy to be stuck with, saying more FDA guidance is needed. ... Cigna and many academic medical centers have signaled they are likely to limit the drug to early-stage patients. ... CMS Administrator Chiquita Brooks-LaSure declined to tell reporters recently how the agency will handle the drug. Some health experts are calling for Medicare to develop a national coverage determination - a process that could take months or longer - that would limit coverage to early-stage patients. Such a decision also could avoid a patchwork of policies from local Medicare contractors. Another complication is that the [positron emission tomography] scans used to detect amyloid clumps - critical to diagnosing Alzheimer's - can cost thousands of dollars and are not covered by Medicare. Nor are the multiple follow-up scans needed to check for tiny brain bleeds sometimes caused by the drug." |
| 6/18/21 | UBS | Aduhelm Bull/Bear Call Series – Launch Insights Expert Call #2 Transcript | "Also, back to the Medicare fee for service and Medicare Advantage plans, what type of pushback do you expect to see from them? Traditionally, Medicare fee for service, there's no management, so there's very little pushback....It depends. Perhaps they may request to show evidence of abnormal accumulation of these amyloid, as we all should do. These patients should be screened for a baseline. Like this happened, for example, different types of SMA, SMA Type 1 is covered for Spinraza, no other types. So maybe they will try to say, early perhaps, the mild phases, those may benefit more from the treatment. All these things still need to be sorted out as the drug was just approved three days ago." |
| 6/18/21 | UBS | Dr. Col's weekly dose - The week ahead, what we're hearing and what happened this week | "The key issue dominating our investor conversations is that of reimbursement. There seems to be little agreement on what reimbursement will look like ahead of a potential national coverage decision and whether it is possible for the [Medicare Administrative Contractors] to flatly deny coverage ahead of this outcome. Our initial diligence suggests flat out denial is unlikely though measures to restrict the eligible population (limiting eligibility to the population in which [Aduhelm] was studied, excluding prior stroke [patients] those on anticoagulants - also exclusion criteria in EMERGE/ENGAGE) and pushback on price should be expected." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/19/21 | Jefferies | Yee's Breeze: Thoughts and Debates from My Week: BIIB, SAGE, MRNA, and More | "We continue to sense growing hedge fund interest but significant lack of mutual fund interest in [Biogen]. The lack of interest from broader investors is due to price/reimbursement questions and uncertainty (NCD, etc.), and competition from LLY anyway. Aduhelm reimbursement is not clear yet though we are confident centers will be submitting for reimbursement and getting paid back, meanwhile an NCD process is likely to be opened (9m timeline). A MEDCAC is slimmer chance. We note NCDs have been given in the past for drugs like Oxaliplatin (cancer), AICC (hemophilia), and others but are not really direct analogies and Provenge and ESAs had MEDCACs (and CAR-T mtg was cancelled)." |
| 6/20/21 | Jefferies | *Aduhelm-Launch App Calculator* Model Prep and Thoughts on Launch | "Aduhelm may go under an NCD review (takes 9 [months]) which no other drugs ever really did but we expect an NCD to cover [patients] who reflect the Phase III [trials]." |
| 6/21/21 | Bernstein | Biopharma Wkly (06/21/21): A Delta C19 wave coming; CMS history & Adu coverage jitters; Jazz resets but thesis still there | "What's notable here [is] that virtually all [LCDs] actually expand coverage beyond the labeled indications. A few provide codification of the documentation process for demonstration of medical necessity, but none limit coverage for drugs beyond the label. It is fair to point that Aduhelm is unique in its size and we do believe that eventually a decision would limit Aducanumab to its trial population, but it is exceedingly hard to see them doing more than that. ... It seems Medicare contractors legally can restrict access ahead of LCD decision, but it seems unreasonabl[e] that they will do that here." Emphasis removed. |
| 6/21/21 | The Boston Globe | Despite flap over Alzheimer's drug, activist remains optimistic | "[The CEO of the Alzheimer's Association], like the company's executives, said that Aduhelm should be prescribed for patients like those who were in the trials: people in the early stages of the disease with amyloid protein plaques. ... It's expected that payers will set policies to limit coverage to those people, as well." |
| 6/22/21 | RBC Capital Markets | MEDCAC Member Suggests NT Adu Access Is Likely, Though Commercial Story Still Far From Written | "Perhaps unsurprisingly, we think that a relatively broad NCD, perhaps just with requirements such as [positron emission tomography] amyloid screening, is likely. We think investors widely anticipate that an NCD will be issued for Aduhelm, simplifying and standardizing Medicare reimbursement policies nationally across [Medicare Administrative Contractors]. … Though it may be difficult to see coverage tied to enrollment in an approved clinical trial (e.g. why would an [Alzheimer's disease] patient risk getting placebo?), we could see some flexibility for creativity in delineating criteria for assessing the 'appropriateness' of Aduhelm in individual patients, perhaps most easily imagined with EMERGE/ENGAGE inclusion criteria." |
| 6/22/21 | The Boston Globe | Confusion on Alzheimer's drug has MDs scrambling | "Medicare may deliver more actionable information than the FDA when it decides how to cover not just the drug but [positron emission tomography] scans as well. 'We will need to see if Medicare and other insurers will limit access to this medication or at least reimbursement for these medications in terms of dementia stage,' Tan [a neurologist and medical director of the Center for Alzheimer's and Memory Disorders at Cedars-Sinai in Los Angeles] said." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/22/21 | The Wall Street Journal | The Attack on an Alzheimer's Drug | "Public-health and media critics failed to stop federal approval of Aduhelm, Biogen's new drug for Alzheimer's. So now they're mounting an assault on the drug's cost to stop Medicare from paying for it. Their sudden and rare concern for the federal fisc is illuminating, and not in a good way. 'It's unconscionable to ask seniors and taxpayers to pay $56,000 a year for a drug that has yet to be proven effective,' Oregon [Senator] Ron Wyden tweeted after the Food and Drug Administration approved Aduhelm this month. 'Medicare must be able to negotiate a fair price for prescription drugs.' He means impose price controls, while others want Medicare to restrict coverage of the drug." |
| 6/23/21 | RBC Capital Markets | BIIB - Tidbits From Company's PR This Morning Reinforces That Adu Access Is Likely To Be Anything But Typical | "Significant emphasis on working with CMS we believe could further support the potential of an NCD with 'Coverage with Evidence Development' (CED) as we have discussed previously, though how this would be operationalized remains unclear[.]" |
| 6/23/21 | USA Today | More questions than answers | "CMS and private health insurers could limit eligibility for testing to those most likely to benefit. ...In 2013, CMS chose not to pay for the Alzheimer's diagnostic scans called positron emission tomography, or [positron emission tomography (PET)]. The test involves injecting a tracer chemical into the bloodstream so a scan can reveal amyloid plaques in the brains of Alzheimer's patients, a hallmark of the disease. ... It's unclear whether the agency will reverse course and pay for these tests, which cost several thousand dollars, now that an amyloid-clearing drug is available. A cheaper though less frequently used test involves a spinal tap to measure cerebrospinal fluid for amyloid beta or tau, another protein that forms tangles in the brains of Alzheimer's patients. ... It is critical to narrow eligibility because the U.S. does not have enough neurologists or geriatricians to screen patients and imaging centers with the expertise to conduct PET scans for all suspected Alzheimer's patients, said Dr. Steve Miller, Cigna's chief clinical officer. ... Miller said the narrow criteria will allow doctors and insurers to more quickly identify those who are likely to benefit from Aduhelm. ... Companies that make the chemicals used in PET scans are waiting to hear more about whether their tests will be covered by Medicare and private insurers. So far, the chemical tracers mainly have been used in clinical trials studying anti-amyloid drugs." |
| 6/24/21 | Jefferies | LLY Filing: Should Grow the Whole Market, Docs Likely to Prescribe the Drugs | "Thus, we believe the market is large ([Biogen] cites 1M+ mild [Alzheimer's disease] patients) and reimbursement access should play out favorably through Medicare [fee-for-service] and Medicare Advantage over the next 6-12 months. CMS should complete a 9-month NCD review in 2022." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/24/21 | The Boston Globe | Insurer to Biogen: Cut cost of new drug | "If Biogen doesn't lower the price, Sherman said, Point32Health may not cover the drug for 1.1 million customers, most of whom get their insurance through their employers and make up about half of its membership. Or, he said, the insurer will impose restrictions, such as requiring periodic brain-imaging tests to prove patients are benefitting from the drug. The insurer has made no coverage decisions yet. ... Point32Health is the first health insurer in Massachusetts that has publicly objected to the price of Aduhelm and could be a bellwether for the industry. ... One of the biggest concerns is the cost of Aduhelm to Medicare. … The vast majority of people with Alzheimer's are 65 and older and thus covered by the federal Medicare program. With FDA approval, the drug is automatically covered under Part B. But it's possible some restrictions will be put in place that will slow access to Medicare beneficiaries, industry experts have said. The regional contractors that process Medicare claims could move to limit coverage. And the Centers for Medicare and Medicaid Services, or CMS, may be asked to conduct a study to establish nationwide standards for Aduhelm, a process called the National Coverage Determination, which could take months or even a year to complete." |
| 6/24/21 | The New York Times | New Alzheimer's Drug Has a Price Tag to Match The Budget of NASA | "Medicare, which covers 61 million Americans 65 and over, does have some tools to contain costs. It could decide to cover the drug in a way that is more limited than the F.D.A. approval, a break from its normal practice. ... Or it could do something even more unusual: An unexpected alliance of advocates has suggested that Medicare put the drug into a randomized experiment to evaluate how well it works -- paying to cover the drug in some parts of the country, but not others. Such policy experiments were authorized under the Affordable Care Act, but one has never been used to limit coverage of a drug in this way." |
| 6/24/21 | X Interview with Secretary of HHS Javier Becerra (HHS.gov) | Building a Healthier America - Secretary Becerra's First 100 Days | "We're going to be making some pretty heady decisions about how [Aduhelm is] treated, if it will be reimbursed, how much, and so forth." |
| 6/25/21 | Citi | Mohit's Biobits - Decoding Aduhelm Debate, VRTX Thoughts and Good News From BMRN | "We spoke with another expert … after our negative public expert call last week. This recent call was more measured indicating that [Medicare Administrative Contractor]s will likely approve Ad[u]canumab in the interim prior to an NCD. However, this expert does not anticipate a blanket local approval either and believes it would be on case by case basis. The expert thinks an NCD is highly likely for Aduhelm given controversy surrounding it but given the complexities involved it would take time." |
| 6/25/21 | Guggenheim | BIIB - We Briefly Caught Up With Mgmt; Adu's Life Cycle Mgmt Is In The Works, A SubQ Formulation Is In The Clinic; New Patients Are Starting On Adu | "... [D]espite what our payer expert communicated to us[], [Biogen] is confident that regional fee for service Medicare contractors (MACs), which cover ~65% of all Medicare patients, are obligated to cover the drug now that it's been approved. ... [E]ven before local or national coverage determinations are made, regional MACs will be processing claims, but [Biogen] expects this process to be gradual at first and is tempering expectations." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/25/21 | UBS | Aduhelm infusion center expert call takeaways | "... [E]stablishing reimbursement pathways prior to an NCD (national coverage determination) remains the primary unknown factor in the provision of Aduhelm, and[] patient affordability is another consideration as Medicare patients are exposed to 20% out-of-pocket costs ... Reimbursement remains a question (but not a great concern). Our expert noted the undefined reimbursement structure is the primary consideration for providers right now. ... From the patient perspective chronic Aduhelm treatment could create a significant cost burden for the Medicare patient who does not have supplemental/Medigap/secondary coverage ([i.e.] solely responsible for the 20% co-pay)." Emphasis removed. |
| 6/25/21 | UBS | Takeaways From Aduhelm Reimbursement Expert Call | "[Independent consultant Dr. Ebert's] high level expectations include: (1) private payor[s] stalling coverage decisions especially among Medicare Advantage (MA) ahead of what CMS will decide, (2) accelerated timelines for payor[s] P&T decision making vs. the average 3-6 month review process, (3) rigorous coverage criteria may lead to only 10-20% of addressable patients seeking reimbursement but only 1-2% approved in the near-term, (4) significant public pressure to reduce cost of Aduhelm therapy, and (5) ultimately, the NCD will narrow the eligibility to reflect the Phase 3 trial population ([mild cognitive impairment]/mild [patients], proof of amyloid, no history of stroke or concomitant anticoagulants)…. [He] fully anticipates a national coverage (NCD) process with a high likelihood for expedited timing.... His expectation is Medicare will establish rigorous coverage criteria to avoid the inevitable 'scope creep.'" |
| 6/28/21 | Dow Jones Institutional News (Barron's) | Biogen Stock Is Sliding. House Committees Will Investigate Its $56K Alzheimer's Drug. -- Barrons.com | "More material could be upcoming decisions by the Center for Medicare and Medicaid Services, which manages the Medicare program. CMS has some options that could limit access to Aduhelm, though [Truist analyst Robyn] Karnauskas wrote that she expects the decisions 'to be positive for [Biogen].'" |
| 6/28/21 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Wall Street analysts estimate [Aduhelm] could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. ... Medicare normally pays unconditionally for approved medicines. To limit the financial hit from Aduhelm, however, Medicare could restrict access, former U.S. health officials and health-policy experts said. ... 'Medicare can't afford to treat this as business as usual,' said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. ... Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach, [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center] who supports taking action. ... CMS has rarely made such a move for a drug before, though it has for other medical products." |
| 6/28/21 | Dow Jones Institutional News (The Wall Street Journal) | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Biogen set the price of [Aduhelm] at about $56,000 a year, which alarmed many doctors and patients. Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/28/21 | Evercore ISI | HHS advisory council mtg on adu - Jul 19 | "Among many headlines on Biogen's aducanumab of late, here's another one: my colleague Mike Newshel is flagging that HHS has scheduled advisory council mtg on aducanumab. ... However, let me be super clear: this is NOT a MEDCAC meeting (that's going to be the [very] imp[ortan]t one). CMS makes coverage decisions (including National Coverage Decision aka NCD etc.) via a detailed technology assessment including a MEDCAC consultation (Medicare evidence development & coverage adcom)." |
| 6/28/21 | Goldman Sachs | Aduhelm approval could have broad ranging implications across healthcare | "Aduhelm is also unique given it [] will be used in a population in the US that is predominantly Medicare (80%, much higher than most cancer drugs) … Given that Aduhelm will be used in a patient population that is covered predominantly by Medicare (~80%) the next updates that will inform the outlook for the drug will be CMS'[s] guidance/decisions on reimbursement." |
| 6/28/21 | Jefferies | HHS Meeting Will Discuss Aduhelm; These Councils Likely Want It Supported | "An HHS Advisory Council meeting will discuss Aduhelm on July 19 (as part of its quarterly council meetings). Based on our reads, the council is reasonably pro-Alzheimer's and likely to lobby for efforts and plans to increase care and support for [Alzheimer's disease patients] and families and providers. We certainly think they will want to get Aduhelm reimbursed (for the relevant milder [patients]). We maintain our thesis that CMS will eventually have coverage for Aduhelm in due course. ... Thus, it seems logical the council will lobby to ensure CMS coverage and help find solutions for Alzheimer's patients (it's a government agency aimed to help Alzheimer's research and care)." |
| 6/28/21 | RBC Capital Markets | Model Tweaks As Input On Aduhelm and WATERFALL Continues To Shape Views | "[Key Opinion Leader] consult suggesting a 'wild west' for Aduhelm's early launch, consult with a MEDCAC member suggesting an atypical NCD review, FDA review docs revealing the Agency's inner thinking on Aduhelm's ultimate accelerated approval, [Biogen]/Eisai PR walking back costs and market size while also laying the groundwork for greater CMS/payer engagement...." |
| 6/28/21 | The Boston Globe | The wrong way to tackle the scourge of Alzheimer's disease | "The FDA's decision could come at a steep cost to taxpayers. Biogen announced the price of its new drug at a whopping $56,000 a year. If Medicare covers it for the more than million patients who would be eligible to take it, the government program's budget for the drug could exceed the entire budget of [National Aeronautics and Space Administration]. All for a drug not proven to help patients with dementia." |
| 6/29/21 | The Boston Globe | Biogen, the FDA, and a secret meeting | "Members of Congress pounced on Biogen for [Aduhelm]'s $56,000-a-year price, warning that it could bankrupt the Medicare program that administers injected drugs. Two House committees have scheduled investigational hearings, seeking answers from FDA officials about how a drug so disputed came to win approval." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Cost Imperils Access To Alzheimer's Drug | "The recent approval of a high-price Alzheimer's drug raises the prospect that the federal Medicare system could threaten to sharply curtail which patients will qualify for a medicine that has limited clinical benefit but is likely to cost billions of dollars in coming years. Biogen Inc. priced the drug Aduhelm at $56,000 a year. Wall Street analysts estimate it could eventually surpass $5 billion in yearly sales, mostly paid by Medicare, while some health economists warn the bill would be multiples higher. ... 'Medicare can't afford to treat this as business as usual,' said Andy Slavitt, a former Medicare acting administrator and Biden administration senior adviser. ... The Centers for Medicare and Medicaid Services, the agency overseeing Medicare, is reviewing Aduhelm's approval and will have more information soon about its coverage, a spokesman said. ... Paying for the treatment will largely fall on Medicare, which provides health insurance to people 65 years and older and covers most of the six million Americans with Alzheimer's. ... Among the most extreme options is that CMS could decide not to cover Aduhelm if it determines the drug falls short of being reasonable and necessary treatment, said Dr. Bach [director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center], who supports taking action." |
| 6/29/21 | Dow Jones Institutional News (The Wall Street Journal) | Health & Wellness -- Your Health: A Guide to the New Alzheimer's Drug | "Doctors and patients are waiting to see if the Centers for Medicare and Medicaid Services, the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." |
| 6/30/21 | Dow Jones Institutional News (The Wall Street Journal) | Heard on the Street: Biogen's Alzheimer's Drug Still Likely Hit -- WSJ | "Medicare administrators may limit access to certain patients in earlier stages of the disease, but Biogen, and eventually competitors like Lilly, won't have much trouble finding takers." |
| 6/30/21 | The Boston Globe | Watchdog group stands behind its negative review of Biogen's now-approved Alzheimer's drug | "Analysts have predicted that Medicare and its enrollees, who pay a share of their prescription drug costs, will spend from $5.8 billion to $29 billion on [Aduhelm] annually, which could be more than what the federal government spends on some entire agencies. Critics say Medicare won't be able to afford the medicine." |
| 6/30/21 | Truist Securities | HHS's Advisory Council on Alzheimer's meeting on Aduhelm coming up | "From the pipeline catalysts and potential Aduhelm approval in EU/Japan, each of these are risky events including the CMS national coverage determination and yet, it could take some time for investors to get comfortable with all these steps needed for a patient to get on drug. Once they do, we think people could start assigning more value." |
| 7/1/21 | Baird | Medicare Expert Provides Insight on Aduhelm Coverage and Pricing Dynamics | "Although CMS is not legally obligated to utilize [the NCD] process, given the high degree of public interest and controversy from outside the typical Medicare ecosystem (such as professional physicians societies), [the key opinion leader] views it as very likely that the NCD process will take place to determine Medicare's coverage status of Aduhelm. ... As such, we think that under the seemingly more probable scenario that a MEDCAC occurs, a highly critical review would also be more likely, potentially creating an environment where labeling restrictions occur." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/2/21 | UBS | Takeaways from Neurologist with infusion suite call | "Additionally, [a private practice neurologist in the New York City region who owns a clinic with an attached infusion suite] mentioned payers will likely not reimburse amyloid testing, via [positron emission tomography] or [cerebrospinal fluid]/lumbar puncture. ... Given the reimbursement infrastructure has yet to be established and to get comfortable with the management of potential toxicities, he will initially dose only a small portion of his patients with Adu[helm] ..." |
| 7/2/21 | William Blair | Washington, D.C. Day Commentary Attempts to Navigate Aduhelm Reimbursement and Pricing; Tidbits From FDA Approval Docs Mixed | "We see continued CMS coverage debate as Medicare Administrative Contractors (MACs) attempt to set their own coverage decisions ahead of a National Coverage Determination (NCD), which we expect will be requested by Medicare Advantage providers in the near term." |
| 7/6/21 | Bernstein | Biopharma Wkly (07/06/21): Delta in the vaccinated; FTC makes HCa priority; mid-year price increases; VTRS-Teva trial | "[C]overage with 'continued evidence development' (CED) would not be bad. Such policy was suggested for Aduhelm by Tafts group of former CMS/FDA folks in Health Affairs []. The idea is that CMS will establish (with Biogen) a real-life registry for Adu[helm], to demonstrate its efficacy and based on this real-world data will select the right patient group long term. … Although it was billed in some circles as a negative, we think it would be a pretty ideal study for Aducanumab. Biogen needs this data anyway to compete with the other Aβ compounds and to complete the FDA follow-on requirements." Emphasis removed. |
| 7/6/21 | SVB Leerink | Key Takeaways from the SVB Leerink CNS Forum | "Aduhelm could potentially impact healthcare costs for both payers and patients ... [Alzheimer's disease] now only accounts for a small fraction of Medicare cost, but Aduhelm may introduce a significant burden to the system ... Payers may apply barriers to access to restrict Aduhelm use in a subset of [Alzheimer's disease.]" |
| 7/6/21 | UBS | Aduhelm Prescribing Insights from KOL with Infusion Suite - Call Transcript | "Medicare leads the way, and I[, Dr. Roni Sharon, private practice neurologist] think the insurance companies, all of them are going to follow the lead of Medicare. And judging from what the FDA did with this expanded label, I think they're going to cover it. I think they're going to cover the cost— not [positron emission tomography]—but I assume they're going to cover all MRI imaging and follow-up and monitoring and things like that. ... What we're trying to do and also figure out is how much exposure the insurance companies are going to have to cover the imaging, the punctures, the monitoring, the infusion itself, all of these things that you're talking about. How do you expect reimbursement to work from—where do you think the sources will be? I mean most of this population is Medicare. There's also Medicare Advantage plans that will be covering some of this, but there's also likely to be a carve-out there." |
| 7/8/21 | Associated Press Newswires | FDA trims use of contentious Alzheimer's drug amid backlash | "Because of its price and broad approval some analysts have worried that Aduhelm could add tens of billions in new expenses to the U.S. health care system, particularly the federal government's Medicare program. Alzheimer's affects about 6 million Americans, the vast majority old enough to qualify for Medicare." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/8/21 | Baird | Aduhelm Label Update Just Another Reflection of Regulatory Absence | "Biogen announced that FDA approved an updated label for Aduhelm. Notably, the first addition, 'Treatment with ADUHELM should be initiated in patients with mild cognitive impairment or mild dementia stage of disease, the population in which treatment was initiated in clinical trials,' is the key part of the update. Although this offers the appearance of a restriction, we don't think it actually matters. Physicians who abide by evidence-based medicine would likely restrict patients even without this update. Those chasing [average sales price]+6 are likely to prescribe outside of the criteria, even with the updated language. We think any future decision at CMS would likely take into account trial design anyway, and not rely on an FDA label." |
| 7/8/21 | Dow Jones Institutional News (The Wall Street Journal) | FDA Narrows Suggested Uses for New Alzheimer's Drug | "U.S. health regulators narrowed the prescribing instructions for the first new Alzheimer's drug in nearly two decades, recommending the therapy be given to people with early-stage symptoms of the disease. The change recommends use of the drug, Aduhelm from Biogen Inc., be brought in line with the patients it was studied in. ... It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it. Biogen disclosed the label change Thursday. ... Some doctors and health economists criticized the broad approval, warning it could drive up wasteful Medicare spending by prompting sicker patients to take the medicine despite unlikely benefit." |
| 7/8/21 | Dow Jones Institutional News (The Wall Street Journal) | New Alzheimer's Drug: What Doctors Want You to Know About Aduhelm | "Doctors and patients are waiting to see if the [CMS], the federal agency that oversees the health insurance program for seniors, will provide coverage for the treatment. Private insurers often follow the lead of CMS. A CMS spokesperson said the agency is reviewing the FDA's decision and will have more information soon." Emphasis removed. |
| 7/8/21 | Investor's Business Daily | Biogen Stock Pops Despite New FDA Limits On Alzheimer's Drug Use | "An estimated 6 million Americans have Alzheimer's disease. Many of them are 65 or older, and are covered by the Centers for Medicare and Medicaid Services. At a wholesale acquisition cost of $56,000 for a year of maintenance treatment, critics say Aduhelm could break the health care system. ... Biogen says it later submitted an update to the FDA-issued label to 'clarify the patient population' that was studied in three tests supporting the approval. ... That narrows its usage to 1 million to 2 million people. Even if just 1 million Medicare beneficiaries receive Aduhelm, spending on the drug would exceed $57 billion in a single year, the Kaiser Family Foundation said recently. That would top all spending on Part B drugs combined. ... Further, reimbursement decisions by insurers will weigh on Aduhelm use. " |
| 7/8/21 | UBS | Aduhelm label update: narrowed to MCI/Mild AD - the population we/street model into | "We continue to expect Medicare to initiate a national coverage decision (NCD) process which, the outcome (likely in next 3-6 months) of which we expect coverage to be restricted to the [mild cognitive impairment]/mild [Alzheimer's disease] population - now aligned with the label. Additionally we expect payors to require proof of amyloid (still not in label), either via PET scan or CSF." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/8/21 | William Blair | Updated Aduhelm Label Clarifies Use in MCI or Mild Patients; Reimbursement Still the Major Pushback on Initial Launch | "The bigger question for investors in the near term is how payers, and ultimately Medicare, will set treatment guidelines, and if the latest label update will allow them to prevent more widespread use []. Given our low assumptions at this point for penetration into the market opportunity, this update does not change our revenue estimates for Aduhelm at this point. Anecdotal feedback from treating physicians and news stories in the first weeks after approval suggest the initial rollout of Aduhelm is going to be difficult ahead of at least local Medicare coverage decisions, as physicians worry on obtaining reimbursement for both amyloid testing (either [cerebrospinal fluid] or [positron emission tomography] scan) and drug costs." |
| 7/9/21 | Bank of America | FDA head calls for Aduhelm investigation, as pushback continues to grow | "Altogether, these developments suggest to us the agency was likely finding it increasingly difficult to ignore the widespread, vocal, and still ongoing criticism of its decision, which could prompt further concessions by both regulators and the company. Among other major consequences, we could see delays from payers on coverage decisions, including CMS, as they wait for the dust to settle, with potentially greater rationale for restrictive management in the event [Office of Inspector General] finds the agency exceeded its bounds. Similarly, [outside the U.S.] regulators could become even more unwilling to follow FDA's lead given the extent of the controversy. " |
| 7/9/21 | Dow Jones Institutional News (The Wall Street Journal) | FDA Narrows Use Of Alzheimer's Drug -- WSJ | "It could also make it easier for Medicare, the federal insurance program that is expected to pay for most prescriptions, to limit the bill it faces from Aduhelm in coming years by restricting the number of patients who take it. ... The label update could be a positive for Biogen by smoothing the way for Medicare to restrict access to patients matching those in Aduhelm's clinical trials, reducing concerns about too broad of a patient population starting treatment, Morgan Stanley analysts said in a note to clients." |
| 7/9/21 | Financial Times (FT.Com) | FDA calls for probe of staff involved in divisive Alzheimer's approval | "[Aduhelm's] steep $56,000-a-year cost has raised questions about its impact on Medicare, the government-funded healthcare programme for seniors that will end up shouldering much of the cost." |
| 7/9/21 | Investor's Business Daily | Biogen Stock Drags On Alzheimer's Players As FDA Requests Review Of Aduhelm Approval | "Further, Biogen is planning to charge $56,000 for a year of maintenance treatment. That cost is well above expectations and could hurt the health care system." |
| 7/9/21 | Raymond James | Drug Pricing Quatro – Importation, MFN, Aduhelm, and House Dem Report | "Biogen is taking steps to try to avoid a heavy hand from CMS through coverage with evidence development (CED), but the high price remains a likely source of future battles. … This label change is the result of Biogen filing a supplementary drug application requesting clarification of the treatment population. We believe that this is a strategic move to avoid a CMS NCD decision of coverage with evidence development, which is what we had previously reported as the most likely scenario (see our note here), as this decision could lead to no coverage after the evaluation of real-world data." |
| 7/9/21 | The Boston Globe | Criticized, FDA curbs Biogen drug's use | "A recent analysis by the news site STAT found that if all 5.8 million Medicare-eligible adults with Alzheimer's took the drug — with a price tag of $56,000 a year for the average patient — it would cost the government $334.5 billion, or nearly half the budget of the entire Department of Defense." |
| 7/9/21 | The San Francisco Chronicle | FDA limits new drug for Alzheimer's | "Medicare and private insurers may use the new label to restrict coverage of the drug, called Aduhelm. That could alleviate the drug's financial burden, particularly on Medicare, which is expected to shoulder the bulk of costs of the treatment, a monthly intravenous infusion." |

**EXHIBIT 4**

# Analyst and Market Commentary Regarding Potential Coverage Restrictions

## 6/9/21–7/12/21 (Pre-NCD Analysis Announcement)

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/9/21 | The Washington Post | FDA narrows use of Alzheimer's drug to patients with early-stage disease | "The narrower label means the drug might be offered to 1 million or 2 million Alzheimer's patients, rather than the more than 6 million people with Alzheimer's in the United States, Michael Yee, a biotech analyst for the financial services company Jefferies, said in a note to investors. ... Yee said the original label led to 'negative attention and confusion on who is best suited to get the drug' and raised questions about whether Medicare and private insurers would reimburse for the medication, which has a list price of $56,000 a patient per year." |
| 7/10/21 | The Washington Post | Approval of Alzheimer's drug may get IG scrutiny | "The steep price for the drug, which is administered intravenously once a month, has sparked fears that it could jeopardize the financial health of Medicare." |
| 7/12/21 | Dow Jones Institutional News (Barron's) | FDA Faces Scrutiny Over Drug Approvals --- The green light for Biogen's drug to treat Alzheimer's disease has sparked fierce criticism of the agency. Why it matters to investors | "'In the old days …FDA approval meant the best scientists, the most serious and most concerned about public health, have required the right studies and evaluated them, and it passes muster,' [Dr. Peter Bach, the director of the Center for Health Policy and Outcomes at Memorial Sloan Kettering Cancer Center] says. That meant insurers followed the FDA's lead. 'FDA approval rarely was followed by noncoverage.' ... That has changed for many reasons, including higher prices and a more complicated payer system. In part, though, Bach says it also has to do with the perception of the FDA. He says that now, insurers see approval as the first of several steps. When eteplirsen was approved, insurers balked, and many sought to deny coverage. There is speculation now about whether Medicare will try to do the same with Aduhelm. ... For investors, that means that approval is no longer an automatic ticket to expected sales. 'There's uncertainty there,' Bach says." |
| 7/12/21 | Reuters News | New Alzheimer's drug clouds outlook for Medicare premiums next year | "Predicting actual costs [of Aduhelm to Medicare] is speculative at this point due to uncertainty about the number of patients Medicare decides should have access to Aduhelm. … Medicare typically covers FDA-approved drugs, but it can conduct its own reviews in order to decide which types of patients should be covered. In the case of Aduhelm, Medicare could limit use to patients in the early stages of Alzheimer's. ...Out-of-pocket costs also would be an issue for enrollees in Medicare Advantage, the privately offered managed care alternative to the traditional program. Most Advantage enrollees are in plans that charge 20% coinsurance for Part B drugs provided in-network, mirroring the traditional program, according to Kaiser - the co-insurance rates can be much higher out of network." |

Source: Analyst Reports; *Factiva*; *X*

**EXHIBIT 5A**

# Analyst and Market Commentary Published Before the June 28, 2021 Wall Street Journal Article

## Medicare Could Restrict Access

***Wall Street Journal Article:***

| Date | Source | Headline | Disclosure |
|---|---|---|---|
| 6/28/21 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Medicare normally pays unconditionally for approved medicines. To limit the financial hit from Aduhelm, however, Medicare could restrict access." |

***Previous Analyst Report and Public Press Commentary:***

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Reuters News | EXPLAINER-What does FDA approval of Biogen's Alzheimer's drug mean for patients? | "Cigna Corp, a top U.S. health insurer, said it is likely that payers, including the federal government's Medicare program for seniors, will cover use of the drug only in the patient population in which it was tested, rather than the broader population of people with more advanced disease." |
| 6/7/21 | Reuters News | U.S. approval of Biogen Alzheimer's drug sends shares soaring, hailed as 'big day' for patients | "Still, most insurers are likely to limit their coverage of the drug to the type of patients who participated in the trial, said Steve Miller, chief clinical officer at health insurer Cigna Corp. He estimated that 85% to 90% of U.S. patients eligible for the drug are covered by Medicare. 'I would be very surprised if any payer, including Medicare, made it available for a broader population than the study population,' Miller said." |
| 6/8/21 | Citi | Upgrading BIIB to Neutral. What's next for BIIB and Alzheimer's space? | "[M]edicare may find it challenging to incorporate Adu[helm]. … While providers may not have much choice but to use Adu[helm] given unmet need, we suspect payers may be caught between a rock and a hard place. This is a predominantly [M]edicare population given the elderly nature of Alzheimer's population. At this point, Medicare does not have much power to negotiate drug pricing but the potential impact on [M]edicare budget cannot be ignored. [T]he aforementioned $85B [total addressable market] needs to be put in context with $800B annual [M]edicare spending, as of 2019. Medicare may not have much choice but to find a way to restrict use in this situation." |
| 6/8/21 | The Boston Globe | Drug could bring record windfall | "The Centers for Medicare and Medicaid Services could step in where the FDA deferred, setting a policy that would restrict which Alzheimer's patients would be eligible for Aduhelm." |
| 6/10/21 | Raymond James | CMS Options for Biogen's Aduhelm | "Local Coverage Decisions can include coverage, denial of coverage, or any numbers of limitations on which patients can be covered and which ones cannot be covered. ... this could prove difficult for Biogen or patient groups to challenge, because it might mean CMS decides not to cover at all. ... We believe LCDs will be hesitant to cover this for the entire patient population and will try to restrict which claims to pay ..." |
| 6/10/21 | SVB Leerink | Aduhelm Gives Biogen Its Groove Back | "We don't know yet how difficult CMS and other payers (e.g., Medicare Advantage plans) will make it for reimbursement." |
| 6/12/21 | Associated Press Newswires | Georgia families hope Alzheimer's drug helps loved ones | "The drug is expensive and there are questions about whether Medicare and Medicaid or private insurers will pay and how much. Biogen said the drug would cost about $56,000 for a typical year's worth of treatment, and it said the price would not be raised for four years." |

**EXHIBIT 5A**

## Analyst and Market Commentary Published Before the June 28, 2021 Wall Street Journal Article

Medicare Could Restrict Access

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/23/21 | USA Today | More Questions Than Answers | "CMS and private health insurers could limit eligibility for testing to those most likely to benefit. ...In 2013, CMS chose not to pay for the Alzheimer's diagnostic scans called positron emission tomography, or PET. The test involves injecting a tracer chemical into the bloodstream so a scan can reveal amyloid plaques in the brains of Alzheimer's patients, a hallmark of the disease. ... It's unclear whether the agency will reverse course and pay for these tests, which cost several thousand dollars, now that an amyloid-clearing drug is available. A cheaper though less frequently used test involves a spinal tap to measure cerebrospinal fluid for amyloid beta or tau, another protein that forms tangles in the brains of Alzheimer's patients. ... It is critical to narrow eligibility because the U.S. does not have enough neurologists or geriatricians to screen patients and imaging centers with the expertise to conduct [positron emission tomography] scans for all suspected Alzheimer's patients, said Dr. Steve Miller, Cigna's chief clinical officer. ... Miller said the narrow criteria will allow doctors and insurers to more quickly identify those who are likely to benefit from Aduhelm. ... Companies that make the chemicals used in [positron emission tomography] scans are waiting to hear more about whether their tests will be covered by Medicare and private insurers. So far, the chemical tracers mainly have been used in clinical trials studying anti-amyloid drugs." |
| 6/24/21 | *X* Interview with Secretary of HHS Javier Becerra (HHS.gov) | Building a Healthier America - Secretary Becerra's First 100 Days | "We're going to be making some pretty heady decisions about how [Aduhelm is] treated, if it will be reimbursed, how much, and so forth." |

Source: Analyst Reports; *Factiva*; *X*

**EXHIBIT 5B**

# Analyst and Market Commentary Published Before the June 28, 2021 Wall Street Journal Article

## CMS Could Initiate an NCD Analysis

***Wall Street Journal Article:***

| Date | Source | Headline | Disclosure |
|---|---|---|---|
| 6/28/21 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "A more likely option is that CMS standardizes the criteria through what it calls a national coverage determination.... Medicare may insist that patients getting Aduhelm become part of a CMS-ordered study that would seek to evaluate which patients it benefits or harms in the real world, and what the electronic and other evidence is, former agency officials said." |

***Previous Analyst Report and Public Press Commentary:***

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/7/21 | Wolfe Research | Alzheimer's Disease: BIIB, LLY, ROG: Aducanumab Approved, BROAD Ramifications – See Our Category Forecasts Here | "As the main payer here will be Medicare, it is very conceivable that CMS may initiate a National Coverage Determination (NCD) process." |
| 6/8/21 | Bernstein | Biogen: A few useful numbers on Aduhelm's likely payer dynamics | "Although FDA approval carries the presumption of coverage in Medicare, CMS has a mechanism to engage in its own review process to decide if a drug is worth paying for. The process is called a national coverage determination (NCD) and can occur when a therapy would have a very large cost impact on CMS and when there is a reasonable likelihood that local coverage decisions could be divergent[] – both conditions are clearly met for Aduhelm. … [F]or Aduhelm CMS could, for instance, limit use to mild/moderate patients (per the clinical trial but not the label) or require Amyloid-positive [positron emission tomography]. We're not saying this is what will happen, but the existence of the process means it's a real tail risk to the launch." |
| 6/8/21 | Citi | Biobits – Why Aducanumab $56K Price Tag Could Hurt the Biotech Industry? | "[T]he price-tag does not indicate that payers were given much consideration. Given the [total addressable market] size of ~$85B in the US alone and >80% of this being [M]edicare, it creates an existential question for the program considering total [M]edicare Part-B spending in 2019 was only ~$37B. The industry has just started breathing easy from the last drug pricing debate but we suspect the industry could get right back into it again as we expect this debate to only intensify from here. As we have seen before with PCSK9s, payers can effectively create roadblocks if they are determined. ... [O]ur healthcare services analyst … expects CMS to establish a national coverage decision (NCD) shortly…. [He] expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." Emphasis removed. |
| 6/8/21 | Piper Sandler | More Commercial Questions Than Answers After Aduhelm Investor Call | "Bulls say Aduhelm's (questionable) clinical benefit doesn't matter, that CMS is obligated to pay regardless. To this, we would argue – not so fast. ... [I]n fact, there is a decent body of precedent where [CMS and FDA] have diverged (e.g. CAR-T reimbursement). Indeed, there is precedent for other expensive/controversial therapies to have differing local coverage decisions. In the context of Aduhelm's controversial data, coupled with a broad label, CMS can launch a Medicare NCD[]. Per previous guidance, this could allow CMS to implement a CED[] in order to ensure that Aduhelm is provided in the context of approved clinical studies (e.g. in patients with [mild cognitive impairment] + mild [Alzheimer's disease] with confirmed amyloid pathology) or with collection of additional clinical data (e.g. in more severely affected patients), though given the failure of amyloid targeting agents in moderate/severe patients, we would argue implementation of the former is more likely." |
| 6/10/21 | Raymond James | CMS Options for Biogen's Aduhelm | "National Coverage Decision (NCD) involves process by which anyone can ask CMS to go through a public notice and comment process regarding whether it will cover something on the basis that it is 'reasonable and necessary.' ... CMS issues NCDs when uncertainty and potentially inconsistent coverage decisions take place. In our view, it is likely that providers will request such decision – both because it may mean that they would not have to cover the drug and that, if they do, it would be paid for by fee for-service for at least a year." |

**EXHIBIT 5B**

## Analyst and Market Commentary Published Before the June 28, 2021 Wall Street Journal Article

CMS Could Initiate an NCD Analysis

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/11/21 | Baird | Weekly Recap - Very Ready for This Week to Be Over | "Here we note that the Medicare reimbursement process (a potential MEDCAC meeting, and dynamics surrounding a National Coverage Determination (NCD) and the potential for Coverage with Evidence Development (CED)) ... will all be key factors to watch as we look to get a grasp on what the sales trajectory will look like here for a product with patient demand that could rival the Hep[atitis] C launches." |
| 6/14/21 | Guggenheim | June 14, BIIB - Our Payer Feedback Suggests Limited Ways to Stop Adu; PET/CSF Will Be Reimbursed, But No Clear Who Pays and How Quickly | "Our key takeaways are: (1) ultimately, our experts agree that Medicare will cover the cost of the drug and Medicare Advantage and commercial payors will follow, (2) the simplest way for this to happen is for CMS to issue a national coverage determination, which would include their guidance on what an eligible patient is - this could take 6-9 months, (3) the key controversy remains the reimbursement for clinical testing ([positron emission tomography] scan, [cerebrospinal fluid]) to confirm amyloid pathology (not currently covered by Medicare) which will likely be necessary for reimbursement, (4) our experts are split on whether Medicare will ultimately cover the cost of the [positron emission tomography] scan or [cerebrospinal fluid] testing and whether (and how) [Biogen] could pay for it to ensure patients can get on drug (payers pay to diagnostic tests in cancer, so should also pay for [Alzheimer's disease]). ... However, our conversations with multiple experts have had made it clear that pressure will be put on Medicare Advantage to eventually cover Adu[helm] (most part B drugs like Adu[helm] are reimbursed through Medicare Advantage)." Emphasis removed. |
| 6/17/21 | Citi | Expert Calls Point to Tough Road for Aducanumab Until an NCD | "We hosted a CMS expert[] this AM and the most interesting point he made was that Aducanumab may not get reimbursed in a big way by Medicare until there is an NCD (national coverage determination), which could potentially take 9-12 months. … The expert …expect[s] CMS to narrow the eligible patient population via some level of prior auth[orization] requirement." |
| 6/18/21 | Raymond James | Aduhelm - Deep Dive into Historical NCDs and MEDCAC's Role | "Last week, we discussed how FDA's controversial approval of Biogen's Aduhelm, a hefty-priced drug intended to treat Alzheimer's, poses challenging coverage decisions that CMS must navigate in our note, CMS Options for Biogen's Aduhelm. This week, we outline medical coverage precedents to keep in mind as we watch for a potential national coverage determination by CMS to create a uniform federal approach to reimbursing for the $56K medication." |
| 6/19/21 | Jefferies | Yee's Breeze: Thoughts and Debates from My Week: BIIB, SAGE, MRNA, and More | "We continue to sense growing hedge fund interest but significant lack of mutual fund interest in [Biogen]. The lack of interest from broader investors is due to price/reimbursement questions and uncertainty (NCD, etc.), and competition from LLY anyway. Aduhelm reimbursement is not clear yet though we are confident centers will be submitting for reimbursement and getting paid back, meanwhile an NCD process is likely to be opened (9m timeline). A MEDCAC is slimmer chance. We note NCDs have been given in the past for drugs like Oxaliplatin (cancer), AICC (hemophilia), and others but are not really direct analogies and Provenge and ESAs had MEDCACs (and CAR-T mtg was cancelled)." |

Source: Analyst Reports; *Factiva*

**EXHIBIT 5C**

# Analyst and Market Commentary Published Before the June 28, 2021 Wall Street Journal Article

## Private Payers Could Restrict Access

***Wall Street Journal Article:***

| Date | Source | Headline | Disclosure |
|---|---|---|---|
| 6/28/21 | The Wall Street Journal | Costly New Alzheimer's Drug Could Force Medicare to Restrict Access | "Private health insurers that administer the Part B benefit also could place restrictions on Aduhelm's use, which could mean who gets access would vary by region or insurer." |

***Previous Analyst Report and Public Press Commentary:***

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 6/8/21 | Citi | Biobits – Why Aducanumab $56K price tag could hurt the Biotech industry? | "[O]ur healthcare services analyst ... expects [Managed Care Organizations] to make their own coverage decisions based on efficacy and safety of the drug and all private payers have their own committees to do this." Emphasis removed. |
| 6/9/21 | Avis Analytics | Biogen Scores a Big Win for ADUHELM™, But the Path Ahead Isn't Easy! | "Secondly the drug is likely to cost USD 56,000 annually, which may be prohibitively expensive, even without taking into account the various authorisation and coinsurance requirements that would have to be met for obtaining coverage for aducanumab from Medicare and private players." |
| 6/10/21 | Raymond James | CMS Options for Biogen's Aduhelm | "The [Medicare Administrative Contractor]'s decisions will likely be variable patient-to-patient and region-to-region. … If CMS opens a NCD quickly, [Medicare Administrative Contractor]'s could choose not to cover the drug." |
| 6/11/21 | Dow Jones Institutional News (Barron's) | Biogen's Alzheimer's Drug Opens Up a New Market. These Stocks Could Benefit if More Approvals Come. -- Barrons.com | "The FDA, meanwhile, put no limits on which Alzheimer's patients can take the drug. Private insurers, and even Medicare, could limit it to certain patients." |
| 6/11/21 | The Boston Globe | What Families Dealing with Alzheimer's Should Know About the Newly Approved Drug | "Most people with Alzheimer's disease are enrolled in Medicare Part B, which pays 80 percent of the cost. Many Medicare beneficiaries have supplemental insurance that picks up some or all of those co-pays. For people under 65 with private insurance, their costs will vary depending on their coverage. Some insurers may even decide not to cover the drug at all." |

Source: Analyst Reports; *Factiva*

**EXHIBIT 6**

# July 12 Analyst and Market Commentary Regarding Potential Coverage Restrictions

## Post-NCD Analysis Announcement

| Date | Source | Headline | Commentary |
|---|---|---|---|
| 7/12/21 | Baird | CMS NCD Analysis Gets Underway, Timeline Appears Accelerated | "No change to outlook on CMS announcement. CMS announced that it is opening a[] National Coverage Determination (NCD) analysis to determine whether Medicare will establish a national coverage policy for amyloid-targeted mAbs in Alzheimer's disease. We expect this analysis will be closely watched, as the outcome of this coverage decision will likely have a significant impact on the uptake of Aduhelm. In anticipation of the announcement, we already hosted a KOL call with an expert in this space, and note that a MEDCAC panel may be the next key catalyst. … [T]he commercial uptake of the drug is far from assured. To date, we think there is more than enough evidence beta amyloid inhibitors are unlikely to provide clinical benefit to [Alzheimer's Disease] patients. Hence, we believe this could become a significant cost drain, either on Biogen, in the form of additional clinical development, or society at large, should the medication see strong uptake. This threat could lead to the strict regulation of Aduhelm's use by payers, limiting uptake." Emphasis removed. |
| 7/12/21 | Citi | NCD Analysis Initiation for Adu In-Line with Expectations. Timelines Also Appear Quick | "Today CMS announced initiation of national coverage determination analysis for Aduhelm and we note this was expected in our chats with experts.... Along expected lines, the document notes that it would not consider cost of the treatment. Per our experts, cost is always a consideration in the background at CMS but is typically not disclosed publicly. The CMS appears to be asking questions around important endpoints, meaningful degree of benefit, treatment setting, diagnosis and which patients could benefit most from Aduhelm. This is in-line with our expert comments who highlighted potential for CMS narrowing the coverage, though we note that FDA has recently narrowed the label to mild patients, in-line with the clinical trials...." |
| 7/12/21 | Dow Jones Institutional News (The Wall Street Journal) | Medicare to Review Coverage for New Alzheimer's Drug Aduhelm | "Medicare officials are beginning a review of Biogen Inc.'s new Alzheimer's drug to decide whether to standardize coverage of the medicine nationally[; The NCD was] a widely-anticipated step that would allow the government to place limits on who can receive the medicine." |
| 7/12/21 | Guggenheim | July 12, BIIB - CMS Is Initiating an NCD for Aduhelm; While Expected, This Is Faster Than Our Previous Estimates | "The [CMS] announced it is 'initiating a national coverage determination (NCD) analysis….' Although used infrequently (30-35 instances, according to our KOL), our expert had previously noted that Aduhelm is 'ripe for an NCD' due to the controversial clinical and regulatory path that led to accelerated approval last month … [W]hile this decision was expected by our experts, it comes earlier than our previous expectations, which is a boon for [Biogen] as the majority of potential Adu[helm] users are covered by Medicare." |
| 7/12/21 | Jefferies | CMS Review - Another Overhang to Be Resolved; Climbing Wall of Worry | "CMS formally announced an NCD review of Aduhelm, with a 6-9[ month] review for reimbursement decisions. This was mostly expected and positive in our view as it's already underway so clarity can emerge sooner. ... Our view is that CMS will reimburse for mild [patients] (or at least through [continued] reimbursement but with CED or coverage [with] evidence development, as data evolves). CMS prev[iously] reviewed 'beta amyloid' [positron emission tomography] testing and concluded reimbursement OK but [with] CED pending more data (e.g., a new Phase III for [positron emission tomography] testing was started by CMS)." Emphasis removed. |
| 7/12/21 | Truist Securities | NCD Analysis Begins - Start of Relief for BIIB, In Our View | "CMS just opened NCD analysis. We are not surprised, people are asking for it, including AHIP and Alzheimer's Association. ... If CMS did not have an NCD, it would make people more nervous because then Medicare Advantage would not have to reimburse. … A lot of investors have been concerned about opportunity in AD despite approval and we believe that the opening of the NCD is an important step towards reimbursement for Aduhelm." |

Source: Analyst Reports; *Factiva*