**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, AND ALISHA ALAIMO,<br><br>Defendants. | Case No. 22-cv-10200-WGY<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' (i) MOTION TO EXCLUDE, IN PART, THE OPINIONS OF PROFESSOR STEVEN P. FEINSTEIN AND (ii) MOTION FOR SUMMARY JUDGMENT**

I, Jeffrey C. Block, declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am a partner of Block & Leviton LLP and Lead Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("OKFPRS") in the above-captioned action. I make this declaration in support of Lead Plaintiff's Oppositions to Defendants' (i) Motion to Exclude, in Part, the Opinions of Professor Steven P. Feinstein and (ii) Motion for Summary Judgment, filed herewith.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit 1**: a true and correct copy of excerpts of the transcript of the deposition of Steven Feinstein, taken on April 22, 2025;

**Exhibit 2**: a true and correct copy of a document marked Exhibit 8 in the deposition of Michael Yee, evidencing a report published by Jefferies LLC on June 22, 2021 and titled "Feedback, Thoughts on Stock..Meanwhile FDA Woodcock Also Comments";

**Exhibit 3**: a true and correct copy of excerpts of the transcript of the deposition of Michael Yee, taken on December 19, 2024;

**Exhibit 4**: a true and correct copy of a document marked Exhibit 14 in the deposition of Michael Yee, evidencing notes titled "BIIB MGMT GROUP EVENT MEETNG" and dated July 26, 2021;

**Exhibit 5**: a true and correct copy of a document produced to OKFPRS by Defendants, bearing the bates number BIOGEN_OKFPRS-00899863, evidencing an internal email thread on July 13, 2021, discussing Health and Human Services Secretary Xavier Becerra's June 24, 2021 comment;

**Exhibit 6**: a true and correct copy of a document produced to OKFPRS by Defendants, bearing the bates number BIOGEN_OKFPRS-00844487 and evidencing an email attaching Exhibit 7;

**Exhibit 7**: a true and correct copy of a document produced to Lead Plaintiff by Defendants, bearing the bates numbers BIOGEN_OKFPRS-00844488 to BIOGEN_OKFPRS-00844500, evidencing a slide deck titled "Post Launch Medicare Scenarios" and dated May 19, 2021;

**Exhibit 8**: a true and correct copy of a document available at https://investors.biogen.com/news-releases/news-release-details/biogen-announces-reduced-price-aduhelmr-improve-access-patients and accessed by OKFPRS on February 19, 2026, evidencing a December 20, 2021 Biogen press release;

**Exhibit 9**: a true and correct copy of a document produced to OKFPRS by Defendants, bearing the bates number BIOGEN_OKFPRS-00797140 and evidencing an email attaching Exhibit 10; and

**Exhibit 10**: a true and correct copy of a document produced to OKFPRS by Defendants, bearing the bates numbers BIOGEN_OKFPRS-00797141 to BIOGEN_OKFPRS-00797155 and evidencing a slide deck.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of February 2026 in Boston, Massachusetts.

/s/ *Jeffrey C. Block*
Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block