## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Oklahoma Firefighters Pension and Retirement System,
 Plaintiff

CIVIL ACTION NO.
 1:22-cv-10200-WGY

V

Biogen Inc. , et al
Defendants

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

The Court having been advised on April 6, 2026, that the above-entitled action has been settled.

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

April 7, 2026                         /s/ Kellyann Belmont
Date                                  Deputy Clerk