UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OKLAHOMA FIREFIGHTERS PENSION           :
AND RETIREMENT SYSTEM,
                                        :
            Plaintiff,                       Civil Action
                                        :    No. 22-10200-WGY
      v.
                                        :
BIOGEN INC., MICHEL VOUNATSOS, and
ALISHA ALAIMO,                          :

            Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Rule 83.5.2(c)(1) of the Local Rules of

the United States District Court for the District of Massachusetts, I, Maya P. Florence, hereby

withdraw my appearance as counsel of record for Defendants Biogen Inc., Michel Vounatsos,

and Alisha Alaimo in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that in accordance with Local Rule

83.5.2(c)(1), attorneys James R. Carroll, Michael S. Hines and Yaw A. Anim of Skadden, Arps,

Slate, Meagher & Flom LLP have appeared for and continue to represent Defendants Biogen

Inc., Michel Vounatsos, and Alisha Alaimo in this action.

Dated:  May 28, 2026                    Respectfully submitted,
        Boston, Massachusetts

                                        /s/  Maya P. Florence
                                        Maya P. Florence (BBO #661628)
                                        SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                        500 Boylston Street
                                        Boston, Massachusetts 02116
                                        (617) 573-4800
                                        maya.florence@skadden.com